The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC SHIBLEY,<br><br>Defendant. | NO. CR20-0174-JCC<br><br>**STIPULATED PROTECTIVE ORDER** |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following order:

**PROTECTIVE ORDER**

The personal information related to any individual provided in discovery is deemed Protected Material. As used in this Order, personal information shall mean an individual's date of birth, Social Security number, bank account number, or home address.

Possession of Protected Material is limited to the attorneys of record in the above-captioned case and members of the prosecution team and the defense team assigned to assist with this case (the prosecution and defense teams includes other associated attorneys, professional staff, investigators, and retained experts). The attorneys of record

United States v. Eric Shibley, CR20-0174-JCC
Stipulated Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and the prosecution and defense teams may not provide copies of the Protected Material to any other person, including any Defendant in this case. This order, however, does not prohibit the attorneys and members of the prosecution and defense teams from reviewing and discussing the contents of documents containing Protected Material with Defendants, victims, or prospective witnesses. Further, a Defendant, victim, or witness may be provided their own personal information.

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Motion for the Entry of a Modified Protective Order.

IT IS SO ORDERED.

DATED this 3rd day of November 2020.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney

*s/ Laura Connelly*
LAURA CONNELLY
AMANDA R. VAUGHN
Trial Attorneys

*United States v. Eric Shibley, CR20-0174-JCC*
Stipulated Protective Order - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970