THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-174-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' request for a status conference regarding the trial date and pretrial motions deadline. Having considered the parties' request and finding good cause, the Court VACATES the pretrial motions deadline and DIRECTS the parties to appear at a status conference on Monday, November 16, 2020 at 10:00 a.m. The Courtroom Deputy will contact the parties to make arrangements for a video status conference.

DATED this 12th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-174-JCC
PAGE - 1