THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court following a status conference on November 16, 2020. At the status conference counsel for Mr. Shibley suggested that Mr. Shibley may be experiencing health issues that could affect when the Court should schedule trial. The Government agreed that the Court may need to address Mr. Shibley's health before scheduling trial. Accordingly, the Court ORDERS the parties to brief what measures, if any, the Court should take to address Mr. Shibley's health. Mr. Shibley shall file his brief on Wednesday, November 18 and the Government shall respond on Friday, November 20. No reply is necessary.

//

//

//

MINUTE ORDER
CR20-0174-JCC
PAGE - 1

1   DATED this 16th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk