THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0174-JCC |
| Plaintiff, | ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

This order follows an April 7, 2021 status conference where both parties agreed that in light of the complexity of this case, the volume of discovery, and the COVID-19 pandemic's impact on defense counsel's ability to prepare for trial, the Court should continue trial until November 15, 2021. As it has for the past several months, the COVID-19 pandemic continues to impact the Court's operations. (*See* W.D. Wash. General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21 each of which the Court incorporates by reference.) Specifically, the pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom. (*See generally id.*) Although the availability of a vaccine makes it likely that the Court will be able to resume in-person criminal trials in May 2021, the Court will continue to be limited by public health measures, such as limits on the number of people in the courthouse and courtrooms, which

ORDER
CR20-0174-JCC
PAGE - 1

are likely to limit the Court's ability to try cases as efficiently as it would absent a pandemic. (*See* W.D. Wash. General Order 04-21 at 2.) Mr. Shibley's counsel represented at the status conference that public health measures at the Federal Detention Center have also impacted Mr. Shibley's ability to meet in person with his attorney. Accordingly, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Mr. Shibley and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. In light of defense counsel's diminished ability to meet with Mr. Shibley in person due to the COVID-19 pandemic and the voluminous discovery in this case, which involves numerous loan applications, bank records, and other financial information, the failure to grant a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. This case is complex due to the nature of the allegations and the numerous corporate entities allegedly involved, so it is unreasonable to expect adequate preparation for trial by the current trial date. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

Accordingly, the Court ORDERS:

1. Trial is CONTINUED until November 15, 2021 at 9:30 a.m.
2. The period from the date of this order until November 15, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).
3. The pretrial motion deadline is continued until October 1, 2021.

DATED this 8th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE