THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC SHIBLEY,<br><br>  Defendant. | CASE NO. CR20-0174-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Motions *in limine* are due November 1, 2021.

The Government has estimated its case will last five days; as soon as practicable, Defendant's counsel must contact the assigned courtroom deputy to provide an estimate of the duration of the defense case, if any.

SO ORDERED, this 5th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-0174-JCC
PAGE - 1