The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC SHIBLEY,<br><br>    Defendant. | NO. CR20-174JCC<br><br>GOVERNMENT'S PROPOSED VERDICT FORM |

WE, THE JURY, unanimously find the following:

**Count 1 (Wire Fraud): Electronic Transmission of A Team Holdings LLC loan note to Ready Capital on or about April 23, 2020**

 As to Count 1, we find the Defendant ERIC SHIBLEY:

    Guilty _____    Not Guilty _____

**Count 2 (Wire Fraud): Electronic Transmission of Seattle's Finest Cannabis LLC PPP application to TCF Bank on or about April 25, 2020**

 As to Count 2, we find the Defendant ERIC SHIBLEY:

    Guilty _____    Not Guilty _____

VERDICT FORM - 1
*United States v. Eric Shibley*, CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Count 3 (Wire Fraud):** Electronic Transmission of Dituri Construction LLC PPP application to Ready Capital on or about May 2, 2020

   As to Count 3, we find the Defendant ERIC SHIBLEY:

               Guilty _____            Not Guilty _____

**Count 4 (Wire Fraud):** Electronic Transmission of Dituri Construction LLC PPP application to Celtic Bank on or about May 4, 2020

   As to Count 4, we find the Defendant ERIC SHIBLEY:

               Guilty _____            Not Guilty _____

**Count 5 (Wire Fraud):** Electronic Transmission of SS1 loan note to Harvest Small Business Finance on or about May 5, 2020

   As to Count 5, we find the Defendant ERIC SHIBLEY:

               Guilty _____            Not Guilty _____

**Count 6 (Wire Fraud):** Electronic Transmission of Dituri Construction LLC EIDL application to SBA on or about June 7, 2020

   As to Count 6, we find the Defendant ERIC SHIBLEY:

               Guilty _____            Not Guilty _____

VERDICT FORM - 2
*United States v. Eric Shibley*, CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Count 7 (Wire Fraud):** Electronic Transmission of SS1 LLC EIDL application to SBA on or about June 7, 2020

As to Count 7, we find the Defendant ERIC SHIBLEY:

Guilty _____     Not Guilty _____

**Count 8 (Bank Fraud):** Submission of Seattle's Finest Cannabis LLC PPP application to TCF Bank on or about April 25, 2020

As to Count 8, we find the Defendant ERIC SHIBLEY:

Guilty _____     Not Guilty _____

**Count 9 (Bank Fraud):** Submission of A Team Holdings LLC loan note to Customers Bank on or about April 30, 2020

As to Count 9, we find the Defendant ERIC SHIBLEY:

Guilty _____     Not Guilty _____

**Count 10 (Bank Fraud):** Submission of Dituri Construction LLC PPP application to Celtic Bank on or about May 4, 2020

As to Count 10, we find the Defendant ERIC SHIBLEY:

Guilty _____     Not Guilty _____

VERDICT FORM - 3
*United States v. Eric Shibley*, CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Count 11 (Money Laundering):** Transfer of $960,000 from Wells Fargo account ending in 9116 in the name of A Team Holdings LLC to Wells Fargo account ending in 3536 in the name of A Team Holdings LLC on or about May 4, 2020

   As to Count 11, we find the Defendant ERIC SHIBLEY:

          Guilty _____         Not Guilty _____

**Count 12 (Money Laundering):** Transfer of $563,500 from BECU account ending in 7277 in the name of Dituri Construction LLC to BECU account ending in 7219 in the name of Dituri Construction LLC on or about May 6, 2020

   As to Count 12, we find the Defendant ERIC SHIBLEY:

          Guilty _____         Not Guilty _____

**Count 13 (Money Laundering):** Transfer of $820,000 from BECU account ending in 9724 in the name of SS1 LLC to BECU account ending in 9683 in the name of SS1 LLC on or about May 19, 2020

   As to Count 13, we find the Defendant ERIC SHIBLEY:

          Guilty _____         Not Guilty _____

**Count 14 (Money Laundering):** Withdrawal of $150,000 from Wells Fargo account ending in 3536 in the name of A Team Holdings LLC on or about May 26, 2020

   As to Count 14, we find the Defendant ERIC SHIBLEY:

          Guilty _____         Not Guilty _____

VERDICT FORM - 4
*United States v. Eric Shibley*, CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Count 15 (Money Laundering):** Deposit of $20,000 cashier's check from Verity Credit Union into Navy Federal Credit Union account ending in 4507 in the name of ES1 LLC on or about June 22, 2020

As to Count 15, we find the Defendant ERIC SHIBLEY:

    Guilty _____        Not Guilty _____

_____      _____
PRESIDING JUROR                      DATE

VERDICT FORM - 5
*United States v. Eric Shibley*, CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970