THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On November 1, 2021, the Government and Defendant each filed motions in limine, noted for November 12, 2021, and November 5, 2021, respectively. (Dkt. Nos. 86, 89.) To ensure that both motions are briefed simultaneously, it is hereby ORDERED that (1) Defendant's motion in limine (Dkt. No. 89) is RENOTED for November 12, 2021; and (2) any response to either motion must be filed no later than November 8, 2021.

DATED this 2nd day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk