THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC SHIBLEY,<br><br>Defendant. | CASE NO. CR20-174 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Government and Defendant have each submitted separate proposed jury instructions. (Dkt. Nos. 83, 87 (Government's), 94 (Defendant's).) The Government has also submitted its own proposed verdict forms. (Dkt. Nos. 84, 88.) This Court's Chambers Procedures require the parties to submit *joint* proposed jury instructions and verdict forms, identifying and making argument on any areas of dispute. *See* Judge John C. Coughenour Chambers Procedures, ¶ F.1. The current state of the parties' separate proposed jury instructions prevents the Court from identifying any areas of disagreement or synthesizing a single set of instructions.

It is therefore ORDERED that on or before November 11, 2021, the parties will submit joint proposed jury instructions and verdict forms that comply with the Court's Chambers Procedures.

DATED this 8th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-174 JCC
PAGE - 2