THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ERIC SHIBLEY,<br><br>    Defendant. | CASE NO. CR20-0174-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants and jury in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins November 15, 2021.

DATED this 15th day of November 2021.

             <u>Ravi Subramanian</u>
             Clerk of Court

             <u>s/Sandra Rawski</u>
             Deputy Clerk