THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0174-JCC |
| Plaintiff, | ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. Multiple prospective jurors who appeared for the *venire* in this case have reported that they are not vaccinated against COVID-19. To protect the health of the jurors, Court staff, counsel and the parties; to ensure the jury in this case can effectively deliberate on the evidence put before it; and there being no objection from the parties, the Court FINDS good cause to excuse the unvaccinated prospective jurors from the jury panel.

DATED this 15th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0174-JCC
PAGE - 1