THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0174-JCC |
| Plaintiff, | ORDER |
| v. | |
| ERIC SHIBLEY, | |
| Defendants. | |

The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

DATED this 18th day of November 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE