## *United States of America v. Eric Shibley*
## CR20-174 JCC

## Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | PPP Loan Documents for The A Team Holdings LLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 2 | PPP Loan Documents for Seattle's Finest Cannabis LLC to TCF Bank | Admitted | 11/16/2021 | |
| 3 | PPP Loan Documents for Dituri Construction LLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 4 | PPP Loan Documents for Dituri Construction LLC to Celtic Bank | Admitted | 11/16/2021 | |
| 5 | PPP Loan Documents for SS1 LLC to Harvest Small Business Finance | Admitted | 11/16/2021 | |
| 6 | PPP Loan Documents for Eric R Shibley MD PLLC to BECU | Admitted | 11/16/2021 | |
| 7 | PPP Loan Documents for ES1 LLC to BECU | Admitted | 11/16/2021 | |
| 8 | PPP Loan Documents for Eric R Shibley MD PLLC to FundBox | Admitted | 11/16/2021 | |
| 9 | PPP Loan Documents for Dituri Construction LLC to FundBox | Admitted | 11/16/2021 | |
| 10 | PPP Loan Documents for SS1 LLC to FundBox | Admitted | 11/16/2021 | |
| 11 | PPP Loan Documents for Eric R Shibley MD PLLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 12 | PPP Loan Documents for ES1 LLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 13 | PPP Loan Documents for SS1 LLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 14 | PPP Loan Documents for SFC LLC to Ready Capital / Customers Bank | Admitted | 11/16/2021 | |
| 15 | PPP Loan Documents for Eric R Shibley MD PLLC to Harvest Small Business Finance | Admitted | 11/16/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 16 | PPP Loan Documents for ES1 LLC to Harvest Small Business Finance | Admitted | 11/16/2021 | |
| 17 | PPP Loan Documents for Dituri Construction LLC to Idaho Central Credit Union | Admitted | 11/16/2021 | |
| 18 | PPP Loan Documents for ES1 LLC to Idaho Central Credit Union | Admitted | 11/16/2021 | |
| 19 | PPP Loan Documents for Eric R Shibley MD PLLC to Idaho Central Credit Union | Admitted | 11/16/2021 | |
| 20 | PPP Loan Documents for SS1 LLC to Idaho Central Credit Union | Admitted | 11/16/2021 | |
| 21 | PPP Loan Documents for SFC LLC to Idaho Central Credit Union | Admitted | 11/16/2021 | |
| 22 | PPP Loan Documents for ES1 LLC to TCF Bank | Admitted | 11/16/2021 | |
| 23 | PPP Loan Documents for Eric R Shibley MD PLLC to TCF Bank | Admitted | 11/16/2021 | |
| 24 | PPP Loan Documents for SFC LLC to Umpqua Bank | Admitted | 11/16/2021 | |
| 25 | PPP Loan Documents for ES1 LLC to Wells Fargo Bank | Admitted | 11/16/2021 | |
| 26 | PPP Loan Documents for Eric R Shibley MD PLLC to Wells Fargo Bank | Admitted | 11/16/2021 | |
| 27 | EIDL Documents for Dituri Construction LLC | Admitted | 11/15/2021 | |
| 28 | EIDL Documents for SS1 LLC | Admitted | 11/15/2021 | |
| 29 | EIDL Documents for SFC LLC | Admitted | 11/15/2021 | |
| 30 | EIDL Documents for SFC LLC | Admitted | 11/15/2021 | |
| 31 | EIDL Documents for Seattle's Finest Cannabis | Admitted | 11/15/2021 | |
| 32 | EIDL Documents for ES1 LLC | Admitted | 11/15/2021 | |
| 33 | EIDL Documents for ES1 LLC | Admitted | 11/15/2021 | |
| 34 | EIDL Documents for Shibley Medical | Admitted | 11/15/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 35 | EIDL Documents for Eric Shibley (sole proprietorship) | Admitted | 11/15/2021 | |
| 36 | EIDL Documents for Eric Shibley (sole proprietorship) | Admitted | 11/15/2021 | |
| 37 | EIDL Documents for SS1 LLC | Admitted | 11/15/2021 | |
| 38 | EIDL Documents for Dituri Construction LLC | Admitted | 11/15/2021 | |
| 39 | EIDL Documents for The A Team Holdings LLC | Admitted | 11/15/2021 | |
