The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC SHIBLEY,<br><br>  Defendant. | NO. CR20-174JCC<br><br>JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, Brian Werner, Assistant United States Attorney for the Western District of Washington, Joseph Beemsterboer, Acting Chief, Fraud Section, Department of Justice, and Laura Connelly, Trial Attorney, hereby files the admitted trial exhibits.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

Joint Certification of Counsel Re: Admitted Trial Exhibits - 1
*U.S. v. Eric Shibley,* CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  At the close of the trial counsel for all parties conferred with the in-court deputy
2  and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to
3  the trier of fact in the matter.  The exhibits filed here are those same exhibits.
4  Therefore, the undersigned submits that the admitted trial exhibits as listed on
5  Court's Exhibit List (Dkt. No. 136) and hereby filed via CM/ECF event "Admitted
6  Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this
7  matter.
8  Dated this 26th day of November, 2021.

Respectfully Submitted,

NICHOLAS W. BROWN
United States Attorney

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section,
Criminal Division
U.S. Department of Justice

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney

*s/ Laura Connelly*
LAURA CONNELLY
Trial Attorney

*s/ Michael Nance approved by email*
MICHAEL NANCE
Attorney for Defendant

Joint Certification of Counsel Re: Admitted Trial Exhibits - 2
*U.S. v. Eric Shibley,* CR20-174JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970