DocuSign Envelope ID: 04AA700A-109C-4960-9F8F-7E794269AEE1



**Paycheck Protection Program**
**Borrower Application Form**

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☒ LLC ☐ Independent contractor ☐ Eligible self-employed individual ☐ 501(c)(3) nonprofit ☐ 501(c)(19) veterans organization ☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ☐ Other | **DBA or Tradename if Applicable** |
|---|---|---|

| **Business Legal Name** | | |
|---|---|---|
| Eric R Shibley MD PLLC | | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 4700 36th Ave SW | ▉5849 | 206938429† |
| | **Primary Contact** | **Email Address** |
| Seattle          WA          98126 | Eric Shibley | shibley98271@gmail.com |

| Average Monthly Payroll: | $ 37900 | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ 94750 | Number of Employees: | 6 |
|---|---|---|---|---|---|

| Purpose of the loan (select more than one): | ☒Payroll ☐Lease / Mortgage Interest ☐Utilities ☐Other (explain):_____ |
|---|---|

### Applicant Ownership

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Eric R Shibley | Manager | 100 | ▉5264 | 4700 36th Ave SW Seattle WA 98126 |
| | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☒ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☒ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☐ | ☒ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☒ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole? | ☐ | ☒ |
| Initial here to confirm your response to question 5 → | | |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; or 5) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)? | ☐ | ☒ |
| Initial here to confirm your response to question 6 → | | |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☒ | ☐ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☒ |

FOIA CONFIDENTIAL TREATMENT REQUESTED

SBA Form 2483 (04/20)

**U.S. v. Shibley**
**CR20-174 JCC**
1
**Government Exhibit No. 11**
**Admitted _____**

ATH-RC_0000208

DOJ-01-0000003175

DocuSign Envelope ID: 04AA700A-109C-4960-9F8F-7E794269AEE1



**Paycheck Protection Program**
**Borrower Application Form**

## By Signing Below, You Make the Following Representations, Authorizations, and Certifications

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

- The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

- Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

- The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

- The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

- I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

- During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

- I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than  $1,000,000.

- I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_Eric Shibley_ | 5/2/2020
Signature of Authorized Representative of Applicant | Date

Eric Shibley | Manager
Print Name | Title

DocuSign Envelope ID: 04AA700A-109C-4960-9F8F-7E794269AEE1



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and *submitted to your SBA Participating Lender*. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your  loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants  SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

ATH-RC_0000210

SBA Form 2483 (04/20)

DOJ-01-0000003177

DocuSign Envelope ID: 04AA700A-109C-4960-9F8F-7E794269AEE1



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

ATH-RC_0000211

SBA Form 2483 (04/20)

DOJ-01-0000003178

Form **941 for 2020:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2020)   Department of the Treasury — Internal Revenue Service

950117

OMB No. 1545-0029

Employer identification number (EIN)  [ ] – 9 0 5 2

Name (not your trade name)  Eric R Shibley MD PLLC

Trade name (if any)

Address  4700 36th Ave SW

Number   Street                               Suite or room number

Seattle                                  WA      98126

City                                     State     ZIP code

Foreign country name        Foreign province/county        Foreign postal code

**Report for this Quarter of 2020**
(Check one.)

[X] 1: January, February, March

[ ] 2: April, May, June

[ ] 3: July, August, September

[ ] 4: October, November, December

Go to www.irs.gov/Form941 for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**  Answer these questions for this quarter.

1  Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) ... **1**  5

2  Wages, tips, and other compensation ............................. **2**  75800 . 00

3  Federal income tax withheld from wages, tips, and other compensation ......... **3**  0 .

4  If no wages, tips, and other compensation are subject to social security or Medicare tax [ ] Check and go to line 6.

|  |  | Column 1 |  | Column 2 |  |
|---|---|---|---|---|---|
| 5a | Taxable social security wages . . | 75800 . | × 0.124 = | 9399 . | 20 |
| 5b | Taxable social security tips . . . | . | × 0.124 = | . |  |
| 5c | Taxable Medicare wages & tips. . | 75800 . | × 0.029 = | 2198 . | 20 |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | . | × 0.009 = | . |  |

5e  Add Column 2 from lines 5a, 5b, 5c, and 5d . . . . . . . . . . . . . . . **5e**  11597 . 40

5f  Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) . . **5f**  .

