U.S. v. Shibley
CR20-174 JCC
**Government Exhibit No. 27**
Admitted _____

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | 3304338608 |
| Name | Eric Shibley |
| Business Name | Dituri Construction LLC |
| IP Address | 2603:3023:31a:1000:f8de:1b71:b927:b446 |
| OIG Agent | Eric Hunter |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/7/20 5:55 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (if Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Dituri Construction LLC | 6/7/20 5:55 PM |
| 9 | Trade Name * | Text | Yes | Dituri Construction LLC | 6/7/20 5:55 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███8508 | 6/7/20 5:55 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/7/20 5:55 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/7/20 5:55 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/7/20 5:55 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $850,000 | 6/7/20 5:55 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $600,000 | 6/7/20 5:55 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/7/20 5:55 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/7/20 5:55 PM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/7/20 5:55 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/7/20 5:55 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th ave SW | 6/7/20 5:55 PM |
| 21 | City * | Text | Yes | Seattle | 6/7/20 5:55 PM |
| 22 | State * | Picklist | Yes | WA | 6/7/20 5:55 PM |
| 23 | County | Text | No | King | 6/7/20 5:55 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/7/20 5:55 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/7/20 5:55 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/7/20 5:55 PM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 6/7/20 5:55 PM |
| 28 | Business Email * | Text | Yes | mrandall0106@gmail.com | 6/7/20 5:55 PM |
| 29 | Date Business Established * | Date | Yes | 1/2/2020 | 6/7/20 5:55 PM |
| 30 | Current Ownership Since * | Date | Yes | 1/7/2020 | 6/7/20 5:55 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/7/20 5:55 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/7/20 5:55 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 49 | 6/7/20 5:55 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/7/20 5:55 PM |
| | **Header: Business Applicant Parent Entity** | | | | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 35 | Legal Name * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 37 | City * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 38 | State * | Picklist | Yes | NULL | 6/7/20 5:55 PM |
| 39 | EIN * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 41 | Business Phone * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/7/20 5:55 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:55 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/7/20 5:55 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/7/20 5:55 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/7/20 5:55 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/7/20 5:55 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/7/20 5:55 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/7/20 5:55 PM |
| 51-a | SSN * | Text | Yes | ███5264 | 6/7/20 5:55 PM |
| 52-a | Birth Date * | Date | Yes | ███1978 | 6/7/20 5:55 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/7/20 5:55 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/7/20 5:55 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 6/7/20 5:55 PM |
| 56-a | City * | Text | Yes | Seattle | 6/7/20 5:55 PM |
| 57-a | State * | Picklist | Yes | WA | 6/7/20 5:55 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/7/20 5:55 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/7/20 5:55 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 50-b | Email * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/7/20 5:55 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/7/20 5:55 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/7/20 5:55 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 56-b | City * | Text | Yes | NULL | 6/7/20 5:55 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/7/20 5:55 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/7/20 5:55 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/7/20 5:55 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/7/20 5:55 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?<br>b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/7/20 5:55 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/7/20 5:55 PM |
| 63 | Name of Company | Text | No | NULL | 6/7/20 5:55 PM |
| 64 | Phone Number | Text | No | 0 | 6/7/20 5:55 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/7/20 5:55 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/7/20 5:55 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | No | No | 6/7/20 5:55 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/7/20 5:55 PM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Verity Credit union | 6/7/20 5:55 PM |
| 70 | Account Number * | Text | Yes | 7435400 | 6/7/20 5:55 PM |
| 71 | Routing Number * | Text | Yes | 325081885 | 6/7/20 5:55 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/7/20 5:55 PM |
| 74 | Submit | Button | Yes | 1 | 6/7/20 5:55 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003755



WA
USA **WASHINGTON**

**DRIVER LICENSE**
**FEDERAL LIMITS APPLY**

4d LIC# ███████████ 9 CLASS

1 SHIBLEY
2 ERIC RYAN

3 DOB ███████/1978    4a ISS **12/06/2019**
8 4700 36TH AVE SW
SEATTLE WA 98126-2716

15 SEX **M**        18 EYES **BRO**
16 HGT **6'-00"**    17 WGT **190 lb**
12 RESTRICTIONS     9a END **NONE**
        **B**        4b EXP **12/10/2025**

5 DD WDL67B54F1SBR1206193H1225

REV 11/12/2019

20  R1206193H1225

6/23/2020                    Dituri Construction LLC - 6065193 - Bank Accounts - U.S. Small Business Administration CALC Application

Hello, **Kathleen Littwin (/Account/Manage)** (SBA Support)!   |   () Request help ()   |   **Log off (/Account/LogOff)**

Admin panel (/Administration)      Existing Deals (/)      Tasks (https://rapidsba2.sba.gov)

Home (/)  /  Application (/Lead?leadId=6065193)  /  Rapid Decision (/Calculator?leadId=6065193)  /  **Bank Account**

## Bank Account

| Account Type | Account Number | Routing Number | Name Of Bank | Name On Account | Account Status | Account Ownership Status |
|---|---|---|---|---|---|---|
| Checking | 7435400 | 325081885 | Verity Credit union | Dituri Construction LLC | Cannot Verify | Cannot Authenticate |

DOJ-01-0000003700

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6
Doc # L-01-6065193-01

SBA Loan #7947867903

Application #3304338608

# LOAN AUTHORIZATION AND AGREEMENT (LA&A)

### *A PROPERLY SIGNED DOCUMENT IS REQUIRED <u>PRIOR</u> TO ANY DISBURSEMENT*

---

**<u>CAREFULLY READ THE LA&A</u>:**

This document describes the terms and conditions of your loan. It is your responsibility to comply with <u>ALL</u> the terms and conditions of your loan.

---

**<u>SIGNING THE LA&A</u>:**

All borrowers must sign the LA&A.

- Sign your name *exactly* as it appears on the LA&A. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

*<u>Your signature represents your agreement to comply with the terms and conditions of the loan.</u>*

---

Ref 50 30

DOJ-01-0000003708

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6 | Doc # L-01-6065193-01

SBA Loan #7947867903 | Application #3304338608

<div align="center">

**U.S. Small Business Administration**

</div>

Economic Injury Disaster Loan

<div align="center">

## <u>LOAN AUTHORIZATION AND AGREEMENT</u>

</div>

Date: 06.17.2020 (Effective Date)

On the above date, this Administration (SBA) authorized (under Section 7(b) of the Small Business Act, as amended) a Loan (SBA Loan #7947867903) to Dituri Construction LLC (Borrower) of  4700 36th ave SW Seattle Washington 98126 in the amount of one hundred and fifteen thousand  and 00/100 Dollars ($115,000.00), upon the following conditions:

<u>PAYMENT</u>

- Installment payments, including principal and interest, of $561.00 <u>Monthly</u>, will begin <u>Twelve (12) months</u> from the date of the promissory Note. The balance of principal and interest will be payable <u>Thirty (30) years</u> from the date of the promissory Note.

<u>INTEREST</u>

- Interest will accrue at the rate of <u>3.75</u>% per annum and will accrue only on funds actually advanced from the date(s) of each advance.

<u>PAYMENT TERMS</u>

- Each payment will be applied first to interest accrued to the date of receipt of each payment, and the balance, if any, will be applied to principal**.**

- Each payment will be made when due even if at that time the full amount of the Loan has not yet been advanced or the authorized amount of the Loan has been reduced.

<u>COLLATERAL</u>

- For loan amounts of greater than $25,000, Borrower hereby grants to SBA, the secured party hereunder, a continuing security interest in and to any and all "Collateral" as described herein to secure payment and performance of all debts, liabilities and obligations of Borrower to SBA hereunder without limitation, including but not limited to all interest, other fees and expenses (all hereinafter called "Obligations").  The Collateral includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

- For loan amounts of $25,000 or less, SBA is not taking a security interest in any collateral.

<div align="center">

Page 2 of 11

</div>

|

**DOJ-01-0000003709**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903                                                      Application #3304338608

## REQUIREMENTS RELATIVE TO COLLATERAL

- Borrower will not sell or transfer any collateral (except normal inventory turnover in the ordinary course of business) described in the "Collateral" paragraph hereof without the prior written consent of SBA.

- Borrower will neither seek nor accept future advances under any superior liens on the collateral securing this Loan without the prior written consent of SBA.

## USE OF LOAN PROCEEDS

- Borrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter and to pay Uniform Commercial Code (UCC) lien filing fees and a third-party UCC handling charge of $100 which will be deducted from the Loan amount stated above.

## REQUIREMENTS FOR USE OF LOAN PROCEEDS AND RECEIPTS

- Borrower will obtain and itemize receipts (paid receipts, paid invoices or cancelled checks) and contracts for all Loan funds spent and retain these receipts for 3 years from the date of the final disbursement. Prior to each subsequent disbursement (if any) and whenever requested by SBA, Borrower will submit to SBA such itemization together with copies of the receipts.

- Borrower will not use, directly or indirectly, any portion of the proceeds of this Loan to relocate without the prior written permission of SBA. The law prohibits the use of any portion of the proceeds of this Loan for voluntary relocation from the business area in which the disaster occurred. To request SBA's prior written permission to relocate, Borrower will present to SBA the reasons therefore and a description or address of the relocation site. Determinations of (1) whether a relocation is voluntary or otherwise, and (2) whether any site other than the disaster-affected location is within the business area in which the disaster occurred, will be made solely by SBA.

- Borrower will, to the extent feasible, purchase only American-made equipment and products with the proceeds of this Loan.

- Borrower will make any request for a loan increase for additional disaster-related damages as soon as possible after the need for a loan increase is discovered. The SBA will not consider a request for a loan increase received more than **two (2)** years from the date of loan approval unless, in the sole discretion of the SBA, there are extraordinary and unforeseeable circumstances beyond the control of the borrower.

## DEADLINE FOR RETURN OF LOAN CLOSING DOCUMENTS

- **Borrower will sign and return the loan closing documents to SBA within 2 months of the date of this Loan Authorization and Agreement**. By notifying the Borrower in writing, SBA may cancel this Loan if the Borrower fails to meet this requirement. The Borrower may submit and the SBA may, in its sole discretion, accept documents after 2 months of the date of this Loan Authorization and Agreement.

## COMPENSATION FROM OTHER SOURCES

- Eligibility for this disaster Loan is limited to disaster losses that are not compensated by other sources. Other sources include but are not limited to: (1) proceeds of policies of insurance or other indemnifications, (2) grants or other reimbursement (including loans) from government agencies or private organizations, (3)

SBA Form 1391 (5-00)                                                                      Ref 50 30

**DOJ-01-0000003710**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903                                                Application #3304338608

     claims for civil liability against other individuals, organizations or governmental entities, and (4) salvage (including any sale or re-use) of items of damaged property.

- Borrower will promptly notify SBA of the existence and status of any claim or application for such other compensation, and of the receipt of any such compensation, and Borrower will promptly submit the proceeds of same (not exceeding the outstanding balance of this Loan) to SBA.

- Borrower hereby assigns to SBA the proceeds of any such compensation from other sources and authorizes the payor of same to deliver said proceeds to SBA at such time and place as SBA shall designate.

- SBA will in its sole discretion determine whether any such compensation from other sources is a duplication of benefits. SBA will use the proceeds of any such duplication to reduce the outstanding balance of this Loan, and Borrower agrees that such proceeds will not be applied in lieu of scheduled payments.

DUTY TO MAINTAIN HAZARD INSURANCE

- Within 12 months from the date of this Loan Authorization and Agreement the Borrower will provide proof of an active and in effect hazard insurance policy including fire, lightning, and extended coverage on all items used to secure this loan to at least 80% of the insurable value. Borrower will not cancel such coverage and will maintain such coverage throughout the entire term of this Loan. **BORROWER MAY NOT BE ELIGIBLE FOR EITHER ANY FUTURE DISASTER ASSISTANCE OR SBA FINANCIAL ASSISTANCE IF THIS INSURANCE IS NOT MAINTAINED AS STIPULATED HEREIN THROUGHOUT THE ENTIRE TERM OF THIS LOAN.** Please submit proof of insurance to: U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

BOOKS AND RECORDS

- Borrower will maintain current and proper books of account in a manner satisfactory to SBA for the most recent 5 years until 3 years after the date of maturity, including extensions, or the date this Loan is paid in full, whichever occurs first. Such books will include Borrower's financial and operating statements, insurance policies, tax returns and related filings, records of earnings distributed and dividends paid and records of compensation to officers, directors, holders of 10% or more of Borrower's capital stock, members, partners and proprietors.

- Borrower authorizes SBA to make or cause to be made, at Borrower's expense and in such a manner and at such times as SBA may require: (1) inspections and audits of any books, records and paper in the custody or control of Borrower or others relating to Borrower's financial or business conditions, including the making of copies thereof and extracts therefrom, and (2) inspections and appraisals of any of Borrower's assets.

- Borrower will furnish to SBA, not later than 3 months following the expiration of Borrower's fiscal year and in such form as SBA may require, Borrower's financial statements.

- Upon written request of SBA, Borrower will accompany such statements with an 'Accountant's Review Report' prepared by an independent public accountant at Borrower's expense.

- Borrower authorizes all Federal, State and municipal authorities to furnish reports of examination, records and other information relating to the conditions and affairs of Borrower and any desired information from such reports, returns, files, and records of such authorities upon request of SBA.

SBA Form 1391 (5-00)                                                Ref 50 30

**DOJ-01-0000003711**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

SBA Loan #7947867903                                                                 Application #3304338608

## LIMITS ON DISTRIBUTION OF ASSETS

- Borrower will not, without the prior written consent of SBA, make any distribution of Borrower's assets, or give any preferential treatment, make any advance, directly or indirectly, by way of loan, gift, bonus, or otherwise, to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower, or any other company.

## EQUAL OPPORTUNITY REQUIREMENT

- If Borrower has or intends to have employees, Borrower will post SBA Form 722, Equal Opportunity Poster (copy attached), in Borrower's place of business where it will be clearly visible to employees, applicants for employment, and the general public.

## DISCLOSURE OF LOBBYING ACTIVITIES

- Borrower agrees to the attached Certification Regarding Lobbying Activities

## BORROWER'S CERTIFICATIONS

Borrower certifies that:

- There has been no substantial adverse change in Borrower's financial condition (and organization, in case of a business borrower) since the date of the application for this Loan. (Adverse changes include, but are not limited to: judgment liens, tax liens, mechanic's liens, bankruptcy, financial reverses, arrest or conviction of felony, etc.)

- No fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on SBA Form 5 Business Disaster Loan Application'; SBA Form 3501 COVID-19 Economic Injury Disaster Loan Application; or SBA Form 159, 'Compensation Agreement'. All fees not approved by SBA are prohibited.

- All representations in the Borrower's Loan application (including all supplementary submissions) are true, correct and complete and are offered to induce SBA to make this Loan.

- No claim or application for any other compensation for disaster losses has been submitted to or requested of any source, and no such other compensation has been received, other than that which Borrower has fully disclosed to SBA.

- Neither the Borrower nor, if the Borrower is a business, any principal who owns at least 50% of the Borrower, is delinquent more than 60 days under the terms of any: (a) administrative order; (b) court order; or (c) repayment agreement that requires payment of child support.

- Borrower certifies that no fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on the Loan Application. All fees not approved by SBA are prohibited. If an Applicant chooses to employ an Agent, the compensation an Agent charges to and that is paid by the Applicant must bear a necessary and reasonable relationship to the services actually performed and must be comparable to those charged by other Agents in the geographical area. Compensation cannot be contingent on loan approval. In addition, compensation must not include any expenses which are deemed by SBA to be unreasonable for services actually performed or expenses actually incurred. Compensation must not include

SBA Form 1391 (5-00)                                                                               Ref 50 30

DOJ-01-0000003712

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903

Application #3304338608

charges prohibited in 13 CFR 103 or SOP 50-30, Appendix 1. **If the compensation exceeds $500 for a disaster home loan or $2,500 for a disaster business loan, Borrower must fill out the Compensation Agreement Form 159D which will be provided for Borrower upon request or can be found on the SBA website.**

- Borrower certifies, to the best of its, his or her knowledge and belief, that the certifications and representations in the attached Certification Regarding Lobbying are true, correct and complete and are offered to induce SBA to make this Loan.

### CIVIL AND CRIMINAL PENALTIES

- Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines, imprisonment or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

### RESULT OF VIOLATION OF THIS LOAN AUTHORIZATION AND AGREEMENT

- If Borrower violates any of the terms or conditions of this Loan Authorization and Agreement, the Loan will be in default and SBA may declare all or any part of the indebtedness immediately due and payable. SBA's failure to exercise its rights under this paragraph will not constitute a waiver.

- A default (or any violation of any of the terms and conditions) of any SBA Loan(s) to Borrower and/or its affiliates will be considered a default of all such Loan(s).

### DISBURSEMENT OF THE LOAN

- Disbursements will be made by and at the discretion of SBA Counsel, in accordance with this Loan Authorization and Agreement and the general requirements of SBA.

- Disbursements may be made in increments as needed.

- Other conditions may be imposed by SBA pursuant to general requirements of SBA.

- Disbursement may be withheld if, in SBA's sole discretion, there has been an adverse change in Borrower's financial condition or in any other material fact represented in the Loan application, or if Borrower fails to meet any of the terms or conditions of this Loan Authorization and Agreement.

- **NO DISBURSEMENT WILL BE MADE NO LATER THAN 6 MONTHS FROM THE DATE OF THIS LOAN AUTHORIZATION AND AGREEMENT UNLESS SBA, IN ITS SOLE DISCRETION, EXTENDS THIS DISBURSEMENT PERIOD.**

SBA Form 1391 (5-00)

Ref 50 30

**DOJ-01-0000003713**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6      Doc # L-01-6065193-01

SBA Loan #7947867903      Application #3304338608

## PARTIES AFFECTED

- This Loan Authorization and Agreement will be binding upon Borrower and Borrower's successors and assigns and will inure to the benefit of SBA and its successors and assigns.

## RESOLUTION OF BOARD OF DIRECTORS

- Borrower shall, within 180 days of receiving any disbursement of this Loan, submit the appropriate SBA Certificate and/or Resolution to the U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

## ENFORCEABILITY

- This Loan Authorization and Agreement is legally binding, enforceable and approved upon Borrower's signature, the SBA's approval and the Loan Proceeds being issued to Borrower by a government issued check or by electronic debit of the Loan Proceeds to Borrower' banking account provided by Borrower in application for this Loan.

_James E. Rivera_

James E. Rivera
Associate Administrator
U.S. Small Business Administration

The undersigned agree(s) to be bound by the terms and conditions herein during the term of this Loan, and further agree(s) that no provision stated herein will be waived without prior written consent of SBA. **Under penalty of perjury of the United States of America, I hereby certify that I am authorized to apply for and obtain a disaster loan on behalf of Borrower, in connection with the effects of the COVID-19 emergency.**

**Dituri Construction LLC**

DocuSigned by:
_Eric Shibley_
E7513978AF1E464...

Eric Shibley, Owner/Officer

Date: ___06.17.2020___

Note: Corporate Borrowers must execute Loan Authorization and Agreement in corporate name, by a duly authorized officer. Partnership Borrowers must execute in firm name, together with signature of a general partner. Limited Liability entities must execute in the entity name by the signature of the authorized managing person.

SBA Form 1391 (5-00)      Ref 50 30

**DOJ-01-0000003714**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6
Doc # L-01-6065193-01

SBA Loan #7947867903                                        Application #3304338608

# CERTIFICATION REGARDING LOBBYING

For loans over $150,000, Congress requires recipients to agree to the following:

1. Appropriated funds may NOT be used for lobbying.

2. Payment of non-federal funds for lobbying must be reported on Form SF-LLL.

3. Language of this certification must be incorporated into all contracts and subcontracts exceeding $100,000.

4. All contractors and subcontractors with contracts exceeding $100,000 are required to certify and disclose accordingly.

SBA Form 1391 (5-00)

DOJ-01-0000003715

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903                                                    Application #3304338608

# CERTIFICATION REGARDING
# LOBBYING

*Certification for Contracts, Grants, Loans, and Cooperative*
*Agreements*

Borrower and all Guarantors (if any) certify, to the best of its, his or her knowledge and belief, that:

(1)   No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2)   If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal loan, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3)   The undersigned shall require that the language of this certification be included in the award documents for all sub-awards at all tiers (including subcontracts, sub-grants, and contracts under grants, loans, and co-operative agreements) and that all sub-recipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000.00 and not more than $100,000.00 for each such failure.

SBA Form 1391 (5-00)

**DOJ-01-0000003716**

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01



This Statement of Policy is Posted

In Accordance with Regulations of the

# Small Business Administration

This Organization Practices

## Equal Employment Opportunity

**We do not discriminate on the ground of race, color, religion, sex, age, disability or national origin in the hiring, retention, or promotion of employees; nor in determining their rank, or the compensation or fringe benefits paid them.**

This Organization Practices

## Equal Treatment of Clients

**We do not discriminate on the basis of race, color, religion, sex, marital status, disability, age or national origin in services or accommodations offered or provided to our employees, clients or guests.**

**These policies and this notice comply with regulations of the United States Government.**

**Please report violations of this policy to:**

> **Administrator**
> **Small Business Administration**
> **Washington, D.C. 20416**

In order for the public and your employees to know their rights under 13 C.F.R Parts 112, 113, and 117, Small Business Administration Regulations, and to conform with the directions of the Administrator of SBA, this poster must be displayed where it is clearly visible to employees, applicants for employment, and the public.

Failure to display the poster as required in accordance with SBA Regulations may be considered evidence of noncompliance and subject you to the penalties contained in those Regulations.

Page 10 of 11

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE    **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.



Federal Recycling Program    Printed on Recycled Paper

DOJ-01-0000003717

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01



**Esta Declaración De Principios Se Publica**

**De Acuerdo Con Los Reglamentos De La**

Agencia Federal Para el Desarrollo de la Pequeña Empresa

**Esta Organización Practica**

# Igual Oportunidad De Empleo

**No discriminamos por razón de raza, color, religión, sexo, edad, discapacidad  o nacionalidad en el empleo, retención o ascenso de personal ni en la determinación de sus posiciones, salarios o beneficios marginales.**

**Esta Organización Practica**

# Igualdad En El Trato A Su Clientela

**No discriminamos por razón de raza, color, religión, sexo, estado civil, edad, discapacidad o nacionalidad en los servicios o facilidades provistos para nuestros empleados, clientes o visitantes.**

**Estos principios y este aviso cumplen con los reglamentos del Gobierno de los Estados Unidos de América.**

**Favor de informar violaciones a lo aquí indicado a:**

**Administrador
Agencia Federal Para el Desarrollo de la
Pequeña Empresa
Washington, D.C. 20416**

**A fin de que el público y sus empleados conozcan sus derechos según lo expresado en las Secciones 112, 113 y 117 del Código de Regulaciaones Federales No. 13,  de los  Reglamentos de la Agencja Federal Para el Desarrollo de la Pequeña Empresa  y de acuerdo con las instrucciones del Administrador de dicha agencia,
esta notificación debe fijarse en un lugar claramente visible para los empleados, solicitantes de empleo y público en general. No fijar esta notificación según lo requerido por los reglamentos de  la Agencia Federal Para el Desarrollo de la Pequeña Empresa, puede ser interpretado como evidencia de falta de cumplimiento de los mismos y conllevará la ejecución de los castigos impuestos en estos reglamentos.**

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE        **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.

Federal Recycling Program        Printed on Recycled Paper

DOJ-01-0000003718

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-0

SBA Loan #7947867903

Application #3304338608

# NOTE

## *A PROPERLY SIGNED NOTE IS REQUIRED <u>PRIOR</u> TO ANY DISBURSEMENT*

---

**<u>CAREFULLY READ THE NOTE</u>:** It is your promise to repay the loan.

- The Note is pre-dated. **DO NOT CHANGE THE DATE OF THE NOTE.**
- **<u>LOAN PAYMENTS</u>** will be due as stated in the Note.
- **ANY CORRECTIONS OR UNAUTHORIZED MARKS MAY VOID THIS DOCUMENT.**

---

**<u>SIGNING THE NOTE</u>:** All borrowers must sign the Note.

- Sign your name *<u>exactly</u>* as it appears on the Note. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

---

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903

Application #3304338608

| | U.S. Small Business Administration | Date: 06.17.2020 |
|---|---|---|
| | **NOTE** | Loan Amount: $115,000.00 |
| | (SECURED DISASTER LOANS) | Annual Interest Rate: 3.75% |

**SBA Loan # 7947867903**                                        **Application #3304338608**

1. **PROMISE TO PAY:** In return for a loan, Borrower promises to pay to the order of SBA the amount of **one hundred and fifteen thousand  and 00/100 Dollars ($115,000.00)**, interest on the unpaid principal balance, and all other amounts required by this Note.

2. **DEFINITIONS: A)** "Collateral" means any property taken as security for payment of this Note or any guarantee of this Note. **B)** "Guarantor" means each person or entity that signs a guarantee of payment of this Note. **C)** "Loan Documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who pledges collateral.

3. **PAYMENT TERMS:** Borrower must make all payments at the place SBA designates. Borrower may prepay this Note in part or in full at any time, without notice or penalty. Borrower must pay principal and interest payments of **$561.00** every **month** beginning **Twelve (12)** months from the date of the Note. SBA will apply each installment payment first to pay interest accrued to the day SBA receives the payment and will then apply any remaining balance to reduce principal. All remaining principal and accrued interest is due and payable **Thirty (30) years** from the date of the Note.

4. **DEFAULT:** Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower: **A)** Fails to comply with any provision of this Note, the Loan Authorization and Agreement, or other Loan Documents; **B)** Defaults on any other SBA loan; **C)** Sells or otherwise transfers, or does not preserve or account to SBA's satisfaction for, any of the Collateral or its proceeds; **D)** Does not disclose, or anyone acting on their behalf does not disclose, any material fact to SBA; **E)** Makes, or anyone acting on their behalf makes, a materially false or misleading representation to SBA; **F)** Defaults on any loan or agreement with another creditor, if SBA believes the default may materially affect Borrower's ability to pay this Note; **G)** Fails to pay any taxes when due; **H)** Becomes the subject of a proceeding under any bankruptcy or insolvency law; **I)** Has a receiver or liquidator appointed for any part of their business or property; **J)** Makes an assignment for the benefit of creditors; **K)** Has any adverse change in financial condition or business operation that SBA believes may materially affect Borrower's ability to pay this Note; **L)** Dies; **M)** Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without SBA's prior written consent; or, **N)** Becomes the subject of a civil or criminal action that SBA believes may materially affect Borrower's ability to pay this Note.

5. **SBA'S RIGHTS IF THERE IS A DEFAULT:** Without notice or demand and without giving up any of its rights, SBA may: **A)** Require immediate payment of all amounts owing under this Note; **B)** Have recourse to collect all amounts owing from any Borrower or Guarantor (if any); **C)** File suit and obtain judgment; **D)** Take possession of any Collateral; or **E)** Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.

6. **SBA'S GENERAL POWERS:** Without notice and without Borrower's consent, SBA may: **A)** Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses; **B)** Collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If SBA incurs such expenses, it may demand immediate reimbursement from Borrower or add the expenses to the principal balance; **C)** Release anyone obligated to pay this Note; **D)** Compromise, release, renew, extend or substitute any of the Collateral; and **E)** Take any action necessary to protect the Collateral or collect amounts owing on this Note.

SBA FORM 147 B (5-00)

DOJ-01-0000003720

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6                    Doc # L-01-6065193-01

SBA Loan #7947867903                                         Application #3304338608

7. **FEDERAL LAW APPLIES:** When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8. **GENERAL PROVISIONS: A)** All individuals and entities signing this Note are jointly and severally liable. **B)** Borrower waives all suretyship defenses. **C)** Borrower must sign all documents required at any time to comply with the Loan Documents and to enable SBA to acquire, perfect, or maintain SBA's liens on Collateral. **D)** SBA may exercise any of its rights separately or together, as many times and in any order it chooses. SBA may delay or forgo enforcing any of its rights without giving up any of them. **E)** Borrower may not use an oral statement of SBA to contradict or alter the written terms of this Note. **F)** If any part of this Note is unenforceable, all other parts remain in effect. **G)** To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that SBA did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale. **H)** SBA may sell or otherwise transfer this Note.

9. **MISUSE OF LOAN FUNDS:** Anyone who wrongfully misapplies any proceeds of the loan will be civilly liable to SBA for one and one- half times the proceeds disbursed, in addition to other remedies allowed by law.

10. **BORROWER'S NAME(S) AND SIGNATURE(S):** By signing below, each individual or entity acknowledges and accepts personal obligation and full liability under the Note as Borrower.

**Dituri Construction LLC**

*Eric Shibley*
E7513978AF1E464...

Eric Shibley, Owner/Officer

SBA FORM 147 B (5-00)

DOJ-01-0000003721

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-0

SBA Loan #7947867903

Application #3304338608

# **SECURITY AGREEMENT**

<u>Read this document carefully.</u> It grants the SBA a security interest (lien) in all the property described in paragraph 4.

This document is predated. DO NOT CHANGE THE DATE ON THIS DOCUMENT.

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903                                               Application #3304338608



U.S. Small Business Administration
# SECURITY AGREEMENT

| SBA Loan #: | 7947867903 |
|---|---|
| Borrower: | Dituri Construction LLC |
| Secured Party: | **The Small Business Administration, an Agency of the U.S. Government** |
| Date: | 06.17.2020 |
| Note Amount: | $115,000.00 |

1.　　**DEFINITIONS.**

　　Unless otherwise specified, all terms used in this Agreement will have the meanings ascribed to them under the Official Text of the Uniform Commercial Code, as it may be amended from time to time, ("UCC"). "SBA" means the Small Business Administration, an Agency of the U.S. Government.

2.　　**GRANT OF SECURITY INTEREST.**

　　For value received, the Borrower grants to the Secured Party a security interest in the property described below in paragraph 4 (the "Collateral").

3.　　**OBLIGATIONS SECURED**.

　　This Agreement secures the payment and performance of: (a) all obligations under a Note dated 06.17.2020, made by Dituri Construction LLC , made payable to Secured Lender, in the amount of  $115,000.00 ("Note"), including all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the disbursement, administration and collection of the loan evidenced by the Note; (b) all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the protection, maintenance and enforcement of the security interest hereby granted; (c) all obligations of the Borrower in any other agreement relating to the Note; and (d) any modifications, renewals, refinancings, or extensions of the foregoing obligations.

4.　　**COLLATERAL DESCRIPTION.**

　　The Collateral in which this security interest is granted includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003723

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903

Application #3304338608

and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

5. **RESTRICTIONS ON COLLATERAL TRANSFER.**

Borrower will not sell, lease, license or otherwise transfer (including by granting security interests, liens, or other encumbrances in) all or any part of the Collateral or Borrower's interest in the Collateral without Secured Party's written or electronically communicated approval, except that Borrower may sell inventory in the ordinary course of business on customary terms. Borrower may collect and use amounts due on accounts and other rights to payment arising or created in the ordinary course of business, until notified otherwise by Secured Party in writing or by electronic communication.

6. **MAINTENANCE AND LOCATION OF COLLATERAL; INSPECTION; INSURANCE.**

Borrower must promptly notify Secured Party by written or electronic communication of any change in location of the Collateral, specifying the new location. Borrower hereby grants to Secured Party the right to inspect the Collateral at all reasonable times and upon reasonable notice. Borrower must: (a) maintain the Collateral in good condition; (b) pay promptly all taxes, judgments, or charges of any kind levied or assessed thereon; (c) keep current all rent or mortgage payments due, if any, on premises where the Collateral is located; and (d) maintain hazard insurance on the Collateral, with an insurance company and in an amount approved by Secured Party (but in no event less than the replacement cost of that Collateral), and including such terms as Secured Party may require including a Lender's Loss Payable Clause in favor of Secured Party. Borrower hereby assigns to Secured Party any proceeds of such policies and all unearned premiums thereon and authorizes and empowers Secured Party to collect such sums and to execute and endorse in Borrower's name all proofs of loss, drafts, checks and any other documents necessary for Secured Party to obtain such payments.

7. **CHANGES TO BORROWER'S LEGAL STRUCTURE, PLACE OF BUSINESS, JURISDICTION OF ORGANIZATION, OR NAME.**

Borrower must notify Secured Party by written or electronic communication not less than 30 days before taking any of the following actions: (a) changing or reorganizing the type of organization or form under which it does business; (b) moving, changing its place of business or adding a place of business; (c) changing its jurisdiction of organization; or (d) changing its name. Borrower will pay for the preparation and filing of all documents Secured Party deems necessary to maintain, perfect and continue the perfection of Secured Party's security interest in the event of any such change.

8. **PERFECTION OF SECURITY INTEREST.**

Borrower consents, without further notice, to Secured Party's filing or recording of any documents necessary to perfect, continue, amend or terminate its security interest. Upon request of Secured Party, Borrower must sign or otherwise authenticate all documents that Secured Party deems necessary at any time to allow Secured Party to acquire, perfect, continue or amend its security interest in the Collateral. Borrower will pay the filing and recording costs of any documents relating to Secured Party's security interest. Borrower ratifies all previous filings and recordings, including financing statements and

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003724

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903                                                                                      Application #3304338608

notations on certificates of title. Borrower will cooperate with Secured Party in obtaining a Control Agreement satisfactory to Secured Party with respect to any Deposit Accounts or Investment Property, or in otherwise obtaining control or possession of that or any other Collateral.

9.  **DEFAULT.**

Borrower is in default under this Agreement if: (a) Borrower fails to pay, perform or otherwise comply with any provision of this Agreement; (b) Borrower makes any materially false representation, warranty or certification in, or in connection with, this Agreement, the Note, or any other agreement related to the Note or this Agreement; (c) another secured party or judgment creditor exercises its rights against the Collateral; or (d) an event defined as a "default" under the Obligations occurs. In the event of default and if Secured Party requests, Borrower must assemble and make available all Collateral at a place and time designated by Secured Party. Upon default and at any time thereafter, Secured Party may declare all Obligations secured hereby immediately due and payable, and, in its sole discretion, may proceed to enforce payment of same and exercise any of the rights and remedies available to a secured party by law including those available to it under Article 9 of the UCC that is in effect in the jurisdiction where Borrower or the Collateral is located. Unless otherwise required under applicable law, Secured Party has no obligation to clean or otherwise prepare the Collateral for sale or other disposition and Borrower waives any right it may have to require Secured Party to enforce the security interest or payment or performance of the Obligations against any other person.

10.  **FEDERAL RIGHTS.**

When SBA is the holder of the Note, this Agreement will be construed and enforced under federal law, including SBA regulations. Secured Party or SBA may use state or local procedures for filing papers, recording documents, giving notice, enforcing security interests or liens, and for any other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax or liability. As to this Agreement, Borrower may not claim or assert any local or state law against SBA to deny any obligation, defeat any claim of SBA, or preempt federal law.

11.  **GOVERNING LAW.**

Unless SBA is the holder of the Note, in which case federal law will govern, Borrower and Secured Party agree that this Agreement will be governed by the laws of the jurisdiction where the Borrower is located, including the UCC as in effect in such jurisdiction and without reference to its conflicts of laws principles.

12.  **SECURED PARTY RIGHTS.**

All rights conferred in this Agreement on Secured Party are in addition to those granted to it by law, and all rights are cumulative and may be exercised simultaneously. Failure of Secured Party to enforce any rights or remedies will not constitute an estoppel or waiver of Secured Party's ability to exercise such rights or remedies. Unless otherwise required under applicable law, Secured Party is not liable for any loss or damage to Collateral in its possession or under its control, nor will such loss or damage reduce or discharge the Obligations that are due, even if Secured Party's actions or inactions caused or in any way contributed to such loss or damage.

13.  **SEVERABILITY.**

If any provision of this Agreement is unenforceable, all other provisions remain in effect.

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003725

DocuSign Envelope ID: BD1C2426-2ED2-4142-98C3-97EC327AB7A6

Doc # L-01-6065193-01

SBA Loan #7947867903

Application #3304338608

14.      **BORROWER CERTIFICATIONS.**

Borrower certifies that: (a) its Name (or Names) as stated above is correct; (b) all Collateral is owned or titled in the Borrower's name and not in the name of any other organization or individual; (c) Borrower has the legal authority to grant the security interest in the Collateral; (d) Borrower's ownership in or title to the Collateral is free of all adverse claims, liens, or security interests (unless expressly permitted by Secured Party); (e) none of the Obligations are or will be primarily for personal, family or household purposes; (f) none of the Collateral is or will be used, or has been or will be bought primarily for personal, family or household purposes; (g) Borrower has read and understands the meaning and effect of all terms of this Agreement.

15.      **BORROWER NAME(S) AND SIGNATURE(S).**

By signing or otherwise authenticating below, each individual and each organization becomes jointly and severally obligated as a Borrower under this Agreement.

**Dituri Construction LLC**

DocuSigned by:

*Eric Shibley*

E7513978AF1E464...                                        Date:      06.17.2020

Eric Shibley, Owner/Officer

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003726



## Certificate Of Completion

Envelope Id: BD1C24262ED2414298C397EC327AB7A6
Subject: Dituri Construction LLC
Source Envelope:
Document Pages: 19
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 3
Initials: 0

Status: Completed

Envelope Originator:
Small Business Administration
4500 East West Hwy Floor 6
Bethesda, MD  20814
docusigndelivery@sba.gov
IP Address: 168.61.167.195

## Record Tracking

Status: Original
        6/17/2020 7:46:28 PM

Holder: Small Business Administration
        docusigndelivery@sba.gov

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eric Shibley<br>shibleenyc@yahoo.com<br>Security Level:<br>DocuSignSample.Password<br>ID: 00000000-0000-0000-0000-000000000000<br>6/18/2020 2:13:16 AM | *Eric Shibley*<br>DocuSigned by:<br>E7513978AF1E464...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.109.30.232 | Sent: 6/17/2020 7:46:28 PM<br>Viewed: 6/18/2020 9:13:22 AM<br>Signed: 6/18/2020 9:14:38 AM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/17/2020 7:46:28 PM |
| Certified Delivered | Security Checked | 6/18/2020 9:13:22 AM |
| Signing Complete | Security Checked | 6/18/2020 9:14:38 AM |
| Completed | Security Checked | 6/18/2020 9:14:38 AM |

| Payment Events | Status | Timestamps |
|---|---|---|



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

ACH Payment Path Report: Shibley 11-18-2020

Payment path specific to **Dituri Construction LL** for **Small Business Administration** ACH payment dated **06/19/2020** issued under Payee identification number **7947867903**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 3250-8180-5) of the receiving financial institution, Verity Credit Union, located in Seattle, Washington.



1 | P a g e

*Source: PACER (Payments, Claims, and Enhanced Reconciliation) On-Line/Digital Check Imaging (POL) functions as an on-line shared database that supports the Bureau of the Fiscal Service Regional Financial Centers' (RFC) accounting and claim processes.*

DOJ-04-0000012377



ACH Payment Path Report: Shibley 11-18-2020

```
AAS CODE:              73000001
NAME:                  SMALL BUSINESS ADMINISTRATION
ADDRESS:               PROGRAMMATIC ACCOUNTING DIVISON
                       DENVER FINANCE CENTER, OCFO,SBA
                       721 19TH STREET, SUITE 373
                       DENVER, CO

ZIPCODE:               80201
```

```
PAYEE ID:          7947867903    _      TRACE NUMBER: 061920201010036156913366
PAYEE NAME:        Dituri Construction LL           ALC: 73000001
PAYMENT DATE:      06/19/20
PAYMENT AMOUNT:    114,900.00
SCHEDULE NUMBER:   000000000F8120
PAYMENT STATUS:    PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN: C  7435400

FI RTN:            32508188
FI NAME:           VERITY CREDIT UNION
FI ADDRESS:        11027 MERIDIAN AVENUE NORTH  # 200

                   SEATTLE            WA  98133
```

```
FI ROUTING NUMBER: 32508188
INSTITUTION NAME:  VERITY CREDIT UNION
ADDRESS:           11027 MERIDIAN AVENUE NORTH  # 200

CITY:              SEATTLE          STATE: WA  ZIP CODE: 98133
PHONE NUMBER:      206-361-5353 / ____

CHECK DIGIT:       5
```

*Source: PACER (Payments, Claims, and Enhanced Reconciliation) On-Line/Digital Check Imaging (POL) functions as an on-line shared database that supports the Bureau of the Fiscal Service Regional Financial Centers' (RFC) accounting and claim processes.*

DOJ-04-0000012378

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 28
Admitted _____

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | 3304338551 |
| Name | Eric Shibley |
| Business Name | SS1 LLC |
| IP Address | 2603:3023:31a:1000:f8de:1b71:b927:b446 |
| OIG Agent | Eric Hunter |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/7/20 5:46 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | SS1 LLC | 6/7/20 5:46 PM |
| 9 | Trade Name * | Text | Yes | SS1 LLC | 6/7/20 5:46 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███7509 | 6/7/20 5:46 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/7/20 5:46 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/7/20 5:46 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/7/20 5:46 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $850,000 | 6/7/20 5:46 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $600,000 | 6/7/20 5:46 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/7/20 5:46 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/7/20 5:46 PM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/7/20 5:46 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/7/20 5:46 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th ave SW | 6/7/20 5:46 PM |
| 21 | City * | Text | Yes | Seattle | 6/7/20 5:46 PM |
| 22 | State * | Picklist | Yes | WA | 6/7/20 5:46 PM |
| 23 | County | Text | No | King | 6/7/20 5:46 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/7/20 5:46 PM |
| 25 | Business Phone * | Text | Yes | (206)-838-4291 | 6/7/20 5:46 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/7/20 5:46 PM |
| 27 | Business Fax | Text | No | (206)-260-1412 | 6/7/20 5:46 PM |
| 28 | Business Email * | Text | Yes | shibley98126@gmail.com | 6/7/20 5:46 PM |
| 29 | Date Business Established * | Date | Yes | 10/3/2017 | 6/7/20 5:46 PM |
| 30 | Current Ownership Since * | Date | Yes | 10/3/2017 | 6/7/20 5:46 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/7/20 5:46 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/7/20 5:46 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 41 | 6/7/20 5:46 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/7/20 5:46 PM |
| | **Header: Business Applicant Parent Entity** | | | | |

DOJ-01-0000003842

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 35 | Legal Name * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 37 | City * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 38 | State * | Picklist | Yes | NULL | 6/7/20 5:46 PM |
| 39 | EIN * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 41 | Business Phone * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/7/20 5:46 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:46 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/7/20 5:46 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/7/20 5:46 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/7/20 5:46 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/7/20 5:46 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/7/20 5:46 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/7/20 5:46 PM |
| 51-a | SSN * | Text | Yes | ██-5264 | 6/7/20 5:46 PM |
| 52-a | Birth Date * | Date | Yes | ██1978 | 6/7/20 5:46 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/7/20 5:46 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/7/20 5:46 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th ave SW | 6/7/20 5:46 PM |
| 56-a | City * | Text | Yes | Seattle | 6/7/20 5:46 PM |
| 57-a | State * | Picklist | Yes | WA | 6/7/20 5:46 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/7/20 5:46 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/7/20 5:46 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 50-b | Email * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/7/20 5:46 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/7/20 5:46 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/7/20 5:46 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 56-b | City * | Text | Yes | NULL | 6/7/20 5:46 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/7/20 5:46 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/7/20 5:46 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/7/20 5:46 PM |

DOJ-01-0000003843

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/7/20 5:46 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/7/20 5:46 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/7/20 5:46 PM |
| 63 | Name of Company | Text | No | NULL | 6/7/20 5:46 PM |
| 64 | Phone Number | Text | No | 0 | 6/7/20 5:46 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/7/20 5:46 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/7/20 5:46 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 6/7/20 5:46 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/7/20 5:46 PM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Verity Credit union | 6/7/20 5:46 PM |
| 70 | Account Number * | Text | Yes | 7435330 | 6/7/20 5:46 PM |
| 71 | Routing Number * | Text | Yes | 325081885 | 6/7/20 5:46 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/7/20 5:46 PM |
| 74 | Submit | Button | Yes | 1 | 6/7/20 5:46 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003844



6/23/2020                                 SS1 LLC - 6065163 - Bank Accounts - U.S. Small Business Administration CALC Application

Hello, **Kathleen Littwin (/Account/Manage)** (SBA Support)!   |   () |   Request help ()   |   **Log off (/Account/LogOff)**

Admin panel (/Administration)      Existing Deals (/)      Tasks (https://rapidsba2.sba.gov)

Home (/) / Application (/Lead?leadId=6065163) / Rapid Decision (/Calculator?leadId=6065163) / **Bank Account**

## Bank Account

| Account Type | Account Number | Routing Number | Name Of Bank | Name On Account | Account Status | Account Ownership Status |
|---|---|---|---|---|---|---|
| Checking | 7435330 | 325081885 | Verity Credit union | SS1 LLC | Cannot Verify | Cannot Authenticate |

DOJ-01-0000003789

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA                    Doc # L-01-6065163-01

SBA Loan #7958187906                                              Application #3304338551

# LOAN AUTHORIZATION AND AGREEMENT (LA&A)

### *A PROPERLY SIGNED DOCUMENT IS*
### *REQUIRED <u>PRIOR</u> TO ANY*
### *DISBURSEMENT*

---

**<u>CAREFULLY READ THE LA&A</u>:**

This document describes the terms and conditions of your loan. It is your responsibility to comply with <u>ALL</u> the terms and conditions of your loan.

---

**<u>SIGNING THE LA&A</u>:**

All borrowers must sign the LA&A.

- Sign your name *exactly* as it appears on the LA&A. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

*<u>Your signature represents your agreement to comply</u>*
*<u>with the terms and conditions of the loan.</u>*

---

Ref 50 30

DOJ-01-0000003817

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                                   Application #3304338551

## U.S. Small Business Administration

Economic Injury Disaster Loan

## LOAN AUTHORIZATION AND AGREEMENT

Date: 06.17.2020 (Effective Date)

On the above date, this Administration (SBA) authorized (under Section 7(b) of the Small Business Act, as amended) a Loan (SBA Loan #7958187906) to SS1 LLC (Borrower) of 4700 36th ave SW Seattle Washington 98126 in the amount of one hundred and fifteen thousand and 00/100 Dollars ($115,000.00), upon the following conditions:

PAYMENT

- Installment payments, including principal and interest, of $561.00 Monthly, will begin Twelve (12) months from the date of the promissory Note. The balance of principal and interest will be payable Thirty (30) years from the date of the promissory Note.

INTEREST

- Interest will accrue at the rate of 3.75% per annum and will accrue only on funds actually advanced from the date(s) of each advance.

PAYMENT TERMS

- Each payment will be applied first to interest accrued to the date of receipt of each payment, and the balance, if any, will be applied to principal.

- Each payment will be made when due even if at that time the full amount of the Loan has not yet been advanced or the authorized amount of the Loan has been reduced.

COLLATERAL

- For loan amounts of greater than $25,000, Borrower hereby grants to SBA, the secured party hereunder, a continuing security interest in and to any and all "Collateral" as described herein to secure payment and performance of all debts, liabilities and obligations of Borrower to SBA hereunder without limitation, including but not limited to all interest, other fees and expenses (all hereinafter called "Obligations"). The Collateral includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

- For loan amounts of $25,000 or less, SBA is not taking a security interest in any collateral.

SBA Form 1391 (5-00)                                                           Ref 50 30

DOJ-01-0000003818

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                                    Application #3304338551

## REQUIREMENTS RELATIVE TO COLLATERAL

- Borrower will not sell or transfer any collateral (except normal inventory turnover in the ordinary course of business) described in the "Collateral" paragraph hereof without the prior written consent of SBA.

- Borrower will neither seek nor accept future advances under any superior liens on the collateral securing this Loan without the prior written consent of SBA.

## USE OF LOAN PROCEEDS

- Borrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter and to pay Uniform Commercial Code (UCC) lien filing fees and a third-party UCC handling charge of $100 which will be deducted from the Loan amount stated above.

## REQUIREMENTS FOR USE OF LOAN PROCEEDS AND RECEIPTS

- Borrower will obtain and itemize receipts (paid receipts, paid invoices or cancelled checks) and contracts for all Loan funds spent and retain these receipts for 3 years from the date of the final disbursement. Prior to each subsequent disbursement (if any) and whenever requested by SBA, Borrower will submit to SBA such itemization together with copies of the receipts.

- Borrower will not use, directly or indirectly, any portion of the proceeds of this Loan to relocate without the prior written permission of SBA. The law prohibits the use of any portion of the proceeds of this Loan for voluntary relocation from the business area in which the disaster occurred. To request SBA's prior written permission to relocate, Borrower will present to SBA the reasons therefore and a description or address of the relocation site. Determinations of (1) whether a relocation is voluntary or otherwise, and (2) whether any site other than the disaster-affected location is within the business area in which the disaster occurred, will be made solely by SBA.

- Borrower will, to the extent feasible, purchase only American-made equipment and products with the proceeds of this Loan.

- Borrower will make any request for a loan increase for additional disaster-related damages as soon as possible after the need for a loan increase is discovered. The SBA will not consider a request for a loan increase received more than **two (2)** years from the date of loan approval unless, in the sole discretion of the SBA, there are extraordinary and unforeseeable circumstances beyond the control of the borrower.

## DEADLINE FOR RETURN OF LOAN CLOSING DOCUMENTS

- **Borrower will sign and return the loan closing documents to SBA within 2 months of the date of this Loan Authorization and Agreement**. By notifying the Borrower in writing, SBA may cancel this Loan if the Borrower fails to meet this requirement. The Borrower may submit and the SBA may, in its sole discretion, accept documents after 2 months of the date of this Loan Authorization and Agreement.

## COMPENSATION FROM OTHER SOURCES

- Eligibility for this disaster Loan is limited to disaster losses that are not compensated by other sources. Other sources include but are not limited to: (1) proceeds of policies of insurance or other indemnifications, (2) grants or other reimbursement (including loans) from government agencies or private organizations, (3)

SBA Form 1391 (5-00)                                                              Ref 50 30

DOJ-01-0000003819

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906

Application #3304338551

claims for civil liability against other individuals, organizations or governmental entities, and (4) salvage (including any sale or re-use) of items of damaged property.

- Borrower will promptly notify SBA of the existence and status of any claim or application for such other compensation, and of the receipt of any such compensation, and Borrower will promptly submit the proceeds of same (not exceeding the outstanding balance of this Loan) to SBA.

- Borrower hereby assigns to SBA the proceeds of any such compensation from other sources and authorizes the payor of same to deliver said proceeds to SBA at such time and place as SBA shall designate.

- SBA will in its sole discretion determine whether any such compensation from other sources is a duplication of benefits. SBA will use the proceeds of any such duplication to reduce the outstanding balance of this Loan, and Borrower agrees that such proceeds will not be applied in lieu of scheduled payments.

DUTY TO MAINTAIN HAZARD INSURANCE

- Within 12 months from the date of this Loan Authorization and Agreement the Borrower will provide proof of an active and in effect hazard insurance policy including fire, lightning, and extended coverage on all items used to secure this loan to at least 80% of the insurable value. Borrower will not cancel such coverage and will maintain such coverage throughout the entire term of this Loan. **BORROWER MAY NOT BE ELIGIBLE FOR EITHER ANY FUTURE DISASTER ASSISTANCE OR SBA FINANCIAL ASSISTANCE IF THIS INSURANCE IS NOT MAINTAINED AS STIPULATED HEREIN THROUGHOUT THE ENTIRE TERM OF THIS LOAN.** Please submit proof of insurance to: U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

BOOKS AND RECORDS

- Borrower will maintain current and proper books of account in a manner satisfactory to SBA for the most recent 5 years until 3 years after the date of maturity, including extensions, or the date this Loan is paid in full, whichever occurs first. Such books will include Borrower's financial and operating statements, insurance policies, tax returns and related filings, records of earnings distributed and dividends paid and records of compensation to officers, directors, holders of 10% or more of Borrower's capital stock, members, partners and proprietors.

- Borrower authorizes SBA to make or cause to be made, at Borrower's expense and in such a manner and at such times as SBA may require: (1) inspections and audits of any books, records and paper in the custody or control of Borrower or others relating to Borrower's financial or business conditions, including the making of copies thereof and extracts therefrom, and (2) inspections and appraisals of any of Borrower's assets.

- Borrower will furnish to SBA, not later than 3 months following the expiration of Borrower's fiscal year and in such form as SBA may require, Borrower's financial statements.

- Upon written request of SBA, Borrower will accompany such statements with an 'Accountant's Review Report' prepared by an independent public accountant at Borrower's expense.

- Borrower authorizes all Federal, State and municipal authorities to furnish reports of examination, records and other information relating to the conditions and affairs of Borrower and any desired information from such reports, returns, files, and records of such authorities upon request of SBA.

SBA Form 1391 (5-00)

Ref 50 30

DOJ-01-0000003820

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                                            Application #3304338551

## LIMITS ON DISTRIBUTION OF ASSETS

- Borrower will not, without the prior written consent of SBA, make any distribution of Borrower's assets, or give any preferential treatment, make any advance, directly or indirectly, by way of loan, gift, bonus, or otherwise, to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower, or any other company.

## EQUAL OPPORTUNITY REQUIREMENT

- If Borrower has or intends to have employees, Borrower will post SBA Form 722, Equal Opportunity Poster (copy attached), in Borrower's place of business where it will be clearly visible to employees, applicants for employment, and the general public.

## DISCLOSURE OF LOBBYING ACTIVITIES

- Borrower agrees to the attached Certification Regarding Lobbying Activities

## BORROWER'S CERTIFICATIONS

Borrower certifies that:

- There has been no substantial adverse change in Borrower's financial condition (and organization, in case of a business borrower) since the date of the application for this Loan. (Adverse changes include, but are not limited to: judgment liens, tax liens, mechanic's liens, bankruptcy, financial reverses, arrest or conviction of felony, etc.)

- No fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on SBA Form 5 Business Disaster Loan Application'; SBA Form 3501 COVID-19 Economic Injury Disaster Loan Application; or SBA Form 159, 'Compensation Agreement'. All fees not approved by SBA are prohibited.

- All representations in the Borrower's Loan application (including all supplementary submissions) are true, correct and complete and are offered to induce SBA to make this Loan.

- No claim or application for any other compensation for disaster losses has been submitted to or requested of any source, and no such other compensation has been received, other than that which Borrower has fully disclosed to SBA.

- Neither the Borrower nor, if the Borrower is a business, any principal who owns at least 50% of the Borrower, is delinquent more than 60 days under the terms of any: (a) administrative order; (b) court order; or (c) repayment agreement that requires payment of child support.

- Borrower certifies that no fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on the Loan Application. All fees not approved by SBA are prohibited. If an Applicant chooses to employ an Agent, the compensation an Agent charges to and that is paid by the Applicant must bear a necessary and reasonable relationship to the services actually performed and must be comparable to those charged by other Agents in the geographical area. Compensation cannot be contingent on loan approval. In addition, compensation must not include any expenses which are deemed by SBA to be unreasonable for services actually performed or expenses actually incurred. Compensation must not include

SBA Form 1391 (5-00)                                                                    Ref 50 30

**DOJ-01-0000003821**

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906

Application #3304338551

charges prohibited in 13 CFR 103 or SOP 50-30, Appendix 1. **If the compensation exceeds $500 for a disaster home loan or $2,500 for a disaster business loan, Borrower must fill out the Compensation Agreement Form 159D which will be provided for Borrower upon request or can be found on the SBA website.**

- Borrower certifies, to the best of its, his or her knowledge and belief, that the certifications and representations in the attached Certification Regarding Lobbying are true, correct and complete and are offered to induce SBA to make this Loan.

CIVIL AND CRIMINAL PENALTIES

- Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines, imprisonment or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

RESULT OF VIOLATION OF THIS LOAN AUTHORIZATION AND AGREEMENT

- If Borrower violates any of the terms or conditions of this Loan Authorization and Agreement, the Loan will be in default and SBA may declare all or any part of the indebtedness immediately due and payable. SBA's failure to exercise its rights under this paragraph will not constitute a waiver.

- A default (or any violation of any of the terms and conditions) of any SBA Loan(s) to Borrower and/or its affiliates will be considered a default of all such Loan(s).

DISBURSEMENT OF THE LOAN

- Disbursements will be made by and at the discretion of SBA Counsel, in accordance with this Loan Authorization and Agreement and the general requirements of SBA.

- Disbursements may be made in increments as needed.

- Other conditions may be imposed by SBA pursuant to general requirements of SBA.

- Disbursement may be withheld if, in SBA's sole discretion, there has been an adverse change in Borrower's financial condition or in any other material fact represented in the Loan application, or if Borrower fails to meet any of the terms or conditions of this Loan Authorization and Agreement.

- **NO DISBURSEMENT WILL BE MADE LATER THAN 6 MONTHS FROM THE DATE OF THIS LOAN AUTHORIZATION AND AGREEMENT UNLESS SBA, IN ITS SOLE DISCRETION, EXTENDS THIS DISBURSEMENT PERIOD.**

SBA Form 1391 (5-00)

Ref 50 30

DOJ-01-0000003822

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA                                                  Doc # L-01-6065163-01

SBA Loan #7958187906                                                                              Application #3304338551

## PARTIES AFFECTED

- This Loan Authorization and Agreement will be binding upon Borrower and Borrower's successors and assigns and will inure to the benefit of SBA and its successors and assigns.

## RESOLUTION OF BOARD OF DIRECTORS

- Borrower shall, within 180 days of receiving any disbursement of this Loan, submit the appropriate SBA Certificate and/or Resolution to the U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

## ENFORCEABILITY

- This Loan Authorization and Agreement is legally binding, enforceable and approved upon Borrower's signature, the SBA's approval and the Loan Proceeds being issued to Borrower by a government issued check or by electronic debit of the Loan Proceeds to Borrower' banking account provided by Borrower in application for this Loan.



James E. Rivera
Associate Administrator
U.S. Small Business Administration

The undersigned agree(s) to be bound by the terms and conditions herein during the term of this Loan, and further agree(s) that no provision stated herein will be waived without prior written consent of SBA. **Under penalty of perjury of the United States of America, I hereby certify that I am authorized to apply for and obtain a disaster loan on behalf of Borrower, in connection with the effects of the COVID-19 emergency.**

**SS1 LLC**

DocuSigned by:

*Eric Shibley*

333A818744574F8...

Date:   06.17.2020

Eric  Shibley, Owner/Officer

Note: Corporate Borrowers must execute Loan Authorization and Agreement in corporate name, by a duly authorized officer. Partnership Borrowers must execute in firm name, together with signature of a general partner. Limited Liability entities must execute in the entity name by the signature of the authorized managing person.

SBA Form 1391 (5-00)                                                                                      Ref 50 30

**DOJ-01-0000003823**

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA                                                 Doc # L-01-6065163-01

SBA Loan #7958187906                                                              Application #3304338551

# CERTIFICATION REGARDING LOBBYING

For loans over $150,000, Congress requires recipients to agree to the following:

1.  Appropriated funds may NOT be used for lobbying.

2.  Payment of non-federal funds for lobbying must be reported on Form SF-LLL.

3.  Language of this certification must be incorporated into all contracts and subcontracts exceeding $100,000.

4.  All contractors and subcontractors with contracts exceeding $100,000 are required to certify and disclose accordingly.

SBA Form 1391 (5-00)

DOJ-01-0000003824

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA                                    Doc # L-01-6065163-01

SBA Loan #7958187906                                                      Application #3304338551

# CERTIFICATION REGARDING
# LOBBYING

*Certification for Contracts, Grants, Loans, and Cooperative*
*Agreements*

Borrower and all Guarantors (if any) certify, to the best of its, his or her knowledge and belief, that:

(1)    No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2)    If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal loan, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3)    The undersigned shall require that the language of this certification be included in the award documents for all sub-awards at all tiers (including subcontracts, sub-grants, and contracts under grants, loans, and co-operative agreements) and that all sub-recipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000.00 and not more than $100,000.00 for each such failure.

SBA Form 1391 (5-00)

**DOJ-01-0000003825**

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01



This Statement of Policy is Posted

In Accordance with Regulations of the

# Small Business Administration

This Organization Practices

## Equal Employment Opportunity

**We do not discriminate on the ground of race, color, religion, sex, age, disability or national origin in the hiring, retention, or promotion of employees; nor in determining their rank, or the compensation or fringe benefits paid them.**

This Organization Practices

## Equal Treatment of Clients

**We do not discriminate on the basis of race, color, religion, sex, marital status, disability, age or national origin in services or accommodations offered or provided to our employees, clients or guests.**

**These policies and this notice comply with regulations of the
United States Government.**

**Please report violations of this policy to:**

> **Administrator
> Small Business Administration
> Washington, D.C. 20416**

In order for the public and your employees to know their rights under 13 C.F.R Parts 112, 113, and 117, Small Business Administration Regulations, and to conform with the directions of the Administrator of SBA, this poster must be displayed where it is clearly visible to employees, applicants for employment, and the public.

Failure to display the poster as required in accordance with SBA Regulations may be considered evidence of noncompliance and subject you to the penalties contained in those Regulations.

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE        **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.



Federal Recycling Program        Printed on Recycled Paper

DOJ-01-0000003826

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01



**Esta Declaración De Principios Se Publica**

**De Acuerdo Con Los Reglamentos De La**

Agencia Federal Para el Desarrollo de la Pequeña Empresa

**Esta Organización Practica**

# Igual Oportunidad De Empleo

**No discriminamos por razón de raza, color, religión, sexo, edad, discapacidad o nacionalidad en el empleo, retención o ascenso de personal ni en la determinación de sus posiciones, salarios o beneficios marginales.**

**Esta Organización Practica**

# Igualdad En El Trato A Su Clientela

**No discriminamos por razón de raza, color, religión, sexo, estado civil, edad, discapacidad o nacionalidad en los servicios o facilidades provistos para nuestros empleados, clientes o visitantes.**

**Estos principios y este aviso cumplen con los reglamentos del Gobierno de los Estados Unidos de América.**

**Favor de informar violaciones a lo aquí indicado a:**

> **Administrador**
> **Agencia Federal Para el Desarrollo de la**
> **Pequeña Empresa**
> **Washington, D.C. 20416**

**A fin de que el público y sus empleados conozcan sus derechos según lo expresado en las Secciones 112, 113 y 117 del Código de Regulaciaones Federales No. 13, de los Reglamentos de la Agencja Federal Para el Desarrollo de la Pequeña Empresa y de acuerdo con las instrucciones del Administrador de dicha agencia,**
**esta notificación debe fijarse en un lugar claramente visible para los empleados, solicitantes de empleo y público en general. No fijar esta notificación según lo requerido por los reglamentos de la Agencia Federal Para el Desarrollo de la Pequeña Empresa, puede ser interpretado como evidencia de falta de cumplimiento de los mismos y conllevará la ejecución de los castigos impuestos en estos reglamentos.**

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE        **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.

Federal Recycling Program      Printed on Recycled Paper

DOJ-01-0000003827

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-0

SBA Loan #7958187906

Application #3304338551

# NOTE

## *A PROPERLY SIGNED NOTE IS REQUIRED <u>PRIOR</u> TO ANY DISBURSEMENT*

<u>**CAREFULLY READ THE NOTE**</u>**:** It is your promise to repay the loan.

- The Note is pre-dated. **DO NOT CHANGE THE DATE OF THE NOTE.**
- <u>**LOAN PAYMENTS**</u> will be due as stated in the Note.
- **ANY CORRECTIONS OR UNAUTHORIZED MARKS MAY VOID THIS DOCUMENT.**

<u>**SIGNING THE NOTE**</u>**:** All borrowers must sign the Note.

- Sign your name *<u>exactly</u>* as it appears on the Note. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

DOJ-01-0000003828

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                                Application #3304338551

| | | |
|---|---|---|
| (SBA logo) | **U.S. Small Business Administration** | **Date: 06.17.2020** |
| | **NOTE** | **Loan Amount: $115,000.00** |
| | (SECURED DISASTER LOANS) | **Annual Interest Rate: 3.75%** |

**SBA Loan # 7958187906**                                   **Application #3304338551**

1. **PROMISE TO PAY:** In return for a loan, Borrower promises to pay to the order of SBA the amount of **one hundred and fifteen thousand  and 00/100 Dollars ($115,000.00)**, interest on the unpaid principal balance, and all other amounts required by this Note.

2. **DEFINITIONS: A)** "Collateral" means any property taken as security for payment of this Note or any guarantee of this Note. **B)** "Guarantor" means each person or entity that signs a guarantee of payment of this Note. **C)** "Loan Documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who pledges collateral.

3. **PAYMENT TERMS:** Borrower must make all payments at the place SBA designates. Borrower may prepay this Note in part or in full at any time, without notice or penalty. Borrower must pay principal and interest payments of **$561.00** every **month** beginning **Twelve (12)** months from the date of the Note. SBA will apply each installment payment first to pay interest accrued to the day SBA receives the payment and will then apply any remaining balance to reduce principal. All remaining principal and accrued interest is due and payable **Thirty (30) years** from the date of the Note.

4. **DEFAULT:** Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower: **A)** Fails to comply with any provision of this Note, the Loan Authorization and Agreement, or other Loan Documents; **B)** Defaults on any other SBA loan; **C)** Sells or otherwise transfers, or does not preserve or account to SBA's satisfaction for, any of the Collateral or its proceeds; **D)** Does not disclose, or anyone acting on their behalf does not disclose, any material fact to SBA; **E)** Makes, or anyone acting on their behalf makes, a materially false or misleading representation to SBA; **F)** Defaults on any loan or agreement with another creditor, if SBA believes the default may materially affect Borrower's ability to pay this Note; **G)** Fails to pay any taxes when due; **H)** Becomes the subject of a proceeding under any bankruptcy or insolvency law; **I)** Has a receiver or liquidator appointed for any part of their business or property; **J)** Makes an assignment for the benefit of creditors; **K)** Has any adverse change in financial condition or business operation that SBA believes may materially affect Borrower's ability to pay this Note; **L)** Dies; **M)** Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without SBA's prior written consent; or, **N)** Becomes the subject of a civil or criminal action that SBA believes may materially affect Borrower's ability to pay this Note.

5. **SBA'S RIGHTS IF THERE IS A DEFAULT:** Without notice or demand and without giving up any of its rights, SBA may: **A)** Require immediate payment of all amounts owing under this Note; **B)** Have recourse to collect all amounts owing from any Borrower or Guarantor (if any); **C)** File suit and obtain judgment; **D)** Take possession of any Collateral; or **E)** Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.

6. **SBA'S GENERAL POWERS:** Without notice and without Borrower's consent, SBA may: **A)** Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses; **B)** Collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If SBA incurs such expenses, it may demand immediate reimbursement from Borrower or add the expenses to the principal balance; **C)** Release anyone obligated to pay this Note; **D)** Compromise, release, renew, extend or substitute any of the Collateral; and **E)** Take any action necessary to protect the Collateral or collect amounts owing on this Note.

SBA FORM 147 B (5-00)

DOJ-01-0000003829

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                                  Application #3304338551

7. **FEDERAL LAW APPLIES:** When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8. **GENERAL PROVISIONS: A)** All individuals and entities signing this Note are jointly and severally liable. **B)** Borrower waives all suretyship defenses. **C)** Borrower must sign all documents required at any time to comply with the Loan Documents and to enable SBA to acquire, perfect, or maintain SBA's liens on Collateral. **D)** SBA may exercise any of its rights separately or together, as many times and in any order it chooses. SBA may delay or forgo enforcing any of its rights without giving up any of them. **E)** Borrower may not use an oral statement of SBA to contradict or alter the written terms of this Note. **F)** If any part of this Note is unenforceable, all other parts remain in effect. **G)** To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that SBA did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale. **H)** SBA may sell or otherwise transfer this Note.

9. **MISUSE OF LOAN FUNDS:** Anyone who wrongfully misapplies any proceeds of the loan will be civilly liable to SBA for one and one- half times the proceeds disbursed, in addition to other remedies allowed by law.

10. **BORROWER'S NAME(S) AND SIGNATURE(S):** By signing below, each individual or entity acknowledges and accepts personal obligation and full liability under the Note as Borrower.

SS1 LLC

DocuSigned by:

*Eric Shibley*

333A818744574F8...

Eric  Shibley, Owner/Officer

SBA FORM 147 B (5-00)

DOJ-01-0000003830

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-0

SBA Loan #7958187906

Application #3304338551

# **<u>SECURITY AGREEMENT</u>**

<u>Read this document carefully.</u> It grants the SBA a security interest (lien) in all the property described in paragraph 4.

This document is predated. DO NOT CHANGE THE DATE ON THIS DOCUMENT.

DOJ-01-0000003831

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA                           Doc # L-01-6065163-01

SBA Loan #7958187906                                                          Application #3304338551



U.S. Small Business Administration
# SECURITY AGREEMENT

| SBA Loan #: | 7958187906 |
|---|---|
| Borrower: | SS1 LLC |
| Secured Party: | **The Small Business Administration, an Agency of the U.S. Government** |
| Date: | 06.17.2020 |
| Note Amount: | $115,000.00 |

1. **DEFINITIONS.**

Unless otherwise specified, all terms used in this Agreement will have the meanings ascribed to them under the Official Text of the Uniform Commercial Code, as it may be amended from time to time, ("UCC"). "SBA" means the Small Business Administration, an Agency of the U.S. Government.

2. **GRANT OF SECURITY INTEREST.**

For value received, the Borrower grants to the Secured Party a security interest in the property described below in paragraph 4 (the "Collateral").

3. **OBLIGATIONS SECURED**.

This Agreement secures the payment and performance of: (a) all obligations under a Note dated 06.17.2020, made by SS1 LLC , made payable to Secured Lender, in the amount of $115,000.00 ("Note"), including all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the disbursement, administration and collection of the loan evidenced by the Note; (b) all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the protection, maintenance and enforcement of the security interest hereby granted; (c) all obligations of the Borrower in any other agreement relating to the Note; and (d) any modifications, renewals, refinancings, or extensions of the foregoing obligations.

4. **COLLATERAL DESCRIPTION.**

The Collateral in which this security interest is granted includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible

SBA Form 1059 (09-19) Previous Editions are obsolete.

**DOJ-01-0000003832**

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

SBA Loan #7958187906

Application #3304338551

and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

5.      **RESTRICTIONS ON COLLATERAL TRANSFER.**

Borrower will not sell, lease, license or otherwise transfer (including by granting security interests, liens, or other encumbrances in) all or any part of the Collateral or Borrower's interest in the Collateral without Secured Party's written or electronically communicated approval, except that Borrower may sell inventory in the ordinary course of business on customary terms. Borrower may collect and use amounts due on accounts and other rights to payment arising or created in the ordinary course of business, until notified otherwise by Secured Party in writing or by electronic communication.

6.      **MAINTENANCE AND LOCATION OF COLLATERAL; INSPECTION; INSURANCE.**

Borrower must promptly notify Secured Party by written or electronic communication of any change in location of the Collateral, specifying the new location. Borrower hereby grants to Secured Party the right to inspect the Collateral at all reasonable times and upon reasonable notice. Borrower must: (a) maintain the Collateral in good condition; (b) pay promptly all taxes, judgments, or charges of any kind levied or assessed thereon; (c) keep current all rent or mortgage payments due, if any, on premises where the Collateral is located; and (d) maintain hazard insurance on the Collateral, with an insurance company and in an amount approved by Secured Party (but in no event less than the replacement cost of that Collateral), and including such terms as Secured Party may require including a Lender's Loss Payable Clause in favor of Secured Party. Borrower hereby assigns to Secured Party any proceeds of such policies and all unearned premiums thereon and authorizes and empowers Secured Party to collect such sums and to execute and endorse in Borrower's name all proofs of loss, drafts, checks and any other documents necessary for Secured Party to obtain such payments.

7.      **CHANGES TO BORROWER'S LEGAL STRUCTURE, PLACE OF BUSINESS, JURISDICTION OF ORGANIZATION, OR NAME.**

Borrower must notify Secured Party by written or electronic communication not less than 30 days before taking any of the following actions: (a) changing or reorganizing the type of organization or form under which it does business; (b) moving, changing its place of business or adding a place of business; (c) changing its jurisdiction of organization; or (d) changing its name. Borrower will pay for the preparation and filing of all documents Secured Party deems necessary to maintain, perfect and continue the perfection of Secured Party's security interest in the event of any such change.

8.      **PERFECTION OF SECURITY INTEREST.**

Borrower consents, without further notice, to Secured Party's filing or recording of any documents necessary to perfect, continue, amend or terminate its security interest. Upon request of Secured Party, Borrower must sign or otherwise authenticate all documents that Secured Party deems necessary at any time to allow Secured Party to acquire, perfect, continue or amend its security interest in the Collateral. Borrower will pay the filing and recording costs of any documents relating to Secured Party's security interest. Borrower ratifies all previous filings and recordings, including financing statements and

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003833

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                          Application #3304338551

notations on certificates of title. Borrower will cooperate with Secured Party in obtaining a Control Agreement satisfactory to Secured Party with respect to any Deposit Accounts or Investment Property, or in otherwise obtaining control or possession of that or any other Collateral.

9.    **DEFAULT.**

Borrower is in default under this Agreement if: (a) Borrower fails to pay, perform or otherwise comply with any provision of this Agreement; (b) Borrower makes any materially false representation, warranty or certification in, or in connection with, this Agreement, the Note, or any other agreement related to the Note or this Agreement; (c) another secured party or judgment creditor exercises its rights against the Collateral; or (d) an event defined as a "default" under the Obligations occurs. In the event of default and if Secured Party requests, Borrower must assemble and make available all Collateral at a place and time designated by Secured Party. Upon default and at any time thereafter, Secured Party may declare all Obligations secured hereby immediately due and payable, and, in its sole discretion, may proceed to enforce payment of same and exercise any of the rights and remedies available to a secured party by law including those available to it under Article 9 of the UCC that is in effect in the jurisdiction where Borrower or the Collateral is located. Unless otherwise required under applicable law, Secured Party has no obligation to clean or otherwise prepare the Collateral for sale or other disposition and Borrower waives any right it may have to require Secured Party to enforce the security interest or payment or performance of the Obligations against any other person.

10.    **FEDERAL RIGHTS.**

When SBA is the holder of the Note, this Agreement will be construed and enforced under federal law, including SBA regulations. Secured Party or SBA may use state or local procedures for filing papers, recording documents, giving notice, enforcing security interests or liens, and for any other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax or liability. As to this Agreement, Borrower may not claim or assert any local or state law against SBA to deny any obligation, defeat any claim of SBA, or preempt federal law.

11.    **GOVERNING LAW.**

Unless SBA is the holder of the Note, in which case federal law will govern, Borrower and Secured Party agree that this Agreement will be governed by the laws of the jurisdiction where the Borrower is located, including the UCC as in effect in such jurisdiction and without reference to its conflicts of laws principles.

12.    **SECURED PARTY RIGHTS.**

All rights conferred in this Agreement on Secured Party are in addition to those granted to it by law, and all rights are cumulative and may be exercised simultaneously. Failure of Secured Party to enforce any rights or remedies will not constitute an estoppel or waiver of Secured Party's ability to exercise such rights or remedies. Unless otherwise required under applicable law, Secured Party is not liable for any loss or damage to Collateral in its possession or under its control, nor will such loss or damage reduce or discharge the Obligations that are due, even if Secured Party's actions or inactions caused or in any way contributed to such loss or damage.

13.    **SEVERABILITY.**

If any provision of this Agreement is unenforceable, all other provisions remain in effect.

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003834

DocuSign Envelope ID: 4429976B-3054-460F-A985-23E1A053A0AA

Doc # L-01-6065163-01

SBA Loan #7958187906                                          Application #3304338551

14.     **BORROWER CERTIFICATIONS.**

Borrower certifies that: (a) its Name (or Names) as stated above is correct; (b) all Collateral is owned or titled in the Borrower's name and not in the name of any other organization or individual; (c) Borrower has the legal authority to grant the security interest in the Collateral; (d) Borrower's ownership in or title to the Collateral is free of all adverse claims, liens, or security interests (unless expressly permitted by Secured Party); (e) none of the Obligations are or will be primarily for personal, family or household purposes; (f) none of the Collateral is or will be used, or has been or will be bought primarily for personal, family or household purposes; (g) Borrower has read and understands the meaning and effect of all terms of this Agreement.

15.     **BORROWER NAME(S) AND SIGNATURE(S).**

By signing or otherwise authenticating below, each individual and each organization becomes jointly and severally obligated as a Borrower under this Agreement.

SS1 LLC

DocuSigned by:

*Eric Shibley*

—333A81874 4574F8...                       Date:      06.17.2020

Eric  Shibley, Owner/Officer

Page 5 of 5

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003835



## Certificate Of Completion

Envelope Id: 4429976B3054460FA98523E1A053A0AA
Subject: SS1 LLC
Source Envelope:
Document Pages: 19
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 3
Initials: 0

Status: Completed

Envelope Originator:
Small Business Administration
4500 East West Hwy Floor 6
Bethesda, MD  20814
docusigndelivery@sba.gov
IP Address: 168.61.167.195

## Record Tracking

Status: Original
  6/17/2020 7:58:12 PM

Holder: Small Business Administration
  docusigndelivery@sba.gov

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eric  Shibley<br>shibleenyc@yahoo.com<br>Security Level:<br> DocuSignSample.Password<br> ID: 00000000-0000-0000-0000-000000000000<br>6/18/2020 2:14:54 AM | *Eric Shibley*<br>DocuSigned by:<br>333A818744574F8... <br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.109.30.232 | Sent: 6/17/2020 7:58:13 PM<br>Viewed: 6/18/2020 9:15:00 AM<br>Signed: 6/18/2020 9:15:09 AM |

**Electronic Record and Signature Disclosure:**
 Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/17/2020 7:58:13 PM |
| Certified Delivered | Security Checked | 6/18/2020 9:15:00 AM |
| Signing Complete | Security Checked | 6/18/2020 9:15:09 AM |
| Completed | Security Checked | 6/18/2020 9:15:09 AM |

| Payment Events | Status | Timestamps |
|---|---|---|



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

ACH Payment Path Report: Shibley 11-18-2020

Payment path specific to **SS1 LLC** for **Small Business Administration** ACH payment dated **06/19/2020** issued under Payee identification number **7958187906**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 3250-8180-5) of the receiving financial institution, Verity Credit Union, located in Seattle, Washington.



*Source: PACER (Payments, Claims, and Enhanced Reconciliation) On-Line/Digital Check Imaging (POL) functions as an on-line shared database that supports the Bureau of the Fiscal Service Regional Financial Centers' (RFC) accounting and claim processes.*

DOJ-04-0000012379



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

ACH Payment Path Report: Shibley 11-18-2020

```
AAS CODE:            73000001
NAME:                SMALL BUSINESS ADMINISTRATION
ADDRESS:             PROGRAMMATIC ACCOUNTING DIVISON
                     DENVER FINANCE CENTER, OCFO,SBA
                     721 19TH STREET, SUITE 373
                     DENVER, CO

ZIPCODE:             80201
```

```
PAYEE ID:            7958187906        TRACE NUMBER: 06192020101036156913367
PAYEE NAME:          SS1 LLC                         ALC: 73000001
PAYMENT DATE:        06/19/20
PAYMENT AMOUNT:      114,900.00
SCHEDULE NUMBER:     000000000F8120
PAYMENT STATUS:      PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN:  C  7435330

FI RTN:              32508188
FI NAME:             VERITY CREDIT UNION
FI ADDRESS:          11027 MERIDIAN AVENUE NORTH  # 200


                     SEATTLE              WA  98133
```

```
FI ROUTING NUMBER:  32508188
INSTITUTION NAME:   VERITY CREDIT UNION
ADDRESS:            11027 MERIDIAN AVENUE NORTH  # 200

CITY:               SEATTLE             STATE: WA  ZIP CODE: 98133
PHONE NUMBER:       206-361-5353 / ____

CHECK DIGIT:        5
```

*Source: PACER (Payments, Claims, and Enhanced Reconciliation) On-Line/Digital Check Imaging (POL)
functions as an on-line shared database that supports the Bureau of the Fiscal Service Regional Financial
Centers' (RFC) accounting and claim processes.*

DOJ-04-0000012380

**Rapid Intake Form Data Lookup**

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 29
Admitted _____

| | | |
|---|---|---|
| Application # | 3304338580 | |
| Name | Eric Shibley | |
| Business Name | SFC LLC | |
| IP Address | 2603:3023:31a:1000:f8de:1b71:b927:b446 | |
| OIG Agent | Eric Hunter | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/7/20 5:51 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | SFC LLC | 6/7/20 5:51 PM |
| 9 | Trade Name * | Text | Yes | SFC LLC | 6/7/20 5:51 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███3598 | 6/7/20 5:51 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/7/20 5:51 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/7/20 5:51 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/7/20 5:51 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $350,000 | 6/7/20 5:51 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $200,000 | 6/7/20 5:51 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/7/20 5:51 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/7/20 5:51 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/7/20 5:51 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/7/20 5:51 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th ave SW | 6/7/20 5:51 PM |
| 21 | City * | Text | Yes | Seattle | 6/7/20 5:51 PM |
| 22 | State * | Picklist | Yes | WA | 6/7/20 5:51 PM |
| 23 | County | Text | No | King | 6/7/20 5:51 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/7/20 5:51 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/7/20 5:51 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/7/20 5:51 PM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 6/7/20 5:51 PM |
| 28 | Business Email * | Text | Yes | shibley98271@gmail.com | 6/7/20 5:51 PM |
| 29 | Date Business Established * | Date | Yes | 11/13/2019 | 6/7/20 5:51 PM |
| 30 | Current Ownership Since * | Date | Yes | 11/19/2019 | 6/7/20 5:51 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/7/20 5:51 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/7/20 5:51 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 12 | 6/7/20 5:51 PM |
| PAGE 3 | | | | | |
| Header: Business Owners Information | | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/7/20 5:51 PM |
| Header: Business Applicant Parent Entity | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 37 | City * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 38 | State * | Picklist | Yes | NULL | 6/7/20 5:51 PM |
| 39 | EIN * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/7/20 5:51 PM |

DOJ-01-0000004323

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 41 | Business Phone * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/7/20 5:51 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:51 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/7/20 5:51 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/7/20 5:51 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/7/20 5:51 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/7/20 5:51 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/7/20 5:51 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/7/20 5:51 PM |
| 51-a | SSN * | Text | Yes | ████-5264 | 6/7/20 5:51 PM |
| 52-a | Birth Date * | Date | Yes | ████/1978 | 6/7/20 5:51 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/7/20 5:51 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/7/20 5:51 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 6/7/20 5:51 PM |
| 56-a | City * | Text | Yes | Seattle | 6/7/20 5:51 PM |
| 57-a | State * | Picklist | Yes | WA | 6/7/20 5:51 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/7/20 5:51 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/7/20 5:51 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:51 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 50-b | Email * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/7/20 5:51 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/7/20 5:51 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/7/20 5:51 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 56-b | City * | Text | Yes | NULL | 6/7/20 5:51 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/7/20 5:51 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/7/20 5:51 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/7/20 5:51 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/7/20 5:51 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/7/20 5:51 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/7/20 5:51 PM |
| 63 | Name of Company | Text | No | NULL | 6/7/20 5:51 PM |
| 64 | Phone Number | Text | No | 0 | 6/7/20 5:51 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/7/20 5:51 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/7/20 5:51 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 6/7/20 5:51 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 0 | 6/7/20 5:51 PM |

DOJ-01-0000004325

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Washington Federal | 6/7/20 5:51 PM |
| 70 | Account Number * | Text | Yes | 62763621349 | 6/7/20 5:51 PM |
| 71 | Routing Number * | Text | Yes | 325070980 | 6/7/20 5:51 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/7/20 5:51 PM |
| 74 | Submit | Button | Yes | 1 | 6/7/20 5:51 PM |

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000004326

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | **3304338625** |
| Name | Eric Shibley |
| Business Name | SFC LLC |
| IP Address | 2603:3023:31a:1000:f8de:1b71:b927:b446 |
| OIG Agent | Eric Hunter |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 30
Admitted _____
```

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/7/20 5:59 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | SFC LLC | 6/7/20 5:59 PM |
| 9 | Trade Name * | Text | Yes | SFC LLC | 6/7/20 5:59 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███3580 | 6/7/20 5:59 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/7/20 5:59 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/7/20 5:59 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/7/20 5:59 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $350,000 | 6/7/20 5:59 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $200,000 | 6/7/20 5:59 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/7/20 5:59 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/7/20 5:59 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/7/20 5:59 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/7/20 5:59 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th ave SW | 6/7/20 5:59 PM |
| 21 | City * | Text | Yes | Seattle | 6/7/20 5:59 PM |
| 22 | State * | Picklist | Yes | WA | 6/7/20 5:59 PM |
| 23 | County | Text | No | King | 6/7/20 5:59 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/7/20 5:59 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/7/20 5:59 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/7/20 5:59 PM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 6/7/20 5:59 PM |
| 28 | Business Email * | Text | Yes | shibley98271@gmail.com | 6/7/20 5:59 PM |
| 29 | Date Business Established * | Date | Yes | 11/13/2017 | 6/7/20 5:59 PM |
| 30 | Current Ownership Since * | Date | Yes | 11/13/2017 | 6/7/20 5:59 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/7/20 5:59 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/7/20 5:59 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 12 | 6/7/20 5:59 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/7/20 5:59 PM |
| | **Header: Business Applicant Parent Entity** | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 37 | City * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 38 | State * | Picklist | Yes | NULL | 6/7/20 5:59 PM |
| 39 | EIN * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/7/20 5:59 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 41 | Business Phone * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/7/20 5:59 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:59 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/7/20 5:59 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/7/20 5:59 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/7/20 5:59 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/7/20 5:59 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/7/20 5:59 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/7/20 5:59 PM |
| 51-a | SSN * | Text | Yes | █████5264 | 6/7/20 5:59 PM |
| 52-a | Birth Date * | Date | Yes | ████1978 | 6/7/20 5:59 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/7/20 5:59 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/7/20 5:59 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th ave SW | 6/7/20 5:59 PM |
| 56-a | City * | Text | Yes | Seattle | 6/7/20 5:59 PM |
| 57-a | State * | Picklist | Yes | WA | 6/7/20 5:59 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/7/20 5:59 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/7/20 5:59 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/7/20 5:59 PM |

DOJ-01-0000004339

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 50-b | Email * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/7/20 5:59 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/7/20 5:59 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/7/20 5:59 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 56-b | City * | Text | Yes | NULL | 6/7/20 5:59 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/7/20 5:59 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/7/20 5:59 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/7/20 5:59 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/7/20 5:59 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/7/20 5:59 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/7/20 5:59 PM |
| 63 | Name of Company | Text | No | NULL | 6/7/20 5:59 PM |
| 64 | Phone Number | Text | No | 0 | 6/7/20 5:59 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/7/20 5:59 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/7/20 5:59 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 6/7/20 5:59 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/7/20 5:59 PM |

DOJ-01-0000004340

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Washington Federal | 6/7/20 5:59 PM |
| 70 | Account Number * | Text | Yes | 62763621349 | 6/7/20 5:59 PM |
| 71 | Routing Number * | Text | Yes | 325070980 | 6/7/20 5:59 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/7/20 5:59 PM |
| 74 | Submit | Button | Yes | 1 | 6/7/20 5:59 PM |

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 31
Admitted _____

**Rapid Intake Form Data Lookup**

| | | |
|---|---:|---|
| | Application # | **3601282989** |
| | Name | Eric Shibley |
| | Business Name | Seattle's Finest Cannabis |
| | IP Address | 2603 3023 31a 1000 b4fa 256c 9ebc dc93, 2603 3023 31a 1000 b4fa 256c 9ebc dc93 |
| | OIG Agent | Eric Hunter |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 4/15/20 2 45 AM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Seattle's Finest Cannabis | 4/15/20 2 45 AM |
| 9 | Trade Name * | Text | Yes | Seattle's Finest Cannabis | 4/15/20 2 45 AM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ██████3580 | 4/15/20 2 45 AM |
| 11 | Organization Type* | Picklist | Yes | LLC | 4/15/20 2 45 AM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 4/15/20 2 45 AM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 4/15/20 2 45 AM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $120,000 | 4/15/20 2 45 AM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 90000 | 4/15/20 2 45 AM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 4/15/20 2 45 AM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 4/15/20 2 45 AM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 4/15/20 2 45 AM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 4/15/20 2 45 AM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 4/15/20 2 45 AM |
| 21 | City * | Text | Yes | Seattle | 4/15/20 2 45 AM |
| 22 | State * | Picklist | Yes | WA | 4/15/20 2 45 AM |
| 23 | County | Text | No | King | 4/15/20 2 45 AM |
| 24 | Zip * | Text | Yes | 98126 | 4/15/20 2 45 AM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 4/15/20 2 45 AM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 4/15/20 2 45 AM |
| 27 | Business Fax | Text | No | (206)-260-1412 | 4/15/20 2 45 AM |
| 28 | Business Email * | Text | Yes | ers98126@gmail.com | 4/15/20 2 45 AM |
| 29 | Date Business Established * | Date | Yes | 43052 | 4/15/20 2 45 AM |
| 30 | Current Ownership Since * | Date | Yes | 43052 | 4/15/20 2 45 AM |
| 31 | Business Activity * | Picklist | Yes | Manufacturing | 4/15/20 2 45 AM |
| 32 | Detailed Business Activity* | Picklist | Yes | NULL | 4/15/20 2 45 AM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 10 | 4/15/20 2 45 AM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 4/15/20 2 45 AM |

DOJ-01-0000003697

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 36 | Street Address * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 37 | City * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 38 | State * | Picklist | Yes | NULL | 4/15/20 2 45 AM |
| 39 | EIN * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 40 | ZIP * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 41 | Business Phone * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 42 | Business Email * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 43 | Business Type * | Picklist | Yes | NULL | 4/15/20 2 45 AM |
| 44 | Ownership Percent * | Text | Yes | NULL | 4/15/20 2 45 AM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 4/15/20 2 45 AM |
| 46-a | Last Name * | Text | Yes | Shibley | 4/15/20 2 45 AM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 4/15/20 2 45 AM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 4/15/20 2 45 AM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 4/15/20 2 45 AM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 4/15/20 2 45 AM |
| 51-a | SSN * | Text | Yes | ███-5264 | 4/15/20 2 45 AM |
| 52-a | Birth Date * | Date | Yes | ██/1978 | 4/15/20 2 45 AM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 4/15/20 2 45 AM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 4/15/20 2 45 AM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 4/15/20 2 45 AM |
| 56-a | City * | Text | Yes | Seattle | 4/15/20 2 45 AM |
| 57-a | State * | Picklist | Yes | WA | 4/15/20 2 45 AM |
| 58-a | Zip * | Text | Yes | 98126 | 4/15/20 2 45 AM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 46-b | Last Name * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 4/15/20 2 45 AM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 50-b | Email * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 51-b | SSN * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 52-b | Birth Date * | Date | Yes | NULL | 4/15/20 2 45 AM |
| 53-b | Place Of Birth | Text | No | NULL | 4/15/20 2 45 AM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 4/15/20 2 45 AM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 56-b | City * | Text | Yes | NULL | 4/15/20 2 45 AM |
| 57-b | State * | Picklist | Yes | NULL | 4/15/20 2 45 AM |
| 58-b | Zip * | Text | Yes | NULL | 4/15/20 2 45 AM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |

DOJ-01-0000003698

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 4/15/20 2 45 AM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 4/15/20 2 45 AM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 4/15/20 2 45 AM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 4/15/20 2 45 AM |
| 63 | Name of Company | Text | No | NULL | 4/15/20 2 45 AM |
| 64 | Phone Number | Text | No | NULL | 4/15/20 2 45 AM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 4/15/20 2 45 AM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 4/15/20 2 45 AM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 4/15/20 2 45 AM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 0 | 4/15/20 2 45 AM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | NFCU | 4/15/20 2 45 AM |
| 70 | Account Number * | Text | Yes | 3614078158 | 4/15/20 2 45 AM |
| 71 | Routing Number * | Text | Yes | 325081403 | 4/15/20 2 45 AM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 4/15/20 2 45 AM |
| 74 | Submit | Button | Yes | 1 | 4/15/20 2 45 AM |

* Checkbox  0   unchecked, 1   checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement

On behalf of the individual owners identified in this application and for the business applying for the loan

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION  By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING  Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to  1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003699

## NOTES

Eric Hunter    |    () Request help ()

## SEATTLE'S FINEST CANNABIS (5384045)

(https://rapidsba1.sba.gov/Calculator?leadId=5384045)

| Add Note | | Filter |

📄 Comments            🏛 Funding

❯ **Seattle's Finest Cannabis**

📄 **Comments** note added on Aug 3, 2021 6:46:40 PM by Anthony.Bernal@sba.gov

****FILE IS ON AGENCY HOLD. LOAN OFFICERS AND CASE MANAGERS SHOULD SEEK GUIDANCE PRIOR TO CONTACTING BORROWERS, MAKING DECISIONS, OR COMPLETING TASKS BY EMAILING PDC AGENCY HOLD INQUIRIES MAILBOX****
****DO NOT DISCUSS AGENCY HOLD DETAILS WITH CUSTOMER. INTERNAL INQUIRIES ONLY - MAILBOX IS NOT INTENDED FOR NON-SBA EMPLOYEES****
AHM

📄 **Comments** note added on Apr 30, 2021 7:25:54 AM by theodore.wise@sba.gov

████████████████████████████████████████████████

🏛 **Funding** note added on Apr 30, 2021 7:25:38 AM by System

Ted Wise has placed the loan on funding hold for following reason(s):

(1) - Other
(2) - Suspected EIDL Fraud

Additional Notes:

██████████████████████████████████████

🏛 **Funding** note added on Apr 5, 2021 5:20:08 AM by System

DOJ-10-0000025236

System has placed the loan on funding hold for the following reason(s):

(1) - Suspected EIDL Fraud

 **Comments** note added on Jan 10, 2021 12:28:09 PM by sherri.buck@sba.gov

Agency Hold Memo – DOJ-FBI  SEIZURE NOTICE
_____

 ****FILE IS ON AGENCY HOLD.   LOAN OFFICERS AND CASE MANAGERS SHOULD SEEK GUIDANCE PRIOR TO CONTACTING BORROWERS, MAKING DECISIONS, OR COMPLETING TASKS BY EMAILING PDC AGENCY HOLD INQUIRIES MAILBOX****
****DO NOT DISCUSS AGENCY HOLD DETAILS WITH CUSTOMER.  INTERNAL INQUIRIES ONLY - MAILBOX IS NOT INTENDED FOR NON-SBA EMPLOYEES****
FBI  SEIZURE NOTICE - FUNDS TO BE RETURNED TO SBA. DO NOT CORRECT ANY FUNDING ERRORS. DO NOT MAKE ANY CHANGES OR UPDATES TO THE BANK ACCOUNT INFORMATION. DO NOT RE-DISBURSE.
*** related to account seized

 **Comments** note added on Jun 23, 2020 10:10:35 PM by kathleen.littwin@sba.gov

****FILE IS ON AGENCY HOLD. PLEASE CONTACT K. LITTWIN, X. 3609 OR N. HOBBIE, X. 3660 PRIOR TO TAKING ANY ACTION ON FILE.****

****FOR INTERNAL INQUIRIES ONLY****

 **Comments** note added on Jun 15, 2020 6:19:45 PM by sanjay.prakash@sba.gov

Using marijuana for medical purposes is legal in more 33 states. California paved the way, becoming the first state to legalize medical marijuana in 1996.

On a federal level, all marijuana remains illegal. The federal government classifies marijuana, along with heroin and cocaine, as a Schedule I drug with a high potential for abuse and little to no medical benefit.

 **Comments** note added on Jun 10, 2020 5:39:14 PM by Mary.Biggane@sba.gov

TL Forwarded to Recon

DOJ-10-0000025237

 **Comments** note added on Jun 10, 2020 3:09:27 PM by Madree.Griffin@sba.gov

CSC Mailbox received 3601282989
Timestamped Tue Jun 09 2020 17:43:46 GMT-0400 (Eastern Daylight Time)
Received:
Hi,

I received the attached decline letterforms EIDL loan for 'SFC LLC' formerly known as 'Seattle's Finest Cannabis LLC' WA state UBI # 601 183 433 , Federal EIN # ███████5580.

This business was initially formed in connection to a marijuana license application in Washington state. However, due to decline in revenue Cannabis/ Marijuana  industry while the application for cannabis processing license was pending with Washington LCB, this entity was operated for packaging and labeling purposes which was unrelated to Marijuana industry and subsequently converted into a construction contracting business for residential and commercial development, repair and remodeling which is its current operating status.

Accordingly, the name of the entity was changed to SFC LLC on or around 05/13/2020 to avoid unnecessary confusion regarding it's operation. Would you be able to update the name with SBA and also reconsider funding this business for EIDL loan.

Please feel free to contact me if any question.

Thank you.

Eric R Shibley
4700 36th ave SW, Seattle WA 98126
Phone: 206-938-4291
Fax: 206-938-4483
DRS notated file declined unverifiable information forwarded to TL to redirect to  PDC Recon confirmed same in Email response. Marked as important.

 **Comments** note added on Jun 9, 2020 12:44:23 AM by disastercustomerservice@sba.gov

Decline letter has been sent to applicant

 **Comments** note added on Jun 9, 2020 12:44:06 AM by disastercustomerservice@sba.gov

The following documents have been processed:
   Decline Letter

DOJ-10-0000025238

10/1/21, 11:35 AM                    Seattle's Finest Cannabis - 5384045 - Note system - U.S. Small Business Administration

 **Comments** note added on Jun 6, 2020 5:24:57 PM by Mark.Jackson@sba.gov

LO spoke with TL, not eligible...

 **Comments** note added on Jun 6, 2020 5:23:26 PM by disastercustomerservice@sba.gov

Deal is being unqualified due to the following reason(s):

(1) Does not meet eligibility criteria

 **Comments** note added on Jun 4, 2020 10:48:25 AM by kathleen.littwin@sba.gov

****FILE IS ON AGENCY HOLD. PLEASE CONTACT K. LITTWIN, X. 3609 OR N. HOBBIE, X. 3660 PRIOR TO TAKING ANY ACTIONS ON FILE. ****

****FOR INTERNAL INQUIRIES ONLY****

 **Comments** note added on May 29, 2020 1:00:06 AM by disastercustomerservice@sba.gov

Customer confirmed wire information for account ending 8158

U.S. Small Business Administration© 2021 All rights reserved

DOJ-10-0000025239



**U.S. SMALL BUSINESS ADMINISTRATION**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, Texas 76155**

800-659-2955
Hearing Impaired
800-877-8339

June 06, 2020
Eric Shibley
Seattle's Finest Cannabis
4700 36th Ave SW
Seattle, WA 98126

RE: SBA Disaster Loan Application Number: 3601282989

Dear Eric Shibley,

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. Unfortunately, although we have made every effort to approve your loan request, we are unable to offer you a Economic Injury Disaster Loan (EIDL) for the reason(s) described below.

**Unverifiable Information**

During the loan underwriting process there were one or more items that were reviewed that caused the SBA to question the validity of certain information you submitted as part of your application.

If you disagree with our decision, you may request reconsideration, subject to the availability of funds. You can submit your request to any of the following:
     a. Mail your request to the address at the top of this letter.
     b. Fax your request to: 202-481-5931.
     c. E-mail your request to: pdcrecons@sba.gov.

Your request must:

1. Be in writing and be received by this office as soon as possible(but no later than 6 months from the date of this letter.)
2. Contain all significant information that will overcome the decline/withdrawal reason(s).

We understand that this is a challenging time for your business and for the nation. The SBA has local offices in your community which can refer you to resources that may be able to help you address the underlying reason for your loan denial. For more information on these services, please go to www.sba.gov/local-assistance to locate the email address and phone number for the nearest SBA district office and/or SBA's resource partners. Please call or email for a virtual appointment.

If you have any questions regarding this matter, please contact us at 800-659-2955 (TTY: 1-800-877-8339).

Sincerely,

Application Processing Department

SBA Form 2157B

1

**DOJ-10-0000025243**

The Federal Equal Credit Opportunity Act, 15 U.S.C. §1691, prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Response Center, Federal Trade Commission, Washington, D.C. 20580.

DOJ-10-0000025244

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | **3304338652** |
| Name | Eric Shibley |
| Business Name | ES1 LLC |
| IP Address | 2603:3023:31a:1000:f8de:1b71:b927:b446 |
| OIG Agent | Eric Hunter |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 32
Admitted _____
```

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/7/20 6:05 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | ES1 LLC | 6/7/20 6:05 PM |
| 9 | Trade Name * | Text | Yes | ES1 LLC | 6/7/20 6:05 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███████5849 | 6/7/20 6:05 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/7/20 6:05 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/7/20 6:05 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/7/20 6:05 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $550,000 | 6/7/20 6:05 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $350,000 | 6/7/20 6:05 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/7/20 6:05 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/7/20 6:05 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/7/20 6:05 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/7/20 6:05 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 6/7/20 6:05 PM |
| 21 | City * | Text | Yes | Seattle | 6/7/20 6:05 PM |
| 22 | State * | Picklist | Yes | WA | 6/7/20 6:05 PM |
| 23 | County | Text | No | King | 6/7/20 6:05 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/7/20 6:05 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/7/20 6:05 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/7/20 6:05 PM |
| 27 | Business Fax | Text | No | 0 | 6/7/20 6:05 PM |
| 28 | Business Email * | Text | Yes | ers98126@gmail.com | 6/7/20 6:05 PM |
| 29 | Date Business Established * | Date | Yes | 12/10/2012 | 6/7/20 6:05 PM |
| 30 | Current Ownership Since * | Date | Yes | 12/10/2012 | 6/7/20 6:05 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/7/20 6:05 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/7/20 6:05 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 15 | 6/7/20 6:05 PM |
| **PAGE 3** | | | | | |
| **Header: Business Owners Information** | | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/7/20 6:05 PM |
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 37 | City * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 38 | State * | Picklist | Yes | NULL | 6/7/20 6:05 PM |
| 39 | EIN * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/7/20 6:05 PM |

DOJ-01-0000004353

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 41 | Business Phone * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/7/20 6:05 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/7/20 6:05 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/7/20 6:05 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/7/20 6:05 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/7/20 6:05 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/7/20 6:05 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/7/20 6:05 PM |
| 50-a | Email * | Text | Yes | ers98126@gmail.com | 6/7/20 6:05 PM |
| 51-a | SSN * | Text | Yes | ███5264 | 6/7/20 6:05 PM |
| 52-a | Birth Date * | Date | Yes | ███/1978 | 6/7/20 6:05 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/7/20 6:05 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/7/20 6:05 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th ave SW | 6/7/20 6:05 PM |
| 56-a | City * | Text | Yes | Seattle | 6/7/20 6:05 PM |
| 57-a | State * | Picklist | Yes | WA | 6/7/20 6:05 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/7/20 6:05 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/7/20 6:05 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/7/20 6:05 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 50-b | Email * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/7/20 6:05 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/7/20 6:05 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/7/20 6:05 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 56-b | City * | Text | Yes | NULL | 6/7/20 6:05 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/7/20 6:05 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/7/20 6:05 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/7/20 6:05 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/7/20 6:05 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/7/20 6:05 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/7/20 6:05 PM |
| 63 | Name of Company | Text | No | NULL | 6/7/20 6:05 PM |
| 64 | Phone Number | Text | No | 0 | 6/7/20 6:05 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/7/20 6:05 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/7/20 6:05 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 6/7/20 6:05 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/7/20 6:05 PM |

DOJ-01-0000004355

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Navy Federal Credit Union | 6/7/20 6:05 PM |
| 70 | Account Number * | Text | Yes | 7096277053 | 6/7/20 6:05 PM |
| 71 | Routing Number * | Text | Yes | 256074974 | 6/7/20 6:05 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/7/20 6:05 PM |
| 74 | Submit | Button | Yes | 1 | 6/7/20 6:05 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000004356

**Rapid Intake Form Data Lookup**

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 33
Admitted _____

| | | |
|---|---|---|
| Application # | **3600261356** | |
| Name | Eric Shibley | |
| Business Name | ES1 LLC | |
| IP Address | 2603:3023:31a:1000:c4d6:36a6:8729:6dcc, 2603:3023:31a:1000:c4d6:36a6:8729:6dcc | |
| OIG Agent | Eric Hunter | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 3/31/20 4:27 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | ES1 LLC | 3/31/20 4:27 PM |
| 9 | Trade Name * | Text | Yes | ES1 LLC | 3/31/20 4:27 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███849 | 3/31/20 4:27 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 3/31/20 4:27 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 3/31/20 4:27 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 3/31/20 4:27 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $210,000 | 3/31/20 4:27 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 150000 | 3/31/20 4:27 PM |
| 16 | Rental Properties (Residential and Commercial Only - Lost Rents Due to the Disaster | Text | No | 30000 | 3/31/20 4:27 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 3/31/20 4:27 PM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 3/31/20 4:27 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 3/31/20 4:27 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 3/31/20 4:27 PM |
| 21 | City * | Text | Yes | Seattle | 3/31/20 4:27 PM |
| 22 | State * | Picklist | Yes | WA | 3/31/20 4:27 PM |
| 23 | County | Text | No | King | 3/31/20 4:27 PM |
| 24 | Zip * | Text | Yes | 98126 | 3/31/20 4:27 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 3/31/20 4:27 PM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 3/31/20 4:27 PM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 3/31/20 4:27 PM |
| 28 | Business Email * | Text | Yes | ers98126@gmail.com | 3/31/20 4:27 PM |
| 29 | Date Business Established * | Date | Yes | 41254 | 3/31/20 4:27 PM |
| 30 | Current Ownership Since * | Date | Yes | 41254 | 3/31/20 4:27 PM |
| 31 | Business Activity * | Picklist | Yes | RealEstate | 3/31/20 4:27 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | RealEstatesDevelopers | 3/31/20 4:27 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 4 | 3/31/20 4:27 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 3/31/20 4:27 PM |

DOJ-01-0000003621

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 36 | Street Address * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 37 | City * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 38 | State * | Picklist | Yes | NULL | 3/31/20 4:27 PM |
| 39 | EIN * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 40 | ZIP * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 41 | Business Phone * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 42 | Business Email * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 3/31/20 4:27 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:27 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 3/31/20 4:27 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 3/31/20 4:27 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 3/31/20 4:27 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 3/31/20 4:27 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 3/31/20 4:27 PM |
| 50-a | Email * | Text | Yes | ers98126@gmail.com | 3/31/20 4:27 PM |
| 51-a | SSN * | Text | Yes | ███5264 | 3/31/20 4:27 PM |
| 52-a | Birth Date * | Date | Yes | ███1978 | 3/31/20 4:27 PM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 3/31/20 4:27 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 3/31/20 4:27 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 3/31/20 4:27 PM |
| 56-a | City * | Text | Yes | Seattle | 3/31/20 4:27 PM |
| 57-a | State * | Picklist | Yes | WA | 3/31/20 4:27 PM |
| 58-a | Zip * | Text | Yes | 98126 | 3/31/20 4:27 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 46-b | Last Name * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 3/31/20 4:27 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 50-b | Email * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 51-b | SSN * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 3/31/20 4:27 PM |
| 53-b | Place Of Birth | Text | No | NULL | 3/31/20 4:27 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 3/31/20 4:27 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 56-b | City * | Text | Yes | NULL | 3/31/20 4:27 PM |
| 57-b | State * | Picklist | Yes | NULL | 3/31/20 4:27 PM |
| 58-b | Zip * | Text | Yes | NULL | 3/31/20 4:27 PM |

**PAGE 4**

**Header: Additional Information**

DOJ-01-0000003622

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 3/31/20 4:27 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 3/31/20 4:27 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?<br>b. Have you been arrested in the past six months for any criminal offense?<br>c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 3/31/20 4:27 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 3/31/20 4:27 PM |
| 63 | Name of Company | Text | No | NULL | 3/31/20 4:27 PM |
| 64 | Phone Number | Text | No | NULL | 3/31/20 4:27 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 3/31/20 4:27 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 3/31/20 4:27 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 3/31/20 4:27 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 3/31/20 4:27 PM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Wells Fargo | 3/31/20 4:27 PM |
| 70 | Account Number * | Text | Yes | 7621559124 | 3/31/20 4:27 PM |
| 71 | Routing Number * | Text | Yes | 125008547 | 3/31/20 4:27 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 3/31/20 4:27 PM |
| 74 | Submit | Button | Yes | 1 | 3/31/20 4:27 PM |

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003623



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

Payment path specific to **ES1 LLC** for **Small Business Administration** ACH payment dated **04/21/2020** issued under Payee identification number **EIDG:3600261356\**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 1250-0854-7) of the receiving financial institution, Wells Fargo Bank NA, located in Phoenix, Arizona.



**Small Business Administration Payment Dated 04/21/2020**

Wire Path Flow For SBA ACH Payment To RTN 1250-0854-7

DOJ-01-0000003880



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

| | |
|---|---|
| AAS CODE: | 73000001 |
| NAME: | SMALL BUSINESS ADMINISTRATION |
| ADDRESS: | PROGRAMMATIC ACCOUNTING DIVISON |
| | DENVER FINANCE CENTER, OCFO,SBA |
| | 721 19TH STREET, SUITE 373 |
| | DENVER, CO |
| ZIPCODE: | 80201 |

| | |
|---|---|
| PAYEE ID: | EIDG:3600261356\         TRACE NUMBER: 04212020101036152799477 |
| PAYEE NAME: | ES1 LLC                              ALC: 73000001 |
| PAYMENT DATE: | 04/21/20 |
| PAYMENT AMOUNT: | 4,000.00 |
| SCHEDULE NUMBER: | 000000SG042002 |
| PAYMENT STATUS: | PAYMENT HAS BEEN PROCESSED |
| PAYEE'S FI C/S DAN: | C  7621559124 |
| FI RTN: | 12500854 |
| FI NAME: | WELLS FARGO BANK NA |
| FI ADDRESS: | MACS4011-01C |
| | PO BOX 29795 |
| | PHOENIX                    AZ  85038 - 9795 |

| | |
|---|---|
| FI ROUTING NUMBER: | 12500854 |
| INSTITUTION NAME: | WELLS FARGO BANK NA |
| ADDRESS: | MACS4011-01C |
| | PO BOX 29795 |
| CITY: | PHOENIX            STATE: AZ  ZIP CODE: 85038 - 9795 |
| PHONE NUMBER: | 800-745-2426 / _____ |
| CHECK DIGIT: | 7 |

DOJ-01-0000003881



**U.S. SMALL BUSINESS ADMINISTRATION**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, Texas 76155**

800-659-2955
Hearing Impaired
800-877-8339

April 20, 2020
Eric Shibley
ES1 LLC
4700 36th Ave SW
Seattle, WA 98126

RE: SBA Disaster Loan Application Number: 3600261356

Dear Eric Shibley,

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. Unfortunately, although we have made every effort to approve your loan request, we are unable to offer you a Economic Injury Disaster Loan (EIDL) for the reason(s) described below. We are pleased that we were able to give you an EIDL Advance under this program even though we are unable to make you a loan. We hope the Advance funds will provide some relief in these difficult circumstances.

**Business activity is not eligible. EIDL assistance is available only to a small business engaged in an eligible business activity. Business activity means the nature of the business conducted by the applicant.**

The information you submitted with your application does not meet SBA regulations for an eligible business activity.

If you disagree with our decision, you may request reconsideration, subject to the availability of funds. You can submit your request to any of the following:
    a. Mail your request to the address at the top of this letter.
    b. Fax your request to: 202-481-5931.
    c. E-mail your request to: pdcrecons@sba.gov.

Your request must:

    1. Be in writing and be received by this office as soon as possible(but no later than 6 months from the date of this letter.)
    2. Contain all significant information that will overcome the decline/withdrawal reason(s).

We understand that this is a challenging time for your business and for the nation. The SBA has local offices in your community which can refer you to resources that may be able to help you address the underlying reason for your loan denial. For more information on these services, please go to www.sba.gov/local-assistance to locate the email address and phone number for the nearest SBA district office and/or SBA's resource partners. Please call or email for a virtual appointment.

If you have any questions regarding this matter, please contact us at 800-659-2955 (TTY: 1-800-877-8339).

SBA Form 2157B

1

DOJ-01-0000003616

Sincerely,

Application Processing Department

The Federal Equal Credit Opportunity Act, 15 U.S.C. §1691, prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Response Center, Federal Trade Commission, Washington, D.C. 20580.

DOJ-01-0000003617

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 34
Admitted _____

**Rapid Intake Form Data Lookup**

| | | |
|---|---|---|
| Application # | 3600262629 | |
| Name | Eric Shibley | |
| Business Name | Eric R Shibley MD PLLC | |
| IP Address | 2603:3023:31a:1000:c4d6:36a6:8729:6dcc, 2603:3023:31a:1000:c4d6:36a6:8729:6dcc | |
| OIG Agent | Eric Hunter | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 3/31/20 4:32 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 7 | Applicant cannot be the state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Eric R Shibley MD PLLC | 3/31/20 4:32 PM |
| 9 | Trade Name * | Text | Yes | Shibley Medical | 3/31/20 4:32 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ████0052 | 3/31/20 4:32 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 3/31/20 4:32 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 3/31/20 4:32 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 3/31/20 4:32 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $220,000 | 3/31/20 4:32 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 150000 | 3/31/20 4:32 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 3/31/20 4:32 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 3/31/20 4:32 PM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 3/31/20 4:32 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 3/31/20 4:32 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 3/31/20 4:32 PM |
| 21 | City * | Text | Yes | Seattle | 3/31/20 4:32 PM |
| 22 | State * | Picklist | Yes | WA | 3/31/20 4:32 PM |
| 23 | County | Text | No | King | 3/31/20 4:32 PM |
| 24 | Zip * | Text | Yes | 98126 | 3/31/20 4:32 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 3/31/20 4:32 PM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 3/31/20 4:32 PM |
| 27 | Business Fax | Text | No | (206)-260-1412 | 3/31/20 4:32 PM |
| 28 | Business Email * | Text | Yes | shibleymedical@outlook.com | 3/31/20 4:32 PM |
| 29 | Date Business Established * | Date | Yes | 41254 | 3/31/20 4:32 PM |
| 30 | Current Ownership Since * | Date | Yes | 41254 | 3/31/20 4:32 PM |
| 31 | Business Activity * | Picklist | Yes | HealthServices | 3/31/20 4:32 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | MedicalServices | 3/31/20 4:32 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 4 | 3/31/20 4:32 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 3/31/20 4:32 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---------|-----------|------|----------|-------|-----------|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 36 | Street Address * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 37 | City * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 38 | State * | Picklist | Yes | NULL | 3/31/20 4:32 PM |
| 39 | EIN * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 40 | ZIP * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 41 | Business Phone * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 42 | Business Email * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 3/31/20 4:32 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:32 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 3/31/20 4:32 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 3/31/20 4:32 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 3/31/20 4:32 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 3/31/20 4:32 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 3/31/20 4:32 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 3/31/20 4:32 PM |
| 51-a | SSN * | Text | Yes | ██████264 | 3/31/20 4:32 PM |
| 52-a | Birth Date * | Date | Yes | ██████1978 | 3/31/20 4:32 PM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 3/31/20 4:32 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 3/31/20 4:32 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 3/31/20 4:32 PM |
| 56-a | City * | Text | Yes | Seattle | 3/31/20 4:32 PM |
| 57-a | State * | Picklist | Yes | WA | 3/31/20 4:32 PM |
| 58-a | Zip * | Text | Yes | 98126 | 3/31/20 4:32 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 46-b | Last Name * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 3/31/20 4:32 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 50-b | Email * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 51-b | SSN * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 3/31/20 4:32 PM |
| 53-b | Place Of Birth | Text | No | NULL | 3/31/20 4:32 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 3/31/20 4:32 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 56-b | City * | Text | Yes | NULL | 3/31/20 4:32 PM |
| 57-b | State * | Picklist | Yes | NULL | 3/31/20 4:32 PM |
| 58-b | Zip * | Text | Yes | NULL | 3/31/20 4:32 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---------|-----------|------|----------|-------|-----------|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 3/31/20 4:32 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 3/31/20 4:32 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 3/31/20 4:32 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 3/31/20 4:32 PM |
| 63 | Name of Company | Text | No | NULL | 3/31/20 4:32 PM |
| 64 | Phone Number | Text | No | NULL | 3/31/20 4:32 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 3/31/20 4:32 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 3/31/20 4:32 PM |
| 67 | I give permission to SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 3/31/20 4:32 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 3/31/20 4:32 PM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Wells Fargo | 3/31/20 4:32 PM |
| 70 | Account Number * | Text | Yes | 6621617262 | 3/31/20 4:32 PM |
| 71 | Routing Number * | Text | Yes | 125008547 | 3/31/20 4:32 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 3/31/20 4:32 PM |
| 74 | Submit | Button | Yes | 1 | 3/31/20 4:32 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

Payment path specific to **Eric R Shibley MD PLLC** for **Small Business Administration** ACH payment dated **04/21/2020** issued under Payee identification number **EIDG:3600262629\**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 1250-0854-7) of the receiving financial institution, Wells Fargo Bank NA, located in Phoenix, Arizona.



DOJ-01-0000003878



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

| AAS CODE: | 73000001 |
|---|---|
| NAME: | SMALL BUSINESS ADMINISTRATION |
| ADDRESS: | PROGRAMMATIC ACCOUNTING DIVISON |
| | DENVER FINANCE CENTER, OCFO,SBA |
| | 721 19TH STREET, SUITE 373 |
| | DENVER, CO |
| ZIPCODE: | 80201 |

| PAYEE ID: | EIDG:3600262629\ | TRACE NUMBER: 04212020101036152799479 |
|---|---|---|
| PAYEE NAME: | Eric R Shibley MD PLLC | ALC: 73000001 |
| PAYMENT DATE: | 04/21/20 | |
| PAYMENT AMOUNT: | 4,000.00 | |
| SCHEDULE NUMBER: | 000000SG042002 | |
| PAYMENT STATUS: | PAYMENT HAS BEEN PROCESSED | |
| PAYEE'S FI C/S DAN: | C  6621617262 | |
| FI RTN: | 12500854 | |
| FI NAME: | WELLS FARGO BANK NA | |
| FI ADDRESS: | MACS4011-01C | |
| | PO BOX 29795 | |
| | PHOENIX                    AZ  85038 - 9795 | |

| FI ROUTING NUMBER: | 12500854 | | |
|---|---|---|---|
| INSTITUTION NAME: | WELLS FARGO BANK NA | | |
| ADDRESS: | MACS4011-01C | | |
| | PO BOX 29795 | | |
| CITY: | PHOENIX | STATE: AZ | ZIP CODE: 85038 - 9795 |
| PHONE NUMBER: | 800-745-2426 / _____ | | |
| CHECK DIGIT: | 7 | | |

DOJ-01-0000003879

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629

# LOAN AUTHORIZATION AND AGREEMENT (LA&A)

### *A PROPERLY SIGNED DOCUMENT IS*
### *REQUIRED PRIOR TO ANY*
### *DISBURSEMENT*

---

**CAREFULLY READ THE LA&A:**

This document describes the terms and conditions of your loan. It is your responsibility to comply with <u>ALL</u> the terms and conditions of your loan.

---

**SIGNING THE LA&A:**

All borrowers must sign the LA&A.

- Sign your name *exactly* as it appears on the LA&A. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

*Your signature represents your agreement to comply*
*with the terms and conditions of the loan.*

---

Ref 50 30

DOJ-01-0000003632

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809                                                           Application #3600262629

## U.S. Small Business Administration

Economic Injury Disaster Loan

## LOAN AUTHORIZATION AND AGREEMENT

Date: 05.24.2020 (Effective Date)

On the above date, this Administration (SBA) authorized (under Section 7(b) of the Small Business Act, as amended) a Loan (SBA Loan #2590437809) to Eric R Shibley MD PLLC (Borrower) of  4700 36th Ave SW Seattle Washington 98126 in the amount of thirty-one thousand  and 00/100 Dollars ($31,000.00), upon the following conditions:

PAYMENT

- Installment payments, including principal and interest, of $152.00 Monthly, will begin Twelve (12) months from the date of the promissory Note. The balance of principal and interest will be payable Thirty (30) years from the date of the promissory Note.

INTEREST

- Interest will accrue at the rate of 3.75% per annum and will accrue only on funds actually advanced from the date(s) of each advance.

PAYMENT TERMS

- Each payment will be applied first to interest accrued to the date of receipt of each payment, and the balance, if any, will be applied to principal.

- Each payment will be made when due even if at that time the full amount of the Loan has not yet been advanced or the authorized amount of the Loan has been reduced.

COLLATERAL

- For loan amounts of greater than $25,000, Borrower hereby grants to SBA, the secured party hereunder, a continuing security interest in and to any and all "Collateral" as described herein to secure payment and performance of all debts, liabilities and obligations of Borrower to SBA hereunder without limitation, including but not limited to all interest, other fees and expenses (all hereinafter called "Obligations").  The Collateral includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

- For loan amounts of $25,000 or less, SBA is not taking a security interest in any collateral.

SBA Form 1391 (5-00)                                                                    Ref 50 30

DOJ-01-0000003633

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629

## REQUIREMENTS RELATIVE TO COLLATERAL

- Borrower will not sell or transfer any collateral (except normal inventory turnover in the ordinary course of business) described in the "Collateral" paragraph hereof without the prior written consent of SBA.

- Borrower will neither seek nor accept future advances under any superior liens on the collateral securing this Loan without the prior written consent of SBA.

## USE OF LOAN PROCEEDS

- Borrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter and to pay Uniform Commercial Code (UCC) lien filing fees and a third-party UCC handling charge of $100 which will be deducted from the Loan amount stated above.

## REQUIREMENTS FOR USE OF LOAN PROCEEDS AND RECEIPTS

- Borrower will obtain and itemize receipts (paid receipts, paid invoices or cancelled checks) and contracts for all Loan funds spent and retain these receipts for 3 years from the date of the final disbursement. Prior to each subsequent disbursement (if any) and whenever requested by SBA, Borrower will submit to SBA such itemization together with copies of the receipts.

- Borrower will not use, directly or indirectly, any portion of the proceeds of this Loan to relocate without the prior written permission of SBA. The law prohibits the use of any portion of the proceeds of this Loan for voluntary relocation from the business area in which the disaster occurred. To request SBA's prior written permission to relocate, Borrower will present to SBA the reasons therefore and a description or address of the relocation site. Determinations of (1) whether a relocation is voluntary or otherwise, and (2) whether any site other than the disaster-affected location is within the business area in which the disaster occurred, will be made solely by SBA.

- Borrower will, to the extent feasible, purchase only American-made equipment and products with the proceeds of this Loan.

- Borrower will make any request for a loan increase for additional disaster-related damages as soon as possible after the need for a loan increase is discovered. The SBA will not consider a request for a loan increase received more than **two (2)** years from the date of loan approval unless, in the sole discretion of the SBA, there are extraordinary and unforeseeable circumstances beyond the control of the borrower.

## DEADLINE FOR RETURN OF LOAN CLOSING DOCUMENTS

- **Borrower will sign and return the loan closing documents to SBA within 2 months of the date of this Loan Authorization and Agreement**. By notifying the Borrower in writing, SBA may cancel this Loan if the Borrower fails to meet this requirement. The Borrower may submit and the SBA may, in its sole discretion, accept documents after 2 months of the date of this Loan Authorization and Agreement.

## COMPENSATION FROM OTHER SOURCES

- Eligibility for this disaster Loan is limited to disaster losses that are not compensated by other sources. Other sources include but are not limited to: (1) proceeds of policies of insurance or other indemnifications, (2) grants or other reimbursement (including loans) from government agencies or private organizations, (3)

SBA Form 1391 (5-00)

Ref 50 30

**DOJ-01-0000003634**

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629

claims for civil liability against other individuals, organizations or governmental entities, and (4) salvage (including any sale or re-use) of items of damaged property.

- Borrower will promptly notify SBA of the existence and status of any claim or application for such other compensation, and of the receipt of any such compensation, and Borrower will promptly submit the proceeds of same (not exceeding the outstanding balance of this Loan) to SBA.

- Borrower hereby assigns to SBA the proceeds of any such compensation from other sources and authorizes the payor of same to deliver said proceeds to SBA at such time and place as SBA shall designate.

- SBA will in its sole discretion determine whether any such compensation from other sources is a duplication of benefits. SBA will use the proceeds of any such duplication to reduce the outstanding balance of this Loan, and Borrower agrees that such proceeds will not be applied in lieu of scheduled payments.

DUTY TO MAINTAIN HAZARD INSURANCE

- Within 12 months from the date of this Loan Authorization and Agreement the Borrower will provide proof of an active and in effect hazard insurance policy including fire, lightning, and extended coverage on all items used to secure this loan to at least 80% of the insurable value. Borrower will not cancel such coverage and will maintain such coverage throughout the entire term of this Loan. **BORROWER MAY NOT BE ELIGIBLE FOR EITHER ANY FUTURE DISASTER ASSISTANCE OR SBA FINANCIAL ASSISTANCE IF THIS INSURANCE IS NOT MAINTAINED AS STIPULATED HEREIN THROUGHOUT THE ENTIRE TERM OF THIS LOAN.** Please submit proof of insurance to: U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

BOOKS AND RECORDS

- Borrower will maintain current and proper books of account in a manner satisfactory to SBA for the most recent 5 years until 3 years after the date of maturity, including extensions, or the date this Loan is paid in full, whichever occurs first. Such books will include Borrower's financial and operating statements, insurance policies, tax returns and related filings, records of earnings distributed and dividends paid and records of compensation to officers, directors, holders of 10% or more of Borrower's capital stock, members, partners and proprietors.

- Borrower authorizes SBA to make or cause to be made, at Borrower's expense and in such a manner and at such times as SBA may require: (1) inspections and audits of any books, records and paper in the custody or control of Borrower or others relating to Borrower's financial or business conditions, including the making of copies thereof and extracts therefrom, and (2) inspections and appraisals of any of Borrower's assets.

- Borrower will furnish to SBA, not later than 3 months following the expiration of Borrower's fiscal year and in such form as SBA may require, Borrower's financial statements.

- Upon written request of SBA, Borrower will accompany such statements with an 'Accountant's Review Report' prepared by an independent public accountant at Borrower's expense.

- Borrower authorizes all Federal, State and municipal authorities to furnish reports of examination, records and other information relating to the conditions and affairs of Borrower and any desired information from such reports, returns, files, and records of such authorities upon request of SBA.

SBA Form 1391 (5-00)

Ref 50 30

DOJ-01-0000003635

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809                                                  Application #3600262629

## LIMITS ON DISTRIBUTION OF ASSETS

- Borrower will not, without the prior written consent of SBA, make any distribution of Borrower's assets, or give any preferential treatment, make any advance, directly or indirectly, by way of loan, gift, bonus, or otherwise, to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower, or any other company.

## EQUAL OPPORTUNITY REQUIREMENT

- If Borrower has or intends to have employees, Borrower will post SBA Form 722, Equal Opportunity Poster (copy attached), in Borrower's place of business where it will be clearly visible to employees, applicants for employment, and the general public.

## DISCLOSURE OF LOBBYING ACTIVITIES

- Borrower agrees to the attached Certification Regarding Lobbying Activities

## BORROWER'S CERTIFICATIONS

Borrower certifies that:

- There has been no substantial adverse change in Borrower's financial condition (and organization, in case of a business borrower) since the date of the application for this Loan. (Adverse changes include, but are not limited to: judgment liens, tax liens, mechanic's liens, bankruptcy, financial reverses, arrest or conviction of felony, etc.)

- No fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on SBA Form 5 Business Disaster Loan Application'; SBA Form 3501 COVID-19 Economic Injury Disaster Loan Application; or SBA Form 159, 'Compensation Agreement'. All fees not approved by SBA are prohibited.

- All representations in the Borrower's Loan application (including all supplementary submissions) are true, correct and complete and are offered to induce SBA to make this Loan.

- No claim or application for any other compensation for disaster losses has been submitted to or requested of any source, and no such other compensation has been received, other than that which Borrower has fully disclosed to SBA.

- Neither the Borrower nor, if the Borrower is a business, any principal who owns at least 50% of the Borrower, is delinquent more than 60 days under the terms of any: (a) administrative order; (b) court order; or (c) repayment agreement that requires payment of child support.

- Borrower certifies that no fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on the Loan Application. All fees not approved by SBA are prohibited. If an Applicant chooses to employ an Agent, the compensation an Agent charges to and that is paid by the Applicant must bear a necessary and reasonable relationship to the services actually performed and must be comparable to those charged by other Agents in the geographical area. Compensation cannot be contingent on loan approval. In addition, compensation must not include any expenses which are deemed by SBA to be unreasonable for services actually performed or expenses actually incurred. Compensation must not include

SBA Form 1391 (5-00)                                                            Ref 50 30

**DOJ-01-0000003636**

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629

charges prohibited in 13 CFR 103 or SOP 50-30, Appendix 1. **If the compensation exceeds $500 for a disaster home loan or $2,500 for a disaster business loan, Borrower must fill out the Compensation Agreement Form 159D which will be provided for Borrower upon request or can be found on the SBA website.**

- Borrower certifies, to the best of its, his or her knowledge and belief, that the certifications and representations in the attached Certification Regarding Lobbying are true, correct and complete and are offered to induce SBA to make this Loan.

## CIVIL AND CRIMINAL PENALTIES

- Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines, imprisonment or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

## RESULT OF VIOLATION OF THIS LOAN AUTHORIZATION AND AGREEMENT

- If Borrower violates any of the terms or conditions of this Loan Authorization and Agreement, the Loan will be in default and SBA may declare all or any part of the indebtedness immediately due and payable. SBA's failure to exercise its rights under this paragraph will not constitute a waiver.

- A default (or any violation of any of the terms and conditions) of any SBA Loan(s) to Borrower and/or its affiliates will be considered a default of all such Loan(s).

## DISBURSEMENT OF THE LOAN

- Disbursements will be made by and at the discretion of SBA Counsel, in accordance with this Loan Authorization and Agreement and the general requirements of SBA.

- Disbursements may be made in increments as needed.

- Other conditions may be imposed by SBA pursuant to general requirements of SBA.

- Disbursement may be withheld if, in SBA's sole discretion, there has been an adverse change in Borrower's financial condition or in any other material fact represented in the Loan application, or if Borrower fails to meet any of the terms or conditions of this Loan Authorization and Agreement.

- **NO DISBURSEMENT WILL BE MADE NO LATER THAN 6 MONTHS FROM THE DATE OF THIS LOAN AUTHORIZATION AND AGREEMENT UNLESS SBA, IN ITS SOLE DISCRETION, EXTENDS THIS DISBURSEMENT PERIOD.**

SBA Form 1391 (5-00)

Ref 50 30

DOJ-01-0000003637

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809                                                    Application #3600262629

## PARTIES AFFECTED

- This Loan Authorization and Agreement will be binding upon Borrower and Borrower's successors and assigns and will inure to the benefit of SBA and its successors and assigns.

## RESOLUTION OF BOARD OF DIRECTORS

- Borrower shall, within 180 days of receiving any disbursement of this Loan, submit the appropriate SBA Certificate and/or Resolution to the U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

## ENFORCEABILITY

- This Loan Authorization and Agreement is legally binding, enforceable and approved upon Borrower's signature, the SBA's approval and the Loan Proceeds being issued to Borrower by a government issued check or by electronic debit of the Loan Proceeds to Borrower' banking account provided by Borrower in application for this Loan.

_James E. Rivera_

James E. Rivera
Associate Administrator
U.S. Small Business Administration

The undersigned agree(s) to be bound by the terms and conditions herein during the term of this Loan, and further agree(s) that no provision stated herein will be waived without prior written consent of SBA. **Under penalty of perjury of the United States of America, I hereby certify that I am authorized to apply for and obtain a disaster loan on behalf of Borrower, in connection with the effects of the COVID-19 emergency.**

**Eric R Shibley MD PLLC**

DocuSigned by:

_Eric Shibley_

69A34C7D272B49C...

Date: ___05.24.2020___

Eric Shibley, Owner/Officer

Note: Corporate Borrowers must execute Loan Authorization and Agreement in corporate name, by a duly authorized officer. Partnership Borrowers must execute in firm name, together with signature of a general partner. Limited Liability entities must execute in the entity name by the signature of the authorized managing person.

SBA Form 1391 (5-00)                                                    Ref 50 30

**DOJ-01-0000003638**

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205                    Doc # L-01-1163708-01

SBA Loan #2590437809                                                                    Application #3600262629

# CERTIFICATION REGARDING LOBBYING

For loans over $150,000, Congress requires recipients to agree to the following:

1. Appropriated funds may NOT be used for lobbying.

2. Payment of non-federal funds for lobbying must be reported on Form SF-LLL.

3. Language of this certification must be incorporated into all contracts and subcontracts exceeding $100,000.

4. All contractors and subcontractors with contracts exceeding $100,000 are required to certify and disclose accordingly.

SBA Form 1391 (5-00)

DOJ-01-0000003639

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629

# CERTIFICATION REGARDING
# LOBBYING

*Certification for Contracts, Grants, Loans, and Cooperative*
*Agreements*

Borrower and all Guarantors (if any) certify, to the best of its, his or her knowledge and belief, that:

(1)     No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2)     If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal loan, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3)     The undersigned shall require that the language of this certification be included in the award documents for all sub-awards at all tiers (including subcontracts, sub-grants, and contracts under grants, loans, and co-operative agreements) and that all sub-recipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000.00 and not more than $100,000.00 for each such failure.

SBA Form 1391 (5-00)

DOJ-01-0000003640

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01



This Statement of Policy is Posted

In Accordance with Regulations of the

# Small Business Administration

This Organization Practices

## Equal Employment Opportunity

**We do not discriminate on the ground of race, color, religion, sex, age, disability or national origin in the hiring, retention, or promotion of employees; nor in determining their rank, or the compensation or fringe benefits paid them.**

This Organization Practices

## Equal Treatment of Clients

**We do not discriminate on the basis of race, color, religion, sex, marital status, disability, age or national origin in services or accommodations offered or provided to our employees, clients or guests.**

**These policies and this notice comply with regulations of the United States Government.**

**Please report violations of this policy to:**

**Administrator
Small Business Administration
Washington, D.C. 20416**

In order for the public and your employees to know their rights under 13 C.F.R Parts 112, 113, and 117, Small Business Administration Regulations, and to conform with the directions of the Administrator of SBA, this poster must be displayed where it is clearly visible to employees, applicants for employment, and the public.

Failure to display the poster as required in accordance with SBA Regulations may be considered evidence of noncompliance and subject you to the penalties contained in those Regulations.

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE    **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.

Federal Recycling Program    Printed on Recycled Paper

DOJ-01-0000003641

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205          Doc # L-01-1163708-01



**Esta Declaración De Principios Se Publica**

**De Acuerdo Con Los Reglamentos De La**

Agencia Federal Para el Desarrollo de la Pequeña Empresa

**Esta Organización Practica**

# Igual Oportunidad De Empleo

**No discriminamos por razón de raza, color, religión, sexo, edad, discapacidad o nacionalidad en el empleo, retención o ascenso de personal ni en la determinación de sus posiciones, salarios o beneficios marginales.**

**Esta Organización Practica**

# Igualdad En El Trato A Su Clientela

**No discriminamos por razón de raza, color, religión, sexo, estado civil, edad, discapacidad o nacionalidad en los servicios o facilidades provistos para nuestros empleados, clientes o visitantes.**

**Estos principios y este aviso cumplen con los reglamentos del Gobierno de los Estados Unidos de América.**

**Favor de informar violaciones a lo aquí indicado a:**

**Administrador
Agencia Federal Para el Desarrollo de la
Pequeña Empresa
Washington, D.C. 20416**

**A fin de que el público y sus empleados conozcan sus derechos según lo expresado en las Secciones 112, 113 y 117 del Código de Regulaciaones Federales No. 13, de los Reglamentos de la Agencja Federal Para el Desarrollo de la Pequeña Empresa y de acuerdo con las instrucciones del Administrador de dicha agencia,
esta notificación debe fijarse en un lugar claramente visible para los empleados, solicitantes de empleo y público en general. No fijar esta notificación según lo requerido por los reglamentos de la Agencia Federal Para el Desarrollo de la Pequeña Empresa, puede ser interpretado como evidencia de falta de cumplimiento de los mismos y conllevará la ejecución de los castigos impuestos en estos reglamentos.**

Page 11 of 11

SBA FORM 722 (10-02) REF: SOP 9030    PREVIOUS EDITIONS ARE OBSOLETE        **U.S. GOVERNMENT PRINTING OFFICE: 1994 0- 153-346**

This form was electronically produced by Elite Federal Inc.

Federal Recycling Program    Printed on Recycled Paper

DOJ-01-0000003642

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205   Doc # L-01-1163708-0

SBA Loan #2590437809                                                              Application #3600262629

# NOTE

## *A PROPERLY SIGNED NOTE IS REQUIRED <u>PRIOR</u> TO ANY DISBURSEMENT*

<u>**CAREFULLY READ THE NOTE:**</u> It is your promise to repay the loan.

- The Note is pre-dated. **DO NOT CHANGE THE DATE OF THE NOTE.**
- <u>**LOAN PAYMENTS**</u> will be due as stated in the Note.
- **ANY CORRECTIONS OR UNAUTHORIZED MARKS MAY VOID THIS DOCUMENT.**

<u>**SIGNING THE NOTE:**</u> All borrowers must sign the Note.
- Sign your name *<u>exactly</u>* as it appears on the Note. If typed incorrectly, you should sign with the correct spelling.
- If your middle initial appears on the signature line, sign with your middle initial.
- If a suffix appears on the signature line, such as Sr. or Jr., sign with your suffix.
- Corporate Signatories: Authorized representatives should sign the signature page.

DOJ-01-0000003643

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205     Doc # L-01-1163708-01

SBA Loan #2590437809                                                    Application #3600262629



| | U.S. Small Business Administration | **Date: 05.24.2020** |
| | **NOTE** | **Loan Amount: $31,000.00** |
| | (SECURED DISASTER LOANS) | **Annual Interest Rate: 3.75%** |

**SBA Loan # 2590437809**                                      **Application #3600262629**

1. **PROMISE TO PAY:** In return for a loan, Borrower promises to pay to the order of SBA the amount of **thirty-one thousand  and 00/100 Dollars ($31,000.00)**, interest on the unpaid principal balance, and all other amounts required by this Note.

2. **DEFINITIONS: A)** "Collateral" means any property taken as security for payment of this Note or any guarantee of this Note. **B)** "Guarantor" means each person or entity that signs a guarantee of payment of this Note. **C)** "Loan Documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who pledges collateral.

3. **PAYMENT TERMS:** Borrower must make all payments at the place SBA designates. Borrower may prepay this Note in part or in full at any time, without notice or penalty. Borrower must pay principal and interest payments of **$152.00** every **month** beginning **Twelve (12)** months from the date of the Note. SBA will apply each installment payment first to pay interest accrued to the day SBA receives the payment and will then apply any remaining balance to reduce principal. All remaining principal and accrued interest is due and payable **Thirty (30) years** from the date of the Note.

4. **DEFAULT:** Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower: **A)** Fails to comply with any provision of this Note, the Loan Authorization and Agreement, or other Loan Documents; **B)** Defaults on any other SBA loan; **C)** Sells or otherwise transfers, or does not preserve or account to SBA's satisfaction for, any of the Collateral or its proceeds; **D)** Does not disclose, or anyone acting on their behalf does not disclose, any material fact to SBA; **E)** Makes, or anyone acting on their behalf makes, a materially false or misleading representation to SBA; **F)** Defaults on any loan or agreement with another creditor, if SBA believes the default may materially affect Borrower's ability to pay this Note; **G)** Fails to pay any taxes when due; **H)** Becomes the subject of a proceeding under any bankruptcy or insolvency law; **I)** Has a receiver or liquidator appointed for any part of their business or property; **J)** Makes an assignment for the benefit of creditors; **K)** Has any adverse change in financial condition or business operation that SBA believes may materially affect Borrower's ability to pay this Note; **L)** Dies; **M)** Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without SBA's prior written consent; or, **N)** Becomes the subject of a civil or criminal action that SBA believes may materially affect Borrower's ability to pay this Note.

5. **SBA'S RIGHTS IF THERE IS A DEFAULT:** Without notice or demand and without giving up any of its rights, SBA may: **A)** Require immediate payment of all amounts owing under this Note; **B)** Have recourse to collect all amounts owing from any Borrower or Guarantor (if any); **C)** File suit and obtain judgment; **D)** Take possession of any Collateral; or **E)** Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.

6. **SBA'S GENERAL POWERS:** Without notice and without Borrower's consent, SBA may: **A)** Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses; **B)** Collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If SBA incurs such expenses, it may demand immediate reimbursement from Borrower or add the expenses to the principal balance; **C)** Release anyone obligated to pay this Note; **D)** Compromise, release, renew, extend or substitute any of the Collateral; and **E)** Take any action necessary to protect the Collateral or collect amounts owing on this Note.

SBA FORM 147 B (5-00)

**DOJ-01-0000003644**

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809                                                                Application #3600262629

7. **FEDERAL LAW APPLIES:** When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8. **GENERAL PROVISIONS: A)** All individuals and entities signing this Note are jointly and severally liable. **B)** Borrower waives all suretyship defenses. **C)** Borrower must sign all documents required at any time to comply with the Loan Documents and to enable SBA to acquire, perfect, or maintain SBA's liens on Collateral. **D)** SBA may exercise any of its rights separately or together, as many times and in any order it chooses. SBA may delay or forgo enforcing any of its rights without giving up any of them. **E)** Borrower may not use an oral statement of SBA to contradict or alter the written terms of this Note. **F)** If any part of this Note is unenforceable, all other parts remain in effect. **G)** To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that SBA did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale. **H)** SBA may sell or otherwise transfer this Note.

9. **MISUSE OF LOAN FUNDS:** Anyone who wrongfully misapplies any proceeds of the loan will be civilly liable to SBA for one and one- half times the proceeds disbursed, in addition to other remedies allowed by law.

10. **BORROWER'S NAME(S) AND SIGNATURE(S):** By signing below, each individual or entity acknowledges and accepts personal obligation and full liability under the Note as Borrower.

**Eric R Shibley MD PLLC**

DocuSigned by:

*Eric Shibley*

69A34C7D272B49C...

Eric Shibley, Owner/Officer

SBA FORM 147 B (5-00)

DOJ-01-0000003645

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205                    Doc # L-01-1163708-0

SBA Loan #2590437809                                          Application #3600262629

# <u>SECURITY AGREEMENT</u>

<u>Read this document carefully.</u> It grants the SBA a security interest (lien) in all the property described in paragraph 4.

This document is predated. DO NOT CHANGE THE DATE ON THIS DOCUMENT.

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809

Application #3600262629



## U.S. Small Business Administration
# SECURITY AGREEMENT

| | |
|---|---|
| SBA Loan #: | 2590437809 |
| Borrower: | Eric R Shibley MD PLLC |
| Secured Party: | **The Small Business Administration, an Agency of the U.S. Government** |
| Date: | 05.24.2020 |
| Note Amount: | $31,000.00 |

1.    **DEFINITIONS.**

Unless otherwise specified, all terms used in this Agreement will have the meanings ascribed to them under the Official Text of the Uniform Commercial Code, as it may be amended from time to time, ("UCC"). "SBA" means the Small Business Administration, an Agency of the U.S. Government.

2.    **GRANT OF SECURITY INTEREST.**

For value received, the Borrower grants to the Secured Party a security interest in the property described below in paragraph 4 (the "Collateral").

3.    **OBLIGATIONS SECURED**.

This Agreement secures the payment and performance of: (a) all obligations under a Note dated 05.24.2020, made by Eric R Shibley MD PLLC , made payable to Secured Lender, in the amount of  $31,000.00 ("Note"), including all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the disbursement, administration and collection of the loan evidenced by the Note; (b) all costs and expenses (including reasonable attorney's fees), incurred by Secured Party in the protection, maintenance and enforcement of the security interest hereby granted; (c) all obligations of the Borrower in any other agreement relating to the Note; and (d) any modifications, renewals, refinancings, or extensions of the foregoing obligations.

4.    **COLLATERAL DESCRIPTION.**

The Collateral in which this security interest is granted includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003647

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205                                      Doc # L-01-1163708-01

SBA Loan #2590437809                                                        Application #3600262629

and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

5.      **RESTRICTIONS ON COLLATERAL TRANSFER.**

Borrower will not sell, lease, license or otherwise transfer (including by granting security interests, liens, or other encumbrances in) all or any part of the Collateral or Borrower's interest in the Collateral without Secured Party's written or electronically communicated approval, except that Borrower may sell inventory in the ordinary course of business on customary terms. Borrower may collect and use amounts due on accounts and other rights to payment arising or created in the ordinary course of business, until notified otherwise by Secured Party in writing or by electronic communication.

6.      **MAINTENANCE AND LOCATION OF COLLATERAL; INSPECTION; INSURANCE.**

Borrower must promptly notify Secured Party by written or electronic communication of any change in location of the Collateral, specifying the new location. Borrower hereby grants to Secured Party the right to inspect the Collateral at all reasonable times and upon reasonable notice. Borrower must: (a) maintain the Collateral in good condition; (b) pay promptly all taxes, judgments, or charges of any kind levied or assessed thereon; (c) keep current all rent or mortgage payments due, if any, on premises where the Collateral is located; and (d) maintain hazard insurance on the Collateral, with an insurance company and in an amount approved by Secured Party (but in no event less than the replacement cost of that Collateral), and including such terms as Secured Party may require including a Lender's Loss Payable Clause in favor of Secured Party. Borrower hereby assigns to Secured Party any proceeds of such policies and all unearned premiums thereon and authorizes and empowers Secured Party to collect such sums and to execute and endorse in Borrower's name all proofs of loss, drafts, checks and any other documents necessary for Secured Party to obtain such payments.

7.      **CHANGES TO BORROWER'S LEGAL STRUCTURE, PLACE OF BUSINESS, JURISDICTION OF ORGANIZATION, OR NAME.**

Borrower must notify Secured Party by written or electronic communication not less than 30 days before taking any of the following actions: (a) changing or reorganizing the type of organization or form under which it does business; (b) moving, changing its place of business or adding a place of business; (c) changing its jurisdiction of organization; or (d) changing its name. Borrower will pay for the preparation and filing of all documents Secured Party deems necessary to maintain, perfect and continue the perfection of Secured Party's security interest in the event of any such change.

8.      **PERFECTION OF SECURITY INTEREST.**

Borrower consents, without further notice, to Secured Party's filing or recording of any documents necessary to perfect, continue, amend or terminate its security interest. Upon request of Secured Party, Borrower must sign or otherwise authenticate all documents that Secured Party deems necessary at any time to allow Secured Party to acquire, perfect, continue or amend its security interest in the Collateral. Borrower will pay the filing and recording costs of any documents relating to Secured Party's security interest. Borrower ratifies all previous filings and recordings, including financing statements and

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003648

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205

Doc # L-01-1163708-01

SBA Loan #2590437809                                                                    Application #3600262629

notations on certificates of title. Borrower will cooperate with Secured Party in obtaining a Control Agreement satisfactory to Secured Party with respect to any Deposit Accounts or Investment Property, or in otherwise obtaining control or possession of that or any other Collateral.

9.   **DEFAULT.**

Borrower is in default under this Agreement if: (a) Borrower fails to pay, perform or otherwise comply with any provision of this Agreement; (b) Borrower makes any materially false representation, warranty or certification in, or in connection with, this Agreement, the Note, or any other agreement related to the Note or this Agreement; (c) another secured party or judgment creditor exercises its rights against the Collateral; or (d) an event defined as a "default" under the Obligations occurs. In the event of default and if Secured Party requests, Borrower must assemble and make available all Collateral at a place and time designated by Secured Party. Upon default and at any time thereafter, Secured Party may declare all Obligations secured hereby immediately due and payable, and, in its sole discretion, may proceed to enforce payment of same and exercise any of the rights and remedies available to a secured party by law including those available to it under Article 9 of the UCC that is in effect in the jurisdiction where Borrower or the Collateral is located. Unless otherwise required under applicable law, Secured Party has no obligation to clean or otherwise prepare the Collateral for sale or other disposition and Borrower waives any right it may have to require Secured Party to enforce the security interest or payment or performance of the Obligations against any other person.

10.   **FEDERAL RIGHTS.**

When SBA is the holder of the Note, this Agreement will be construed and enforced under federal law, including SBA regulations. Secured Party or SBA may use state or local procedures for filing papers, recording documents, giving notice, enforcing security interests or liens, and for any other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax or liability. As to this Agreement, Borrower may not claim or assert any local or state law against SBA to deny any obligation, defeat any claim of SBA, or preempt federal law.

11.   **GOVERNING LAW.**

Unless SBA is the holder of the Note, in which case federal law will govern, Borrower and Secured Party agree that this Agreement will be governed by the laws of the jurisdiction where the Borrower is located, including the UCC as in effect in such jurisdiction and without reference to its conflicts of laws principles.

12.   **SECURED PARTY RIGHTS.**

All rights conferred in this Agreement on Secured Party are in addition to those granted to it by law, and all rights are cumulative and may be exercised simultaneously. Failure of Secured Party to enforce any rights or remedies will not constitute an estoppel or waiver of Secured Party's ability to exercise such rights or remedies. Unless otherwise required under applicable law, Secured Party is not liable for any loss or damage to Collateral in its possession or under its control, nor will such loss or damage reduce or discharge the Obligations that are due, even if Secured Party's actions or inactions caused or in any way contributed to such loss or damage.

13.   **SEVERABILITY.**

If any provision of this Agreement is unenforceable, all other provisions remain in effect.

SBA Form 1059 (09-19) Previous Editions are obsolete.

DOJ-01-0000003649

DocuSign Envelope ID: E3CCA07E-4CA5-496A-8D12-4394D5248205   Doc # L-01-1163708-01

SBA Loan #2590437809                                                          Application #3600262629

14.      **BORROWER CERTIFICATIONS.**

Borrower certifies that: (a) its Name (or Names) as stated above is correct; (b) all Collateral is owned or titled in the Borrower's name and not in the name of any other organization or individual; (c) Borrower has the legal authority to grant the security interest in the Collateral; (d) Borrower's ownership in or title to the Collateral is free of all adverse claims, liens, or security interests (unless expressly permitted by Secured Party); (e) none of the Obligations are or will be primarily for personal, family or household purposes; (f) none of the Collateral is or will be used, or has been or will be bought primarily for personal, family or household purposes; (g) Borrower has read and understands the meaning and effect of all terms of this Agreement.

15.      **BORROWER NAME(S) AND SIGNATURE(S).**

By signing or otherwise authenticating below, each individual and each organization becomes jointly and severally obligated as a Borrower under this Agreement.

**Eric R Shibley MD PLLC**

DocuSigned by:

*Eric Shibley*

—69A34C7D272B49C...                                    Date:      05.24.2020

Eric Shibley, Owner/Officer

Page 5 of 5

SBA Form 1059 (09-19) Previous Editions are obsolete.

**DOJ-01-0000003650**



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: E3CCA07E4CA5496A8D124394D5248205 | | Status: Completed |
| Subject: Eric R Shibley MD PLLC | | |
| Source Envelope: | | |
| Document Pages: 19 | Signatures: 3 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Small Business Administration |
| AutoNav: Enabled | | 4500 East West Hwy Floor 6 |
| EnvelopeId Stamping: Enabled | | Bethesda, MD  20814 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | docusigndelivery@sba.gov |
| | | IP Address: 168.61.167.195 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Small Business Administration | Location: DocuSign |
| 5/24/2020 2:49:57 AM | docusigndelivery@sba.gov | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eric Shibley | | Sent: 5/24/2020 2:49:57 AM |
| shibleenyc@yahoo.com | *Eric Shibley* | Viewed: 5/25/2020 10:25:05 PM |
| Security Level: | 69A34C7D272B49C | Signed: 5/25/2020 10:26:04 PM |
| DocuSignSample.Password | | |
| ID: 00000000-0000-0000-0000-000000000000 | | |
| 5/25/2020 3:24:58 PM | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 73.109.30.232 | |

**Electronic Record and Signature Disclosure:**
Accepted: 5/25/2020 10:25:05 PM
ID: 401fd17e-b80f-4bac-baf0-84db4fa8df9c

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/24/2020 2:49:57 AM |
| Certified Delivered | Security Checked | 5/25/2020 10:25:05 PM |
| Signing Complete | Security Checked | 5/25/2020 10:26:04 PM |
| Completed | Security Checked | 5/25/2020 10:26:04 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |
|---|---|---|

Electronic Record and Signature Disclosure created on: 1/13/2014 12:09:42 PM
Parties agreed to: Eric Shibley

**ELECTRONIC DISCLOSURE**

From time to time, RapidAdvance (as defined below) may be required by law to provide you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the I agree button at the bottom of this document. However, nothing in this Electronic Disclosure shall require RapidAdvance to provide any notices or disclosures to you by electronic means or limit the effectiveness of notices or disclosures provided to you in paper format through the paper mail delivery system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will not be charged any fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. You must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically as described below.

**All notices and disclosures may be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we may provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below.

**How to contact RapidAdvance:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows: To contact us by email send messages to: customerservice@rapidadvance.com (the "Contact Email Address") To contact us be phone, please call: 1 (877) 467-2743.

**To advise RapidAdvance of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at the Contact Email Address and in the body of such request you must state: your previous e-mail address, your new e-mail address.

DOJ-10-0000025229

We do not require any other information from you to change your email address. .
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from RapidAdvance**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to the Contact Email Address and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with RapidAdvance**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to and in the body of such request you must state your e-mail, full name, US Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000¬ or WindowsXP¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | ò Allow per session cookies ò Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the I agree button below. For the purposes of this Electronic Disclosure, RapidAdvance shall mean the entity with which you have entered into or will enter into a commercial financial transaction and shall include but not be limited to Rapid Financial Services, LLC, Small Business Financial Solutions, LLC, RFS Business Funding, LLC and their affiliated and parent entities.

By checking the I Agree box, I confirm that:

- I can access and read this Electronic Disclosure; and

- I can print on paper the Electronic Disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Rapid Advance as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  RapidAdvance during the course of my relationship with you.



Payment Path Report: Shibley 06-04-2020

Payment path specific to **Eric R Shibley MD PLLC** for **Small Business Administration** ACH payment dated **05/28/2020** issued under Payee identification number **2590437809**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 1250-0854-7) of the receiving financial institution, Wells Fargo Bank NA, located in Phoenix, Arizona.

The payment was returned through the ACH network by the receiving financial institution. The originating financial institution **received the return on 06/01/2020** with a **return reason code of R16, Account Frozen.**



DOJ-01-0000003886



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

```
AAS CODE:          73000001
NAME:              SMALL BUSINESS ADMINISTRATION
ADDRESS:           PROGRAMMATIC ACCOUNTING DIVISON
                   DENVER FINANCE CENTER, OCFO,SBA
                   721 19TH STREET, SUITE 373
                   DENVER, CO

ZIPCODE:           80201
```

```
PAYEE ID:          2590437809            TRACE NUMBER: 0528202010103615434414 6
PAYEE NAME:        Eric R Shibley MD PLLC                 ALC: 73000001
PAYMENT DATE:      05/28/20
PAYMENT AMOUNT:    30,900.00
SCHEDULE NUMBER:   000000000F8053
PAYMENT STATUS:    EFT PAYMENT RETURNED
PAYEE'S FI C/S DAN: C  6621617262

FI RTN:            12500854
FI NAME:           WELLS FARGO BANK NA
FI ADDRESS:        MACS4011-01C
                   PO BOX 29795

                   PHOENIX                 AZ  85038 - 9795
```

```
PAYEE ID:          2590437809            TRACE NUMBER:  0528202010103615434414 6
PAYEE NAME:        Eric R Shibley MD PLLC
PAYMENT STATUS:    EFT PAYMENT RETURNED   PAYMENT DATE:    05/28/2020
SCHEDULE NUMBER:   000000000F8053        PAYMENT AMOUNT:  30,900.00
FI RTN:            12500854
FI NAME:           WELLS FARGO BANK NA
FI ADDRESS:        MACS4011-01C
                   PO BOX 29795

                   PHOENIX               AZ  85038 - 9795 ORIGINAL RETURN
CANCELLATION DATE: 06/01/2020   REASON FOR RETURN: 02   REASON CODE: R16
```

```
PAYEE ID:          2590437809          CHECK/TRACE NUMBER: 0528202010103615434414 6
PAYEE NAME:        Eric R Shibley MD PLLC
PAYMENT DATE:      05/28/2020          ALC:               73000001
PAYMENT AMOUNT:    30,900.00

PAYMENT STATUS:    EFT PAYMENT RETURNED

SEL  DATE                 PAYMENT ACTION                   INIT  REFERENCE INFO
 _   06/01/20 ACH PAYMENT RETURNED-ACCOUNT FROZEN          PPKA DPST = F317120
```

```
FI ROUTING NUMBER: 12500854
INSTITUTION NAME:  WELLS FARGO BANK NA
ADDRESS:           MACS4011-01C
                   PO BOX 29795

CITY:              PHOENIX            STATE: AZ  ZIP CODE: 85038 - 9795
PHONE NUMBER:      800-745-2426 / _____

CHECK DIGIT:       7
```

DOJ-01-0000003887

**Rapid Intake Form Data Lookup**

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 35
Admitted _____

| | | |
|---|---|---|
| Application # | 3601212749 | |
| Name | Eric Shibley | |
| Business Name | Eric Shibley | |
| IP Address | 2603:3023:31a:1000:7c9d:3a36:2961:762c, 2603:3023:31a:1000:7c9d:3a36:2961:762c | |
| OIG Agent | Eric Hunter | |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor. | 4/13/20 3:44 AM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Eric Shibley | 4/13/20 3:44 AM |
| 9 | Trade Name * | Text | Yes | Eric Shibley | 4/13/20 3:44 AM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ████-264 | 4/13/20 3:44 AM |
| 11 | Organization Type* | Picklist | Yes | Proprietorship | 4/13/20 3:44 AM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 4/13/20 3:44 AM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 4/13/20 3:44 AM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $180,000 | 4/13/20 3:44 AM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 120000 | 4/13/20 3:44 AM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | 35000 | 4/13/20 3:44 AM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 4/13/20 3:44 AM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 4/13/20 3:44 AM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 4/13/20 3:44 AM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 4/13/20 3:44 AM |
| 21 | City * | Text | Yes | Seattle | 4/13/20 3:44 AM |
| 22 | State * | Picklist | Yes | WA | 4/13/20 3:44 AM |
| 23 | County | Text | No | King | 4/13/20 3:44 AM |
| 24 | Zip * | Text | Yes | 98126 | 4/13/20 3:44 AM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 4/13/20 3:44 AM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 4/13/20 3:44 AM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 4/13/20 3:44 AM |
| 28 | Business Email * | Text | Yes | shibleenyc@yahoo.com | 4/13/20 3:44 AM |
| 29 | Date Business Established * | Date | Yes | 41253 | 4/13/20 3:44 AM |
| 30 | Current Ownership Since * | Date | Yes | 41253 | 4/13/20 3:44 AM |
| 31 | Business Activity * | Picklist | Yes | PersonalServices | 4/13/20 3:44 AM |
| 32 | Detailed Business Activity* | Picklist | Yes | NULL | 4/13/20 3:44 AM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 5 | 4/13/20 3:44 AM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 4/13/20 3:44 AM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 36 | Street Address * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 37 | City * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 38 | State * | Picklist | Yes | NULL | 4/13/20 3:44 AM |
| 39 | EIN * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 40 | ZIP * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 41 | Business Phone * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 42 | Business Email * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 43 | Business Type * | Picklist | Yes | NULL | 4/13/20 3:44 AM |
| 44 | Ownership Percent * | Text | Yes | NULL | 4/13/20 3:44 AM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 4/13/20 3:44 AM |
| 46-a | Last Name * | Text | Yes | Shibley | 4/13/20 3:44 AM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 4/13/20 3:44 AM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 4/13/20 3:44 AM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 4/13/20 3:44 AM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 4/13/20 3:44 AM |
| 51-a | SSN * | Text | Yes | ████5264 | 4/13/20 3:44 AM |
| 52-a | Birth Date * | Date | Yes | ████1978 | 4/13/20 3:44 AM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 4/13/20 3:44 AM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 4/13/20 3:44 AM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 4/13/20 3:44 AM |
| 56-a | City * | Text | Yes | Seattle | 4/13/20 3:44 AM |
| 57-a | State * | Picklist | Yes | WA | 4/13/20 3:44 AM |
| 58-a | Zip * | Text | Yes | 98126 | 4/13/20 3:44 AM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 46-b | Last Name * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 4/13/20 3:44 AM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 50-b | Email * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 51-b | SSN * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 52-b | Birth Date * | Date | Yes | NULL | 4/13/20 3:44 AM |
| 53-b | Place Of Birth | Text | No | NULL | 4/13/20 3:44 AM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 4/13/20 3:44 AM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 56-b | City * | Text | Yes | NULL | 4/13/20 3:44 AM |
| 57-b | State * | Picklist | Yes | NULL | 4/13/20 3:44 AM |
| 58-b | Zip * | Text | Yes | NULL | 4/13/20 3:44 AM |

**PAGE 4**

**Header: Additional Information**

DOJ-01-0000003682

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 4/13/20 3:44 AM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 4/13/20 3:44 AM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 4/13/20 3:44 AM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 4/13/20 3:44 AM |
| 63 | Name of Company | Text | No | NULL | 4/13/20 3:44 AM |
| 64 | Phone Number | Text | No | NULL | 4/13/20 3:44 AM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 4/13/20 3:44 AM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 4/13/20 3:44 AM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 4/13/20 3:44 AM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 4/13/20 3:44 AM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | NFCU | 4/13/20 3:44 AM |
| 70 | Account Number * | Text | Yes | 7094405052 | 4/13/20 3:44 AM |
| 71 | Routing Number * | Text | Yes | 256074974 | 4/13/20 3:44 AM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 4/13/20 3:44 AM |
| 74 | Submit | Button | Yes | 1 | 4/13/20 3:44 AM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003683



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

Payment path specific to **Eric Shibley** for **Small Business Administration** ACH payment dated **05/05/2020** issued under Payee identification number **EIDG:3601212749\**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 2560-7497-4) of the receiving financial institution, Navy Federal Credit Union, located in Merrifield, Virginia.



**Small Business Administration Payment Dated 05/05/2020**

Wire Path Flow For SBA ACH Payment To RTN 2560-7497-4

DOJ-01-0000003884



Payment Path Report: Shibley 06-04-2020

```
AAS CODE:              73000001
NAME:                  SMALL BUSINESS ADMINISTRATION
ADDRESS:               PROGRAMMATIC ACCOUNTING DIVISON
                       DENVER FINANCE CENTER, OCFO,SBA
                       721 19TH STREET, SUITE 373
                       DENVER, CO

ZIPCODE:               80201
```

```
PAYEE ID:              EIDG:3601212749\        TRACE NUMBER: 05052020101036151585113
PAYEE NAME:            Eric Shibley                      ALC: 73000001
PAYMENT DATE:          05/05/20
PAYMENT AMOUNT:        5,000.00
SCHEDULE NUMBER:       000000SG050401
PAYMENT STATUS:        PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN:    C  7094405052

FI RTN:                25607497
FI NAME:               NAVY FEDERAL CREDIT UNION
FI ADDRESS:            PO BOX 3000
                       ATTN: FUNDS SERVICES

                       MERRIFIELD              VA   22119
```

```
FI ROUTING NUMBER:  25607497
INSTITUTION NAME:   NAVY FEDERAL CREDIT UNION
ADDRESS:            PO BOX 3000
                    ATTN: FUNDS SERVICES

CITY:               MERRIFIELD              STATE: VA   ZIP CODE: 22119
PHONE NUMBER:       866-214-5220 / _____

CHECK DIGIT:        4
```

DOJ-01-0000003885

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 36
Admitted _____

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | 3601212786 |
| Name | Eric Shibley |
| Business Name | Eric |
| IP Address | 2603:3023:31a:1000:7c9d:3a36:2961:762c, 2603:3023:31a:1000:7c9d:3a36:2961:762c |
| OIG Agent | Eric Hunter |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor. | 4/13/20 3:53 AM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Eric | 4/13/20 3:53 AM |
| 9 | Trade Name * | Text | Yes | Shibley | 4/13/20 3:53 AM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ▮▮▮▮-264 | 4/13/20 3:53 AM |
| 11 | Organization Type* | Picklist | Yes | Proprietorship | 4/13/20 3:53 AM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 4/13/20 3:53 AM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 4/13/20 3:53 AM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $180,000 | 4/13/20 3:53 AM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 120000 | 4/13/20 3:53 AM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | 35000 | 4/13/20 3:53 AM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 4/13/20 3:53 AM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 4/13/20 3:53 AM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 4/13/20 3:53 AM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 4/13/20 3:53 AM |
| 21 | City * | Text | Yes | Seattle | 4/13/20 3:53 AM |
| 22 | State * | Picklist | Yes | WA | 4/13/20 3:53 AM |
| 23 | County | Text | No | King | 4/13/20 3:53 AM |
| 24 | Zip * | Text | Yes | 98126 | 4/13/20 3:53 AM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 4/13/20 3:53 AM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 4/13/20 3:53 AM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 4/13/20 3:53 AM |
| 28 | Business Email * | Text | Yes | shibleenyc@yahoo.com | 4/13/20 3:53 AM |
| 29 | Date Business Established * | Date | Yes | 41253 | 4/13/20 3:53 AM |
| 30 | Current Ownership Since * | Date | Yes | 41253 | 4/13/20 3:53 AM |
| 31 | Business Activity * | Picklist | Yes | HealthServices | 4/13/20 3:53 AM |
| 32 | Detailed Business Activity* | Picklist | Yes | MedicalServices | 4/13/20 3:53 AM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 5 | 4/13/20 3:53 AM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 4/13/20 3:53 AM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 36 | Street Address * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 37 | City * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 38 | State * | Picklist | Yes | NULL | 4/13/20 3:53 AM |
| 39 | EIN * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 40 | ZIP * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 41 | Business Phone * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 42 | Business Email * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 43 | Business Type * | Picklist | Yes | NULL | 4/13/20 3:53 AM |
| 44 | Ownership Percent * | Text | Yes | NULL | 4/13/20 3:53 AM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 4/13/20 3:53 AM |
| 46-a | Last Name * | Text | Yes | Shibley | 4/13/20 3:53 AM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 4/13/20 3:53 AM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 4/13/20 3:53 AM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 4/13/20 3:53 AM |
| 50-a | Email * | Text | Yes | shiblseenyc@Yahoo.com | 4/13/20 3:53 AM |
| 51-a | SSN * | Text | Yes | ███-5264 | 4/13/20 3:53 AM |
| 52-a | Birth Date * | Date | Yes | ██/1978 | 4/13/20 3:53 AM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 4/13/20 3:53 AM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 4/13/20 3:53 AM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 4/13/20 3:53 AM |
| 56-a | City * | Text | Yes | Seattle | 4/13/20 3:53 AM |
| 57-a | State * | Picklist | Yes | WA | 4/13/20 3:53 AM |
| 58-a | Zip * | Text | Yes | 98126 | 4/13/20 3:53 AM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 46-b | Last Name * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 4/13/20 3:53 AM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 50-b | Email * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 51-b | SSN * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 52-b | Birth Date * | Date | Yes | NULL | 4/13/20 3:53 AM |
| 53-b | Place Of Birth | Text | No | NULL | 4/13/20 3:53 AM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 4/13/20 3:53 AM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 56-b | City * | Text | Yes | NULL | 4/13/20 3:53 AM |
| 57-b | State * | Picklist | Yes | NULL | 4/13/20 3:53 AM |
| 58-b | Zip * | Text | Yes | NULL | 4/13/20 3:53 AM |

**PAGE 4**

**Header: Additional Information**

DOJ-01-0000003690

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 4/13/20 3:53 AM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 4/13/20 3:53 AM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 4/13/20 3:53 AM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 4/13/20 3:53 AM |
| 63 | Name of Company | Text | No | NULL | 4/13/20 3:53 AM |
| 64 | Phone Number | Text | No | NULL | 4/13/20 3:53 AM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 4/13/20 3:53 AM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 4/13/20 3:53 AM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 4/13/20 3:53 AM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 4/13/20 3:53 AM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | US bank | 4/13/20 3:53 AM |
| 70 | Account Number * | Text | Yes | 253558854522 | 4/13/20 3:53 AM |
| 71 | Routing Number * | Text | Yes | 125000105 | 4/13/20 3:53 AM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 4/13/20 3:53 AM |
| 74 | Submit | Button | Yes | 1 | 4/13/20 3:53 AM |

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | **3304924428** |
| Name | Eric Shibley |
| Business Name | SS1 LLC |
| IP Address | 2603:3023:31a:1000:39f8:7177:d4e0:c828 |
| OIG Agent | Eric Hunter |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 37
Admitted _____
```

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/16/20 11:16 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | SS1 LLC | 6/16/20 11:16 PM |
| 9 | Trade Name * | Text | Yes | SS1 LLC | 6/16/20 11:16 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ███7509 | 6/16/20 11:16 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/16/20 11:16 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/16/20 11:16 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/16/20 11:16 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $650,000 | 6/16/20 11:16 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $500,000 | 6/16/20 11:16 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/16/20 11:16 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/16/20 11:16 PM |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/16/20 11:16 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/16/20 11:16 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 6/16/20 11:16 PM |
| 21 | City * | Text | Yes | Seattle | 6/16/20 11:16 PM |
| 22 | State * | Picklist | Yes | WA | 6/16/20 11:16 PM |
| 23 | County | Text | No | King | 6/16/20 11:16 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/16/20 11:16 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/16/20 11:16 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/16/20 11:16 PM |
| 27 | Business Fax | Text | No | 0 | 6/16/20 11:16 PM |
| 28 | Business Email * | Text | Yes | shibley98126@gmail.com | 6/16/20 11:16 PM |
| 29 | Date Business Established * | Date | Yes | 10/3/2017 | 6/16/20 11:16 PM |
| 30 | Current Ownership Since * | Date | Yes | 10/3/2017 | 6/16/20 11:16 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/16/20 11:16 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/16/20 11:16 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 41 | 6/16/20 11:16 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/16/20 11:16 PM |
| | **Header: Business Applicant Parent Entity** | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 37 | City * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 38 | State * | Picklist | Yes | NULL | 6/16/20 11:16 PM |
| 39 | EIN * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/16/20 11:16 PM |

DOJ-01-0000004367

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 41 | Business Phone * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/16/20 11:16 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/16/20 11:16 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/16/20 11:16 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/16/20 11:16 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7968 | 6/16/20 11:16 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/16/20 11:16 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/16/20 11:16 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/16/20 11:16 PM |
| 51-a | SSN * | Text | Yes | █████-5264 | 6/16/20 11:16 PM |
| 52-a | Birth Date * | Date | Yes | █████1978 | 6/16/20 11:16 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/16/20 11:16 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/16/20 11:16 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 6/16/20 11:16 PM |
| 56-a | City * | Text | Yes | Seattle | 6/16/20 11:16 PM |
| 57-a | State * | Picklist | Yes | WA | 6/16/20 11:16 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/16/20 11:16 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/16/20 11:16 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/16/20 11:16 PM |

DOJ-01-0000004368

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 50-b | Email * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/16/20 11:16 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/16/20 11:16 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/16/20 11:16 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 56-b | City * | Text | Yes | NULL | 6/16/20 11:16 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/16/20 11:16 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/16/20 11:16 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/16/20 11:16 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/16/20 11:16 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/16/20 11:16 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/16/20 11:16 PM |
| 63 | Name of Company | Text | No | NULL | 6/16/20 11:16 PM |
| 64 | Phone Number | Text | No | 0 | 6/16/20 11:16 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/16/20 11:16 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/16/20 11:16 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | Yes | 6/16/20 11:16 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/16/20 11:16 PM |

DOJ-01-0000004369

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Verity Credit Union | 6/16/20 11:16 PM |
| 70 | Account Number * | Text | Yes | 7435330 | 6/16/20 11:16 PM |
| 71 | Routing Number * | Text | Yes | 325081885 | 6/16/20 11:16 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/16/20 11:16 PM |
| 74 | Submit | Button | Yes | 1 | 6/16/20 11:16 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

**Rapid Intake Form Data Lookup**

| | |
|---|---|
| Application # | **3304925314** |
| Name | Eric Shibley |
| Business Name | Dituri Construction LLC |
| IP Address | 2603:3023:31a:1000:39f8:7177:d4e0:c828 |
| OIG Agent | Eric Hunter |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 38
Admitted _____
```

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 6/16/20 11:21 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Dituri Construction LLC | 6/16/20 11:21 PM |
| 9 | Trade Name * | Text | Yes | Dituri Construction LLC | 6/16/20 11:21 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ████8508 | 6/16/20 11:21 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 6/16/20 11:21 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 6/16/20 11:21 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 6/16/20 11:21 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $0 | 6/16/20 11:21 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $0 | 6/16/20 11:21 PM |
| 16 | Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster | Text | No | NULL | 6/16/20 11:21 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 6/16/20 11:21 PM |

DOJ-01-0000004382

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | NULL | 6/16/20 11:21 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 6/16/20 11:21 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 6/16/20 11:21 PM |
| 21 | City * | Text | Yes | Seattle | 6/16/20 11:21 PM |
| 22 | State * | Picklist | Yes | WA | 6/16/20 11:21 PM |
| 23 | County | Text | No | King | 6/16/20 11:21 PM |
| 24 | Zip * | Text | Yes | 98126 | 6/16/20 11:21 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 6/16/20 11:21 PM |
| 26 | Alternative Business Phone | Text | Yes | 0 | 6/16/20 11:21 PM |
| 27 | Business Fax | Text | No | 0 | 6/16/20 11:21 PM |
| 28 | Business Email * | Text | Yes | shibley98271@gmail.com | 6/16/20 11:21 PM |
| 29 | Date Business Established * | Date | Yes | 1/2/2020 | 6/16/20 11:21 PM |
| 30 | Current Ownership Since * | Date | Yes | 1/7/2020 | 6/16/20 11:21 PM |
| 31 | Business Activity * | Picklist | Yes | ConstructionContractors | 6/16/20 11:21 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | ConstructionContractors | 6/16/20 11:21 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 49 | 6/16/20 11:21 PM |
| PAGE 3 | | | | | |
| **Header: Business Owners Information** | | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 6/16/20 11:21 PM |
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 36 | Street Address * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 37 | City * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 38 | State * | Picklist | Yes | NULL | 6/16/20 11:21 PM |
| 39 | EIN * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 40 | ZIP * | Text | Yes | NULL | 6/16/20 11:21 PM |

DOJ-01-0000004383

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 41 | Business Phone * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 42 | Business Email * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 6/16/20 11:21 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 6/16/20 11:21 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 6/16/20 11:21 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 6/16/20 11:21 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 6/16/20 11:21 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 6/16/20 11:21 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 6/16/20 11:21 PM |
| 50-a | Email * | Text | Yes | shibleenyc@yahoo.com | 6/16/20 11:21 PM |
| 51-a | SSN * | Text | Yes | ███5264 | 6/16/20 11:21 PM |
| 52-a | Birth Date * | Date | Yes | ███1978 | 6/16/20 11:21 PM |
| 53-a | Place Of Birth | Text | No | 0 | 6/16/20 11:21 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 6/16/20 11:21 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Ave SW | 6/16/20 11:21 PM |
| 56-a | City * | Text | Yes | Seattle | 6/16/20 11:21 PM |
| 57-a | State * | Picklist | Yes | WA | 6/16/20 11:21 PM |
| 58-a | Zip * | Text | Yes | 98126 | 6/16/20 11:21 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 46-b | Last Name * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 6/16/20 11:21 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 6/16/20 11:21 PM |

DOJ-01-0000004384

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 50-b | Email * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 51-b | SSN * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 6/16/20 11:21 PM |
| 53-b | Place Of Birth | Text | No | NULL | 6/16/20 11:21 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 6/16/20 11:21 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 56-b | City * | Text | Yes | NULL | 6/16/20 11:21 PM |
| 57-b | State * | Picklist | Yes | NULL | 6/16/20 11:21 PM |
| 58-b | Zip * | Text | Yes | NULL | 6/16/20 11:21 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 6/16/20 11:21 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 6/16/20 11:21 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 6/16/20 11:21 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 6/16/20 11:21 PM |
| 63 | Name of Company | Text | No | NULL | 6/16/20 11:21 PM |
| 64 | Phone Number | Text | No | 0 | 6/16/20 11:21 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 6/16/20 11:21 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 6/16/20 11:21 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 6/16/20 11:21 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 6/16/20 11:21 PM |

DOJ-01-0000004385

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Verity Credit Union | 6/16/20 11:21 PM |
| 70 | Account Number * | Text | Yes | 7435400 | 6/16/20 11:21 PM |
| 71 | Routing Number * | Text | Yes | 325081885 | 6/16/20 11:21 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 6/16/20 11:21 PM |
| 74 | Submit | Button | Yes | 1 | 6/16/20 11:21 PM |

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 39
Admitted _____

**Rapid Intake Form Data Lookup**

|  | Application # | 3600260002 |
|--|--|--|
|  | Name | Eric Shibley |
|  | Business Name | The A Team Holdings LLC |
|  | IP Address | 2603:3023:31a:1000:c4d6:36a6:8729:6dcc, 2603:3023:31a:1000:c4d6:36a6:8729:6dcc |
|  | OIG Agent | Eric Hunter |

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|--|--|--|--|--|--|
| | **PAGE 1** | | | | |
| 1 | Eligible Entity Verification | Radio | Yes | Applicant is a business with not more than 500 employees. | 3/31/20 4:21 PM |
| | **Header: Review and Check All of the Following: Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| | **PAGE 2** | | | | |
| | **Header: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | The A Team Holdings LLC | 3/31/20 4:21 PM |
| 9 | Trade Name * | Text | Yes | The A Team Holdings LLC | 3/31/20 4:21 PM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | 7088 | 3/31/20 4:21 PM |
| 11 | Organization Type* | Picklist | Yes | LLC | 3/31/20 4:21 PM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 3/31/20 4:21 PM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 3/31/20 4:21 PM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $180,000 | 3/31/20 4:21 PM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | 120000 | 3/31/20 4:21 PM |
| 16 | Rental Properties (Residential and Commercial Only - Lost Rents Due to the Disaster | Text | No | 30000 | 3/31/20 4:21 PM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | NULL | 3/31/20 4:21 PM |
| 18 | Compensation From Other Sources Received as a Result of the Disaster | Text | No | 0 | 3/31/20 4:21 PM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 3/31/20 4:21 PM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | 4700 36th Ave SW | 3/31/20 4:21 PM |
| 21 | City * | Text | Yes | Seattle | 3/31/20 4:21 PM |
| 22 | State * | Picklist | Yes | WA | 3/31/20 4:21 PM |
| 23 | County | Text | No | King | 3/31/20 4:21 PM |
| 24 | Zip * | Text | Yes | 98126 | 3/31/20 4:21 PM |
| 25 | Business Phone * | Text | Yes | (206)-938-4291 | 3/31/20 4:21 PM |
| 26 | Alternative Business Phone | Text | Yes | NULL | 3/31/20 4:21 PM |
| 27 | Business Fax | Text | No | (206)-938-4483 | 3/31/20 4:21 PM |
| 28 | Business Email * | Text | Yes | ers98126@gmail.com | 3/31/20 4:21 PM |
| 29 | Date Business Established * | Date | Yes | 43472 | 3/31/20 4:21 PM |
| 30 | Current Ownership Since * | Date | Yes | 43503 | 3/31/20 4:21 PM |
| 31 | Business Activity * | Picklist | Yes | RealEstate | 3/31/20 4:21 PM |
| 32 | Detailed Business Activity* | Picklist | Yes | RealEstatesDevelopers | 3/31/20 4:21 PM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 4 | 3/31/20 4:21 PM |
| | **PAGE 3** | | | | |
| | **Header: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 3/31/20 4:21 PM |

DOJ-01-0000003611

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| **Header: Business Applicant Parent Entity** | | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 36 | Street Address * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 37 | City * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 38 | State * | Picklist | Yes | NULL | 3/31/20 4:21 PM |
| 39 | EIN * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 40 | ZIP * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 41 | Business Phone * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 42 | Business Email * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 43 | Business Type * | Picklist | Yes | NULL | 3/31/20 4:21 PM |
| 44 | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:21 PM |
| **Header: Individual Owner(s)** | | | | | |
| **Header: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Eric | 3/31/20 4:21 PM |
| 46-a | Last Name * | Text | Yes | Shibley | 3/31/20 4:21 PM |
| 47-a | Mobile Phone * | Text | Yes | (206)-771-7868 | 3/31/20 4:21 PM |
| 48-a | Title / Office * | Picklist | Yes | Manager | 3/31/20 4:21 PM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 3/31/20 4:21 PM |
| 50-a | Email * | Text | Yes | ers98126@gmail.com | 3/31/20 4:21 PM |
| 51-a | SSN * | Text | Yes | ■■■■5264 | 3/31/20 4:21 PM |
| 52-a | Birth Date * | Date | Yes | ■■■■1978 | 3/31/20 4:21 PM |
| 53-a | Place Of Birth | Text | No | Bangladesh | 3/31/20 4:21 PM |
| 54-a | U.S. Citizen * | Radio | Yes | Yes | 3/31/20 4:21 PM |
| 55-a | Residential Street Address * | Text | Yes | 4700 36th Avv SW | 3/31/20 4:21 PM |
| 56-a | City * | Text | Yes | Seattle | 3/31/20 4:21 PM |
| 57-a | State * | Picklist | Yes | WA | 3/31/20 4:21 PM |
| 58-a | Zip * | Text | Yes | 98126 | 3/31/20 4:21 PM |
| **Header: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 46-b | Last Name * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 3/31/20 4:21 PM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 50-b | Email * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 51-b | SSN * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 52-b | Birth Date * | Date | Yes | NULL | 3/31/20 4:21 PM |
| 53-b | Place Of Birth | Text | No | NULL | 3/31/20 4:21 PM |
| 54-b | U.S. Citizen * | Radio | Yes | NULL | 3/31/20 4:21 PM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 56-b | City * | Text | Yes | NULL | 3/31/20 4:21 PM |
| 57-b | State * | Picklist | Yes | NULL | 3/31/20 4:21 PM |
| 58-b | Zip * | Text | Yes | NULL | 3/31/20 4:21 PM |
| **PAGE 4** | | | | | |
| **Header: Additional Information** | | | | | |

DOJ-01-0000003612

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| 59 | In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | Radio | Yes | No | 3/31/20 4:21 PM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | Radio | Yes | No | 3/31/20 4:21 PM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | Radio | Yes | No | 3/31/20 4:21 PM |
| **Header: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | |
| 62 | Individual Name | Text | No | NULL | 3/31/20 4:21 PM |
| 63 | Name of Company | Text | No | NULL | 3/31/20 4:21 PM |
| 64 | Phone Number | Text | No | NULL | 3/31/20 4:21 PM |
| 65 | Street Address, City, State, Zip | Text | No | NULL | 3/31/20 4:21 PM |
| 66 | Fee Charged or Agreed Upon | Text | No | NULL | 3/31/20 4:21 PM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. | Radio | Yes | No | 3/31/20 4:21 PM |
| 68 | I would like to be considered for an advance of up to $10,000. | Checkbox* | No | 1 | 3/31/20 4:21 PM |
| **Header: Where to Send Funds** | | | | | |
| 69 | Bank Name * | Text | Yes | Wells Fargo | 3/31/20 4:21 PM |
| 70 | Account Number * | Text | Yes | 7621559116 | 3/31/20 4:21 PM |
| 71 | Routing Number * | Text | Yes | 125008547 | 3/31/20 4:21 PM |
| 72 | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.** | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| **PAGE 5** | | | | | |
| **Header: Summary** | | | | | |
| 73 | I'm not a robot | Checkbox* | Yes | 1 | 3/31/20 4:21 PM |
| 74 | Submit | Button | Yes | 1 | 3/31/20 4:21 PM |

* Checkbox: 0 = unchecked, 1 = checked

** The checkbox field "I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

DOJ-01-0000003613



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

Payment path specific to **The A Team Holdings LL** for **Small Business Administration** ACH payment dated **04/26/2020** issued under Payee identification number **EIDG:3600260002\**:

Small Business Administration (ALC 73000001) located in Denver, Colorado, created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri, retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN 1250-0854-7) of the receiving financial institution, Wells Fargo Bank NA, located in Phoenix, Arizona.



**Small Business Administration Payment Dated 04/26/2020**

Wire Path Flow For SBA ACH Payment To RTN 1250-0854-7

DOJ-01-0000003882



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Payment Path Report: Shibley 06-04-2020

```
AAS CODE:          73000001
NAME:              SMALL BUSINESS ADMINISTRATION
ADDRESS:           PROGRAMMATIC ACCOUNTING DIVISON
                   DENVER FINANCE CENTER, OCFO,SBA
                   721 19TH STREET, SUITE 373
                   DENVER, CO

ZIPCODE:           80201
```

```
PAYEE ID:           EIDG:3600260002\      TRACE NUMBER: 0421202010103615279960 3
PAYEE NAME:         The A Team Holdings LL              ALC: 73000001
PAYMENT DATE:       04/21/20
PAYMENT AMOUNT:     4,000.00
SCHEDULE NUMBER:    000000SG042002
PAYMENT STATUS:     PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN: C  7621559116

FI RTN:             12500854
FI NAME:            WELLS FARGO BANK NA
FI ADDRESS:         MACS4011-01C
                    PO BOX 29795

                    PHOENIX               AZ  85038 - 9795
```

```
FI ROUTING NUMBER: 12500854
INSTITUTION NAME:  WELLS FARGO BANK NA
ADDRESS:           MACS4011-01C
                   PO BOX 29795

CITY:              PHOENIX               STATE: AZ  ZIP CODE: 85038 - 9795
PHONE NUMBER:      800-745-2426 / _____

CHECK DIGIT:       7
```

DOJ-01-0000003883



**U.S. SMALL BUSINESS ADMINISTRATION**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, Texas 76155**

800-659-2955
Hearing Impaired
800-877-8339

April 20, 2020
Eric  Shibley
The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126

RE: SBA Disaster Loan Application Number: 3600260002

Dear Eric  Shibley,

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. Unfortunately, although we have made every effort to approve your loan request, we are unable to offer you a Economic Injury Disaster Loan (EIDL) for the reason(s) described below. We are pleased that we were able to give you an EIDL Advance under this program even though we are unable to make you a loan. We hope the Advance funds will provide some relief in these difficult circumstances.

**Business activity is not eligible. EIDL assistance is available only to a small business engaged in an eligible business activity. Business activity means the nature of the business conducted by the applicant.**

The information you submitted with your application does not meet SBA regulations for an eligible business activity.

If you disagree with our decision, you may request reconsideration, subject to the availability of funds. You can submit your request to any of the following:
    a. Mail your request to the address at the top of this letter.
    b. Fax your request to: 202-481-5931.
    c. E-mail your request to: pdcrecons@sba.gov.

Your request must:

    1. Be in writing and be received by this office as soon as possible(but no later than 6 months from the date of this letter.)
    2. Contain all significant information that will overcome the decline/withdrawal reason(s).

We understand that this is a challenging time for your business and for the nation. The SBA has local offices in your community which can refer you to resources that may be able to help you address the underlying reason for your loan denial. For more information on these services, please go to www.sba.gov/local-assistance to locate the email address and phone number for the nearest SBA district office and/or SBA's resource partners. Please call or email for a virtual appointment.

If you have any questions regarding this matter, please contact us at 800-659-2955 (TTY: 1-800-877-8339).

SBA Form 2157B

1

Sincerely,

Application Processing Department

The Federal Equal Credit Opportunity Act, 15 U.S.C. §1691, prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Response Center, Federal Trade Commission, Washington, D.C. 20580.

DOJ-01-0000003607



**Paycheck Protection Program**
**Borrower Application Form**

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☐ LLC<br>☐ Independent contractor ☐ Eligible self-employed individual<br>☐ 501(c)(3) nonprofit ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ☐ Other | DBA or Tradename if Applicable | |
|---|---|---|---|
| **Business Legal Name** | | | |
| | | | |
| **Business Address** | | **Business TIN (EIN, SSN)** | **Business Phone** |
| | | | ( )    - |
| | | **Primary Contact** | **Email Address** |
| | | | |

| Average Monthly Payroll: | $ | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ | Number of Employees: | |
|---|---|---|---|---|---|
| Purpose of the loan (select more than one): | | ☐Payroll ☐Lease / Mortgage Interest ☐Utilities ☐Other (explain):_____ | | | |

**Applicant Ownership**

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☐ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☐ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☐ | ☐ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☐ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 → _____ | ☐ | ☐ |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 → _____ | ☐ | ☐ |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☐ | ☐ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☐ |

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 40**
**Admitted _____**

DOJ-05-0000019410



**Paycheck Protection Program**
**Borrower Application Form**

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:
- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

_____   The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

_____   Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

_____   The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

_____   The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

_____   I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

_____   During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

_____   I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

_____   I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_____          _____
Signature of Authorized Representative of Applicant                    Date

_____          _____
Print Name                                                             Title

2

DOJ-05-0000019411



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and ***submitted to your SBA Participating Lender***. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

SBA Form 2483 (04/20)

DOJ-05-0000019412



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

4

DOJ-05-0000019413

| | |
|---|---|
| **From:** | Shibley Medical <shibleymedical@outlook.com> |
| **Sent:** | Tuesday, May 5, 2020 3:20 PM |
| **To:** | Jeremy Osaki |
| **Subject:** | Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC |
| **Attachments:** | SS1 LLC cloan docs: Harvest.pdf |

Please find attached signed loan doc and voided check for ACH for the PPP loan.

Thank you.

---

**From:** Jeremy Osaki <notifications@venturesgo.com>
**Sent:** Tuesday, May 5, 2020 7:35 AM
**To:** Eric Shibley <shibleymedical@outlook.com>
**Subject:** WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION

Dear Borrower,
Congratulations! Your PPP loan request has been approved by the SBA. Please review and execute the attached PPP Note and ACH Authorization. Once completed, please send the executed PPP Note and ACH Authorization and a copy of a voided check from the account you would like your loan proceeds deposited to **pppnotes@harvestcref.com** or fax to **949.534.9007**. We are working extremely hard on your behalf and anticipate disbursing funds beginning on Friday, May 8th. We appreciate your patience. Thank you.
**IMPORTANT:** Please be sure to send all of the items below, in the same email to pppnotes@harvestcref.com:

- Executed PPP Note
- Completed ACH Authorization
- Copy of voided check/letter from bank (including Account Name, Account#, Routing#)
- *Please include the SBA Loan Number and your Business Name (found in your Note) in the subject line of the email to ensure timely processing and disbursement of your funds.*

**PLEASE NOTE:** If you already received loan documents from Round 1, you still need to execute this new set of loan documents and return them in order for us to comply with the ***Paycheck Protection Program Liquidity Facility***.
The language in the PPP Note is non-negotiable, however if you identify any errors *in the loan amount and/or borrowing entity name*, please contact Jeremy Osaki at josaki@harvestsbf.com and copy (cc) support@womply.com to ensure a timely response. **For ALL other questions email ppp@harvestcref.com**. Thank you.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 46
Admitted _____

1

# NOTE

| SBA Loan # | 4593717205 |
|---|---|
| SBA Loan Name | SS1 LLC |
| Date | 05/04/2020 |
| Loan Amount | $820,000.00 |
| Interest Rate | 1% fixed |
| Borrower | SS1 LLC |
| Lender | Harvest Small Business Finance, LLC |

1.   **PROMISE TO PAY:**

In return for the Loan, Borrower promises to pay to the order of Lender the amount of

Eight Hundred Twenty Thousand Dollars

plus interest on the unpaid principal balance at the rate set forth below, and all other amounts required by this Note. Before the funding of the Loan, the following conditions must be satisfied:

A.   Lender has approved the request for the Loan.

B.   Lender has received approval from SBA to fund the Loan.

2.   **DEFINITIONS:**

"Loan" means the loan evidenced by this Note.

"Loan Documents" means the documents related to this loan signed by Borrower.

"SBA" means the Small Business Administration, an Agency of the United States of America.

3.   **PAYMENT TERMS:**

Borrower must make all payments at the place Lender designates. The payment terms for this Note are:

**Initial Deferment Period ("Deferment Period"):** No payments are due on this Loan for 6 months from the date of first disbursement of this loan. Interest will continue to accrue during the deferment period.

**Loan Forgiveness:** Borrower may apply to Lender for forgiveness of the amount due on this loan in an amount equal to the sum of the following costs incurred by Borrower during the 8-week period beginning on the date of first disbursement of this loan:

    A.    Payroll costs
    B.    Any payment of interest on a covered mortgage obligation (which shall not include any prepayment of or payment of principal on a covered mortgage obligation)
    C.    Any payment on a covered rent obligation
    D.    Any covered utility payment

The amount of loan forgiveness shall be calculated (and may be reduced) in accordance with the requirements of the Paycheck Protection Program, including the provisions of Section 1106 of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (P.L. 116-136). Not more than 25% of the amount forgiven can be attributable to non-payroll costs.

If any portion of the Loan refinances an Economic Injury Disaster Loan advance, an amount equal to the lesser of (a) such portion of the Loan and (b) $10,000 shall be subtracted from the loan forgiveness amount.

In the event that the Loan, or any portion thereof, is forgiven pursuant to the CARES Act, the amount so forgiven shall be applied to principal and any interest accrued thereon. Forgiveness of the Loan is only available for principal that is used for the limited purposes that qualify for forgiveness under SBA requirements, and to obtain forgiveness, Borrower must request it and must provide documentation in accordance with the SBA requirements, and certify that the amounts Borrower is requesting to be forgiven qualify under those requirements. Borrower is not relying on Lender for its understanding of the requirements for forgiveness such as eligible expenditures, necessary records/documentation, or possible reductions due to changes in number of employees or compensation. Rather, Borrower will consult the SBA's program materials.

**Maturity:** This Note will mature two years from the date of first disbursement of this Loan.

**Repayment Terms:** The interest rate on this Note is one percent per year. The interest rate is fixed and will not be changed during the life of the loan. Interest payable under this Note shall be calculated on the basis of a 365-day year for the actual days elapsed.

Commencing on the first day of the next month after the expiration of the Deferment Period, and continuing on the first day of each month thereafter until the Maturity Date, Borrower shall pay to Lender monthly payments of principal and interest, each in such equal amount required to fully amortize the principal amount outstanding on the Loan on the last day of the Deferment Period by the Maturity Date. If any payment is due on a day that is not a Business Day, the payment will be made on the next Business Day. The term "Business Day" means a day other than a Saturday, Sunday or any other day on which national banking associations are authorized to be closed.

Lender will apply each installment payment first to pay interest accrued to the day Lender received the payment, then to bring principal current, then to pay any late fees, and will apply any remaining balance to reduce principal.

If any payment under this Note is made more than ten days late, after the date such payment is due under this Note, Borrower shall pay to Lender a fully-earned, non-refundable late fee of the lesser of 5% or the maximum amount, if any, allowed by applicable law, of the portion of such payment that was not made when due.

**Loan Prepayment:** Notwithstanding any provision in this Note to the contrary: Borrower may prepay this Note at any time without penalty. Borrower may prepay 20 percent or less of the unpaid principal balance at any time without notice. If Borrower prepays more than 20 percent and the Loan has been sold on the secondary market, Borrower must: a. Give Lender written notice; b. Pay all accrued interest; and c. If the prepayment is received less than 21 days from the date Lender received the notice, pay an amount equal to 21 days interest from the date Lender received the notice, less any interest accrued during the 21 days and paid under b. of this paragraph. If Borrower does not prepay within 30 days from the date Lender received the notice, Borrower must give Lender a new notice.

**Non-Recourse:** Lender and SBA shall have no recourse against any individual shareholder, member or partner of Borrower for non-payment of the loan, except to the extent that such shareholder, member or partner uses the loan proceeds for an unauthorized purpose.

4.    **DEFAULT:**

Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower:

A.    Fails to do anything required by this Note and other Loan Documents;

B.    Defaults on any other loan with Lender;

C.    Does not disclose, or anyone acting on their behalf does not disclose, any material fact to Lender or SBA;

D.    Makes, or anyone acting on their behalf makes, a materially false or misleading representation to Lender or SBA, or Borrower makes a false certification under paragraph 10 of this Note;

E.    Defaults on any loan or agreement with another creditor, if Lender believes that the default may then materially affect Borrower's ability to pay this Note, as compared to the time when the loan is made;

F.    Fails to pay any taxes when due;

G.    Becomes the subject of a proceeding under any bankruptcy or insolvency law;

H.    Has a receiver or liquidator appointed for any part of their business or property;

I.    Makes an assignment for the benefit of creditors;

J.  Has any adverse change in financial condition or business operation that Lender believes may then materially affect Borrower's ability to pay this Note, as compared to the time when the loan is made;

K.  Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without Lender's prior written consent; or

L.  Becomes the subject of a civil or criminal action that Lender believes may then materially affect Borrower's ability to pay this Note, as compared to the time when the loan is made.

5.  **LENDER'S RIGHTS IF THERE IS A DEFAULT:**

Without notice or demand and without giving up any of its rights, Lender may:

A.  Require immediate payment of all amounts owing under this Note;

B.  Collect all amounts owing from any Borrower; and

C.  File suit and obtain judgment.

6.  **LENDER'S GENERAL POWERS:**

Without notice and without Borrower's consent, Lender may:

A.  Incur expenses to collect amounts due under this Note, and enforce the terms of this Note or any other Loan Document. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If Lender incurs such expenses, it may demand immediate repayment from Borrower;

B.  Release anyone obligated to pay this Note; or

C.  Take any action necessary to collect amounts owing on this Note.

7.  **CHOICE OF LAW, JURISDICTION AND VENUE:**

When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

*If SBA is not the holder, this Note shall be governed by and construed in accordance with federal law and California state law with respect to determining interest and otherwise the laws of the State of California without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of California. Borrower agrees that, upon a request by Lender, any legal action or proceeding with respect to any of its obligations under this Note may be brought*

*by Lender in any state or federal court located in the State of California, as Lender in its sole discretion may elect. Upon a request by Lender, Borrower submits to and accepts in respect of its property, generally and unconditionally, the non-exclusive jurisdiction of those courts. Borrower waives any claim that the State of California is not a convenient forum or the proper venue for any such suit, action or proceeding.*

8.     *Borrower waives the right to trial by jury in any proceeding or dispute of any kind relating in any way to any Loan or Loan Documents. If any action, litigation or proceeding relating to any Loan or Loan Documents is filed in a court sitting in or applying the laws of California, the court shall, and is hereby directed to, make a general reference pursuant to Cal. Civ. Proc. Code §638 to a referee (who shall be an active or retired judge) to hear and determine all issues in the case (whether fact or law) and to report a statement of decision. Nothing in this Section shall limit the right of Lender to exercise self-help remedies, such as setoff or to obtain provisional or ancillary remedies from a court of competent jurisdiction before, during or after any judicial reference. The exercise of a remedy does not waive the right of any party to require judicial reference.*

9.     **SUCCESSORS AND ASSIGNS:**

Under this Note, Borrower includes its successors, and Lender includes its successors and assigns.

10.    **GENERAL PROVISIONS:**

A.     All individuals and entities signing this Note are jointly and severally liable.

B.     Borrower waives all suretyship defenses.

C.     Borrower must sign all documents necessary at any time to comply with the Loan Documents.

D.     Lender may exercise any of its rights separately or together, as many times and in any order it chooses. Lender may delay or forgo enforcing any of its rights without giving up any of them.

E.     Borrower may not use an oral statement of Lender or SBA to contradict or alter the written terms of this Note.

F.     If any part of this Note is unenforceable, all other parts remain in effect.

G.     To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor.

H.     Borrower's liability under this Note will continue with respect to any amounts SBA may pay Lender based on an SBA guarantee of this Note. Any agreement with Lender under which SBA may guarantee this Note does not create any third party rights or benefits for Borrower and, if SBA pays Lender under such an agreement, SBA or Lender may then seek recovery from Borrower of amounts paid by SBA.

I.      Lender reserves the right to modify the Loan Amount based on documentation received from Borrower.

11.   **STATE SPECIFIC PROVISIONS:**

A.

If any Borrower is a resident of Delaware:  **WARRANT OF ATTORNEY/CONFESSION OF JUDGMENT. In addition to any other remedies Lender may possess, Borrower knowingly, voluntarily and intentionally authorizes any attorney to appear on behalf of Borrower, from time to time, in any court of record possessing jurisdiction over this Note and to waive issuance and service of process and to confess judgment in favor of Lender against Borrower, for the unpaid principal, accrued interest, accrued charges, reasonable attorney fees and court costs and such other amounts due under this Note.**

B.   If any Borrower is a resident of Iowa:  **IMPORTANT: READ BEFORE SIGNING. The terms of this agreement should be read carefully because only those terms in writing are enforceable. No other terms or oral promises not contained in this written contract may be legally enforced. You may change the terms of this agreement only be another written agreement.**

C.   If any Borrower is a resident of Maryland:  **WARRANT OF ATTORNEY/CONFESSION OF JUDGMENT. Borrower authorizes an attorney to appear in a court of record and confess judgment, without process, against Borrower in favor of Lender for all indebtedness owed in connection with the loan, including but not limited to service charges, other charges and reasonable attorney's fees.**

D.   If any Borrower is a resident of Missouri: **Oral or unexecuted agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable, regardless of the legal theory upon which it is based that is in any way related to the credit agreement.    To protect you (Borrowers(s)) and us (Creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

E.   If any Borrower is a resident of Ohio:  **WARRANT OF ATTORNEY/CONFESSION OF JUDGMENT. In addition to any other remedies Lender may possess, Borrower knowingly, voluntarily and intentionally authorizes any attorney to appear on behalf of Borrower from time to time, in any court of record possessing jurisdiction over this Note and to waive issuance and service of process and to confess judgment in favor of Lender against Borrower, for the unpaid principal, accrued interest, accrued charges, reasonable attorney fees and court costs and such other amount due under this Note. WARNING: BY SIGNING THIS PAPER, YOU GIVE UP YOUR RIGHT TO**

NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME, A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF THE COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT OR ANY OTHER CAUSE.

F.   If any Borrower is a resident of Oregon:  **UNDER OREGON LAW, MOST AGREEMENTS, PROMISES AND COMMITMENTS MADE BY [BENEFICIARY]/US CONCERNING LOANS AND OTHER CREDIT EXTENSIONS WHICH ARE NOT FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES OR SECURED SOLELY BY GRANTOR'S/BORROWER'S RESIDENCE MUST BE IN WRITING, EXPRESS CONSIDERATION AND BE SIGNED BY [AN AUTHORIZED REPRESENTATIVE OF BENEFICIARY]/US TO BE ENFORCEABLE.**

G.   If any Borrower is a resident of Pennsylvania:  **WARRANT OF ATTORNEY/CONFESSION OF JUDGMENT.  Borrower** irrevocably authorizes and empowers the prothonotary, any attorney or any clerk of any court of record, upon default, to appear for and confess judgment against Borrower for such sums as are due and/or may become due under this Note including costs of suit, without stay of execution, and for attorney's fees and costs as set forth in this Note and knowingly, voluntarily and intentionally waives any and all rights Borrower may have to notice and hearing under the state and federal laws prior to entry of judgment.  To the extent permitted by law, Borrower releases all errors in such proceedings.  If a copy of this Note, verified by or on behalf of the holder, shall have been filed in such action, it shall not be necessary to file the original Note as a warrant of attorney.  The authority and power to appear for and confess judgment against Borrower shall not be exhausted by the initial exercise thereof and may be exercised as often as the holder shall find it necessary and desirable and this Note shall be a sufficient warrant for such authority and power.

H.   If any Borrower is a resident of Utah:  **This is a final expression of the agreement between the creditor and debtor and the written agreement may not be contradicted by evidence of any alleged oral agreement.**

I.   If any Borrower is a resident of Virginia:  **IMPORTANT NOTICE: THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.
WARRANT OF ATTORNEY/CONFESSION OF JUDGMENT. In** addition to any other remedies Lender may possess, Borrower knowingly, voluntarily and intentionally authorizes to appear on behalf of Borrower, from time to time, in the District Court of Alexandria, Virginia and to waive issuance and service of process and to confess judgment in favor of Lender against Borrower, for the unpaid principal, accrued interest, accrued charges,

reasonable attorney fees and court costs and such other amount due under this Note.

J.    If any Borrower is a resident of Washington: **Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law.**

12.   **BORROWER CERTIFICATIONS:**

Borrower certifies as follows:

A.    Current economic uncertainty makes this Loan necessary to support the ongoing operations of Borrower.

B.    Loan funds will be used only to retain workers and to maintain payroll or make mortgage payments, lease payments, and utility payments.

C.    Unless as otherwise permitted under applicable law including as permitted under the CARES Act, the Paycheck Protection Program, or any subsequent amendment to these programs, during the period beginning on February 15, 2020 and ending on December 31, 2020, Borrower has not applied for, and has not and will not receive another loan under this program.

D.    Borrower was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes.

13.   **ADDITIONAL BORROWER AGREEMENTS:**

Borrower understands and agrees, and waives and releases Lender, as follows:

A.    The Loan would be made under the SBA's Paycheck Protection Program. Accordingly, it must be submitted to and approved by the SBA. There is limited funding available under the Paycheck Protection Program and so all applications submitted will not be approved by the SBA. The Loan also remains subject to the SBA issuing an SBA loan number.

B.    Lender does not represent or guarantee that it will submit the application before SBA funding is no longer available or at all.

You agree that Lender is not responsible or liable to you (i) if the application is not submitted to the SBA until after SBA stops approving applications, for any reason or (ii) if the application is not processed. You forever release and waive any claims against Lender concerning failure to obtain the Loan. This release and waiver applies to but is not limited to any claims concerning Lender's (i) pace, manner or systems for processing or prioritizing applications, or (ii) representations by Lender regarding the application process, the Paycheck Protection Program, or availability of funding.

This agreed-to release and waiver supersedes any prior communications, understandings, agreements or communications on the issues set forth herein.

ACH Information Request Form

To enable Harvest Small Business Finance, LLC ("Harvest") to pay you via the Automated Clearing House (ACH) method and be notified via e-mail of the payment, please complete this form and submit it to Harvest per the instructions below. If you have questions while completing the form, please contact the your PPP Processor.

Borrower Name: _____

Banking Institution: _Boeing Employee Credit Union_

Transit/Routing Number: _325081403_

Bank Account Number: _3615409724_

Type of Account: (check one) _____ Savings __X__ Checking

Vendor Contact: _Eric Shibley_ Title: _Manager_

Phone Number: _206-938-4291_ E-mail: _shibleymedical@ outlook.com_

E-mail Payment Notifications to: _shibleymedical@outlook.com_

Harvest is hereby authorized to directly deposit to the account listed above. This authorization will remain in effect until I modify or cancel it in writing.

Borrower Authorized Signer: _____

Please send the completed, executed documents, along with a copy of a voided check, to pppnotes@harvestcref.com or fax to 949.534.9007 in order to finalize the process. Thank you.

14.    **BORROWER'S NAME(S) AND SIGNATURE(S):**

By signing below, each individual or entity becomes obligated under this Note as Borrower.

IN WITNESS WHEREOF, the undersigned have caused this Note to be executed under seal to be effective on the day and year first written above.

SS1 LLC

By: _____

Signature of PPP Applicant/Authorized Representative

Print Name:    Eric R Shibley



SS1 LLC
4700 36th Ave SW
Seattle WA 98126

Date

101
19-8140/3290

Pay to the
order of

$

Dollars

MEMO

SIGNED

⑆325081403⑆ 3615409724⑈ 0101

**From:**      Shibley Medical <shibleymedical@outlook.com>
**Sent:**      Wednesday, May 27, 2020 6:39 PM
**To:**        Jeremy Osaki
**Subject:**   Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

My cell phone is 2067717868. They started a federal case # 20SZ33 , that's crazy, I am dumbfounded.

Sent from my iPhone

On May 27, 2020, at 3:34 PM, Jeremy Osaki <josaki@harvestcref.com> wrote:

Hi there,
My apologies for the delay. Let me check with our Finance Team to see what can be done and I'll have someone from Finance reach out to you, most likely some time tomorrow morning. What's the best number to reach you at?

Regards,

**Jeremy Osaki**
Senior Vice President
Asset Acquisition Specialist
josaki@harvestsbf.com
www.harvestsbf.com

<image001.png>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 47
Admitted _____

**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Wednesday, May 27, 2020 11:25 AM
**To:** Jeremy Osaki <josaki@harvestcref.com>; pppnotes <pppnotes@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jeremy,

This PPP loan ACH  got returned back to your bank. Can you please send it to another bank ? I will send you a voided check for the new account  if that is okay.

Thank you.

**From:** Shibley Medical <shibleymedical@outlook.com>
**Sent:** Tuesday, May 12, 2020 9:26 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>; pppnotes@harvestcref.com <pppnotes@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jeremy,

Do you have any update  when the ACh will be initiated on this PPP loan,**PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC**

Thank you.

**From:** Jeremy Osaki <josaki@harvestcref.com>
**Sent:** Wednesday, May 6, 2020 1:59 AM
**To:** Shibley Medical <shibleymedical@outlook.com>
**Subject:** RE: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Please be sure to send your executed documents directly to **pppnotes@harvestcref.com** or fax to **949.534.9007,** if you haven't already done so.

Regards,

**Jeremy Osaki**
Senior Vice President
Asset Acquisition Specialist
josaki@harvestsbf.com
www.harvestsbf.com

<image001.png>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Tuesday, May 05, 2020 12:20 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Please find attached signed loan doc and voided check for ACH for the PPP loan.

Thank you.

**From:** Jeremy Osaki <notifications@venturesgo.com>
**Sent:** Tuesday, May 5, 2020 7:35 AM
**To:** Eric Shibley <shibleymedical@outlook.com>
**Subject:** WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION

Dear Borrower,
Congratulations! Your PPP loan request has been approved by the SBA. Please review and execute the attached PPP Note and ACH Authorization. Once completed, please send the executed PPP Note and ACH Authorization and a copy of a voided check from the account you would like your loan proceeds deposited to pppnotes@harvestcref.com or fax to **949.534.9007**. We are working extremely hard on your behalf and anticipate disbursing funds beginning on Friday, May 8th. We appreciate your patience. Thank you.
**IMPORTANT:** Please be sure to send all of the items below, in the same email to pppnotes@harvestcref.com:
- Executed PPP Note
- Completed ACH Authorization
- Copy of voided check/letter from bank (including Account Name, Account#, Routing#)

- ***Please include the SBA Loan Number and your Business Name (found in your Note) in the subject line of the email to ensure timely processing and disbursement of your funds.***

**PLEASE NOTE:** If you already received loan documents from Round 1, you still need to execute this new set of loan documents and return them in order for us to comply with the ***Paycheck Protection Program Liquidity Facility***.

The language in the PPP Note is non-negotiable, however if you identify any errors ***in the loan amount and/or borrowing entity name***, please contact Jeremy Osaki at josaki@harvestsbf.com and copy (cc) support@womply.com to ensure a timely response. **For ALL other questions email** ppp@harvestcref.com. Thank you.

4



**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Monday, June 01, 2020 5:18 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Thank you for your consideration.

**From:** Jeremy Osaki <josaki@harvestcref.com>
**Sent:** Monday, June 1, 2020 6:03 PM

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 48
Admitted _____

**To:** Shibley Medical <shibleymedical@outlook.com>
**Subject:** RE: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Mr. Shibley,
Our Finance and Upper Management Team reviewed the information you provided and they have decided to pass on your loan request.

Harvest will be cancelling the SBA loan number (45937172-05) for SS1 LLC. This will give you the ability to apply elsewhere, if you so choose. Thank you for the opportunity.

Regards,

**Jeremy Osaki**
Senior Vice President
Asset Acquisition Specialist
josaki@harvestsbf.com
www.harvestsbf.com



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Monday, June 01, 2020 7:36 AM
**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jacob,

Do you have any update on this fund transfer? Are you okay to send the funds back now?

Thank you.

---

**From:** Shibley Medical <shibleymedical@outlook.com>
**Sent:** Friday, May 29, 2020 5:26 AM

**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jeremy,

Your boss called earlier and asked for couple of  names to verify that they are working on site , They know me by my name and 'A Team', they are :

1. Mataese Tela 9664
Phone: 206-629-2468

2.Eric Pula 2825
phone:253-740-2750

3.David sandoval/Tika 0074
Phone:206-326-8690

4.Ronald Reel 2237
Phone: 206-376-1683

5.Sam Morgan 3218
phone: 206-225-4313

6.  Carlita Lopez  6676
Phone: 206-806-3150

7. Lisa Velotta 0046
phone : 206-929-5458

8. Jerome Muna 3416
phone : 253-785-1441

9. Sarieck  Butler-Hem 9367
Phone: 206-376-6874

10.Ronisha Smith 0350
Phone: 206-566-9952

Please let me know when you are ready to send the funds back. I will send you a new voided check.

Thank you.

---

**From:** Shibley Medical
**Sent:** Thursday, May 28, 2020 3:58 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Just found out that number is not a federal case.

Sent from my iPhone

On May 27, 2020, at 3:38 PM, Shibley Medical <shibleymedical@outlook.com> wrote:

My cell phone is 2067717868. They started a federal case # 20SZ33 , that's crazy, I am dumbfounded.

Sent from my iPhone

On May 27, 2020, at 3:34 PM, Jeremy Osaki <josaki@harvestcref.com> wrote:

Hi there,
My apologies for the delay. Let me check with our Finance Team to see what can be done and I'll have someone from Finance reach out to you, most likely some time tomorrow morning. What's the best number to reach you at?

Regards,

**Jeremy Osaki**
Senior Vice President
Asset Acquisition Specialist
josaki@harvestsbf.com
www.harvestsbf.com

<image001.png>

4

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Wednesday, May 27, 2020 11:25 AM
**To:** Jeremy Osaki <josaki@harvestcref.com>; pppnotes <pppnotes@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jeremy,

This PPP loan ACH  got returned back to your bank. Can you please send it to another bank ? I will send you a voided check for the new account  if that is okay.

Thank you.

---

**From:** Shibley Medical <shibleymedical@outlook.com>
**Sent:** Tuesday, May 12, 2020 9:26 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>; pppnotes@harvestcref.com <pppnotes@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Hi Jeremy,

Do you have any update  when the ACh will be initiated on this PPP loan,**PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC**

Thank you.

---

**From:** Jeremy Osaki <josaki@harvestcref.com>
**Sent:** Wednesday, May 6, 2020 1:59 AM
**To:** Shibley Medical <shibleymedical@outlook.com>
**Subject:** RE: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Please be sure to send your executed documents directly to **pppnotes@harvestcref.com** or fax to **949.534.9007,** if you haven't already done so.


Regards,

**Jeremy Osaki**
Senior Vice President
Asset Acquisition Specialist
josaki@harvestsbf.com
www.harvestsbf.com

<image001.png>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.


**From:** Shibley Medical [mailto:shibleymedical@outlook.com]
**Sent:** Tuesday, May 05, 2020 12:20 PM
**To:** Jeremy Osaki <josaki@harvestcref.com>
**Subject:** Re: WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION Loan #4593717205 for SS1 LLC

Please find attached signed loan doc and voided check for ACH for the PPP loan.

Thank you.


**From:** Jeremy Osaki <notifications@venturesgo.com>
**Sent:** Tuesday, May 5, 2020 7:35 AM
**To:** Eric Shibley <shibleymedical@outlook.com>
**Subject:** WOMPLY/HARVEST SBF- PPP NOTE & ACH AUTHORIZATION

Dear Borrower,
Congratulations! Your PPP loan request has been approved by the SBA. Please review and execute the attached PPP Note and ACH Authorization. Once completed, please send the executed PPP Note and ACH Authorization and a copy of a voided check from the account you would like your loan proceeds deposited to pppnotes@harvestcref.com or fax

to **949.534.9007**. We are working extremely hard on your behalf and anticipate disbursing funds beginning on Friday, May 8th. We appreciate your patience. Thank you.

**IMPORTANT:** Please be sure to send all of the items below, in the same email to pppnotes@harvestcref.com:

1. Executed PPP Note
2. Completed ACH Authorization
3. Copy of voided check/letter from bank (including Account Name, Account#, Routing#)
4. ***Please include the SBA Loan Number and your Business Name (found in your Note) in the subject line of the email to ensure timely processing and disbursement of your funds.***

**PLEASE NOTE:** If you already received loan documents from Round 1, you still need to execute this new set of loan documents and return them in order for us to comply with the ***Paycheck Protection Program Liquidity Facility***.

The language in the PPP Note is non-negotiable, however if you identify any errors ***in the loan amount and/or borrowing entity name***, please contact Jeremy Osaki at josaki@harvestsbf.com and copy (cc) support@womply.com to ensure a timely response. **For ALL other questions email** ppp@harvestcref.com. Thank you.

**From:** Eric Shibley <shibley98126@gmail.com>
**Sent:** Thursday, June 18, 2020 11:01 AM
**To:** Rob Parkin <RParkin@celticbank.com>
**Subject:** Re: Dituri Construction, LLC

I got a loan decline notification from Celtic. Did you cancel my SBA loan number or it is still active?

Thank you.


On Mon, Jun 1, 2020 at 7:32 AM Eric Shibley <shibley98126@gmail.com> wrote:

Hi Rob,
Do you have any update on this fund transfer? Are you okay to send the funds back now?

Thank  you.

On Thu, May 28, 2020 at 12:36 AM Eric Shibley <shibley98126@gmail.com> wrote:

Hi Rob,
Your boss called earlier and asked for 5 to 10 names to verify that they are working on site , They know me by my name and 'A Team', they are :

1. Mataese Tela 9664
Phone: 206-629-2468

2.Eric Pula 2825
phone:253-740-2750

3.David sandoval/Tika 0074
Phone:206-326-8690

4.Ronald Reel 2237
Phone: 206-376-1683

5.Sam Morgan 3218
phone: 206-225-4313

6.  Carlita Lopez  6676

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 50**
**Admitted _____**

2

DOJ-02-0000007079

Phone: 206-806-3150

7. Lisa Velotta 0046
phone : 206-929-5458

He said by Friday Celtic bank should be able to ACH the funds back and he asked for a new bank account. Here is the ACH instruction to a new account to send the money back:

Checking account : 3805245564  routing:125008547

Thank you.

On Wed, May 27, 2020 at 7:54 AM Rob Parkin <RParkin@celticbank.com> wrote:

This seems odd to me. Let me see what I can find out for you.

Rob Parkin
*Underwriter*



268 S. State Street | Suite 300 | Salt Lake City | UT | 84111
Tel:   801 320 6582
Fax:   801 303 1941

Web: https://celticbank.com

**From:** Eric Shibley <shibley98126@gmail.com>
**Sent:** Tuesday, May 26, 2020 11:44 PM
**To:** Rob Parkin <RParkin@celticbank.com>
**Subject:** Re: Dituri Construction, LLC

I see that the entire loan amount of $563,500  got returned to your bank from my bank account today. It was ACH deposited on 05/06/2020 and returned today to your bank  on 05/26/2020 before anything was used for any purposes. What do you suggest we do? I am in Washington state. Do you want to send it to another bank who knows me better and more helpful? Please advise.

Thank you.

On Tue, May 5, 2020 at 8:53 AM Rob Parkin <RParkin@celticbank.com> wrote:

3

DOJ-02-0000007080

Yes! The ACH was initiated yesterday. So you should see the funds within 24-48 hours.

If you don't see them by Thursday please let me know so I can track down the ACH for you.

Rob Parkin
*Underwriter*

███████████████████

268 S. State Street | Suite 300 | Salt Lake City | UT | 84111
Tel:   801 320 6582
Fax:   801 303 1941

Web: https://celticbank.com

***NOTICE OF PRIVILEGED AND/OR CONFIDENTIAL NATURE OF THIS COMMUNICATION***
This message is being sent from a financial institution and may contain information which is confidential or privileged. If you are
not the intended recipient, or a person responsible for delivering a copy to the intended recipient, please advise the sender by
reply e-mail or by calling the sender. Immediately delete this message and any attachments without forwarding or making or
retaining a copy.

TAX DISCLOSURE: Any reference in this transmission, including attachments, to federal tax matters cannot be relied upon to avoid
tax penalties and may not be used or referred to in marketing or promotional materials.

**From:** Eric Shibley <shibley98126@gmail.com>
**Sent:** Tuesday, May 5, 2020 9:36 AM
**To:** Rob Parkin <RParkin@celticbank.com>
**Subject:** Re: Dituri Construction, LLC

Do we have the ACH started yet? Thank you.

On Mon, May 4, 2020 at 8:06 AM Rob Parkin <RParkin@celticbank.com> wrote:

Thank you. I will try my best to get the ACH started today.

Rob Parkin
*Underwriter*

███████████████████

268 S. State Street | Suite 300 | Salt Lake City | UT | 84111
Tel:   801 320 6582
Fax:   801 303 1941

4

DOJ-02-0000007081

Web: https://celticbank.com



***NOTICE OF PRIVILEGED AND/OR CONFIDENTIAL NATURE OF THIS COMMUNICATION***
This message is being sent from a financial institution and may contain information which is confidential or privileged. If you are not the intended recipient, or a person responsible for delivering a copy to the intended recipient, please advise the sender by reply e-mail or by calling the sender. Immediately delete this message and any attachments without forwarding or making or retaining a copy.

TAX DISCLOSURE: Any reference in this transmission, including attachments, to federal tax matters cannot be relied upon to avoid tax penalties and may not be used or referred to in marketing or promotional materials.

**From:** Eric Shibley <shibley98126@gmail.com>
**Sent:** Monday, May 4, 2020 9:03 AM
**To:** Rob Parkin <RParkin@celticbank.com>
**Subject:** Re: Dituri Construction, LLC

Thank you, I signed the loan docs.

On Mon, May 4, 2020 at 7:55 AM Rob Parkin <RParkin@celticbank.com> wrote:

Eric-

Thank you for being so patient with me during this process. I am going to be sending out loan docs in a few minutes—they will be coming from DocuSign. You will need a password to access them which will be: 0504.

Let me know if you have any questions or concerns.

Rob Parkin
*Underwriter*

███████████

268 S. State Street | Suite 300 | Salt Lake City | UT | 84111
Tel:    801 320 6582
Fax:   801 303 1941

Web: https://celticbank.com

5

DOJ-02-0000007082



***NOTICE OF PRIVILEGED AND/OR CONFIDENTIAL NATURE OF THIS COMMUNICATION***
This message is being sent from a financial institution and may contain information which is confidential or privileged. If you are not the intended recipient, or a person responsible for delivering a copy to the intended recipient, please advise the sender by reply e-mail or by calling the sender. Immediately delete this message and any attachments without forwarding or making or retaining a copy.

TAX DISCLOSURE: Any reference in this transmission, including attachments, to federal tax matters cannot be relied upon to avoid tax penalties and may not be used or referred to in marketing or promotional materials.

***NOTICE OF PRIVILEGED AND/OR CONFIDENTIAL NATURE OF THIS COMMUNICATION***

This message is being sent from a financial institution and may contain information which is confidential or privileged. If you are not the intended recipient, or a person responsible for delivering a copy to the intended recipient, please advise the sender by reply e-mail or by calling the sender. Immediately delete this message and any attachments without forwarding or making or retaining a copy.

TAX DISCLOSURE: Any reference in this transmission, including attachments, to federal tax matters cannot be relied upon to avoid tax penalties and may not be used or referred to in marketing or promotional materials.

DOJ-02-0000007083

Secure Messaging

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 53
Admitted _____

Page 1 of 5

## RE: SBA PPP - ES1: Incomplete Application

  <ers98126@gmail.com>
04/25/2020 at 05:46 PM

**From:**   <ers98126@gmail.com>
**Sent:**   04/25/2020 at 05:46 PM
**To:**   Garcia, John <john.garcia@becu.org>
**Cc:**

📎 2 Attachment(s) Total 600.3 KB   View ⌃

📄 ES1 LLC Paycheck-Protection-Program-Application-3-30-2020-v3-2.pdf (228.2 KB)  Download
📄 941 ES1 LLC.pdf (372.1 KB)  Download

You're right, I corrected the PPP application to change the loan amount based on the actual numbers in tax filings which is attached.Also corrected the address.

No individual  employee received more than $100,000/ year.

Form 941 reflects the payroll for 01/2020 and 02/2020 which meets the SBA requirement for pay period covering 02/15/2020.

Thank you.

**From:** "Garcia, John" <john.garcia@becu.org>
**Date:** Sat Apr 25 20:24:43 EDT 2020
**To:** "ers98126@gmail.com" <ers98126@gmail.com>
**Subject:** RE: SBA PPP - ES1: Incomplete Application

**Mimecast Secure Message - Highly Sensitive Content**
Maintain message security by replying via the Mimecast Secure Messaging web app, or selecting the 'Send Secure' option in Mimecast for Mac or Mimecast for Outlook.

Thank you, IRS Form W-3 is acceptable, but when I take the total from box 1 and divide by 12, I do not arrive at the Average Monthly Payroll amount reflected on the application. I have also received update guidance since I sent my original email. I will recap the incomplete items below:

1.   Please update the Average Monthly Payroll on the application to reflect the amount supported by

DOJ-01-0000000137

IRS Form W-3 provided. We take box 1 and divide by 12.

2.  Also, if any individual employee received wages in excess of $100,000, please remove the amount over $100,000 from the total before calculating.

3.  The loan request is capped at 2.5 times the Average Monthly Payroll.

4.  The business city, state and zip is missing on the application.

5.  The SBA is now requiring: "A payroll statement or similar documentation from the pay period that covered February 15, 2020 must be provided to establish you were in operation and had employees on that date."

We process applications in the order they are received and applications are queued for E-Tran once they are complete.

I am here if you have any questions. I can be reached at (206) 439-5080.

Thank you,

cid:image001.png@01D
61B24.84A0C670

**John Garcia**

MLO# 1624395

*Director – Consumer Lending Processing*

**t** 206.439.5080 | **e** john.garcia@becu.org

Gateway South | Mailstop 1042-1

cid:im

**Official Credit Union of the Seattle Seahawks**

*Please consider the environment before printing this email.*

DOJ-01-0000000138

**From:** ers98126@gmail.com [mailto:ers98126@gmail.com]
**Sent:** Saturday, April 25, 2020 4:57 PM
**To:** Garcia, John <john.garcia@becu.org>
**Subject:** Re: SBA PPP - ES1: Incomplete Application

**Mimecast Secure Message – Highly Sensitive Content**
Maintain the message's security by replying via the Mimecast Secure Messaging web app, or selecting the 'Send Secure' option in a Mimecast Application.

The form W3 for 2019  list the entire 2019 payroll and form 941 for first quarter 2020 lists the payroll for 01/2020 and 02/2020. So you got 14 months of payroll from these two forms.

Also corrected PPP application with all boxes checked and explanation of Q 3.

Can we eTran  the application first hour 7:30 am Monday morning ?

Thank you.

**From:** "Garcia, John" <john.garcia@becu.org>
**Date:** Sat Apr 25 15:28:19 EDT 2020
**To:** "ers98126@gmail.com" <ers98126@gmail.com>
**Subject:** SBA PPP - ES1: Incomplete Application

**Mimecast Secure Message - Highly Sensitive Content**
Maintain message security by replying via the Mimecast Secure Messaging web app, or selecting the 'Send Secure' option in Mimecast for Mac or Mimecast for Outlook.

Hi Eric,

I am processing your application and there are a few items that we need to resolve before we can move forward:

.   Business Address: Missing City, State and Zip

.   Question 6: Please select an answer

.   Verification of Monthly Payroll:

DOJ-01-0000000139

      a.   I only see 1 form 941 in the file. We need to have 12 months of data.

      b.   I will need the Q2-2019, Q3-2019 and Q4-2019 so we have a complete 12 months of payroll data.

.   To calculate the monthly average payroll, I will take the sum of the 4 form 941's and divide by 12.

      a.   There are some exceptions to this, please call me if you like to discuss.

As you know, the funds are expected to be depleted very quickly. We can only submit complete applications to request funds, so please contact me as soon as possible to resolve the outstanding items.

I am here to help, so feel free to reach out if you have any questions.

Thank you,

cid:image001.png@01D
61B24.84A0C670

**John Garcia**

MLO# 1624395

*Director – Consumer Lending Processing*

**t** 206.439.5080 | **e** john.garcia@becu.org

Gateway South | Mailstop 1042-1

cid:im

**Official Credit Union of the Seattle Seahawks**

*Please consider the environment before printing this email.*

NOTICE: This communication and any attachments may contain privileged or otherwise confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received without printing, copying, re-transmitting, disseminating, or otherwise using the information. Thank you.

NOTICE: This communication and any attachments may contain privileged or otherwise confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received without printing, copying, re-transmitting, disseminating, or otherwise using the information. Thank you.

DOJ-01-0000000141

Form **941 for 2020:** **Employer's QUARTERLY Federal Tax Return**
(Rev. January 2020)   Department of the Treasury — Internal Revenue Service

950117
OMB No. 1545-0029

Employer identification number (EIN)  [          ] – [          ] 5 8 4 9

Name (not your trade name)  ESI LLC

Trade name (if any)

Address  4700 36th Ave SW
Number       Street                                          Suite or room number
Seattle                                    WA          98126
City                                        State        ZIP code

Foreign country name          Foreign province/county          Foreign postal code

**Report for this Quarter of 2020**
(Check one.)

[x] 1: January, February, March

☐ 2: April, May, June

☐ 3: July, August, September

☐ 4: October, November, December

Go to www.irs.gov/Form941 for
instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**  Answer these questions for this quarter.

1  Number of employees who received wages, tips, or other compensation for the pay period
   including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4)  **1**  |  5

2  Wages, tips, and other compensation  . . . . . . . . . . . . . . . . .  **2**  |  76600 . 00

3  Federal income tax withheld from wages, tips, and other compensation  . . . . . .  **3**  |  0 .

4  If no wages, tips, and other compensation are subject to social security or Medicare tax  ☐ Check and go to line 6.

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages . . | 76600 . | × 0.124 = | 9498 . | 40 |
| 5b | Taxable social security tips . . . | . | × 0.124 = | . | |
| 5c | Taxable Medicare wages & tips. . | 76600 . | × 0.029 = | 2221 . | 40 |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | . | × 0.009 = | . | |

5e  Add Column 2 from lines 5a, 5b, 5c, and 5d  . . . . . . . . . . . . . .  **5e**  |  11719 . 80

5f  Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions)  . .  **5f**  |  .

6  Total taxes before adjustments. Add lines 3, 5e, and 5f  . . . . . . . . . . .  **6**  |  11719 . 80

7  Current quarter's adjustment for fractions of cents  . . . . . . . . . . . .  **7**  |  .

8  Current quarter's adjustment for sick pay  . . . . . . . . . . . . . . .  **8**  |  .

9  Current quarter's adjustments for tips and group-term life insurance  . . . . . . .  **9**  |  .

10  Total taxes after adjustments. Combine lines 6 through 9  . . . . . . . . . .  **10**  |  11719 . 80

11  Qualified small business payroll tax credit for increasing research activities. Attach Form 8974  **11**  |  .

12  Total taxes after adjustments and credits. Subtract line 11 from line 10 . . . . . . _  **12**  |  11719 . 80

13  Total deposits for this quarter, including overpayment applied from a prior quarter and
    overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter  **13**  |  .

14  Balance due. If line 12 is more than line 13, enter the difference and see instructions  . . . .  **14**  |  11719 . 80

15  Overpayment. If line 13 is more than line 12, enter the difference  [          ] .   Check one: ☐ Apply to next return   ☐ Send a refund

▶ You MUST complete both pages of Form 941 and SIGN it.                                    Next ▶
For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z          Form **941** (Rev. 1-2020)

950217

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| ESI LLC | 5849 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16 Check one: ☐ Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 5859 . 90 |
|---|---|---|
| | Month 2 | 5859 . 90 |
| | Month 3 | 0 . 00 |
| Total liability for quarter | | 11719 . 80 | Total must equal line 12.

☐ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

17 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . .  ☐ Check here, and

enter the final date you paid wages        /    / .

18 If you are a seasonal employer and you don't have to file a return for every quarter of the year    . .   ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐ ☐ ☐ ☐ ☐

☒ No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| X Sign your name here | _signature_ | Print your name here | Eric R Shibley |
|---|---|---|---|
| | | Print your title here | Manager |
| Date | 4/22/2020 | Best daytime phone | 2069384291 |

### Paid Preparer Use Only

Check if you are self-employed . . . . ☐

| Preparer's name | | PTIN | |
|---|---|---|---|
| Preparer's signature | | Date | /    / |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | |
| City | | State | ZIP code | |

Page 2                                                                    Form 941 (Rev. 1-2020)

DOJ-01-0000000134



**Paycheck Protection Program**
**Borrower Application Form**

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☐ LLC<br>☐ Independent contractor ☐ Eligible self-employed individual<br>☐ 501(c)(3) nonprofit ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ☐ Other | DBA or Tradename if Applicable | |
|---|---|---|---|

| Business Legal Name | | | |
|---|---|---|---|
| ES1 LLC | | | |

| Business Address | Business TIN (EIN, SSN) | Business Phone |
|---|---|---|
| 4700 36th Ave SW | ███5849 | 2069384291 |
| | Primary Contact | Email Address |
| | Eric SHibley | ers98126@gmail.com |

| Average Monthly Payroll: | $ 40000 | x 2.5 + EIDL, Net of<br>Advance (if Applicable)<br>Equals Loan Request: | $ 100000 | Number of Employees: 5 |
|---|---|---|---|---|

| Purpose of the loan<br>(select more than one): | ☑ Payroll ☐ Lease / Mortgage Interest ☑ Utilities ☑ Other (explain): employee benefits |
|---|---|

**Applicant Ownership**

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Eric R Shibley | Manager | 100 | ███-52█ | 4700 36th Ave SW Seattle W |
| | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☑ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☑ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☑ | ☐ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☑ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 → ers | ☐ | ☑ |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 → ers | ☐ | ☐ |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☑ | ☐ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☑ |

1

SBA Form 2483 (04/20)



**Paycheck Protection Program**
**Borrower Application Form**

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

_ers_     The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

_ers_     Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

_ers_     The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

_ers_     The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

_ers_     I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

_ers_     During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

_ers_     I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than  $1,000,000.

_ers_     I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

| Eric Ryan Shibley | Digitally signed by Eric Ryan Shibley Date: 2020.04.15 19:08:46 -07'00' | 04/15/2020 |

Signature of Authorized Representative of Applicant       Date

Eric R Shibley       04/15/2020

Print Name       Title

2

SBA Form 2483 (04/20)

DOJ-01-0000000204



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and ***submitted to your SBA Participating Lender***. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

SBA Form 2483 (04/20)

DOJ-01-0000000205



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible  or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

SBA Form 2483 (04/20)

DOJ-01-0000000206



Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

# CONFIDENTIAL

June 3, 2020

Special Agent Tyler Yetter
Treasury Inspector General for Tax Admin

RE:     Subpoena
        Comcast File #: LCR504212 & LCR505565

Dear Special Agent Yetter:

        The Subpoena received on 05-28-2020 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP Addresses assigned on the various dates and times as listed on the attachment to the Subpoena:

- **73.109.30.232**
- **2603:3023:31a:1000:99dd:8357:854d:a527**

        Based on the information provided pursuant to the Subpoena, the subscriber information obtained is provided below:

| | |
|---|---|
| Subscriber Name: | SHIBLEY MEDICAL |
| SSN: | None Found |
| Service Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Billing Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Telephone #: | (206) 938-4291 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8498320053261172 |
| Start of Service: | 06-22-2017 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Current IP: | See attached as of date of Subpoena (*) |
| IP History: | See attached |
| MAC Address: | 14:98:7d:2e:2b:c4 & a4:15:88:6d:0d:39 |
| E-mail User Ids: | None Found |

        If you have any questions regarding this matter, please feel free to call 866-947-8572.

                                Very Truly Yours,

                                Comcast Legal Response Center

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 62**
**Admitted _____**

Comcast File #: LCR504212 & LCR505565

CURRENT IP/IP HISTORY

| IP | | | | |
|---|---|---|---|---|
| | IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
| | 2001:0558:600A:0087:749B: 8EDA:3339:0B33* | 12/06/2019 14:39:38 | 05/28/2020 00:00:00 | 849832005 3261172 |
| | | | | |
| | 73.109.30.232* | 12/06/2019 21:20:48 | 05/28/2020 00:00:00 | 849832005 3261172 |
| | | | | |
| **IPv6 Prefix** | | | | |
| Start Address | End Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
| 2603:3023:031A:1000:0000: 0000:0000:0000* | 2603:3023:031A:10FF:FFFF: FFFF:FFFF:FFFF* | 12/06/2019 14:48:04 | 05/28/2020 00:00:00 | 849832005 3261172 |

| IP | | | | |
|---|---|---|---|---|
| | IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
| | 21.235.72.45* | 12/06/2019 03:52:34 | 05/28/2020 00:00:00 | 8498320053261172 |



Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

## CONFIDENTIAL

June 4, 2020

Special Agent Tyler Yetter
Treasury Inspector General for Tax Administration
5000 Ellin Road
Lanham, Maryland (MD) 20706

RE:     Subpoena
        Comcast File #: LCR504529

Dear Special Agent Yetter:

The Subpoena received on 05-29-2020 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP Address: **2603:3023:31a:1000:c9d5:5054:bcb9:5cf0 assigned on 05-28-2020 at various times between 11:24:35 PM UTC and 11:43:30 PM UTC, as listed on the Subpoena**.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained is provided below:

| | |
|---|---|
| Subscriber Name: | SHIBLEY MEDICAL |
| SSN: | None Found |
| Service Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Billing Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Telephone #: | (206) 938-4291 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8498320053261172 |
| Start of Service: | 6-22-2017 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Current IP: | See attached as of date of Subpoena (*) |
| IP History: | See Attached |
| MAC Address: | 14:98:7d:2e:2b:c4, a4:15:88:6d:0d:39 |
| E-mail User Ids: | None Found |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

Current IP / IP History (Comcast File #: LCR504529)

| | IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
|---|---|---|---|---|
| | 2001:0558:600A:0087:749B:8EDA:3339:0B33* | 12/08/2019 14:39:40 | 05/29/2020 00:00:00 | 849832005 3261172 |
| | | | | |
| | 73.109.30.232* | 12/08/2019 21:20:50 | 05/29/2020 00:00:00 | 849832005 3261172 |
| | | | | |
| **IPv6 Prefix** | | | | |
| Start Address | End Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
| 2603:3023:031A:1000:00 00:0000:0000:0000* | 2603:3023:031A:10FF:FFF F:FFFF:FFFF:FFFF* | 12/08/2019 14:48:06 | 05/29/2020 00:00:00 | 849832005 3261172 |

| IP Address | Lease Grant (UTC) | Lease Expiration (UTC) | Subscriber ID |
|---|---|---|---|
| 21.235.72.45* | 12/09/2019 15:52:31 | 05/29/2020 00:00:00 | 8498320053261172 |

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 198134046325
Name: Eric Shibley
e-Mail: ers98126@gmail.com
Alternate e-Mails:

Created on: 2014-08-22 04:52:46 UTC
Terms of Service IP: 2607:fb90:2c2a:f1cd:a43a:27be:90e5:46be

Services: Web & App Activity, Gmail, Google Photos, Android, Google Calendar, Google Hangouts, Location History, YouTube, Google Play, Google Chrome Sync, Google Cloud Print, Google Maps Engine, Google Payments, Google Services, Has Madison Account, Google Docs, Google Drive, Google My Maps, Google My Business, Google Maps, Google Analytics, Google AdWords, Google Keep, Device Centric Auth

Deletion Date:
Deletion IP:

Last Logins: 2020-07-01 02:59:57 UTC, 2020-06-30 02:57:06 UTC, 2020-06-29 02:54:27 UTC

## ACCOUNT RECOVERY

Recovery e-Mail: shibleenyc@yahoo.com
Recovery SMS: +12067717868 [US]

## PHONE NUMBERS

Signin Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-06-24 17:24:42 UTC | 2603:3023:31a:1000:908d:dc2:88bb:f09f | Login |
| 2020-06-24 05:40:59 UTC | 2603:3023:31a:1000:3537:f794:9f30:6422 | Login |
| 2020-06-23 17:58:11 UTC | 2603:3023:31a:1000:1d3d:d940:2522:8432 | Login |
| 2020-06-22 03:05:20 UTC | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | Login |
| 2020-06-21 19:36:50 UTC | 2603:3023:31a:1000:14c4:8f0:30ab:c8e8 | Login |
| 2020-06-21 17:31:12 UTC | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | Login |
| 2020-06-21 17:23:39 UTC | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | Login |
| 2020-06-20 18:05:51 UTC | 2603:3023:31a:1000:e547:e860:b700:986e | Login |

| 2020-06-20 17:58:00 UTC | 2603:3023:31a:1000:e547:e860:b700:986e | Login |
| 2020-06-20 17:24:44 UTC | 2603:3023:31a:1000:e547:e860:b700:986e | Login |
| 2020-06-19 17:23:46 UTC | 2603:3023:31a:1000:d02b:102a:3c2c:f0b8 | Login |
| 2020-06-18 17:35:28 UTC | 2607:fb90:b285:93e:4dd2:1556:7e5b:de92 | Login |
| 2020-06-16 18:11:36 UTC | 2607:fb90:836f:5605:38f5:6967:9a0d:c1a | Login |
| 2020-06-06 21:41:19 UTC | 2603:3023:31a:1000:6082:8beb:31bc:3b28 | Login |
| 2020-05-27 09:09:17 UTC | 2603:3023:31a:1000:ed70:5675:cc14:a9ac | Login |
| 2020-05-27 08:17:29 UTC | 2603:3023:31a:1000:7456:b65c:51d1:5dbd | Login |
| 2020-05-27 07:52:54 UTC | 2603:3023:31a:1000:7456:b65c:51d1:5dbd | Login |
| 2020-05-26 06:21:27 UTC | 2603:3023:31a:1000:b82b:f34a:f1d:aeb7 | Login |
| 2020-05-25 15:57:19 UTC | 2603:3023:31a:1000:45de:c1df:beff:ea59 | Login |
| 2020-05-25 09:12:44 UTC | 73.109.30.232 | Login |
| 2020-05-25 07:37:09 UTC | 2603:3023:31a:1000:d9c5:4cbd:67fc:85fa | Login |
| 2020-05-24 09:10:42 UTC | 2603:3023:31a:1000:79c5:8756:ef96:dd54 | Login |
| 2020-05-24 08:17:47 UTC | 2603:3023:31a:1000:79c5:8756:ef96:dd54 | Login |
| 2020-05-24 08:07:02 UTC | 2603:3023:31a:1000:79c5:8756:ef96:dd54 | Login |
| 2020-05-23 18:53:44 UTC | 2603:3023:31a:1000:44ca:d75d:976c:344b | Login |
| 2020-05-23 09:11:30 UTC | 2603:3023:31a:1000:71b3:692c:d0e8:c2bf | Login |
| 2020-05-23 08:01:30 UTC | 2603:3023:31a:1000:71b3:692c:d0e8:c2bf | Login |
| 2020-05-23 07:53:39 UTC | 2603:3023:31a:1000:71b3:692c:d0e8:c2bf | Login |
| 2020-05-23 02:07:56 UTC | 2607:fb90:8373:32f3:80ea:d6aa:f78:2782 | Login |
| 2020-05-22 07:54:22 UTC | 2603:3023:31a:1000:2153:a36a:24de:20a | Login |
| 2020-05-21 16:01:00 UTC | 2603:3023:31a:1000:690c:ca6:856d:6e40 | Login |
| 2020-05-21 09:16:38 UTC | 2603:3023:31a:1000:2057:2174:d1e5:5ef8 | Login |
| 2020-05-21 03:16:25 UTC | 2603:3023:31a:1000:54aa:32bf:89c6:577b | Login |
| 2020-05-21 03:16:25 UTC | 2603:3023:31a:1000:54aa:32bf:89c6:577b | Login |
| 2020-05-21 03:16:25 UTC | 2603:3023:31a:1000:54aa:32bf:89c6:577b | Login |
| 2020-05-20 16:03:08 UTC | 2603:3023:31a:1000:e104:d34e:d83c:71ef | Login |

| 2020-05-20 15:55:19 UTC | 2607:fb90:8373:32f3:5c5f:8b1a:d269:8fbb | Login |
| 2020-05-20 09:09:08 UTC | 2603:3023:31a:1000:d53b:53b2:cd5c:4e4d | Login |
| 2020-05-20 08:22:16 UTC | 2603:3023:31a:1000:f457:bb0d:9ac0:14f3 | Login |
| 2020-05-20 08:05:16 UTC | 2603:3023:31a:1000:f457:bb0d:9ac0:14f3 | Login |
| 2020-05-19 18:58:21 UTC | 2603:3023:31a:1000:9922:2f41:8ce0:4e30 | Login |
| 2020-05-19 07:58:07 UTC | 2603:3023:31a:1000:651e:b87:4c5c:d84b | Login |
| 2020-05-19 07:52:46 UTC | 2607:fb90:8373:32f3:5c5f:8b1a:d269:8fbb | Login |
| 2020-05-18 09:13:25 UTC | 2603:3023:31a:1000:b10b:772e:666d:f467 | Login |
| 2020-05-18 08:20:50 UTC | 2603:3023:31a:1000:5132:3380:5b9:31ec | Login |
| 2020-05-18 08:10:46 UTC | 2603:3023:31a:1000:5132:3380:5b9:31ec | Login |
| 2020-05-18 07:55:36 UTC | 2603:3023:31a:1000:5132:3380:5b9:31ec | Login |
| 2020-05-17 07:57:01 UTC | 2603:3023:31a:1000:e10b:f7b7:e8ac:9e38 | Login |
| 2020-05-16 08:05:13 UTC | 2603:3023:31a:1000:4da5:e036:47a:235d | Login |
| 2020-05-12 08:20:13 UTC | 2603:3023:31a:1000:a05e:6604:25f7:ea8f | Login |
| 2020-05-11 08:50:22 UTC | 2603:3023:31a:1000:757d:23ce:2155:3772 | Login |
| 2020-05-07 06:21:38 UTC | 2603:3023:31a:1000:90c8:2b68:9e21:810d | Login |
| 2020-05-07 03:07:25 UTC | 2603:3023:31a:1000:90c8:2b68:9e21:810d | Login |
| 2020-05-07 00:20:43 UTC | 2603:3023:31a:1000:a9f1:5212:57c7:c6a6 | Login |
| 2020-05-06 23:49:04 UTC | 2603:3023:31a:1000:a9f1:5212:57c7:c6a6 | Login |
| 2020-05-06 00:07:17 UTC | 2603:3023:31a:1000:492d:2956:6042:a6e6 | Login |
| 2020-05-04 09:57:53 UTC | 2603:3023:31a:1000:585c:1c1d:3eba:6c6a | Login |
| 2020-05-04 09:57:41 UTC | 2603:3023:31a:1000:585c:1c1d:3eba:6c6a | Login |
| 2020-05-04 09:29:03 UTC | 2603:3023:31a:1000:585c:1c1d:3eba:6c6a | Login |
| 2020-04-29 09:21:40 UTC | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | Login |
| 2020-04-29 09:03:06 UTC | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | Logout |
| 2020-04-29 04:27:30 UTC | 2603:3023:31a:1000:4497:9eec:8969:ac6b | Login |
| 2020-04-28 05:34:24 UTC | 2603:3023:31a:1000:ddb1:34c7:be3b:9072 | Login |
| 2020-04-27 23:43:16 UTC | 2603:3023:31a:1000:4119:c29a:1530:27c | Login |

| | | |
|---|---|---|
| 2020-04-27 17:13:12 UTC | 2603:3023:31a:1000:ddb1:34c7:be3b:9072 | Login |
| 2020-04-27 17:12:50 UTC | 2603:3023:31a:1000:ddb1:34c7:be3b:9072 | Logout |
| 2020-04-26 23:38:04 UTC | 2607:fb90:b2b8:fc30:2061:b352:627d:9314 | Login |
| 2020-04-25 23:51:03 UTC | 2603:3023:31a:1000:5483:2a09:c623:57b | Login |
| 2020-04-25 23:43:25 UTC | 2603:3023:31a:1000:5483:2a09:c623:57b | Login |
| 2020-04-24 23:41:06 UTC | 2603:3023:31a:1000:a42e:b26b:a7d:c8a8 | Login |
| 2020-04-23 23:38:50 UTC | 2603:3023:31a:1000:b462:d068:4f3:6d70 | Login |
| 2020-04-23 19:52:47 UTC | 2603:3023:31a:1000:b462:d068:4f3:6d70 | Login |
| 2020-04-23 19:52:47 UTC | 2603:3023:31a:1000:b462:d068:4f3:6d70 | Login |
| 2020-04-23 06:24:35 UTC | 2603:3023:31a:1000:81e2:6372:38f0:3df9 | Login |
| 2020-04-23 01:40:26 UTC | 2603:3023:31a:1000:498a:51ea:9ab8:40dd | Login |
| 2020-04-22 23:40:13 UTC | 2603:3023:31a:1000:60c1:7c72:fc40:3ec7 | Login |
| 2020-04-22 01:48:22 UTC | 2603:3023:31a:1000:24e3:24ce:9ab9:4883 | Login |
| 2020-04-21 23:38:02 UTC | 2603:3023:31a:1000:ec:21ca:327d:b7e6 | Login |
| 2020-04-21 20:49:48 UTC | 2603:3023:31a:1000:8094:78c1:1276:e9fd | Login |
| 2020-04-21 07:00:39 UTC | 2603:3023:31a:1000:99dd:8357:854d:a527 | Login |
| 2020-04-21 06:57:10 UTC | 2603:3023:31a:1000:99dd:8357:854d:a527 | Login |
| 2020-04-21 06:57:07 UTC | 2603:3023:31a:1000:99dd:8357:854d:a527 | Login |
| 2020-04-20 01:41:03 UTC | 2607:fb90:f330:8cc0:fc15:68b2:dad8:7787 | Login |
| 2020-04-19 23:42:48 UTC | 2603:3023:31a:1000:1585:4aba:e6e0:af33 | Login |
| 2020-04-18 23:37:43 UTC | 2603:3023:31a:1000:4e7:44ca:83af:a3b2 | Login |
| 2020-04-18 01:50:23 UTC | 2607:fb90:f35:c1b2:9cc8:7d61:39a:2032 | Login |
| 2020-04-17 23:46:32 UTC | 2603:3023:31a:1000:60fc:e019:33b7:4694 | Login |
| 2020-04-17 23:38:21 UTC | 2603:3023:31a:1000:60fc:e019:33b7:4694 | Login |
| 2020-04-16 01:39:18 UTC | 2603:3023:31a:1000:c931:af8a:8e7e:da3 | Login |
| 2020-04-15 23:47:16 UTC | 2603:3023:31a:1000:c931:af8a:8e7e:da3 | Login |
| 2020-04-15 23:39:02 UTC | 2603:3023:31a:1000:c931:af8a:8e7e:da3 | Login |
| 2020-04-15 01:39:10 UTC | 2603:3023:31a:1000:c931:af8a:8e7e:da3 | Login |

| | | |
|---|---|---|
| 2020-04-14 23:59:35 UTC | 2603:3023:31a:1000:c931:af8a:8e7e:da3 | Login |
| 2020-04-14 17:53:24 UTC | 2603:3023:31a:1000:959b:f595:c87f:8387 | Login |
| 2020-04-14 03:27:24 UTC | 2603:3023:31a:1000:959b:f595:c87f:8387 | Logout |
| 2020-04-14 01:42:53 UTC | 2603:3023:31a:1000:8ccf:7f42:6769:8a8e | Login |
| 2020-04-13 01:41:34 UTC | 2607:fb90:b24e:8986:6553:d8e:35eb:921c | Login |
| 2020-04-12 01:40:59 UTC | 2603:3023:31a:1000:d519:233c:3d9a:95ba | Login |
| 2020-04-11 01:35:23 UTC | 2603:3023:31a:1000:9423:4dc4:dc6c:1861 | Login |
| 2020-04-11 01:35:22 UTC | 2603:3023:31a:1000:9423:4dc4:dc6c:1861 | Login |
| 2020-04-11 01:34:49 UTC | 2603:3023:31a:1000:9423:4dc4:dc6c:1861 | Login |
| 2020-04-11 01:34:49 UTC | 2603:3023:31a:1000:9423:4dc4:dc6c:1861 | Login |
| 2020-04-10 01:49:06 UTC | 2603:3023:31a:1000:fca1:9947:e167:4a0 | Login |
| 2020-03-31 19:24:11 UTC | 2603:3023:31a:1000:bc3f:72:8798:1b5 | Login |
| 2020-03-31 19:22:43 UTC | 2603:3023:31a:1000:bc3f:72:8798:1b5 | Login |
| 2020-03-30 08:11:01 UTC | 2603:3023:31a:1000:4088:26d9:e939:da92 | Login |
| 2020-03-29 08:11:28 UTC | 2603:3023:31a:1000:484f:ca2c:bee8:8bc3 | Login |
| 2020-03-28 08:09:16 UTC | 2603:3023:31a:1000:4c19:5f65:1d3c:40bb | Login |
| 2020-03-27 08:08:59 UTC | 2603:3023:31a:1000:d480:b781:c8d5:ffac | Login |
| 2020-03-26 08:08:20 UTC | 2603:3023:31a:1000:2953:a2b4:332e:8693 | Login |
| 2020-03-25 08:11:56 UTC | 2603:3023:31a:1000:f975:2ddd:7322:3bef | Login |
| 2020-03-24 08:18:42 UTC | 2603:3023:31a:1000:c191:fe58:d72e:2db5 | Login |
| 2020-03-23 08:12:52 UTC | 2603:3023:31a:1000:cdfd:2386:ef19:b4b4 | Login |
| 2020-03-22 08:07:56 UTC | 2603:3023:31a:1000:2960:d851:7329:f0d3 | Login |
| 2020-03-21 08:13:07 UTC | 2603:3023:31a:1000:49d:e622:896c:8072 | Login |
| 2020-03-20 17:24:57 UTC | 2603:3023:31a:1000:a49f:87d5:6210:dc61 | Login |
| 2020-03-20 04:56:50 UTC | 2603:3023:31a:1000:742c:7753:c892:96d7 | Login |
| 2020-03-20 04:42:33 UTC | 2603:3023:31a:1000:742c:7753:c892:96d7 | Logout |
| 2020-03-19 08:11:12 UTC | 2603:3023:31a:1000:31e7:eeb9:115:960c | Login |
| 2020-03-18 08:08:12 UTC | 2603:3023:31a:1000:891e:85eb:d19d:2963 | Login |

| 2020-03-17 02:13:23 UTC | 2603:3023:31a:1000:699b:3e3e:6c28:5d06 | Login |
|---|---|---|
| 2020-03-16 08:15:51 UTC | 2607:fb90:b24f:a061:1844:7324:2814:3a69 | Login |
| 2020-03-14 06:24:46 UTC | 2603:3023:31a:1000:313c:7182:7f9f:906e | Login |
| 2020-03-13 06:25:05 UTC | 2603:3023:31a:1000:18f9:577:7142:4f31 | Login |
| 2020-03-12 06:27:34 UTC | 2603:3023:31a:1000:fcf9:4919:ec48:ab7 | Login |
| 2020-03-11 06:27:24 UTC | 2603:3023:31a:1000:c4bc:d483:c84f:f72f | Login |
| 2020-03-10 06:22:43 UTC | 2603:3023:31a:1000:3468:dc6c:60e7:c29c | Login |
| 2020-03-09 19:27:00 UTC | 2603:3023:31a:1000:299b:2f23:75a7:56aa | Login |
| 2020-03-09 08:19:50 UTC | 2603:3023:31a:1000:5eb:9977:98b2:96ee | Login |
| 2020-03-09 08:06:28 UTC | 2603:3023:31a:1000:449c:e83f:b399:5692 | Login |
| 2020-03-09 06:34:21 UTC | 2603:3023:31a:1000:5eb:9977:98b2:96ee | Login |
| 2020-03-09 06:26:32 UTC | 2603:3023:31a:1000:5eb:9977:98b2:96ee | Login |
| 2020-03-08 21:37:59 UTC | 2603:3023:31a:1000:449c:e83f:b399:5692 | Login |
| 2020-03-08 07:39:28 UTC | 2607:fb90:836b:25e4:8847:e419:7d63:9466 | Login |
| 2020-03-05 04:12:24 UTC | 50.251.235.180 | Login |
| 2020-03-01 00:55:32 UTC | 2603:3023:31a:1000:2dce:6a27:b8b4:b176 | Login |
| 2020-02-29 20:06:05 UTC | 2603:3023:31a:1000:9404:1bae:eca2:6fa1 | Login |
| 2020-02-29 01:03:04 UTC | 2607:fb90:b240:e99d:4188:f6d:152c:9766 | Login |
| 2020-02-26 04:15:46 UTC | 2603:3023:31a:1000:88cc:818f:3158:c7b2 | Login |
| 2020-02-25 02:08:31 UTC | 2603:3023:31a:1000:41bc:a21a:520a:58e1 | Login |
| 2020-02-24 04:39:44 UTC | 2603:3023:31a:1000:45fe:8548:4b65:ff02 | Login |
| 2020-02-20 04:18:50 UTC | 2607:fb90:b24d:4d20:64b4:6d65:a020:bfd0 | Login |
| 2020-02-17 02:25:22 UTC | 2607:fb90:b22c:9c8b:a18c:7cb0:1880:ab1b | Login |
| 2020-02-15 04:51:42 UTC | 2607:fb90:f334:c017:e052:3bcc:5dd:b1d8 | Login |
| 2020-02-12 19:41:11 UTC | 2603:3023:31a:1000:24cd:261:9618:13f7 | Login |
| 2020-02-11 07:49:45 UTC | 2603:3023:31a:1000:1d7a:8ce9:18b8:6ec3 | Login |
| 2020-02-11 07:39:59 UTC | 2607:fb90:837a:8d72:bc5f:1689:47ba:2461 | Login |
| 2020-02-07 07:40:30 UTC | 2603:3023:31a:1000:5b8:63a1:3a97:31cb | Login |

| | | |
|---|---|---|
| 2020-02-05 07:39:17 UTC | 2603:3023:31a:1000:6183:4f82:d6b2:4cfe | Login |
| 2020-02-04 07:49:07 UTC | 2603:3023:31a:1000:7d31:f164:28a3:b93f | Login |
| 2020-02-04 07:40:25 UTC | 2603:3023:31a:1000:7d31:f164:28a3:b93f | Login |
| 2020-02-02 07:42:27 UTC | 2603:3023:31a:1000:1d41:54a8:86db:ae7a | Login |
| 2020-02-01 16:28:53 UTC | 2603:3023:31a:1000:dd83:32be:302:9781 | Login |
| 2020-02-01 07:46:56 UTC | 2603:3023:31a:1000:43e:7120:8010:e1d7 | Login |
| 2020-01-31 07:49:01 UTC | 2603:3023:31a:1000:a0da:254f:1a28:a727 | Login |
| 2020-01-30 21:45:23 UTC | 2607:fb90:a681:1c11:7c28:a614:6de:6b12 | Login |
| 2020-01-30 19:45:13 UTC | 2607:fb90:b2ea:be47:657f:e8a5:8ca2:2f00 | Login |
| 2020-01-29 16:35:44 UTC | 2603:3023:31a:1000:d47e:9b88:600f:60d4 | Login |
| 2020-01-28 16:37:01 UTC | 2603:3023:31a:1000:147a:3d32:e5ad:84c | Login |
| 2020-01-28 16:27:06 UTC | 2603:3023:31a:1000:147a:3d32:e5ad:84c | Login |
| 2020-01-26 16:36:16 UTC | 2603:3023:31a:1000:2ca5:2618:79c7:2474 | Login |
| 2020-01-26 16:26:38 UTC | 2603:3023:31a:1000:483a:fb0:58c5:352d | Login |
| 2020-01-25 07:46:58 UTC | 2607:fb90:b2b9:bdfb:dc66:fd06:e77c:994 | Login |
| 2020-01-23 16:23:34 UTC | 2603:3023:31a:1000:c410:f72d:e57d:a2ab | Login |
| 2020-01-22 16:24:58 UTC | 2603:3023:31a:1000:a1d0:7669:96ce:86fe | Login |
| 2020-01-21 16:25:11 UTC | 2603:3023:31a:1000:e8df:e946:6e07:a7e4 | Login |
| 2020-01-20 16:43:02 UTC | 2603:3023:31a:1000:4d81:1527:d31f:414d | Login |
| 2020-01-19 17:53:43 UTC | 2603:3023:31a:1000:50ca:3243:6ea:1bf7 | Login |
| 2020-01-18 23:53:09 UTC | 2607:fb90:b27a:eec6:696b:8c59:5a9b:2221 | Login |
| 2020-01-18 22:35:47 UTC | 2607:fb90:b27a:eec6:696b:8c59:5a9b:2221 | Login |
| 2020-01-17 17:57:25 UTC | 2603:3023:31a:1000:607f:60d1:f354:b155 | Login |
| 2020-01-17 02:00:00 UTC | 2603:3023:31a:1000:f889:f575:d4f0:dafb | Login |
| 2020-01-16 02:43:54 UTC | 2603:3023:31a:1000:718d:1dab:1ead:5f5d | Login |
| 2020-01-15 18:00:41 UTC | 73.109.30.232 | Login |
| 2020-01-14 17:53:51 UTC | 2603:3023:31a:1000:dcc6:f233:c86f:dd03 | Login |
| 2020-01-13 17:58:56 UTC | 2603:3023:31a:1000:9085:2c0e:1e55:fafc | Login |

Google Account

| | | |
|---|---|---|
| 2020-01-12 22:38:28 UTC | 2603:3023:31a:1000:118e:cf64:8b55:fd80 | Login |
| 2020-01-12 22:29:15 UTC | 2603:3023:31a:1000:118e:cf64:8b55:fd80 | Login |
| 2020-01-12 18:01:03 UTC | 2603:3023:31a:1000:118e:cf64:8b55:fd80 | Login |
| 2020-01-12 17:52:52 UTC | 2603:3023:31a:1000:118e:cf64:8b55:fd80 | Login |
| 2020-01-12 02:57:09 UTC | 2603:3023:31a:1000:9126:929e:305d:4054 | Login |
| 2020-01-12 02:31:10 UTC | 2603:3023:31a:1000:9126:929e:305d:4054 | Login |
| 2020-01-11 17:57:53 UTC | 2603:3023:31a:1000:29d2:8513:77ed:827e | Login |
| 2020-01-10 18:10:34 UTC | 2607:fb90:b22d:ce5f:c0e0:1435:7cbc:cefb | Login |
| 2020-01-10 02:25:54 UTC | 2603:3023:31a:1000:d99e:85ed:2da4:a29e | Login |
| 2020-01-10 02:03:29 UTC | 2603:3023:31a:1000:d99e:85ed:2da4:a29e | Login |
| 2020-01-09 22:46:04 UTC | 2603:3023:31a:1000:d99e:85ed:2da4:a29e | Login |
| 2020-01-09 22:36:07 UTC | 2603:3023:31a:1000:d99e:85ed:2da4:a29e | Login |
| 2020-01-09 22:27:41 UTC | 2603:3023:31a:1000:11bf:a8e2:965:d81c | Login |
| 2020-01-09 02:26:58 UTC | 2607:fb90:a696:2d54:9dd:d4e9:acca:df71 | Login |
| 2020-01-08 02:00:11 UTC | 2603:3023:31a:1000:8141:b264:4aa1:51e | Login |
| 2020-01-07 01:56:49 UTC | 2603:3023:31a:1000:b180:8390:7539:11b8 | Login |
| 2020-01-06 07:41:38 UTC | 2603:3023:31a:1000:6426:2a29:7ee3:f26f | Login |
| 2020-01-06 02:09:55 UTC | 2607:fb90:b2ae:9528:cc35:8c5e:812e:c54a | Login |
| 2020-01-05 07:44:34 UTC | 2603:3023:31a:1000:6426:2a29:7ee3:f26f | Login |
| 2020-01-04 20:34:25 UTC | 2603:3023:31a:1000:3033:d144:fb49:8673 | Login |
| 2020-01-04 20:26:49 UTC | 2603:3023:31a:1000:3033:d144:fb49:8673 | Login |
| 2020-01-04 07:50:10 UTC | 2603:3023:31a:1000:6426:2a29:7ee3:f26f | Login |
| 2020-01-04 07:39:36 UTC | 2603:3023:31a:1000:6426:2a29:7ee3:f26f | Login |
| 2020-01-03 22:38:27 UTC | 2607:fb90:f26:8133:806:24ec:fd69:3896 | Login |
| 2020-01-03 02:37:54 UTC | 2607:fb90:8223:d417:c529:5fac:e33:c749 | Login |
| 2020-01-02 04:04:47 UTC | 2603:3023:31a:1000:185b:8263:9ce8:64a9 | Login |
| 2020-01-02 02:51:00 UTC | 73.109.30.232 | Login |
| 2020-01-02 02:41:10 UTC | 2603:3023:31a:1000:185b:8263:9ce8:64a9 | Login |

| 2019-12-31 20:28:07 UTC | 2603:3023:31a:1000:82b:fa85:cc49:78ff | Login |
| 2019-12-31 07:55:59 UTC | 2603:3023:31a:1000:1075:96a7:3012:1787 | Login |
| 2019-12-30 17:27:04 UTC | 2603:3023:31a:1000:75c4:763b:b799:3da4 | Login |
| 2019-12-28 02:38:15 UTC | 2603:3023:31a:1000:79ce:5b48:a073:f15b | Login |
| 2019-12-27 20:25:52 UTC | 2603:3023:31a:1000:c91:1593:c312:eaf2 | Login |
| 2019-12-26 02:38:49 UTC | 2603:3023:31a:1000:94ec:1050:e90e:156c | Login |
| 2019-12-25 02:50:06 UTC | 24.19.212.106 | Login |
| 2019-12-24 20:38:30 UTC | 2607:fb90:f368:cd51:444f:2728:2148:c5b9 | Login |
| 2019-12-23 04:07:36 UTC | 2607:fb90:b25b:71bf:ad12:7cd:8d9b:c460 | Login |
| 2019-12-20 02:50:09 UTC | 2607:fb90:b245:1362:955:ef7e:23f1:64d6 | Login |
| 2019-12-19 23:47:57 UTC | 2603:3023:31a:1000:35e6:60a:1c79:deb7 | Login |
| 2019-12-19 02:51:20 UTC | 2603:3023:31a:1000:a83d:ee6a:63f7:f281 | Login |
| 2019-12-19 02:41:56 UTC | 2603:3023:31a:1000:a83d:ee6a:63f7:f281 | Login |
| 2019-12-18 05:12:53 UTC | 2603:3023:31a:1000:d5ef:2aef:96bd:2a8a | Login |
| 2019-12-18 04:52:55 UTC | 2603:3023:31a:1000:d5ef:2aef:96bd:2a8a | Login |
| 2019-12-18 04:44:08 UTC | 2603:3023:31a:1000:d5ef:2aef:96bd:2a8a | Login |
| 2019-12-15 23:59:48 UTC | 2603:3023:31a:1000:101e:53df:3642:e235 | Login |
| 2019-12-14 20:44:22 UTC | 2603:3023:31a:1000:dcd8:68f5:5cb0:b2d4 | Login |
| 2019-12-14 20:32:37 UTC | 2603:3023:31a:1000:dcd8:68f5:5cb0:b2d4 | Login |
| 2019-12-14 20:23:26 UTC | 2603:3023:31a:1000:7907:38f5:ff:f3bb | Login |
| 2019-12-13 20:47:45 UTC | 2603:3023:31a:1000:885f:fbb5:82b3:1038 | Login |
| 2019-12-13 20:40:08 UTC | 2603:3023:31a:1000:885f:fbb5:82b3:1038 | Login |
| 2019-12-13 20:28:08 UTC | 2603:3023:31a:1000:885f:fbb5:82b3:1038 | Login |
| 2019-12-13 02:45:33 UTC | 2607:fb90:b2dd:c9ed:986b:e69:9791:752 | Login |
| 2019-12-12 20:24:36 UTC | 2603:3023:31a:1000:b98e:18fe:72d9:fd4d | Login |
| 2019-12-12 02:48:50 UTC | 2603:3023:31a:1000:8867:dfe0:aa2a:1f14 | Login |
| 2019-12-12 02:41:05 UTC | 2603:3023:31a:1000:8867:dfe0:aa2a:1f14 | Login |
| 2019-12-11 20:26:49 UTC | 2603:3023:31a:1000:5420:d6ff:135:32f9 | Login |

| | | |
|---|---|---|
| 2019-12-10 20:39:22 UTC | 2603:3023:31a:1000:d43e:fadf:f3f:9355 | Login |
| 2019-12-10 20:31:15 UTC | 2603:3023:31a:1000:d43e:fadf:f3f:9355 | Login |
| 2019-12-10 20:23:07 UTC | 2603:3023:31a:1000:6852:d1d:c013:4a6d | Login |
| 2019-12-09 22:07:55 UTC | 2603:3023:31a:1000:ddc9:792d:e2ac:6d50 | Login |
| 2019-12-09 20:23:41 UTC | 2603:3023:31a:1000:ddc9:792d:e2ac:6d50 | Login |
| 2019-12-08 20:22:46 UTC | 2603:3023:31a:1000:466:8021:8aa3:b641 | Login |
| 2019-12-06 22:28:33 UTC | 2603:3023:31a:1000:b593:1004:1f54:2e35 | Login |
| 2019-12-06 20:41:39 UTC | 2607:fb90:b238:c424:e59b:4a55:d9fb:2b98 | Login |
| 2019-12-06 02:43:16 UTC | 2607:fb90:b21f:f065:4c32:3c48:85d4:424c | Login |
| 2019-12-05 22:32:07 UTC | 2603:3023:31a:1000:9075:222a:39f1:6221 | Login |
| 2019-12-05 22:23:05 UTC | 2603:3023:31a:1000:9075:222a:39f1:6221 | Login |
| 2019-12-05 22:12:53 UTC | 2603:3023:31a:1000:9075:222a:39f1:6221 | Login |
| 2019-12-05 20:38:06 UTC | 2603:3023:31a:1000:9075:222a:39f1:6221 | Login |
| 2019-12-05 01:13:30 UTC | 2603:3023:31a:1000:3c6f:1767:6058:118e | Login |
| 2019-12-05 01:08:54 UTC | 2603:3023:31a:1000:3c6f:1767:6058:118e | Logout |
| 2019-12-04 07:48:05 UTC | 2603:3023:31a:1000:18ae:913f:25e4:a1c1 | Login |
| 2019-12-04 04:46:44 UTC | 2607:fb90:9c20:89ee:911a:3538:9cba:6195 | Login |
| 2019-12-04 01:49:32 UTC | 2603:3023:31a:1000:e8da:384b:d2b3:758c | Login |
| 2019-12-03 19:42:41 UTC | 2603:3023:31a:1000:9963:ed60:6e6f:2d89 | Login |
| 2019-12-03 04:34:47 UTC | 2607:fb90:8361:982f:e47d:dc79:a1f8:2cb4 | Login |
| 2019-12-03 04:34:46 UTC | 2607:fb90:8361:982f:e47d:dc79:a1f8:2cb4 | Login |
| 2019-12-03 04:34:17 UTC | 2607:fb90:8361:982f:e47d:dc79:a1f8:2cb4 | Login |
| 2019-12-03 04:34:17 UTC | 2607:fb90:8361:982f:e47d:dc79:a1f8:2cb4 | Login |
| 2019-12-02 19:41:00 UTC | 2603:3023:31a:1000:c9b:c30c:417a:ac05 | Login |
| 2019-12-02 19:36:51 UTC | 2603:3023:31a:1000:c9b:c30c:417a:ac05 | Login |
| 2019-12-02 19:25:21 UTC | 2603:3023:31a:1000:c9b:c30c:417a:ac05 | Login |
| 2019-12-01 07:42:58 UTC | 2603:3023:31a:1000:f539:7617:b522:4213 | Login |
| 2019-11-29 19:40:40 UTC | 2603:3023:31a:1000:9029:fde9:1cd7:1351 | Login |

| | | |
|---|---|---|
| 2019-11-29 19:31:35 UTC | 2603:3023:31a:1000:9029:fde9:1cd7:1351 | Login |
| 2019-11-28 20:05:18 UTC | 2603:3023:31a:1000:118f:31d1:55d3:a4e2 | Login |
| 2019-11-28 18:42:44 UTC | 2603:3023:31a:1000:a1df:efb9:4d97:ca02 | Login |
| 2019-11-28 08:44:55 UTC | 2603:3023:31a:1000:a1df:efb9:4d97:ca02 | Login |
| 2019-11-27 19:36:33 UTC | 2603:3023:31a:1000:2d3a:1b66:92cb:5f32 | Login |
| 2019-11-27 19:28:32 UTC | 2603:3023:31a:1000:2d3a:1b66:92cb:5f32 | Login |
| 2019-11-27 08:42:07 UTC | 2603:3023:31a:1000:4862:c44:40f1:1753 | Login |
| 2019-11-27 07:51:55 UTC | 2603:3023:31a:1000:5161:147f:d01e:4052 | Login |
| 2019-11-27 07:42:33 UTC | 2603:3023:31a:1000:5161:147f:d01e:4052 | Login |
| 2019-11-26 19:55:55 UTC | 2603:3023:31a:1000:fdc9:99fd:432e:2c68 | Login |
| 2019-11-26 08:46:52 UTC | 2603:3023:31a:1000:88bf:bd85:ffe1:8baf | Login |
| 2019-11-26 08:38:32 UTC | 2603:3023:31a:1000:88bf:bd85:ffe1:8baf | Login |
| 2019-11-26 07:43:08 UTC | 2603:3023:31a:1000:88bf:bd85:ffe1:8baf | Login |
| 2019-11-25 19:24:49 UTC | 2603:3023:31a:1000:f0f3:acc9:411f:588c | Login |
| 2019-11-25 12:13:58 UTC | 2603:3023:31a:1000:f0f3:acc9:411f:588c | Login |
| 2019-11-25 08:51:30 UTC | 2603:3023:31a:1000:f0f3:acc9:411f:588c | Login |
| 2019-11-25 08:42:34 UTC | 2603:3023:31a:1000:f0f3:acc9:411f:588c | Login |
| 2019-11-25 07:44:59 UTC | 2603:3023:31a:1000:c524:e63b:8fe8:3912 | Login |
| 2019-11-25 06:37:27 UTC | 2603:3023:31a:1000:c524:e63b:8fe8:3912 | Login |
| 2019-11-24 19:28:14 UTC | 73.109.30.232 | Login |
| 2019-11-24 12:13:09 UTC | 2603:3023:31a:1000:b417:fa38:badd:c2ea | Login |
| 2019-11-23 20:07:23 UTC | 2603:3023:31a:1000:e488:2158:24c8:3493 | Login |
| 2019-11-23 19:47:21 UTC | 2603:3023:31a:1000:e488:2158:24c8:3493 | Login |
| 2019-11-23 19:39:30 UTC | 2603:3023:31a:1000:e488:2158:24c8:3493 | Login |
| 2019-11-23 19:31:44 UTC | 2603:3023:31a:1000:e488:2158:24c8:3493 | Login |
| 2019-11-23 19:22:48 UTC | 2603:3023:31a:1000:e488:2158:24c8:3493 | Login |
| 2019-11-23 06:25:25 UTC | 2603:3023:31a:1000:a052:de29:6156:43d2 | Login |
| 2019-11-22 22:25:48 UTC | 2607:fb90:f35:fc8c:ad63:3e7c:58c2:6cee | Login |

| 2019-11-18 21:39:25 UTC | 2603:3023:31a:1000:d07d:a4d7:a964:946d | Login |
| 2019-11-17 23:22:50 UTC | 2603:3023:31a:1000:2570:e4ce:eaca:58ce | Login |
| 2019-11-16 06:27:01 UTC | 2603:3023:31a:1000:388a:7a5a:874b:8763 | Login |
| 2019-11-16 00:03:06 UTC | 2603:3023:31a:1000:80fd:151d:bd8f:aecf | Login |
| 2019-11-15 23:33:17 UTC | 2603:3023:31a:1000:954a:40e9:b512:a32f | Login |
| 2019-11-15 19:26:02 UTC | 2603:3023:31a:1000:e9e2:da30:e9b7:6e5 | Login |
| 2019-11-15 19:23:47 UTC | 2603:3023:31a:1000:e9e2:da30:e9b7:6e5 | Login |
| 2019-11-15 07:03:58 UTC | 2603:3023:31a:1000:a5bf:2d2b:6773:2663 | Login |
| 2019-11-15 05:28:47 UTC | 2607:fb90:b28e:8080:2c43:bf87:2500:8f6c | Login |
| 2019-11-15 03:40:43 UTC | 2603:3023:31a:1000:6901:ab2c:a84b:ae57 | Login |
| 2019-11-15 02:34:48 UTC | 2603:3023:31a:1000:6901:ab2c:a84b:ae57 | Login |
| 2019-11-14 19:26:02 UTC | 2603:3023:31a:1000:cca9:41c9:9269:2add | Login |
| 2019-11-14 19:22:37 UTC | 2603:3023:31a:1000:cca9:41c9:9269:2add | Login |
| 2019-11-13 07:24:23 UTC | 2603:3023:31a:1000:6869:e2e8:c789:e580 | Login |
| 2019-11-13 06:31:26 UTC | 2603:3023:31a:1000:6869:e2e8:c789:e580 | Login |
| 2019-11-13 03:43:10 UTC | 2603:3023:31a:1000:3ddc:a893:b6e2:55a8 | Login |
| 2019-11-12 19:24:53 UTC | 2603:3023:31a:1000:f0e3:655c:ecd1:61d9 | Login |
| 2019-11-12 14:26:13 UTC | 2603:3023:31a:1000:f0e3:655c:ecd1:61d9 | Login |
| 2019-11-11 20:05:31 UTC | 2603:3023:31a:1000:ed64:ce92:1cfc:a3e9 | Login |
| 2019-11-10 19:51:52 UTC | 2603:3023:31a:1000:547c:d785:36db:2f9c | Login |
| 2019-11-10 19:44:09 UTC | 2603:3023:31a:1000:547c:d785:36db:2f9c | Login |
| 2019-11-10 19:34:47 UTC | 2603:3023:31a:1000:547c:d785:36db:2f9c | Login |
| 2019-11-10 06:39:06 UTC | 2603:3023:31a:1000:547c:d785:36db:2f9c | Login |
| 2019-11-08 14:27:20 UTC | 2603:3023:31a:1000:409:ea6c:c1c0:9017 | Login |
| 2019-11-08 07:25:03 UTC | 2603:3023:31a:1000:409:ea6c:c1c0:9017 | Login |
| 2019-11-08 02:30:26 UTC | 73.109.30.232 | Login |
| 2019-11-08 02:22:39 UTC | 2603:3023:31a:1000:407:6b58:c515:e84d | Login |
| 2019-11-07 08:49:43 UTC | 2603:3023:31a:1000:b861:e8b2:8812:5ab7 | Login |

| 2019-11-07 03:45:17 UTC | 2607:fb90:b280:4dc2:70dd:5513:6067:d809 | Login |
|---|---|---|
| 2019-11-06 19:39:46 UTC | 2603:3023:31a:1000:25f3:3a76:1567:8bbb | Login |
| 2019-11-06 19:31:34 UTC | 2603:3023:31a:1000:25f3:3a76:1567:8bbb | Login |
| 2019-11-06 16:16:31 UTC | 2603:3023:31a:1000:25f3:3a76:1567:8bbb | Login |
| 2019-11-06 07:28:35 UTC | 2603:3023:31a:1000:a456:2350:1266:24ee | Login |
| 2019-11-05 17:57:57 UTC | 2603:3023:31a:1000:fde1:7536:8451:58e4 | Login |
| 2019-11-05 17:56:51 UTC | 2603:3023:31a:1000:fde1:7536:8451:58e4 | Logout |
| 2019-11-05 17:46:46 UTC | 2603:3023:31a:1000:a86c:8933:e496:ee8e | Login |
| 2019-11-05 16:10:56 UTC | 2603:3023:31a:1000:a86c:8933:e496:ee8e | Login |
| 2019-11-05 08:43:30 UTC | 2603:3023:31a:1000:a86c:8933:e496:ee8e | Login |
| 2019-11-04 07:49:14 UTC | 2603:3023:31a:1000:34a3:c384:b588:fc58 | Login |
| 2019-11-03 23:43:23 UTC | 2607:fb90:b242:e66b:3c73:9e7:bdbf:5a6d | Login |
| 2019-11-03 17:51:59 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 17:43:46 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 16:11:44 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 14:26:14 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 12:21:43 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 12:11:43 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-03 11:17:24 UTC | 2603:3023:31a:1000:c45a:ebc1:6b58:ed30 | Login |
| 2019-11-02 20:46:15 UTC | 2603:3023:31a:1000:2ce7:ce41:edda:de24 | Login |
| 2019-11-02 16:48:32 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 16:40:14 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 15:17:14 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 11:19:59 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 11:09:30 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 07:49:59 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 07:39:15 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |
| 2019-11-02 06:30:44 UTC | 2603:3023:31a:1000:9d8:2afa:c7f4:2f42 | Login |

| | | |
|---|---|---|
| 2019-11-01 21:08:44 UTC | 2603:3023:31a:1000:dd18:4961:297:8e63 | Login |
| 2019-11-01 16:48:03 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 16:40:24 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 13:34:43 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 13:22:59 UTC | 73.109.30.232 | Login |
| 2019-11-01 11:18:22 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 11:09:14 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 07:58:47 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 06:25:05 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 04:36:05 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-11-01 04:27:33 UTC | 2603:3023:31a:1000:7963:708c:1f12:fd47 | Login |
| 2019-10-31 18:42:51 UTC | 2603:3023:31a:1000:1557:e1db:7b6b:82d2 | Login |
| 2019-10-31 16:46:09 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 13:32:28 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 11:19:28 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 11:09:28 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 08:04:24 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 08:01:30 UTC | 2603:3023:31a:1000:d9b7:35ae:7ded:d9fa | Login |
| 2019-10-31 06:25:11 UTC | 2603:3023:31a:1000:2080:886:dc15:79d | Login |
| 2019-10-31 04:20:05 UTC | 2607:fb90:836b:2a67:a51e:12b:5f95:62e9 | Login |
| 2019-10-31 01:34:11 UTC | 2603:3023:31a:1000:5896:7e18:7635:be5d | Login |
| 2019-10-31 01:04:59 UTC | 2603:3023:31a:1000:5896:7e18:7635:be5d | Login |
| 2019-10-30 17:58:34 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 16:40:58 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 15:16:34 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 13:33:26 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 13:25:45 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 11:22:11 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |

| | | |
|---|---|---|
| 2019-10-30 06:31:14 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-30 04:35:54 UTC | 2603:3023:31a:1000:413f:1f10:125d:5e55 | Login |
| 2019-10-29 20:55:58 UTC | 2607:fb90:b29e:7a9b:10a0:b7dd:5ac2:e283 | Login |
| 2019-10-29 18:04:15 UTC | 2603:3023:31a:1000:3147:d677:f9c9:292d | Login |
| 2019-10-29 13:26:41 UTC | 2603:3023:31a:1000:fdb8:88c5:f8e8:a2b3 | Login |
| 2019-10-29 06:26:30 UTC | 2603:3023:31a:1000:fdb8:88c5:f8e8:a2b3 | Login |
| 2019-10-28 16:40:29 UTC | 2603:3023:31a:1000:fd16:ebc9:cfb5:1700 | Login |
| 2019-10-28 15:18:13 UTC | 2603:3023:31a:1000:fd16:ebc9:cfb5:1700 | Login |
| 2019-10-28 15:10:29 UTC | 2603:3023:31a:1000:fd16:ebc9:cfb5:1700 | Login |
| 2019-10-28 06:42:38 UTC | 2603:3023:31a:1000:fd16:ebc9:cfb5:1700 | Login |
| 2019-10-27 16:47:02 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 16:38:18 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 13:32:58 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 13:24:19 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 08:45:42 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 08:40:38 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 04:21:18 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-27 04:13:46 UTC | 2603:3023:31a:1000:60e3:d661:2b61:356b | Login |
| 2019-10-26 18:06:09 UTC | 2603:3023:31a:1000:20c6:7de8:ac0c:10c3 | Login |
| 2019-10-26 17:56:09 UTC | 2603:3023:31a:1000:20c6:7de8:ac0c:10c3 | Login |
| 2019-10-26 16:41:11 UTC | 2603:3023:31a:1000:20c6:7de8:ac0c:10c3 | Login |
| 2019-10-26 13:39:29 UTC | 2603:3023:31a:1000:20c6:7de8:ac0c:10c3 | Login |
| 2019-10-26 01:44:54 UTC | 2603:3023:31a:1000:20c6:7de8:ac0c:10c3 | Login |
| 2019-10-25 23:05:39 UTC | 2607:fb90:b2d4:cf98:1c34:c17:b5c5:25a2 | Login |
| 2019-10-25 18:03:03 UTC | 2603:3023:31a:1000:a148:9281:ecc4:5fe8 | Login |
| 2019-10-25 17:55:04 UTC | 2603:3023:31a:1000:a148:9281:ecc4:5fe8 | Login |
| 2019-10-25 16:43:01 UTC | 2603:3023:31a:1000:a148:9281:ecc4:5fe8 | Login |
| 2019-10-25 15:11:35 UTC | 2603:3023:31a:1000:a148:9281:ecc4:5fe8 | Login |

| | | |
|---|---|---|
| 2019-10-25 04:09:55 UTC | 2603:3023:31a:1000:a148:9281:ecc4:5fe8 | Login |
| 2019-10-24 15:39:43 UTC | 2603:3023:31a:1000:ccf7:a72e:e30c:630d | Login |
| 2019-10-24 15:21:44 UTC | 2603:3023:31a:1000:ccf7:a72e:e30c:630d | Login |
| 2019-10-24 14:50:11 UTC | 2603:3023:31a:1000:ccf7:a72e:e30c:630d | Login |
| 2019-10-24 08:41:18 UTC | 2603:3023:31a:1000:ccf7:a72e:e30c:630d | Login |
| 2019-10-24 06:24:51 UTC | 2603:3023:31a:1000:ccf7:a72e:e30c:630d | Login |
| 2019-10-24 00:41:12 UTC | 2607:fb90:b2d4:f390:281d:1a26:eda2:e247 | Login |
| 2019-10-23 22:38:39 UTC | 2607:fb90:b2d4:f390:281d:1a26:eda2:e247 | Login |
| 2019-10-23 22:38:39 UTC | 2607:fb90:b2d4:f390:281d:1a26:eda2:e247 | Login |
| 2019-10-23 16:41:58 UTC | 2607:fb90:b2d4:f390:281d:1a26:eda2:e247 | Login |
| 2019-10-23 15:31:06 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 15:16:33 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 15:04:19 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 14:43:50 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 14:23:57 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 08:42:49 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-23 06:24:46 UTC | 2603:3023:31a:1000:422:8419:b11b:8e4a | Login |
| 2019-10-22 23:53:24 UTC | 2607:fb90:8364:d725:b14c:db82:d12c:ac76 | Login |
| 2019-10-22 17:54:17 UTC | 2603:3023:31a:1000:edb0:61dd:367b:5faa | Login |
| 2019-10-22 15:27:23 UTC | 2603:3023:31a:1000:124:4c23:5d8a:a802 | Login |
| 2019-10-22 04:14:15 UTC | 2603:3023:31a:1000:124:4c23:5d8a:a802 | Login |
| 2019-10-22 04:11:23 UTC | 2603:3023:31a:1000:cf1:f5e:d955:9395 | Login |
| 2019-10-22 03:47:50 UTC | 2603:3023:31a:1000:edb0:61dd:367b:5faa | Logout |
| 2019-10-21 15:32:23 UTC | 2603:3023:31a:1000:124:4c23:5d8a:a802 | Login |
| 2019-10-21 15:24:23 UTC | 73.109.30.232 | Login |
| 2019-10-21 15:07:17 UTC | 2603:3023:31a:1000:b830:9d7d:da12:b077 | Login |
| 2019-10-21 14:42:36 UTC | 2603:3023:31a:1000:b830:9d7d:da12:b077 | Login |
| 2019-10-21 14:34:17 UTC | 2603:3023:31a:1000:b830:9d7d:da12:b077 | Login |

| | | |
|---|---|---|
| 2019-10-21 13:55:45 UTC | 2603:3023:31a:1000:b830:9d7d:da12:b077 | Login |
| 2019-10-21 08:49:51 UTC | 2603:3023:31a:1000:b830:9d7d:da12:b077 | Login |
| 2019-10-21 08:38:50 UTC | 73.109.30.232 | Login |
| 2019-10-21 04:47:35 UTC | 2603:3023:31a:1000:124:4c23:5d8a:a802 | Login |
| 2019-10-21 04:46:41 UTC | 2603:3023:31a:1000:124:4c23:5d8a:a802 | Login |
| 2019-10-20 16:40:46 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 15:37:25 UTC | 2603:3023:31a:1000:ac55:b86:c32c:d3f1 | Login |
| 2019-10-20 15:28:21 UTC | 2603:3023:31a:1000:ac55:b86:c32c:d3f1 | Login |
| 2019-10-20 15:23:00 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 15:20:04 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 15:04:25 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 14:55:14 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 14:43:36 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 14:29:54 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 14:06:28 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 13:55:15 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-20 08:41:26 UTC | 2603:3023:31a:1000:41db:5d18:ae45:4898 | Login |
| 2019-10-19 23:58:20 UTC | 2607:fb90:8374:8302:e9ca:897:4a90:9e98 | Login |
| 2019-10-19 19:55:51 UTC | 2607:fb90:8374:8302:3513:c662:46f1:cab7 | Login |
| 2019-10-19 16:49:03 UTC | 2607:fb90:8374:8302:3513:c662:46f1:cab7 | Login |
| 2019-10-19 15:49:31 UTC | 2603:3023:31a:1000:403c:194d:cdc8:9a47 | Login |
| 2019-10-19 15:31:32 UTC | 2603:3023:31a:1000:ac55:b86:c32c:d3f1 | Login |
| 2019-10-19 04:26:51 UTC | 2603:3023:31a:1000:403c:194d:cdc8:9a47 | Login |
| 2019-10-19 04:09:19 UTC | 2603:3023:31a:1000:79e9:6896:736a:4f3 | Login |
| 2019-10-18 15:32:24 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-18 08:49:22 UTC | 2603:3023:31a:1000:d8e2:8ac8:2a65:309 | Login |
| 2019-10-18 08:41:45 UTC | 2603:3023:31a:1000:d8e2:8ac8:2a65:309 | Login |
| 2019-10-18 04:21:07 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |

| | | |
|---|---|---|
| 2019-10-17 15:31:13 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-17 14:55:20 UTC | 2603:3023:31a:1000:10f7:b7e2:e2ee:1a23 | Login |
| 2019-10-17 14:35:29 UTC | 2603:3023:31a:1000:10f7:b7e2:e2ee:1a23 | Login |
| 2019-10-17 05:39:14 UTC | 2603:3023:31a:1000:7c92:1ae4:7a41:fd03 | Login |
| 2019-10-17 04:22:13 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-17 04:12:03 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-17 00:11:22 UTC | 2603:3023:31a:1000:f890:37f1:e0ae:7849 | Login |
| 2019-10-16 15:31:44 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-16 15:17:53 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 14:54:13 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 14:45:03 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 14:06:17 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 08:44:09 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 06:35:35 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 05:52:30 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-16 05:37:39 UTC | 2603:3023:31a:1000:a57d:1a4c:4e57:751b | Login |
| 2019-10-15 20:29:10 UTC | 2607:fb90:b2e5:6e41:f897:16cb:1c8f:9600 | Login |
| 2019-10-15 15:37:27 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 15:36:43 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-15 15:28:42 UTC | 73.109.30.232 | Login |
| 2019-10-15 15:25:29 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 15:16:35 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 15:03:30 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 14:55:52 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 14:42:37 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 14:30:58 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 14:25:12 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 13:56:35 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |

| | | |
|---|---|---|
| 2019-10-15 08:46:02 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 06:23:37 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 05:48:38 UTC | 2603:3023:31a:1000:c4c7:c25e:b582:164e | Login |
| 2019-10-15 04:15:32 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-14 15:36:04 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-14 15:28:18 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-14 15:26:18 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-14 15:01:13 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 14:53:38 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 14:43:27 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 14:28:33 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 14:03:40 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 08:44:42 UTC | 2603:3023:31a:1000:814b:bfd0:121d:ea0c | Login |
| 2019-10-14 04:15:34 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-13 17:56:06 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 17:09:10 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 17:02:24 UTC | 2603:3023:31a:1000:b1ed:7717:6de1:9ca4 | Login |
| 2019-10-13 16:15:28 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-13 15:46:32 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 15:33:10 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 15:12:46 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 15:02:26 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 14:44:02 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 14:24:53 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 13:54:42 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 08:44:57 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 06:29:42 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |
| 2019-10-13 05:49:37 UTC | 2603:3023:31a:1000:fc9b:60f5:202f:7134 | Login |

| | | |
|---|---|---|
| 2019-10-13 04:27:16 UTC | 2603:3023:31a:1000:79e9:6896:736a:4f3 | Login |
| 2019-10-13 02:36:50 UTC | 2603:3023:31a:1000:20a4:4f58:ff99:1ad0 | Login |
| 2019-10-12 08:55:19 UTC | 2603:3023:31a:1000:6c46:8386:1311:45ee | Login |
| 2019-10-12 06:33:26 UTC | 2603:3023:31a:1000:6c46:8386:1311:45ee | Login |
| 2019-10-12 05:45:35 UTC | 2603:3023:31a:1000:79e9:6896:736a:4f3 | Login |
| 2019-10-12 05:37:22 UTC | 2603:3023:31a:1000:79e9:6896:736a:4f3 | Login |
| 2019-10-11 18:02:43 UTC | 2607:fb90:9c32:52da:1856:5c79:ade1:bfff | Login |
| 2019-10-11 15:14:26 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 14:55:07 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 14:45:15 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 14:31:24 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 14:24:42 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 13:55:16 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 05:51:16 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-11 05:41:41 UTC | 2603:3023:31a:1000:60f0:544:3ab7:ce32 | Login |
| 2019-10-10 21:24:10 UTC | 2603:3023:31a:1000:38ef:eca:f787:156f | Login |
| 2019-10-10 19:06:08 UTC | 2603:3023:31a:1000:3d69:99c5:1e7b:33f3 | Login |
| 2019-10-10 18:49:33 UTC | 2603:3023:31a:1000:3d69:99c5:1e7b:33f3 | Login |
| 2019-10-10 17:55:40 UTC | 2603:3023:31a:1000:3d69:99c5:1e7b:33f3 | Login |
| 2019-10-10 06:31:10 UTC | 2603:3023:31a:1000:3d69:99c5:1e7b:33f3 | Login |
| 2019-10-09 20:01:16 UTC | 2607:fb90:82ae:5843:a0cd:4aae:7cfa:1306 | Login |
| 2019-10-09 05:45:49 UTC | 2603:3023:31a:1000:2824:291a:9872:92fd | Login |
| 2019-10-08 21:04:46 UTC | 2603:3023:31a:1000:603e:4f22:de47:f622 | Login |
| 2019-10-08 20:57:02 UTC | 2603:3023:31a:1000:603e:4f22:de47:f622 | Login |
| 2019-10-08 20:36:20 UTC | 2603:3023:31a:1000:603e:4f22:de47:f622 | Login |
| 2019-10-08 17:10:57 UTC | 2607:fb90:b2ea:26b2:69fe:1254:775c:2267 | Login |
| 2019-10-08 14:40:47 UTC | 2603:3023:31a:1000:8ec:1eef:29b9:6d2f | Login |
| 2019-10-08 14:01:46 UTC | 2603:3023:31a:1000:8ec:1eef:29b9:6d2f | Login |

| 2019-10-07 17:56:20 UTC | 2603:3023:31a:1000:f92f:596e:800b:d38f | Login |
| 2019-10-07 17:14:06 UTC | 2603:3023:31a:1000:f92f:596e:800b:d38f | Login |
| 2019-10-07 05:37:40 UTC | 2603:3023:31a:1000:d85d:f30b:3a1e:2c8c | Login |
| 2019-10-06 17:20:13 UTC | 2607:fb90:b2d3:804a:e4e8:ee59:646:5e79 | Login |
| 2019-10-06 05:45:06 UTC | 2603:3023:31a:1000:f5d7:723c:3f03:388 | Login |
| 2019-10-05 17:55:28 UTC | 2603:3023:31a:1000:1878:3d8c:9168:b81 | Login |
| 2019-10-05 05:51:23 UTC | 2603:3023:31a:1000:b8c1:e60:3eda:3988 | Login |
| 2019-10-04 18:13:07 UTC | 2607:fb90:b252:7b46:1bf:12c7:29d8:3b11 | Login |
| 2019-10-03 20:27:34 UTC | 2607:fb90:b2d5:c0d2:84d3:6080:b53:63a | Login |

############## * **Google Confidential and Proprietary** * ##############

############### * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 906934089071
Name: Eric Shibley
e-Mail: shibley98126@gmail.com
Alternate e-Mails:

Created on: 2020-04-29 09:05:29 UTC
Terms of Service IP: 2603:3023:31a:1000:dc23:2b00:9787:1ad1

Services: Gmail, Web & App Activity, Location History, Google Hangouts, YouTube

Deletion Date:
Deletion IP:

Last Logins: 2020-06-24 05:42:37 UTC, 2020-06-21 17:39:13 UTC, 2020-05-07 06:22:04 UTC

## ACCOUNT RECOVERY

Recovery e-Mail: shibleenyc@yahoo.com
Recovery SMS: +12067717868 [US]

## PHONE NUMBERS

Signin Phone Numbers: +12067717868 [US]
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-06-24 05:42:37 UTC | 2603:3023:31a:1000:3537:f794:9f30:6422 | Login |
| 2020-06-21 17:40:35 UTC | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | Login |
| 2020-06-21 17:39:13 UTC | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | Login |
| 2020-05-07 06:22:04 UTC | 2603:3023:31a:1000:90c8:2b68:9e21:810d | Login |
| 2020-05-06 00:06:23 UTC | 2603:3023:31a:1000:492d:2956:6042:a6e6 | Login |
| 2020-05-01 19:50:29 UTC | 2607:fb90:f36:d0c0:3466:8b84:f35c:dadc | Login |
| 2020-05-01 04:59:34 UTC | 2603:3023:31a:1000:313e:4953:bfbd:5639 | Login |
| 2020-04-29 13:07:17 UTC | 2603:3023:31a:1000:5ac:7269:51c6:b5a7 | Login |
| 2020-04-29 09:05:30 UTC | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | Login |

############## * Google Confidential and Proprietary * ##############

############# * Google Confidential and Proprietary * #############

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 65
Admitted _____

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 509989950613
Name: Eric Shibley
e-Mail: shibley98271@gmail.com
Alternate e-Mails:

Created on: 2013-09-21 01:02:10 UTC
Terms of Service IP: 50.125.93.49

Services: Web & App Activity, Gmail, Google Photos, Google Hangouts, Android, Google Calendar, YouTube, Google Play, Location History, Google Chrome Sync, Google Cloud Print, Google My Maps

Deletion Date:
Deletion IP:

Last Logins: 2020-06-24 05:43:19 UTC, 2020-06-21 17:39:37 UTC, 2020-05-19 18:58:07 UTC

## ACCOUNT RECOVERY

Recovery e-Mail: shibleenyc@yahoo.com
Recovery SMS: +13609901538 [US]

## PHONE NUMBERS

Signin Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-06-24 05:43:19 UTC | 2603:3023:31a:1000:3537:f794:9f30:6422 | Login |
| 2020-06-21 17:39:38 UTC | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | Login |
| 2020-05-19 18:59:21 UTC | 2603:3023:31a:1000:9922:2f41:8ce0:4e30 | Login |
| 2020-05-19 18:58:07 UTC | 2603:3023:31a:1000:9922:2f41:8ce0:4e30 | Login |
| 2020-05-08 11:45:52 UTC | 2603:3023:31a:1000:6ded:60e1:f092:cfe2 | Login |
| 2020-05-06 22:32:52 UTC | 2603:3023:31a:1000:20de:3734:25b9:d9c3 | Login |
| 2020-05-06 22:29:25 UTC | 2603:3023:31a:1000:fd2b:8caa:a60e:31b3 | Login |
| 2020-05-06 21:54:57 UTC | 2603:3023:31a:1000:20de:3734:25b9:d9c3 | Login |
| 2020-04-30 05:33:30 UTC | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | Login |

| 2020-04-29 04:28:34 UTC | 2603:3023:31a:1000:4497:9eec:8969:ac6b | Login |
| 2020-04-27 18:04:04 UTC | 2603:3023:31a:1000:ddb1:34c7:be3b:9072 | Login |
| 2020-04-24 02:21:39 UTC | 2603:3023:31a:1000:e126:ebcb:133f:4864 | Login |

############## * **Google Confidential and Proprietary** * ##############

# Oath: Subscriber Details

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

## Request Information

| | |
|---|---|
| Target | **shibleenyc** |
| Brand | **Yahoo** |

## User Information

| Attribute | Value |
|---|---|
| Login ID(s) | shibleenyc |
| GUID | NCM6XMSUH45ZEGDF2CVH2RJGSA |
| Mail Name | shibleenyc@yahoo.com |
| Account Status | active |
| Registration IP Address | 172.139.142.202 |
| Account Created (reg) | Sunday, January 8, 2006 04:50:53 UTC |
| Full Name | Eric Shibley |
| Address1 | ██████████ |
| Address2 | |
| City | Sammamish |
| State, territory, or province | WA |
| Country | US |
| Zip/Postal Code | ████ |
| Time Zone | ET |
| Alternate Email Address(es) | shibleymedical@outlook.com Verified |
| Phones | +12067717868 Verified |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 66
Admitted _____
```

# Oath: Login Activity Summary

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

### Request Information

| | |
|---|---|
| Target | shibleenyc |
| Start Date | 2019-06-24 00:00:00 |
| End Date | 2020-06-24 23:59:59 |
| Time Zone | (UTC) Coordinated Universal Time |
| Count | 118 |

### Login Activity

| # | User ID | IP | Port | TimeStamp |
|---|---|---|---|---|
| 1 | shibleenyc | 2603:3023:31a:1000:ad2b:1626:d2df:23b9 | 54549 | June 24 2020 08:07:45 |
| 2 | shibleenyc | 35.224.253.135 | 59012 | June 24 2020 05:44:47 |
| 3 | shibleenyc | 2603:3023:31a:1000:3537:f794:9f30:6422 | 50909 | June 24 2020 05:44:46 |
| 4 | shibleenyc | 2607:fb90:b2d0:dec4:74ef:a4cc:867:a5aa | 63178 | June 24 2020 03:19:20 |
| 5 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 60438 | June 22 2020 19:50:50 |
| 6 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 54207 | June 22 2020 02:38:03 |
| 7 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 53169 | June 21 2020 20:49:32 |
| 8 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 49635 | June 21 2020 19:39:32 |
| 9 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 50015 | June 21 2020 18:24:29 |
| 10 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60324 | June 21 2020 17:27:42 |
| 11 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60321 | June 21 2020 17:27:41 |
| 13 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60245 | June 21 2020 17:27:18 |
| 14 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60243 | June 21 2020 17:27:17 |
| 15 | shibleenyc | 2603:3023:31a:1000:14c4:8f0:30ab:c8e8 | 55779 | June 20 2020 01:50:30 |
| 16 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59786 | June 19 2020 21:49:32 |
| 18 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59204 | June 19 2020 20:42:38 |
| 19 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59202 | June 19 2020 20:42:37 |
| 20 | shibleenyc | 2603:3023:31a:1000:546f:1e5e:be6e:c796 | 57809 | June 18 2020 01:31:26 |
| 21 | shibleenyc | 2603:3023:31a:1000:4494:cef4:8a95:fce8 | 60221 | June 09 2020 22:03:53 |
| 22 | shibleenyc | 2603:3023:31a:1000:450d:8931:849:8592 | 63599 | June 08 2020 21:42:42 |
| 24 | shibleenyc | 2603:3023:31a:1000:f8de:1b71:927:b446 | 55282 | June 08 2020 21:41:29 |
| 25 | shibleenyc | 2603:3023:31a:1000:f8de:1b71:927:b446 | 55277 | June 08 2020 21:41:15 |
| 26 | shibleenyc | 2603:3023:31a:1000:6082:8beb:31bc:3b28 | 50361 | June 06 2020 21:07:20 |
| 27 | shibleenyc | 2603:3023:31a:1000:94f1:5f02:1580:47c2 | 57139 | June 05 2020 03:58:43 |
| 28 | shibleenyc | 2603:3023:31a:1000:94f1:5f02:1580:47c2 | 65361 | June 04 2020 16:29:44 |
| 29 | shibleenyc | 2603:3023:31a:1000:d1a4:50dd:86bd:f2de | 64937 | June 02 2020 19:58:28 |
| 31 | shibleenyc | 2603:3023:31a:1000:d4ef:b9d7:e02f:c833 | 60482 | June 02 2020 17:16:08 |
| 32 | shibleenyc | 2603:3023:31a:1000:d4ef:b9d7:e02f:c833 | 60480 | June 02 2020 17:16:07 |
| 33 | shibleenyc | 2603:3023:31a:1000:4cc:24aa:8224:ca82 | 55135 | June 01 2020 19:14:54 |
| 34 | shibleenyc | 2603:3023:31a:1000:8c37:5789:6255:4842 | 49654 | June 01 2020 15:33:12 |
| 35 | shibleenyc | 2603:3023:31a:1000:c9d5:5054:bcb9:5cf0 | 57493 | May 28 2020 23:21:06 |
| 36 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 55612 | May 18 2020 19:40:04 |
| 37 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 54866 | May 18 2020 19:14:27 |
| 38 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 54862 | May 18 2020 19:14:26 |
| 41 | shibleenyc | 2603:3023:31a:1000:b10b:772e:666d:f467 | 54857 | May 18 2020 12:06:03 |
| 44 | shibleenyc | 2603:3023:31a:1000:f0b:f7b7:e8ac:9e38 | 56546 | May 17 2020 14:28:12 |
| 45 | shibleenyc | 2603:3023:31a:1000:c566:31e:814c:d877 | 57623 | May 16 2020 15:31:44 |
| 46 | shibleenyc | 2607:fb90:b247:da04:108:c20a:6a0e:f9ca | 55439 | May 14 2020 22:17:02 |
| 47 | shibleenyc | 2603:3023:31a:1000:290a:883c:3a84:ce03 | 51450 | May 14 2020 07:56:53 |
| 48 | shibleenyc | 2603:3023:31a:1000:290a:883c:3a84:ce03 | 51446 | May 14 2020 07:56:51 |
| 50 | shibleenyc | 2603:3023:31a:1000:f03a:8a62:cb91:9a01 | 51834 | May 12 2020 21:45:12 |
| 52 | shibleenyc | 2603:3023:31a:1000:757d:23ce:2155:3772 | 64679 | May 11 2020 10:22:05 |
| 53 | shibleenyc | 2603:3023:31a:1000:20de:3734:25b9:d9c3 | 61820 | May 06 2020 22:28:19 |
| 54 | shibleenyc | 2603:3023:31a:1000:492d:2956:6042:a6e6 | 62957 | May 06 2020 00:51:44 |
| 55 | shibleenyc | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | 49934 | April 30 2020 06:46:36 |
| 56 | shibleenyc | 2603:3023:31a:1000:28e0:b12e:2ff4:66db | 57283 | April 24 2020 20:25:19 |
| 57 | shibleenyc | 2603:3023:31a:1000:6179:5058:ac86:c56f | 49931 | April 17 2020 12:23:49 |
| 58 | shibleenyc | 2603:3023:31a:1000:9d8d:4510:2554:b5d8 | 59159 | April 08 2020 23:17:31 |
| 59 | shibleenyc | 2603:3023:31a:1000:c4d6:36a6:8729:6dcc | 54316 | March 31 2020 03:30:22 |
| 60 | shibleenyc | 2603:3023:31a:1000:f48a:3625:461b:f0a3 | 64590 | March 23 2020 19:56:23 |
| 63 | shibleenyc | 2603:3023:31a:1000:31e7:eeb9:115:960c | 55255 | March 19 2020 18:25:59 |
| 64 | shibleenyc | 2603:3023:31a:1000:2118:cb69:f2a9:d0f0 | 64352 | March 17 2020 07:53:22 |
| 65 | shibleenyc | 2603:3023:31a:1000:299b:2f23:75a7:56aa | 50045 | March 09 2020 19:49:13 |
| 66 | shibleenyc | 2603:3023:31a:1000:3d7b:7ec8:1d7f:1452 | 49809 | March 09 2020 01:55:47 |
| 67 | shibleenyc | 2603:3023:31a:1000:449c:e83f:b399:5692 | 65193 | March 08 2020 21:44:31 |
| 68 | shibleenyc | 2603:3023:31a:1000:e071:14d:95dc:3f56 | 63453 | March 04 2020 07:13:52 |
| 69 | shibleenyc | 2603:3023:31a:1000:8015:3b7e:631b:fc48 | 62381 | March 03 2020 06:48:28 |
| 70 | shibleenyc | 2603:3023:31a:1000:6179:5058:ac86:c56f | 53993 | February 20 2020 18:29:46 |
| 71 | shibleenyc | 2603:3023:31a:1000:8dbf:2007:d165:d0a8 | 54038 | February 12 2020 06:45:50 |

| 72 | shibleenyc | 2603:3023:31a:1000:444f:71da:9edb:5587 | 58850 | February 06 2020 18:28:33 |
| 73 | shibleenyc | 2603:3023:31a:1000:c11b:5c63:1a8b:58a | 56880 | February 06 2020 03:18:43 |
| 74 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 57817 | January 23 2020 03:06:31 |
| 75 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 54972 | January 22 2020 19:01:40 |
| 76 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 54902 | January 22 2020 19:01:17 |
| 77 | shibleenyc | 2603:3023:31a:1000:ad04:11a0:a20c:d967 | 53072 | January 14 2020 19:31:37 |
| 78 | shibleenyc | 2603:3023:31a:1000:348c:f140:bd66:f0ef | 62347 | January 09 2020 02:44:45 |
| 79 | shibleenyc | 2603:3023:31a:1000:f17c:97f6:df30:1df | 62942 | December 30 2019 18:56:15 |
| 80 | shibleenyc | 2603:3023:31a:1000:dc7b:3d16:4b16:cce7 | 62672 | December 26 2019 02:35:58 |
| 81 | shibleenyc | 2603:3023:31a:1000:fc8b:8c5a:d252:1f04 | 59810 | December 17 2019 00:05:52 |
| 82 | shibleenyc | 2603:3023:31a:1000:1c86:e568:3640:bd3f | 56767 | December 12 2019 02:32:04 |
| 83 | shibleenyc | 2603:3023:31a:1000:6116:c93:35a8:ee6e | 55309 | December 03 2019 19:49:25 |
| 84 | shibleenyc | 2603:3023:31a:1000:c41f:1924:4ead:725a | 52868 | November 28 2019 09:29:02 |
| 85 | shibleenyc | 2603:3023:31a:1000:b189:e83e:ab8d:ad1a | 54306 | November 19 2019 18:36:11 |
| 86 | shibleenyc | 2603:3023:31a:1000:4d65:500a:60b9:e354 | 55439 | November 14 2019 02:19:50 |
| 87 | shibleenyc | 2603:3023:31a:1000:4dd1:4792:974b:b2db | 64780 | November 11 2019 22:55:12 |
| 88 | shibleenyc | 2603:3023:31a:1000:fde1:7536:8451:58e4 | 61374 | November 04 2019 17:43:45 |
| 89 | shibleenyc | 2603:3023:31a:1000:210a:615d:9da1:8c74 | 49905 | October 31 2019 00:42:24 |
| 90 | shibleenyc | 2603:3023:31a:1000:210a:615d:9da1:8c74 | 64996 | October 30 2019 17:38:43 |
| 91 | shibleenyc | 2603:3023:31a:1000:d04c:2a33:4964:a6a8 | 61731 | October 23 2019 16:34:11 |
| 92 | shibleenyc | 2603:3023:31a:1000:49f2:ea3c:1e4:1583 | 60886 | October 16 2019 23:10:21 |
| 93 | shibleenyc | 2603:3023:31a:1000:158e:e4de:6f19:e584 | 58201 | October 15 2019 21:12:36 |
| 94 | shibleenyc | 2603:3023:31a:1000:c59:e553:a752:640a | 58856 | October 09 2019 23:52:22 |
| 95 | shibleenyc | 2603:3023:31a:1000:4cd9:a6f9:8ad2:612e | 51066 | October 02 2019 22:41:58 |
| 96 | shibleenyc | 2603:3023:31a:1000:4cd9:a6f9:8ad2:612e | 49567 | October 02 2019 19:38:39 |
| 97 | shibleenyc | 2603:3023:31a:1000:99b8:a0e6:7e29:147d | 49552 | September 25 2019 15:47:51 |
| 98 | shibleenyc | 2603:3023:31a:1000:45ff:a81e:2782:d668 | 52244 | September 18 2019 22:28:20 |
| 99 | shibleenyc | 2603:3023:31a:1000:c932:616c:ae70:705a | 61208 | September 16 2019 17:50:16 |
| 100 | shibleenyc | 2603:3023:31a:1000:c0f7:39c7:cc50:f718 | 55999 | September 04 2019 22:11:02 |
| 101 | shibleenyc | 2607:fb90:b2a9:7b67:49e9:f2d9:a186:2498 | 53339 | September 04 2019 19:52:00 |
| 102 | shibleenyc | 2607:fb90:b286:595a:c0cf:f3:6045:cdb9 | 61645 | September 02 2019 02:09:13 |
| 103 | shibleenyc | 2603:3023:31a:1000:2dba:7376:c739:d56a | 64609 | August 31 2019 19:45:25 |
| 104 | shibleenyc | 2603:3023:31a:1000:89c5:ff3b:88b9:d3c6 | 50322 | August 30 2019 23:07:33 |
| 105 | shibleenyc | 2607:fb90:b286:595a:d879:9513:4aab:5786 | 55640 | August 30 2019 02:59:56 |
| 106 | shibleenyc | 2607:fb90:b286:595a:d879:9513:4aab:5786 | 53540 | August 29 2019 23:08:38 |
| 107 | shibleenyc | 2603:3023:31a:1000:a170:7c07:2275:9609 | 62230 | August 29 2019 16:16:26 |
| 108 | shibleenyc | 2603:3023:31a:1000:c8ad:5bbb:8cbc:5dce | 57310 | August 28 2019 23:51:16 |
| 109 | shibleenyc | 2607:fb90:b286:595a:587e:4cef:cf6a:dd99 | 51515 | August 28 2019 18:03:49 |
| 110 | shibleenyc | 2603:3023:31a:1000:bcd1:d547:3f06:f9de | 58292 | August 28 2019 02:40:20 |
| 111 | shibleenyc | 2607:fb90:b286:595a:587e:4cef:cf6a:dd99 | 63039 | August 27 2019 17:45:29 |
| 112 | shibleenyc | 2607:fb90:b243:89b0:2d72:ca9:4cfd:45e5 | 56957 | August 26 2019 23:13:31 |
| 113 | shibleenyc | 2603:3023:31a:1000:21bd:a52c:bb8d:dbd3 | 65417 | August 24 2019 16:15:51 |
| 114 | shibleenyc | 2603:3023:31a:1000:d12d:aced:5566:1174 | 58361 | August 21 2019 22:15:11 |
| 115 | shibleenyc | 2603:3023:31a:1000:2497:75d4:948e:ad2e | 53287 | August 17 2019 01:07:42 |
| 116 | shibleenyc | 2607:fb90:b2ea:5632:30bd:4cfc:8f12:c36f | 49663 | August 16 2019 02:01:35 |
| 117 | shibleenyc | 2603:3023:31a:1000:1e2a:89a5:4593:e4f2:e79c | 54371 | August 08 2019 22:34:51 |
| 118 | shibleenyc | 2603:3023:31a:1000:c6b:2830:815c:3e85 | 56555 | August 07 2019 21:47:58 |
| 119 | shibleenyc | 2603:3023:31a:1000:8109:affc:3b6b:d397 | 50527 | August 06 2019 02:15:04 |
| 120 | shibleenyc | 2603:3023:31a:1000:80f3:918e:3f5f:c1eb | 55304 | August 03 2019 20:26:38 |
| 121 | shibleenyc | 2603:3023:31a:1000:2cf2:f2ec:7652:6127 | 58813 | July 31 2019 06:38:59 |
| 122 | shibleenyc | 2603:3023:31a:1000:568:2e1d:7ad0:3dac | 58120 | July 25 2019 21:27:19 |
| 123 | shibleenyc | 2603:3023:31a:1000:b9fa:da1:fdcb:8da2 | 51540 | July 24 2019 21:29:50 |
| 124 | shibleenyc | 2603:3023:31a:1000:1075:826f:7e10:3f8c | 63587 | July 24 2019 00:35:24 |
| 125 | shibleenyc | 2607:fb90:b2d0:10b7:b5:51c3:106d:b513 | 50652 | July 11 2019 19:56:52 |
| 126 | shibleenyc | 2603:3023:31a:1000:95ea:23d1:6ccc:ce0a | 56182 | July 11 2019 06:21:20 |
| 127 | shibleenyc | 2603:3023:31a:1000:95ea:23d1:6ccc:ce0a | 53814 | July 10 2019 21:23:29 |
| 128 | shibleenyc | 2603:3023:31a:1000:1864:4bce:4738:599e | 53630 | June 27 2019 15:28:51 |
| 129 | shibleenyc | 2603:3023:31a:1000:c0db:cc41:7074:f3b3 | 54779 | June 27 2019 05:18:24 |
| 130 | shibleenyc | 2603:3023:31a:1000:601f:272:1c0:56fb | 51046 | June 25 2019 06:10:05 |

 **Oath:** Login Activity Summary

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

**Request Information**

| | |
|---|---|
| Target | shibleenyc |
| Start Date | 2019-06-24 00:00:00 |
| End Date | 2020-06-24 23:59:59 |
| Time Zone | (UTC) Coordinated Universal Time |
| Count | 118 |

**Login Activity**

| # | User ID | IP | Port | TimeStamp |
|---|---------|-----|------|-----------|
| 1 | shibleenyc | 2603:3023:31a:1000:ad2b:1626:d2df:23b9 | 54549 | June 24 2020 08:07:45 |
| 2 | shibleenyc | 35.224.253.135 | 59012 | June 24 2020 05:44:47 |
| 3 | shibleenyc | 2603:3023:31a:1000:3537:f794:9f30:6422 | 50909 | June 24 2020 05:44:46 |
| 4 | shibleenyc | 2607:fb90:b2d0:dec4:74ef:a4cc:867:a5aa | 63178 | June 24 2020 03:19:20 |
| 5 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 60438 | June 22 2020 19:50:50 |
| 6 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 54207 | June 22 2020 02:38:03 |
| 7 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 53169 | June 21 2020 20:49:32 |
| 8 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 49635 | June 21 2020 19:39:32 |
| 9 | shibleenyc | 2607:fb90:836d:80fc:c5b1:5f3b:4152:5702 | 50015 | June 21 2020 18:24:29 |
| 10 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60324 | June 21 2020 17:27:42 |
| 11 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60321 | June 21 2020 17:27:41 |
| 13 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60245 | June 21 2020 17:27:18 |
| 14 | shibleenyc | 2603:3023:31a:1000:8971:9250:b8d4:fd77 | 60243 | June 21 2020 17:27:17 |
| 15 | shibleenyc | 2603:3023:31a:1000:14c4:8f0:30ab:c8e8 | 55779 | June 20 2020 01:50:30 |
| 16 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59786 | June 19 2020 21:49:32 |
| 18 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59204 | June 19 2020 20:42:38 |
| 19 | shibleenyc | 2607:fb90:b2a0:c65e:151:5621:d8d6:b4a2 | 59202 | June 19 2020 20:42:37 |
| 20 | shibleenyc | 2603:3023:31a:1000:546f:1e5e:be6e:c796 | 57809 | June 18 2020 01:31:26 |
| 21 | shibleenyc | 2603:3023:31a:1000:4494:cef4:8a95:fce8 | 60221 | June 09 2020 22:03:53 |
| 22 | shibleenyc | 2603:3023:31a:1000:450d:8931:849:8592 | 63599 | June 08 2020 21:42:42 |
| 24 | shibleenyc | 2603:3023:31a:1000:f8de:1b71:b927:b446 | 55282 | June 08 2020 21:41:29 |
| 25 | shibleenyc | 2603:3023:31a:1000:f8de:1b71:b927:b446 | 55277 | June 08 2020 21:41:15 |
| 26 | shibleenyc | 2603:3023:31a:1000:6082:8beb:31bc:3b28 | 50361 | June 06 2020 21:07:20 |
| 27 | shibleenyc | 2603:3023:31a:1000:94f1:5f02:1580:47c2 | 57139 | June 05 2020 03:58:43 |
| 28 | shibleenyc | 2603:3023:31a:1000:94f1:5f02:1580:47c2 | 65361 | June 04 2020 16:29:44 |
| 29 | shibleenyc | 2603:3023:31a:1000:d1a4:50dd:86bd:f2de | 64937 | June 02 2020 19:58:28 |
| 31 | shibleenyc | 2603:3023:31a:1000:d4ef:b9d7:e02f:c833 | 60482 | June 02 2020 17:16:08 |
| 32 | shibleenyc | 2603:3023:31a:1000:d4ef:b9d7:e02f:c833 | 60480 | June 02 2020 17:16:07 |
| 33 | shibleenyc | 2603:3023:31a:1000:4cc:24aa:8224:ca82 | 55135 | June 01 2020 19:14:54 |
| 34 | shibleenyc | 2603:3023:31a:1000:8c37:5789:6255:4842 | 49654 | June 01 2020 15:53:12 |
| 35 | shibleenyc | 2603:3023:31a:1000:c9d5:5054:bcb9:5cf0 | 57493 | May 28 2020 23:21:06 |
| 36 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 55612 | May 18 2020 19:40:04 |
| 37 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 54866 | May 18 2020 19:14:27 |
| 38 | shibleenyc | 2603:3023:31a:1000:8881:3ac2:4d32:aae3 | 54862 | May 18 2020 19:14:26 |
| 41 | shibleenyc | 2603:3023:31a:1000:b10b:772e:666d:f467 | 54857 | May 18 2020 12:06:03 |
| 44 | shibleenyc | 2603:3023:31a:1000:e10b:f7b7:e8ac:9e38 | 56546 | May 17 2020 14:28:12 |
| 45 | shibleenyc | 2603:3023:31a:1000:d566:312e:814c:d877 | 57623 | May 16 2020 15:31:44 |
| 46 | shibleenyc | 2607:fb90:b247:da04:10b8:c20a:6a0e:f9ca | 55439 | May 14 2020 22:17:02 |
| 47 | shibleenyc | 2603:3023:31a:1000:290a:883c:3a84:ce03 | 51450 | May 14 2020 07:56:53 |
| 48 | shibleenyc | 2603:3023:31a:1000:290a:883c:3a84:ce03 | 51446 | May 14 2020 07:56:51 |
| 50 | shibleenyc | 2603:3023:31a:1000:f03a:8a62:cb91:9a01 | 51834 | May 12 2020 21:45:12 |
| 52 | shibleenyc | 2603:3023:31a:1000:757d:23ce:2155:3772 | 64679 | May 11 2020 10:22:05 |
| 53 | shibleenyc | 2603:3023:31a:1000:20de:3734:25b9:d9c3 | 61820 | May 06 2020 22:28:19 |
| 54 | shibleenyc | 2603:3023:31a:1000:492d:2956:6042:a6e6 | 62957 | May 06 2020 00:51:44 |
| 55 | shibleenyc | 2603:3023:31a:1000:dc23:2b00:9787:1ad1 | 49934 | April 30 2020 06:46:36 |
| 56 | shibleenyc | 2603:3023:31a:1000:28e0:b12e:2ff4:66db | 57283 | April 24 2020 20:25:19 |
| 57 | shibleenyc | 2603:3023:31a:1000:6179:5058:ac86:c56f | 49931 | April 17 2020 12:23:49 |
| 58 | shibleenyc | 2603:3023:31a:1000:9d8d:4510:2554:b5d8 | 59159 | April 08 2020 23:17:31 |
| 59 | shibleenyc | 2603:3023:31a:1000:c4d6:36a6:8729:6dcc | 54316 | March 31 2020 03:30:22 |
| 60 | shibleenyc | 2603:3023:31a:1000:f48a:3625:461b:f0a3 | 64590 | March 23 2020 19:56:23 |
| 63 | shibleenyc | 2603:3023:31a:1000:31e7:eeb9:115:960c | 55255 | March 19 2020 18:25:59 |
| 64 | shibleenyc | 2603:3023:31a:1000:2118:cb69:f2a9:d0f0 | 64352 | March 17 2020 07:53:22 |
| 65 | shibleenyc | 2603:3023:31a:1000:299b:2f23:75a7:56aa | 50045 | March 09 2020 19:49:13 |
| 66 | shibleenyc | 2603:3023:31a:1000:3d7b:7ec8:1d7f:1452 | 49809 | March 09 2020 01:55:47 |
| 67 | shibleenyc | 2603:3023:31a:1000:449c:e83f:b399:5692 | 65193 | March 08 2020 21:44:31 |
| 68 | shibleenyc | 2603:3023:31a:1000:e071:144d:95dc:3f56 | 63453 | March 04 2020 07:13:52 |
| 69 | shibleenyc | 2603:3023:31a:1000:8015:3b7e:631b:fc48 | 62381 | March 03 2020 06:48:28 |
| 70 | shibleenyc | 2603:3023:31a:1000:a920:7d2:dbec:94cf | 63993 | February 20 2020 18:29:46 |
| 71 | shibleenyc | 2603:3023:31a:1000:8dbf:2007:d165:d0a8 | 54038 | February 18 2020 06:45:50 |
| 72 | shibleenyc | 2603:3023:31a:1000:444f:71da:9edb:5587 | 58850 | February 06 2020 18:28:33 |

| 73 | shibleenyc | 2603:3023:31a:1000:c11b:5c63:1a8b:58a | 56880 | February 06 2020 03:18:43 |
|---|---|---|---|---|
| 74 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 57817 | January 23 2020 03:06:31 |
| 75 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 54972 | January 22 2020 01:01:40 |
| 76 | shibleenyc | 2603:3023:31a:1000:65c6:d45f:f881:3558 | 54902 | January 22 2020 19:01:17 |
| 77 | shibleenyc | 2603:3023:31a:1000:ad04:11a0:a20c:d967 | 53072 | January 14 2020 19:31:37 |
| 78 | shibleenyc | 2603:3023:31a:1000:348c:f140:bd66:f0ef | 62347 | January 09 2020 02:44:45 |
| 79 | shibleenyc | 2603:3023:31a:1000:f17c:9776:df30:1df | 62942 | December 30 2019 18:56:15 |
| 80 | shibleenyc | 2603:3023:31a:1000:dc7b:3d16:4b16:cce7 | 62672 | December 26 2019 02:35:58 |
| 81 | shibleenyc | 2603:3023:31a:1000:fc8b:8c5a:d252:1f04 | 59810 | December 17 2019 00:05:52 |
| 82 | shibleenyc | 2603:3023:31a:1000:1c86:e568:3640:bd3f | 56767 | December 12 2019 02:32:04 |
| 83 | shibleenyc | 2603:3023:31a:1000:6116:c93:35a8:ee6e | 55309 | December 03 2019 19:49:25 |
| 84 | shibleenyc | 2603:3023:31a:1000:c41f:1924:4ead:725a | 52868 | November 28 2019 02:29:02 |
| 85 | shibleenyc | 2603:3023:31a:1000:b189:e83e:ab8d:ad1a | 54306 | November 19 2019 18:36:11 |
| 86 | shibleenyc | 2603:3023:31a:1000:4d65:500a:60b9:e354 | 55439 | November 14 2019 02:19:50 |
| 87 | shibleenyc | 2603:3023:31a:1000:4dd1:4792:974b:b2db | 64780 | November 11 2019 22:55:12 |
| 88 | shibleenyc | 2603:3023:31a:1000:fde1:7536:8451:58e4 | 61374 | November 04 2019 17:43:45 |
| 89 | shibleenyc | 2603:3023:31a:1000:210a:615d:9da1:8c74 | 49905 | October 31 2019 00:42:24 |
| 90 | shibleenyc | 2603:3023:31a:1000:210a:615d:9da1:8c74 | 64996 | October 30 2019 17:38:43 |
| 91 | shibleenyc | 2603:3023:31a:1000:d04c:2a33:4964:a6a8 | 61731 | October 23 2019 16:34:11 |
| 92 | shibleenyc | 2603:3023:31a:1000:49f2:eac3c:1e4:1583 | 60886 | October 16 2019 23:10:21 |
| 93 | shibleenyc | 2603:3023:31a:1000:158e:e4de:6f19:e584 | 58201 | October 15 2019 21:12:36 |
| 94 | shibleenyc | 2603:3023:31a:1000:c59:e553:a752:640a | 58856 | October 09 2019 23:52:22 |
| 95 | shibleenyc | 2603:3023:31a:1000:4cd9:a6f9:8ad2:612e | 51066 | October 02 2019 22:41:58 |
| 96 | shibleenyc | 2603:3023:31a:1000:4cd9:a6f9:8ad2:612e | 49567 | October 02 2019 19:38:39 |
| 97 | shibleenyc | 2603:3023:31a:1000:99b8:a0e6:7e29:147d | 49552 | September 25 2019 15:47:51 |
| 98 | shibleenyc | 2603:3023:31a:1000:45ff:a81e:2782:d668 | 52244 | September 18 2019 22:28:20 |
| 99 | shibleenyc | 2603:3023:31a:1000:c932:616c:ae70:705a | 61208 | September 16 2019 17:50:16 |
| 100 | shibleenyc | 2603:3023:31a:1000:c0f7:39c7:cc50:f718 | 55999 | September 04 2019 22:21:02 |
| 101 | shibleenyc | 2607:fb90:b2a9:7b67:49e9:f2d9:a186:2498 | 53339 | September 04 2019 19:52:00 |
| 102 | shibleenyc | 2607:fb90:b286:595a:c0cf:f3:6045:cdb9 | 61645 | September 02 2019 02:09:13 |
| 103 | shibleenyc | 2603:3023:31a:1000:2dba:7376:c739:d56a | 64609 | August 31 2019 19:45:25 |
| 104 | shibleenyc | 2603:3023:31a:1000:89c5:ff3b:88b9:d3c6 | 50322 | August 30 2019 07:33 |
| 105 | shibleenyc | 2607:fb90:b286:595a:d879:9513:4aab:5786 | 55640 | August 30 2019 02:59:56 |
| 106 | shibleenyc | 2607:fb90:b286:595a:d879:9513:4aab:5786 | 53540 | August 29 2019 23:08:38 |
| 107 | shibleenyc | 2603:3023:31a:1000:a170:7c07:2275:9609 | 62230 | August 29 2019 16:16:26 |
| 108 | shibleenyc | 2603:3023:31a:1000:c8ad:5bbb:8cbc:5dce | 57310 | August 28 2019 23:51:16 |
| 109 | shibleenyc | 2607:fb90:b286:595a:587e:4cef:cf6a:dd99 | 51515 | August 28 2019 18:03:49 |
| 110 | shibleenyc | 2603:3023:31a:1000:bcd1:d547:3f06:f9de | 58292 | August 28 2019 02:40:20 |
| 111 | shibleenyc | 2607:fb90:b286:595a:587e:4cef:cf6a:dd99 | 63039 | August 27 2019 17:45:29 |
| 112 | shibleenyc | 2607:fb90:b243:89b0:2d72:ca9:4cfd:45e5 | 56957 | August 26 2019 23:13:31 |
| 113 | shibleenyc | 2603:3023:31a:1000:21bd:a52c:bb8d:dbd3 | 65417 | August 24 2019 16:15:51 |
| 114 | shibleenyc | 2603:3023:31a:1000:d12d:aced:5566:1174 | 58361 | August 21 2019 22:15:11 |
| 115 | shibleenyc | 2603:3023:31a:1000:2497:75d4:948e:ad2e | 53287 | August 17 2019 01:07:42 |
| 116 | shibleenyc | 2603:3023:31a:b2ea:5632:30bd:4cfc:8f12:c36f | 49663 | August 16 2019 02:01:35 |
| 117 | shibleenyc | 2607:fb90:b2d4:1e2a:89a5:4593:e4f2:e79c | 54371 | August 08 2019 22:34:51 |
| 118 | shibleenyc | 2603:3023:31a:1000:c6b:2830:815c:3e85 | 56555 | August 07 2019 21:47:58 |
| 119 | shibleenyc | 2603:3023:31a:1000:8109:affc:3b6b:d397 | 50527 | August 06 2019 02:15:04 |
| 120 | shibleenyc | 2603:3023:31a:1000:80f3:918e:3f5f:c1eb | 55304 | August 03 2019 20:26:38 |
| 121 | shibleenyc | 2603:3023:31a:1000:2cf2:f2ec:7652:6127 | 58813 | July 31 2019 06:38:59 |
| 122 | shibleenyc | 2603:3023:31a:1000:568:2e1d:7ad0:3dac | 58120 | July 25 2019 21:27:19 |
| 123 | shibleenyc | 2603:3023:31a:1000:b9fa:da1:fdcb:8da2 | 51540 | July 24 2019 21:29:50 |
| 124 | shibleenyc | 2603:3023:31a:1000:1075:826f:7e10:3f8c | 63587 | July 24 2019 00:35:24 |
| 125 | shibleenyc | 2607:fb90:b2d0:10b7:b5:51c3:106d:b513 | 50652 | July 11 2019 19:56:52 |
| 126 | shibleenyc | 2603:3023:31a:1000:95ea:23d1:6ccc:ce0a | 56182 | July 11 2019 06:21:20 |
| 127 | shibleenyc | 2603:3023:31a:1000:95ea:23d1:6ccc:ce0a | 53814 | July 10 2019 21:23:29 |
| 128 | shibleenyc | 2603:3023:31a:1000:1864:4bce:4738:599e | 53630 | June 27 2019 15:28:51 |
| 129 | shibleenyc | 2603:3023:31a:1000:c0db:cc41:7074:f3b3 | 54779 | June 27 2019 05:18:24 |
| 130 | shibleenyc | 2603:3023:31a:1000:601f:272:1c0:56fb | 51046 | June 25 2019 06:10:05 |

**Microsoft  Account Records**

Please  note  that the customer provides  subscriber information  to Microsoft, and Microsoft  cannot guarantee its  validity.

**Query for: shibleymedical@outlook.com**
**Date Range: 1/1/1990 12:00:00 AM to 6/24/2020 11:59:59 PM**

| Record Type (Registration) | Signin Name | First Name | Last Name | Region / State | Postal Code | Country | Time Zone | Creation Date and Time | PUID | Alternate Email | Alias Name(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Registration Profil | shibleymedical@outlook.com | Shibley | Medical | Washington | 98126 | United States | | 10/20/2015 5:05:19 PM | 00037FFED936A4BC | | ersjr201C |

| Record Type (IP Connection History) | Last Modified Date and Time | Action | IP Address | Service Utilized |
|---|---|---|---|---|
| IP Connection History/Services Utilize | 6/24/2020 5:47:23 AM | Login Success | 73.109.30.232 | Mail |
| IP Connection History/Services Utilize | 6/21/2020 7:04:35 PM | Login Success | 73.109.30.232 | Mail |
| IP Connection History/Services Utilize | 6/19/2020 5:25:50 AM | Login Success | 73.109.30.232 | Mail |
| IP Connection History/Services Utilize | 6/12/2020 8:03:35 PM | Login Success | 73.109.30.232 | Mail |

All times are captured in UTC (GMT), and the time-stamps come from the MSA servers and not the user's compu

Report Created: 7/9/2020 7:36:16 PM

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 67
Admitted _____

**Commerce Payment Instrument Records**

Query For: shibleymedical@outlook.com
Query Type: AccountName

**Profiles**

| First Name | Last Name | Microsoft Account | Billing Email | Type | Id |
|---|---|---|---|---|---|
| Shibley | Medical | shibleymedical@outlook.com | shibleymedical@outlook.com | consumer | e09c9eef-d0be-5e2f-ad31-50f77cf62fab |
| Shibley | Medical | shibleymedical@outlook.com | shibleymedical@outlook.com | Classic | CVdsUwAAAAABAACg |

**Addresses**

| Address | Telephone | Id |
|---|---|---|
| 4700 36th Ave SW  , Seattle, wa, US 98126 | | 98a175ba-787c-530b-89e6-f383a6ed25ef |

**Billable Accounts**

| Billable Account Id |
|---|
| CVdsUwAAAAAAAAAA |

**Payment Instruments**

| Type | Number | Expiration Date | Payment Id |
|---|---|---|---|
| Token | | - | |
| visa | 4101 | 2019-3 | CVdsUwAAAACAACA |
| visa | 3287 | 2021-12 | CVdsUwAAAADAACA |
| visa | 7872 | 2022-1 | CVdsUwAAAABAACA |

Report Created: 7/9/2020 12:39:33 PM (-07:00)

**Information Provided To:**

**T··Mobile·**

Agency:                    Attorney/Other
Requestor:                 ALEXANDRA FLORES
Agent Address:             FRAUD SECTION
Billing City, State, Zip:  WASHINGTON, DC 20530-0000
Provided On:               August 19, 2020                    **Request Submission Response**

This is in response to the Subpoena, No Reference, dated June 23, 2020, which was served upon T-Mobile US, Inc. You have requested Information for the subscriber associated with MSISDN: 2067717868.

**Subscriber Details:**

| | |
|---|---|
| Subscriber Name | ES 1 LLC |
| Subscriber Address | 4700 36TH AVE SW, SEATTLE, WA 98126 USA |
| Subscriber Status | Active |
| Subscriber Name Effective Date | 05/21/2016 |

**Account Details:**

| | |
|---|---|
| Brand | TMUS |
| Activation Date | 05/21/2016 |
| Termination Date | |
| Account Name | ES 1 LLC |
| Account No | 445526858 |
| Account Effective Date | 05/21/2016 |
| Account Expiration Date | |

**Device Details:**

| | |
|---|---|
| IMSI | 310260569899056 |
| MSISDN Expiration Date | |
| MSISDN Disconnect Reason | |
| MSISDN No | 2067717868 |
| MSISDN Status | Active |
| MSISDN Market | SEW |
| MSISDN Name | ES 1 LLC |
| SIM | 8901260562798990565 |
| IMEI | 0 |
| Begin Service Date | 05/21/2016 |

**Billing Details:**

| | |
|---|---|
| Bill Name | ES 1 LLC |
| Bill Birth Date | ████ 1978 |
| Bill SSN | ████ 5264 |
| Bill Cycle | 1 |
| Bill Address | 4700 36TH AVE SW, SEATTLE, WA 98126 USA |
| Company Name | ES 1 LLC |
| Rate Plan | ZMAGENTA2 |
| Rate Plan Desc | Magenta Business (2 line) |
| Contact 1 | 6155547156 |
| Contact 2 | 6155546485 |
| Coupon | |
| Last Refilled | |

**Ported Details:**

| | |
|---|---|
| Ported Carrier | Regular |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 68
Admitted _____
```



COMCAST

Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

## CONFIDENTIAL

June 23, 2020

Alexandra Flores
U.S. Department of Justice
1400 New York Avenue Northwest
Washington, District of Columbia (DC) 20530

RE:     Subpoena
Comcast File #: LCR509586

Dear Alexandra Flores:

  The Subpoena received on 06-23-2020 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following telephone number: (206) 938-4291 from 1-1-2020 to the date of the Subpoena, 6-23-2020 at 00:00:00.

  Please be advised that the Subpoena does not authorize Comcast to search, preserve or provide electronically stored content. In order for Comcast to search for or preserve these records, please submit a Search Warrant or a Preservation Request. *Please note that some electronically stored content may have a short retention period. If the process of obtaining a Search Warrant in your jurisdiction is lengthy, we suggest that you submit a Preservation Request immediately.*

  Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Target Phone No: | (206) 938-4291 |
| Subscriber Name: | SHIBLEY MEDICAL |
| Service Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Billing Address: | 4700 36TH AVE SW |
| | SEATTLE, WA 981262716 |
| Type of Service: | Comcast Digital Voice |
| Start of Service: | Unknown |
| Associated Nos: | 206-938-4483 (Comcast Provided) |
| Call Detail Records: | See attached |
| Text Messages: | None Found |

  If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,
Comcast Legal Response Center

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 69**
**Admitted _____**

|      | A | B | C | D | E |
|------|---|---|---|---|---|
| 1 | **LINCS Ticket ID** | LCR509586 | | | |
| 2 | **Telephone Number** | 2069384291 | | | |
| 3 | **Call Type** | Terminating | | | |
| 4 | **Start Date** | 01-01-2020 00:00:00 | | | |
| 5 | **End Date** | 06-23-2020 00:00:00 | | | |
| 6 | | | | | |
| 7 | **Call Date** | **Connect Time** | **From Number** | **To Number** | **Billable Time** |
| 2163 | 06-10-2020 | 11:20:16 | 5096990885 | 2069384291 | 00:01:09 |



**Office of the Secretary of State**
Corporations & Charities Division

> Filed
> Secretary of State
> State of Washington
> Date Filed: 01/02/2020
> Effective Date: 01/02/2020
> UBI #: 604 564 475

# CERTIFICATE OF FORMATION

## UBI NUMBER

UBI Number:
**604 564 475**

## BUSINESS NAME

Business Name
**DITURI CONSTRUCTION LLC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| LEGALINC CORPORATE SERVICES INC. | 1001 4TH AVE STE 3200, SEATTLE, WA, 98154-1003, UNITED STATES | |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## DURATION

Duration:
**PERPETUAL**

## EFFECTIVE DATE

Effective Date:
**01/02/2020**

## OTHER PROVISIONS

Other Provisions:

## PRINCIPAL OFFICE

Phone:
**888-462-3453**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019122700635079 - 1
Received Date: 12/27/2019
Amount Received: $200.00

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 70
Admitted _____

DOJ-01-0000005641

Email:
**EFILE1234@INCFILE.COM**

Street Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

Mailing Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

## EXECUTOR

| Title | Executor Type | Entity Name | First Name | Last Name | Address |
|-------|---------------|-------------|------------|-----------|---------|
| EXECUTOR | ENTITY | INCFILE.COM | LOVETTE | DOBSON | 17350 STATE HIGHWAY 249, STE 220, HOUSTON, TX, 77064-1132, UNITED STATES |

## RETURN ADDRESS FOR THIS FILING

Attention:
**LOVETTE DOBSON**

Email:
**EFILE1234@INCFILE.COM**

Address:
**17350 STATE HIGHWAY 249 STE 220, HOUSTON, TX, 77064-1132, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|------|---------------|

No Value Found.

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---------------|--------|------------|--------------|

No Value Found.

## EMAIL OPT-IN

☐  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑  Document is signed.

Person Type:
**ENTITY**

First Name:
**LOVETTE**

Last Name:
**DOBSON**

Entity Name:
**INCFILE.COM**

Title:

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019122700635079 - 1
Received Date: 12/27/2019
Amount Received: $200.00

DOJ-01-0000005643

**ORGANIZER**

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 2019122700635079 - 1**
**Received Date: 12/27/2019**
**Amount Received: $200.00**

DOJ-01-0000005645



Office of the Secretary of State
Corporations & Charities Division

<div style="border:1px solid black">
Filed
Secretary of State
State of Washington
Date Filed: 01/02/2020
Effective Date: 01/02/2020
UBI #: 604 564 475
</div>

# INITIAL REPORT

## UBI NUMBER

UBI Number:
**604 564 475**

## BUSINESS NAME

Business Name
**DITURI CONSTRUCTION LLC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| LEGALINC CORPORATE SERVICES INC. | 1001 4TH AVE STE 3200, SEATTLE, WA, 98154-1003, UNITED STATES | |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## EFFECTIVE DATE

Effective Date:
**01/02/2020**

## OTHER PROVISIONS

Other Provisions:

## PRINCIPAL OFFICE

Phone:
**888-462-3453**

Email:
**EFILE1234@INCFILE.COM**

Street Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019122700635079 - 1
Received Date: 12/27/2019
Amount Received: $200.00

DOJ-01-0000005647

Mailing Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

## GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|-------|---------------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | THOMAS | DITURI |

## NATURE OF BUSINESS

Nature of Business:
**CONSTRUCTION**

## RETURN ADDRESS FOR THIS FILING

Attention:
**LOVETTE DOBSON**

Email:
**EFILE1234@INCFILE.COM**

Address:
████████████████, **HOUSTON, TX,** ██████, **UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|------|---------------|
| No Value Found. | |

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---------------|--------|------------|--------------|
| No Value Found. | | | |

## EMAIL OPT-IN

☐ I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑ Document is signed.

Person Type:
**ENTITY**

First Name:
**LOVETTE**

Last Name:
**DOBSON**

Entity Name:
**INCFILE.COM**

Title:
**ORGANIZER**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019122700635079 - 1
Received Date: 12/27/2019
Amount Received: $200.00


Office of the Secretary of State
Corporations & Charities Division

| Filed |
|---|
| Secretary of State |
| State of Washington |
| Date Filed: 04/30/2020 |
| Effective Date: 04/30/2020 |
| UBI #: 604 564 475 |

# STATEMENT OF CHANGE

## BUSINESS INFORMATION

Business Name:
**DITURI CONSTRUCTION LLC**

UBI Number:
**604 564 475**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

Principal Office Mailing Address:
**10244 32ND AVE SW, SEATTLE, WA, 98146-1233, UNITED STATES**

Expiration Date:
**01/31/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**01/02/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**CONSTRUCTION**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020042900236540 - 1
Received Date: 04/29/2020
Amount Received: $0.00

DOJ-01-0000005651

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**

Email:
**SHIBLEY98271@GMAIL.COM**

Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|------|---------------|

## EMAIL OPT-IN

☐ I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑ Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**MANAGER**

MAY 2 1 2020

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020042900236540 - 1
Received Date: 04/29/2020
Amount Received: $0.00

DOJ-01-0000005653



Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/01/2020
Effective Date: 05/01/2020
UBI #: 604 564 475

## Amended Annual Report

## BUSINESS INFORMATION

Business Name:
**DITURI CONSTRUCTION LLC**

UBI Number:
**604 564 475**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Expiration Date:
**01/31/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**01/02/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**CONSTRUCTION, CONSTRUCTION**

## REGISTERED AGENT   RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**206-938-4291**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

DOJ-01-0000005655

**SHIBLEY98271@GMAIL.COM**

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|-------|------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

- CONSTRUCTION
- CONSTRUCTION

## EFFECTIVE DATE

Effective Date:
**05/01/2020**

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**
Email:
**SHIBLEY98126@GMAIL.COM**
Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☑ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**GOVERNOR/MANAGER**
☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

DOJ-01-0000005657



Office of the Secretary of State
Corporations & Charities Division

> Filed
> Secretary of State
> State of Washington
> Date Filed: 05/05/2020
> Effective Date: 05/05/2020
> UBI #: 604 564 475

# AMENDED CERTIFICATE OF FORMATION

## BUSINESS INFORMATION

Business Name:
**DITURI CONSTRUCTION LLC**

UBI Number:
**604 564 475**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

Expiration Date:
**01/31/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**01/02/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:

## BUSINESS NAME

Business Name:
**DITURI CONSTRUCTION LLC**

## BUSINESS TYPE

Current Business Type:
**WA LIMITED LIABILITY COMPANY**

Amend Business Type:

## REGISTERED AGENT

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020050100240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005659

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## PRINCIPAL OFFICE

Phone:

Email:
**SHIBLEY98271@GMAIL.COM**

Confirm Email:
**SHIBLEY98271@GMAIL.COM**

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

## DURATION

Duration:
**PERPETUAL**

## EFFECTIVE DATE

Effective Date:
**05/05/2020**

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**

Email:
**SHIBLEY98271@GMAIL.COM**

Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---|---|---|---|
| No Value Found. | | | |

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| Operating Agreement Dituri Construction LLC.pdf | UPLOADED DOCUMENT |

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020050100240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005661

## EMAIL OPT-IN

☑  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑  Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**GOVERNOR**

Work Order #: 202005010240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005663

Operating Agreement

Dituri Construction  LLC,
a Washington Limited Liability Company

THIS OPERATING AGREEMENT Dituri Construction  LLC of (the "Company") is entered into as of the date set forth on the signature page of this Agreement by each of the Members listed on Exhibit A of this Agreement.

A.    The Members have formed the Company as a Washington limited liability company under the Washington Limited Liability Company Act. The purpose of the Company is to conduct any lawful business for which limited liability companies may be organized under the laws of the state of Washington. The Members hereby adopt and approve the certificate of formation of the Company filed with the Washington Secretary of State.

B.    The Members enter into this Agreement to provide for the governance of the Company and the conduct of its business, and to specify their relative rights and obligations.

## ARTICLE 1: DEFINITIONS

Capitalized terms used in this Agreement have the meanings specified in this Article 1 or elsewhere in this Agreement and if not so specified, have the meanings set forth in the Washington Limited Liability Company Act.

"Agreement" means this Operating Agreement of the Company, as may be amended from time to time.

"Capital Account" means, with respect to any Member, an account consisting of such Member's Capital Contribution, (1) increased by such Member's allocated share of income and gain, (2) decreased by such Member's share of losses and deductions, (3) decreased by any distributions made by the Company to such Member, and (4) otherwise adjusted as required in accordance with applicable tax laws.

Work Order #: 2020050100240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005665

"Capital Contribution" means, with respect to any Member, the total value of (1) cash and the fair market value of property other than cash and (2) services that are contributed and/or agreed to be contributed to the Company by such Member, as listed on Exhibit A, as may be updated from time to time according to the terms of this agreement.

" Exhibit" means a document attached to this Agreement labeled as "Exhibit A," "Exhibit B," and so forth, as such document may be amended, updated, or replaced from time to time according to the terms of this Agreement.

"Manager" means each Person who has authority to manage the business and affairs of the Company pursuant to this Agreement; such Persons are listed on Exhibit B, as may be updated from time to time according to the terms of this Agreement. A Manager may be, but is not required to be, a Member.

"Member" means each Person who acquires Membership Interest pursuant to this Agreement. The Members are listed on Exhibit A, as may be updated from time to time according to the terms of this Agreement. Each Member has the rights and obligations specified i..n this Agreement.

"Membership Interest" means the entire ownership interest of a Member in the Company at any particular time, including the right to any and all benefits to which a Member may be en1titled as provided in this agreement and under the Washington Limited Liability Company Act, together with the obligations of the Member to comply with all of the terms and provisions of this Agreement.

"Ownership Interest" means the Percentage Interest or Units, as applicable, based on the manner in which relative ownership of the Company is divided.

"Percentage Interest" means the percentage of ownership in the Company that, with respect to each Member, entitles the Member to a Membership Interest and is expressed as either:

    A.    If ownership in the Company is expressed in terms of percentage, the percentage set forth opposite the name of each Member on Exhibit A, as may be adjusted from time to time pursuant to this Agreement; or

Work Order #: 202005010024063 6 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005667

B.   If ownership in the Company is expressed in Units, the ratio, expressed as a percentage, of:

(1)   the number of Units owned by the Member (expressed as "MU" in the equation below) divided by

(2)   the total number of Units owned by all of the Members of the Company (expressed as "TU" in the equation below).

Percentage Interest= $\frac{MU}{TU}$

"Person" means an individual (natural person), partnership, limited partnership, trust, estate, association, corporation, limited liability company, or other entity, whether domestic or foreign.

"Units" mean, if ownership in the Company is expressed in Units, units of ownership in the Company, that, with respect to each Member, entitles the Member to a Membership Interest which, if applicable, is expressed as the number of Units set forth opposite the name of each Member on Exhibit A, as may be adjusted from time to time pursuant to this Agreement.

ARTICLE 2: CAPITAL CONTRIBUTIONS, ADDITIONAL
MEMBERS, CAPITAL ACCOUNTS AND LIMITED LIABILITY

2.1  Initial Capital Contributions . The names of all Members and each of their respective addresses, initial Capital Contributions, and Ownership Interests must be set forth on Exhibit A. Each Member has made or agrees to make the initial Capital Contribution set forth next to such Membe1's name on Exhibit A to become a Member of the Company.

2.2  Subsequent Capital Contributions. Members are not obligated to make additional Capital Contributions unless unanimously agreed by all the Members. If subsequent Capital Contributions are unanimously agreed by all the Members in a consent in writing, the Members may make such additional Capital Contributions on a pro rata basis in accordance with each Member's respective Percentage Interest or as otherwise unanimously agreed by the Members.

-3-

Work Order #: 202005010024063 6 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005669

2.3  Additional Members.

A.     With the exception of a transfer of interest (1) governed by Article 7 of this Agreement or (2) otherwise expressly authorized by this Agreement, additional Persons may become Members of the Company and be issued additional Ownership Interests only if approved by and on terms determined by a unanimous written agreement signed by all of the existing Members.

B.     Before a Person may be admitted as a Member of the Company, that Person must sign and deliver to the Company the documents and instruments, in the form and containing the information required by the Company, that the Managers deem necessary or desirable. Membership Interests of new Members will be allocated according to the terms of this Agreement.

2.4  Capital Accounts. Individual Capital Accounts must be maintained for each Member, unless (a) there is only one Member of the Company and (b) the Company is exempt according to applicable tax laws. Capital Accounts must be maintained in accordance with all applicable tax laws.

2.5  Interest. No interest will be paid by the Company or otherwise on Capital Contributions or on the balance of a Member's Capital Account.

2.6  Limited Liability; No Authority. A Member will not be bound by, or be personally liable for, the expenses, liabilities, debts, contracts, or obligations of the Company, except as otherwise provided in this Agreement or as required by the Washington Limited Liability Company Act. Unless expressly provided in this Agreement, no Member, acting alone, has any authority to undertake or assume any obligation, debt, or responsibility, or otherwise act on behalf of, the Company or any other Member.

## ARTICLE 3: ALLOCATIONS AND DISTRIBUTIONS

3.1  Allocations. Unless otherwise agreed to by the unanimous consent of the Members any income, gain, loss, deduction, or credit of the Company will be allocated for accounting and tax purposes on a pro rata basis in proportion to the respective Percentage Interest held by each Member and in compliance with applicable tax laws.

-4-

Work Order #: 202005010024636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005671

*I'|*

3.2  Distributions. The Company will have the right to make distributions of cash and property to the Members on a pro rata basis in proportion to the respective Percentage Interest held by each Member. The timing and amount of distributions will be determined by the Managers in accordance with the Washington Limited Liability Company Act.

3.3  Limitations on Distributions. The Company must not make a distribution to a Member if, after giving effect to the distribution:

A.     The Company would be unable to pay its debts as they become due in the usual course of business; or

B.     The fair value of the Company's total assets would be less than the sum of its total liabilities plus the amount that would be needed, if the Company were to be dissolved at the time of the distribution, to satisfy the preferential rights upon dissolution of Members, if any, whose preferential rights are superior to those of the Members receiving the distribution.

ARTICLE 4: MANAGEMENT

4.1  Management.

A.     Generally. Subject to the terms of this Agreement and the Washington Limited Liability Company Act, the business and affairs of the Company will be managed by the Board of Managers, as further described below. The Members initially nominate and elect the Person(s) set forth on Exhibit B to serve as the Manager(s) of the Company. The Managers will act under the direction of the Members and may be elected or removed at any time, for any reason or no reason, by the Members holding a majority of the Voting Interest of the Company. Exhibit B must be amended to reflect any changes in Managers.

B.     Approval and Action. Unless greater or other authorization is required pursuant to this Agreement or under the Washington Limited Liability Company Act for the Company to engage in an activity or transaction, all activities or transactions must be approved by a majority of Managers, to constitute the act of the Company or serve to bind the Company, but if the Managers cannot reach a majority vote, the dispute will be submitted to the Members to be resolved by the affirmative vote of the Members holding at least a majority of the Voting Interest of the Company. With such approval, the signature of any Managers authorized to sign on behalf of the Company is sufficient to bind the Company with respect to the matter or matters so approved.

-5-

Work Order #: 2020050100240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005673

*/\*

without such approval, no Managers acting alone may bind the Company to any agreement with or obligation to any third party or represent or claim to have the ability to so bind the Company.

    C.    Certain Decisions Requiring Greater Authorization. Notwithstanding clause B above, the following matters require unanimous approval of the Members in a consent in writing to constitute an act of the Company:

    (i)    A material change in the purposes or the nature of the Company's business;

    (ii)    With the exception of a transfer of interest governed by Article 7 of this Agreement, the admission of a new Member or a change in any Member's Membership Interest, Ownership Interest, Percentage Interest, or Voting Interest in any manner other than in accordance with this Agreement;

    (iii)    The merger of the Company with any other entity or the sale of all or substantially all of the Company's assets; and

    (iv)    The amendment of this Agreement.

    4.2  Meetings of Managers. Regular meetings of the Managers are not required but may be held at such time and place as the Managers deem necessary or desirable for the reasonable management of the Company. Meetings may take place in person, by conference call, or by any other means permitted under the Washington Limited Liability Company Act. In addition, Company actions requiring a vote may be carried out without a meeting if all of the Managers consent in writing to approve the action.

    4.3  Officers. The Managers are authorized to appoint one or more officers from time to time. The officers will have the titles, the authority, exercise the powers, and perform the duties that the Managers determine from time to time. Each officer will continue to perform and hold office until such time as (a) the officer's successor is chosen and appointed by the Managers; or (b) the officer is dismissed or terminated by the Managers, which termination will be subject to applicable law and, if an effective employment agreement exists between the officer and the Company, the employment agreement. Subject to applicable law and the employment agreement (if any), each officer will serve at the direction of Managers, and may be terminated, at any time and for any reason, by the Managers.

-6-

## ARTICLE 5: ACCOUNTS AND ACCOUNTING

5.1  Accounts. The Company must maintain complete accounting records of the Company's business, including a full and accurate record of each Company transaction. The records must be kept at the Company's principal executive office and must be open to inspection and copying by Members during normal business hours upon reasonable notice by the Members wishing to inspect or copy the records or their authorized representatives, for purposes reasonably related to the Membership Interest of such Members. The costs of inspection and copying will be borne by the respective Member.

5.2 Records . The Managers will keep or cause the Company to keep the following business records.

      (i)     An up to date list of the Members, each of their respective full legal names, last known business or residence address, Capital Contributions, the amount and terms of any agreed upon future Capital Contributions, and Ownership Interests, and Voting Interests;

      (ii)    A copy of the Company's federal, state, and local tax information and income tax returns and reports, if any, for the six most recent taxable years;

      (iii)   A copy of the certificate of formation of the Company, as may be amended from time to time ("Certificate of Formation"); and

      (iv)   An original signed copy, which may include counterpart signatures, of this Agreement, and any amendments to this Agreement, signed by all then-current Members.

5.3  Income Tax Returns. Within 45 days after the end of each taxable year, the Company will use its best efforts to send each of the Members all information necessary for the Members to complete their federal and state tax information, returns, and copy of the Company's federal, state, and local tax information or income tax return and reports for such year.

5.4  Subchapter S Election. The Company may, upon unanimous consent of the Members, elect to be treated for income tax purposes as an S Corporation. This designation may be changed as permitted under the Internal Revenue Code Section 1362(d) and applicable Regulations.

-7-

Work Order #: 202005010024 0636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005677

5.5  Tax Matters Member. Anytime the Company is required to designate or select a tax matters partner pursuant to Section 6231(a)(7) of the Internal Revenue Code and any regulations issued by the Internal Revenue Service, the Members must designate one of the Members as the tax matters partner of the Company and keep such designation in effect at all times.

5.6  Banking. All funds of the Company must be deposited in one or more bank accounts in the name of the Company with one or more recognized financial institutions. The Managers are authorized to establish such accounts and complete, sign, and deliver any banking resolutions reasonably required by the respective financial institutions in order to establish an account.

### ARTICLE 6: MEMBERSHIP - VOTING AND MEETINGS

6.1  Members and Voting Rights. The Members have the right and power to vote on all matters with respect to which the Certificate of Formation, this Agreement, or the Washington Limited Liability Company Act requires or permits. Unless otherwise stated in this Agreement (for example, in Section 4.1(c)) or required under the Washington Limited Liability Company Act, the vote of the Members holding at least a majority of the Voting Interest of the Company is required to approve or carry out an action.

6.2  Meetings of Members. Annual, regular, or special meetings of the Members are not required but may be held at such time and place as the Members deem necessary or desirable for the reasonable management of the Company. A written notice setting forth the date, time, and location of a meeting must be sent within a reasonable period of time before the date of the meeting to each Member entitled to vote at the meeting. A Member may waive notice of a meeting by sending a signed waiver to the Company's principal executive office or as otherwise provided in the Washington Limited Liability Company Act. In any instance in which the approval of the Members is required under this Agreement, such approval may be obtained in any manner permitted by the Washington Limited Liability Company Act, including by conference call or similar communications equipment. Any action that could be taken at a meeting may be approved by a consent in writing that describes the action to be taken and is signed by Members holding the minimum Voting Interest required to approve the action. If any action is taken without a meeting and without unanimous written consent of the Members, notice of such action must be sent to each Member that did not consent to the action.

-8-

Work Order #: 202005010024 0636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005679

## ARTICLE 7: WITHDRAWAL AND TRANSFERS OF MEMBERSHIP INTERESTS

7.1    Withdrawal. Members may withdraw from the Company prior to the dissolution and winding up of the Company (a) by transferring or assigning all of their respective Membership Interests pursuant to Section 7.2 below, or (b) if all of the Members unanimously agree in a written consent. Subject to the provisions of Article 3, a Member that withdraws pursuant to this Section 7.1 will be entitled to a distribution from the Company in an amoU11t equal to such Member's Capital Account.

7.2    Restrictions on Transfer; Admission of Transferee. A Member may transfer Membership Interests to any other Person without the consent of any other Member. A person may acquire Membership Interests directly from the Company upon the written consent of all Members. A Person that acquires Membership Interests in accordance with this Section 7.2 will be admitted as a Member of the Company only after the requirements of Section 2.3(b) are complied with in full.

## ARTICLE 8: DISSOLUTION

8.1    Dissolution. The Company will be dissolved upon the first to occur of the following events:

(i)    The unanimous agreement of all Members in a consent in writing to dissolve the Company;

(ii)    Entry of a decree of judicial dissolution under Washington Limited Liability Company Act;

(iii)    At any time that there are no Members, unless and provided that the Company is not otherwise required to be dissolved and wound up, within 90 days after the occurrence of the event that terminated the continued membership of the last remaining Member, the legal representative of the last remaining Member agrees in writing to continue the Company and (i) to become a Member; or (ii) to the extent that the last remaining Member assigned its interest in the Company, to cause the Member's assignee to become a Member of the Company, effective as of the occurrence of the event that terminated the continued membership of the last remaining Member;

-9-

Work Order #: 202005010024063 6 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005681

Company Agent seeking indemnification) or a majority of the Managers that are not seeking indemnification, as the case may be. Before the Company makes any such payment of Expenses, the Company Agent seeking indemnification must deliver a written undertaking to the Company stating that such Company Agent will repay the applicable Expenses to the Company unless it is ultimately determined that the Company Agent is entitled or required to be indemnified and held harmless by the Company (as set forth in Sections 9.1or 9.2 above or as otherwise required by applicable law).

ARTICLE 10: GENERAL PROVISIONS

10.1  Notice. (a)-Any notices (including requests, demands, or other communications) to be sent by one party to another party in connection with this Agreement must be in writing and delivered personally, by reputable overnight courier, or by certified mail (or equivalent service offered by the postal service from time to time) to the following addresses or as otherwise notified in accordance with this Section: (i) if to the Company, notices must be sent to the Company's principal executive office; and (ii) if to a Member, notices must be sent to the Member's last known address for notice on record. (b) Any party to this Agreement may change its notice address by sending written notice of such change to the Company in the manner specified above. Notice will be deemed to have been duly given as follows: (i) upon delivery, if delivered personally or by reputable overnight carrier or (ii) five days after the date of posting if sent by certified mail.

10.2  Entire Agreement; Amendment. This Agreement along with the Certificate of Formation (together, the "Organizational Documents"), constitute the entire agreement among the Members and replace and supersede all prior written and oral understandings and agreements with respect to the subject matter of this Agreement, except as otherwise required by the Washington Limited Liability Company *Act*. There are no representations, agreements, arrangements, or undertakings, oral or written, between or among the Members relating to the subject matter of this Agreement that are not fully expressed in the Organizational Documents. This Agreement may not be modified or amended in any respect, except in a writing signed by all of the Members except as otherwise required or permitted by the Washington Limited Liability Company Act.

10.3  Governing Law; Severability. This Agreement will be construed and enforced in accordance with the laws of the state of Washington. If any provision of this Agreement is held to be unenforceable by a court of competent jurisdiction for any reason whatsoever, (i) the validity, legality, and enforceability of the remaining

-11-

Work Order #: 202005010024036 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005683

provisions of this Agreement (including without limitation, all portions of any provisions containing any such unenforceable provision that are not themselves unenforceable) will not in any way be affected or impaired thereby, and (ii) to the fullest extent possible, the unenforceable provision will be deemed modified and replaced by a provision that approximates the intent and economic effect of the unenforceable provision and the Agreement will be deemed amended accordingly.

10.4  Further Action. Each Member agrees to perform all further acts and execute, acknowledge, and deliver any documents which may be reasonably necessary, appropriate, or desirable to carry out the provisions of this Agreement.

10.5  No Third Party Beneficiary. This Agreement is made solely for the benefit of the parties to this Agreement and their respective permitted successors and assigns, and no other Person or entity will have or acquire any right by virtue of this Agreement. This Agreement will be binding on and inure to the benefit of the parties and their heirs, personal representatives, and permitted successors and assigns.

10.6  Incorporation by Reference. The recitals and each appendix, exhibit, schedule, and other document attached to or referred to in this Agreement are hereby incorporated into this Agreement by reference.

10.7  Counterparts. This Agreement may be executed in any number of counterparts with the same effect as if all of the Members signed the same copy. All counterparts will be construed together and will constitute one agreement.

-12-

Work Order #: 202005010240636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005685

**IN WITNESS WHEREOF** the parties have executed or caused to be executed this Operating Agreement and do each hereby represent and warrant that their respective signatory, whose signature appears below, has been and is, on the date of this Agreement, duly authorized to execute this Agreement.

Dated: 01/07/2020

Signature of Eric Ryan Shibley

Signature of Thomas Dituri

EXHIBIT A
**MEMBERS**

The Members of the Company and their respective addresses, Capital Contributions, and Ownership Interests are set forth below. The Members agree to keep this Exhibit A and updated in accordance with the terms of this Agreement, including, but not limited to, Sections 2.1, 2.3, 2.4, 7.1, 7.2, and 10.1.

| Members | Capital Contribution | Percentage interest |
|---|---|---|
| Eric Ryan Shibley<br>Address:<br>4700 36th Ave. SW<br>Seattle, Washington 98126 | 90% | 90% |
| Thomas di'Turi<br>Address:<br>███████████<br>Seattle , WA ████████ | 10% | 10% |

Work Order #: 202005010024O636 - 1
Received Date: 05/01/2020
Amount Received: $50.00

DOJ-01-0000005687