Page 1 of 2



**STATE OF WASHINGTON
SECRETARY OF STATE**

This Box For Office Use Only

12/12/12 2315750-002
$230.00 R
tid: 2440951

FILED
SECRETARY OF STATE
SAM REED
DECEMBER 12, 2012
STATE OF WASHINGTON

## Professional Limited Liability Company
*See attached detailed instructions*

☐ **Filing Fee $180.00**

☐ **Filing Fee with Expedited Service $230.00**

UBI Number:   603 260 109

# CERTIFICATE OF FORMATION
Chapter 25.15.045 and 18.100 RCW

### ARTICLE 1

**NAME OF PROFESSIONAL LIMITED LIABILITY COMPANY:**

Eric R Shibley MD PLLC

*(Must contain one of the following designations: Professional Limited Liability Company, Professional Limited Liability Co or one of these abbreviations: P.L.L.C. or PLLC. If the designation is omitted, it will default to PLLC when processed)*

### ARTICLE 2

**ADDRESS OF THE PRINCIPAL PLACE OF BUSINESS:**

*Street Address* 4425 Meridian Ave. N, #6          *City* Tulalip          *State* WA     *Zip* 98271

*PO Box* _____          *City* _____     *State* _____     *Zip* _____

### ARTICLE 3

**EFFECTIVE DATE OF FORMATION:** *(Please check one of the following)*

☑     Upon filing by the Secretary of State

☐     Specific Date: _____ *(Specified effective date must be within 90 days AFTER the Certificate of Formation has been filed by the Office of the Secretary of State)*

### ARTICLE 4

**TENURE:** *(Please check one of the following and indicate the date if applicable)*

☑     Perpetual existence

☑     Specific term of existence _____ *(Number of years or date of termination)*

Washington PLLC - Formation                Washington Secretary of State                Revised 08/12

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 71
Admitted _____

DOJ-01-0000005701

Page 2 of 2

## ARTICLE 5

THE PROFESSIONAL LIMITED LIABILITY COMPANY IS MANAGED BY: ☑ Members  or  ☑ Managers
*(see instructions)*

## ARTICLE 6

**NAME AND ADDRESS OF THE WASHINGTON STATE REGISTERED AGENT:**

**Name:** Eric R. Shibley

**Physical Location Address (required):**

████████

City Tulalip                                                            WA  Zip Code ████

**Mailing** or Postal Address **(optional):**

City _____ State_____ Zip Code _____

### CONSENT TO SERVE AS REGISTERED AGENT:

I consent to serve as Registered Agent in the State of Washington for the above named Professional Limited Liability Company. I understand it will be my responsibility to accept Service of Process on behalf of the Professional Limited Liability Company; to forward mail to the Professional Limited Liability Company; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

X _____          Eric R. Shibley                    11/30/2012
**Signature of Registered Agent**          Printed Name                    Date

## ARTICLE 7

**NAME, ADDRESS AND SIGNATURE OF EACH EXECUTOR: (RCW 18.100.050)**
*(If necessary, attach additional names, addresses and signatures)*

**Name:** Eric R. Shibley

Address: ████████          City Tulalip          State WA   Zip Code ████

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X _____          Eric R. Shibley          11/30/2012   615-554-7156
**Signature of Executor**          Printed Name          Date          Phone

**Name:** _____

Address: _____          City _____          State_____ Zip Code_____

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X _____
**Signature of Executor**          Printed Name          Date          Phone

DOJ-01-0000005703

**Additional Provisions to the Articles of Organization for**

**Eric R Shibley MD PLLC**

Eric R Shibley MD PLLC, is incorporated as a professional limited liability company under the provisions of RWC of Washington Chapter 25.15.045 for the purposes of rendering Physician and Surgeon professional services.

DOJ-01-0000005705



Office of the Secretary of State
Corporations & Charities Division

<table>
<tr><td>

Filed
Secretary of State
State of Washington
Date Filed: 03/31/2020
Effective Date: 03/31/2020
UBI #: 603 260 109

</td></tr>
</table>

## Annual Report

## BUSINESS INFORMATION

Business Name:
**ERIC R SHIBLEY MD PLLC**

UBI Number:
**603 260 109**

Business Type:
**WA PROFESSIONAL LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**12/31/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/12/2012**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**HEALTH CARE, SOCIAL ASSISTANCE & SERVICE ORGANIZATION**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**2069384291**

Email:
**SHIBLEENYC@YAHOO.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184840 - 1
Received Date: 03/31/2020
Amount Received: $170.00

DOJ-01-0000005745

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, USA**
Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

- HEALTH CARE, SOCIAL ASSISTANCE & SERVICE ORGANIZATION

## EFFECTIVE DATE

Effective Date:
**03/31/2020**

## CONTROLLING INTEREST

1. Does your entity own real property such as land or buildings (including leasehold interests) in Washington?
**NO**
2. As of January 1, 2019, has there been a transfer of stock, other financial interest change, or an option agreement exercised that resulted in a transfer of at least 16? percent interest in the entity?
**NO**
    a. If "yes", has the transfer of stock, other financial interest change, or an option agreement exercised resulted in a transfer of controlling interest (50 percent or greater)?
**NO**
3. As of January 1, 2019, has an option agreement been executed allowing for the future purchase or acquisition of the entity?
**NO**

You must report a Controlling Interest Transfer Return **IF**: you answered "yes" to questions 1 **AND** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**
Email:
**SHIBLEYMEDICAL@OUTLOOK.COM**
Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184840 - 1
Received Date: 03/31/2020
Amount Received: $170.00

DOJ-01-0000005747

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**MANAGER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

Work Order #: 2020033100184840 - 1
Received Date: 03/31/2020
Amount Received: $170.00

DOJ-01-0000005749

DocuSign Envelope ID: 0668D1A6-6FBF-48CE-941E-5628B4F8E8F5

Page 1 of 2

# SOS

Office of the Secretary of State
Corporations & Charities Division

## Limited Liability Company
*See attached detailed instructions*

☐ Filing Fee $180.00

☑ Filing Fee with Expedited Service $230.00

*This Box For Office Use Only*

10/03/17 3564901-002
$230.00 R
tid: 3601151

FILED
OCTOBER 03, 2017
SECRETARY OF STATE
STATE OF WASHINGTON

UBI Number: 604 175 163

# CERTIFICATE OF FORMATION
Chapter 25.15 RCW

| ARTICLE 1 |
| --- |

**NAME OF LIMITED LIABILITY COMPANY:**

SS1 LLC

*(Must contain one of the following designations: Limited Liability Company, Limited Liability Co or one of these abbreviations: L.L.C. or LLC. If the designation is omitted, it will default to LLC when processed)*

| ARTICLE 2 |
| --- |

**ADDRESS OF THE PRINCIPAL PLACE OF BUSINESS:**

*Street Address* 4700 36th Ave. SW   *City* Seattle   *State* WA   *Zip* 98126

*PO Box* _____   *City* _____   *State* _____   *Zip* _____

| ARTICLE 3 |
| --- |

**EFFECTIVE DATE OF FORMATION:** *(Please check one of the following)*

☒ Upon filing by the Secretary of State

☐ Specific Date: _____ *(Specified effective date must be within 90 days AFTER the Certificate of Formation has been filed by the Office of the Secretary of State)*

| ARTICLE 4 |
| --- |

**TENURE:** *(Please check one of the following and indicate the date if applicable)*

☒ Perpetual existence

☐ Specific term of existence _____ *(Number of years or date of termination)*

Washington LLC - Formation          Washington Secretary of State          Revised 11/11

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 72
Admitted _____

DOJ-01-0000005849

DocuSign Envelope ID: 0668D1A6-6FBF-48CE-941E-5628B4F8E8F5

Page 2 of 2

## ARTICLE 5

THE LIMITED LIABILITY COMPANY IS MANAGED BY:   ☐ Members   or   ☒ Managers
*(see instructions)*

## ARTICLE 6

NAME AND ADDRESS OF THE WASHINGTON STATE REGISTERED AGENT:

Name: Eric Ryan Shibley

**Physical** Location Address *(required)*:

4700 36th Ave. SW

City Seattle                                        State WA   Zip Code 98126

**Mailing** or Postal Address *(optional)*:

City _____   State_____   Zip Code _____

### CONSENT TO SERVE AS REGISTERED AGENT:

I consent to serve as Registered Agent in the State of Washington for the above named Limited Liability Company. I understand it will be my responsibility to accept Service of Process on behalf of the Limited Liability Company; to forward mail to the Limited Liability Company; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

| X Eric Shibley | Eric Ryan Shibley | 10/1/2017 |
|---|---|---|
| Signature of Registered Agent | Printed Name | Date |

## ARTICLE 7

NAME, ADDRESS AND SIGNATURE OF EACH EXECUTOR:
*(If necessary, attach additional names, addresses and signatures)*

Name: LegalZoom.com, Inc.

Address: 101 N. Brand Blvd., 11th Floor   City Glendale   State CA   Zip Code 91203

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

| X | Cheyenne Moseley | 10/1/17 | 323-962-8600, ext. 7625 |
|---|---|---|---|
| Signature of Executor | Assistant Secretary, LegalZoom.com, Inc. Printed Name | Date | Phone |

Name: _____

Address: _____   City _____   State_____   Zip Code_____

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

| X | | | |
|---|---|---|---|
| Signature of Executor | Printed Name | Date | Phone |

Washington LLC - Formation            Washington Secretary of State            Revised 11/11

DOJ-01-0000005851

DocuSign Envelope ID: 0668D1A6-6FBF-48CE-941E-5628B4F8E8F5

Attachment to Articles of Organization

For

## SS1 LLC

The personal liability of the members of the Limited Liability Company for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Washington law. The Limited Liability Company is authorized to indemnify its members and managers to the fullest extent permissible under Washington law.

 Secretary of State
*Ken Wyman*

Washington Secretary of State
Corporations and Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377
corps@sos.wa.gov

03/03/2020

SS1 LLC
ERIC RYAN SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

## ADMINISTRATIVE DISSOLUTION

Dear Sir/Madam,

UBI #: 604 175 163
Entity Name: SS1 LLC

The above listed entity has not filed its annual report that was due on 10/31/2019. As a result, the entity is no longer in active status.

In accordance with RCW23.95.605-610, the above entity is hereby administratively dissolved as of: **03/03/2020**.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

Under RCW 23.95.615, a domestic entity that is administratively dissolved may apply for reinstatement no later than five (5) years after the effective date of administrative dissolution noted above. RCW 23.95.615 identifies the requirements for an application for reinstatement.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corps

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

DOJ-01-0000005867



Office of the Secretary of State
Corporations & Charities Division

<div style="border">
Filed
Secretary of State
State of Washington
Date Filed: 04/06/2020
Effective Date: 04/06/2020
UBI #: 604 175 163
</div>

# STATEMENT OF REINSTATEMENT

## BUSINESS INFORMATION

Business Name:
**SS1 LLC**

UBI Number:
**604 175 163**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Expiration Date:
**10/31/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**10/03/2017**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**CONSTRUCTION, REAL ESTATE**

## BUSINESS NAME

Business Name
**SS1 LLC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC RYAN SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | |

## REGISTERED AGENT CONSENT

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184822 - 1
Received Date: 03/31/2020
Amount Received: $220.00

DOJ-01-0000005869

Customer provided Registered Agent consent? - **Yes**

## PRINCIPAL OFFICE

Phone:

Email:
**SHIBLEENYC@YAHOO.COM**

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

Nature of Business:
**CONSTRUCTION, REAL ESTATE**

## ANNUAL FEE CALCULATIONS

| Filing Name | Annual year | Fee |
|---|---|---|
| REINSTATEMENT | | $140.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 10/31/2019 | $60.00 |
| PROCESSING | | $20.00 |
| | **Total :** | **$220.00** |

## EFFECTIVE DATE

Effective Date:
**04/06/2020**

## CONTROLLING INTEREST

1. Does your entity own real property such as land or buildings (including leasehold interests) in Washington?
**NO**

2. As of January 1, 2019, has there been a transfer of stock, other financial interest change, or an option agreement exercised that resulted in a transfer of at least 16⅔ percent interest in the entity?
**NO**

   a. If "yes", has the transfer of stock, other financial interest change, or an option agreement exercised resulted in a transfer of controlling interest (50 percent or greater)?
**NO**

3. As of January 1, 2019, has an option agreement been executed allowing for the future purchase or acquisition of the entity?
**NO**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

DOJ-01-0000005871

You must report a Controlling Interest Transfer Return **IF**: you answered "yes" to questions 1 **AND** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**

Email:
**SHIBLEENYC@YAHOO.COM**

Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

**Name**                    **Document Type**

No Value Found.

## EMAIL OPT-IN

☐  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑  Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 202033100184822 - 1
Received Date: 03/31/2020
Amount Received: $220.00

DOJ-01-0000005873



Office of the Secretary of State
Corporations & Charities Division

FILED
Secretary of State
State of Washington
Date Filed: 04/29/2020
Effective Date: 04/29/2020
UBI No: 604 175 163

*This Box For Office Use Only*

## Statement of Correction
*See attached detailed instruction*

☒ Filing Fee $30

☐ Filing Fee with Expedited Service $80.00

UBI Number: 604 - 175 - 163

## Statement of Correction

*Pursuant to RCW 23.95.220, the undersigned entity hereby submits a Statement of Correction for the purpose of correcting a record filed in the Corporations & Charities Division of the Office of the Secretary of State.*

**SECTION 1** *(required)*
**NAME OF ENTITY:** *(as currently recorded with the Office of the Secretary of State)*

SSI LLC

**SECTION 2** *(required)*
The record to be corrected is: Operating agreement

**SECTION 3** *(required)*
The record was filed on: 10/03/2017

**SECTION 4** *(required)*
Specify the inaccuracy or defect *(see instructions):* Charles Henry Stewart
was incorrectly listed as a member,
owning 50%. Eric Ryan Shibley, in fact
owns 100% of SSI LLC.

**SECTION 5** *(required)*
The corrected inaccuracy or defect of the record is as follows: Corrected
operating agreement is attached.

**SECTION 6** *(required)*
This record is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.

X _____     Eric Shibley     04/17/2020   206-938
Signature              Printed Name and Title / Overann Date    Phone   9291

Statement of Correction - Profit Corporation      Washington Secretary of State        Revised 12/15

Work Order #: 2020042200222457 - 1
Received Date: 04/22/2020
Amount Received: $30.00

Page: 1 of 1

DOJ-01-0000005875

10/22/2012   09:26 Good Sam. MT 1st Fl. Station 5

(FAX)253 697 3230          P.002/004

10/25/12
_:_/25/12 7284479_
002  2284479
$230.00 R
tid: 2411830

Page 1 of 2

**STATE OF WASHINGTON**
**SECRETARY OF STATE**

This Box For Office Use Only

FILED
SECRETARY OF STATE
SAM REED

OCTOBER 25, 2012

STATE OF WASHINGTON

**Limited Liability Company**
*See attached detailed instructions*

☐ Filing Fee $180.00

☒ Filing Fee with Expedited Service $230.00

UBI Number:     603 248 905

# CERTIFICATE OF FORMATION
## Chapter 25.15 RCW

### ARTICLE 1

NAME OF LIMITED LIABILITY COMPANY:
**ES1 LLC**

*(Must contain one of the following designations: Limited Liability Company, Limited Liability Co or one of these abbreviations: L.L.C. or LLC)*

### ARTICLE 2

ADDRESS OF THE PRINCIPAL PLACE OF BUSINESS:
*Street Address* 4425 Meridian Ave. N. #6    *City* Marysville    *State* WA    *Zip* 98271

*PO Box* _____    *City* _____    *State* _____    *Zip* _____

### ARTICLE 3

EFFECTIVE DATE OF FORMATION: *(Please check one of the following)*

☒     Upon filing by the Secretary of State

☐     Specific Date: _____ *(Specified effective date must be within 90 days AFTER the Certificate of Formation has been filed by the Office of the Secretary of State)*

### ARTICLE 4

TENURE: *(Please check one of the following and indicate the date if applicable)*

☒     Perpetual existence

☐     Specific term of existence _____ *(Number of years or date of termination)*

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 73
Admitted _____

DOJ-01-0000005753

**Page 2 of 2**

## ARTICLE 5

THE LIMITED LIABILITY COMPANY IS MANAGED BY:     ☒ Members   or   ☐ Managers
*(see instructions)*

## ARTICLE 6

NAME AND ADDRESS OF THE WASHINGTON STATE REGISTERED AGENT:

Name: Eric R. Shibley

Physical Location Address *(required)*:

▬▬▬▬▬▬

City Marysville                                    WA  Zip Code ▬▬▬▬

Mailing or Postal Address *(optional)*:

City                                               WA  Zip Code

### CONSENT TO SERVE AS REGISTERED AGENT:

I consent to serve as Registered Agent in the State of Washington for the above named Limited Liability Company. I understand it will be my responsibility to accept Service of Process on behalf of the Limited Liability Company; to forward mail to the Limited Liability Company; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

X _____     Eric R. Shibley              10/22/2012
   **Signature of Registered Agent**    Printed Name                Date

## ARTICLE 7

NAME, ADDRESS AND SIGNATURE OF EACH EXECUTOR:
*(If necessary, attach additional names, addresses and signatures)*

Name: Karla Figueroa

Address: ▬▬▬▬▬▬     City ___ Glendale ___ State  CA   Zip Code ▬▬▬▬

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X _____     Karla Figueroa      10/22/2012      323-962-8600, ext. 883
   **Signature of Executor**          Printed Name         Date            Phone

Name: _____

Address: _____     City _____ State _____ Zip Code_____

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X _____
   **Signature of Executor**          Printed Name         Date            Phone

10/22/2012   09:27 Good Sam. MT 1st Fl. Station 5          (FAX)253 697 3230        P.004/004

Attachment to Articles of Organization

For

## ES1 LLC

The personal liability of the members of the Limited Liability Company for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Washington law.  The Limited Liability Company is authorized to indemnify its members and managers to the fullest extent permissible under Washington law.



Washington Secretary of State
Corporations and Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377
corps@sos.wa.gov

11/01/2019

ES1 LLC
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

**DELINQUENT ANNUAL REPORT NOTICE**

Dear Sir/Madam,

UBI #: 603 248 905
Entity Name: ES1 LLC

The above listed entity has not filed its annual report that was due on 10/31/2019. As a result, the above listed entity is no longer in active status.
Failure to file the necessary report by 02/29/2020 will result in administrative dissolution or termination of your registration.

You can file online using the Washington Secretary of State, Corporations and Charities Filing System (CCFS) using the following website https://www.sos.wa.gov/corps.

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

DOJ-01-0000005793



Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 02/04/2020
Effective Date: 02/04/2020
UBI #: 603 248 905

## Annual Report

## BUSINESS INFORMATION

Business Name:
**ES1 LLC**

UBI Number:
**603 248 905**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Expiration Date:
**10/31/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**10/25/2012**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**REAL ESTATE**

## REGISTERED AGENT   RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**206-938-4291**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020020400070242 - 1
Received Date: 02/04/2020
Amount Received: $85.00

DOJ-01-0000005795

SHIBLEENYC@YAHOO.COM

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|-------|------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

- REAL ESTATE

## EFFECTIVE DATE

Effective Date:
**02/04/2020**

## CONTROLLING INTEREST

1. Does your entity own real property such as land or buildings (including leasehold interests) in Washington?
**NO**
2. As of January 1, 2019, has there been a transfer of stock, other financial interest change, or an option agreement exercised that resulted in a transfer of at least 16? percent interest in the entity?
**NO**
   a. If "yes", has the transfer of stock, other financial interest change, or an option agreement exercised resulted in a transfer of controlling interest (50 percent or greater)?
**NO**
3. As of January 1, 2019, has an option agreement been executed allowing for the future purchase or acquisition of the entity?
**NO**

You must report a Controlling Interest Transfer Return **IF**: you answered "yes" to questions 1 **AND** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**
Email:
**SHIBLEENYC@YAHOO.COM**
Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020020400070242 - 1
Received Date: 02/04/2020
Amount Received: $85.00

DOJ-01-0000005797

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**MANGER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.



---

This document is a public record. For more information visit www.sos.wa.gov/corps

DOJ-01-0000005799

DocuSign Envelope ID: 300B883B-4443-4FA9-BD19-0F7E2BA4B0C8

Page 1 of 2

**SOS**
Office of the Secretary of State
Corporations & Charities Division

## Limited Liability Company
*See attached detailed instructions*

☐ **Filing Fee $180.00**

☑ **Filing Fee with Expedited Service $230.00**

This Box For Office Use Only

11/03/17 3590099-002
$230.00 R
tid: 3624506
FILED
SECRETARY OF STATE
11/03/2017
STATE OF WASHINGTON
UBI# 604 183 433

UBI Number:

# CERTIFICATE OF FORMATION
Chapter 25.15 RCW

### ARTICLE 1

**NAME OF LIMITED LIABILITY COMPANY:**

SEATTLE'S FINEST CANNABIS, LLC

*(Must contain one of the following designations: Limited Liability Company, Limited Liability Co or one of these abbreviations: L.L.C. or LLC. If the designation is omitted, it will default to LLC when processed)*

### ARTICLE 2

**ADDRESS OF THE PRINCIPAL PLACE OF BUSINESS:**

*Street Address* 4700 36th Ave. SW    *City* Seattle    *State* WA    *Zip* 98126

*PO Box* _____    *City* _____    *State* _____    *Zip* _____

### ARTICLE 3

**EFFECTIVE DATE OF FORMATION:** *(Please check one of the following)*

☒    Upon filing by the Secretary of State

☐    Specific Date: _____ *(Specified effective date must be within 90 days AFTER the Certificate of Formation has been filed by the Office of the Secretary of State)*

### ARTICLE 4

**TENURE:** *(Please check one of the following and indicate the date if applicable)*

☒    Perpetual existence

☐    Specific term of existence _____ *(Number of years or date of termination)*

Washington LLC - Formation              Washington Secretary of State              Revised 11/11

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 74
Admitted _____

DOJ-01-0000005803

DocuSign Envelope ID: 300B883B-4443-4FA9-BD19-0F7E2BA4B0C8

Page 2 of 2

## ARTICLE 5

THE LIMITED LIABILITY COMPANY IS MANAGED BY:          ☒ Members   or   ☐ Managers
*(see instructions)*

## ARTICLE 6

NAME AND ADDRESS OF THE WASHINGTON STATE REGISTERED AGENT:

*Name:* Eric R Shibley

**Physical** Location Address *(required):*

4700 36th Ave. SW

City Seattle                                    State   WA   Zip Code 98126

**Mailing** or Postal Address *(optional):*

City _____          State_____ Zip Code _____

### CONSENT TO SERVE AS REGISTERED AGENT:

I consent to serve as Registered Agent in the State of Washington for the above named Limited Liability Company. I understand it will be my responsibility to accept Service of Process on behalf of the Limited Liability Company; to forward mail to the Limited Liability Company; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

X   *Eric Shibley*                              Eric R Shibley                    10/31/2017
**Signature of Registered Agent**             Printed Name                    Date

## ARTICLE 7

NAME, ADDRESS AND SIGNATURE OF EACH EXECUTOR:
*(If necessary, attach additional names, addresses and signatures)*

Name: LegalZoom.com, Inc.

Address: 101 N. Brand Blvd., 11th Floor    City Glendale        State CA   Zip Code 91203

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X                                   Cheyenne Moseley             10  31  17  323-962-8600, ext. 7625
**Signature of Executor**          Assistant Secretary, LegalZoom.com, Inc.
                                   Printed Name                Date    Phone

Name: _____

Address: _____    City _____    State_____ Zip Code_____

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

X _____
**Signature of Executor**          Printed Name        Date      Phone

Washington LLC - Formation          Washington Secretary of State          Revised 11/11

DOJ-01-0000005805

DocuSign Envelope ID: 300B883B-4443-4FA9-BD19-0F7E2BA4B0C8

Attachment to Articles of Organization

For

SEATTLE'S FINEST CANNABIS, LLC

The personal liability of the members of the Limited Liability Company for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Washington law. The Limited Liability Company is authorized to indemnify its members and managers to the fullest extent permissible under Washington law.



Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 03/31/2020
Effective Date: 03/31/2020
UBI #: 604 183 433

## Annual Report

## BUSINESS INFORMATION

Business Name:
**SEATTLE'S FINEST CANNABIS, LLC**

UBI Number:
**604 183 433**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SE, SEATTLE, WA, 98126, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**11/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**11/03/2017**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE**

## REGISTERED AGENT   RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | |

## PRINCIPAL OFFICE

Phone:
**2069384291**

Email:
**SHIBLEENYC@YAHOO.COM**

Street Address:
**4700 36TH AVE SE, SEATTLE, WA, 98126, USA**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184840 - 2
Received Date: 03/31/2020
Amount Received: $170.00

DOJ-01-0000005821



Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/09/2020
Effective Date: 05/09/2020
UBI #: 604 183 433

## Amended Annual Report

## BUSINESS INFORMATION

Business Name:
**SEATTLE'S FINEST CANNABIS, LLC**

UBI Number:
**604 183 433**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SE, SEATTLE, WA, 98126, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SE, SEATTLE, WA, 98126, UNITED STATES**

Expiration Date:
**11/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**11/03/2017**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE, CONSTRUCTION**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | |

## PRINCIPAL OFFICE

Phone:
**2069384291**

Email:
**SHIBLEY98271@GMAIL.COM**

Street Address:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 202005090025126 0 - 1
Received Date: 05/09/2020
Amount Received: $10.00

DOJ-01-0000005823

**4700 36TH AVE SE, SEATTLE, WA, 98126, USA**

Mailing Address:
**4700 36TH AVE SE, SEATTLE, WA, 98126, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

- ANY LAWFUL PURPOSE
- CONSTRUCTION

## EFFECTIVE DATE

Effective Date:
**05/09/2020**

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**
Email:
**SHIBLEY98271@GMAIL.COM**
Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**GOVERNOR**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 202005090025125260 - 1**
**Received Date: 05/09/2020**
**Amount Received: $10.00**

DOJ-01-0000005825



Office of the Secretary of State
Corporations & Charities Division

<div style="border:1px solid">

Filed
Secretary of State
State of Washington
Date Filed: 05/13/2020
Effective Date: 05/13/2020
UBI #: 604 183 433

</div>

# AMENDED CERTIFICATE OF FORMATION

## BUSINESS INFORMATION

Business Name:
**SFC LLC**

UBI Number:
**604 183 433**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Principal Office Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Expiration Date:
**11/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**11/03/2017**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:

## BUSINESS NAME

Business Name:
**SFC LLC**

## BUSINESS TYPE

Current Business Type:
**WA LIMITED LIABILITY COMPANY**

Amend Business Type:

## REGISTERED AGENT

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 202005110025727 - 1
Received Date: 05/11/2020
Amount Received: $50.00

DOJ-01-0000005827

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## PRINCIPAL OFFICE

Phone:
**206-938-4291**

Email:
**SHIBLEY98271@GMAIL.COM**

Confirm Email:
**SHIBLEY98271@GMAIL.COM**

Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

Mailing Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## DURATION

Duration:
**PERPETUAL**

## EFFECTIVE DATE

Effective Date:
**05/13/2020**

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**

Email:
**SHIBLEY98271@GMAIL.COM**

Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, UNITED STATES**

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---|---|---|---|
| No Value Found. | | | |

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| No Value Found. | |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020051100255727 - 1
Received Date: 05/11/2020
Amount Received: $50.00

DOJ-01-0000005829

## EMAIL OPT-IN

☑  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑    Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**GOVERNOR**

Work Order #: 202005110025727 - 1
Received Date: 05/11/2020
Amount Received: $50.00

DOJ-01-0000005831



**Office of the Secretary of State**
Corporations & Charities Division

(360) 725 - 0377  |  www.sos.wa.gov/corps

801 Capitol Way S, Olympia, WA 98504-0234

This Box For Office Use Only

FILED
Secretary of State
State of Washington
Date Filed: 12/10/2018
Effective Date: 12/10/2018
UBI No: 604 330 288

☐ Filing Fee $180

■ Filing Fee with Expedited Service  $230

## Certificate of Formation
## Limited Liability Company
## RCW 25.15

Do you already have a UBI Number? (Check one) ☐ Yes ■ No  If Yes, provide UBI # _____

If No, a new UBI# will be issued to you upon successful completion of the filing.

If you have previously filed with another state agency (for example, the Department of Revenue, the Department of Labor and Industries, or the Employment Security Department), you may already have a 9 digit UBI Number that you can enter above. Please do not enter the UBI Number of a Sole Proprietorship or General Partnership. If you do not have a UBI Number, please select "no" above and continue with the filing.

**ENTITY NAME :**

Does the entity have a name reserved? (Check one) ☐ Yes ■ No

If Yes, provide the Name Reservation Number and Name    If No, provide only the name

Reservation Number: _____

Name: The A Team Holdings LLC
_____

**For name requirements review the following RCW(s): Limited Liability Company - RCW 23.95.305 (5)**

**PERIOD OF DURATION :** Please check **ONE** of the following

■ This Company shall have a perpetual duration (default)  ☐ This Company shall have a duration of _____ years.

☐ This Company shall expire on _____

**EFFECTIVE DATE:** Please check **ONE** of the following:

■ Date of filing   ☐ Specify a Date _____   cannot be more than 90 days following received date

Certificate of Formation - Limited Liability Company
Pg 1 |  Revised 7.2018

Page: 1 of 5

Work Order #: 2018120700583230 - 1
Received Date: 12/07/2018
Amount Received: $230.00

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 75
Admitted _____

DOJ-01-0000005885

**REGISTERED AGENT:**

Is the Registered Agent a Commercial Registered Agent?  ☐ Yes  ■ No

**If Yes**, provide the name of the Commercial Registered Agent: _____

A Commercial Registered Agent is an entity or individual that is registered with the Office of the Secretary of State to receive legal documents on behalf of a corporation. A Commercial Registered Agent has the entities/individual's address on record with the office.

**A Registered Agent consent is still required for a Commercial Registered Agent located below.**

**If No**, please continue below

**Please complete ONE type of Registered Agent below, be sure to include the name below the checked box.**
**Then continue to provide the required street address. Mailing address if needed.**

| ☐  Individual | ■  Entity | ☐  Office or Position |
|---|---|---|
| | United States Corporation Agents, Inc. | |
| First and last name of a Non-commercial Registered Agent. (Any person not registered as a Commercial Registered Agent.) | Name of a Non-commercial Registered Agent. (Any business not registered as a Commercial Registered Agent.) | List the Office or Position serves as agent. (Only if using the specific office or position as the registered agent, no matter who holds the position like: Secretary, Member or Treasurer.) |

Phone:  866-698-0052          Email: ramanagement@legalzoom.com

| **Registered Agent Street Address (required)** (Must be a physical address No PO Box or PMB) | **Registered Agent Mailing Address (optional)** ☐ Check if mailing address is the same as street address |
|---|---|
| **Country:** United States    **State:** Washington | **Country:** United States    **State:** Washington |
| **Address :** 14205 SE 36th Street, Suite 100 | **Address :** 14205 SE 36th Street, Suite 100 – 288 |
| **Zip:** 98006    **City:** Bellevue | **Zip:** 98006    **City:** Bellevue |

**CONSENT TO SERVE AS REGISTERED AGENT - REQUIRED FOR ALL TYPES**

I hereby consent to serve as Registered Agent in the State of Washington for the named entity. I understand it will be my responsibility to accept service of process, notices, and demands on behalf of the entity; to forward mail to the entity; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

| _____ | Cheyenne Moseley, Assistant Secretary | 12/05/2018 |
|---|---|---|
| Signature of Registered Agent | Printed Name/Title | Date |

Certificate of Formation - Limited Liability Company
Pg 2 |  Revised 7.2018

Page: 2 of 5

Work Order #: 2018120700583230 - 1
Received Date: 12/07/2018
Amount Received: $230.00

DOJ-01-0000005887

| **Principal Office Street Address** (Must be a physical address; No PO Box or PMB) | **Mailing Address** *(optional)* ■ Check if mailing address is the same as street address. |
|---|---|
| Address: 4700 36th Ave SW | Address: _____ |
| Zip: 98126   City: Seattle | Zip: _____   City: _____ |
| State: WA   Country: USA | State: _____   Country: _____ |

**Phone:** *(optional)* _____   **Email:** *(optional)* _____

**RETURN ADDRESS FOR THIS FILING:** *(Optional)*

This address will be sent document( s) regarding this specific filing in addition to document (s) being sent to the Registered Agent's street/mailing address.

**Attention to:** Cheyenne Moseley, Legalzoom.com, Inc.

**Email:** onlinefilings@legalzoom.com

**Address:** 101 N Brand Blvd., 11th Floor

**City** Glendale        **State** CA        **Zip** 91203

**EXECUTOR INFORMATION:**

Name, address, and signature required. Attach additional sheets if necessary.

This record is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.

**Address:** 101 N. Brand Blvd., 11th Floor

**City** Glendale        **State** CA        **Zip** 91203

| | Cheyenne Moseley Assistant Secretary, LegalZoom.com, Inc. | 12/05/2018 |
|---|---|---|
| **Signature of Executor** | **Printed Name/Title** | **Date** |

Certificate of Formation - Limited Liability Company
Pg 3 | Revised 7.2018

Page: 3 of 5

Work Order #: 201812070583230 - 1
Received Date: 12/07/2018
Amount Received: $230.00

DOJ-01-0000005889

Attachment to Articles of Organization

For

The A Team Holdings LLC

The personal liability of the members of the Limited Liability Company for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Washington law.  The Limited Liability Company is authorized to indemnify its members and managers to the fullest extent permissible under Washington law.

Work Order #: 2018120700583230 - 1
Received Date: 12/07/2018
Amount Received: $230.00

DOJ-01-0000005891

Attachment to Articles of Organization

For

The A Team Holdings LLC

The personal liability of the members of the Limited Liability Company for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Washington law.  The Limited Liability Company is authorized to indemnify its members and managers to the fullest extent permissible under Washington law.

Work Order #: 2018120700583230 - 1
Received Date: 12/07/2018
Amount Received: $230.00

DOJ-01-0000005893


Secretary of State
*Ten Wyman*

Washington Secretary of State
Corporations and Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377
corps@sos.wa.gov

01/01/2020

THE A TEAM HOLDINGS LLC
UNITED STATES CORPORATION AGENTS, INC
14205 SE 36TH ST STE 100-288
BELLEVUE WA 98006-1596

## DELINQUENT ANNUAL REPORT NOTICE

Dear Sir/Madam,

UBI #: 604 330 288
Entity Name: THE A TEAM HOLDINGS LLC

The above listed entity has not filed its annual report that was due on 12/31/2019. As a result, the above listed entity is no longer in active status.
Failure to file the necessary report by 04/30/2020 will result in administrative dissolution or termination of your registration.

You can file online using the Washington Secretary of State, Corporations and Charities Filing System (CCFS) using the following website https://www.sos.wa.gov/corps.

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

DOJ-01-0000005897



Office of the Secretary of State
Corporations & Charities Division

> Filed
> Secretary of State
> State of Washington
> Date Filed: 03/31/2020
> Effective Date: 03/31/2020
> UBI #: 604 330 288

# Annual Report

## BUSINESS INFORMATION

Business Name:
**THE A TEAM HOLDINGS LLC**

UBI Number:
**604 330 288**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**12/31/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/10/2018**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**REAL PROPERTY INVESTMENT**

## REGISTERED AGENT CONSENT

To change your Registered Agent, please delete the current Registered Agent below.
**Registered Agent Consent (Check One):**
☑

I am the Registered Agent. Use my Contact Information.

☐

I am not the Registered Agent. I declare under penalty of perjury that the WA Limited Liability Company has in its records a signed document containing the consent of the person or business named as registered agent to serve in that capacity. I understand the WA Limited Liability Company must keep the signed consent document in its records, and must produce the document on request.

RCW 23.95.415 requires that all businesses in Washington State have a Registered Agent.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184835 - 1
Received Date: 03/31/2020
Amount Received: $85.00

DOJ-01-0000005899

Some of this information is prepopulated from information previously provided. Please make changes as necessary to provide accurate information.

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC SHIBLEY | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA | 4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA |

## PRINCIPAL OFFICE

Phone:
**206-938-4291**
Email:
**ERS98126@GMAIL.COM**
Street Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126, USA**
Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | SHIBLEY |

## NATURE OF BUSINESS

- REAL PROPERTY INVESTMENT

## EFFECTIVE DATE

Effective Date:
**03/31/2020**

## CONTROLLING INTEREST

1. Does your entity own real property such as land or buildings (including leasehold interests) in Washington?
**NO**
2. As of January 1, 2019, has there been a transfer of stock, other financial interest change, or an option agreement exercised that resulted in a transfer of at least 16? percent interest in the entity?
**NO**
   a. If "yes", has the transfer of stock, other financial interest change, or an option agreement exercised resulted in a transfer of controlling interest (50 percent or greater)?
**NO**
3. As of January 1, 2019, has an option agreement been executed allowing for the future purchase or acquisition of the entity?
**NO**

You must report a Controlling Interest Transfer Return **IF**: you answered "yes" to questions 1 **AND** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184835 - 1
Received Date: 03/31/2020
Amount Received: $85.00

DOJ-01-0000005901

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIC SHIBLEY**
Email:
**ERS98126@GMAIL.COM**
Address:
**4700 36TH AVE SW, SEATTLE, WA, 98126-2716, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ERIC**

Last Name:
**SHIBLEY**

Title:
**MANGER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020033100184835 - 1
Received Date: 03/31/2020
Amount Received: $85.00

DOJ-01-0000005903

# Production

## Customer
**ERIC R SHIBLEY MD PLLC: 0109**

Menu New Manager

**Customer: Limited Liability Company** Explore Structure Expand

Customer : 603-260-109 ERIC R SHIBLEY MD PLLC 4700 36TH AVE SW SEATTLE WA 98126-2716

Registration **CRM** **Task** **Investigation** **Collection** **Audit** **Financial** **Adjustment** **Web** **Other**

Accounts **Customer** Profiles Ids Trade Names[1] Names Addresses Contacts* NAICS* Links* Sites*

**Customer**

| | |
|---|---|
| UBI/CID | 603-260-109 |
| Federal Employer ID | **-***9052 |
| Legal | ERIC R SHIBLEY MD PLLC |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 |

**Business Attributes** Show History

**Business Attributes**

| | |
|---|---|
| Customer Subtype | Professional Limited Liability ( |
| SSO Category Code | PLC |
| Country of Incorporation | USA |
| State of Incorporation | WASHINGTON |
| Prior Business Name | |

FO ☐

Year Inc (BLA) 2012

**External Agency Account Status**

Get Agency Statuses

Labor & Industries: Active | **Closed** | Inactive

Employment Security: Active | **Closed** | Inactive

DOR Tax Account: **Active** | Closed | Inactive

**Important Dates**

| Cease Date | Application Month | Date Inc (SOS) |
|---|---|---|
| | DEC | Dec-12-2012 |

**Insurance Information**

Optional L&I for Owners/Officers? Yes | No

Optional L&I for Excluded? **Yes** | No

Governing People Info SHIBLEY, ERIC R

| Name | Address | Telephone Number | Percent Owned | Official |
|---|---|---|---|---|
| SHIBLEY, ERIC R | | | 0 | ☑ |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 77
Admitted ________________



# Production

**Activities**

| ETPID | Activity Type | Activity Category | Status | Commence | Cease |
|-------|---------------|-------------------|--------|----------|-------|
| 0029 | Unemployment Insurance | Employment Security Department | Active | Sep-16-2014 | |
| 0135 | Tax Registration | Department of Revenue | Active | Mar-17-2018 | |

2 Rows

DOJ-01-0000005182

# Production

**Identities**

| Profile | Account Type | Account | Id Type | Id | Cease | Valid | |
|---|---|---|---|---|---|---|---|
| 001 | | | FEIN | **-***9052 | | ☑ | |
| 001 | | | UBI/CID | 603-260-109 | | ☑ | |
| 002 | Secretary of State | 603260109-001-0000 | License Account ID | 603260109-001-0000 | | ☑ | |
| 003 | License | 603260109-001-0001 | License Account ID | 603260109-001-0001 | | ☑ | |
| 005 | Excise Tax | 603-260-109 | Account ID | 603-260-109 | | ☑ | |

5 Rows

DOJ-01-0000005183

# Production

**Activity ID**

| Trade Name | Registration Date | Cancellation Date | Location ID | Original Application ID |
|---|---|---|---|---|
| SHIBLEY MEDICAL CLINIC | Sep-15-2014 | | | 142583884 |

DOJ-01-0000005184

# Production

**Names**

| Profile | Account Type | Account | Name Type | Name | Valid | | |
|---------|-------------|---------|-----------|------|-------|---|---|
| 001 | | | Legal | ERIC R SHIBLEY MD PLLC | ☑ | | |
| 003 | License | 603260109-001-0001 | Primary Business | SHIBLEY MEDICAL CLINIC | ☑ | | |
| 005 | Excise Tax | 603-260-109 | Doing Business As | SHIBLEY MEDICAL CLINIC | ☑ | | |

3 Rows

DOJ-01-0000005185

# Production

**Addresses**

| Profile | Account Type | Account | Address Type | Address | Valid | | |
|---|---|---|---|---|---|---|---|
| 001 | | | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 002 | Secretary of State | 603260109-001-0000 | Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 002 | Secretary of State | 603260109-001-0000 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 003 | License | 603260109-001-0001 | Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 005 | Excise Tax | 603-260-109 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |

5 Rows

DOJ-01-0000005186

# Production

**Contacts**

| Account Type | Account | Contact Type | Contact | Phone Type | Phone | Email |
|---|---|---|---|---|---|---|
| Secretary of State | 603260109-001-0000 | Primary Contact | | Business | (206) 938-4291 | SHIBLEYMEDICAL@OUTLOOK.COM |
| License | 603260109-001-0001 | Primary Contact | | Business | (206) 938-4291 | SHIBLEENYC@YAHOO.COM |
| Excise Tax | 603-260-109 | Compliance Contact | BAL SINGH/EFILES | Home | (816) 671-1463 | |
| Excise Tax | 603-260-109 | Compliance Contact | | Business | (888) 855-0724 | |
| Excise Tax | 603-260-109 | Compliance Contact | MBR ERIC SHIBLEY | ICT Best | (206) 938-4291 | SHIBLEYMEDICAL@OUTLOOK.COM |

5 Rows

DOJ-01-0000005187

# Production

## Account
Excise Tax: 603-260-109

Menu New Manager

**Account: Excise Tax** Expand

| | | | | |
|---|---|---|---|---|
| Account | : | 603-260-109 | SHIBLEY MEDICAL CLINIC | 4700 36TH AVE SW SEATTLE WA 98126-2716 |
| Customer | : | 603-260-109 | ERIC R SHIBLEY MD PLLC | 4700 36TH AVE SW SEATTLE WA 98126-2716 |

Financial CRM Task Collection Investigation Audit Adjustment Registration Web Other

Account Ids Names* Addresses* Contacts* NAICS* Links* Sites* Bank Reseller Linked Locations

**Account**

| | | | |
|---|---|---|---|
| Account ID | 603-260-109 | | |
| Doing Business As | SHIBLEY MEDICAL CLINIC | | |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | | |
| Compliance Contact | MBR ERIC SHIBLEY | ICT Best | (206) 938-4291 |
| Compliance Contact | | Business Phone | (888) 855-0724 |
| Compliance Contact | BAL SINGH/EFILES | Home Phone | (816) 671-1463 |
| NAICS | 621111 | Offices of Physicians (except Mental Health Specialists) | |

**Excise Tax Attribute Doc** Show History

| Flag Type | Flag Description | Start Date | End Date |
|---|---|---|---|

**Excise Tax**

| | |
|---|---|
| Temporary Registration | ☐ |
| Open | Aug-01-2014 |
| Reopen | |
| Close | |
| Status | Active |
| Closure Reason | |

**Other Info**

| | |
|---|---|
| Company Web Site | |
| Primary Language | |

**Forms**

☐ Mail Tax Returns

**Filing**

| | |
|---|---|
| Active Filing Frequency | Quarterly |
| Future Frequency Change | |
| Future Frequency Effective | |

**Filing Extensions**

☐ Permanent Filing Extensions

**Efile/Epay Info**

☑ Mandatory Efile/Epay

| | |
|---|---|
| Effective Period | Sep-30-2014 |

# Production

**Periods 0.00**

| Period | Activity | Tax | Penalty | Interest | Other | Credit | Balance | Valid |
|--------|----------|----:|--------:|---------:|------:|-------:|--------:|:-----:|
| Mar-31-2020 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2019 | Jan-14-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Sep-30-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jun-30-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Mar-31-2019 | May-29-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2018 | Feb-22-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Sep-30-2018 | Nov-01-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jun-30-2018 | Nov-01-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Mar-31-2018 | Nov-01-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2017 | Nov-01-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Sep-30-2017 | Mar-17-2018 | 164.72 | 0.00 | 0.00 | 0.00 | (164.72) | 0.00 | ☑ |
| Jun-30-2017 | Mar-17-2018 | 114.76 | 33.28 | 0.00 | 0.00 | (148.04) | 0.00 | ☑ |
| Mar-31-2017 | Mar-17-2018 | 134.72 | 25.60 | 0.00 | 0.00 | (160.32) | 0.00 | ☑ |
| 13 Rows |  | 414.20 | 58.88 | 0.00 | 0.00 | (473.08) | 0.00 | |

DOJ-01-0000005189

# Production

**Returns**

| Return | Period | Status | Due | Received | |
|---|---|---|---|---|---|
| Combined Excise Tax Return | Mar-31-2020 | Outstanding | Jun-30-2020 | | |
| Combined Excise Tax Return | Dec-31-2019 | Ontime-Prcd | Jan-31-2020 | Jan-14-2020 | |
| Combined Excise Tax Return | Sep-30-2019 | Ontime-Prcd | Oct-31-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Jun-30-2019 | Late-Prcd | Jul-31-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Mar-31-2019 | Late-Prcd | Apr-30-2019 | May-29-2019 | |
| Combined Excise Tax Return | Dec-31-2018 | Late-Prcd | Jan-31-2019 | Feb-22-2019 | |
| Combined Excise Tax Return | Sep-30-2018 | Late-Prcd | Oct-31-2018 | Nov-01-2018 | |
| Combined Excise Tax Return | Jun-30-2018 | Late-Prcd | Jul-31-2018 | Nov-01-2018 | |
| Combined Excise Tax Return | Mar-31-2018 | Late-Prcd | May-08-2018 | Nov-01-2018 | |
| Combined Excise Tax Return | Dec-31-2017 | Late-Prcd | Jan-31-2018 | Nov-01-2018 | |
| Combined Excise Tax Return | Sep-30-2017 | Ontime-Prcd | Oct-31-2017 | Oct-26-2017 | |
| Combined Excise Tax Return | Jun-30-2017 | Late-Prcd | Jul-31-2017 | Oct-26-2017 | |
| Combined Excise Tax Return | Mar-31-2017 | Late-Prcd | May-01-2017 | Jun-19-2017 | |

13 Rows

DOJ-01-0000005190

# Production

**Payments**

| Status | Trans Type | Source | Type | Period | Posted | Effective | Amount | Reversed |
|--------|-----------|--------|------|--------|--------|-----------|-------:|----------|
| Posted | Converted Payment | Conversion | Converted Payment | Sep-30-2017 | Mar-17-2018 | Oct-31-2017 | 164.72 | |
| | Converted Payment | Conversion | Converted Payment | Jun-30-2017 | Mar-17-2018 | Oct-30-2017 | 148.04 | |
| | Converted Payment | Conversion | Converted Payment | Mar-31-2017 | Mar-17-2018 | Jun-20-2017 | 160.32 | |
| | Converted Payment | Conversion | Converted Payment | Dec-31-2016 | Mar-17-2018 | Jun-20-2017 | 171.45 | |