| 40 | Blank PPP Loan Application Form | Admitted | 11/15/2021 | |
| 41 | 5/27/20 Undercover Call with Celtic Bank | | | |
| 42 | Transcription of 5/27/20 Celtic Bank Undercover Call | | | |
| 43 | 5/28/20 Undercover Call with Harvest (IRS UC) | | | |
| 44 | Transcription of 5/28/20 Harvest Undercover Call | | | |
| 45 | 5/27/20 Shibley Voicemail to Harvest Bank | | | |
| 46 | 5/5/20 Email between Shibley to Harvest | Admitted | 11/16/2021 | |
| 47 | 5/27/20 Email between Shibley and Harvest | Admitted | 11/16/2021 | |
| 48 | 6/1/20 Email between Shibley and Harvest | Admitted | 11/16/2021 | |
| 49 | 4/30/20 Email between Shibley and Celtic | | | |
| 50 | 6/18/20 Email between Shibley and Celtic | Admitted | 11/16/2021 | |
| 51 | 5/27/20 Email between Shibley and Ready Capital | | | |
| 52 | 6/1/20 Email between Shibley and Ready Capital | | | |
| 53 | 4/25/20 Email between Shibley and BECU | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 54 | 5/4/20 Email between Shibley and ICCU | | | |
| 55 | [RESERVED] | | | |
| 56 | [RESERVED] | | | |
| 57 | [RESERVED] | | | |
| 58 | [RESERVED] | | | |
| 59 | 12/30/19 Washington Medical Commission Ex Parte Order regarding Eric Shibley | | | |
| 60 | IRS Fact of Filing Letters | | | |
| 61 | IRS Lack of Certification Records | | | |
| 62 | Comcast IP Address Records for 73.109.30.232 and 2603:3023:31a:1000:99dd:8357:854d:a527 and 2603:3023:31a:1000:c9d5:5054:bcb9:5cf0 | Admitted | 11/16/2021 | |
| 63 | Google Subscriber Information for ers98126@gmail.com | Admitted | 11/16/2021 | |
| 64 | Google Subscriber Information for shibley98126@gmail.com | Admitted | 11/16/2021 | |
| 65 | Google Subscriber Information for shibley98271@gmail.com | Admitted | 11/16/2021 | |
| 66 | Yahoo Subscriber Information for shibleenyc@yahoo.com | Admitted | 11/16/2021 | |
| 67 | Microsoft Subscriber Information for shibleymedical@outlook.com | Admitted | 11/16/2021 | |
| 68 | T-Mobile Subscriber Information for phone number ending in 7868 | Admitted | 11/16/2021 | |
| 69 | Comcast Subscriber Information and Call List for phone number ending in 4291 | Admitted | 11/16/2021 | |
| 70 | Washington Secretary of State ("WA SOS") records for Dituri Construction LLC | Admitted | 11/16/2021 | |
| 71 | WA SOS records for Eric R Shibley MD PLLC | Admitted | 11/16/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 72 | WA SOS records for SS1 LLC | Admitted | 11/16/2021 | |
| 73 | WA SOS records for ES1 LLC | Admitted | 11/16/2021 | |
| 74 | WA SOS records for SFC LLC | Admitted | 11/16/2021 | |
| 75 | WA SOS records for The A Team Holdings LLC | Admitted | 11/16/2021 | |
| 76 | Washington Department of Revenue ("WA DOR") letter of no records for Dituri Construction LLC, The A Team Holdings LLC, and SS1 LLC | | | |
| 77 | WA DOR records for Eric R Shibley MD PLLC | Admitted | 11/16/2021 | |
| 78 | WA DOR records for ES1 LLC | Admitted | 11/16/2021 | |
| 79 | WA DOR records for SFC LLC | Admitted | 11/16/2021 | |
| 80 | Washington Employment Security Department ("WA ESD") letter of no records for Dituri Construction LLC | Admitted | 11/16/2021 | |
| 81 | WA ESD records for Eric R Shibley MD PLLC | Admitted | 11/16/2021 | |
| 82 | WA ESD letter of no records for SS1 LLC | Admitted | 11/16/2021 | |
| 83 | WA ESD letter of no records for ES1 | Admitted | 11/16/2021 | |
| 84 | WA ESD letter of no records for SFC LLC | Admitted | 11/16/2021 | |
| 85 | WA ESD letter of no records for The A Team Holdings LLC | Admitted | 11/16/2021 | |
| 86 | WA ESD letter of no records for EIN ending in 8805 | Admitted | 11/16/2021 | |