6  Total taxes before adjustments. Add lines 3, 5e, and 5f . . . . . . . . . . . . . **6**  11597 . 40

7  Current quarter's adjustment for fractions of cents . . . . . . . . . . . . . . **7**  .

8  Current quarter's adjustment for sick pay . . . . . . . . . . . . . . . . . . **8**  .

9  Current quarter's adjustments for tips and group-term life insurance . . . . . . . **9**  .

10  Total taxes after adjustments. Combine lines 6 through 9 . . . . . . . . . . . **10**  11597 . 40

11  Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 **11**  .

12  Total taxes after adjustments and credits. Subtract line 11 from line 10 . . . . . . **12**  11597 . 40

13  Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter **13**  .

14  Balance due. If line 12 is more than line 13, enter the difference and see instructions . . . . **14**  11597 . 40

15  Overpayment. If line 13 is more than line 12, enter the difference  [ ] .   Check one: [ ] Apply to next return. [ ] Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.     Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.     Cat. No. 17001Z     Form **941** (Rev. 1-2020)

950217

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Eric R Shibley MD PLLC | ▮9052 |

### Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16 Check one: ☐ Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 5798 . 70 |
|---|---|---|
| | Month 2 | 5798 . 70 |
| | Month 3 | 0 . 00 |
| Total liability for quarter | | 11597 . 40 | Total must equal line 12.

☐ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

### Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

17 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages ___/___/___ .

18 If you are a seasonal employer and you don't have to file a return for every quarter of the year . . ☐ Check here.

### Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [ ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐☐☐☐☐

☒ No.

### Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

✗ Sign your name here

| Print your name here | Eric R Shibley |
|---|---|
| Print your title here | Manager |

Date 4/22/2020

Best daytime phone 2069384291

| Paid Preparer Use Only | | Check if you are self-employed ☐ |
|---|---|---|
| Preparer's name | | PTIN |
| Preparer's signature | | Date ___/___ |
| Firm's name (or yours if self-employed) | | EIN |
| Address | | Phone |
| City | State | ZIP code |

Page 2

Form **941** (Rev. 1-2020)

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ATH-RC_0000283

DOJ-01-0000003250

| 33333 | a. Control number | | For Official Use Only ▶ OMB No. 1545-0008 | | | | | |
|---|---|---|---|---|---|---|---|---|

| b. Kind of Payer (Check one) | 941 ☒ | Military ☐ | 943 ☐ | 944 ☐ | Kind of Employer (Check one) | None apply ☐  State/local non-501c ☐ | 501c non-govt. ☒  State/local 501c ☐  Federal govt. ☐ | Third-party sick pay ☐ (Check if applicable) |
| | CT-1 ☐ | Hshld. emp. ☐ | Medicare govt. emp. ☐ | | | | | |

| c. Total number of Forms W-2  6 | d. Establishment number | 1 Wages, tips, other compensation            451152 | 2 Federal income tax withheld                    0 |
| e. Employer identification number (EIN)                    9052 | | 3 Social security wages                        451152 | 4 Social security tax withheld               55942.8 |
| f. Employer's name  Eric R Shibley MD PLLC | | 5 Medicare wages and tips                      451152 | 6 Medicare tax withheld                      13083.4 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 9 | 10 Dependent care benefits |
| g. Employer's address and ZIP code  4700 36th Ave SW Seattle WA 98126-2716 | | 11 Nonqualified plans | 12a Deferred compensation |
| h. Other EIN used this year | | 13 For third-party sick pay use only | 12b |
| 15 State  WA | Employer's state ID number  603260109 | 14 Income tax withheld by payer of third-party sick pay | |
| 16 State wages, tips, etc.                    0 | 17 State income tax              0 | 18 Local wages, tips, etc.                    0 | 19 Local income tax                    0 |
| Employer's contact person  Eric R Shibley | | Employer's telephone number  206-938-4291 | For Official Use Only |
| Employer's fax number  206-260-1412 | | Employer's email address  shibleenyc@yahoo.com | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶    Title ▶ Manager    Date ▶ 04/24/202020

Form **W-3** Transmittal of Wage and Tax Statements    **2019**    Department of the Treasury Internal Revenue Service

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration (SSA).
Photocopies are not acceptable. Do not send Form W-3 if you filed electronically with the SSA.
Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

## Reminder

**Separate instructions.** See the 2019 General Instructions for Forms W-2 and W-3 for information on completing this form. Do not file Form W-3 for Form(s) W-2 that were submitted electronically to the SSA.