4 Rows
644.53

DOJ-01-0000005191

# Production

**Transactions: 0.00**

| Period | Posted | Effective | Trans Type | Impact | Amount | Balance |
|---|---|---|---|---|---|---|
| *Dec-31-2019* | | | | | | |
| ... | Jan-14-2020 | Jan-31-2020 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Sep-30-2019* | | | | | | |
| ... | Oct-08-2019 | Oct-31-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Jun-30-2019* | | | | | | |
| ... | Oct-08-2019 | Jul-31-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Mar-31-2019* | | | | | | |
| ... | May-29-2019 | Apr-30-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Dec-31-2018* | | | | | | |
| ... | Feb-22-2019 | Jan-31-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Sep-30-2018* | | | | | | |
| ... | Nov-01-2018 | Oct-31-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Jun-30-2018* | | | | | | |
| ... | Nov-01-2018 | Jul-31-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Mar-31-2018* | | | | | | |
| ... | Nov-01-2018 | May-08-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Dec-31-2017* | | | | | | |
| ... | Nov-01-2018 | Jan-31-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Sep-30-2017* | | | | | | |
| ... | Mar-17-2018 | Oct-31-2017 | Converted Payment | Credit | (164.72) | 0.00 |
| ... | Mar-17-2018 | Oct-31-2017 | Converted Return Tax | Tax | 164.72 | 0.00 |
| 2 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| *Jun-30-2017* | | | | | | |
| ... | Mar-17-2018 | Jul-31-2017 | Converted Return Tax | Tax | 114.76 | 0.00 |

DOJ-01-0000005192

**Transactions: 0.00**

| Period | Posted | Effective | Trans Type | Impact | Amount | Balance |
|---|---|---|---|---|---|---|
| ... | Mar-17-2018 | Jul-31-2017 | Converted Penalty | Penalty | 33.28 | 0.00 |
| ... | Mar-17-2018 | Oct-30-2017 | Converted Payment | Credit | (148.04) | 0.00 |
| 3 Rows | | | | | 0.00 | 0.00 |
| Mar-31-2017 | | | | | | |
| ... | Mar-17-2018 | May-01-2017 | Converted Return Tax | Tax | 134.72 | 0.00 |
| ... | Mar-17-2018 | Jun-20-2017 | Converted Payment | Credit | (160.32) | 0.00 |
| ... | Mar-17-2018 | May-01-2017 | Converted Penalty | Penalty | 25.60 | 0.00 |
| 3 Rows | | | | | 0.00 | 0.00 |

DOJ-01-0000005193

## Production

| Year | Period | Source | Return Reason | Gross | Gambling Contests of Chance (less than $50,000 a year) Gross | Totals Gross |
|------|--------|--------|---------------|-------|------:|------:|
| | | | | | Dimensions: LineCode | |
| | | | none | 04 - Service and Other Activities | | |
| 2017 | Mar-31-2017 | Return - Combined Excise Tax Return | none | 0.00 | 18,648.00 | 18,648.00 |
| | Jun-30-2017 | | | 0.00 | 17,984.00 | 17,984.00 |
| | Sep-30-2017 | | | 0.00 | 19,648.00 | 19,648.00 |
| | Dec-31-2017 | | | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 8,790.00 | 8,790.00 |
| 2018 | Mar-31-2018 | | none | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 8,450.00 | 8,450.00 |
| | Jun-30-2018 | | none | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 8,340.00 | 8,340.00 |
| | Sep-30-2018 | | none | 0.00 | 8,635.00 | 8,635.00 |
| | Dec-31-2018 | | | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 25,350.00 | 25,350.00 |
| 2019 | Mar-31-2019 | | none | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 12,350.00 | 12,350.00 |
| | Jun-30-2019 | | none | 0.00 | 0.00 | 0.00 |
| | | | Actuals Received | 0.00 | 13,500.00 | 13,500.00 |
| | Sep-30-2019 | | none | 0.00 | 13,000.00 | 13,000.00 |
| | Dec-31-2019 | | | 0.00 | 0.00 | 0.00 |
| **Totals** | | | | 0.00 | 154,695.00 | 154,695.00 |

19 Rows

DOJ-01-0000005194

# Production

**Notes**

| | | |
|---|---|---|
| Collection | Oct-08-2019 | 1 (206) 938-4291 Unable to leave message (Unavailable- Misc.) Machine hung up |
| Collection | Sep-27-2019 | 1 (206) 938-4291<br>Left voicemail for authorized person to contact the ICT. |
| Collection | Sep-18-2019 | 1 (206) 938-4291<br>Left voicemail for authorized person to contact the ICT. |
| Collection | Sep-10-2019 | 1 (206) 938-4291: Left voicemail for authorized person to contact the ICT. |
| Collection | Aug-28-2019 | 8/27/2019 8:58:36 AM. 2069384291. Virtual agent played message to live voice. |
| Collection | May-29-2019 | 5/28/2019 8:41:22 AM. 2069384291. Virtual agent played message to live voice. |
| Collection | May-23-2019 | 5/22/2019 8:27:25 AM. 2069384291. Virtual agent detected that the answering party hung up before message was left. |
| Collection | Feb-20-2019 | 2/19/2019 11:44:22 AM. 2069384291. Virtual agent left message on voicemail. |
| Collection | Nov-01-2018 | 1 (206) 938-4291 Spoke with Eric and provided assistance in accessing the online tax account for Shibley Medical. Eric stated he will have the returns done within the hour. |
| Collection | Jun-27-2018 | 8888550724. Virtual agent reached a bad/disconnected phone number. Unable to leave message. |
| Collection | Jun-27-2018 | 8166711463. Virtual agent played message. virtual agent could not determine if answering party was a live voice or voicemail system. |
| Collection | Jun-25-2018 | 8888550724. Virtual agent detected that the answering party hung up before message was left. |
| Collection | Apr-12-2018 | 1 (816) 671-1463 SW EFILER Bal Singh who will contact Eric to file Q4-17. |

DOJ-01-0000005195



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

ERIC R SHIBLEY MD PLLC
SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA  98126-2716

April 15, 2020
Letter ID: L0012983582
Account ID: 603-260-109
Account Type: Excise Tax
Quarter 1 period ending 03/31/2020

Dear SHIBLEY MEDICAL CLINIC:

The Department of Revenue recognizes the profound impact the COVID-19 virus is having on businesses across our nation.  Your business is a vital part of Washington's economy and we are committed to helping keep businesses in business during this difficult time.

This letter is to notify you that your Quarterly March 31, 2020 tax return due date was recently extended.

Your new due date is: June 30, 2020

A few important reminders:

- This is an extension of tax due, not a waiver of taxes owed.
- It is important to remember that retail sales tax is collected on behalf of the state and is held in trust for the state of Washington.  It should not be used for business expenses.
- All businesses that receive an extension should still file their tax return on time, if they are able.
- If you already filed your tax return and scheduled your payment for withdrawal, you must cancel your payment in your online My DOR account BEFORE the original due date to ensure the payment is not pulled from your bank account before the new due date.  Taxes already paid will not be refunded.
- If you cannot pay your taxes in full by the new extended due date, please contact us at 1-800-631-4028 for assistance.  You may qualify for a payment plan.


If you have the ability to pay earlier than your new due date, please do so. Your taxes fund important services in our state and local communities including K-12 schools, health and social services, and public safety.

If you have any questions regarding this please contact us at 360-705-6705.

Sincerely,

Department of Revenue
Taxpayer Account Administration

DETACH BEFORE POSTING

# PREVIEW BUSINESS LICENSE

STATE OF
WASHINGTON

Limited Liability Company

ERIC R SHIBLEY MD PLLC
SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE, WA 98126-2716

Unified Business ID #: 603260109
Business ID #: 001
Location: 0001

UNEMPLOYMENT INSURANCE - ACTIVE          TAX REGISTRATION - ACTIVE

REGISTERED TRADE NAMES:
SHIBLEY MEDICAL CLINIC

This document lists the registrations, endorsements, and licenses authorized for the business
named above. By accepting this document, the licensee certifies the information on the application
was complete, true, and accurate to the best of his or her knowledge, and that business will be
conducted in compliance with all applicable Washington state, county, and city regulations.

*Vikki Smith*

Director, Department of Revenue

---

UBI: 603260109 001 0001

STATE OF WASHINGTON

ERIC R SHIBLEY MD PLLC
SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE, WA 98126-2716

UNEMPLOYMENT INSURANCE -
ACTIVE
TAX REGISTRATION - ACTIVE

*Vikki Smith*

Director, Department of Revenue

DETACH THIS SECTION FOR YOUR WALLET

DOJ-01-0000005198

State of Washington
Department of Revenue
PO Box 47464
Olympia, WA 98504-7464

Batch #:  8044
Serial #:  63

# January - March (Q1 2017)
# Combined Excise Tax Return

### 603-260-109
### SHIBLEY MEDICAL CLINIC
### ERIC R SHIBLEY MD PLLC

## State Business and Occupation Section

**Taxes**

| Line Code | Tax Classification | Gross Amount | Total Deductions | Taxable Amount | Rate | Tax Due |
|---|---|---|---|---|---|---|
| 0004 | Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 18,648.00 | 0.00 | 18,648.00 | 0.0150 | 279.72 |
| | | **18,648.00** | **0.00** | **18,648.00** | | **279.72** |

## Credit Section

| Code | Document Number | Credit | Amount |
|---|---|---|---|
| 0720 | | Service & Other SBC | (145.00) |
| | | | **145.00** |

## Summary Section

| | Amount |
|---|---|
| State Business and Occupation Tax Total | 279.72 |
| State Sales and Use Tax Total | 0.00 |
| Local and Regional Tax Total | 0.00 |
| Lodging Tax Total | 0.00 |
| Public Utilities Tax Total | 0.00 |
| E911 Tax Total | 0.00 |
| Other Tax Total | 0.00 |
| **SubTotal** | **279.72** |
| Less Total Credits | (145.00) |
| **SubTotal** | **134.72** |
| 19% Penalty | 25.60 |
| **Total** | **160.32** |
| **Amount Paid** | **160.32** |
| **Balance** | **0.00** |

## Additional Information

| | | | |
|---|---|---|---|
| **Confirmation Number** | 20891961 | **Date Printed** | 6/20/2017 |
| **Date and Time Submitted** | 6/19/2017 10:01:55 AM | **Tax Registration Number** | 603-260-109 |
| **Payment Type** | E-Check | **Person Completing Return** | Eric Shibley |
| **Total Amount Paid** | 160.32 | **Phone Number** | (206)938-4291 |
| **Date To Transfer Payment** | 6/20/2017 | **E-Mail Address** | ers98126@gmail.com |
| **Person Authorizing Payment** | Eric Shibley | | |

DOJ-01-0000005206

**This is a copy for your records.**
**Please DO NOT MAIL a copy to the Department of Revenue.**

DOJ-01-0000005207

State of Washington
Department of Revenue
PO Box 47464
Olympia, WA 98504-7464

Batch #:  8124
Serial #:  1220

## April - June (Q2 2017)
## Combined Excise Tax Return

### 603-260-109
### SHIBLEY MEDICAL CLINIC
### ERIC R SHIBLEY MD PLLC

## State Business and Occupation Section

**Taxes**

| Line Code | Tax Classification | Gross Amount | Total Deductions | Taxable Amount | Rate | Tax Due |
|---|---|---|---|---|---|---|
| 0004 | Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 17,984.00 | 0.00 | 17,984.00 | 0.0150 | 269.76 |
| | | 17,984.00 | 0.00 | 17,984.00 | | 269.76 |

## Credit Section

| Code | Document Number | Credit | Amount |
|---|---|---|---|
| 0720 | | Service & Other SBC | (155.00) |
| | | | 155.00 |

## Summary Section

| | Amount |
|---|---|
| State Business and Occupation Tax Total | 269.76 |
| State Sales and Use Tax Total | 0.00 |
| Local and Regional Tax Total | 0.00 |
| Lodging Tax Total | 0.00 |
| Public Utilities Tax Total | 0.00 |
| E911 Tax Total | 0.00 |
| Other Tax Total | 0.00 |
| **SubTotal** | **269.76** |
| Less Total Credits | (155.00) |
| **SubTotal** | **114.76** |
| 29% Penalty | 33.28 |
| **Total** | **148.04** |
| **Amount Paid** | **148.04** |
| **Balance** | **0.00** |

## Additional Information

| | | | |
|---|---|---|---|
| Confirmation Number | 21875518 | Date Printed | 10/30/2017 |
| Date and Time Submitted | 10/26/2017 7:53:38 PM | Tax Registration Number | 603-260-109 |
| Payment Type | E-Check | Person Completing Return | Eric Shibley |
| Total Amount Paid | 148.04 | Phone Number | (206)938-4291 |
| Date To Transfer Payment | 10/27/2017 | E-Mail Address | shibleenyc@yahoo.com |
| Person Authorizing Payment | Eric Shibley | | |

**This is a copy for your records.**
**Please DO NOT MAIL a copy to the Department of Revenue.**

DOJ-01-0000005209

State of Washington
Department of Revenue
PO Box 47464
Olympia, WA 98504-7464

Batch #:  8124
Serial #:  1226

## July - September (Q3 2017)
## Combined Excise Tax Return

### 603-260-109
### SHIBLEY MEDICAL CLINIC
### ERIC R SHIBLEY MD PLLC

## State Business and Occupation Section

**Taxes**

| Line Code | Tax Classification | Gross Amount | Total Deductions | Taxable Amount | Rate | Tax Due |
|---|---|---|---|---|---|---|
| 0004 | Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 19,648.00 | 0.00 | 19,648.00 | 0.0150 | 294.72 |
| | | **19,648.00** | **0.00** | **19,648.00** | | **294.72** |

## Credit Section

| Code | Document Number | Credit | Amount |
|---|---|---|---|
| 0720 | | Service & Other SBC | (130.00) |
| | | | **130.00** |

## Summary Section

| | Amount |
|---|---|
| State Business and Occupation Tax Total | 294.72 |
| State Sales and Use Tax Total | 0.00 |
| Local and Regional Tax Total | 0.00 |
| Lodging Tax Total | 0.00 |
| Public Utilities Tax Total | 0.00 |
| E911 Tax Total | 0.00 |
| Other Tax Total | 0.00 |
| **SubTotal** | **294.72** |
| Less Total Credits | (130.00) |
| **Total** | **164.72** |
| **Amount Paid** | **164.72** |
| **Balance** | **0.00** |

## Additional Information

| | | | |
|---|---|---|---|
| Confirmation Number | 21875525 | Date Printed | 10/30/2017 |
| Date and Time Submitted | 10/26/2017 7:56:23 PM | Tax Registration Number | 603-260-109 |
| Payment Type | E-Check | Person Completing Return | Eric Shibley |
| Total Amount Paid | 164.72 | Phone Number | (206)938-4291 |
| Date To Transfer Payment | 11/1/2017 | E-Mail Address | shibleenyc@yahoo.com |
| Person Authorizing Payment | Eric Shibley | | |

## This is a copy for your records.

DOJ-01-0000005210

**Please DO NOT MAIL a copy to the Department of Revenue.**

DOJ-01-0000005211

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | December 31, 2017 | **Filing Frequency:** | Quarterly |
| **Due Date:** | January 31, 2018 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 8,790.00 | Add Deduction | 8,790.00 | 0.015000 | 131.85 |
| | | | Total Business & Occupation | | 131.85 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 131.85 |
| Total B&O Credit | 131.85 |

**Return Totals**

| | |
|---|---|
| Total Tax | 131.85 |
| Less Credits | 131.85 |
| Total Amount | 0.00 |

DOJ-01-0000005212

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | March 31, 2018 | **Filing Frequency:** | Quarterly |
| **Due Date:** | May 8, 2018 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 8,450.00 | Add Deduction | 8,450.00 | 0.015000 | 126.75 |
| | | | Total Business & Occupation | | 126.75 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 126.75 |
| Total B&O Credit | 126.75 |

**Return Totals**

| | |
|---|---|
| Total Tax | 126.75 |
| Less Credits | 126.75 |
| Total Amount | 0.00 |

DOJ-01-0000005213

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | June 30, 2018 | **Filing Frequency:** | Quarterly |
| **Due Date:** | July 31, 2018 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 8,340.00 | Add Deduction | 8,340.00 | 0.015000 | 125.10 |
| | | | Total Business & Occupation | | 125.10 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 125.10 |
| Total B&O Credit | 125.10 |

**Return Totals**

| | |
|---|---|
| Total Tax | 125.10 |
| Less Credits | 125.10 |
| Total Amount | 0.00 |

DOJ-01-0000005214

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | September 30, 2018 | **Filing Frequency:** | Quarterly |
| **Due Date:** | October 31, 2018 | | |

#### Business & Occupation

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 8,635.00 | Add Deduction | 8,635.00 | 0.015000 | 129.53 |
| | | | Total Business & Occupation | | 129.53 |

#### Business & Occupation Credits

| | |
|---|---|
| Service & Other SBC | 129.53 |
| Total B&O Credit | 129.53 |

#### Return Totals

| | |
|---|---|
| Total Tax | 129.53 |
| Less Credits | 129.53 |
| Total Amount | 0.00 |

DOJ-01-0000005215

## Production

You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | December 31, 2018 | **Filing Frequency:** | Quarterly |
| **Due Date:** | January 31, 2019 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 25,350.00 | 14,500.00 | 10,850.00 | 0.015000 | 162.75 |
| | | | Total Business & Occupation | | 162.75 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 162.75 |
| Total B&O Credit | 162.75 |

**Deductions**

| Line Code | Deduction | Amount Filed |
|---|---|---|
| *Business & Occupation* | | |
| Service and Other Activities; Gambling Contests of Chance (less than $50,00 ❓ | Interest on Certain Investments / Loans / Obligations | 14,500.00 |

**Return Totals**

| | |
|---|---|
| Total Tax | 162.75 |
| Less Credits | 162.75 |
| Total Amount | 0.00 |

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | March 31, 2019 | **Filing Frequency:** | Quarterly |
| **Due Date:** | April 30, 2019 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 12,350.00 | Add Deduction | 12,350.00 | 0.015000 | 185.25 |
| | | | Total Business & Occupation | | 185.25 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 185.25 |
| Total B&O Credit | 185.25 |

**Return Totals**

| | |
|---|---|
| Total Tax | 185.25 |
| Less Credits | 185.25 |
| Total Amount | 0.00 |

DOJ-01-0000005217

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | June 30, 2019 | **Filing Frequency:** | Quarterly |
| **Due Date:** | July 31, 2019 | | |

#### Business & Occupation

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 13,500.00 | Add Deduction | 13,500.00 | 0.015000 | 202.50 |
| | | | Total Business & Occupation | | 202.50 |

#### Business & Occupation Credits

| | |
|---|---|
| Service & Other SBC | 202.50 |
| Total B&O Credit | 202.50 |

#### Return Totals

| | |
|---|---|
| Total Tax | 202.50 |
| Less Credits | 202.50 |
| Total Amount | 0.00 |

DOJ-01-0000005218

## Production

**You are viewing the most recent version of your return. If you would like to view what was submitted, please select the return under the Submission Tab.**

### Washington State Department of Revenue

### Combined Excise Tax Return

603-260-109

SHIBLEY MEDICAL CLINIC

ERIC R SHIBLEY MD PLLC

| | | | |
|---|---|---|---|
| **Filing Period:** | September 30, 2019 | **Filing Frequency:** | Quarterly |
| **Due Date:** | October 31, 2019 | | |

**Business & Occupation**

| Tax Classification | Gross Amount | Deductions | Taxable Amount | Tax Rate | Tax Due |
|---|---|---|---|---|---|
| Service and Other Activities; Gambling Contests of Chance (less than $50,000 a year) | 13,000.00 | Add Deduction | 13,000.00 | 0.015000 | 195.00 |
| | | | Total Business & Occupation | | 195.00 |

**Business & Occupation Credits**

| | |
|---|---|
| Service & Other SBC | 195.00 |
| Total B&O Credit | 195.00 |

**Return Totals**

| | |
|---|---|
| Total Tax | 195.00 |
| Less Credits | 195.00 |
| Total Amount | 0.00 |

DOJ-01-0000005219

Production



Customer
ES1 LLC: 8905

| Menu | | New Manager | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Customer: Limited Liability Company**                                           Explore   Structure   Expand

Customer          :  603-248-905              ES1 LLC    4700 36TH AVE SW SEATTLE WA 98126-2716

| Registration | CRM | Task | Investigation | Collection | Audit | Financial | Adjustment | Web | Other |
|---|---|---|---|---|---|---|---|---|---|
| Accounts | Customer | Profiles | Ids | Trade Names[1] | Names | Addresses | Contacts[*] | NAICS[*] | Links[*] | Sites |

**Customer**

| | |
|---|---|
| UBI/CID | 603-248-905 |
| Federal Employer ID | **-***5849 |
| Legal | ES1 LLC |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 |
| Email | |

**Business Attributes**                                                                        Show History

**Business Attributes**

| | | | |
|---|---|---|---|
| Customer Subtype | | | |
| SSO Category Code | LLC | | |
| Country of Incorporation | USA | FO ☐ | |
| State of Incorporation | WASHINGTON | Year Inc (BLA) | 2012 |
| Prior Business Name | | | |

**External Agency Account Status**

Get Agency Statuses

Labor & Industries:

| Active | Closed | **Inactive** |
|---|---|---|

Employment Security:

| Active | Closed | **Inactive** |
|---|---|---|

DOR Tax Account

| **Active** | Closed | Inactive |
|---|---|---|

**Important Dates**

| Cease Date | Application Month | Date Inc (SOS) |
|---|---|---|
| | OCT | Oct-25-2012 |

**Insurance Information**

| | | |
|---|---|---|
| Optional L&I for Owners/Officers? | Yes No | |
| Optional L&I for Excluded? | Yes No | |

Governing People Info      SHIBLEY, ERIC

| | Name | Address | Telephone Number | Percent Owned | Official |
|---|---|---|---|---|---|
| | SHIBLEY, ERIC | | | 0 | ☑ |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 78
Admitted _____

DOJ-01-0000005092

# Production

**Identities**

| Profile | Account Type | Account | Id Type | Id | Cease | Valid | | |
|---|---|---|---|---|---|---|---|---|
| 001 | | | FEIN | **-***5849 | | ☑ | | |
| 001 | | | UBI/CID | 603-248-905 | | ☑ | | |
| 002 | Secretary of State | 603248905-001-0000 | License Account ID | 603248905-001-0000 | | ☑ | | |
| 003 | License | 603248905-001-0001 | License Account ID | 603248905-001-0001 | | ☑ | | |
| 005 | Excise Tax | 603-248-905 | Account ID | 603-248-905 | | ☑ | | |

5 Rows

DOJ-01-0000005093

# Production

**Activity ID**

| Trade Name | Registration Date | Cancellation Date | Location ID | Original Application ID |
|---|---|---|---|---|
| SHIBLEY MEDICAL | May-06-2019 | | 603248905-001-000 | 501419138 |

# Production

**Names**

| Profile | Account Type | Account | Name Type | Name | Valid | |
|---|---|---|---|---|---|---|
| 001 | | | Legal | ES1 LLC | ☑ | |
| 003 | License | 603248905-001-0001 | Primary Business | ES1 LLC | ☑ | |

2 Rows

DOJ-01-0000005095

# Production

**Addresses**

| Profile | Account Type | Account | Address Type | Address | Valid | | |
|---|---|---|---|---|---|---|---|
| 001 | | | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 001 | | | Reg Agent Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☐ | | |
| 001 | | | Reg Agent Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☐ | | |
| 002 | Secretary of State | 603248905-001-0000 | Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 003 | License | 603248905-001-0001 | Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 003 | License | 603248905-001-0001 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |
| 005 | Excise Tax | 603-248-905 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | | |

7 Rows

DOJ-01-0000005096

# Production

**Contacts**

| Account Type | Account | Contact Type | Contact | Phone Type | Phone | Email |
|---|---|---|---|---|---|---|
| | | Email | | | | ERS98126@GMAIL.COM |
| Secretary of State | 603248905-001-0000 | Primary Contact | | Business | (206) 938-4291 | |
| License | 603248905-001-0001 | Primary Contact | | Business | (206) 938-4291 | ERS98126@GMAIL.COM |
| Excise Tax | 603-248-905 | Excise Tax Contact | | Business | (206) 938-4291 | ERS98126@GMAIL.COM |