| 87 | WA ESD records for Eric Shibley | Admitted | 11/16/2021 | |
| 88 | WA ESD Records for S. Butler-Hem | Admitted | 11/16/2021 | |
| 89 | WA ESD Records for C. Lopez | Admitted | 11/16/2021 | |
| 90 | WA ESD Records for S. Morgan | Admitted | 11/16/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 91 | WA ESD Records for J. Muna | Admitted | 11/16/2021 | |
| 92 | WA ESD records for E. Pula | Admitted | 11/16/2021 | |
| 93 | WA ESD records for R. Reel | Admitted | 11/16/2021 | |
| 94 | WA ESD records for D. Sandoval | Admitted | 11/16/2021 | |
| 95 | WA ESD records for R. Smith | Admitted | 11/16/2021 | |
| 96 | WA ESD records for M. Tela | Admitted | 11/16/2021 | |
| 97 | WA ESD records for L. Velotta | Admitted | 11/16/2021 | |
| 98 | WA ESD Urgent Data Request for ES1 | Admitted | 11/18/2021 | |
| 99 | Skagit County Rules of Probation regarding Eric Shibley | | | |
| 100 | Picture of Shibley Medical | Admitted | 11/16/2021 | |
| 101 | Judgment in Anacortes Municipal Court Case # AC17582 | | | |
| 102 | Washington State Department of Health – Shibley Credential Verification | | | |
| 103 | S. Morgan Death Certificate | Admitted | 11/16/2021 | |
| 104 | May 2020 Wells Fargo Statement for A Team Holdings LLC checking account ending in 9116 | Admitted | 11/16/2021 | |
| 105 | May 2020 Wells Fargo Statement for A Team Holdings LLC savings account ending in 3536 | Admitted | 11/16/2021 | |
| 106 | May 2020 BECU Statement for Dituri Construction LLC savings and checking accounts | Admitted | 11/16/2021 | |
| 107 | May 2020 BECU Statement for SS1 LLC savings and checking accounts | Admitted | 11/16/2021 | |
| 108 | 5/26/20 Photo from Wells Fargo | | | |
| 109 | Cashier's Check Image for Check No. 122356 for $20,000 payable to Eric Shibley from Verity Credit Union | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 110 | June 2020 NFCU Statement for ES1 LLC savings account ending in 4507 | Admitted | 11/17/2021 | |
| 111 | 6/24/20 Letter from NFCU to ES1 LLC | Admitted | 11/17/2021 | |
| 112 | 5/13/20 BECU Large Cash Request for Dituri Construction | Admitted | 11/17/2021 | |
| 113 | Commencement Bank records for Dituri Construction LLC Account ending in 2489 | Admitted | 11/17/2021 | |
| 114 | Signature Card for Commencement Bank Account in the name of Dituri Construction LLC ending in 2489 | Admitted | 11/17/2021 | |
| 115 | Verity Credit Union records for Dituri Construction LLC Account ending in 5380 | Admitted | 11/17/2021 | |
| 116 | Verity Credit Union records for Dituri Construction LLC Account ending in 5390 | Admitted | 11/17/2021 | |
| 117 | Verity Credit Union records for Dituri Construction LLC Account ending in 5400 | Admitted | 11/16/2021 | |
| 118 | Signature Card for Verity Credit Union Accounts in the name of Dituri Construction LLC ending in 5380, 5390, and 5400 | Admitted | 11/17/2021 | |
| 119 | BECU records for Dituri Construction LLC Account ending in 7219 | Admitted | 11/17/2021 | |
| 120 | BECU records for Dituri Construction LLC Account ending in 7277 | Admitted | 11/16/2021 | |
| 121 | Signature Card for BECU Accounts in the name of Dituri Construction LLC ending in -7219, -7277 | Admitted | 11/17/2021 | |
| 122 | BECU records for Eric R Shibley MD PLLC Account ending in 1495 | Admitted | 11/17/2021 | |
| 123 | BECU records for Eric R Shibley MD PLLC Account ending in 1536 | Admitted | 11/17/2021 | |
| 124 | Signature Card for BECU Accounts in the name of Eric R Shibley MD PLLC ending in 1495 and 1536 | Admitted | 11/17/2021 | |