## Purpose of Form

Complete a Form W-3 Transmittal only when filing paper Copy A of Form(s) W-2, Wage and Tax Statement. Don't file Form W-3 alone. All paper forms **must** comply with IRS standards and be machine readable. Photocopies are **not** acceptable. Use a Form W-3 even if only one paper Form W-2 is being filed. Make sure both the Form W-3 and Form(s) W-2 show the correct tax year and Employer Identification Number (EIN). Make a copy of this form and keep it with Copy D (For Employer) of Form(s) W-2 for your records. The IRS recommends retaining copies of these forms for four years.

## E-Filing

The SSA strongly suggests employers report Form W-3 and Forms W-2 Copy A electronically instead of on paper. The SSA provides two free e-filing options on its Business Services Online (BSO) website.

• **W-2 Online.** Use fill-in forms to create, save, print, and submit up to 50 Forms W-2 at a time to the SSA.

• **File Upload.** Upload wage files to the SSA you have created using payroll or tax software that formats the files according to the SSA's Specifications for Filing Forms W-2 Electronically (EFW2).

W-2 Online fill-in forms or file uploads will be on time if submitted by **January 31, 2020.** For more information, go to www.SSA.gov/bso. First time filers, select "Register"; returning filers select "Log In."

## When To File Paper Forms

Mail Form W-3 with Copy A of Form(s) W-2 by **January 31, 2020.**

## Where To File Paper Forms

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration
Direct Operations Center
Wilkes-Barre, PA 18769-0001**

**Note:** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Pub. 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.





R1206193H1225

WA
USA **WASHINGTON**

# DRIVER LICENSE
## FEDERAL LIMITS APPLY

4d LIC# ███████████  9CLASS

1 SHIBLEY
2 ERIC RYAN

3 DOB ████/1978   4a ISS 12/06/2019
8 4700 36TH AVE SW
SEATTLE WA 98126-2716

15 SEX M        18 EYES BRO
16 HGT 6'-00"    17 WGT 190 lb
12 RESTRICTIONS  9a END NONE
       B         4b EXP 12/10/2025

5 DD WDL67B54F1SBR1206193H1225

REV 11/12/2019

20  R1206193H1225

DocuSign Envelope ID: DE6787BD-8159-4C17-99C3-1133D93E8F4D



**Paycheck Protection Program**
**Borrower Application Form**

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☒ LLC<br>☐ Independent contractor ☐ Eligible self-employed individual<br>☐ 501(c)(3) nonprofit ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ☐ Other | **DBA or Tradename if Applicable** |
|---|---|---|

| **Business Legal Name** | | |
|---|---|---|
| ES1 LLC | | |

| **Business Address** | | **Business TIN (EIN, SSN)** | **Business Phone** |
|---|---|---|---|
| 4700 36th Ave SW | | ▉5849 | (206)938429▋ |
| Seattle | WA       98126 | **Primary Contact** | **Email Address** |
| | | Eric Shibley | shibleenyc@yahoo.com |

| Average Monthly Payroll: | $ 38300 | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ 95750 | Number of Employees: | 6 |
|---|---|---|---|---|---|

| Purpose of the loan (select more than one): | ☒Payroll ☐Lease / Mortgage Interest ☐Utilities ☐Other (explain):_____ |
|---|---|

**Applicant Ownership**

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Eric R Shibley | Manager | 100 | ▉5264 | 4700 36th Ave SW Seattle WA 98126 |
| | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1.  Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☒ |
| 2.  Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☒ |
| 3.  Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☐ | ☒ |
| 4.  Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☒ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5.  Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 → _ES_ | ☐ | ☒ |
| 6.  Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 → _ES_ | ☐ | ☒ |
| 7.  Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☒ | ☐ |
| 8.  Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☒ |

ATH-RC_0000297

SBA Form 2483 (04/20)

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 12
Admitted _____

DOJ-01-0000003264

DocuSign Envelope ID: DE6787BD-8159-4C17-99C3-1133D93E8F4D



**Paycheck Protection Program**
**Borrower Application Form**

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:
- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

ES    The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

ES    Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

ES    The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

ES    The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

ES    I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

ES    During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

ES    I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than  $1,000,000.