4 Rows

DOJ-01-0000005097

# Production

**Payments**

| Status | Account | Trans Type | Account Type | Type | Period | Posted | Amount | Reversed |
|--------|---------|-----------|--------------|------|--------|--------|-------:|----------|
| Posted | 603248905-001-0000 | BLS Payment | Secretary of State | Credit Card | Dec-13-2017 | Dec-13-2017 | 96.00 | |
| | 603248905-001-0000 | BLS Payment | Secretary of State | Credit Card | Jan-12-2017 | Jan-12-2017 | 96.00 | |
| | 603248905-001-0001 | BLS Payment | License | Credit Card | May-01-2019 | May-06-2019 | 24.00 | |

3 Rows                                                                                          216.00

DOJ-01-0000005098

# Production

Account
Excise Tax: 603-248-905

Menu New Manager

**Account: Excise Tax** Expand

⚠ NOT MANDATORY EFILE/EPAY

| | | | | |
|---|---|---|---|---|
| Account | : | 603-248-905 | ES1 LLC | 4700 36TH AVE SW SEATTLE WA 98126-2716 |
| Customer | : | 603-248-905 | ES1 LLC | 4700 36TH AVE SW SEATTLE WA 98126-2716 |

Financial CRM Task Collection Investigation Audit Adjustment Registration Web Other

Account Ids Names Addresses* Contacts* NAICS* Links* Sites Bank Reseller Linked Locations

**Account**

| | | | |
|---|---|---|---|
| Account ID | 603-248-905 | | |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | | |
| Excise Tax Contact | | Business Phone | (206) 938-4291 |
| NAICS | 237210 | Land Subdivision | |

**Excise Tax Attribute Doc** Show History

| Flag Type | Flag Description | Start Date | End Date |
|---|---|---|---|

**Excise Tax**

| | |
|---|---|
| Temporary Registration | ☐ |
| Open | Dec-01-2012 |
| Reopen | |
| Close | |
| Status | Active |
| Closure Reason | |

**Other Info**

| | |
|---|---|
| Company Web Site | |
| Primary Language | |

**Forms**

☐ Mail Tax Returns

**Filing**

| | |
|---|---|
| Active Filing Frequency | Annual |
| Future Frequency Change | |
| Future Frequency Effective | |

**Filing Extensions**

☐ Permanent Filing Extensions

**Efile/Epay Info**

☐ Mandatory Efile/Epay



# Production

**Periods 0.00**

| Period | Activity | Tax | Penalty | Interest | Other | Credit | Balance | Valid |
|---|---|---|---|---|---|---|---|---|
| Dec-31-2019 | Mar-31-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2018 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Dec-31-2017 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| 3 Rows | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

DOJ-01-0000005100

# Production

**Returns**

| Return | Period | Status | Due | Received | |
|---|---|---|---|---|---|
| Combined Excise Tax Return | Dec-31-2019 | Ontime-Prcd | Jun-15-2020 | Jan-14-2020 | |
| Combined Excise Tax Return | Dec-31-2018 | Late-Prcd | Jan-31-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Dec-31-2017 | Late-Prcd | Jan-31-2018 | Oct-08-2019 | |

3 Rows

DOJ-01-0000005101

# Production

**Transactions: 0.00**

| Period | Posted | Effective | Trans Type | Impact | Amount | Balance |
|--------|--------|-----------|------------|--------|--------|---------|
| Dec-31-2019 | | | | | | |
| ... | Mar-31-2020 | Jun-15-2020 | State Share Credit | Tax | 0.00 | 0.00 |
| ... | Mar-31-2020 | Jun-15-2020 | Return Tax | Tax | 0.00 | 0.00 |
| ... | Mar-31-2020 | Jun-15-2020 | State Share Debit | Tax | 0.00 | 0.00 |
| 3 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| Dec-31-2018 | | | | | | |
| ... | Oct-08-2019 | Jan-31-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| | | | | | | |
| Dec-31-2017 | | | | | | |
| ... | Oct-08-2019 | Jan-31-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |

DOJ-01-0000005102

# Production

**Notes**

| | | |
|---|---|---|
| Case | Oct-21-2019 | (RSP) RSP application denied as the indicated business activity does not qualify. As a speculative builder, TP is the consumer of any goods or labor that go into the construction site and must pay sales tax on all materials or labor and TP does not have an LNI contractor's license. |
| Collection | Oct-09-2019 | TP contacted Seattle FO on 10/8/19 and I assisted him with accessing his excise tax account via MYDOR so that he could file overdue returns. |
| Collection | Jun-20-2019 | Per SOS governing person is Eric Shibley. Expires October 2019. |
| Mail | Jun-11-2019 | Mailed Final Demand letter for annual OSR |
| Mail | May-09-2019 | Mailed Initial Demand letter for annual OSRs |

DOJ-01-0000005103



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

ES1 LLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

May 9, 2019
Letter ID: L0009081998
UBI: 603-248-905
Account ID: 603-248-905
Account Type: Excise Tax

Dear Business Representative:

You are being contacted because you have not filed or paid the liability listed below. In addition, interest and penalties continue to accrue on the unpaid amounts.

### SUMMARY OF LIABILITY

| Type | Filing Period | Total |
|------|--------------|-------|
| Unfiled Return | Annual period ending Dec 31, 2015 | |
| Unfiled Return | Annual period ending Dec 31, 2016 | |
| Unfiled Return | Annual period ending Dec 31, 2017 | |
| Unfiled Return | Annual period ending Dec 31, 2018 | |

Complete and submit any unfiled returns and remit payment in full for all your liability owed (electronically if required). To avoid further collection action, returns and full payment must be received by **May 20, 2019.**

You can pay by ACH debit/e-check via your online MyDOR account, by credit card by calling Official Payments Corporation at 1-800-272-9829 (and following instructions provided, additional fees may apply), or by mailing payment to the district office address below.

Please contact me at the number below if you have any questions.

Sincerely,

Elaine Steffens
Revenue Agent

Compliance Division - Seattle
2101 4th Ave # Suite 1400 Seattle, WA 98121-2300 or visit dor.wa.gov
Phone (206) 727-5379   Fax (206) 727-5319   Email ElaineS@DOR.WA.GOV

gbL0001

DOJ-01-0000005104

DETACH BEFORE POSTING

# PREVIEW BUSINESS LICENSE

**STATE OF WASHINGTON**

Limited Liability Company

Issue Date: May 10, 2019
Unified Business ID #: 603248905
Business ID #: 001
Location: 0001

ES1 LLC
4700 36TH AVE SW
SEATTLE, WA 98126-2716

TAX REGISTRATION - ACTIVE

REGISTERED TRADE NAMES:
 SHIBLEY MEDICAL

This document lists the registrations, endorsements, and licenses authorized for the business named above. By accepting this document, the licensee certifies the information on the application was complete, true, and accurate to the best of his or her knowledge, and that business will be conducted in compliance with all applicable Washington state, county, and city regulations.

*Vikki Smith*

Director, Department of Revenue

---

UBI: 603248905 001 0001

STATE OF WASHINGTON

ES1 LLC
4700 36TH AVE SW
SEATTLE, WA 98126-2716

TAX REGISTRATION - ACTIVE

*Vikki Smith*

Director, Department of Revenue

DETACH THIS SECTION FOR YOUR WALLET

DOJ-01-0000005105



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

ES1 LLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

October 21, 2019
Letter ID: L0010764475
Account ID: 603-248-905
Account Type: Excise Tax

**Re:  Your reseller permit application**

Your application for a reseller permit, received on October 8, 2019, has been reviewed. The application was denied for the following reason(s):

- The business activity description reported on your application does not qualify you to make wholesale purchases.

- Department of Labor & Industries does not have an active Contractor License assigned to your UBI. Please contact L&I at (360) 902-5226 or lni.wa.gov on how to register as a contractor.

**Other options**
If you make retail or wholesale sales, you may simply take the "taxable amount for tax paid at source" deduction on your excise tax return or request a refund of the sales tax paid on qualified purchases for resale. For more information on these options, visit our website at dor.wa.gov/resellerpermit.

**Appeal process**
If you disagree with this decision, you have the right to appeal. You must file your appeal within 21 days of the date of this letter. An appeal form is available at dor.wa.gov/resellerpermit or by calling 1-800-647-7706.

**If you have questions**
If you have questions about your request or need assistance, please call (360) 705-6217.

Sincerely,

Reseller Permit Team
Taxpayer Account Administration Division

lmL0004

DOJ-01-0000005124

Production

Customer
SFC LLC: 3433

Menu New Manager

**Customer: Limited Liability Company** Explore Structure Expand

COLLECTION

Customer : 604-183-433 SFC LLC 4700 36TH AVE SW SEATTLE WA 98126-2716

Registration CRM Task Investigation Collection Audit Financial Adjustment Web Other

Accounts Customer Profiles Ids Trade Names0 Names Addresses Contacts* NAICS* Links* Sites

**Customer**

| | |
|---|---|
| UBI/CID | 604-183-433 |
| Legal | SFC LLC |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 |

**Business Attributes** Show History

**Business Attributes**

Customer Subtype

SSO Category Code: LLC

Country of Incorporation: USA FO ☐

State of Incorporation: WASHINGTON Year Inc (BLA) 2017

Prior Business Name

**External Agency Account Status**

Get Agency Statuses

Labor & Industries:

Active | Closed | **Inactive**

Employment Security:

Active | Closed | **Inactive**

DOR Tax Account

**Active** | Closed | Inactive

**Important Dates**

| Cease Date | Application Month | Date Inc (SOS) |
|---|---|---|
| | NOV | Nov-03-2017 |

**Insurance Information**

Optional L&I for Owners/Officers? Yes No

Optional L&I for Excluded? Yes No

Governing People Info SHIBLEY, ERIC

| Name | Address | Telephone Number | Percent Owned | Official |
|---|---|---|---|---|
| SHIBLEY, ERIC | | | 0 | ☑ |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 79
Admitted ________________

DOJ-01-0000005125

# Production

**Activities**

| ETPID | Activity Type | Activity Category | Status | Commence | Cease |
|-------|--------------|-------------------|--------|----------|-------|
| 0001 | Scale - Small | Department of Agriculture | Terminated | May-31-2018 | May-31-2019 |
| 0135 | Tax Registration | Department of Revenue | Withdrawn | May-11-2018 | |
| 0135 | Tax Registration | Department of Revenue | Active | May-11-2018 | |
| 0393 | Marijuana Processor | Liquor and Cannabis Board | Withdrawn | May-31-2018 | May-31-2019 |

4 Rows

DOJ-01-0000005126

# Production

**Identities**

| Profile | Account Type | Account | Id Type | Id | Cease | Valid | | |
|---|---|---|---|---|---|---|---|---|
| 001 | | | UBI/CID | 604-183-433 | | ☑ | | |
| 002 | Secretary of State | 604183433-001-0000 | License Account ID | 604183433-001-0000 | | ☑ | | |
| 003 | License | 604183433-001-0001 | License Account ID | 604183433-001-0001 | | ☑ | | |
| 005 | Excise Tax | 604-183-433 | Account ID | 604-183-433 | | ☑ | | |

4 Rows

DOJ-01-0000005127

# Production

**Names**

| Profile | Account Type | Account | Name Type | Name | Valid | |
|---|---|---|---|---|---|---|
| 001 | | | Legal | SFC LLC | ☑ | |
| 003 | License | 604183433-001-0001 | Primary Business | SEATTLE'S FINEST CANNABIS | ☑ | |
| 005 | Excise Tax | 604-183-433 | Doing Business As | SEATTLE'S FINEST CANNABIS | ☑ | |

3 Rows

DOJ-01-0000005128

# Production

**Addresses**

| Profile | Account Type | Account | Address Type | Address | Valid | |
|---------|--------------|---------|--------------|---------|-------|---|
| 001 | | | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | |
| 001 | | | Reg Agent Location | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☐ | |
| 003 | License | 604183433-001-0001 | Location | 10847 1ST AVE S STE B SEATTLE WA 98168-1309 | ☑ | |
| 003 | License | 604183433-001-0001 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | |
| 005 | Excise Tax | 604-183-433 | Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | ☑ | |

5 Rows

DOJ-01-0000005129

# Production

**Contacts**

| Account Type | Account | Contact Type | Contact | Phone Type | Phone | Email |
|---|---|---|---|---|---|---|
| License | 604183433-001-0001 | Primary Contact | | Business | (206) 938-4191 | |
| Excise Tax | 604-183-433 | Compliance Contact | MBR ERIC SHIBLEY | ICT Best | (206) 938-4291 | |
| Excise Tax | 604-183-433 | Compliance Contact | | ICT Best | (206) 938-4291 | |
| Excise Tax | 604-183-433 | Compliance Contact | MBR ERIC SHIBLEY | ICT Best | (206) 938-4191 | ERS98126@GMAIL.COM |

4 Rows

DOJ-01-0000005130

## Production

**Payments**

| Status | Account | Trans Type | Account Type | Type | Period | Posted | Amount | Reversed |
|---|---|---|---|---|---|---|---|---|
| History | 604183433-001-0001 | BLS Payment | License | Check | May-07-2018 | May-11-2018 | 269.00 | Jun-01-2018 |
| Posted | 604183433-001-0001 | BLS Payment | License | Check | May-23-2018 | Jun-01-2018 | 10.00 | |
| | 604183433-001-0001 | BLS Payment | License | Check | Jun-01-2018 | Jun-01-2018 | 240.00 | |
| | 604183433-001-0001 | BLS Payment | License | Check | May-07-2018 | Jun-01-2018 | 19.00 | |
| | 604183433-001-0001 | BLS Payment | License | Check | May-23-2018 | May-31-2018 | 269.00 | |

5 Rows                                                                                                807.00

DOJ-01-0000005131

## Production



**Account** 👤
Excise Tax: 604-183-433

Menu                    New Manager

**Account: Excise Tax**                                                                    Expand

⚠️ **COLLECTION**

| Account | : 604-183-433 | SEATTLE'S FINEST CANNABIS | 4700 36TH AVE SW SEATTLE WA 98126-2716 |
|---|---|---|---|
| Customer | 604-183-433 | SFC LLC | 4700 36TH AVE SW SEATTLE WA 98126-2716 |

**Financial**  **CRM**  **Task**  **Collection**  **Investigation**  **Audit**  **Adjustment**  Registration  **Web**  **Other**

**Account**  Ids  Names˙  Addresses˙  Contacts˙  NAICS˙  Links˙  Sites  Bank  Reseller  Linked Locations

**Account**

| Account ID | 604-183-433 | | |
|---|---|---|---|
| Doing Business As | SEATTLE'S FINEST CANNABIS | | |
| Mailing | 4700 36TH AVE SW SEATTLE WA 98126-2716 | | |
| Compliance Contact | MBR ERIC SHIBLEY | ICT Best | (206) 938-4291 |
| NAICS | 111419 | Other Food Crops Grown Under Cover | |
| NAICS | 325411 | Medicinal and Botanical Manufacturing | |

**Excise Tax Attribute Doc**                                                          Show History

| Flag Type | Flag Description | Start Date | End Date |
|---|---|---|---|
| UNLICENSED MARIJUANA | Business does not have marijuana endorsements | Jul-2018 | |

**Excise Tax**                                    **Forms**                                    **Filing**

| Temporary Registration | ☐ | Mail Tax Returns ☐ | Active Filing Frequency | Monthly |
|---|---|---|---|---|
| Open | Jul-01-2018 | | Future Frequency Change | |
| Reopen | | | Future Frequency Effective | |
| Close | | | | |
| Status | Active | | **Filing Extensions** | |
| Closure Reason | | | ☐ Permanent Filing Extensions | |

**Other Info**                                                                   **Efile/Epay Info**

| Company Web Site | | ☑ Mandatory Efile/Epay | |
|---|---|---|---|
| Primary Language | | Effective Period | Jul-01-2018 |

# Production

**Periods 0.00**

| Period | Activity | Tax | Penalty | Interest | Other | Credit | Balance | Valid |
|--------|----------|-----|---------|----------|-------|--------|---------|-------|
| May-31-2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Apr-30-2020 | May-27-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Mar-31-2020 | May-18-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Feb-29-2020 | Apr-27-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jan-31-2020 | Feb-26-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2019 | Jan-28-2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Nov-30-2019 | Dec-27-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Oct-31-2019 | Nov-26-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Sep-30-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Aug-31-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jul-31-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jun-30-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| May-31-2019 | Oct-08-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Apr-30-2019 | May-01-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Mar-31-2019 | May-01-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Feb-28-2019 | May-01-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jan-31-2019 | Feb-22-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Dec-31-2018 | Feb-22-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Nov-30-2018 | Dec-06-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Oct-31-2018 | Dec-06-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Sep-30-2018 | Dec-06-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Aug-31-2018 | Dec-06-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| Jul-31-2018 | Dec-06-2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ☑ |
| 23 Rows | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

DOJ-01-0000005133

# Production

**Returns**

| Return | Period | Status | Due | Received | |
|---|---|---|---|---|---|
| Combined Excise Tax Return | May-31-2020 | Outstanding | Jun-25-2020 | | |
| Combined Excise Tax Return | Apr-30-2020 | Estimated | May-26-2020 | | |
| Combined Excise Tax Return | Mar-31-2020 | Estimated | Apr-27-2020 | | |
| Combined Excise Tax Return | Feb-29-2020 | Estimated | Mar-25-2020 | | |
| Combined Excise Tax Return | Jan-31-2020 | Estimated | Feb-25-2020 | | |
| Combined Excise Tax Return | Dec-31-2019 | Estimated | Jan-27-2020 | | |
| Combined Excise Tax Return | Nov-30-2019 | Estimated | Dec-26-2019 | | |
| Combined Excise Tax Return | Oct-31-2019 | Estimated | Nov-25-2019 | | |
| Combined Excise Tax Return | Sep-30-2019 | Ontime-Prcd | Oct-25-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Aug-31-2019 | Late-Prcd | Sep-25-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Jul-31-2019 | Late-Prcd | Aug-26-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Jun-30-2019 | Late-Prcd | Jul-25-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | May-31-2019 | Late-Prcd | Jun-25-2019 | Oct-08-2019 | |
| Combined Excise Tax Return | Apr-30-2019 | Ontime-Prcd | May-28-2019 | May-01-2019 | |
| Combined Excise Tax Return | Mar-31-2019 | Late-Prcd | Apr-25-2019 | May-01-2019 | |
| Combined Excise Tax Return | Feb-28-2019 | Late-Prcd | Mar-25-2019 | May-01-2019 | |
| Combined Excise Tax Return | Jan-31-2019 | Ontime-Prcd | Feb-25-2019 | Feb-22-2019 | |
| Combined Excise Tax Return | Dec-31-2018 | Late-Prcd | Jan-25-2019 | Feb-22-2019 | |
| Combined Excise Tax Return | Nov-30-2018 | Ontime-Prcd | Dec-26-2018 | Dec-06-2018 | |
| Combined Excise Tax Return | Oct-31-2018 | Late-Prcd | Nov-26-2018 | Dec-06-2018 | |
| Combined Excise Tax Return | Sep-30-2018 | Late-Prcd | Oct-25-2018 | Dec-06-2018 | |
| Combined Excise Tax Return | Aug-31-2018 | Late-Prcd | Sep-25-2018 | Dec-06-2018 | |
| Combined Excise Tax Return | Jul-31-2018 | Late-Prcd | Aug-27-2018 | Dec-06-2018 | |

23 Rows

DOJ-01-0000005134

# Production

**Transactions: 0.00**

| Period | Posted | Effective | Trans Type | Impact | Amount | Balance |
|--------|--------|-----------|------------|--------|-------:|--------:|
| Sep-30-2019 | | | | | | |
| ... | Oct-08-2019 | Oct-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Aug-31-2019 | | | | | | |
| ... | Oct-08-2019 | Sep-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Jul-31-2019 | | | | | | |
| ... | Oct-08-2019 | Aug-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Jun-30-2019 | | | | | | |
| ... | Oct-08-2019 | Jul-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| May-31-2019 | | | | | | |
| ... | Oct-08-2019 | Jun-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Apr-30-2019 | | | | | | |
| ... | May-01-2019 | May-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Mar-31-2019 | | | | | | |
| ... | May-01-2019 | Apr-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Feb-28-2019 | | | | | | |
| ... | May-01-2019 | Mar-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Jan-31-2019 | | | | | | |
| ... | Feb-22-2019 | Feb-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Dec-31-2018 | | | | | | |
| ... | Feb-22-2019 | Jan-25-2019 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Nov-30-2018 | | | | | | |
| ... | Dec-06-2018 | Dec-25-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |

DOJ-01-0000005135

**Transactions: 0.00**

| Period | Posted | Effective | Trans Type | Impact | Amount | Balance |
|---|---|---|---|---|---|---|
| Oct-31-2018 | | | | | | |
| ... | Dec-06-2018 | Nov-25-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Sep-30-2018 | | | | | | |
| ... | Dec-06-2018 | Oct-25-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Aug-31-2018 | | | | | | |
| ... | Dec-06-2018 | Sep-25-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |
| Jul-31-2018 | | | | | | |
| ... | Dec-06-2018 | Aug-25-2018 | Return Tax | Tax | 0.00 | 0.00 |
| 1 Rows | | | | | 0.00 | 0.00 |

DOJ-01-0000005136

# Production

| Notes | | |
|---|---|---|
| Collection | Apr-24-2020 | 1 (206) 938-4291 goes to dead air. |
| Collection | Jan-16-2020 | Skiptrace :     604183433<br>Current phone:<br>(206) 938-4291<br>     Left voicemail for authorized person to contact the ICT.<br>Disconnected phones:   (206) 938-4191     disconnected<br><br>Account notes:     (206) 938-4291, (206) 938-4191     duplicate<br>ATLAS (last return):     2069384291    Duplicate<br>CWM (last return):     none     No work items<br>ATLAS (web profile):     2069384291<br>Other phones (customer springboard)   (206) 938-4291, (206) 938-4191     Duplicate<br><br>ATLAS MBLA:     2069384291<br><br>Secretary of State:     2069384291<br>+1 search (google):   business name + address     none<br>+1 search (google):   business name + address + facebook  none<br>+1 search (google):   tp name + address     (206) 938-4291     Dr. Eric Shibley (Shibley Medical)<br>Duplicate number. |
| Collection | Sep-04-2019 | Sent Final Demand Letter. |
| Collection | Apr-26-2019 | 1 (206) 938-4291 Call type: Outbound<br>Period: 02/19 & 03/19<br>Spoke with: ERIC SHIBLEY<br>Title: Managing Member<br>Mailing address valid: N/A- Monthly reporting<br>Best phone number: 206 938 4291<br>Any business activity: NO<br>Account resolution date: TODAY<br>MyDOR Email sent: |
| Work | Mar-06-2019 | loc 1 - withdrew etpid 0393 per LCB Incoming Interface Exceptions 0-003-496-576 - bls |
| Collection | Feb-13-2019 | 1 (206) 938-4291<br>Call type: Outbound<br>Period: Dec 2018<br>Spoke with: Eric Shibley<br>Title: Corporate Officer<br>Mailing address valid: N/A- Monthly reporting<br>Best phone number: 206-938<br>Any business activity: No<br>Account resolution date: today as courtesy |
| Collection | Dec-12-2018 | Received Cert mail return signed by Eric Shibley (GOV) |
| Collection | Dec-06-2018 | 1 (206) 938-4291 Spoke with Eric Shibley (GOV) and was able to provide him access to his excise tax account for Seattle's Finest Cannabis. He began filing his returns and stated he will have them done today. |
| Mail | Dec-06-2018 | Published No Admin Letter |
| Collection | Dec-04-2018 | Sent summons to 4700 36th ave sw address via cert and 1st class mail. Meeting date set for Jan 4th 2019 at 11:00AM. |
| Collection | Dec-03-2018 | 1 (206) 938-4191 Left VM in regards to the tax account for Seattle's Finest Cannabis with a callback needed by the end of the day today otherwise we will proceed with other contingency plans on this account. |
| Collection | Nov-21-2018 | 1 (206) 938-4291 Spoke with Eric Shibley (GOV) and he stated he will file and pay the returns over the holiday weekend. Asked if he needed further assistance to file these returns online and Eric stated he did not need any assistance. Provided my direct line in case Eric were to have questions when he goes to file. |
| Mail | Nov-21-2018 | Sent Final Demand Letter |
| Mail | Nov-01-2018 | Sent Initial Demand Letter |

DOJ-01-0000005137

**Notes**

| | | |
|---|---|---|
| Collection | Oct-04-2018 | Skiptrace<br>Disconnected phones: 2069384191 Disconnected (Invalidated in ATLAS)<br>Account notes: 2069384191 Disconnected (Invalidated in ATLAS)<br>ATLAS (last return): NA No work items<br>Efile (last return): NA No work items<br>CWM (last return): NA No work items<br>ATLAS (web profile): NA No contact information listed<br>Efile (admin profile): NA No contact information listed<br>ATLAS MBLA: 2069384291 Authorized person answered: see additional note below<br><br>Spoke to Eric Shibley, who stated that he would talk with his accountant and have 07-18 through 09-18 filed and paid this weekend. |
| Contact | Oct-04-2018 | Disconnected. |
| Collection | Sep-26-2018 | 1 (206) 938-4191<br>Line Disconnected<br>CWM No Records<br>Web Logon - No Logon associated |
| Account | Sep-17-2018 | 1 (206) 938-4191<br>Call type: Outbound<br>Period: July 2018<br>Spoke with: ERIC SHIBLEY<br>Title: Managing Member<br>Mailing address valid: Yes<br>Best phone number:  (206) 938-4191<br>Any business activity: No<br>Account resolution date: 9-17-18<br>Emailed MY DOR set up instructions to ers98126@gmail.com. He has four delinquent accounts that he needs to set up. If he has problems he will call ICT. |
| Collection | Sep-11-2018 | 0 (206) 938-4191 Disconnected (Invalidated in ATLAS) |
| Refund | Jun-01-2018 | Resubmitting previous refund request minus $10 which were used for current BLA. -BLS |
| Refund | Jun-01-2018 | Reversed refund per customer request to satisfy outstanding RFP on new BLA. |
| Account | Jun-01-2018 | Spoke to Eric Shibley, GP, he gave approval to reverse the pending refund and use it to satisfy the $10 RFP for the new application and then re-request the refund for the balance. |
| Refund | May-11-2018 | over payment on 1523849. Submitted fees for MJ that is still pending. Will need to reapply. -BLS |

DOJ-01-0000005138



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

SEATTLE'S FINEST CANNABIS, LLC
SEATTLE'S FINEST CANNABIS
4700 36TH AVE SW
SEATTLE WA  98126-2716

November 21, 2018
Letter ID: L0007807019
UBI: 604-183-433
Account ID: 604-183-433
Account Type: Excise Tax

Dear Business Representative:

You are being contacted because you have not filed or paid the liability listed below. Delinquency beyond this date may require further enforcement action by the Department including, but not limited to, issuance of a tax warrant. When filed with a Superior Court, a tax warrant creates a lien authorizing the Department to enforce collection. Additional penalties also apply.