| 125 | US Bank records for Eric R Shibley MD PLLC Account ending in 1766 | Admitted | 11/17/2021 | |
| 126 | Signature Card for US Bank Account in the name of Eric R Shibley MD PLLC ending in 1766 | Admitted | 11/17/2021 | |
| 127 | US Bank records for Eric R Shibley MD PLLC Account ending in 1782 | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 128 | Signature Card for US Bank Account in the name of Eric R Shibley MD PLLC ending in 1782 | Admitted | 11/17/2021 | |
| 129 | NFCU records for Eric R Shibley MD PLLC Account ending in 7528 | Admitted | 11/17/2021 | |
| 130 | NFCU records for Eric R Shibley MD PLLC Account ending in 9972 | Admitted | 11/16/2021 | |
| 131 | Signature Card for NFCU Accounts in the name of Eric R Shibley MD PLLC ending in 7528 and 9972 | Admitted | 11/17/2021 | |
| 132 | NFCU records for Eric R Shibley MD PLLC Account ending in 7721 | Admitted | 11/17/2021 | |
| 133 | BECU records for Eric R Shibley MD PLLC Account ending in 8158 | Admitted | 11/17/2021 | |
| 134 | Signature Card for BECU Account in the name of Eric R Shibley MD PLLC ending in 8158 | Admitted | 11/17/2021 | |
| 135 | Wells Fargo records for Eric R Shibley MD PLLC Account ending in 7247 | Admitted | 11/17/2021 | |
| 136 | Wells Fargo records for Eric R Shibley MD PLLC Account ending in 7262 | Admitted | 11/16/2021 | |
| 137 | Signature Card for Wells Fargo Accounts in the name of Eric R Shibley MD PLLC ending in 7247 and 7262 | Admitted | 11/17/2021 | |
| 138 | USAA records for Eric Shibley Account ending in 4985 | Admitted | 11/17/2021 | |
| 139 | Signature Card for USAA Account in the name of Eric Shibley ending in 4985 | Admitted | 11/17/2021 | |
| 140 | Home Street records for ES1 LLC Account ending in 2055 | Admitted | 11/17/2021 | |
| 141 | Signature Card for Home Street Account in the name of ES1 LLC ending in 2055 | Admitted | 11/17/2021 | |
| 142 | Wells Fargo records for ES1 LLC Account ending in 2378 | Admitted | 11/17/2021 | |
| 143 | Wells Fargo records for ES1 LLC Account ending in 9124 | Admitted | 11/16/2021 | |
| 144 | Signature Card for Wells Fargo Accounts in the name of ES1 LLC ending in 9124 and 2378 | Admitted | 11/17/2021 | |
| 145 | NFCU records for ES1 LLC Account ending in 4690 | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 146 | NFCU records for ES1 LLC Account ending in 2997 | Admitted | 11/17/2021 | |
| 147 | Signature Card for NFCU Accounts in the name of ES1 LLC ending in 4690 2997 | Admitted | 11/17/2021 | |
| 148 | Home Street records for ES1 LLC Account ending in 3109 | Admitted | 11/17/2021 | |
| 149 | Signature Card for Home Street Account in the name of ES1 LLC ending in 3109 | Admitted | 11/17/2021 | |
| 150 | NFCU records for ES1 LLC Account ending in 4507 | Admitted | 11/17/2021 | |
| 151 | NFCU records for ES1 LLC Account ending in 7053 | Admitted | 11/17/2021 | |
| 152 | BECU records for ES1 LLC Account ending in 7978 | Admitted | 11/17/2021 | |
| 153 | Signature Card for BECU Account in the name of ES1 LLC ending in 7978 | Admitted | 11/17/2021 | |
| 154 | US Bank records for ES1 LLC Account ending in 8383 | Admitted | 11/17/2021 | |
| 155 | BECU records for ES1 LLC Account ending in 9952 | Admitted | 11/17/2021 | |
| 156 | BECU records for ES1 LLC Account ending in 9960 | Admitted | 11/17/2021 | |
| 157 | Signature Card for BECU Accounts in the name of ES1 LLC ending in 9952 and 9960 | Admitted | 11/17/2021 | |
| 158 | Washington Federal records for ES1 LLC Account ending in 3113 | Admitted | 11/17/2021 | |
| 159 | Washington Federal records for ES1 LLC Account ending in 3162 | Admitted | 11/17/2021 | |