ES    I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_Eric Shibley_
_____
Signature of Authorized Representative of Applicant

5/2/2020
_____
Date

Eric Shibley
_____
Print Name

Manager
_____
Title

DocuSign Envelope ID: DE6787BD-8159-4C17-99C3-1133D93E8F4D



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and *submitted to your SBA Participating Lender*. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

DOJ-01-0000003266

DocuSign Envelope ID: DE6787BD-8159-4C17-99C3-1133D93E8F4D



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

# Form **941** for 2020: Employer's QUARTERLY Federal Tax Return

(Rev. January 2020)                Department of the Treasury — Internal Revenue Service

950117

OMB No. 1545-0029

Employer identification number (EIN) [redacted] – [redacted] | 5 | 8 | 4 | 9

Name (not your trade name) ES1 LLC

Trade name (if any)

Address  4700 36th Ave SW
Number       Street                                        Suite or room number

Seattle | WA | 98126
City         State    ZIP code

Foreign country name | Foreign province/county | Foreign postal code

**Report for this Quarter of 2020**
(Check one.)

- [x] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Go to www.irs.gov/Form941 for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**   Answer these questions for this quarter.

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) | 1 | 5 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . . . . . | 2 | 76600 . 00 |
| 3 | Federal income tax withheld from wages, tips, and other compensation . . . . . . | 3 | 0 . |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | ☐ Check and go to line 6. |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages . . | 76600 . | × 0.124 = | 9498 . 40 | |
| 5b | Taxable social security tips . . . | . | × 0.124 = | . | |
| 5c | Taxable Medicare wages & tips. . | 76600 . | × 0.029 = | 2221 . 40 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | . | × 0.009 = | . | |

| | | | |
|---|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d . . . . . . . . . . . . . | 5e | 11719 . 80 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) . . | 5f | . |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f . . . . . . . . . | 6 | 11719 . 80 |
| 7 | Current quarter's adjustment for fractions of cents . . . . . . . . . . | 7 | . |
| 8 | Current quarter's adjustment for sick pay . . . . . . . . . . . . . | 8 | . |
| 9 | Current quarter's adjustments for tips and group-term life insurance . . . . . . | 9 | . |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 . . . . . . . . | 10 | 11719 . 80 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11 | . |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10 . . . . . | 12 | 11719 . 80 |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 13 | . |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions . . . | 14 | 11719 . 80 |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference | . | Check one: ☐ Apply to next return. ☐ Send a refund. |

▶ You MUST complete both pages of Form 941 and SIGN it.                                        Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.     Cat. No. 17001Z       Form **941** (Rev. 1-2020)

FOIA CONFIDENTIAL TREATMENT REQUESTED                         ATH-RC_0000307

950217

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| ESI LLC | ▮▮8849 |

**Part 2:** Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16  Check one: ☐ Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 5859 . 90 |
|---|---|---|
| | Month 2 | 5859 . 90 |
| | Month 3 | 0 . 00 |
| Total liability for quarter | | 11719 . 80 | Total must equal line 12. |

☐ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3:** Tell us about your business. If a question does NOT apply to your business, leave it blank.

17  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [  /  /  ].

18  If you are a seasonal employer and you don't have to file a return for every quarter of the year . . ☐ Check here.

**Part 4:** May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐☐☐☐☐

☒ No.

**Part 5:** Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here

| Print your name here | Eric R Shibley |
|---|---|
| Print your title here | Manager |

Date  4/22/2020

Best daytime phone  2069384291

**Paid Preparer Use Only**

Check if you are self-employed . . . . ☐

| Preparer's name | | PTIN | |
|---|---|---|---|
| Preparer's signature | | Date | /  / |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | |
| City | | State | ZIP code | |

Page 2

Form **941** (Rev. 1-2020)

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ATH-RC_0000308

DO NOT STAPLE

| a Control number: 33333 | For Official Use Only ► OMB No. 1545-0008 | | | |
|---|---|---|---|---|

| b Kind of Payer (Check one) | 941 ☒ CT-1 | Military ☐ Hshld. emp. | 943 ☐ Medicare govt. emp. | 944 ☐ | Kind of Employer (Check one) | None apply ☐ | 501c non-govt. ☒ | Third-party sick pay ☐ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | State/local non-501c ☐ | State/local 501c ☐ | Federal govt. ☐ |

| c Total number of Forms W-2: 6 | d Establishment number | 1 Wages, tips, other compensation: 459600 | 2 Federal income tax withheld: 0 |
|---|---|---|---|
| e Employer identification number (EIN): ████5849 | | 3 Social security wages: 459600 | 4 Social security tax withheld: 56990.04 |
| f Employer's name: ES1 LLC | | 5 Medicare wages and tips: 459300 | 6 Medicare tax withheld: 13328.40 |
| | | 7 Social security tips: | 8 Allocated tips: |
| | | 9 | 10 Dependent care benefits: |
| 4700 36th Ave SW Seattle WA 98126-2716 | | 11 Nonqualified plans: | 12a Deferred compensation: |
| g Employer's address and ZIP code | | 13 For third-party sick pay use only: YES | |
| h Other EIN used this year | | 14 Income tax withheld by payer of third-party sick pay: | |