### SUMMARY OF LIABILITY

| Type | Filing Period | Total |
|------|---------------|-------|
| Unfiled Return | Monthly period ending Jul 31, 2018 | |
| Unfiled Return | Monthly period ending Aug 31, 2018 | |
| Unfiled Return | Monthly period ending Sep 30, 2018 | |

Complete and submit any unfiled returns and remit payment in full for all your liability owed (electronically if required). To avoid further collection action, returns and full payment must be received by **December 3, 2018.**

You can pay by ACH debit/e-check via your online MyDOR account, by credit card by calling Official Payments Corporation at 1-800-272-9829 (and following instructions provided, additional fees may apply), or by mailing payment to the district office address below.

Please contact me at the number below if you have any questions.

Sincerely,

Jonathan Catlett
Revenue Agent

Compliance Division - Seattle
2101 4th Ave # Suite 1400 Seattle, WA 98121-2300 or visit dor.wa.gov
Phone (206) 727-5338   Fax (206) 727-5319   Email JonathanC@dor.wa.gov

gbL0009

DOJ-01-0000005150



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

SEATTLE'S FINEST CANNABIS, LLC
SEATTLE'S FINEST CANNABIS
4700 36TH AVE SW
SEATTLE WA  98126-2716

September 4, 2019
Letter ID: L0010231725
UBI: 604-183-433
Account ID: 604-183-433
Account Type: Excise Tax

Dear Business Representative:

You are being contacted because you have not filed or paid the liability listed below. Delinquency beyond this date may require further enforcement action by the Department including, but not limited to, issuance of a tax warrant. When filed with a Superior Court, a tax warrant creates a lien authorizing the Department to enforce collection. Additional penalties also apply.

## SUMMARY OF LIABILITY

| Type | Filing Period | Total |
|------|---------------|-------|
| Unfiled Return | Monthly period ending May 31, 2019 | |
| Unfiled Return | Monthly period ending Jun 30, 2019 | |

Complete and submit any unfiled returns and remit payment in full for all your liability owed (electronically if required). To avoid further collection action, returns and full payment must be received by **September 16, 2019.**

You can pay by ACH debit/e-check via your online MyDOR account, by credit card by calling Official Payments Corporation at 1-800-272-9829 (and following instructions provided, additional fees may apply), or by mailing payment to the district office address below.

Please contact me at the number below if you have any questions.

Sincerely,

Mike Helms
Revenue Agent

Compliance Division - Seattle
2101 4th Ave # Suite 1400 Seattle, WA 98121-2300 or visit dor.wa.gov
Phone (206) 727-5323   Fax (206) 727-5319   Email MikeH@DOR.WA.GOV

gbL0009

DOJ-01-0000005151



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

SEATTLE'S FINEST CANNABIS, LLC
SEATTLE'S FINEST CANNABIS
4700 36TH AVE SW
SEATTLE WA  98126-2716

February 4, 2020
Letter ID: L0011928151
UBI: 604-183-433
Account ID: 604-183-433
Account Type: Excise Tax

Dear Business Representative:

You are being contacted because you have not filed or paid the liability listed below. Delinquency beyond this date may require further enforcement action by the Department including, but not limited to, issuance of a tax warrant. When filed with a Superior Court, a tax warrant creates a lien authorizing the Department to enforce collection. Additional penalties also apply.

## SUMMARY OF LIABILITY

| Type | Filing Period | Total |
|------|---------------|-------|
| Unfiled Return | Monthly period ending Oct 31, 2019 | |
| Unfiled Return | Monthly period ending Nov 30, 2019 | |

Complete and submit any unfiled returns and remit payment in full for all your liability owed (electronically if required). To avoid further collection action, returns and full payment must be received by **February 14, 2020.**

You can pay by ACH debit/e-check via your online MyDOR account, by credit card by calling Official Payments Corporation at 1-800-272-9829 (and following instructions provided, additional fees may apply), or by mailing payment to the district office address below.

Please contact me at the number below if you have any questions.

Sincerely,

Ben Vandermeer
Revenue Agent

gbL0009

DOJ-01-0000005152

DETACH BEFORE POSTING

# PREVIEW BUSINESS LICENSE

STATE OF
WASHINGTON

Limited Liability Company

Issue Date: Oct 04, 2019
Unified Business ID #: 604183433
Business ID #: 001
Location: 0001

SEATTLE'S FINEST CANNABIS, LLC
SEATTLE'S FINEST CANNABIS
10847 1ST AVE S  STE B
SEATTLE, WA 98168-1309

TAX REGISTRATION - ACTIVE

This document lists the registrations, endorsements, and licenses authorized for the business named above. By accepting this document, the licensee certifies the information on the application was complete, true, and accurate to the best of his or her knowledge, and that business will be conducted in compliance with all applicable Washington state, county, and city regulations.

*Vikki Smith*

Director, Department of Revenue

---

UBI: 604183433 001 0001

STATE OF WASHINGTON

SEATTLE'S FINEST CANNABIS, LLC    TAX REGISTRATION - ACTIVE
SEATTLE'S FINEST CANNABIS
10847 1ST AVE S  STE B
SEATTLE, WA 98168-1309

*Vikki Smith*

Director, Department of Revenue

DETACH THIS SECTION FOR YOUR WALLET

DOJ-01-0000005154



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018573-RDU-DE

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  DITURI CONSTRUCTION
ID No: EIN ▮▮▮▮8508

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 80
Admitted _____

DOJ-01-0000005220



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018559-RDU-D0

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  SHIBLEY MEDICAL CLINIC
ESN:  000-046538-00

The records or information being provided is considered private and confidential under
Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may
subject a person or organization to penalties as prescribed in the cited statute. The
records or information provided here have been obtained from the unemployment
insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, enclosed are copies of the employer
quarterly report(s) submitted by the above named business.

Unable to provide a signed records affidavit certifying the record under current working
circumstances.

If I can be of further assistance, please contact me at (844) 766-8930.


Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

<u>REPORT DATA</u>                                          <u>BUSINESS DATA</u>

REPORT TYPE:        Quarterly Tax Report - 5208A       OWNER'S NAME:
QUARTER/YEAR:       1/2017                              DBA:
QED:                03/31/2017                          ESD NUMBER:        000-046538-00-6
PROCESS DATE:       05/19/2017                          EIN:               ████0052
DUE DATE:           05/01/2017                          UBI NUMBER:        603-260-109
RECEIVED DATE:      04/30/2017                          NAME:              SHIBLEY MEDICAL CLINIC
REPORT GUID:                                            ADDRESS 1:         4700 36TH AVE SW
                                                        ADDRESS 2:
                                                        ADDRESS 3:
                                                        CITY:              SEATTLE
                                                        STATE:             WA
                                                        ZIP:               981262716
                                                        COUNTY:
                                                        COUNTRY:           United States
                                                        PROVINCE:

<u>PREPARER DATA</u>

CONTACT TYPE:       Preparer
FIRST NAME:         Susan
MIDDLE NAME:
LAST NAME:          Boyd
EAMS LOGON:
S.A.W. LOGON:
S.A.W. GUID:        DV7ZW4QF8QL5Z-1TT1ZP0PM9-D1LW4VZ0FD-WQ4FZ0TV3
PHONE NUMBER:       360-902-9227
PHONE EXT:
PHONE TYPE:         Business
EMAIL ADDRESS:      sboyd2@esd.wa.gov
TAX REPORT
RECEIPT EMAIL:
RELATED TO
BUSINESS:           None Specified
STREET ADDRESS:
ADDRESS 2:
ADDRESS 3:
CITY:
STATE:
ZIP:
COUNTY:
COUNTRY:
PROVINCE:

<u>TAX SPECIALIST DATA</u>

CONTACT TYPE:
FIRST NAME:
LAST NAME:
EMAIL ADDRESS:
PHONE NUMBER:
PHONE TYPE:
PHONE EXT:

<u>MISCELLANEOUS DATA</u>

SUBMITTAL METHOD:       EAMS Single
CONFIRMATION NUMBER:    E8QE055UG71GKHQ0
EXCESS CHANGE REASON(S):

<u>FILING DATA</u>                                                <u>REPORTED</u>

ID 1527 (2/6/13) Report – tax data              Page 1 of 2

DOJ-01-0000005222

| | | |
|---|---|---|
| HAS PAYROLL: | | No |
| TOTAL GROSS WAGES: | | 0.00 |
| TOTAL EXCESS WAGES: | (Wage Base: 0.00) | 0.00 |
| OUT-OF-STATE-WAGES: | | |
| TAXABLE WAGES: | | 0.00 |
| UI TAX DUE: | (Tax Rate: 0.018000) | 0.00 |
| EAF TAX DUE: | (EAF Rate: 0.000300) | 0.00 |
| TAX DUE: | | 0.00 |
| LATE PAYMENT PENALTY: | | 0.00 |
| INTEREST: | | 0.00 |
| LATE REPORT PENALTY: | | 0.00 |
| PRIOR BALANCE OR CREDITS: | | (-)0 |
| AMOUNT DUE: | | 0.00 |
| AMOUNT REMITTED: | | 0.00 |
| | | |
| TOTAL EXERCISED STOCK OPTIONS: | | 0.00 |
| EXEMPT CORP OFF EARNINGS: | | 0.00 |
| EXEMPT CORP OFFICERS: | | 0 |
| EMPLOYEES 1st MONTH: | | 0 |
| EMPLOYEES 2nd MONTH: | | 0 |
| EMPLOYEES 3rd MONTH: | | 0 |

DOJ-01-0000005223

REPORT DATA

| | |
|---|---|
| REPORT TYPE: | Quarterly Wage Report - 5208B |
| QUARTER/YEAR: | 1/2017 |
| QED: | 03/31/2017 |
| PROCESS DATE: | 05/19/2017 |
| DUE DATE: | 05/01/2017 |
| RECEIVED DATE: | 04/30/2017 |
| REPORT GUID: | |

BUSINESS DATA

| | |
|---|---|
| OWNER'S NAME: | |
| DBA: | |
| ESD NUMBER: | 000-046538-00-6 |
| EIN: | ████9052 |
| UBI NUMBER: | 603-260-109 |
| NAME: | SHIBLEY MEDICAL CLINIC |
| ADDRESS 1: | 4700 36TH AVE SW |
| ADDRESS 2: | |
| ADDRESS 3: | |
| CITY: | SEATTLE |
| STATE: | WA |
| ZIP: | 981262716 |
| COUNTY: | |
| COUNTRY: | United States |
| PROVINCE: | |

PREPARER DATA

| | |
|---|---|
| CONTACT TYPE: | Preparer |
| FIRST NAME: | Susan |
| MIDDLE NAME: | |
| LAST NAME: | Boyd |
| EAMS LOGON: | |
| S.A.W. LOGON: | |
| S.A.W. GUID: | DV7ZW4QF8QL5Z-1TT1ZP0PM9-D1LW4VZ0FD-WQ4FZ0TV3 |
| PHONE NUMBER: | 360-902-9227 |
| PHONE EXT: | |
| PHONE TYPE: | Business |
| EMAIL ADDRESS: | sboyd2@esd.wa.gov |
| TAX REPORT RECEIPT EMAIL: | |
| RELATED TO BUSINESS: | None Specified |
| STREET ADDRESS: | |
| ADDRESS 2: | |
| ADDRESS 3: | |
| CITY: | |
| STATE: | |
| ZIP: | |
| COUNTY: | |
| COUNTRY: | |
| PROVINCE: | |

TAX SPECIALIST DATA

| | |
|---|---|
| CONTACT TYPE: | |
| FIRST NAME: | |
| LAST NAME: | |
| EMAIL ADDRESS: | |
| PHONE NUMBER: | |
| PHONE TYPE: | |
| PHONE EXT: | |

MISCELLANEOUS DATA

| | |
|---|---|
| SUBMITTAL METHOD: | EAMS Single |
| CONFIRMATION NUMBER: | E8QE055UG71GKHQ0 |
| CHANGE REASON: | |

ID 1524 (2/6/13) Report - wage data                    Page 1 of 1

DOJ-01-0000005224

REPORT DATA

REPORT TYPE:        Quarterly Tax Report - 5208A
QUARTER/YEAR:       2/2017
QED:                06/30/2017
PROCESS DATE:       10/27/2017
DUE DATE:           07/31/2017
RECEIVED DATE:      07/31/2017
REPORT GUID:

BUSINESS DATA

OWNER'S NAME:
DBA:
ESD NUMBER:         000-046538-00-6
EIN:                ████9052
UBI NUMBER:         603-260-109
NAME:               SHIBLEY MEDICAL CLINIC
ADDRESS 1:          4700 36TH AVE SW
ADDRESS 2:
ADDRESS 3:
CITY:               SEATTLE
STATE:              WA
ZIP:                981262716
COUNTY:
COUNTRY:            United States
PROVINCE:

PREPARER DATA

CONTACT TYPE:       Preparer
FIRST NAME:         Eric
MIDDLE NAME:
LAST NAME:          Shibley
EAMS LOGON:
S.A.W. LOGON:
S.A.W. GUID:        DQ5MV7QQ6TW5P-1FV0ZQ8QL4-D1LW4VZ0FD-DF0VT9VL8T
PHONE NUMBER:       206-938-4291
PHONE EXT:
PHONE TYPE:         Business
EMAIL ADDRESS:      shibleenyc@yahoo.com
TAX REPORT
RECEIPT EMAIL:
RELATED TO
BUSINESS:           President
STREET ADDRESS:
ADDRESS 2:          4700 36th Ave SW
ADDRESS 3:
CITY:               Seattle
STATE:              WA
ZIP:                98126
COUNTY:
COUNTRY:
PROVINCE:

TAX SPECIALIST DATA

CONTACT TYPE:
FIRST NAME:
LAST NAME:
EMAIL ADDRESS:
PHONE NUMBER:
PHONE TYPE:
PHONE EXT:

MISCELLANEOUS DATA

SUBMITTAL METHOD:       EAMS Single
CONFIRMATION NUMBER:    E8BCJ4LXHP012HQ9
EXCESS CHANGE REASON(S):

FILING DATA                                              REPORTED

ID 1527 (2/6/13) Report – tax data            Page 1 of 2

DOJ-01-0000005225

| | | |
|---|---|---|
| HAS PAYROLL: | | No |
| TOTAL GROSS WAGES: | | 0.00 |
| TOTAL EXCESS WAGES: | (Wage Base: 0.00) | 0.00 |
| OUT-OF-STATE-WAGES: | | |
| TAXABLE WAGES: | | 0.00 |
| UI TAX DUE: | (Tax Rate: 0.018000) | 0.00 |
| EAF TAX DUE: | (EAF Rate: 0.000300) | 0.00 |
| TAX DUE: | | 0.00 |
| LATE PAYMENT PENALTY: | | 0.00 |
| INTEREST: | | 0.00 |
| LATE REPORT PENALTY: | | 0.00 |
| PRIOR BALANCE OR CREDITS: | | (-)0 |
| AMOUNT DUE: | | 0.00 |
| AMOUNT REMITTED: | | 0.00 |
| | | |
| TOTAL EXERCISED STOCK OPTIONS: | | 0.00 |
| EXEMPT CORP OFF EARNINGS: | | 0.00 |
| EXEMPT CORP OFFICERS: | | 1 |
| EMPLOYEES 1st MONTH: | | 0 |
| EMPLOYEES 2nd MONTH: | | 0 |
| EMPLOYEES 3rd MONTH: | | 0 |

DOJ-01-0000005226

REPORT DATA

| | |
|---|---|
| REPORT TYPE: | Quarterly Wage Report - 5208B |
| QUARTER/YEAR: | 2/2017 |
| QED: | 06/30/2017 |
| PROCESS DATE: | 10/27/2017 |
| DUE DATE: | 07/31/2017 |
| RECEIVED DATE: | 07/31/2017 |
| REPORT GUID: | |

BUSINESS DATA

| | |
|---|---|
| OWNER'S NAME: | |
| DBA: | |
| ESD NUMBER: | 000-046538-00-6 |
| EIN: | ████9052 |
| UBI NUMBER: | 603-260-109 |
| NAME: | SHIBLEY MEDICAL CLINIC |
| ADDRESS 1: | 4700 36TH AVE SW |
| ADDRESS 2: | |
| ADDRESS 3: | |
| CITY: | SEATTLE |
| STATE: | WA |
| ZIP: | 981262716 |
| COUNTY: | |
| COUNTRY: | United States |
| PROVINCE: | |

PREPARER DATA

| | |
|---|---|
| CONTACT TYPE: | Preparer |
| FIRST NAME: | Eric |
| MIDDLE NAME: | |
| LAST NAME: | Shibley |
| EAMS LOGON: | |
| S.A.W. LOGON: | |
| S.A.W. GUID: | DQ5MV7QQ6TW5P-1FV0ZQ8QL4-D1LW4VZ0FD-DF0VT9VL8T |
| PHONE NUMBER: | 206-938-4291 |
| PHONE EXT: | |
| PHONE TYPE: | Business |
| EMAIL ADDRESS: | shibleenyc@yahoo.com |
| TAX REPORT RECEIPT EMAIL: | |
| RELATED TO BUSINESS: | President |
| STREET ADDRESS: | |
| ADDRESS 2: | 4700 36th Ave SW |
| ADDRESS 3: | |
| CITY: | Seattle |
| STATE: | WA |
| ZIP: | 98126 |
| COUNTY: | |
| COUNTRY: | |
| PROVINCE: | |

TAX SPECIALIST DATA

| | |
|---|---|
| CONTACT TYPE: | |
| FIRST NAME: | |
| LAST NAME: | |
| EMAIL ADDRESS: | |
| PHONE NUMBER: | |
| PHONE TYPE: | |
| PHONE EXT: | |

MISCELLANEOUS DATA

| | |
|---|---|
| SUBMITAL METHOD: | EAMS Single |
| CONFIRMATION NUMBER: | E8BCJ4LXHP012HQ9 |
| CHANGE REASON: | |

DOJ-01-0000005227

REPORT DATA

| | |
|---|---|
| REPORT TYPE: | Quarterly Tax Report - 5208A |
| QUARTER/YEAR: | 3/2017 |
| QED: | 09/30/2017 |
| PROCESS DATE: | 10/27/2017 |
| DUE DATE: | 10/31/2017 |
| RECEIVED DATE: | 10/26/2017 |
| REPORT GUID: | |

BUSINESS DATA

| | |
|---|---|
| OWNER'S NAME: | |
| DBA: | |
| ESD NUMBER: | 000-046538-00-6 |
| EIN: | ██████0052 |
| UBI NUMBER: | 603-260-109 |
| NAME: | SHIBLEY MEDICAL CLINIC |
| ADDRESS 1: | 4700 36TH AVE SW |
| ADDRESS 2: | |
| ADDRESS 3: | |
| CITY: | SEATTLE |
| STATE: | WA |
| ZIP: | 981262716 |
| COUNTY: | |
| COUNTRY: | United States |
| PROVINCE: | |

PREPARER DATA

| | |
|---|---|
| CONTACT TYPE: | Preparer |
| FIRST NAME: | Eric |
| MIDDLE NAME: | |
| LAST NAME: | Shibley |
| EAMS LOGON: | |
| S.A.W. LOGON: | |
| S.A.W. GUID: | DQ5MV7QQ6TW5P-1FV0ZQ8QL4-D1LW4VZ0FD-DF0VT9VL8T |
| PHONE NUMBER: | 206-938-4291 |
| PHONE EXT: | |
| PHONE TYPE: | Business |
| EMAIL ADDRESS: | shibleenyc@yahoo.com |
| TAX REPORT RECEIPT EMAIL: | |
| RELATED TO BUSINESS: | President |
| STREET ADDRESS: | |
| ADDRESS 2: | 4700 36th Ave SW |
| ADDRESS 3: | |
| CITY: | Seattle |
| STATE: | WA |
| ZIP: | 98126 |
| COUNTY: | |
| COUNTRY: | |
| PROVINCE: | |

TAX SPECIALIST DATA

| | |
|---|---|
| CONTACT TYPE: | |
| FIRST NAME: | |
| LAST NAME: | |
| EMAIL ADDRESS: | |
| PHONE NUMBER: | |
| PHONE TYPE: | |
| PHONE EXT: | |

MISCELLANEOUS DATA

| | |
|---|---|
| SUBMITTAL METHOD: | EAMS Single |
| CONFIRMATION NUMBER: | EQSU3LMEHNH12HQ1 |
| EXCESS CHANGE REASON(S): | |