| 160 | Signature Card for Washington Federal Accounts in the name of ES1 LLC ending in 3113 and 3162 | Admitted | 11/17/2021 | |
| 161 | BECU records for SFC LLC Account ending in 2911 | Admitted | 11/17/2021 | |
| 162 | BECU records for SFC LLC Account ending in 2945 | Admitted | 11/17/2021 | |
| 163 | Signature Card for BECU Accounts in the name of SFC LLC ending in 2945 and 2911 | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 164 | TAB Bank records for SFC LLC Account ending in 3104 | Admitted | 11/17/2021 | |
| 165 | Washington Federal records for SFC LLC Account ending in 1349 | Admitted | 11/17/2021 | |
| 166 | Washington Federal records for SFC LLC Account ending in 1422 | Admitted | 11/17/2021 | |
| 167 | Signature Card for Washington Federal Accounts in the name of SFC, LLC ending in 1349 and 1422 | Admitted | 11/17/2021 | |
| 168 | Home Street records for Shibley Medical Account ending in 7322 | Admitted | 11/17/2021 | |
| 169 | Signature Card for Home Street Account in the name of Shibley Medical ending in 7322 | Admitted | 11/17/2021 | |
| 170 | Home Street records for Shibley Medical Account ending in 8490 | Admitted | 11/17/2021 | |
| 171 | BECU records for SS1 LLC Account ending in 9683 | Admitted | 11/17/2021 | |
| 172 | BECU records for SS1 LLC Account ending in 9724 | Admitted | 11/16/2021 | |
| 173 | Signature Card for BECU Accounts in the name of SS1 LLC ending in 9724 and 9683 | Admitted | 11/17/2021 | |
| 174 | Commencement Bank records for SS1 LLC Account ending in 2513 | Admitted | 11/17/2021 | |
| 175 | Signature Card for Commencement Bank Account in the name of SS1 LLC ending in 2513 | Admitted | 11/17/2021 | |
| 176 | Verity Credit Union records for SS1 LLC Account ending in 5310 | Admitted | 11/17/2021 | |
| 177 | Verity Credit Union records for SS1 LLC Account ending in 5320 | Admitted | 11/17/2021 | |
| 178 | Verity Credit Union records for SS1 LLC Account ending in 5330 | Admitted | 11/16/2021 | |
| 179 | Signature Card for Verity Credit Union Accounts in the name of SS1 LLC ending in 5310, 5320, and 5330 | Admitted | 11/17/2021 | |
| 180 | Washington Federal records for The A Team Holdings LLC Account ending in 2958 | Admitted | 11/17/2021 | |
| 181 | Washington Federal records for The A Team Holdings LLC Account ending in 3006 | Admitted | 11/17/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 182 | Signature Card for Washington Federal Accounts in the name of The A Team Holdings LLC ending in 2958 and 3006 | Admitted | 11/17/2021 | |
| 183 | BECU records for The A Team Holdings LLC Account ending in 3331 | Admitted | 11/17/2021 | |
| 184 | BECU records for The A Team Holdings LLC Account ending in 3357 | Admitted | 11/17/2021 | |
| 185 | Signature Card for BECU Accounts in the name of The A Team Holdings LLC ending in 3331 and 3357 | Admitted | 11/17/2021 | |
| 186 | Wells Fargo records for The A Team Holdings LLC Account ending in 3536 | Admitted | 11/17/2021 | |
| 187 | Wells Fargo records for The A Team Holdings LLC Account ending in 9116 | Admitted | 11/16/2021 | |
| 188 | Signature Card for Wells Fargo Accounts in the name of The A Team Holdings, LLC ending in 3536 and 9116 | Admitted | 11/17/2021 | |
| 189 | Home Street records for The A Team Holdings LLC Account ending in 4333 | Admitted | 11/17/2021 | |
| 190 | Signature Card for Home Street Account in the name of The A Team Holdings LLC ending in 4333 | Admitted | 11/17/2021 | |
| 191 | Home Street records for The A Team Holdings LLC Account ending in 8005 | Admitted | 11/17/2021 | |