| 15 State: WA | Employer's state ID number: 603260109 | 16 State wages, tips, etc.: 0 | 17 State income tax: 0 | 18 Local wages, tips, etc.: 0 | 19 Local income tax: 0 |
|---|---|---|---|---|---|
| | | | | | For Official Use Only |

Employer's contact person: Eric R Shibley
Employer's telephone number: 206-938-4291
Employer's fax number: 206-260-1412
Employer's email address: shibleenyc@yahoo.com

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ►

Title ► Manager

Date ► 04/22/202020

# Form W-3 Transmittal of Wage and Tax Statements 2019

Department of the Treasury
Internal Revenue Service

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration (SSA).
Photocopies are not acceptable. Do not send Form W-3 if you filed electronically with the SSA.
Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

## Reminder

**Separate instructions.** See the 2019 General Instructions for Forms W-2 and W-3 for information on completing this form. Do not file Form W-3 for Form(s) W-2 that were submitted electronically to the SSA.

## Purpose of Form

Complete a Form W-3 Transmittal only when filing paper Copy A of Form(s) W-2, Wage and Tax Statement. Don't file Form W-3 alone. All paper forms **must** comply with IRS standards and be machine readable. Photocopies are **not** acceptable. Use a Form W-3 even if only one paper Form W-2 is being filed. Make sure both the Form W-3 and Form(s) W-2 show the correct tax year and Employer Identification Number (EIN). Make a copy of this form and keep it with Copy D (For Employer) of Form(s) W-2 for your records. The IRS recommends retaining copies of these forms for four years.

## E-Filing

The SSA strongly suggests employers report Form W-3 and Forms W-2 Copy A electronically instead of on paper. The SSA provides two free e-filing options on its Business Services Online (BSO) website.

• **W-2 Online.** Use fill-in forms to create, save, print, and submit up to 50 Forms W-2 at a time to the SSA.

• **File Upload.** Upload wage files to the SSA you have created using payroll or tax software that formats the files according to the SSA's Specifications for Filing Forms W-2 Electronically (EFW2).

W-2 Online fill-in forms or file uploads will be on time if submitted by **January 31, 2020.** For more information, go to *www.SSA.gov/bso*. First time filers, select "Register"; returning filers select "Log In."

## When To File Paper Forms

Mail Form W-3 with Copy A of Form(s) W-2 by **January 31, 2020.**

## Where To File Paper Forms

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration
Direct Operations Center
Wilkes-Barre, PA 18769-0001**

**Note:** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Pub. 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

FOIA CONFIDENTIAL TREATMENT REQUESTED

ATH-RC_0000306

DOJ-01-0000003273



FOIA CONFIDENTIAL TREATMENT REQUESTED

ATH-RC_0000309



**WA USA WASHINGTON** — **DRIVER LICENSE** — **FEDERAL LIMITS APPLY**

20  R1206193H1225

4d LIC# ████████████████  9 CLASS

1 SHIBLEY
2 ERIC RYAN

3 DOB ██████/1978  4a ISS 12/06/2019
8 4700 36TH AVE SW
SEATTLE WA 98126-2716

15 SEX  M  18 EYES  BRO
16 HGT  6'-00"  17 WGT  190 lb
12 RESTRICTIONS  9a END  NONE
         B  4b EXP  12/10/2025

5 DD WDL67B54F1SBR1206193H1225  REV 11/12/2019



### Paycheck Protection Program
### Borrower Application Form

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ☐ Sole proprietor  ☐ Partnership  ☐ C-Corp  ☐ S-Corp  ☑ LLC<br>☐ Independent contractor  ☐ Eligible self-employed individual<br>☐ 501(c)(3) nonprofit  ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act)  ☐ Other | DBA or Tradename if Applicable |
|---|---|---|

| Business Legal Name |
|---|
| SS1 LLC |

| Business Address | Business TIN (EIN, SSN) | Business Phone |
|---|---|---|
| 4700 36th Ave SW | ▮▮▮-7509 | 2069384291 |
|  | Primary Contact | Email Address |
|  | Eric Shibley | ers98126@gmail.com |

| Average Monthly Payroll: | $ 328000 | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ 820000 | Number of Employees: | 41 |
|---|---|---|---|---|---|

| Purpose of the loan (select more than one): | ☑ Payroll  ☐ Lease / Mortgage Interest  ☑ Utilities  ☑ Other (explain): employee benefits |
|---|---|