FILING DATA                                                    REPORTED

DOJ-01-0000005228

| | | |
|---|---|---|
| HAS PAYROLL: | | Yes |
| TOTAL GROSS WAGES: | | 2,000.00 |
| TOTAL EXCESS WAGES: | (Wage Base: 0.00) | 0.00 |
| OUT-OF-STATE-WAGES: | | |
| TAXABLE WAGES: | | 2,000.00 |
| UI TAX DUE: | (Tax Rate: 0.018000) | 36.00 |
| EAF TAX DUE: | (EAF Rate: 0.000300) | 0.60 |
| TAX DUE: | | 36.60 |
| LATE PAYMENT PENALTY: | | 0.00 |
| INTEREST: | | 0.00 |
| LATE REPORT PENALTY: | | 0.00 |
| PRIOR BALANCE OR CREDITS: | | (-)0 |
| AMOUNT DUE: | | 36.60 |
| AMOUNT REMITTED: | | 0.00 |
| | | |
| TOTAL EXERCISED STOCK OPTIONS: | | 0.00 |
| EXEMPT CORP OFF EARNINGS: | | 0.00 |
| EXEMPT CORP OFFICERS: | | 0 |
| EMPLOYEES 1st MONTH: | | 1 |
| EMPLOYEES 2nd MONTH: | | 1 |
| EMPLOYEES 3rd MONTH: | | 1 |

DOJ-01-0000005229

REPORT DATA

| | |
|---|---|
| REPORT TYPE: | Quarterly Wage Report - 5208B |
| QUARTER/YEAR: | 3/2017 |
| QED: | 09/30/2017 |
| PROCESS DATE: | 10/27/2017 |
| DUE DATE: | 10/31/2017 |
| RECEIVED DATE: | 10/26/2017 |
| REPORT GUID: | |

BUSINESS DATA

| | |
|---|---|
| OWNER'S NAME: | |
| DBA: | |
| ESD NUMBER: | 000-046538-00-6 |
| EIN: | ██████9052 |
| UBI NUMBER: | 603-260-109 |
| NAME: | SHIBLEY MEDICAL CLINIC |
| ADDRESS 1: | 4700 36TH AVE SW |
| ADDRESS 2: | |
| ADDRESS 3: | |
| CITY: | SEATTLE |
| STATE: | WA |
| ZIP: | 981262716 |
| COUNTY: | |
| COUNTRY: | United States |
| PROVINCE: | |

PREPARER DATA

| | |
|---|---|
| CONTACT TYPE: | Preparer |
| FIRST NAME: | Eric |
| MIDDLE NAME: | |
| LAST NAME: | Shibley |
| EAMS LOGON: | |
| S.A.W. LOGON: | |
| S.A.W. GUID: | DQ5MV7QQ6TW5P-1FV0ZQ8QL4-D1LW4VZ0FD-DF0VT9VL8T |
| PHONE NUMBER: | 206-938-4291 |
| PHONE EXT: | |
| PHONE TYPE: | Business |
| EMAIL ADDRESS: | shibleenyc@yahoo.com |
| TAX REPORT RECEIPT EMAIL: | |
| RELATED TO BUSINESS: | President |
| STREET ADDRESS: | |
| ADDRESS 2: | 4700 36th Ave SW |
| ADDRESS 3: | |
| CITY: | Seattle |
| STATE: | WA |
| ZIP: | 98126 |
| COUNTY: | |
| COUNTRY: | |
| PROVINCE: | |

TAX SPECIALIST DATA

| | |
|---|---|
| CONTACT TYPE: | |
| FIRST NAME: | |
| LAST NAME: | |
| EMAIL ADDRESS: | |
| PHONE NUMBER: | |
| PHONE TYPE: | |
| PHONE EXT: | |

MISCELLANEOUS DATA

| | |
|---|---|
| SUBMITTAL METHOD: | EAMS Single |
| CONFIRMATION NUMBER: | EQSU3LMEHNH12HQ1 |
| CHANGE REASON: | |

WAGE DATA

ID 1524 (2/6/13) Report - wage data                                    Page 1 of 2

DOJ-01-0000005230

| SSN | EMPLOYEE NAME | HOURS | TOTAL WAGES |
|---|---|---|---|
| 5264 | SHIBLEY, ERIC | 180 | 2,000.00 |

DOJ-01-0000005231



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018579-RDU-DE

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  SS1
ID No: EIN ████ 7509

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.


Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018580-RDU-DE

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  SS1 LLC
ID No: EIN ████2134

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

DOJ-01-0000005233



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018567-RDU-DE

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  ES1 LLC
ID No: EIN ███5849

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.


Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 83
Admitted _____

DOJ-01-0000005235



REQUEST ID: 20-018568-RDU-DE

**ESD Use: Letters NoBill**

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  SEATTLE'S FINEST CANNABIS LLC
ID No: EIN ███3580

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.


Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018571-RDU-DE

ESD Use: Letters NoBill

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE:  THE A TEAM HOLDINGS
ID No: EIN ███7088

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

DOJ-01-0000005237



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-018570-RDU-DE

**ESD Use: Letters NoBill**

**May 28, 2020**

US DEPARMENT OF JUSTICE
ALEXANDRA FLORES
1400 NEW YORK AVENUE NW
ROOM 3201A
WASHINGTON DC DC 20530

RE: EIN ████8805
ID No: EIN ████8805

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through March 31, 2020, our records fail to disclose any employer quarterly reports being submitted by the above named company.

ESD is unable to locate responsive records with the EIN provided

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 86
Admitted _____

DOJ-01-0000005236

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

May 29, 2020
Page 1 of 1

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME: <u>SHIBLEY, ERIC</u>**　　　　**SSN:　<u>XXX-XX-5264</u>**

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

| Reported Employee Name: | SHIBLEY ERIC | | |
|---|---|---|---|
| Employer Name:　SHIBLEY MEDICAL CLINIC | | Street:　　4700 36TH AVE SW | |
| | | City, State ZIP:　SEATTLE WA　981262716 | |
| Year Quarter:　　2017 3 | Wages:　　$2,000.00 | Hours:　　180 | |
| Year Quarter:　　2017 3 | Wages:　　$0.00 | Hours:　　0 | |

**Completed by: Dan Lockwood**　　　　**Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 87
Admitted _____
```

DOJ-01-0000005243

# Unemployment Payment History

## STATE OF WASHINGTON

| | |
|---|---|
| Employment Security Department<br>Records Disclosure Unit | May 29, 2020 |
| | Page 1 of 2 |

**Unemployment payment history from January 1, 2017 through May 22, 2020.**

**SUBJECT NAME:**   ERIC SHIBLEY                     **SSN:**   XXX-XX-5264

**Benefit History for Claim with BYE Date of**          **03-27-21**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date: 03-27-21**

| Application Date: | 04-01-20 | Maximum Benefits Payable (MBP): | $0.00 |
|---|---|---|---|
| | | Weekly Benefit Allowance (WBA): | $0.00 |
| | | New Balance Available (NBA): | $0.00 |

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                                              **Phone: (360) 725-9940**

DOJ-01-0000005244

# Unemployment Payment History

### STATE OF WASHINGTON

Employment Security Department
Records Disclosure Unit

May 29, 2020

Page 2 of 2

### Unemployment payment history from January 1, 2017 through May 22, 2020.

**SUBJECT NAME:**   ERIC SHIBLEY                    **SSN:**   XXX-XX-5264

### Benefit History for Claim with BYE Date of          12-26-20

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:** **12-26-20**

**Application Date:**          04-21-20

**Maximum Benefits Payable (MBP):**     $9,165.00

**Weekly Benefit Allowance (WBA):**       $235.00

**New Balance Available (NBA):**       $6,580.00

| Benefit Week Ending | Payment Issued | Date Issued |
|---|---|---|
| 05-09-20 | $118.00 | 05-12-20 |
| 05-09-20 | $367.00 | 05-12-20 |
| 05-02-20 | $300.00 | 05-04-20 |
| 05-02-20 | $185.00 | 05-04-20 |
| 04-25-20 | $367.00 | 04-30-20 |
| 04-25-20 | $118.00 | 04-30-20 |
| 04-18-20 | $185.00 | 04-22-20 |
| 04-18-20 | $300.00 | 04-22-20 |
| 04-11-20 | $300.00 | 04-22-20 |
| 04-11-20 | $185.00 | 04-22-20 |
| 04-04-20 | $300.00 | 04-22-20 |
| 04-04-20 | $185.00 | 04-22-20 |
| 03-28-20 | $118.00 | 04-22-20 |
| 03-21-20 | $118.00 | 04-22-20 |
| 03-14-20 | $118.00 | 04-22-20 |
| 03-07-20 | $118.00 | 04-22-20 |

Note: The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW. Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                                    **Phone: (360) 725-9940**

DOJ-01-0000005245

**Claim Summary** - System 4/1/2020 1:10:29 PM                                      Generated Jun 24 2020
**than your mailing
address?**

---

## Correspondence

---

**What is the best way to
contact you if we need
to talk about your
claim? Please note: If
we attempt to contact
you and you don't
respond, it could affect
your benefits or create
an overpayment.**
Both email and phone
**How do you want to
receive important
correspondence from
us?**
Send by eServices

| **Email** | email@example.com | | |
| | shibleenyc@yahoo.com | | |
| **Primary phone** | **Country Code** | **Area Code** | **Phone number** |
| | USA | 206 | 9384291 |

**Permission to leave a
detailed voicemail?**
Yes
**Do you want to provide
an additional number?**
No
**Your Employers**

---

## Table 5

---

| Employer Name | Reason | Separation | Start Date | Separation Date |
|---|---|---|---|---|
| ERIC R SHIBLEY MD PLLC | Laid off | Company closed temporarily | 6/1/2013 | 3/1/2020 |
| ES1 LLC | Leave of absence | | 1/1/2015 | 1/3/2020 |

---

DOJ-01-0000005292

47

**Claim Summary** - System 4/1/2020 1:10:29 PM                          Generated Jun 24 2020
**Payment Option**

---

**Your selected payment**   Direct Deposit
**method:**

---

DOJ-01-0000005293

54



**Employment Security Department**
WASHINGTON STATE
P.O. Box 9046, Olympia, WA 98507



Date: Apr 2 2020
Letter ID: L0014777045
Claimant ID: Q3RXDJ

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

## Unemployment Claim Determination

We have determined:
- **You may receive up to $0 each week you are eligible for unemployment benefits.**
- **The total amount you can receive for your benefit year is $0.**
- **Your benefit year is Mar 29 2020 to Mar 27 2021.**
- **We may need to adjust the amount based on a number of factors.**

*This notification is not an approval or denial of benefits. It is a statement of how much you may receive as long as you otherwise qualify.*

The amount you may get each week (called your weekly benefit amount) and the total amount you can receive (called your maximum payable amount) are based on the hours you worked and wages you received between Jan 1 2019 to Dec 31 2019. This period is called your base year. Employers pay the entire cost of unemployment benefits.

**How to request an adjustment**
If any information looks wrong or is missing, refer to the "Benefit payments" section of the Handbook for Unemployed Workers or call the claims center between 8 a.m. and 4 p.m., Monday through Friday at 800-318-6022, if you need help.

If this information is correct and you aren't eligible for unemployment benefits, you can ask for an alternate base year (ABY) claim. This type of claim uses the last four completed calendar quarters. Call the claims center to request an ABY. For more information, refer to eServices or the "Benefits payments" section of the Handbook for Unemployed Workers.

*Be sure to continue to file your weekly claims, even if you are waiting for an answer from us.*

Anytime there is an adjustment to your determination, we will send you a *Redetermination of Unemployment*
Search more than 60,000 Washington jobs on WorkSourceWA.com. Visit WorkSource for free employment workshops and expert job-hunting advice.
Read the Handbook for Unemployed Workers at esd.wa.gov to find everything you need to know about benefits, including training for a new career.



L0014777045
MONETARY DETERMINATION

Page:   1   of   3

**DOJ-01-0000005300**



*Claim*. We must issue a redetermination before you can file an appeal.

If you have a hearing or speech impairment and need to call us, use the Washington Relay Service at 711.

Search more than 60,000 Washington jobs on WorkSourceWA.com. Visit WorkSource for free employment workshops and expert job-hunting advice.

Read the Handbook for Unemployed Workers at esd.wa.gov to find everything you need to know about benefits, including training for a new career.





**Review your work history**
We received wage and hour information from the employer(s) listed below.

| Employer | Jan to Mar 2019 | | Apr to Jun 2019 | | Jul to Sep 2019 | | Oct to Dec 2019 | |
|---|---|---|---|---|---|---|---|---|
| | Wages | Hours | Wages | Hours | Wages | Hours | Wages | Hours |
| **No Employers** | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |
| Quarterly Totals | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |

**Total Wages**     0.00                    **Total Hours**     0

**About Your Claim**

We filed an Alternate Base Year claim using wages from Jan to Mar 2019, Apr to Jun 2019, Jul to Sep 2019, and Oct to Dec 2019.  You aren't eligible for unemployment benefits because you did not work 680 hours during your alternate base year.

We will deduct $350.00 from your weekly benefit amount. The Division of Child Support (DCS) deduction will continue until your debt is repaid.  If you have questions, call DCS at 800-442-KIDS.



**PUA Account Attributes** - System 4/21/2020 6:23:40 PM          Generated Jun 24 2020

**Claim Attributes**

---

**Disaster**
COVID-19
**Effective Date of Claim**
2/2/2020
**Benefit Year End**
12/26/2020
**Claim Filing Source**
eServices
**Max Standby Weeks**
8
**Claim Cancelled**
No
**Cancellation Reason**

---

DOJ-01-0000005383

**PUA Monetary Calculation** - System 4/21/2020 6:23:41 PM                    Generated Jun 24 2020
**Estimated Benefits**

| | |
|---|---|
| **Max Benefit Payable** | 9165.00 |
| | **ELIGIBLE** |
| **Weekly Benefit Amount** | 235.00 |
| **Effective Date of Claim** | 2/2/2020 |
| **Benefit Year End** | 12/26/2020 |

**Wages By Employer**

| Jan, Feb, Mar 2019 | Apr, May, Jun 2019 | Jul, Aug, Sep 2019 | Oct, Nov, Dec 2019 |
|---|---|---|---|

## Wages

**Employer**
**ESD #**
**CWC**
**Q1 Hours**
**Q1 Wages**
**Q2 Hours**
**Q2 Wages**
**Q3 Hours**
**Q3 Wages**
**Q4 Hours**
**Q4 Wages**
**Total Wages**
**Total Hours**

DOJ-01-0000005384

**PUA Monetary Calculation** - System 4/21/2020 6:23:41 PM                    Generated Jun 24 2020

**Weekly Benefit Amount Calculation**

**ELIGIBLE**

| | |
|---|---|
| **Total Base Wages** | 0.00 |
| **Effective Date of Claim** | 2/2/2020 |
| **Max Benefit Payable** | 9165.00 |
| Pandemic Unemployment Assistance | |
| **High Quarter Wage 1** | 0.00 |
| **High Quarter Wage 2** | 0.00 |
| **(** | |
| **)** | |
| **High Quarter Wage Avg.** | 0.00 |
| **+** | |

_____

**2**

**=**

| | |
|---|---|
| **High Quarter Wage Avg.** | 0.00 |
| **State Multiplier from RCW** | 0.04 |
| **Weekly Benefit Amount** | 235.00 |

**x**

**=**

---

## Minimum WBA

---

**DUA Minimum WBA**
235.00

---

300

**COVID-19 PUA Eligibility** - System 4/21/2020 6:23:38 PM                    Generated Jun 24 2020

**Are you unemployed, partially unemployed, unable or unavailable for work for one of the following reasons?**

**Your place of employment closed as a direct result of the COVID-19 public health emergency You are an independent contractor or self-employed individual and your ability to do your work has been affected or your place of business closed as a direct result of the COVID-19 public health emergency A child or other household member for which you have primary caregiving responsibilities is out of school, daycare, or other facility due to closure as a direct result of the COVID-19 public health emergencyYou cannot reach your place of employment because of quarantine imposed as a result of the COVID-19 public health emergencyYou are unable to reach your place of work because you have been advised by a health care provider to self-quarantine due to concerns related to COVID-19You were scheduled to start a job but no longer have a job or are unable to reach the job as a direct result of the COVID-19 public health emergencyYou had to quit as a direct result of COVID-19You were diagnosed with COVID-19You have symptoms of COVID-19 and are seeking a medical diagnosisAn individual in your household has been diagnosed with COVID-19 and you have been advised to self-isolateYou are providing care for a family member or household member who has been diagnosed with COVID-19You became the breadwinner or major support for a household because the head of household died as a direct result of COVID-19**
Yes

**Did your employer offer you the ability to telework your usual number of hours with pay during the COVID-19 public health emergency, or as a self-employed person, are you able to telework your usual number of hours for pay?**
No

**On what date did your employment status change because of the COVID-19 public health emergency? This includes when you became unemployed, partially unemployed, unable or unavailable for work, or were prevented from starting new employment.**
3/1/2020

**Weekly Claim** - System 4/21/2020 10:00:14 PM                    Generated Jun 24 2020

**For Sunday, 3/1/2020
12:00:00 AM to Saturday,
3/7/2020 12:00:00 AM:**
**Claim Source**                    eServices

**Tell the truth when you
answer questions.
Information you provide will
be verified through state and
federal databases. We
consider it fraud if you
intentionally fail to report
information on your claim.
This may include incorrectly
reporting your work, earnings
or availability for work.
Penalties for fraud include a
denial of benefits, paying
back benefits you already
received, paying a fine, and
even criminal charges.**
**I will answer all questions**    **I agree**
**truthfully to the best of my**    Yes
**abilities.**
**Did you or will you receive**    No                    **Explain This**
**paid time off or sick, vacation
or holiday pay?**

**Are you getting paid for any**    No
**period after you last worked,
such as severance pay, pay
in lieu of notice or
termination pay?**

**Did you work for any**    No
**employer(s), whether you
have been paid yet or not?**

---

**Earnings for Sunday,
3/1/2020 12:00:00 AM to
Saturday, 3/7/2020
12:00:00 AM**

DOJ-01-0000005404

**Weekly Claim** - System 4/21/2020 10:00:14 PM                    Generated Jun 24 2020

| Employer | Hours worked | Gross Earnings: | What is the last day that you worked for . |
|---|---|---|---|
| ERIC R SHIBLEY MD PLLC | 0.00 | 0.00 | 2/29/2020 |
| ES1 LLC | 0.00 | 0.00 | 2/29/2020 |

| | | |
|---|---|---|
| **Did you work in self-employment or casual labor, whether you have been paid yet or not ?** | No | |
| **Have you been or will you be paid for jury duty?** | No | |
| **Did you apply for or receive workers' compensation for an on-the-job injury?** | No | |
| **Other than Social Security, did you apply for or have a change in a retirement plan not previously reported?** | No | **Explain This** |
| **Did you begin attending a school or training program?** | No | |
| **Were you physically able and available for work each day of the week?** | Yes | |
| **Did you complete at least one job search activity and keep a written record as required?** | Yes | |

**You are required to look for work. You must also keep a separate log of your job search activities. We may ask to see your logs at any time. If you don't provide it when we ask, we may deny your benefits, and you may have to repay any benefits you**

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-022708-RDU-D5

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  Sarieck Hem
SSN: XXX-XX-9367

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, enclosed are copies of document(s) on file with this office regarding the above named individual's unemployment compensation claim history.

From January 1, 2017 through March 31, 2020, enclosed are printouts showing wages reported by employers in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Attached is a standard UI/Wage report.  Please conact our office if further records are requested.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 88
Admitted _____

DOJ-01-0000005599

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:**  Hem, Sarieck                **SSN:**  XXX-XX-9367

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**



Reported Employee Name:     Hem Sarieck

Employer Name:     METROPOLITAN PARK

Year Quarter:     2019 3        Wages:

Reported Employee Name:     HEM SARIECK

Employer Name:     B&I CONTRACTORS INC

Year Quarter:     2018 1        Wages:

Employer Name:     GREENLEAF LANDSCAPING

Year Quarter:     2018 1        Wages:

Employer Name:     PLANTSCAPES INC

Year Quarter:     2018 1        Wages:

Employer Name:     LYNEER STAFFING SOLUTIONS, LLC

Year Quarter:     2018 2        Wages:

Employer Name:     METROPOLITAN PARK

Year Quarter:     2018 4        Wages:

Year Quarter:     2018 3        Wages:

Year Quarter:     2018 2        Wages:

**Completed by: Dan Lockwood**                **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 2 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:  Hem, Sarieck**                    **SSN:  XXX-XX-9367**

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     HEM SARIECK

Employer Name:     B&I CONTRACTORS INC

| Year Quarter: | 2017 3 | Wages: | |
| Year Quarter: | 2017 2 | Wages: | |
| Year Quarter: | 2017 1 | Wages: | |

Employer Name:     GREENLEAF LANDSCAPING

| Year Quarter: | 2017 4 | Wages: | |
| Year Quarter: | 2017 3 | Wages: | |

**Completed by: Dan Lockwood**                         **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

REQUEST ID: 20-022705-RDU-D5

**Employment Security Department**

WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your
request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:   CARLITA CHAVEZLOPEZ
SSN: XXX-XX-6676

The records or information being provided is considered private and
confidential under Chapter 50.13 RCW.  Any misuse or unauthorized
disclosure of the records may subject a person or organization to penalties as
prescribed in the cited statute. The records or information provided here have
been obtained from the unemployment insurance records maintained by the
Employment Security Department.

From January 1, 2017 through June 19, 2020, enclosed are copies of
document(s) on file with this office regarding the above named individual's
unemployment compensation claim history.

From January 1, 2017 through March 31, 2020, enclosed are printouts
showing wages reported by employers in the State of Washington for the
above named individual.  Records of reported wages are only as current as
the date stated above.

This is a standard UI/Wage report.  Please contact our office if there are
further records  you require.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 89
Admitted _____

DOJ-01-0000005603

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:**  CHAVEZLOPEZ, CARLITA          **SSN:**  XXX-XX-6676

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     CHAVEZLOPEZ CARLITA

Employer Name:     WIRELESS AUTHORITY

Year Quarter:     2018 3          Wages:

Year Quarter:     2018 2          Wages:

Year Quarter:     2018 1          Wages:

Employer Name:     ROK TELECOM #1, LLC

Year Quarter:     2018 4          Wages:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

*STATE OF WASHINGTON*

| | |
|---|---|
| Employment Security Department | June 25, 2020 |
| Records Disclosure Unit | Page 1 of 4 |

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   CARLITA CHAVEZLOPEZ          **SSN:**   XXX-XX-6676

**Benefit History for Claim with BYE Date of**          **03-20-21**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date: 03-20-21**

| | | | |
|---|---|---|---|
| **Application Date:** | 04-13-20 | **Maximum Benefits Payable (MBP):** | $0.00 |
| | | **Weekly Benefit Allowance (WBA):** | $0.00 |
| | | **New Balance Available (NBA):** | $0.00 |

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                                            **Phone: (360) 725-9940**

DOJ-01-0000005605

# Unemployment Payment History

*STATE OF WASHINGTON*

| | |
|---|---|
| Employment Security Department<br>Records Disclosure Unit | June 25, 2020<br>Page 2 of 4 |

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   CARLITA CHAVEZLOPEZ          **SSN:**   XXX-XX-6676

**Benefit History for Claim with BYE Date of**          **12-26-20**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date: 12-26-20**

| | | | |
|---|---|---|---|
| **Application Date:** | 04-22-20 | **Maximum Benefits Payable (MBP):** | $9,165.00 |
| | | **Weekly Benefit Allowance (WBA):** | $235.00 |
| | | **New Balance Available (NBA):** | $9,165.00 |

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                          **Phone: (360) 725-9940**

DOJ-01-0000005606

# Unemployment Payment History

### *STATE OF WASHINGTON*

| Employment Security Department | June 25, 2020 |
|---|---|
| Records Disclosure Unit | Page 3 of 4 |

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   CARLITA CHAVEZLOPEZ          **SSN:**  XXX-XX-6676

**Benefit History for Claim with BYE Date of**          **12-14-19**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:** **12-14-19**

| Application Date: | 12-19-18 | **Maximum Benefits Payable (MBP):** | $5,461.00 |
|---|---|---|---|
| | | **Weekly Benefit Allowance (WBA):** | $268.00 |
| | | **New Balance Available (NBA):** | $0.00 |
| Application Date: | 12-19-18 | **Maximum Benefits Payable (MBP):** | $3,484.00 |
| | | **Weekly Benefit Allowance (WBA):** | $268.00 |
| | | **New Balance Available (NBA):** | $3,484.00 |

| Benefit Week Ending | Payment Issued | Date Issued |
|---|---|---|
| 05-18-19 | $101.00 | 05-19-19 |
| 05-11-19 | $268.00 | 05-12-19 |
| 05-04-19 | $268.00 | 05-06-19 |
| 04-27-19 | $268.00 | 04-29-19 |
| 04-20-19 | $268.00 | 04-25-19 |
| 04-13-19 | $268.00 | 04-15-19 |
| 04-06-19 | $268.00 | 04-08-19 |
| 03-30-19 | $268.00 | 04-01-19 |
| 03-23-19 | $268.00 | 03-25-19 |
| 03-16-19 | $268.00 | 03-19-19 |
| 03-09-19 | $268.00 | 03-11-19 |
| 03-02-19 | $268.00 | 03-04-19 |
| 02-23-19 | $268.00 | 02-25-19 |
| 02-16-19 | $268.00 | 02-17-19 |
| 02-09-19 | $268.00 | 02-11-19 |

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                                        **Phone: (360) 725-9940**

DOJ-01-0000005607

# Unemployment Payment History

## *STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 4 of 4

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   CARLITA CHAVEZLOPEZ          **SSN:**  XXX-XX-6676

**Benefit History for Claim with BYE Date of**          **12-14-19**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

| | | |
|---|---|---|
| 02-02-19 | $268.00 | 02-04-19 |
| 01-26-19 | $268.00 | 01-28-19 |
| 01-19-19 | $268.00 | 01-21-19 |
| 01-12-19 | $268.00 | 01-14-19 |
| 01-05-19 | $268.00 | 01-11-19 |
| 12-29-18 | $268.00 | 01-10-19 |

Note: The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW. Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                                    **Phone: (360) 725-9940**

REQUEST ID: 20-022701-RDU-D1

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:   SAM MORGAN
SSN: XXX-XX-3218

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above named individual did not receive a payment for unemployment insurance benefits.

From January 1, 2017 through March 31, 2020, our records fail to show any wages being reported by employer(s) in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 90
Admitted _____

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**No wages reported for the
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:** <u>MORGAN, SAM</u>          **SSN:** <u>XXX-XX-3218</u>

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:

Employer Name:                          Street:
                                        City, State ZIP:

Year Quarter:                  Wages:              Hours:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

### *STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

### Unemployment payment history from January 1, 2017 through June 19, 2020.

**SUBJECT NAME:**   SAM MORGAN                    **SSN:**   XXX-XX-3218

### Benefit History for Claim with BYE Date of

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**                              **Maximum Benefits Payable (MBP):**

                                                  **Weekly Benefit Allowance (WBA):**

                                                  **New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                              **Phone: (360) 725-9940**



REQUEST ID: 20-022707-RDU-D5

## Employment Security Department

**WASHINGTON STATE**
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  JEROME MUNA
SSN: XXX-XX-3416

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, enclosed are copies of document(s) on file with this office regarding the above named individual's unemployment compensation claim history.

From January 1, 2017 through March 31, 2020, enclosed are printouts showing wages reported by employers in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Attached is a standard UI/Wage report.  Please conact our office if further records are requested.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

SUBJECT NAME:  MUNA, JEROME                  SSN:  XXX-XX-3416

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     MUNA JEROME

Employer Name:     TOKYO JAPANESE STEAK

Year Quarter:     2020 1          Wages:

Reported Employee Name:     Muna Jerome

Employer Name:     TOKYO JAPANESE STEAK

Year Quarter:     2019 4          Wages:

Year Quarter:     2019 3          Wages:

Year Quarter:     2019 2          Wages:

Year Quarter:     2019 1          Wages:

Reported Employee Name:     Muna Jerome

Employer Name:     TOKYO JAPANESE STEAK

Year Quarter:     2018 4          Wages:

Year Quarter:     2018 3          Wages:

Reported Employee Name:     Muna Jerome

Employer Name:     TOKYO JAPANESE STEAK

Year Quarter:     2017 3          Wages:

Year Quarter:     2017 2          Wages:

Year Quarter:     2017 1          Wages:

**Completed by: Dan Lockwood**                  **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

## *STATE OF WASHINGTON*

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   JEROME MUNA          **SSN:**   XXX-XX-3416

**Benefit History for Claim with BYE Date of** _____          **04-10-21**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:** **04-10-21**

**Application Date:**          04-14-20

| | |
|---|---|
| **Maximum Benefits Payable (MBP):** | $14,664.00 |
| **Weekly Benefit Allowance (WBA):** | $564.00 |
| **New Balance Available (NBA):** | $9,588.00 |

| Benefit Week Ending | Payment Issued | Date Issued |
|---|---|---|
| 06-13-20 | $564.00 | 06-17-20 |
| 06-13-20 | $600.00 | 06-17-20 |
| 06-06-20 | $600.00 | 06-11-20 |
| 06-06-20 | $564.00 | 06-11-20 |
| 05-30-20 | $600.00 | 06-11-20 |
| 05-30-20 | $564.00 | 06-11-20 |
| 05-23-20 | $600.00 | 06-11-20 |
| 05-23-20 | $564.00 | 06-11-20 |
| 05-16-20 | $600.00 | 06-11-20 |
| 05-16-20 | $564.00 | 06-11-20 |
| 05-09-20 | $564.00 | 05-10-20 |
| 05-09-20 | $600.00 | 05-10-20 |
| 05-02-20 | $600.00 | 05-06-20 |
| 05-02-20 | $564.00 | 05-06-20 |
| 04-25-20 | $600.00 | 05-01-20 |
| 04-25-20 | $564.00 | 05-01-20 |
| 04-18-20 | $564.00 | 04-22-20 |
| 04-18-20 | $600.00 | 04-22-20 |

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**          **Phone: (360) 725-9940**

DOJ-01-0000005614



REQUEST ID: 20-022698-RDU-D5

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your
request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  ERIC PULA
SSN: XXX-XX-2825

The records or information being provided is considered private and
confidential under Chapter 50.13 RCW.  Any misuse or unauthorized
disclosure of the records may subject a person or organization to penalties as
prescribed in the cited statute. The records or information provided here have
been obtained from the unemployment insurance records maintained by the
Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above
named individual did not receive a payment for unemployment insurance
benefits.

From January 1, 2017 through March 31, 2020, enclosed are printouts
showing wages reported by employers in the State of Washington for the
above named individual.  Records of reported wages are only as current as
the date stated above.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 92
Admitted _____

DOJ-01-0000005617

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:  PULA, ERIC**          **SSN:  XXX-XX-2825**

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:      PULA ERIC

Employer Name:      HONG KONG SUPERMARKET

Year Quarter:      2017 4          Wages:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

## *STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   ERIC PULA                           **SSN:**   XXX-XX-2825

**Benefit History for Claim with BYE Date of**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**                                    **Maximum Benefits Payable (MBP):**

                                                        **Weekly Benefit Allowance (WBA):**

                                                        **New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                          **Phone: (360) 725-9940**



REQUEST ID: 20-022700-RDU-D5

## Employment Security Department
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:   Ronald Reel
SSN: XXX-XX-2237

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above named individual did not receive a payment for unemployment insurance benefits.

From January 1, 2017 through March 31, 2020, enclosed are printouts showing wages reported by employers in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 93
Admitted _____

DOJ-01-0000005620

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

SUBJECT NAME:  <u>Reel, Ronald</u>                    SSN:  <u>XXX-XX-2237</u>

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:      Reel Ronald

Employer Name:    BARONA ENTERPRISES

Year Quarter:    2019 3          Wages:

Reported Employee Name:     REEL RONALD

Employer Name:    BURIEN GROCERY OUTLET

Year Quarter:    2018 3          Wages:

Employer Name:    BOTHELL HEALTH CARE

Year Quarter:    2018 2          Wages:

Employer Name:    THE LOOSE WHEEL PUYALLUPS PITST

Year Quarter:    2018 1          Wages:

Completed by: Dan Lockwood                        Phone: (844) 766-8930

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 2 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:**  Reel, Ronald                **SSN:**  XXX-XX-2237

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     REEL RONALD

Employer Name:     BIG LOTS

| Year Quarter: | 2017 3 | Wages: |
|---|---|---|

Employer Name:     THE BUTCHER & THE BAKER

| Year Quarter: | 2017 3 | Wages: |
|---|---|---|

Employer Name:     CLASSIC CATERING NW

| Year Quarter: | 2017 2 | Wages: |
|---|---|---|
| Year Quarter: | 2017 1 | Wages: |

Employer Name:     TUKWILA SUPER SAVER FOODS

| Year Quarter: | 2017 4 | Wages: |
|---|---|---|

**Completed by: Dan Lockwood**                **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

## *STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020

Page 1 of 1

### Unemployment payment history from January 1, 2017 through June 19, 2020.

**SUBJECT NAME:**   RONALD REEL                   **SSN:**   XXX-XX-2237

### Benefit History for Claim with BYE Date of

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**                                      **Maximum Benefits Payable (MBP):**

                                                          **Weekly Benefit Allowance (WBA):**

                                                          **New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                          **Phone: (360) 725-9940**

DOJ-01-0000005623

REQUEST ID: 20-022699-RDU-D4

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  David Sandoval
SSN: XXX-XX-0074

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above named individual did not receive a payment for unemployment insurance benefits.

From January 1, 2017 through March 31, 2020, enclosed are printouts showing wages reported by employers in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Unable to provide a signed records affidavit certifying the record under current working circumstances.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 94
Admitted _____

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:** Sandoval, David                    **SSN:** XXX-XX-0074

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     Sandoval David

Employer Name:   IMPERIAL FORCES INC

Year Quarter:     2018 2          Wages:

Reported Employee Name:     Sandoval David

Employer Name:   IMPERIAL FORCES INC

Year Quarter:     2017 1          Wages:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020

Page 1 of 1

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   DAVID SANDOVAL                **SSN:**   XXX-XX-0074

**Benefit History for Claim with BYE Date of**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**

**Maximum Benefits Payable (MBP):**

**Weekly Benefit Allowance (WBA):**

**New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                **Phone: (360) 725-9940**

DOJ-01-0000005626

**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-022709-RDU-D5

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  RONISHA SMITH
SSN: XXX-XX-0350

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above named individual did not receive a payment for unemployment insurance benefits.

From January 1, 2017 through March 31, 2020, our records fail to show any wages being reported by employer(s) in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Unable to provide a signed records affidavit certifying the record under current working circumstances.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 95
Admitted _____

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**No wages reported for the
1st Quarter of 2017 through the 1st Quarter of 2020.**

SUBJECT NAME:  SMITH, RONISHA                    SSN:  XXX-XX-0350

**\*Most Recent Completed Quarter may not be reported as of this date.**
**\*Employer address may differ from actual employment location.**

Reported Employee Name:

Employer Name:                         Street:
                                       City, State ZIP:

Year Quarter:                Wages:                    Hours:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

### *STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:**   RONISHA SMITH          **SSN:**  XXX-XX-0350

**Benefit History for Claim with BYE Date of**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**                              **Maximum Benefits Payable (MBP):**

**Weekly Benefit Allowance (WBA):**

**New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                    **Phone: (360) 725-9940**



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-022697-RDU-D5

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  MATAESE TELA
SSN: XXX-XX-9664

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, our records show the above named individual did not receive a payment for unemployment insurance benefits.

From January 1, 2017 through March 31, 2020, our records fail to show any wages being reported by employer(s) in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Unable to provide a signed records affidavit certifying the record under current working circumstances.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 96
Admitted _____

DOJ-01-0000005630

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 1

**No wages reported for the**
**1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:  TELA, MATAESE**                    **SSN:  XXX-XX-9664**

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:

Employer Name:                                        Street:

                                                     City, State ZIP:

Year Quarter:                        Wages:                        Hours:

**Completed by: Dan Lockwood**                         **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

# Unemployment Payment History

*STATE OF WASHINGTON*

| | |
|---|---|
| Employment Security Department<br>Records Disclosure Unit | June 25, 2020<br>Page 1 of 1 |

**Unemployment payment history from January 1, 2017 through June 19, 2020.**

**SUBJECT NAME:** MATAESE TELA                **SSN:** XXX-XX-9664

**Benefit History for Claim with BYE Date of**

On this report week claimed only shows if payment was issued for a given week. No weekly information will be shown if individual claimed for a given week but no payment was issued (i.e. wait week, disqualified, excess earning, or any other reason why payment not issued).

**Benefit Year Ending (BYE) Date:**

**Application Date:**                          **Maximum Benefits Payable (MBP):**

                                              **Weekly Benefit Allowance (WBA):**

                                              **New Balance Available (NBA):**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as prescribed in the cited statute.

**Completed by: Dan Lockwood**                **Phone: (360) 725-9940**



**Employment Security Department**
WASHINGTON STATE
PO Box 9046  Olympia, WA 98507-9046

REQUEST ID: 20-022706-RDU-D5

June 25, 2020

US DEPARMENT OF JUSTICE
CARLY RUSSLE
1400 NEW YORK AVENUE NW
ROOM 3206
WASHINGTON DC DC 20530

**Receive a response within 1 business day by uploading and submitting your request on-line. Go to www.esd.wa.gov/newsroom/public-records**

RE:  LISA VELOTTA
SSN: XXX-XX-0046

The records or information being provided is considered private and confidential under Chapter 50.13 RCW.  Any misuse or unauthorized disclosure of the records may subject a person or organization to penalties as prescribed in the cited statute. The records or information provided here have been obtained from the unemployment insurance records maintained by the Employment Security Department.

From January 1, 2017 through June 19, 2020, enclosed are copies of document(s) on file with this office regarding the above named individual's unemployment compensation claim history.

From January 1, 2017 through March 31, 2020, enclosed are printouts showing wages reported by employers in the State of Washington for the above named individual.  Records of reported wages are only as current as the date stated above.

Attached is a standard UI/Wage report.  Please conact our office if further records are requested.

If I can be of further assistance, please contact me at (844) 766-8930.

Sincerely,

*Dan Lockwood*

Dan Lockwood
Assistant Records Officer

ESD Use: Response Letter Wage

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 97
Admitted _____
```