| 192 | Signature Card for Home Street Account in the name of The A Team Holdings LLC ending in 8005 | Admitted | 11/17/2021 | |
| 193 | Home Street records for Eric R Shibley Account ending in 1356 | Admitted | 11/17/2021 | |
| 194 | Signature Card for Home Street Account in the name of Eric R Shibley ending in 1356 | Admitted | 11/17/2021 | |
| 195 | US Bank records for Eric R Shibley Account ending in 1741 | Admitted | 11/17/2021 | |
| 196 | Signature Card for US Bank Account in the name of Eric R Shibley ending in 1741 | Admitted | 11/17/2021 | |
| 197 | NFCU records for Eric R Shibley Account ending in 3669 | Admitted | 11/17/2021 | |
| 198 | US Bank records for Eric R Shibley Account ending in 4522 | Admitted | 11/17/2021 | |
| 199 | NFCU records for Eric R Shibley Account ending in 5052 | Admitted | 11/16/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 200 | NFCU records for Eric R Shibley Account ending in 6122 | Admitted | 11/17/2021 | |
| 201 | Wells Fargo records for Dituri Construction LLC Account ending in 5564 | Admitted | 11/17/2021 | |
| 202 | Wells Fargo records for Dituri Construction LLC Account ending in 5572 | Admitted | 11/17/2021 | |
| 203 | Signature Card for Wells Fargo Accounts in the name of Dituri Construction LLC ending in 5564 and 5572 | Admitted | 11/17/2021 | |
| 204 | 5/13/2020 Photos from BECU | Admitted | 11/17/2021 | |
| 205 | Summary Charts of PPP and EIDL Applications | Admitted | 11/16/2021 | |
| 206 | Summary Charts of Funded Loans | Admitted | 11/16/2021 | |
| 207 | Summary Chart of EIDL Applications | Admitted | 11/15/2021 | |
| 208 | Summary Charts of Bank Records and Payroll | Admitted | 11/17/2021 | |
| 209 | Summary Charts of Money Transfers | Admitted | 11/17/2021 | |
| 210 | [RESERVED] | | | |
| 211 | FDIC Certificate of Authenticity – Celtic Bank | Admitted | 11/16/2021 | |
| 212 | FDIC Certificate of Authenticity – Customer's Bank | Admitted | 11/16/2021 | |
| 213 | FDIC Certificate of Authenticity – TCF National Bank | Admitted | 11/16/2021 | |
| 214 | IRS Form 941 Records for Shibley Entities from Pinnacle Signature | | | |
| 215 | IRS Form W-3 Records for Shibley Entities from Pinnacle Signature | | | |
| 216 | Schedule C Tax Records for Shibley Entities from Pinnacle Signature | | | |
| 217 | IRS Form 7200 Records for Shibley Entities from Pinnacle Signature | | | |
| 218 | Records of IRS Denials of Forms 7200 from Pinnacle Signature | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 219 | 7/13/2020 Email between Shibley, Mario Davis, and Phebe Fuqua | | | |
| 220 | 7/14/2020 Email between Shibley, Mario Davis, and Phebe Fuqua | | | |
| 221 | 8/5/2020 Email between Shibley and Mario Davis | | | |
| 222 | 8/5/2020 Email between Shibley, Mario Davis, and Phebe Fuqua | | | |
| 223 | 8/9/2020 Email between Shibley and Mario Davis | | | |
| 224 | 9/7/20 IRS Tax Bill from Pinnacle Signature | | | |
| 225 | Signed Stipulation of Facts regarding Shibley Entity production | Admitted | 11/16/2021 | |
| 226 | Stipulation of the Parties Regarding City of Anacortes vs. Eric Shibley | Admitted | 11/16/2021 | |
| A-1 | Photos depicting individuals, IDs of individuals, and identifying details of individuals | Admitted | 11/17/2021 | |
| A-2 | Receipts and photos of receipts of business-related expenses | Admitted | 11/17/2021 | |
| A-3 | Work site photos of interior construction | Admitted | 11/17/2021 | |
| A-4 | Work site photos of exterior construction | Admitted | 11/17/2021 | |
| A-5 | Revised PPP Loan Application | Admitted | 11/15/2021 | |