### Applicant Ownership

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Eric R Shibley | Manager | 100 | ▮▮▮-52▮ | 4700 36th Ave SW Seattle W |
|  |  |  |  |  |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☑ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☑ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☑ | ☐ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☑ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 →  ers | ☐ | ☑ |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 →  ers | ☐ | ☐ |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☑ | ☐ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☑ |

FOIA CONFIDENTIAL TREATMENT REQUESTED

1

ATH-RC_0000590

SBA Form 2483 (04/20)

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 13
Admitted _____

DOJ-01-0000003592



**Paycheck Protection Program**
**Borrower Application Form**

**<u>By Signing Below, You Make the Following Representations, Authorizations, and Certifications</u>**

<u>CERTIFICATIONS AND AUTHORIZATIONS</u>

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

<u>CERTIFICATIONS</u>

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

*ers*     The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

*ers*     Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

*ers*     The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

*ers*     The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

*ers*     I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

*ers*     During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

*ers*     I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than  $1,000,000.

*ers*     I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

| | |
|---|---|
| Eric Ryan Shibley  Digitally signed by Eric Ryan Shibley  Date: 2020.04.15 19:08:46 -07'00' | 04/20/2020 |
| Signature of Authorized Representative of Applicant | Date |
| Eric R Shibley | 04/20/2020 |
| Print Name | Title |

FOIA CONFIDENTIAL TREATMENT REQUESTED

ATH-RC_0000591

SBA Form 2483 (04/20)

DOJ-01-0000003593



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and ***submitted to your SBA Participating Lender***. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee.  For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes.  Comments about this time or the information requested should be sent to : Small  Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination.  When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your  loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants  SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

DOJ-01-0000003594



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ATH-RC_0000593

DOJ-01-0000003595

950117

Form **941 for 2020:** **Employer's QUARTERLY Federal Tax Return**
(Rev. January 2020)
Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

Employer identification number (EIN) ▮▮ – ▮▮▮ 7 5 0 9

Name (not your trade name) SS1 LLC

Trade name (if any)

Address  4700 36th Ave SW
Number   Street   Suite or room number

Seattle   WA   98126
City   State   ZIP code

Foreign country name   Foreign province/county   Foreign postal code

**Report for this Quarter of 2020**
(Check one.)

[X] **1:** January, February, March

[ ] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Go to *www.irs.gov/Form941* for
instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:   Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) | 1 | 41 |
| 2 | Wages, tips, and other compensation | 2 | 656,000 . 00 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 0 . 00 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | Check and go to line 6. |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages | 656000 . 00 | × 0.124 = | 81344 . 00 | |
| 5b | Taxable social security tips | . | × 0.124 = | . | |
| 5c | Taxable Medicare wages & tips. | 656000 . 00 | × 0.029 = | 1885 . 00 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | . | × 0.009 = | . | |

| | | | |
|---|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d | 5e | 83229 . 00 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | . |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 83229 . 00 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | . |
| 8 | Current quarter's adjustment for sick pay | 8 | . |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | . |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 83229 . 00 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11 | . |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10 | 12 | . |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 13 | . |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions | 14 | 83229 . 00 |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference | . | Check one: [ ] Apply to next return. [ ] Send a refund. |

► **You MUST complete both pages of Form 941 and SIGN it.**
Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.   Cat. No. 17001Z   Form **941** (Rev. 1-2020)

950217

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| SS1 LLC | ▮▮7509 |

**Part 2:**  Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16  Check one:  ☐  Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 41614 . 50 |
|---|---|---|
|  | Month 2 | 41614 . 50 |
|  | Month 3 | . |
| Total liability for quarter | | 83229 . 00 | Total must equal line 12.

☐  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3:**  Tell us about your business. If a question does NOT apply to your business, leave it blank.

17  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . .  ☐ Check here, and

enter the final date you paid wages  [ / / ] .

18  If you are a seasonal employer and you don't have to file a return for every quarter of the year  . . .  ☐ Check here.

**Part 4:**  May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number  [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  [ ] [ ] [ ] [ ] [ ]

☐ No.