DOJ-01-0000005633

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 1 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

SUBJECT NAME:  <u>VELOTTA, LISA</u>                SSN:  <u>XXX-XX-0046</u>

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:     VELOTTA LISA

Employer Name:     PACIFIC MEDICAL CENTERS-PUYALLUP

Year Quarter:     2020 1          Wages:

Reported Employee Name:     VELOTTA LISA

Employer Name:     PACIFIC MEDICAL CENTERS-PUYALLUP

Year Quarter:     2019 4          Wages:

Year Quarter:     2019 3          Wages:

Year Quarter:     2019 2          Wages:

Year Quarter:     2019 1          Wages:

Employer Name:     STEEB VS OVERLAKE HOSPITAL MEDIC

Year Quarter:     2019 2          Wages:

Reported Employee Name:     VELOTTA LISA

Employer Name:     PACIFIC MEDICAL CENTERS-PUYALLUP

Year Quarter:     2018 4          Wages:

Year Quarter:     2018 3          Wages:

Year Quarter:     2018 2          Wages:

Year Quarter:     2018 1          Wages:

**Completed by: Dan Lockwood**                **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

*STATE OF WASHINGTON*

Employment Security Department
Records Disclosure Unit

June 25, 2020
Page 2 of 2

**Wages reported by employers in the State of Washington from
1st Quarter of 2017 through the 1st Quarter of 2020.**

**SUBJECT NAME:  VELOTTA, LISA**          **SSN:  XXX-XX-0046**

**\*Most Recent Completed Quarter may not be reported as of this date.**

**\*Employer address may differ from actual employment location.**

Reported Employee Name:    Velotta Lisa

Employer Name:    PACIFIC MEDICAL CENTERS-PUYALLUP

Year Quarter:    2017 4          Wages:

Employer Name:    OVERLAKE HOSPITAL

Year Quarter:    2017 3          Wages:

Year Quarter:    2017 2          Wages:

Year Quarter:    2017 1          Wages:

**Completed by: Dan Lockwood**                    **Phone: (844) 766-8930**

Note:  The information contained in this document is considered confidential and is subject to agency confidentiality
statutes contained in Chapter 50.13 RCW.  Any unauthorize use is prohibited and may be subject to penalties as
prescribed in the cited statute.

05022010277.128


**Employment Security Department**
WASHINGTON STATE
P.O. Box 9046, Olympia, WA 98507

33188

Date: Apr 2 2020
Letter ID: L0014697878

ESI LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Re: ERIC SHIBLEY
SSN: ███-5264

## URGENT DATA REQUEST
Your current or former employee has applied for unemployment benefits. We need the wage information described to determine his/her eligibility as soon as possible. Your prompt and accurate reply will help the Department make a timely eligibility decision.

**We will compare the figures to your quarterly wage report due later this quarter.**

Current or Former Employee: ERIC SHIBLEY

ES Reference #: _____

**Correct ES Reference # here:** _____

Social Security Number: ███5264

_____
Corrected SSN, if number at left is wrong

**First Quarter Wages**
**Jan, Feb, Mar 2020**

$ _20,500_____
Gross Wages paid to this person from
Jan, Feb, Mar 2020
*(this should match your quarterly wage report)*

**First Quarter Hours**
**To be listed on this quarterly report**

____680 hrs__
Hours worked by this person

Will the wages above be reported to the State of Washington for Unemployment Insurance Tax purposes?
Yes ☒     No ☐

If not, which state will these wages be reported? _____

Sign in to esd.wa.gov to submit wage reports, pay unemployment taxes and manage your account.
Find your next employee at WorkSourceWA.com. Explore other useful employer resources at esd.wa.gov.

ALTERNATE BASE WAGE REQUEST

Page: 1 of 2

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 98
Admitted _____

DOJ-01-0000005325

Erik Shibley
**Your Name**

Manager
**Title**

206-938-4291
**Telephone #**

4/7/2020
**Date**

**URGENT:**
Please provide the wage information requested and return form as soon as possible.
**Fax to 1-800-794-7657** OR mail to:     Unemployment Insurance Tax & Wage
Administration
P.O. Box 9046
Olympia, WA, 98507-9046.

Employment Security Use Only

**Date ABY Wages Keyed:** _____     **Staff ID:** _____

Sign in to esd.wa.gov to submit wage reports, pay unemployment taxes and manage your account.
Find your next employee at WorkSourceWA.com. Explore other useful employer resources at esd.wa.gov.

ALTERNATE BASE WAGE REQUEST

Page:  2   of   2

DOJ-01-0000005326

From,
    ESI LLC
4700 36th ave SW
Seattle WA 98126

SEATTLE WA 980
09 APR 2020   PM 6   1
USA Forever

81

To,
Unemployment Insurance
    Tax & Wage Admin.
PO Box 9046
Olympia. WA 98507
            -9046

98507-904646

0502201027_129

DOJ-01-0000005327



U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 100
Admitted _____

H105.905  REV.(5/17)

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

*Audrey C. Marrocco*

Audrey C. Marrocco
State Registrar

July 23, 2020

10846110
No.

Date

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF HEALTH
VITAL RECORDS
**CERTIFICATE OF DEATH**
(Physician)

078522

STATE FILE NO.

| Name of decedent (First) | (Middle) | (Last) | | Sex | Date of death (Mo., Day, Yr.) |
|---|---|---|---|---|---|
| 1. Samuel | S. | Morgan    Sr. | | 2. M | 3. August 23, 1987 |

| Race — (e.g., White, Black, American Indian, etc.) 4. white | Age last birth- day 5A. 65 | If under 1 yr. Mos. | Days 5B. | If under 1 day Hours Min. 5C. | Date of birth, Mo.,Day,Yr. 6A. 12/13/21 | State or foreign country of birth 6B. N.J. | County of birth 6C. Camden | City, Boro, or Twp. of birth 6D. Camden |
|---|---|---|---|---|---|---|---|---|

| County of death 7A. Montg. | City, Boro, or Twp. of death 7B. Pennsburg | Hospital or Institution (If not either, give address) 7C.   Pennsburg, PA | If hosp. or inst. indicate OOA, OP/ER or inpatient (specify) 7D. Outpatient |
|---|---|---|---|

| Decedent's Mailing Address (Street or RFD No.) 8. | (City or Town) Pennsburg, PA | (State) | (Zip Code) | Marital Status 9. W | Surviving Spouse (if wife, give maiden name) 10. |
|---|---|---|---|---|---|

| Citizen of what country? 11. U.S.A. | Was decedent ever in U.S. Armed Forces? 12. ☐ Yes ☒ No | Social Security Number 13.         -3218 | Usual Occupation (Kind of work done during most of working life) 14A. welder - Firestone Co | Kind of business or industry 14B. Tire Company |
|---|---|---|---|---|

| Where did decedent actually live? 15. | 15a. State Pennsylvania | Did decedent live 15c. ☐ Yes, decedent lived in | | township. |
|---|---|---|---|---|
| | 15b. County Montgomery | in a township? 15d. ☒ No, decedent lived within actual limits of Pennsburg | | city or boro. |

| Father's name (First) 16. Jesse | (Middle) Morgan  Sr. | (Last) | Mother's maiden name 17. Adelaide | (Middle) (Sharp) | (Last) Morgan |
|---|---|---|---|---|---|

| Informant's name (Type or Print) 18A. Samuel Morgan Jr. | Informant's Mailing address 18B. (Street or RFD No.)   Hereford, PA | (City or Town) | (State) | (Zip Code) |
|---|---|---|---|---|

| 19A. ☒ Burial ☐ Removal ☐ Cremation ☐ Other | Date of burial, etc. 19B. 8/28/87 | Name of cemetery or crematory 19C. Longswamp Union Cemetery | Location (City, Boro, twp.) 19D. Longswamp Twp., PA | (State) |
|---|---|---|---|---|

| Signature of funeral director and license number 20A. *Frank B. Falk* | FD – 0 1 2 3 7 5 – L | Name and address of funeral establishment 20B. Falk Funeral Home Inc. 163 Main St. Pennsburg, PA  18073 |
|---|---|---|

| Registrar's Signature 21A. *Jean B. Reister* | 46943 | Date received by registrar 21B. 8/25/87 |
|---|---|---|

| To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. | | |
|---|---|---|
| Signature 22A. and title *Wm Siegel* | | M.D. or D.O. |
| Date Signed (Mo., Day, Yr.) 22B. 8/24/87 | Hour of Death 22C. 12:42 ☐ A.M. ☒ P.M. | |

24. Name and Address of Certifier (Physician, Medical Examiner or Coroner) [Print or Type]  Wm. Siegel, MD Rockhill Med. Arts Bldg, Sellersville, Pa,   25. Name of Attending Physician

| 26. | IMMEDIATE CAUSE: | Enter only one cause per line for (A) (B) and (C) | Interval between onset and death |
|---|---|---|---|
| PART I | (A) Hepatic failure Due to, or as a consequence of: | | 3 wks |
| | (B) Met adenoca to liver Due to, or as a consequence of: | | Indef |
| | (C) | | Interval between onset and death |

| PART II | Other Significant Conditions — Conditions contributing to death but not related to cause given in Part I (a) | Autopsy 27. ☐ Yes ☒ No | Was case referred to Medical Examiner or Coroner? 28. ☐ Yes ☐ No |
|---|---|---|---|

| If Acc., Suicide, Hom., Undet. or Pending Investigation (Specify) 29A. | Date of Injury (Mo., Day, Yr.) 29B. | Hour of Injury 29C. ☐ A.M. ☐ P.M. | Describe how injury occurred: 29D. | | |
|---|---|---|---|---|---|
| Injury at work? 29E. ☐ No ☐ Yes | Place of Injury (At home, farm, street, etc.) 29F. | | Location (Street or RFD No.) 29G. | (City, Boro, or Twp.) | (State) |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 103
Admitted _____

DOJ-02-0000008313

# Wells Fargo Simple Business Checking

May 31, 2020 ▪ Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $429.53 |
| Deposits/Credits | 968,248.59 |
| Withdrawals/Debits | - 968,183.47 |
| **Ending balance on 5/31** | **$494.65** |
| Average ledger balance this period | $1,226.46 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 104
Admitted _____

DOJ-01-0000006565

May 31, 2020  ■  Page 2 of 4



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 5/1 | | Purchase authorized on 04/29 Pabla Indian Cuisi Renton WA S380121038090306 Card 5124 | | 25.61 | |
| 5/1 | | Purchase authorized on 04/29 Arco#07155Arco #07 Seattle WA S300121050024361 Card 5124 | | 25.28 | 378.64 |
| 5/4 | | Customers Bank Ppp Funds 200504 App-1120098 The A Team Holdings Ll | 960,000.00 | | |
| 5/4 | | Purchase authorized on 05/01 Super Deli Mart Seattle WA S380122706097007 Card 5124 | | 27.54 | |
| 5/4 | | Purchase authorized on 05/02 Practice Fusion 415-346-7700 CA S580123329318844 Card 5124 | | 109.00 | |
| 5/4 | | Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib083Gmd3F on 05/04/20 | | 960,000.00 | 242.10 |
| 5/6 | | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib083Tzgyv on 05/06/20 | 600.00 | | 842.10 |
| 5/7 | | Purchase authorized on 05/06 Advancedmd Https://WWW.A UT S460127484961853 Card 5124 | | 334.50 | 507.60 |
| 5/11 | | Online Transfer From The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib084Ln24P on 05/11/20 | 7,648.59 | | 8,156.19 |
| 5/14 | | Fay Servicing ACH Pmts 051220 0888006560 Eric Shleby | | 7,648.59 | 507.60 |
| 5/26 | | Recurring Payment authorized on 05/24 J2 *Metrofax 888-928-4141 CA S460145586761960 Card 5124 | | 12.95 | 494.65 |
| Ending balance on 5/31 | | | | | 494.65 |
| **Totals** | | | **$968,248.59** | **$968,183.47** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,226.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
CMC1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

May 31, 2020  ▪  Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.