**Part 5:**  Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here  [signature]

Date  4/29/2020

Print your name here  Eric R Shibley

Print your title here  Manager

Best daytime phone  2069384291

**Paid Preparer Use Only**

Check if you are self-employed . . . . . ☐

| Preparer's name | | PTIN | |
|---|---|---|---|
| Preparer's signature | | Date | / / |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | |
| City | | State | | ZIP code | |

Page 2

Form **941** (Rev. 1-2020)

FOIA CONFIDENTIAL TREATMENT REQUESTED

ATH-RC_0000587

DOJ-01-0000003589

Form **941 for 2019:** **Employer's QUARTERLY Federal Tax Return**
(Rev. January 2019)  Department of the Treasury — Internal Revenue Service

950117
OMB No. 1545-0029

Employer identification number (EIN) [ ] — [ ] 7 5 0 9

Name (not your trade name) SS1 LLC

Trade name (if any)

Address
4700 36th Ave SW
Number        Street                                   Suite or room number
Seattle                                    WA      98126
City                                        State     ZIP code

Foreign country name        Foreign province/county       Foreign postal code

**Report for this Quarter of 2019**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☐ 3: July, August, September

☒ 4: October, November, December

Go to *www.irs.gov/Form941* for
instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**  Answer these questions for this quarter.

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) | 1 | 41 |
| 2 | Wages, tips, and other compensation | 2 | 538000 . 00 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 0 . 00 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | ☐ Check and go to line 6. |

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | 538000 . | × 0.124 = | 66712 . 00 |
| 5b | Taxable social security tips | . | × 0.124 = | . |
| 5c | Taxable Medicare wages & tips. | 538000 . | × 0.029 = | 15602 . 00 |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | . | × 0.009 = | . |

| | | | |
|---|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d | 5e | 82314 . 00 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | . |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 82314 . 00 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | . |
| 8 | Current quarter's adjustment for sick pay | 8 | . |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | . |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 82314 . 00 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11 | . |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10 | 12 | 82314 . 00 |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 13 | . |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions | 14 | 82314 . 00 |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference [ . ] Check one: ☐ Apply to next return. ☐ Send a refund. | | |

Next ▶

▶ **You MUST complete both pages of Form 941 and SIGN it.**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.       Cat. No. 170012       Form **941** (Rev. 1-2019)

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ATH-RC_0000598

950217

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| SSI LLC | ███7509 |

### Part 2:   Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16   Check one: ☐   Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒   You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 27438 . 00 |
|---|---|---|
| | Month 2 | 27438 . 00 |
| | Month 3 | 27438 . 00 |
| Total liability for quarter | | 82314 . 20 | Total must equal line 12.

☐   You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

### Part 3:   Tell us about your business. If a question does NOT apply to your business, leave it blank.

17   If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [ / / ].

18   If you are a seasonal employer and you don't have to file a return for every quarter of the year   . .   ☐ Check here.

### Part 4:   May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [                    ]   [          ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   ☐ ☐ ☐ ☐ ☐

☐ No.

### Part 5:   Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

✗ Sign your name here

| Print your name here | Eric R Shibley |
|---|---|
| Print your title here | Manager |

Date 4/27/2040

| Best daytime phone | 2069384291 |
|---|---|

#### Paid Preparer Use Only

Check if you are self-employed   . . . .   ☐

| Preparer's name | |
|---|---|
| Preparer's signature | |
| Firm's name (or yours if self-employed) | |
| Address | |
| City | | State | |

| PTIN | |
|---|---|
| Date | / / |
| EIN | |
| Phone | |
| ZIP code | |

Page 2

Form **941** (Rev. 1-2019)

FOIA CONFIDENTIAL TREATMENT REQUESTED   ATH-RC_0000599

DOJ-01-0000003601

DO NOT STAPLE

| a Control number | 33333 | | For Official Use Only OMB No. 1545-0008 | | | | |

| b Kind of Payer (Check one) | 941 ☐  Military 943 ☐  944 ☐  CT-1 ☐  Hshld. emp. ☐  Medicare govt. emp. ☒ |

| Kind of Employer (Check one) | None apply 501c non-govt. ☒  State/local non-501c ☐  State/local 501c ☐  Federal govt. ☐ | Third-party sick pay (Check if applicable) ☐ |