May 31, 2020 ▪ Page 4 of 4



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006568

# Business Market Rate Savings

May 31, 2020 ▪ Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $6,892.22 |
| Deposits/Credits | 960,006.01 |
| Withdrawals/Debits | - 966,892.22 |
| **Ending balance on 5/31** | **$6.01** |
| Average ledger balance this period | $707,395.78 |

Account number: **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $6.01 |
| Average collected balance | $707,395.78 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $6.01 |
| Interest paid this year | $6.23 |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 105
Admitted _____

May 31, 2020 ▪ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|---------------------|
| 5/4 | Online Transfer From The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib083Gmd3F on 05/04/20 | 960,000.00 | | 966,892.22 |
| 5/11 | * Online Transfer to The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib084Ln24P on 05/11/20 | | 7,648.59 | 959,243.63 |
| 5/14 | Withdrawal Made In A Branch/Store | | 4,427.00 | 954,816.63 |
| 5/26 | Withdrawal Made In A Branch/Store | | 150,000.00 | 804,816.63 |
| 5/27 | Legal Order Debit - Contact Wells Fargo Bank (480) 724-2000 - Case# 34391920 | | 804,816.63 | 0.00 |
| 5/29 | Interest Payment | 6.01 | | 6.01 |
| | **Ending balance on 5/31** | | | **6.01** |
| **Totals** | | **$960,006.01** | **$966,892.22** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $707,396.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
**Transactions** occurring after the last business day of the month will be included in your next fee period.
YGYC

 IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

DOJ-01-0000006494

May 31, 2020 ▪ Page 3 of 4



- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

DOJ-01-0000006495

May 31, 2020 ▪ Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your    $ _____
register or transfers into    $ _____
your account which are not    $ _____
shown on your statement.    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

## STATEMENT OF ACCOUNTS



DITURI CONSTRUCTION LLC                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 05/07/2020 - 05/31/2020                                           3299813

### Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 | (563,500.00) | 563,500.00 | | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 | (1,127,000.00) | 1,127,000.00 | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

### Deposit Account Activity

#### Business Member Share Savings - 3615467219

*0.00% Annual Percentage Yield Earned for 25 day period*          0.02% dividends from 05/07/20
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | 563,500.00 | Deposit Online Banking Transfer from 3615467277 CK |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Eff. 05-07 Descriptive Withdrawal Transfer to 7277 Acct for ACH Return R06 - CELTIC BANK |

#### Business Basic Checking - 3615467277

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/06 | 563,500.00 | External Deposit CELTIC BANK  - PPP LOAN  124084805 |
| 05/07 | 563,500.00 | Eff. 05-07 Descriptive Deposit Transfer from 7219 Acct for ACH Return R06 - CELTIC BANK |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Withdrawal Online Banking Transfer To 3615467219 SAV |
| 05/06 | (563,500.00) | Eff. 05-06 Descriptive Withdrawal ACH Return R06 -CELTIC BANK  - PPP LOAN  124084805 |

800.233.2328          PO Box 97050          Please direct inquiries to:
becu.org              Seattle, WA 98124-9750   Boeing Employees' Credit Union
                                             PO Box 97050, Seattle, Washington 98124-9750
                                             206-439-5700 | 800-233-2328 | becu.org

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 106**
**Admitted _____**

DOJ-02-0000006876

# STATEMENT OF ACCOUNTS



```
** DO NOT MAIL **                              000000
DITURI CONSTRUCTION LLC
4700 36th Ave SW
Seattle, WA 98126-2716
```

Statement Period: 06/01/2020 - 06/30/2020                                    3299813

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 |  |  |  | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 |  |  |  | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3615467219

*0.00% Annual Percentage Yield Earned for 3 day period*        *0.02% dividends from 06/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Basic Checking - 3615467277

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328        PO Box 97050
becu.org        Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006877

# STATEMENT OF ACCOUNTS



SS1 LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 05/01/2020 - 05/31/2020

3298085

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615409683 | 300.00 | (820,000.00) | 820,000.00 | 3.59 | 303.59 |
| Business Basic Checking | 3615409724 | 0.00 | (1,640,000.00) | 1,640,000.00 | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3615409683

*0.02% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $211,912.90*
*Year-to-date dividends: $3.59*

*0.05% dividends from 05/01/20 up to 05/05/20*
*0.02% dividends from 05/05/20*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 05/19 | 820,000.00 | Deposit Online Banking Transfer from 3615409724 CK |
| 05/31 | 3.59 | Dividend/Interest |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 05/27 | (820,000.00) | Descriptive Withdrawal Transfer to 9724 for reversal of external deposit |

### Business Basic Checking - 3615409724

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 05/19 | 820,000.00 | External Deposit Harvest Small Bu  - PPPFunding  SS1 LLC |
| 05/27 | 820,000.00 | External Withdrawal Harvest Small Bu  - REVERSAL  SS1 LLC (Rejected) |
| 05/27 | 820,000.00 | Descriptive Deposit Transfer from 9683 for reversal of external deposit |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 107
Admitted _____

DOJ-02-0000006923

SS1 LLC

Statement Period: 05/01/2020 - 05/31/2020

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 05/19 | (820,000.00) | Withdrawal Online Banking Transfer To 3615409683 SAV |
| 05/27 | (820,000.00) | External Withdrawal Harvest Small Bu  - REVERSAL  SS1 LLC |
| 05/27 | (820,000.00) | External Withdrawal Harvest Small Bu  - REVERSAL  SS1 LLC |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-02-0000006924



VERITY CREDIT UNION
11027 MERIDIAN AVE. N., SUITE 200
SEATTLE, WA 98133
(206) 440-9000
verityru.com

32-8188
3250

No. **122356**

Date: **June 22, 2020**

Pay to the
Order of   **Eric Shibley**

Amount $**\*\*\*\*\*\*20,000.00**

**Twenty Thousand and 00/100**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   **DOLLARS**

**CASHIERS CHECK**

Memo

Authorized Signature
**This Check VOID After 90 Days**

⑆ ⎮⎮ 23561⎮⎮ ⑆ 1885⑈ 7430⎮⎮⑆

NAVY FCU 256074974 0001 0418 6/22/2020 4 122 2
0247A5190

Electronic Endorsements:
>256074974< 6/22/2020 17082880     BOFD

>256074974< 6/22/2020 17082880
>061000146< 6/23/2020 2639347620

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 109
Admitted _____

DOJ-01-0000005032

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JQU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA                    98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $35.91- | $4,063.19 | $2,686.65 | $1,340.63 | $0.10 |
| **Business Savings** 3126944507 | $0.00 | $23,515.25 | $22,515.00 | $1,000.25 | $0.25 |
| **Totals** | **$35.91-** | **$27,578.44** | **$25,201.65** | **$2,340.88** | **$0.35** |

## Checking
**Business Checking - 7096277053**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 35.91- |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ➤    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3126944507 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

40570962770533126944507000000000000000000000000000000000

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 110
Admitted _____

Navy Federal Credit Union                    000258                    07/02/2020

DOJ-01-0000002746



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-01 | Business Debit Card Overdraft Fee 05-30-20 Chevron 0301816 | 29.00- | 64.91- |
| 06-22 | eDeposit-Scan/Mobile 000000100579786 | 301.80 | 236.89 |
| 06-22 | eDeposit-Scan/Mobile 000000100579690 | 3,761.36 | 3,998.25 |
| 06-22 | POS Debit- Business Debit Card 3287 06-21-20 T-Mobile Store # 2 Seattle WA | 11.00- | 3,987.25 |
| 06-22 | POS Debit- Business Debit Card 3287 06-20-20 Nikos Gyros Seattle WA | 19.27- | 3,967.98 |
| 06-22 | POS Debit- Business Debit Card 3287 06-20-20 The Home Depot #89 Seattle WA | 37.75- | 3,930.23 |
| 06-24 | POS Debit- Business Debit Card 3287 06-22-20 Taco Time West Sea Seattle WA | 15.93- | 3,914.30 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-20 Opc WA Dept. Of Re 925-855-5000 WA | 0.60- | 3,913.70 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-20 WA Dept. Of Revenu 925-855-5000 WA | 24.00- | 3,889.70 |
| 06-25 | Transfer To Shares Es1 LLC | 2,515.00- | 1,374.70 |
| 06-26 | POS Debit- Business Debit Card 3287 06-25-20 Netflix.Com Netflix.Com CA | 17.60- | 1,357.10 |
| 06-29 | POS Debit- Business Debit Card 3287 06-27-20 Adobe Acropro Subs 408-536-6000 CA | 16.50- | 1,340.60 |
| 06-30 | Dividend | 0.03 | 1,340.63 |
| 06-30 | **Ending Balance** | | **1,340.63** |

*Average Daily Balance - Current Cycle: $617.96*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-22 | POS | 11.00 | 06-25 | POS | 0.60 |
| 06-22 | POS | 19.27 | 06-25 | POS | 24.00 |
| 06-22 | POS | 37.75 | 06-26 | POS | 17.60 |
| 06-24 | POS | 15.93 | 06-29 | POS | 16.50 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|--|

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)    HOME TELEPHONE NUMBER    DAYTIME TELEPHONE NUMBER
—  —  —     (    )    (    )

DOJ-01-0000002747

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Savings

**Business Savings - 3126944507**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 06-01 | Beginning Balance | | 0.00 |
| 06-22 | Deposit | 20,000.00 | 20,000.00 |
| 06-22 | Transfer To Checking | 2,500.00- | 17,500.00 |
| 06-24 | Sav Adjustment - DR | 15.00- | 17,485.00 |
| 06-24 | Sav Adjustment - DR | 20,000.00- | 2,515.00- |
| 06-25 | Transfer From Chk/MMSA | 2,515.00 | 0.00 |
| | Es1 LLC | | |
| 06-30 | eDeposit-Scan/Mobile 000000101083720 | 1,000.00 | 1,000.00 |
| 06-30 | Dividend | 0.25 | 1,000.25 |
| **06-30** | **Ending Balance** | | **1,000.25** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002748

(Page 1 of 2)



**NAVY FEDERAL Credit Union®**  PO Box 3000
Merrifield VA 22119-3000

In reply refer to:
200624061062168

June 24, 2020

ES1 LLC
4700 36TH AVE SW
SEATTLE, WA 98126-2716

Dear Member:

The attached check, deposited to your Savings account number ******4507 on 06/22/20, was returned unpaid by the paying financial institution for the following reason: Stop Payment.

As a result, we deducted $20000.00 from your above-referenced account. A $15.00 returned check fee was also assessed. According to our records, your account is now overdrawn in the amount of $2515.00. Please remit this amount immediately.

If you have any questions, please contact the Overdrawn Accounts section toll-free at 1-800-336-3767 x45443. If you prefer, you may remit funds online at **navyfederal.org** via our Online Banking service, or you may visit your local branch.

Sincerely,

Savings & Checking Operations
Navy Federal Credit Union

Federally insured by NCUA.
© 2016 Navy Federal NFCU 40165-CH-RDT2 (9-16)

---

\*256074974\*
06\24\2020
266106216&

This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

RETURN REASON-C
STOP PAYMENT

## STOP PAYMENT

VOID

Verity
VERITY CREDIT UNION
No. 122356

Date: June 22, 2020

Pay to the
Order of   Eric Shibley

Amount  $******20,000.00

Twenty Thousand and 00/100*************************   DOLLARS

**CASHIERS CHECK**

Memo

This Check VOID After 90 Days

2356    1885    7430

**U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 111
Admitted _____**

Navy Federal Credit Union          000343          07/02/2020



DOJ-01-0000002831

(Page 2 of 2)



Navy Federal Credit Union                    000344                                    07/02/2020

DOJ-01-0000002832

# LARGE CASH REQUEST



| NAME | MEMBERSHIP |
|---|---|
| Eric  Shibley (DITURI CONSTRUCTION LLC ) | ☐ Primary Member ☒ Joint Member |

**ACCOUNT NUMBER**
3615467219

**TIER**
☐ A ☐ B ☐ C ☐ E

| DATE OF MEMBERSHIP | ENGAGED MEMBER |
|---|---|
| 05/01/2020 | ☒ Yes ☒ No |

| AMOUNT REQUESTED | PICK UP LOCATION | DATE MEMBER EXPECTS FUNDS |
|---|---|---|
| $ 563,500.00 ☒ TFC ☐ EFC | | 05/20/2020 |

**WHERE FUNDS CAME FROM**
External Deposit - CELTIC BANK - PPP LOAN 124084805

**HOW LONG FUNDS HAVE BEEN ON DEPOSIT**
7 days

**USE OF FUNDS**
Paying Payroll of Workers

**BEST CONTACT PHONE NUMBER**
(206) 771-7868

| EMPLOYEE SUBMITTING REQUEST | DATE |
|---|---|
| Tyler Cummings | 05/13/2020 |

*It may take 7 to 10 days before the cash is available, if the cash has to be ordered from the Federal Reserve Bank. Vault cashiers will call the member to confirm date of pick up and cash amount.*

**Please submit form to either TFC or EFC, depending on your location.**

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 112
Admitted _____

BECU 216 04/2014

DOJ-11-0000025316



**COMMENCEMENT BANK**
*1102 Commerce Street, Tacoma, WA 98402*

Page:  1 of 1
Account: 7000012489

CLOSING STATEMENT
Date:  Sep 30, 2020
Period: Sep 01, 2020 to Sep 30, 2020
         (30 Days )
Enclosures: 0

DITURI CONSTRUCTION LLC
4700 36TH AVE SW
SEATTLE, WA 98126

## Business Checking
## ACCOUNT : DDA - 7000012489
### Business Checking

### Account Summary

| | |
|---|---|
| Beginning Balance | |
| as of 09/01/20 | 0.00 |
| Deposits & Other Credits | 100.00 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 100.00 |
| Average Balance | 100.00 |
| Ending Balance | |
| as of 09/30/20 | 0.00 |

Charges and Fees Related to Overdrafts and Returned Items

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees: | 0.00 | 0.00 |
| Total Returned Items Fees: | 0.00 | 0.00 |

### Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Credit Amount | Debit Amount |
|---|---|---|---|---|
| 09/01 | | Deposit | 100.00 | |
| 09/30 | | Closing WD/Redept by Check | | 100.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 100.00 | 09/30 | 0.00 | | |

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 113**
**Admitted _____**

DOJ-02-0000007158

**COMMENCEMENT BANK**                    **7000012489**

| | |
|---|---|
| Account Holder Name(s): Dituri Construction LLC | |
| Reporting SSN/TIN: ████ 8508 | |
| Street Location:  4700 36th Ave SW, Seattle , WA  98126 | |
| Telephone Number: **(206) 938-4291**      Work #: | |
| Number of Signatures Required:  **1**     CIF Number: | |

| | |
|---|---|
| **Account Purpose:** Non Consumer | |
| ACCOUNT TYPE<br>**Business Checking** | ACCOUNT NUMBER<br>**7000012489** |

| Date Opened<br>**09-01-20** | Date Revised | Opened By<br>**AJONES** | Verified By<br>**ChexSystems** |
|---|---|---|---|

BUSINESS TYPE: **Limited Liability Company**

| Signatures of Authorized Individuals.  This Agreement is subject to all terms below. | |
|---|---|
| X<br>Eric R Shibley, Manager of Dituri Construction LLC | |

| **(Signatures and printed names of each account signer)** |
|---|

The authorized Agent(s) signing above agree(s), that the Account Holder's Account(s) will be governed by the terms set forth in the Deposit Account Agreement and Disclosure, the Time Certificate of Deposit or Confirmation of Time Deposit Agreement (if applicable), the Rate and Fee Schedule, the Funds Availability Policy Disclosure, the Substitute Check Policy Disclosure, the Electronic Funds Transfer Agreement and Disclosure, (if applicable), and acknowledge receipt of our privacy policy (if applicable), as amended by the Financial Institution from time to time.  The authorized Agent(s) also acknowledge that they have received at least one copy of these deposit account documents.  The Authorized Signer(s) understand(s) accounts opened after 7:00 PM are dated effective the next business day.

**TIN/BACKUP WITHHOLDING**          Reporting TIN: ████ 8508
**Important:**  Under penalties of perjury, I certify that 1) the number shown above is the Limited Liability Company's correct taxpayer identification number, 2) I am a U.S. citizen or other U.S. person (defined in the instructions), 3) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA), and 4) that (check appropriate box):

☒ The Limited Liability Company is not subject to backup withholding, because the Limited Liability Company is exempt from backup withholding, or because the Limited Liability Company has not been notified by the IRS that the Limited Liability Company is subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified the Limited Liability Company that the Limited Liability Company is no longer subject to backup withholding.

☐ The Limited Liability Company is subject to backup withholding.

Signature of Authorized Individual: **X** _____     9/1/2020
                                                                              Date

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.
                                                                        MMN=Mother's Maiden Name

| | | |
|---|---|---|
| Name:  **Eric R Shibley** | SSN: ████-5264 | |
| Street: **4700 36th Ave SW, Seattle, WA  98126** | | |
| Mailing: | | |
| Phone:  (H): **(206) 938-4291** | (W): | (C): |
| Job:  **Owner, SS1 LLC/Dituri Construction** | | |
| DOB: ████ **1978** | MMN: **Kamruz Jahan** | |
| ID:  **Drivers License** ████████ | Exp Date: **12-10-2025**  Country: **USA** | St: **WA** |
| | Exp Date:      Country: | St: |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 114
Admitted _____
```

DEPOSIT PRO Ver. 79.2.0.043  Copr. Finastra USA Corporation 1996, 2020.  All Rights Reserved.  WA - WA - J7038PS74  TR-12779

DOJ-02-0000007143

Dituri Construction Llc
4700 36TH AVE SW
Seattle  WA  98126

```
------------------------------------------------- History Account Number 7435380 ---------------------------------------------------
                                           06-01-2020 to 06-29-2020
Post Date   Eff Date    Check Nbr   Description                        Amount      Running Bal  Status
06-03-2020  06-03-2020               New Account Deposit                  5.00            5.00  Completed
06-03-2020  06-03-2020               Verity Membership Fee               (5.00)           0.00  Completed
```

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 115**
**Admitted _____**

DOJ-02-0000009416



**Page:** 1 of 2
**Prime Share Number:** 7435380
**Statement Date:** 07-01-2020 to 07-31-2020

P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

1319 *

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

As a Verity member, you help us help more people in our communities. Consider inviting a friend or loved one to join the credit union movement.

Special referral and new member offers on now! *veritycu.com/refer*

## Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

There is no activity for this account.

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $6.70 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.00%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 07-01-2020 | 0.10% | |

There is no activity for this account.

DOJ-02-0000009396



(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

**Page: 2 of 2**
**Prime Share Number: 7435380**
**Statement Date: 07-01-2020 to 07-31-2020**

## Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $500.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $500.00 |

DOJ-02-0000009397

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TELEPHONE US AT (206) 440-9000 OR WRITE US AT P.O. BOX 75974 SEATTLE, WA 98175-0974 OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.**



Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

# NCUA

National Credit Union Administration, a U.S. Government Agency

---

## CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### EASY STEPS FOR CHECK RECONCILIATION

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance... and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

## RECONCILEMENT FORM

**Enter**
BALANCE THIS STATEMENT

**Add**
RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT)

**Total**

**Subtract**
CHECKS OUTSTANDING

**Balance**
YOUR CHECK REGISTER SHOULD SHOW THIS BALANCE

| AMOUNT | |
|---|---|
| DOLLARS | CENTS |
| $ | |
| | |
| | |
| | |
| | |
| | |
| | |

### If Your Account Does Not Balance
**PLEASE CHECK THE FOLLOWING CAREFULLY**

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?



**CREDIT UNION**

P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Page: 1 of 2**
**Prime Share Number: 7435380**
**Statement Date: 06-03-2020 to 06-30-2020**

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

985   *

If you are facing financial hardship,
we are here to help.

Contact us at (800) 444-4589 to
discuss options that work best
for your situation.

### Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $5.00 | | $0.00 | | $0.00 | | $5.00 | | $0.00 |

### Transaction Detail for Business Membership Savings - 7435380

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-03 | Verity Membership Fee | -5.00 | | $0.00 |

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $194,445.00 | | $1.70 | | $194,448.00 | | $-8.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.10%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 06-03-2020 | 0.10% | |

DOJ-02-0000009423



(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

**Page: 2 of 2**
**Prime Share Number: 7435380**
**Statement Date: 06-03-2020 to 06-30-2020**

## Business Savings Savings - 7435390 - CONTINUED

### Transaction Detail for Business Savings Savings - 7435390

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-19 | Deposit | | 114,440.00 | $114,445.00 |
| 06-22 | Withdrawal | -80,000.00 | | $34,445.00 |
| 06-22 | Withdrawal | -8.00 | | $34,437.00 |
| 06-30 | Eff. 06-22 Official Check Fee Reversal | | 8.00 | $34,445.00 |
| 06-30 | Descriptive Deposit Cashiers check reversals | | 80,000.00 | $114,445.00 |
| 06-30 | Withdrawal | -114,440.00 | | $5.00 |
| 06-30 | Credit Interest | | 1.70 | $6.70 |

## Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $114,940.00 | | $0.00 | | $114,440.00 | | $0.00 | | $500.00 |

### Transaction Detail for Business Opportunity Checking - 7435400

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 40.00 | $40.00 |
| 06-19 | External Deposit SBAD TREAS 310 -  MISC PAY  RMT*CT*7947867903 200 97773 F8120*******\ 794786790373000 | | 114,900.00 | $114,940.00 |
| 06-19 | Withdrawal | -114,440.00 | | $500.00 |

DOJ-02-0000009424

## IN CASE OF ERRORS OR INQUIRIES
### ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TELEPHONE US AT (206) 440-9000 OR WRITE US AT P.O. BOX 75974 SEATTLE, WA 98175-0974 OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.**



Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

# NCUA

National Credit Union Administration, a U.S. Government Agency

---

## CHECKS OUTSTANDING

**EASY STEPS FOR CHECK RECONCILIATION**

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance, and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

## RECONCILEMENT FORM

**Enter**
BALANCE THIS STATEMENT

**Add**
RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT)

**Total**

**Subtract**
CHECKS OUTSTANDING

**Balance**
YOUR CHECK REGISTER SHOULD SHOW THIS BALANCE

| AMOUNT | |
|---|---|
| DOLLARS | CENTS |
| $ | |
| | |
| | |
| | |
| | |
| | |

### If Your Account Does Not Balance
### PLEASE CHECK THE FOLLOWING CAREFULLY

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?

DOJ-02-0000009425