| c Total number of Forms W-2 | 41 | d Establishment number | |
| 1 Wages, tips, other compensation | 538000 | 2 Federal income tax withheld | 0 |
| e Employer identification number (EIN) | 7509 | | 3 Social security wages | 538000 | 4 Social security tax withheld | 66712 |
| f Employer's name | SS1 LLC | | 5 Medicare wages and tips | 538000 | 6 Medicare tax withheld | 15602 |
| | | 7 Social security tips | | 8 Allocated tips | |
| | | 9 | | 10 Dependent care benefits | |
| 4700 36th Ave SW Seattle WA 98126-2716 | | 11 Nonqualified plans | | 12a Deferred compensation | |
| g Employer's address and ZIP code | | | | |
| h Other EIN used this year | | 13 For third-party sick pay use only | | 12b | |
| 15 State | Employer's state ID number | 604-183-433 | 14 Income tax withheld by payer of third-party sick pay | |
| WA | | | |
| 16 State wages, tips, etc. | 0 | 17 State income tax | 0 | 18 Local wages, tips, etc. | 0 | 19 Local income tax | 0 |
| Employer's contact person | Eric R Shibley | | Employer's telephone number | 206-938-4291 | For Official Use Only | |
| Employer's fax number | 206-260-1412 | | Employer's email address | shibleenyc@yahoo.com | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _____   Title ▶ Manager   Date ▶ 04/22/202020

## Form W-3 Transmittal of Wage and Tax Statements

## 2019

Department of the Treasury Internal Revenue Service

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration (SSA). Photocopies are not acceptable. Do not send Form W-3 if you filed electronically with the SSA. Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### Reminder

Separate instructions. See the 2019 General Instructions for Forms W-2 and W-3 for information on completing this form. Do not file Form W-3 for Form(s) W-2 that were submitted electronically to the SSA.

### Purpose of Form

Complete a Form W-3 Transmittal only when filing paper Copy A of Form(s) W-2, Wage and Tax Statement. Don't file Form W-3 alone. All paper forms must comply with IRS standards and be machine readable. Photocopies are not acceptable. Use a Form W-3 even if only one paper Form W-2 is being filed. Make sure both the Form W-3 and Form(s) W-2 show the correct tax year and Employer Identification Number (EIN). Make a copy of this form and keep it with Copy D (For Employer) of Form(s) W-2 for your records. The IRS recommends retaining copies of these forms for four years.

### E-Filing

The SSA strongly suggests employers report Form W-3 and Forms W-2 Copy A electronically instead of on paper. The SSA provides two free e-filing options on its Business Services Online (BSO) website.

• W-2 Online. Use fill-in forms to create, save, print, and submit up to 50 Forms W-2 at a time to the SSA.

• File Upload. Upload wage files to the SSA you have created using payroll or tax software that formats the files according to the SSA's Specifications for Filing Forms W-2 Electronically (EFW2).

W-2 Online fill-in forms or file uploads will be on time if submitted

by January 31, 2020. For more information, go to www.SSA.gov/bso. First time filers, select "Register"; returning filers select "Log in."

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ATH-RC_0000589

DOJ-01-0000003591

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Eric R Shibley

2 Business name/disregarded entity name, if different from above

SS1 LLC

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶  **S**

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

4700 36th ave SW

6 City, state, and ZIP code

Seattle WA 98126

7 List account number(s) here (optional)

Requester's name and address (optional)

---

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

| Social security number |
|---|
| ██ – ██ – ████ |

**or**

| Employer identification number |
|---|
| ██ – ██ 7 5 0 9 |

---

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ *(signature)* | Date ▶ 5/1/2020 |

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

SS1 LLC
4700 36th Ave SW
Seattle WA  98126

108

19-8140/3250

Pay to the
order of

Date

$

Dollars

BECU
Your Financial Cooperative

MEMO

SIGNED

⑈325081403⑈ 361540924⑈' 0108



DOJ-01-0000003603

DDLXY-000002438



## WA USA WASHINGTON

### DRIVER LICENSE
### FEDERAL LIMITS APPLY

4d LIC# ████████████

9 CLASS

1 SHIBLEY
2 ERIC RYAN

3 DOB ████/1978

4a ISS 12/06/2019

8 4700 36TH AVE SW
SEATTLE WA 98126-2716

15 SEX M
16 HGT 6'-00"
12 RESTRICTIONS
B

18 EYES BRO
17 WGT 190 lb
9a END NONE
4b EXP 12/10/2025

20 R1206193H1225

5 DD WDL67B54F1SBR1206193H1225

REV 11/12/2019