Dituri Construction Llc
4700 36TH AVE SW
Seattle  WA  98126

------------------------------------------ History Account Number 7435390 ------------------------------------------
                                06-01-2020 to 06-29-2020

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|-----------|----------|-----------|-------------|--------|-------------|--------|
| 06-03-2020 | 06-03-2020 | | New Account Deposit | 5.00 | 5.00 | Completed |
| 06-19-2020 | 06-19-2020 | | Deposit | 114,440.00 | 114,445.00 | Completed |
| 06-22-2020 | 06-22-2020 | | Withdrawal | (80,000.00) | 34,445.00 | Completed |
| 06-22-2020 | 06-22-2020 | | Withdrawal | (8.00) | 34,437.00 | Completed |

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 116**
**Admitted _____**

DOJ-02-0000009417



**Page:** 1 of 2
**Prime Share Number:** 7435380
**Statement Date:** 07-01-2020 to 07-31-2020

P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

1319 *

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

As a Verity member, you help us help more people in our communities. Consider inviting a friend or loved one to join the credit union movement.

Special referral and new member offers on now! *veritycu.com/refer*

## Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

There is no activity for this account.

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $6.70 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.00%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 07-01-2020 | 0.10% | |

There is no activity for this account.



(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

**Page:** **2 of 2**
**Prime Share Number:** **7435380**
**Statement Date:** **07-01-2020 to 07-31-2020**

## Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance + | Deposits | Interest + Paid - | Withdrawals - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|
| $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $500.00 |

DOJ-02-0000009397

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TELEPHONE US AT (206) 440-9000 OR WRITE US AT P.O. BOX 75974 SEATTLE, WA 98175-0974 OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.**



Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

# NCUA

National Credit Union Administration, a U.S. Government Agency

---

## CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### EASY STEPS FOR CHECK RECONCILIATION

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance... and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

## RECONCILEMENT FORM

Enter
BALANCE THIS STATEMENT

Add
RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT)

Total
Subtract
CHECKS OUTSTANDING

Balance
YOUR CHECK REGISTER SHOULD SHOW THIS BALANCE

| | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| $ | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### If Your Account Does Not Balance
### PLEASE CHECK THE FOLLOWING CAREFULLY

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?

DOJ-02-0000009398



**Page: 1 of 2**
**Prime Share Number: 7435380**
**Statement Date: 06-03-2020 to 06-30-2020**

P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

985  *

If you are facing financial hardship,
we are here to help.

Contact us at (800) 444-4589 to
discuss options that work best
for your situation.

## Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $5.00 | | $0.00 | | $0.00 | | $5.00 | | $0.00 |

### Transaction Detail for Business Membership Savings - 7435380

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-03 | Verity Membership Fee | -5.00 | | $0.00 |

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $194,445.00 | | $1.70 | | $194,448.00 | | $-8.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.10%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 06-03-2020 | 0.10% | |



(206) 440-9000  •  (800) 444-4589
TELEPHONE TELLER (206) 440-9090

**Page:  2 of 2**
**Prime Share Number:  7435380**
**Statement Date:  06-03-2020 to 06-30-2020**

## Business Savings Savings - 7435390 - CONTINUED

### Transaction Detail for Business Savings Savings - 7435390

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-19 | Deposit | | 114,440.00 | $114,445.00 |
| 06-22 | Withdrawal | -80,000.00 | | $34,445.00 |
| 06-22 | Withdrawal | -8.00 | | $34,437.00 |
| 06-30 | Eff. 06-22 Official Check Fee Reversal | | 8.00 | $34,445.00 |
| 06-30 | Descriptive Deposit Cashiers check reversals | | 80,000.00 | $114,445.00 |
| 06-30 | Withdrawal | -114,440.00 | | $5.00 |
| 06-30 | Credit Interest | | 1.70 | $6.70 |

## Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $114,940.00 | | $0.00 | | $114,440.00 | | $0.00 | | $500.00 |

### Transaction Detail for Business Opportunity Checking - 7435400

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 40.00 | $40.00 |
| 06-19 | External Deposit SBAD TREAS 310  -   MISC PAY  RMT*CT*7947867903 200 97773 F8120********\ 794786790373000 | | 114,900.00 | $114,940.00 |
| 06-19 | Withdrawal | -114,440.00 | | $500.00 |

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
TELEPHONE US AT (206) 440-9000
OR
WRITE US AT P.O. BOX 75974
SEATTLE, WA 98175-0974
OUR BUSINESS DAYS ARE
MONDAY THROUGH FRIDAY.
HOLIDAYS ARE NOT INCLUDED.**



Your savings federally insured to at least $250,000
and backed by the full faith and credit of the United States Government

## NCUA
National Credit Union Administration, a U.S. Government Agency

---

## CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### EASY STEPS FOR CHECK RECONCILIATION

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance, and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

**Enter**
BALANCE THIS STATEMENT

**Add**
RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT)

**Total**
**Subtract**
CHECKS OUTSTANDING

**Balance**
YOUR CHECK REGISTER SHOULD SHOW THIS BALANCE

## RECONCILEMENT FORM

| AMOUNT | |
|---|---|
| DOLLARS | CENTS |
| $ | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### If Your Account Does Not Balance
### PLEASE CHECK THE FOLLOWING CAREFULLY

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?



VERITY CREDIT UNION
11027 MERIDIAN AVE N , SUITE 200
SEATTLE, WA 98133
(206) 440-9000
veritycu.com

No. **122351**

32-8188
3250

Date: **June 22, 2020**

Pay to the
Order of   **Eric Shibley**

Amount  $\$$******20,000.00

Twenty Thousand and 00/100******************************************                    DOLLARS

$$\boxed{\text{CASHIERS CHECK}}$$

Memo

Authorized Signature
**This Check VOID After 90 Days**

⑈122351⑈ ⑇325081885⑇     40007430⑈

06222020 263002000599920 325084426

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC
RB-12

Electronic Endorsements:
>325084426< 6/22/2020 5255544259715   BOFD

>042000314< 6/22/2020 7979916885
>061000146< 6/23/2020 2647683393

DOJ-01-0000005027

VERITY CREDIT UNION
11027 MERIDIAN AVE N, SUITE 200
SEATTLE, WA 98133
(206) 440-9000
veritycu.com

32-8/155
3250

No. **122352**

Date: **June 22, 2020**

Pay to the
Order of   **Eric Shibley**

Amount $******20,000.00

**Twenty Thousand and 00/100**************************************   DOLLARS

## CASHIERS CHECK

Authorized Signature
**This Check VOID After 90 Days**

Memo

⑈122352⑈ ⑆325081885⑇ 400074301⑈

Security Features
Chemical Protection

Erasure Protect on
Security Screen

Authentic Watermark

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

This security features listed below, as well as
those not listed, exceed industry guidelines.

Results of document alteration
• Stains or spots appear with
  chemical alteration
• White mark appears when erased
• Absence of "Original Document"
  wording on back of check
• Authentic watermark not visible
  when held to light

RB-12

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

06222020 26300200040907Q 3250844426

Electronic Endorsements:
>325084426< 6/22/2020 5255544259716   BOFD

>042000314< 6/22/2020 7979916886
>061000146< 6/23/2020 2647683394

DOJ-01-0000005028



Electronic Endorsements:
>256074974< 6/22/2020 17082879      BOFD

>256074974< 6/22/2020 17082879
>061000146< 6/23/2020 2639347608

DOJ-01-0000005029

VERITY CREDIT UNION
11027 MERIDIAN AVE N., SUITE 200
SEATTLE, WA 98133
(206) 440-9000
verity-cu.com

32-8188
3250

No. **122354**

Date: **June 22, 2020**

Pay to the
Order of   **Eric Shibley**

Amount $******20,000.00

Twenty Thousand and 00/100****************************************

DOLLARS

**CASHIERS CHECK**

Memo

Authorized Signature
This Check VOID After 90 Days

⑈122354⑈ ⑆325081885⑆ 400074304

06222020 2500000400000 325084426

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Electronic Endorsements:
>325084426< 6/22/2020 5255544259714   BOFD

>042000314< 6/22/2020 7979916884
>061000146< 6/23/2020 2647683392

DOJ-01-0000005030

Dituri Construction Llc
4700 36TH AVE SW
Seattle  WA  98126

----------------------------------- History Account Number 7435400 -----------------------------------
06-01-2020 to 06-29-2020

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 06-03-2020 | 06-03-2020 | | New Account Deposit | 40.00 | 40.00 | Completed |
| 06-19-2020 | 06-19-2020 | | External Deposit SBAD TREAS 3 | 114,900.00 | 114,940.00 | Completed |
| 06-19-2020 | 06-19-2020 | | Withdrawal | (114,440.00) | 500.00 | Completed |

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 117**
**Admitted _____**

DOJ-02-0000009418



P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

1319 *

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

As a Verity member, you help us help more people in our communities. Consider inviting a friend or loved one to join the credit union movement.

Special referral and new member offers on now! *veritycu.com/refer*

## Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

There is no activity for this account.

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $6.70 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.00%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 07-01-2020 | 0.10% | |

There is no activity for this account.



(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

**Page:** **2 of 2**
**Prime Share Number:** **7435380**
**Statement Date:** **07-01-2020 to 07-31-2020**

## Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $500.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $500.00 |

DOJ-02-0000009397

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR
ELECTRONIC TRANSFERS
TELEPHONE US AT (206) 440-9000
OR
WRITE US AT P.O. BOX 75974
SEATTLE, WA 98175-0974
OUR BUSINESS DAYS ARE
MONDAY THROUGH FRIDAY.
HOLIDAYS ARE NOT INCLUDED.



Your savings federally insured to at least $250,000
and backed by the full faith and credit of the United States Government

## NCUA

National Credit Union Administration, a U.S. Government Agency

---

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

#### EASY STEPS FOR CHECK RECONCILIATION

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

### RECONCILEMENT FORM

Enter
BALANCE THIS STATEMENT

Add
RECENT DEPOSITS
(NOT CREDITED ON
THIS STATEMENT)

Total
Subtract
CHECKS OUTSTANDING

Balance
YOUR CHECK REGISTER SHOULD
SHOW THIS BALANCE

| AMOUNT | |
|---|---|
| DOLLARS | CENTS |
| $ | |
| | |
| | |
| | |
| | |
| | |
| | |

#### If Your Account Does Not Balance
PLEASE CHECK THE FOLLOWING CAREFULLY

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?



**Page: 1 of 2**
**Prime Share Number: 7435380**
**Statement Date: 06-03-2020 to 06-30-2020**

P.O. BOX 75974 • SEATTLE, WA 98175-0974
(206) 440-9000 • (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## STATEMENT OF ACCOUNT
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Dituri Construction Llc
4700 36th Ave. SW
Seattle, WA 98126-2716

985   *

If you are facing financial hardship,
we are here to help.

Contact us at (800) 444-4589 to
discuss options that work best
for your situation.

### Statement Summary

| Account Number | Description | Balance |
|---|---|---|
| 7435380 | Business Membership Savings | $0.00 |
| 7435390 | Business Savings Savings | $6.70 |
| 7435400 | Business Opportunity Checking | $500.00 |

## Savings

### Account Summary for Business Membership Savings - 7435380

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $5.00 | | $0.00 | | $0.00 | | $5.00 | | $0.00 |

### Transaction Detail for Business Membership Savings - 7435380

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-03 | Verity Membership Fee | -5.00 | | $0.00 |

### Account Summary for Business Savings Savings - 7435390

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $194,445.00 | | $1.70 | | $194,448.00 | | $-8.00 | | $6.70 |

### Interest Summary for Business Savings Savings - 7435390

The Annual Percentage Yield Earned for this account is 0.10%.
Interest Paid YTD $1.70.

### Interest Detail for Business Savings Savings - 7435390

| Effective Date | Interest Rate | Inactive Date |
|---|---|---|
| 06-03-2020 | 0.10% | |

DOJ-02-0000009423



<div align="right">

**Page:  2 of 2**
**Prime Share Number:  7435380**
**Statement Date:  06-03-2020 to 06-30-2020**

</div>

(206) 440-9000  •  (800) 444-4589
TELEPHONE TELLER (206) 440-9090

## Business Savings Savings - 7435390 - CONTINUED

### Transaction Detail for Business Savings Savings - 7435390

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 5.00 | $5.00 |
| 06-19 | Deposit | | 114,440.00 | $114,445.00 |
| 06-22 | Withdrawal | -80,000.00 | | $34,445.00 |
| 06-22 | Withdrawal | -8.00 | | $34,437.00 |
| 06-30 | Eff. 06-22 Official Check Fee Reversal | | 8.00 | $34,445.00 |
| 06-30 | Descriptive Deposit Cashiers check reversals | | 80,000.00 | $114,445.00 |
| 06-30 | Withdrawal | -114,440.00 | | $5.00 |
| 06-30 | Credit Interest | | 1.70 | $6.70 |

### Checking

### Account Summary for Business Opportunity Checking - 7435400

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $114,940.00 | | $0.00 | | $114,440.00 | | $0.00 | | $500.00 |

### Transaction Detail for Business Opportunity Checking - 7435400

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-03 | New Account Deposit | | 40.00 | $40.00 |
| 06-19 | External Deposit SBAD TREAS 310 -  MISC PAY  RMT*CT*7947867903 200 97773 F8120********\ 794786790373000 | | 114,900.00 | $114,940.00 |
| 06-19 | Withdrawal | -114,440.00 | | $500.00 |

DOJ-02-0000009424

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing so that the Credit Union receives it within 60 days after the statement was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have authorized your Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 60 days after the statement was sent to you.

You remain obligated to pay the payment on your loans not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During the same time, the Credit Union may not take any action to collect disputed amount(s) or report disputed amount(s) as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request and in response to a notice of error.

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

SEND INQUIRIES TO THE SUPERVISORY COMMITTEE, P.O. BOX 75974, SEATTLE, WA 98175-0974

### How To Determine the Finance Charge:

The Finance Charge is determined by multiplying your unpaid balance at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate, after payments, credits and unpaid Finance or Late Charges have been subtracted and new advances, insurance premiums or other charges have been added to your unpaid balance. These daily Finance Charges are then added together and the sum is the amount of the Finance Charge owed. Your loan payments and the Credit Union's loan advances are entered when made. Your loan balance does not include Finance Charges.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TELEPHONE US AT (206) 440-9000 OR WRITE US AT P.O. BOX 75974 SEATTLE, WA 98175-0974 OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.**



Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

# NCUA
National Credit Union Administration, a U.S. Government Agency

---

## CHECKS OUTSTANDING

**EASY STEPS FOR CHECK RECONCILIATION**

1. On your duplicate check copy mark off with a large check (✓) each entry that matches a paid check shown on your checking statement.
2. Make sure that the other charges or deductions shown on the statement have been subtracted from your check register balance, and that all deposits (and other credit items, if any) have been added.
3. List under "Checks Outstanding" all duplicate checks not showing a large check (✓). These are checks you have issued which have not yet been paid by the credit union on this or previous statements.
4. Fill in the "Reconcilement Form". After "proving" your balance, fold statement and file it with the copies of paid checks for possible future reference.

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | DOLLARS | CENTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

## RECONCILEMENT FORM

**Enter**
BALANCE THIS STATEMENT

**Add**
RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT)

**Total**

**Subtract**
CHECKS OUTSTANDING

**Balance**
YOUR CHECK REGISTER SHOULD SHOW THIS BALANCE

| AMOUNT | |
|---|---|
| DOLLARS | CENTS |
| $ | |
| | |
| | |
| | |
| | |
| | |

### If Your Account Does Not Balance
PLEASE CHECK THE FOLLOWING CAREFULLY

1. Are the amounts of your deposits recorded correctly in your check register?
2. Have all the checks been deducted from your check register balance?
3. Have you deducted service charges from your check register balance?
4. Have you verified your addition and subtraction in your check register?

**Verity CREDIT UNION**

**BUSINESS ACCOUNT CARD**
Credit Union Use Only
Date Open/Accepted:

**Step 1 -Business Account Information and Ownership**

Business Name (as recorded with IRS): Dituri Construction LLC   TIN/SSN: ▮▮▮▮ ×58

Sole Proprietorship/DBA Name:

Street Address (required): 4700 36TH Ave S(w)   Home Phone: (206) 938-4291

City: Seattle   State: WA   Zip: 98126

Mailing Address (if different):

City:   State:   Zip:

Business Phone:   Fax:   Email:

**Step 2- Business Types and Required Documents**

| Sole Proprietorship/DBA | Partnership | Single or Multi Member Limited Liability | | Unincorporated Club or Association | Corporation |
|---|---|---|---|---|---|
| ☐ SSN or TIN ☐ Business License | ☐ TIN ☐ Business License ☐ Partnership Agreement | ☐ SSN or TIN ☐ Business License ☐ Formation Agreement ☐ Operating Agreement | Tax Classification ☐ D=Disregarded ☐ P=Partnership ☐ C=Corporation | ☐ TIN ☐ Minutes or Letter of Authorization | ☐ TIN ☐ Business License ☐ Articles of Incorporation ☐ Bylaws (if applicable) |

**Step 3-Account Products** (Check the gray box of the product you are interested in opening or changing - one check per line only)

| Credit Union Use Only Account # | Business Membership Account | Opportunity Checking | Interest Checking | Savings | Money Market | Premium Money Market | Certificate Term Circle one | Certificate Rate |
|---|---|---|---|---|---|---|---|---|
| 7435380 | X | | | | | | | |
| 7435390 | | | | X | | | | |
| 7435400 | | | X | | | | | |

Funds to be transferred from (acct# & type):
☐ Check Attached  ☐ Other   Please Describe:

**Step 4-Account Services**

Select the account services you would like:
☐ Direct Deposit ☐ ATM Card ☐ Online Banking ☐ Payroll Services ☐ Overdraft Protection. Indicate the Savings, Money Market, or
☐ Merchant Services ☐ Debit Card ☐ Online Bill Pay   line of credit account number the funds will draw from if needed.
☐ Electronic Statement ☐ Paper Statements ☐ Checks Starting #   1.   2.

**Step 5-TIN Certification and Backup Withholding Information**

By signing below, I (member) certify under penalties of perjury that: (i) I am a US citizen or other US person, (ii)  the Taxpayer Identification Number (TIN)/Social Security Number (SSN) shown is my correct identification number and (iii)  I am NOT, unless designated below, subject to backup withholding because I am exempt or I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all dividends or interest, or because the IRS has notified me that I am no longer subject to backup withholding.

☐ I am subject to backup withholding ☐ I am not a US citizen or resident (complete W8 form)
☐ Exempt

By signing below, each of the signers certifies and agrees that the terms of this Account Card apply to the Account Owner listed above. By signing below, I/We agree to the terms and conditions of the Business Membership and  Account Agreement, Truth-in-Savings Rate and Fee Schedule, Funds Availability Policy Disclosure, if applicable, and to any amendment the Credit Union makes from time to time which are incorporated herein. I/We acknowledge receipt of a copy of the Agreement and Disclosures applicable to the accounts and services requested herein. If a VISA Check Card or EFT service is requested and provided, I/we agree to the terms of and acknowledge receipt of the Electronic Funds Transfer Agreement.  The Internal Revenue Service does not require your consent to any provision of this Account Card other than the certifications required to avoid backup withholding

**Step 6-Owner/Officer Information:** ☐ Signer   ☐ New Accounts   ☐ Change (describe)

Eric Shibley   Owner   ▮▮▮-578
Owner (First, Middle Initial and Last)   Title   Signature   Date   SSN

(206) 938-4291   12/10/18
Home Phone   Birth Date   Address   DL#   PASSWORD:

**Co-Owner/Officer #2** ☐ Signer   ☐ Joint Owner (DBA Only)

Co-Owner (First, Middle Initial and Last)   Title   Signature   Date   SSN

Home Phone   Birth Date   Address   DL#   PASSWORD:

| Co-Owner/Officer #3 | ☐ Signer | | | | | |
|---|---|---|---|---|---|---|

| Co-Owner (First, Middle Initial and Last) | | Title | Signature | Date | | SSN |
|---|---|---|---|---|---|---|

| Home Phone | Birth Date | Address | | DL# | PASSWORD: | |
|---|---|---|---|---|---|---|

| Co-Owner/Officer #4 | ☐ Signer | | | | | |
|---|---|---|---|---|---|---|

| Co-Owner (First, Middle Initial and Last) | | Title | Signature | Date | | SSN |
|---|---|---|---|---|---|---|

| Home Phone | Birth Date | Address | | DL# | PASSWORD: | |
|---|---|---|---|---|---|---|

| Step 7- Authorized Signers | ☐ New Accounts | ☐ Change (describe) | | |
|---|---|---|---|---|

| #1 (First, Middle Initial and Last) | | Signature | Date | SSN |
|---|---|---|---|---|

| Home Phone | Birth Date | Address | DL# | PASSWORD: |
|---|---|---|---|---|

**Signer #2**

| #2 (First, Middle Initial and Last) | | Signature | Date |
|---|---|---|---|

| SSN | Birth Date | Address | DL# | PASSWORD: |
|---|---|---|---|---|

**Signer #3**

| #3 (First, Middle Initial and Last) | | Signature | Date | SSN |
|---|---|---|---|---|

| Home Phone | Birth Date | Address | DL# | PASSWORD: |
|---|---|---|---|---|

**Signer #4**

| #4 (First, Middle Initial and Last) | | Signature | Date | SSN |
|---|---|---|---|---|

| Home Phone | Birth Date | Address | DL# | PASSWORD: |
|---|---|---|---|---|

### AUTHORIZATION TERMS & CONDITIONS

**1. ACCOUNT OWNER.** The Account Owner name shown above is the complete and correct name of the Account Owner. If applicable, all registered assumed names under which the Account Owner does business are shown on the front side. Each corporate officer, partner, member, or trustee (as applicable) warrants that the Account owner has been duly formed and currently exists.

**2. Authorized Parties.** The person signing above (Signers) presently occupy the positions listed and are authorized to transact business on behalf of the Account Owner. Each signer agrees to notify the Credit Union in writing of any change in authority. The Credit Union may request any other evidence of a Signer's authority at any time.

**3. Authority.** a. Each Signer certifies and agrees that the Account Owner's accounts will be governed by the terms set forth in the Membership and Account Agreement and Account Card, as amended from time to time.

b. The Credit Union is directed to accept and pay without further inquiry any item, bearing the appropriate number of signatures as indicated on the front side, drawn against any of the Account Owner's accounts. Unless otherwise indicated, any one Authorized Signer is expressly authorized to endorse all items payable to or owned by the Account Owner for deposit with or collection by the Credit Union and to execute such other agreements and to perform any other transaction under the Agreement.

c. The Account Owner is authorized to borrow from Credit Union, to mortgage, pledge and to grant a security interest in any property of Account Owner as security for payment of any loans and to guaranty any obligations with Credit Union, as applicable, on such terms as may be agreed upon between any Authorized Signer and Credit Union, and in such amounts as in its judgment should be borrowed, without limitation. Each Authorized Signer is authorized to execute and deliver all required loan documents on such terms as may be agreed upon including but not limited to: promissory notes, mortgages, trust deeds, security agreement, financing statements and guaranty agreements of the Credit Union. Each Authorized Signer is authorized to request advances, to perform such other acts and execute other documents as they may in their discretion deem reasonably necessary and proper in order to effect these resolutions.

d. Any persons authorized to receive account information, if applicable, are authorized to receive from the Credit Union, either orally or in writing, any information related to the account. Those persons are not authorized to withdraw funds or issue checks/drafts against or make any transaction related to the account. The authority given to the Authorized Signers and persons authorized to receive account information shall remain in full force until written notice of revocation is delivered to and received by the Credit Union at each location where an account is maintained. Any such notice shall not affect any items in process at the time notice is given. An authorized officer, trustee, or agent of the Account Owner will notify the Credit Union of any change in the Account Owner's composition, assumed business names, or any aspect of the entity affecting the deposit relationship between the Account Owner and the Credit Union before any such change occurs. The Credit Union shall have no duty to inquire as to the powers and duties of any Signer and shall have no notice of any breach of fiduciary duties by any Signer unless the Credit Union has actual notice of wrongdoing.

**4. LIABILITY.** The Account Owner agrees that the Credit Union shall not be liable for any losses due to the Account Owner's failure to notify the Credit Union of such changes. Account Owner and each Signer agree to indemnify and hold Credit Union harmless of any claim or liability as a result of unauthorized acts of any Signer or former Signer or acts of any Signer upon which Credit Union relies prior to notice of any account change or change of Account Owner.

**AGREEMENT BETWEEN VERITY CREDIT UNION AND ACCOUNT HOLDER(S)** It is agreed that owners, co-owners and authorized signers must transact such business on the account as allowed by Verity Credit Union's Bylaws. Endorsements made by rubber stamp bind the account holder. This agreement takes the place of previous agreements on this account. The account holder may terminate this agreement by writing a letter, which must be received by Verity Credit Union to be effective.

| Credit Union Use Only | | | |
|---|---|---|---|
| Date Opened/Accepted  6/3/20 | Approved By and Date | Verified Signature | ☐ |
| Opened By (name and teller #) | | Picture ID Attached | ☐ |
| | OFAC and Chexsystems for Authorized Signers | | |
| Branch        Date sent to Fileroom | OFAC and Chexsystems for Business | | |

DOJ-01-0000005035

## STATEMENT OF ACCOUNTS



DITURI CONSTRUCTION LLC                                          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 05/07/2020 - 05/31/2020                                                    3299813

### Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 | (563,500.00) | 563,500.00 |  | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 | (1,127,000.00) | 1,127,000.00 |  | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

### Deposit Account Activity

#### Business Member Share Savings - 3615467219

*0.00% Annual Percentage Yield Earned for 25 day period*        *0.02% dividends from 05/07/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | 563,500.00 | Deposit Online Banking Transfer from 3615467277 CK |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Eff. 05-07 Descriptive Withdrawal Transfer to 7277 Acct for ACH Return R06 - CELTIC BANK |

#### Business Basic Checking - 3615467277

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/06 | 563,500.00 | External Deposit CELTIC BANK  - PPP LOAN  124084805 |
| 05/07 | 563,500.00 | Eff. 05-07 Descriptive Deposit Transfer from 7219 Acct for ACH Return R06 - CELTIC BANK |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Withdrawal Online Banking Transfer To 3615467219 SAV |
| 05/06 | (563,500.00) | Eff. 05-06 Descriptive Withdrawal ACH Return R06 -CELTIC BANK  - PPP LOAN  124084805 |

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 119
Admitted _____

DOJ-02-0000006876

# STATEMENT OF ACCOUNTS



** DO NOT MAIL **
DITURI CONSTRUCTION LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/01/2020 - 06/30/2020                                                 3299813

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 | | | | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3615467219

*0.00% Annual Percentage Yield Earned for 3 day period*          *0.02% dividends from 06/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Basic Checking - 3615467277

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Page 1 of 1
800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006877

# STATEMENT OF ACCOUNTS



DITURI CONSTRUCTION LLC                          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 05/07/2020 - 05/31/2020                                    3299813

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 | (563,500.00) | 563,500.00 |  | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 | (1,127,000.00) | 1,127,000.00 |  | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3615467219

0.00% Annual Percentage Yield Earned for 25 day period          0.02% dividends from 05/07/20
Average Daily Balance: $0.00
Year-to-date dividends: $0.00

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | 563,500.00 | Deposit Online Banking Transfer from 3615467277 CK |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Eff. 05-07 Descriptive Withdrawal Transfer to 7277 Acct for ACH Return R06 - CELTIC BANK |

### Business Basic Checking - 3615467277

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 05/06 | 563,500.00 | External Deposit CELTIC BANK  - PPP LOAN  124084805 |
| 05/07 | 563,500.00 | Eff. 05-07 Descriptive Deposit Transfer from 7219 Acct for ACH Return R06 - CELTIC BANK |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 05/07 | (563,500.00) | Withdrawal Online Banking Transfer To 3615467219 SAV |
| 05/06 | (563,500.00) | Eff. 05-06 Descriptive Withdrawal ACH Return R06 -CELTIC BANK  - PPP LOAN  124084805 |

800.233.2328          PO Box 97050
becu.org               Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 120
Admitted _____

DOJ-02-0000006876

# STATEMENT OF ACCOUNTS



** DO NOT MAIL **
DITURI CONSTRUCTION LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/01/2020 - 06/30/2020

3299813

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3615467219 | 0.00 | | | | 0.00 |
| Business Basic Checking | 3615467277 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3615467219

*0.00% Annual Percentage Yield Earned for 3 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.02% dividends from 06/01/20*

### Business Basic Checking - 3615467277

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006877

# BUSINESS MEMBERSHIP APPLICATION - CORPORATIONS, LLCs, PARTNERSHIPS



Welcome to Boeing Employees' Credit Union (BECU). All information is required unless otherwise noted. Please complete application, sign in ink, and bring to a BECU location to apply. If you have any questions, please contact a BECU representative at 800.233.2328.

Select your business type:

☐ General Partnership                                     ☐ C. Corporation (Profit and Non-Profit)
☒ Limited Partnership / Limited Liability Partnership / Limited Liability    ☐ Limited Liability Company /
    Limited Partnership / Professional Limited Liability Partnership          Professional Limited Liability Company
☐ S. Corporation                                         ☐ Other (please specify): _____

## 1. Business Information and Ownership

| BUSINESS NAME | DBA (if applicable) |
|---|---|
| Dituri Construction LLC | |

| FEDERAL TAX ID NUMBER | STATE UNIFIED BUSINESS IDENTIFIER (UBI) NUMBER |
|---|---|
| ■8508  ☒ EIN  ☐ ITIN  ☐ SSN | 604-564-4**75** |

| BUSINESS LOCATION / STREET ADDRESS | | CITY |
|---|---|---|
| 4700 36th Ave SW | | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | USA |

| MAILING ADDRESS (if different from above) | | CITY |
|---|---|---|
| 4700 36th Ave SW | | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | |

| BUSINESS PHONE | EMAIL ADDRESS (optional)* |
|---|---|
| 2069384291 | shibley98126@gmail.com |

*By providing your email address, you agree that BECU may electronically send you marketing information about our products and services.

## 2. Government Required Information

Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each business that opens a membership.

ESTIMATED ANNUAL SALES / REVENUE
☐ Less than $100,000  ☒ $100,000 - $499,000  ☐ $500,000-$999,999  ☐ $1,000,000-$3,000,000  ☐ Greater than $3,000,000

| Is your business a non-profit, not-for-profit, or charitable organization? | NUMBER OF EMPLOYEES |
|---|---|
| ☐ Yes  ■ No | 49 |

| STATE OF ENTITY FORMATION | DATE BUSINESS ESTABLISHED | COUNTRY WHERE BUSINESS ESTABLISHED |
|---|---|---|
| WA | 01/02/2020 | USA |

| NAICS CODE* | TYPE OF BUSINESS / PRIMARY FUNCTION |
|---|---|
| 236 220 | Arena Construction |

■ I acknowledge my business does not operate in any of the following restricted industries: money transfer services, businesses operating Internet gambling sites or marijuana dispensaries/businesses. Initials: _BKU_

| Does the business receive revenue from a marijuana related business? | What is the % of income or revenue from a marijuana related business? |
|---|---|
| ☐ Yes  ■ No | |

### Anticipated transaction information

| Will your business send domestic wire transfers? | Monthly number of domestic wires sent: | Monthly $ amount of domestic wires sent: |
|---|---|---|
| ■ Yes  ☐ No or N/A | 1 | 5000 |

| Will your business send international wire transfers? | Monthly number of international wires sent: | Monthly $ amount of international wires sent: |
|---|---|---|
| ☐ Yes  ■ No or N/A | 0 | 0 |

| Will your business have cash deposits? | Monthly number of cash deposits: | Monthly $ amount of cash deposits: |
|---|---|---|
| ■ Yes  ☐ No or N/A | 5 | 2500 |

| Will your business have cash withdrawals? | Monthly number of cash withdrawals: | Monthly $ amount of cash withdrawals: |
|---|---|---|
| ■ Yes  ☐ No or N/A | 5 | 5000 |

What is the purpose or types of transactions for which your BECU account(s) will be used:
■ Operating / General purpose  ☐ Savings / Investment

Do you have accounts for this business with an institution other than BECU?
☐ Yes  ■ No

*North American Industry Classification System is the standard used by Federal Statistic Agencies to classify business establishments.

BECU 6873 04/2019                                                     Page 1 of 5

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 121
Admitted _____

DOJ-02-0000006863

## 3. Certificate of Authority (persons authorized to open this membership with BECU on behalf of the business)

By signing below, whether the business is a corporation, partnership, limited partnership, limited liability company, or other entity separate from its owner(s), you certify that the business, by Resolution or otherwise, duly adopted in accordance with its charter, bylaws, and applicable law, are authorized to enter into this Agreement, apply for and maintain membership, sign up for additional products and services with BECU, and to take all other actions and steps reasonable or necessary to do so, and deliver any instruments, or agreements as necessary to BECU. Any action hereto taken by you is hereby ratified and confirmed by the business. Unless or until BECU is given written notice otherwise, you shall have full power and authority to act on behalf of the business. It shall not be necessary for BECU to inquire further into your powers or powers of the business's officers, directors, partners, managers, members, or agents purporting to act on its behalf.

| SIGNATURE | FULL LEGAL NAME |
|---|---|
| | Eric R Shibley |

| TITLE / POSITION | | DATE |
|---|---|---|
| Manager | | 04/30/2020 |

| BECU Use Only | NFC verification (select one): <br> ☑ Individual shown as governor on the Washington Secretary of State or My DOR website <br> ☐ BECU Delegation of Banking Authority <br> ☐ BECU Resolution of Banking Authority - Limited Partnerships and LLCs | Business Services Specialist verification (select one): <br> ☐ BECU Resolution of Banking Authority - Corporations <br> ☐ Resolution of Banking Authority (provided by the business) <br> ☐ Partnership agreements |
|---|---|---|

## 4. Membership Agreements (Continued on the next page.)

**SECTION 4 REQUIRED SIGNATURES**

☑ Corporation / LLC
  ☑ Single owned: Owners' signature
  ☐ Multi-owned: All owner's with 25% or more ownership
  ☐ Multi-owned (where no one has 25% or more ownership): Person opening the business membership

☐ General Partnership / Limited Partnership
  ☐ Single owned: Owners' signature
  ☐ Multi-owned: All owner's with 25% or more ownership
  ☐ Non-Profit: Person opening the business membership

By signing below, you, the business, Business Owner, and each Authorized Signer(s), (collectively "You"), acknowledge and agree; that the information You provided is accurate, complete, and true and that You have instructed BECU as to the proper title of the account and we may rely on the information in our dealings with You, now, and in the future; that BECU may receive information about the business' and each Business Owner's credit history and performance from others, including credit reporting agencies; to the terms and conditions contained in this application; that You have reviewed and will retain for Your records the BECU Business Account Disclosure and Business Account Agreements, including Our Privacy Statement, Funds Availability Policy, and Electronic Funds Transfer Disclosure, and by signing below You acknowledge their receipt and agree to their terms and the business authorizes the persons identified in section 5 below as Authorized Signers.

**Taxpayer Identification Number Certification and Backup Withholding Information**
By signing below, You certify in accordance with the IRS W-9 instructions and under penalties of perjury that: 1. The number shown on this form is Your correct taxpayer identification number (or You are waiting for a number to be issued to you), and 2. You are not subject to backup withholding because: (a) You are exempt from backup withholding, or (b) You have not been notified by the Internal Revenue Service (IRS) that You are subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified You that You are no longer subject to backup withholding, and 3. You are a U.S. person (including a U.S. resident alien).
**Certification Instructions:** Cross out item 2 above if you have been notified by the IRS that You are currently subject to backup withholding because You have failed to report all interest and dividends on Your tax return. Cross out item 3 and complete a W-8 BEN if You are not a U.S. person.
**The Internal Revenue Service does not require Your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**IMPORTANT INFORMATION ABOUT YOUR PROCEDURES FOR OPENING A NEW ACCOUNT.** Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each person who opens an account. **What this means to you:** When you open an account we ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## MEMBERSHIP AGREEMENT SIGNATURES (Continued on the next page.)

| INDIVIDUAL (1) | | | SSN / TIN | |
|---|---|---|---|---|
| Eric R Shibley | | | 5264 | |

| CONTACT NUMBER | | | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|
| 2067717868 | ☐ Home   ☑ Mobile   ☐ Work | | | KAmruz Jahan |

| VALID PICTURE ID NUMBER | ID TYPE | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|---|
| ▆▆▆▆▆ | DL | | 12/06/2019 | 12/10/2025 | WA, USA |

| STREET ADDRESS | CITY |
|---|---|
| 4700 36th Ave SW | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | USA |

| Non-resident alien? | If non-resident alien, country of origin: | Business ownership percentage: | Authorized Signer? |
|---|---|---|---|
| ☐ Yes ☑ No | | 90 | ☑ Yes ☐ No |

| SIGNATURE | TITLE | | DATE |
|---|---|---|---|
| | manager | | 04/30/2020 |

BECU 6873 04/2019

DOJ-02-0000006864

**MEMBERSHIP AGREEMENT SIGNATURES** (Continued from the previous page.)

| INDIVIDUAL (2) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (3) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (4) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (5) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

DOJ-02-0000006865

## 5. Additional Authorized Signers (optional)

Authorized Signers are able to perform transactions, open or close deposit accounts or services, and add or remove Agents or Non-Authorized Agents on **all business deposit accounts.** Authorized Signers can view and access information on **all business deposit and loan accounts.** See Business Account Agreements for responsibilities, restrictions, and limitations on Authorized Signers. Each new Authorized Signer must sign below.

**AUTHORIZED SIGNER (1)**

| SSN / TIN |
| --- |

| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME |

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |

| STREET ADDRESS | CITY |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |

Non-resident alien? ☐ Yes ☐ No    If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |

**AUTHORIZED SIGNER (2)**

| SSN / TIN |

| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME |

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |

| STREET ADDRESS | CITY |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |

Non-resident alien? ☐ Yes ☐ No    If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |

## 6. Agents* and Non-Authorized Agents** (ID and address for authentication purposes)

*Agents have no authority to act on behalf of the business. Agents may access information on all business accounts in person, in Online Banking, or by calling BECU, and may perform transfers between all accounts within the same business.
**Non-Authorized Agents have no authority to act on behalf of the business and no transaction authority on the business accounts. Non-Authorized Agents may only access information on all your business accounts in person, in Online Banking, or by calling BECU.

| NAME (1) | ☐ Agent ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |

| STREET ADDRESS | CITY |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |

| NAME (2) | ☐ Agent ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |

| STREET ADDRESS | CITY |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |

DOJ-02-0000006866

## 7. Deposit Products and Services

A Business Members Share Savings account is required to establish membership at BECU. Please refer to the BECU Business Account Disclosure for rates and fee schedule. Visit becu.org for additional information about our products and services.

**ACCOUNT (1)**

☑ Business Member Share Savings (required)

**ACCOUNT (2)**

| ☑ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (3)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (4)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

## 8. ATM / Debit Cards for Authorized Signers

Use this section to select deposit account card types for Authorized Signers. **Note:** Selecting cards for Authorized Signers is optional.

| **INDIVIDUAL (1)** | | | **INDIVIDUAL (2)** | | |
|---|---|---|---|---|---|
| ☑ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **INDIVIDUAL (3)** | | | **INDIVIDUAL (4)** | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **INDIVIDUAL (5)** | | | **AUTHORIZED SIGNER (1)** | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **AUTHORIZED SIGNER (2)** | | | | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | | | |

| **BECU Use Only** | **BASIS FOR ELIGIBILITY** Entity in WA | | |
|---|---|---|---|
| | **NEW ACCOUNT NUMBERS** 3615467219, 3615467277 | | |
| | **DATE** 8/11/2020 | **REP** Tom Silvestre | **Owners and authorized signers:** ☑ IDV verified  ☑ QualiFile® | ☑ OFAC on business name  ☑ ID verified |

DOJ-02-0000006867

# STATEMENT OF ACCOUNTS



**Rate Changes on Your Statement**
Checking and savings account dividend/interest rates are changing, effective April 29 and May 5, 2020. You can view BECU's current rates at **becu.org/rates**. If you have questions about how rates are set, please visit **becu.org/rate-change.**

Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 04/01/2020 - 04/30/2020                                   3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 30 day period*       *0.05% dividends from 04/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 30 day period*       *0.01% dividends from 04/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 122
Admitted _____

DOJ-01-0000000283

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 03/01/2020 - 03/31/2020

3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.10% dividends from 03/01/20 up to 03/17/20*
*0.05% dividends from 03/17/20*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

*0.05% dividends from 03/01/20 up to 03/17/20*
*0.01% dividends from 03/17/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000284

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 02/01/2020 - 02/29/2020                                   3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 29 day period*        *0.10% dividends from 02/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 29 day period*        *0.05% dividends from 02/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000285

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 01/01/2020 - 01/31/2020                                                                 3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*        *0.10% dividends from 01/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*        *0.05% dividends from 01/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000286

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 12/01/2019 - 12/31/2019                                          3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 12/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 12/01/19*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000287

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 11/01/2019 - 11/30/2019

3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.10% dividends from 11/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 11/01/19*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000288

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 10/01/2019 - 10/31/2019

3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3612711536 | 659.77 | (3,093.98) | 2,434.20 | 0.01 | 0.00 |
| Business Interest Checking | 3614078158 | 0.00 | | 26.81 | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 25.00 | 125.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

*0.10% dividends from 10/01/19*

### Business Interest Checking - 3612711536

*0.03% Annual Percentage Yield Earned for 25 day period*
*Average Daily Balance: $455.66*
*Year-to-date dividends: $0.53*

*0.05% dividends from 10/01/19*

#### Deposits

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 10/04 | 609.88 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478 Trace# 00000000000000002838 | WAUS |
| 10/04 | 373.61 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478 Trace# 00000000000000002935 | WAUS |
| 10/08 | 500.00 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478 Trace# 00000000000000003324 | WAUS |
| 10/08 | 196.54 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478 Trace# 00000000000000003325 | WAUS |
| 10/15 | 754.17 | Descriptive Deposit ACH return R29 KABBAGE | |
| 10/25 | 0.01 | Dividend/Interest | |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000289

Eric R Shibley MD PLLC

Statement Period: 10/01/2019 - 10/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 10/04 | (43.00) | Withdrawal Cashiers Check + Fee - Michelle Batistelli |
| 10/07 | (185.00) | POS Withdrawal  ALADDIN BAIL BONDS 005 1000 AVIARA DR STE 3   CARLSBAD      C Machine# 58189037   Trace# 00000000172799855990 |
| 10/09 | (1,900.00) | Withdrawal transfer to the A team savings |
| 10/15 | (754.17) | External Withdrawal KABBAGE  - PAYMENT  211103 |
| 10/15 | (25.00) | NSF  External Withdrawal (Paid)KABBAGE  - PAYMENT  211103 |
| 10/16 | (160.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478   Trace# 00000000000000004397 |
| 10/25 | (26.81) | Closeout Withdrawal |

**Business Interest Checking - 3614078158**

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 10/25/19*
*Average Daily Balance: $6.05*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 10/25 | 26.81 | Deposit Closeout Balance from Checking 1536 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000290

DOJ-01-0000000291

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 09/01/2019 - 09/30/2019

3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 49.77 | (449.77) | 400.00 | | 0.00 |
| Business Interest Checking | 3612711536 | 1,363.94 | (2,153.76) | 1,449.59 | | 659.77 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 100.00 | 100.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.10% dividends from 09/01/19*
*Average Daily Balance: $50.62*
*Year-to-date dividends: $0.60*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/01 | 400.00 | ATM Transfer Credit From Checking 3612711536 BECU 4755 FAUNTLEROY WAY SW SEATTLE     WAUS Trace# 0000000000000009096 |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/03 | (94.58) | Overdraft Protection Withdraw |
| 09/04 | (148.81) | Overdraft Protection Withdraw |
| 09/05 | (148.81) | Overdraft Protection Withdraw |
| 09/06 | (57.57) | Overdraft Protection Withdraw |

### Business Interest Checking - 3612711536

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 09/01/19*
*Average Daily Balance: $38.52*
*Year-to-date dividends: $0.52*

800.233.2328          PO Box 97050
becu.org               Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000292

Eric R Shibley MD PLLC

Statement Period: 09/01/2019 - 09/30/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 09/03 | 94.58 | Overdraft Protection Deposit |
| 09/04 | 148.81 | Overdraft Protection Deposit |
| 09/05 | 148.81 | Overdraft Protection Deposit |
| 09/06 | 57.57 | Overdraft Protection Deposit |
| 09/10 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#921015 (Rejected) |
| 09/11 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#922381 (Rejected) |
| 09/12 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#923764 (Rejected) |
| 09/13 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#925235 (Rejected) |
| 09/16 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#926621 (Rejected) |
| 09/17 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#927989 (Rejected) |
| 09/19 | 1,508.34 | External Withdrawal KABBAGE - PAYMENT  211103 (Rejected) |
| 09/30 | 999.82 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS  Machine# WA033478   Trace# 00000000000000002284 |

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 09/01 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS  Machine# WA033478   Trace# 00000000000000009095 |
| 09/01 | (400.00) | ATM Transfer Debit To Savings 3612711495 BECU 4755 FAUNTLEROY WAY SW SEATTLE  WAUS  Trace# 00000000000000009096 |
| 09/01 | (22.30) | POS Withdrawal  292000312 SAFEWAY STORE     3120 Burien      WAUS  Machine# 31200002   Trace# 00000000010820690000 |
| 09/02 | (14.62) | POS Withdrawal  SAFEWAY #1923 9620 82ND AVE SW        SEATTLE    WAUS  Machine# 0052   Trace# 00000000975015781020 |
| 09/02 | (12.16) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN       WAUS  Machine# 0010   Trace# 00000000838000034770 |
| 09/02 | (360.63) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY     SEATTLE     WAU  Machine# 9157   Trace# 00000000010182913610 |
| 09/03 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#914048 |
| 09/04 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#915420 |
| 09/05 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#916797 |
| 09/06 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#918265 |
| 09/06 | (25.00) | NSF  External Withdrawal (Paid)Itria Ven 7 - ERIC R ACH  Trans#918265 |
| 09/09 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#919663 |
| 09/09 | (25.00) | NSF  External Withdrawal (Paid)Itria Ven 7 - ERIC R ACH  Trans#919663 |
| 09/10 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#921015 |
| 09/10 | (25.00) | NSF  External Withdrawal (Returned)Itria Ven 7 - ERIC R ACH  Trans#921015 |
| 09/11 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#922381 |
| 09/12 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#923764 |
| 09/13 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#925235 |
| 09/16 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#926621 |
| 09/17 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#927989 |
| 09/19 | (1,508.34) | External Withdrawal KABBAGE - PAYMENT  211103 |
| 09/19 | (25.00) | NSF  External Withdrawal (Returned)KABBAGE - PAYMENT  211103 |

DOJ-01-0000000293

Eric R Shibley MD PLLC

Statement Period: 09/01/2019 - 09/30/2019

000000

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000294

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                     000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 08/01/2019 - 08/31/2019                                     3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 4,349.75 | (4,300.00) | | 0.02 | 49.77 |
| Business Interest Checking | 3612711536 | 16,762.84 | (41,823.37) | 26,424.39 | 0.08 | 1,363.94 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.13% Annual Percentage Yield Earned for 31 day period*      *0.10% dividends from 08/01/19*
*Average Daily Balance: $188.46*
*Year-to-date dividends: $0.60*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 08/31 | 0.02 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 08/02 | (4,000.00) | Descriptive Withdrawal Transfer to Checking 1536 |
| 08/02 | (300.00) | Withdrawal Online Banking Transfer To 3612711536 CK |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 31 day period*      *0.05% dividends from 08/01/19*
*Average Daily Balance: $1,988.93*
*Year-to-date dividends: $0.52*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 08/02 | 1,000.00 | Descriptive Deposit Transfer from ES1 LLC |
| 08/02 | 4,000.00 | Descriptive Deposit Transfer from Savings 1495 |
| 08/02 | 300.00 | Deposit Online Banking Transfer from 3612711495 SAV |
| 08/02 | 239.92 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS Machine# WA033478  Trace# 0000000000000005651 |

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000295

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

### Deposits (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 08/03 | 400.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000005752 |
| 08/07 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000006166 |
| 08/07 | 360.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000006227 |
| 08/09 | 239.92 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000006388 |
| 08/15 | 1,278.17 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000007160 |
| 08/16 | 14,450.00 | Descriptive Deposit Incoming Wire Transfer |
| 08/17 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000007405 |
| 08/19 | 2,481.26 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000007589 |
| 08/20 | 200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000007772 |
| 08/23 | 475.12 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478  Trace# 00000000000000008140 |
| 08/31 | 0.08 | Dividend/Interest |

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 08/01 | (29.76) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS Machine# 223000  Trace# 00000000000026685507 |
| 08/01 | (19.82) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S        SEATTLE        WA Machine# 0000  Trace# 00000000547814057420 |
| 08/02 | (220.50) | POS Withdrawal  ABC LEGAL SERVICES 633 YESLER WAY        SEATTLE        WAUS Machine# 208000  Trace# 00000000001000275610 |
| 08/02 | (9.11) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS Machine# 211000  Trace# 00000000000026921610 |
| 08/02 | (21,000.00) | Descriptive Withdrawal Outgoing Wire Transfer |
| 08/02 | (25.00) | Descriptive Withdrawal Outgoing Wire Fee |
| 08/02 | (341.02) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY        SEATTLE        WAU Machine# 9157  Trace# 00000000010175456710 |
| 08/03 | (44.02) | POS Withdrawal  ARCO#07155ARCO #071QPS 7301 DELRIDGE WAY SW  SEATTLE        W Machine# 0010  Trace# 00000000744005461620 |
| 08/03 | (21.86) | POS Withdrawal  TACO TIME RENTO HIGHLA 4114 NE 4TH ST        RENTON        W Machine# 332000  Trace# 00000000700083484860 |
| 08/03 | (26.31) | POS Withdrawal  NST THE HOME DEPOT 96245 7345 DELRIDGE WAY        SEATTLE Machine# 06299107  Trace# 00000000921660682501 |
| 08/03 | (32.47) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE        WAUS Machine# 30588303  Trace# 00000000080322221454 |
| 08/05 | (12.74) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS Machine# 344000  Trace# 00000000000026623028 |
| 08/05 | (34.00) | POS Withdrawal  TAQUERIA EL RINCON LLC 8819 14TH AVE S        SEATTLE        W Machine# 75661033  Trace# 00000001172166821450 |
| 08/05 | (8.00) | POS Withdrawal  CHEVRON 0375344 8819 14TH AVENUE SOUTH SEATTLE        WAUS Machine# 245000  Trace# 00000000200437569590 |
| 08/05 | (15.40) | POS Withdrawal  SIMPLY THAI 235 STRANDER BLVD STE 1TUKWILA        WAUS Machine# 9036  Trace# 00000000400369001080 |

Page 2 of 4

DOJ-01-0000000296

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|---|---|---|
| 08/05 | (8.75) | POS Withdrawal  EAST INDIA GRILL 31845 GATEWAY CTR BLVD FEDERAL WAY  WAUS<br>Machine# 5706   Trace# 000000020770610061 0 |
| 08/05 | (16.72) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN        WAUS<br>Machine# 0010   Trace# 00000000838000043790 |
| 08/05 | (4.50) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 354000   Trace# 00000000000026208527 |
| 08/05 | (31.88) | POS Withdrawal  NST THE HOME DEPOT 031965 7345 DELRIDGE WAY     SEATTLE<br>Machine# 06047827   Trace# 00000000921875257801 |
| 08/05 | (55.64) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S     SEATTLE     WA<br>Machine# 0000   Trace# 00000000547748028520 |
| 08/05 | (360.68) | POS Withdrawal  THE HOME DEPOT #4703 1715 SOUTH 352ND ST   FEDERAL WAY WAU<br>Machine# 3503   Trace# 00000000100196307740 |
| 08/06 | (3.73) | POS Withdrawal  MCDONALD'S F10163 20227 BALLINGER WAY NE Seattle       WAUS<br>Machine# 226000   Trace# 00000000000042069618 |
| 08/06 | (16.80) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 358000   Trace# 00000000000026454657 |
| 08/06 | (6.69) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 242000   Trace# 00000000000026454660 |
| 08/07 | (10.85) | POS Withdrawal  MCDONALD'S F13604 3003 CALIFORNIA AVE SW SEATTLE       WAUS<br>Machine# 375000   Trace# 00000000000026462347 |
| 08/09 | (2.84) | POS Withdrawal  930001 COSTCO GAS #000     SEATTLE     WAUS<br>Machine# 93000113   Trace# 00000000922100019076 |
| 08/12 | (10.46) | POS Withdrawal  MATADOR WEST SEATTLE 4546 CALIFORNIA AVE   SEATTLE     WAU<br>Machine# 359000   Trace# 00000000700159796950 |
| 08/12 | (17.60) | POS Withdrawal  GYRO TIME 10400 GREENWOOD AVE N  SEATTLE      WAUS<br>Machine# 359000   Trace# 00000000071777519580 |
| 08/14 | (420.00) | External Withdrawal AFFINITY MERCHAN  - ACHPAYMENT  W002 |
| 08/15 | (395.00) | External Withdrawal FEDCHEX-PAR CONS 4INFO 949-440-4600 - PREAUTHPMT<br>USBUSINESSCORP |
| 08/16 | (15,003.00) | Withdrawal |
| 08/16 | (400.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS<br>Machine# WA033477   Trace# 00000000000000006599 |
| 08/19 | (29.04) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY     SEATTLE     WAU<br>Machine# 9116   Trace# 00000000010178666570 |
| 08/19 | (200.00) | Withdrawal Transfer to ES1 LLC |
| 08/19 | (900.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS<br>Machine# WA033478   Trace# 00000000000000007591 |
| 08/19 | (99.87) | POS Withdrawal  NST THE HOME DEPOT 782006 7345 DELRIDGE WAY     SEATTLE<br>Machine# 06299054   Trace# 00000000923214899201 |
| 08/19 | (323.21) | POS Withdrawal  NST THE HOME DEPOT 232567 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243348   Trace# 00000000923263839701 |
| 08/20 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#901377 |
| 08/20 | (31.35) | POS Withdrawal  I LUV TERIYAKI 6500 4TH AVE S       SEATTLE     WAUS<br>Machine# 39358141   Trace# 00000000013232644311 0 |
| 08/20 | (13.48) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN       WAUS<br>Machine# 0010   Trace# 00000000838000093140 |
| 08/20 | (12.73) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 244000   Trace# 00000000000026344238 |
| 08/20 | (54.78) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S     SEATTLE     WA<br>Machine# 0000   Trace# 00000000547778038180 |
| 08/21 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#902698 |

Page 3 of 4

DOJ-01-0000000297

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 08/21 | (99.95) | POS Withdrawal  CRT*CREDITREPAIR.COM 330 North Cutler Drive 800-2326499  UTU Machine# 29646050   Trace# 00000000078207856910 |
| 08/22 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#904036 |
| 08/23 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#905495 |
| 08/23 | (67.93) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE        WAUS Machine# 30588304   Trace# 00000000082321536409 |
| 08/26 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#906862 |
| 08/27 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#908219 |
| 08/28 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#909557 |
| 08/29 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#910940 |
| 08/30 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#912574 |
| 08/30 | (46.59) | POS Withdrawal  APP INC W MARGINAL WAY 6760 WEST MARGINAL WAS SEATTLE        W Machine# 378000   Trace# 00000000200400969730 |

## Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

## Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000298

DOJ-01-0000000299

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 07/01/2019 - 07/31/2019                              3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 4,684.62 | (4,343.81) | 4,008.51 | 0.43 | 4,349.75 |
| Business Interest Checking | 3612711536 | 5,837.14 | (7,410.50) | 18,336.02 | 0.18 | 16,762.84 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.10% Annual Percentage Yield Earned for 31 day period*        *0.10% dividends from 07/01/19*
*Average Daily Balance: $5,014.42*
*Year-to-date dividends: $0.58*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 07/04 | 400.00 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000009558 | WAUS |
| 07/05 | 256.94 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000002284 | WAUS |
| 07/12 | 879.91 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000003159 | WAUS |
| 07/23 | 2,022.95 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000004462 | WAUS |
| 07/26 | 108.30 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000002953 | WAUS |
| 07/26 | 340.41 | ATM Deposit BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000002954 | WAUS |
| 07/31 | 0.43 | Dividend/Interest | |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000300

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 07/13 | (16.73) | Overdraft Protection Withdraw |
| 07/14 | (55.62) | Overdraft Protection Withdraw |
| 07/15 | (149.24) | Overdraft Protection Withdraw |
| 07/16 | (64.18) | Overdraft Protection Withdraw |
| 07/17 | (58.04) | Overdraft Protection Withdraw |
| 07/22 | (4,000.00) | Withdrawal Online Banking Transfer To 3612711536 CK |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 31 day period*       *0.05% dividends from 07/01/19*
*Average Daily Balance: $4,151.31*
*Year-to-date dividends: $0.44*

### Deposits

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 07/02 | 635.30 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000001782 |
| 07/13 | 16.73 | Overdraft Protection Deposit |
| 07/14 | 55.62 | Overdraft Protection Deposit |
| 07/15 | 50.59 | POS Deposit  MCLENDONS - WHITE CNTR 10210 16th Ave SW       SEATTLE     W  Machine# 248000   Trace# 00000000200447887460 |
| 07/15 | 149.24 | Overdraft Protection Deposit |
| 07/16 | 64.18 | Overdraft Protection Deposit |
| 07/17 | 58.04 | Overdraft Protection Deposit |
| 07/18 | 149.40 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000003961 |
| 07/18 | 1,271.81 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000003962 |
| 07/18 | 475.34 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000003963 |
| 07/22 | 361.02 | POS Deposit  THE HOME DEPOT 8944 7345 DELRIDGE WAY SW   SEATTLE       WAUS  Machine# 217000   Trace# 00000000200212028350 |
| 07/22 | 2,700.40 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000004369 |
| 07/22 | 4,000.00 | Deposit Online Banking Transfer from 3612711495 SAV |
| 07/29 | 109.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000005103 |
| 07/29 | 1,441.10 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS  Machine# WA033478   Trace# 00000000000000005126 |
| 07/31 | 6,798.05 | Deposit |
| 07/31 | 0.18 | Dividend/Interest |

DOJ-01-0000000301

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 06/30 | (20.04) | POS Withdrawal  NST THE HOME DEPOT 671328 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06047827  Trace# 00000000918220800701 |
| 07/01 | (28.68) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 337000  Trace# 00000000000026741631 |
| 07/01 | (14.49) | POS Withdrawal  CARL'S JR 1101612 5925 6TH AVE            TACOMA      WAUS<br>Machine# 0000  Trace# 0000000003600128420 |
| 07/01 | (1,251.24) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99            EVERETT      WAU<br>Machine# 4483  Trace# 00000000010199671490 |
| 07/02 | (6.24) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 338000  Trace# 00000000000026631704 |
| 07/02 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS<br>Machine# WA033478  Trace# 00000000000000001783 |
| 07/02 | (125.66) | POS Withdrawal  NST THE HOME DEPOT 461931 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06047827  Trace# 00000000918481888701 |
| 07/02 | (301.18) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9157  Trace# 00000000010181607650 |
| 07/03 | (10.45) | POS Withdrawal  MCDONALD'S F35934 1975 S UNION AVE        TACOMA      WAUS<br>Machine# 222000  Trace# 00000000000045350642 |
| 07/03 | (3.29) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 246000  Trace# 00000000000026752902 |
| 07/04 | (60.00) | POS Withdrawal  ABC LEGAL SERVICES 633 YESLER WAY          SEATTLE      WAUS<br>Machine# 372000  Trace# 00000000001000268550 |
| 07/04 | (18.38) | POS Withdrawal  PANERA BREAD #202273 9324 34TH AVE          TULALIP      WAU<br>Machine# 5689  Trace# 00000000091013210370 |
| 07/05 | (46.72) | POS Withdrawal  RIVER ROCK TOBACCO & F 23704 13TH AVE NE    ARLINGTON      W<br>Machine# 0010  Trace# 00000000839005008250 |
| 07/05 | (200.02) | POS Withdrawal  THE HOME DEPOT #4702 2701 UTAH AVENUE SOUTH SEATTLE      WAU<br>Machine# 3394  Trace# 00000000010186237580 |
| 07/05 | (238.28) | POS Withdrawal  LOWES #00149* 2505 PACIFIC AVENUE   425-259-2017 WAUS<br>Machine# 214000  Trace# 00000000020365399130 |
| 07/05 | (55.58) | POS Withdrawal  468145 JIFFY LUBE 2080        MOUNT VERNON WAUS<br>Machine# 46814501  Trace# 00000000918681453585 |
| 07/05 | (1,500.00) | Descriptive Withdrawal Transfer to Michelle R Batistelli |
| 07/05 | (156.52) | POS Withdrawal  LOWES #00035* 1717 FREEWAY DRIVE    MOUNT VERNON WAUS<br>Machine# 334000  Trace# 00000000020483593940 |
| 07/06 | (13.17) | POS Withdrawal  SQ *SQ *MELINAS BERRIE 1415 Freway Drive      Mt Vernon      W<br>Machine# 360000  Trace# 00000000200497973000 |
| 07/06 | (8.58) | POS Withdrawal  SKAGIT VALLEY FOOD CO- 202 S 1ST ST        MOUNT VERNON W<br>Machine# 340000  Trace# 00000000500274961030 |
| 07/06 | (390.12) | POS Withdrawal  NST THE HOME DEPOT 832506 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06299157  Trace# 00000000918807146601 |
| 07/06 | (200.00) | ATM Withdrawal  BECU 9620 28TH AVE SW        SEATTLE      WAUS<br>Machine# WA033277  Trace# 00000000000000008610 |
| 07/08 | (4.61) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 361000  Trace# 00000000000026137254 |
| 07/08 | (647.67) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99            EVERETT      WAU<br>Machine# 4483  Trace# 00000000010189271810 |
| 07/08 | (81.65) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9157  Trace# 00000000010182911750 |
| 07/09 | (300.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS<br>Machine# WA033478  Trace# 00000000000000002765 |

DOJ-01-0000000302

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 07/10 | (4.94) | POS Withdrawal  CREAM DREAM ICE CREAM 12825 AMBAUM BLVD SW   BURIEN      WA<br>Machine# 75646186   Trace# 00000000664228086910 |
| 07/12 | (21.08) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 332000   Trace# 00000000000026732291 |
| 07/12 | (45.85) | POS Withdrawal  NST THE HOME DEPOT 571901 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06047827   Trace# 00000000919450285501 |
| 07/13 | (234.73) | POS Withdrawal  990001 COSTCO WHSE #00        SEATTLE      WAUS<br>Machine# 99000113   Trace# 00000000919400019557 |
| 07/13 | (55.62) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE       WAUS<br>Machine# 30588304   Trace# 00000000007132122398 |
| 07/15 | (14.63) | POS Withdrawal  SQU*SQ *AFGHAN DELICIO 4921 NE 187 St.       Seattle      W<br>Machine# 333000   Trace# 00000000200359292360 |
| 07/15 | (25.00) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 7827   Trace# 00000000010183530970 |
| 07/15 | (69.28) | POS Withdrawal  MCLENDONS - WHITE CNTR 10210 16th Ave SW        SEATTLE      W<br>Machine# 244000   Trace# 00000000200447887380 |
| 07/15 | (8.68) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE       WAUS<br>Machine# 229000   Trace# 00000000000046444301 |
| 07/15 | (18.75) | POS Withdrawal  KHAO SAN ROAD THAI CUI 5963 CORSON AVE S ST   SEATTLE       W<br>Machine# 19967108   Trace# 00000000271947275360 |
| 07/15 | (8.77) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 340000   Trace# 00000000000026541587 |
| 07/15 | (11.00) | POS Withdrawal  CHEVRON 0375344 8819 14TH AVENUE SOUTH SEATTLE       WAUS<br>Machine# 345000   Trace# 00000000200566750170 |
| 07/15 | (12.74) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE       WAUS<br>Machine# 345000   Trace# 00000000000045935136 |
| 07/15 | (9.22) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 334000   Trace# 00000000000026153904 |
| 07/15 | (9.66) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE       WAUS<br>Machine# 331000   Trace# 00000000000026153887 |
| 07/15 | (12.10) | POS Withdrawal  2920001062 SAFEWAY STORE 1062 SEATTLE       WAUS<br>Machine# 10620004   Trace# 00000000017440380000 |
| 07/15 | (38.30) | POS Withdrawal  WSFERRIES-EDMONDS 2901 3RD AVE            SEATTLE      WAUS<br>Machine# 0030   Trace# 00000000838006463550 |
| 07/15 | (17.88) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S       SEATTLE      WA<br>Machine# 0000   Trace# 00000000547738033640 |
| 07/15 | (8.00) | POS Withdrawal  WSF GALLEY PUYALLUP 77 6020 W Werner Rd        BREMERTON   W<br>Machine# 214000   Trace# 00000000001265145690 |
| 07/16 | (58.04) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S       SEATTLE      WA<br>Machine# 0000   Trace# 00000000547788021400 |
| 07/19 | (54.09) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S       SEATTLE      WA<br>Machine# 0000   Trace# 00000000547836054690 |
| 07/19 | (18.39) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S       SEATTLE      WA<br>Machine# 0000   Trace# 00000000547835054690 |
| 07/20 | (30.04) | POS Withdrawal  CHEVRON 0205006 805 S 112TH ST          SEATTLE      WAUS<br>Machine# 248000   Trace# 00000000200881367060 |
| 07/20 | (10.62) | POS Withdrawal  PP*SODO CHICKEN 7700 EASTPORT PARKWAY  SEATTLE       WAUS<br>Machine# 0000   Trace# 00000000894879153680 |
| 07/22 | (90.27) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99         EVERETT      WAU<br>Machine# 4483   Trace# 00000000010191857860 |
| 07/22 | (12.74) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE       WAUS<br>Machine# 225000   Trace# 00000000000046510470 |

DOJ-01-0000000303

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/27 | (85.14) | POS Withdrawal  KING CO WATER DIST 2 12606 1ST AVE S        SEATTLE      WAU<br>Machine# 42398300   Trace# 00000000732083185070 |
| 07/27 | (154.73) | POS Withdrawal  KING CO WATER DIST 2 12606 1ST AVE S        SEATTLE      WAU<br>Machine# 42398300   Trace# 00000000732083185060 |
| 07/27 | (8.90) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS<br>Machine# 209000   Trace# 00000000000027188465 |
| 07/30 | (32.59) | POS Withdrawal  NST THE HOME DEPOT 382283 7345 DELRIDGE WAY        SEATTLE<br>Machine# 06047827   Trace# 00000000921233020501 |
| 07/30 | (7.69) | POS Withdrawal  198543108 AUTOZONE  10002 16TH A SEATTLE        WAUS<br>Machine# 90030000   Trace# 00000000007019526956 |
| 07/30 | (10.79) | POS Withdrawal  NST THE HOME DEPOT 23288 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06037536   Trace# 00000000921240943301 |
| 07/30 | (2.18) | POS Withdrawal  443363 DOMINIC'S RED A        SEATTLE      WAUS<br>Machine# 44336301   Trace# 00000000921233634158 |
| 07/31 | (25.49) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS<br>Machine# 339000   Trace# 00000000000026450135 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000304

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 06/15/2019 - 06/30/2019                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | 4,684.47 | 0.15 | 4,684.62 |
| Business Interest Checking | 3612711536 | 6,817.43 | (1,156.67) | 176.12 | 0.26 | 5,837.14 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.10% Annual Percentage Yield Earned for 16 day period*          *0.10% dividends from 06/15/19*
*Average Daily Balance: $3,310.07*
*Year-to-date dividends: $0.15*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 06/15 | 1,014.86 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000009718 | WAUS |
| 06/17 | 1,942.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477   Trace# 0000000000000006968 | WAUS |
| 06/22 | 1,079.21 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477   Trace# 0000000000000007709 | WAUS |
| 06/25 | 448.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477   Trace# 0000000000000008187 | WAUS |
| 06/27 | 200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477   Trace# 0000000000000008477 | WAUS |
| 06/30 | 0.15 | Dividend/Interest | |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 16 day period*          *0.05% dividends from 06/15/19*
*Average Daily Balance: $6,677.20*
*Year-to-date dividends: $0.26*

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000305

Eric R Shibley MD PLLC

Statement Period: 06/15/2019 - 06/30/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|--------------------------|
| 06/26 | 109.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS<br>Machine# WA033478  Trace# 00000000000000000957 |
| 06/29 | 66.92 | POS Deposit  NST THE HOME DEPOT 870301 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243308  Trace# 00000000918111793301 |
| 06/30 | 0.26 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|--------------------------|
| 06/25 | (59.32) | POS Withdrawal  NST THE HOME DEPOT 361742 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06037536  Trace# 00000000917757062401 |
| 06/26 | (20.00) | POS Withdrawal  SHELL OIL 12589971006 7200 E MARGINAL WAY S  SEATTLE      WA<br>Machine# 0000  Trace# 00000000547422007940 |
| 06/26 | (12.60) | POS Withdrawal  MOD PIZZA WEST SEATTLE 4755 Fauntleroy Way SW SEATTLE       W<br>Machine# 249000  Trace# 00000000002340380670 |
| 06/27 | (400.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS<br>Machine# WA033477  Trace# 00000000000000008478 |
| 06/27 | (56.29) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S       SEATTLE      WA<br>Machine# 0000  Trace# 00000000547805033620 |
| 06/28 | (328.43) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9157  Trace# 00000000010179609190 |
| 06/29 | (14.57) | POS Withdrawal  MCDONALD'S F14447 2001 EVERETT AVE       EVERETT      WAUS<br>Machine# 378000  Trace# 00000000040669397 |
| 06/29 | (238.15) | POS Withdrawal  NST THE HOME DEPOT 930337 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06299075  Trace# 00000000918181468601 |
| 06/29 | (27.31) | POS Withdrawal  NST THE HOME DEPOT 161025 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243308  Trace# 00000000918131793401 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000306

DOJ-01-0000000307

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 05/01/2020 - 05/31/2020                                          3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 05/01/20 up to 05/05/20*
*Average Daily Balance: $0.00*                                    *0.02% dividends from 05/05/20*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.01% dividends from 05/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the
statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in
your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes,
Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed,
the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any
supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050                  Please direct inquiries to:
becu.org              Seattle, WA 98124-9750         Boeing Employees' Credit Union
                                                     PO Box 97050, Seattle, Washington 98124-9750
                                                     206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006819

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 06/01/2020 - 06/30/2020                                        3200953

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 |  |  |  | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | (26.81) |  |  | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

0.00% Annual Percentage Yield Earned for 3 day period          0.02% dividends from 06/01/20
Average Daily Balance: $0.00
Year-to-date dividends: $0.00

### Business Interest Checking - 3614078158

0.00% Annual Percentage Yield Earned for 3 day period          0.01% dividends from 06/01/20
Average Daily Balance: $26.81
Year-to-date dividends: $0.00

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (26.81) | Closeout Withdrawal |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006820

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 10/01/2019 - 10/31/2019                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3612711536 | 659.77 | (3,093.98) | 2,434.20 | 0.01 | 0.00 |
| Business Interest Checking | 3614078158 | 0.00 | | 26.81 | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 25.00 | 125.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

*0.10% dividends from 10/01/19*

### Business Interest Checking - 3612711536

*0.03% Annual Percentage Yield Earned for 25 day period*
*Average Daily Balance: $455.66*
*Year-to-date dividends: $0.53*

*0.05% dividends from 10/01/19*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 10/04 | 609.88 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000002838 | WAUS |
| 10/04 | 373.61 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000002935 | WAUS |
| 10/08 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000003324 | WAUS |
| 10/08 | 196.54 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000003325 | WAUS |
| 10/15 | 754.17 | Descriptive Deposit ACH return R29 KABBAGE | |
| 10/25 | 0.01 | Dividend/Interest | |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 123
Admitted _____

DOJ-01-0000000289

Eric R Shibley MD PLLC

Statement Period: 10/01/2019 - 10/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/04 | (43.00) | Withdrawal Cashiers Check + Fee - Michelle Batistelli |
| 10/07 | (185.00) | POS Withdrawal  ALADDIN BAIL BONDS 005 1000 AVIARA DR STE 3   CARLSBAD   C  Machine# 58189037   Trace# 00000000172799855990 |
| 10/09 | (1,900.00) | Withdrawal transfer to the A team savings |
| 10/15 | (754.17) | External Withdrawal KABBAGE  - PAYMENT  211103 |
| 10/15 | (25.00) | NSF  External Withdrawal (Paid)KABBAGE  - PAYMENT  211103 |
| 10/16 | (160.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS  Machine# WA033478   Trace# 00000000000000004397 |
| 10/25 | (26.81) | Closeout Withdrawal |

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 10/25/19*
*Average Daily Balance: $6.05*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/25 | 26.81 | Deposit Closeout Balance from Checking 1536 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000290

DOJ-01-0000000291

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                     000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 09/01/2019 - 09/30/2019                                     3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 49.77 | (449.77) | 400.00 | | 0.00 |
| Business Interest Checking | 3612711536 | 1,363.94 | (2,153.76) | 1,449.59 | | 659.77 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 100.00 | 100.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

0.00% Annual Percentage Yield Earned for 30 day period          0.10% dividends from 09/01/19
Average Daily Balance: $50.62
Year-to-date dividends: $0.60

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 09/01 | 400.00 | ATM Transfer Credit From Checking 3612711536 BECU 4755 FAUNTLEROY WAY SW SEATTLE    WAUS Trace# 0000000000000009096 |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 09/03 | (94.58) | Overdraft Protection Withdraw |
| 09/04 | (148.81) | Overdraft Protection Withdraw |
| 09/05 | (148.81) | Overdraft Protection Withdraw |
| 09/06 | (57.57) | Overdraft Protection Withdraw |

### Business Interest Checking - 3612711536

0.00% Annual Percentage Yield Earned for 30 day period          0.05% dividends from 09/01/19
Average Daily Balance: $38.52
Year-to-date dividends: $0.52

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000292

Eric R Shibley MD PLLC

Statement Period: 09/01/2019 - 09/30/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 09/03 | 94.58 | Overdraft Protection Deposit |
| 09/04 | 148.81 | Overdraft Protection Deposit |
| 09/05 | 148.81 | Overdraft Protection Deposit |
| 09/06 | 57.57 | Overdraft Protection Deposit |
| 09/10 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#921015 (Rejected) |
| 09/11 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#922381 (Rejected) |
| 09/12 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#923764 (Rejected) |
| 09/13 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#925235 (Rejected) |
| 09/16 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#926621 (Rejected) |
| 09/17 | 148.81 | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#927989 (Rejected) |
| 09/19 | 1,508.34 | External Withdrawal KABBAGE - PAYMENT  211103 (Rejected) |
| 09/30 | 999.82 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS  Machine# WA033478   Trace# 00000000000000002284 |

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 09/01 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS  Machine# WA033478   Trace# 00000000000000009095 |
| 09/01 | (400.00) | ATM Transfer Debit To Savings 3612711495 BECU 4755 FAUNTLEROY WAY SW SEATTLE  WAUS  Trace# 00000000000000009096 |
| 09/01 | (22.30) | POS Withdrawal  292000312 SAFEWAY STORE    3120 Burien      WAUS  Machine# 31200002   Trace# 00000000010820690000 |
| 09/02 | (14.62) | POS Withdrawal  SAFEWAY #1923 9620 82ND AVE SW      SEATTLE    WAUS  Machine# 0052   Trace# 00000000975015781020 |
| 09/02 | (12.16) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN      WAUS  Machine# 0010   Trace# 00000000838000034770 |
| 09/02 | (360.63) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE    WAU  Machine# 9157   Trace# 00000000010182913610 |
| 09/03 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#914048 |
| 09/04 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#915420 |
| 09/05 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#916797 |
| 09/06 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#918265 |
| 09/06 | (25.00) | NSF  External Withdrawal (Paid)Itria Ven 7 - ERIC R ACH  Trans#918265 |
| 09/09 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#919663 |
| 09/09 | (25.00) | NSF  External Withdrawal (Paid)Itria Ven 7 - ERIC R ACH  Trans#919663 |
| 09/10 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#921015 |
| 09/10 | (25.00) | NSF  External Withdrawal (Returned)Itria Ven 7 - ERIC R ACH  Trans#921015 |
| 09/11 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#922381 |
| 09/12 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#923764 |
| 09/13 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#925235 |
| 09/16 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#926621 |
| 09/17 | (148.81) | External Withdrawal Itria Ven 7 - ERIC R ACH  Trans#927989 |
| 09/19 | (1,508.34) | External Withdrawal KABBAGE - PAYMENT  211103 |
| 09/19 | (25.00) | NSF  External Withdrawal (Returned)KABBAGE - PAYMENT  211103 |

DOJ-01-0000000293

Eric R Shibley MD PLLC                                         Statement Period: 09/01/2019 - 09/30/2019

000000

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000294

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC                                           000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 08/01/2019 - 08/31/2019                                           3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 4,349.75 | (4,300.00) | | 0.02 | 49.77 |
| Business Interest Checking | 3612711536 | 16,762.84 | (41,823.37) | 26,424.39 | 0.08 | 1,363.94 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.13% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 08/01/19*
*Average Daily Balance: $188.46*
*Year-to-date dividends: $0.60*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 08/31 | 0.02 | Dividend/Interest |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 08/02 | (4,000.00) | Descriptive Withdrawal Transfer to Checking 1536 |
| 08/02 | (300.00) | Withdrawal Online Banking Transfer To 3612711536 CK |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 08/01/19*
*Average Daily Balance: $1,988.93*
*Year-to-date dividends: $0.52*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 08/02 | 1,000.00 | Descriptive Deposit Transfer from ES1 LLC |
| 08/02 | 4,000.00 | Descriptive Deposit Transfer from Savings 1495 |
| 08/02 | 300.00 | Deposit Online Banking Transfer from 3612711495 SAV |
| 08/02 | 239.92 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS Machine# WA033478  Trace# 0000000000000005651 |

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000295

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

### Deposits (continued)

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 08/03 | 400.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000005752 |
| 08/07 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000006166 |
| 08/07 | 360.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000006227 |
| 08/09 | 239.92 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000006388 |
| 08/15 | 1,278.17 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000007160 |
| 08/16 | 14,450.00 | Descriptive Deposit Incoming Wire Transfer |
| 08/17 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000007405 |
| 08/19 | 2,481.26 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000007589 |
| 08/20 | 200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000007772 |
| 08/23 | 475.12 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000008140 |
| 08/31 | 0.08 | Dividend/Interest |

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 08/01 | (29.76) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 223000  Trace# 00000000000026685507 |
| 08/01 | (19.82) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000  Trace# 00000000547814057420 |
| 08/02 | (220.50) | POS Withdrawal  ABC LEGAL SERVICES 633 YESLER WAY      SEATTLE      WAUS<br>Machine# 208000  Trace# 00000000000100275610 |
| 08/02 | (9.11) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 211000  Trace# 00000000000026921610 |
| 08/02 | (21,000.00) | Descriptive Withdrawal Outgoing Wire Transfer |
| 08/02 | (25.00) | Descriptive Withdrawal Outgoing Wire Fee |
| 08/02 | (341.02) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9157  Trace# 00000000010175456710 |
| 08/03 | (44.02) | POS Withdrawal  ARCO#07155ARCO #071QPS 7301 DELRIDGE WAY SW  SEATTLE      W<br>Machine# 0010  Trace# 00000000744005461620 |
| 08/03 | (21.86) | POS Withdrawal  TACO TIME RENTO HIGHLA 4114 NE 4TH ST      RENTON      W<br>Machine# 332000  Trace# 00000000700083484860 |
| 08/03 | (26.31) | POS Withdrawal  NST THE HOME DEPOT 96245 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06299107  Trace# 00000000092166068250 1 |
| 08/03 | (32.47) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE      WAUS<br>Machine# 30588303  Trace# 00000000080322221454 |
| 08/05 | (12.74) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 344000  Trace# 00000000000026623028 |
| 08/05 | (34.00) | POS Withdrawal  TAQUERIA EL RINCON LLC 8819 14TH AVE S      SEATTLE      W<br>Machine# 75661033  Trace# 00000001172166821450 |
| 08/05 | (8.00) | POS Withdrawal  CHEVRON 0375344 8819 14TH AVENUE SOUTH SEATTLE      WAUS<br>Machine# 245000  Trace# 00000000200437569590 |
| 08/05 | (15.40) | POS Withdrawal  SIMPLY THAI 235 STRANDER BLVD STE 1TUKWILA      WAUS<br>Machine# 9036  Trace# 00000000400369001080 |

Page 2 of 4

DOJ-01-0000000296

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 08/05 | (8.75) | POS Withdrawal  EAST INDIA GRILL 31845 GATEWAY CTR BLVD FEDERAL WAY  WAUS<br>Machine# 5706   Trace# 00000000207706100610 |
| 08/05 | (16.72) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN         WAUS<br>Machine# 0010   Trace# 00000000838000043790 |
| 08/05 | (4.50) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE         WAUS<br>Machine# 354000   Trace# 00000000000026208527 |
| 08/05 | (31.88) | POS Withdrawal  NST THE HOME DEPOT 031965 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06047827   Trace# 00000000921875257801 |
| 08/05 | (55.64) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547748028520 |
| 08/05 | (360.68) | POS Withdrawal  THE HOME DEPOT #4703 1715 SOUTH 352ND ST   FEDERAL WAY WAU<br>Machine# 3503   Trace# 00000000010196307740 |
| 08/06 | (3.73) | POS Withdrawal  MCDONALD'S F10163 20227 BALLINGER WAY NE SEATTLE         WAUS<br>Machine# 226000   Trace# 00000000000042069618 |
| 08/06 | (16.80) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE         WAUS<br>Machine# 358000   Trace# 00000000000026454657 |
| 08/06 | (6.69) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE         WAUS<br>Machine# 242000   Trace# 00000000000026454660 |
| 08/07 | (10.85) | POS Withdrawal  MCDONALD'S F13604 3003 CALIFORNIA AVE SW SEATTLE         WAUS<br>Machine# 375000   Trace# 00000000000026462347 |
| 08/09 | (2.84) | POS Withdrawal  930001 COSTCO GAS #000      SEATTLE      WAUS<br>Machine# 93000113   Trace# 00000000922100019076 |
| 08/12 | (10.46) | POS Withdrawal  MATADOR WEST SEATTLE 4546 CALIFORNIA AVE   SEATTLE      WAU<br>Machine# 359000   Trace# 00000000700159796950 |
| 08/12 | (17.60) | POS Withdrawal  GYRO TIME 10400 GREENWOOD AVE N  SEATTLE         WAUS<br>Machine# 359000   Trace# 00000000071777519580 |
| 08/14 | (420.00) | External Withdrawal AFFINITY MERCHAN  - ACHPAYMENT  W002 |
| 08/15 | (395.00) | External Withdrawal FEDCHEX-PAR CONS 4INFO 949-440-4600 - PREAUTHPMT<br>USBUSINESSCORP |
| 08/16 | (15,003.00) | Withdrawal |
| 08/16 | (400.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE         WAUS<br>Machine# WA033477   Trace# 00000000000000006599 |
| 08/19 | (29.04) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9116   Trace# 00000000010178666570 |
| 08/19 | (200.00) | Withdrawal Transfer to ES1 LLC |
| 08/19 | (900.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE         WAUS<br>Machine# WA033478   Trace# 00000000000000007591 |
| 08/19 | (99.87) | POS Withdrawal  NST THE HOME DEPOT 782006 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06299054   Trace# 00000000923214899201 |
| 08/19 | (323.21) | POS Withdrawal  NST THE HOME DEPOT 232567 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243348   Trace# 00000000923263839701 |
| 08/20 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#901377 |
| 08/20 | (31.35) | POS Withdrawal  I LUV TERIYAKI 6500 4TH AVE S        SEATTLE      WAUS<br>Machine# 39358141   Trace# 00000000013232644310 |
| 08/20 | (13.48) | POS Withdrawal  PANDA EXPRESS #102 15842 1ST AVENUE SOUTH BURIEN         WAUS<br>Machine# 0010   Trace# 00000000838000093140 |
| 08/20 | (12.73) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE         WAUS<br>Machine# 244000   Trace# 00000000000026344238 |
| 08/20 | (54.78) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547778038180 |
| 08/21 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#902698 |

DOJ-01-0000000297

Eric R Shibley MD PLLC

Statement Period: 08/01/2019 - 08/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals (continued)**

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 08/21 | (99.95) | POS Withdrawal  CRT*CREDITREPAIR.COM 330 North Cutler Drive 800-2326499  UTU  Machine# 29646050   Trace# 00000000078207856910 |
| 08/22 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#904036 |
| 08/23 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#905495 |
| 08/23 | (67.93) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE        WAUS  Machine# 30588304   Trace# 00000000082321536409 |
| 08/26 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#906862 |
| 08/27 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#908219 |
| 08/28 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#909557 |
| 08/29 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#910940 |
| 08/30 | (148.81) | External Withdrawal Itria Ven 7  - ERIC R ACH  Trans#912574 |
| 08/30 | (46.59) | POS Withdrawal  APP INC W MARGINAL WAY 6760 WEST MARGINAL WAS SEATTLE        W  Machine# 378000   Trace# 00000000200400969730 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000298

DOJ-01-0000000299

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 07/01/2019 - 07/31/2019                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 4,684.62 | (4,343.81) | 4,008.51 | 0.43 | 4,349.75 |
| Business Interest Checking | 3612711536 | 5,837.14 | (7,410.50) | 18,336.02 | 0.18 | 16,762.84 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.10% Annual Percentage Yield Earned for 31 day period*            *0.10% dividends from 07/01/19*
*Average Daily Balance: $5,014.42*
*Year-to-date dividends: $0.58*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 07/04 | 400.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000009558 | WAUS |
| 07/05 | 256.94 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000002284 | WAUS |
| 07/12 | 879.91 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000003159 | WAUS |
| 07/23 | 2,022.95 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000000004462 | WAUS |
| 07/26 | 108.30 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000002953 | WAUS |
| 07/26 | 340.41 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 00000000000000002954 | WAUS |
| 07/31 | 0.43 | Dividend/Interest | |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000300

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/13 | (16.73) | Overdraft Protection Withdraw |
| 07/14 | (55.62) | Overdraft Protection Withdraw |
| 07/15 | (149.24) | Overdraft Protection Withdraw |
| 07/16 | (64.18) | Overdraft Protection Withdraw |
| 07/17 | (58.04) | Overdraft Protection Withdraw |
| 07/22 | (4,000.00) | Withdrawal Online Banking Transfer To 3612711536 CK |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 07/01/19*
*Average Daily Balance: $4,151.31*
*Year-to-date dividends: $0.44*

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/02 | 635.30 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000001782 |
| 07/13 | 16.73 | Overdraft Protection Deposit |
| 07/14 | 55.62 | Overdraft Protection Deposit |
| 07/15 | 50.59 | POS Deposit  MCLENDONS - WHITE CNTR 10210 16th Ave SW       SEATTLE      W   Machine# 248000   Trace# 00000000200447887460 |
| 07/15 | 149.24 | Overdraft Protection Deposit |
| 07/16 | 64.18 | Overdraft Protection Deposit |
| 07/17 | 58.04 | Overdraft Protection Deposit |
| 07/18 | 149.40 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000003961 |
| 07/18 | 1,271.81 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000003962 |
| 07/18 | 475.34 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000003963 |
| 07/22 | 361.02 | POS Deposit  THE HOME DEPOT 8944 7345 DELRIDGE WAY SW   SEATTLE      WAUS   Machine# 217000   Trace# 00000000200212028350 |
| 07/22 | 2,700.40 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000004369 |
| 07/22 | 4,000.00 | Deposit Online Banking Transfer from 3612711495 SAV |
| 07/29 | 109.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000005103 |
| 07/29 | 1,441.10 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS   Machine# WA033478   Trace# 00000000000000005126 |
| 07/31 | 6,798.05 | Deposit |
| 07/31 | 0.18 | Dividend/Interest |

DOJ-01-0000000301

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 06/30 | (20.04) | POS Withdrawal  NST THE HOME DEPOT 671328 7345 DELRIDGE WAY     SEATTLE<br>Machine# 06047827  Trace# 00000000918220800701 |
| 07/01 | (28.68) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE     WAUS<br>Machine# 337000  Trace# 00000000000026741631 |
| 07/01 | (14.49) | POS Withdrawal  CARL'S JR 1101612 5925 6TH AVE          TACOMA     WAUS<br>Machine# 0000  Trace# 000000000360000128420 |
| 07/01 | (1,251.24) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99          EVERETT     WAU<br>Machine# 4483  Trace# 00000000010199671490 |
| 07/02 | (6.24) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE     WAUS<br>Machine# 338000  Trace# 00000000000026631704 |
| 07/02 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE     WAUS<br>Machine# WA033478  Trace# 00000000000000001783 |
| 07/02 | (125.66) | POS Withdrawal  NST THE HOME DEPOT 461931 7345 DELRIDGE WAY     SEATTLE<br>Machine# 06047827  Trace# 00000000918481888701 |
| 07/02 | (301.18) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY     SEATTLE     WAU<br>Machine# 9157  Trace# 00000000010181607650 |
| 07/03 | (10.45) | POS Withdrawal  MCDONALD'S F35934 1975 S UNION AVE          TACOMA     WAUS<br>Machine# 222000  Trace# 00000000000045350642 |
| 07/03 | (3.29) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE     WAUS<br>Machine# 246000  Trace# 00000000000026752902 |
| 07/04 | (60.00) | POS Withdrawal  ABC LEGAL SERVICES 633 YESLER WAY          SEATTLE     WAUS<br>Machine# 372000  Trace# 00000000001000268550 |
| 07/04 | (18.38) | POS Withdrawal  PANERA BREAD #202273 9324 34TH AVE          TULALIP     WAU<br>Machine# 5689  Trace# 00000000091013210370 |
| 07/05 | (46.72) | POS Withdrawal  RIVER ROCK TOBACCO & F 23704 13TH AVE NE     ARLINGTON     W<br>Machine# 0010  Trace# 00000000839005008250 |
| 07/05 | (200.02) | POS Withdrawal  THE HOME DEPOT #4702 2701 UTAH AVENUE SOUTH SEATTLE     WAU<br>Machine# 3394  Trace# 00000000010186237580 |
| 07/05 | (238.28) | POS Withdrawal  LOWES #00149* 2505 PACIFIC AVENUE   425-259-2017 WAUS<br>Machine# 214000  Trace# 00000000020365399130 |
| 07/05 | (55.58) | POS Withdrawal  468145 JIFFY LUBE 2080          MOUNT VERNON WAUS<br>Machine# 46814501  Trace# 00000000918681453585 |
| 07/05 | (1,500.00) | Descriptive Withdrawal Transfer to Michelle R Batistelli |
| 07/05 | (156.52) | POS Withdrawal  LOWES #00035* 1717 FREEWAY DRIVE     MOUNT VERNON WAUS<br>Machine# 334000  Trace# 00000000020483593940 |
| 07/06 | (13.17) | POS Withdrawal  SQ *SQ *MELINAS BERRIE 1415 Freway Drive     Mt Vernon     W<br>Machine# 360000  Trace# 00000000200497973000 |
| 07/06 | (8.58) | POS Withdrawal  SKAGIT VALLEY FOOD CO- 202 S 1ST ST          MOUNT VERNON W<br>Machine# 340000  Trace# 00000000500274961030 |
| 07/06 | (390.12) | POS Withdrawal  NST THE HOME DEPOT 832506 7345 DELRIDGE WAY     SEATTLE<br>Machine# 06299157  Trace# 00000000918807146601 |
| 07/06 | (200.00) | ATM Withdrawal  BECU 9620 28TH AVE SW          SEATTLE     WAUS<br>Machine# WA033277  Trace# 00000000000000008610 |
| 07/08 | (4.61) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE     WAUS<br>Machine# 361000  Trace# 00000000000026137254 |
| 07/08 | (647.67) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99          EVERETT     WAU<br>Machine# 4483  Trace# 00000000010189271810 |
| 07/08 | (81.65) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY     SEATTLE     WAU<br>Machine# 9157  Trace# 00000000010182911750 |
| 07/09 | (300.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE     WAUS<br>Machine# WA033478  Trace# 00000000000000002765 |

DOJ-01-0000000302

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/10 | (4.94) | POS Withdrawal  CREAM DREAM ICE CREAM 12825 AMBAUM BLVD SW   BURIEN   WA<br>Machine# 75646186   Trace# 00000000664228086910 |
| 07/12 | (21.08) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 332000   Trace# 00000000000026732291 |
| 07/12 | (45.85) | POS Withdrawal  NST THE HOME DEPOT 571901 7345 DELRIDGE WAY       SEATTLE<br>Machine# 06047827   Trace# 00000000919450285501 |
| 07/13 | (234.73) | POS Withdrawal  990001 COSTCO WHSE #00        SEATTLE      WAUS<br>Machine# 99000113   Trace# 00000000919400019557 |
| 07/13 | (55.62) | POS Withdrawal  130634 QFC #5883 4550 42ND ST SEATTLE      WAUS<br>Machine# 30588304   Trace# 00000000071322122398 |
| 07/15 | (14.63) | POS Withdrawal  SQU*SQ *AFGHAN DELICIO 4921 NE 187 St.       Seattle      W<br>Machine# 333000   Trace# 00000000200359292360 |
| 07/15 | (25.00) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 7827   Trace# 00000000010183530970 |
| 07/15 | (69.28) | POS Withdrawal  MCLENDONS - WHITE CNTR 10210 16th Ave SW       SEATTLE      W<br>Machine# 244000   Trace# 00000000200447887380 |
| 07/15 | (8.68) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE      WAUS<br>Machine# 229000   Trace# 00000000000046444301 |
| 07/15 | (18.75) | POS Withdrawal  KHAO SAN ROAD THAI CUI 5963 CORSON AVE S ST   SEATTLE      W<br>Machine# 19967108   Trace# 00000000271947275360 |
| 07/15 | (8.77) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 340000   Trace# 00000000000026541587 |
| 07/15 | (11.00) | POS Withdrawal  CHEVRON 0375344 8819 14TH AVENUE SOUTH SEATTLE      WAUS<br>Machine# 345000   Trace# 00000000200566750170 |
| 07/15 | (12.74) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE      WAUS<br>Machine# 345000   Trace# 00000000000045935136 |
| 07/15 | (9.22) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 334000   Trace# 00000000000026153904 |
| 07/15 | (9.66) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE      WAUS<br>Machine# 331000   Trace# 00000000000026153887 |
| 07/15 | (12.10) | POS Withdrawal  2920001062 SAFEWAY STORE 1062  SEATTLE      WAUS<br>Machine# 10620004   Trace# 00000000017440380000 |
| 07/15 | (38.30) | POS Withdrawal  WSFERRIES-EDMONDS 2901 3RD AVE           SEATTLE      WAUS<br>Machine# 0030   Trace# 00000000838006463550 |
| 07/15 | (17.88) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547738033640 |
| 07/15 | (8.00) | POS Withdrawal  WSF GALLEY PUYALLUP 77 6020 W Werner Rd       BREMERTON   W<br>Machine# 214000   Trace# 00000000001265145690 |
| 07/16 | (58.04) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547788021400 |
| 07/19 | (54.09) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547836054690 |
| 07/19 | (18.39) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000   Trace# 00000000547835054690 |
| 07/20 | (30.04) | POS Withdrawal  CHEVRON 0205006 805 S 112TH ST         SEATTLE      WAUS<br>Machine# 248000   Trace# 00000000200881367060 |
| 07/20 | (10.62) | POS Withdrawal  PP*SODO CHICKEN 7700 EASTPORT PARKWAY  SEATTLE      WAUS<br>Machine# 0000   Trace# 00000000894879153680 |
| 07/22 | (90.27) | POS Withdrawal  THE HOME DEPOT #4713 11915 HWY 99         EVERETT      WAU<br>Machine# 4483   Trace# 00000000010191857860 |
| 07/22 | (12.74) | POS Withdrawal  MCDONALD'S F1364 6546 CALIFORNIA AVE SW SEATTLE      WAUS<br>Machine# 225000   Trace# 00000000000046510470 |

DOJ-01-0000000303

Eric R Shibley MD PLLC

Statement Period: 07/01/2019 - 07/31/2019

000000

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/27 | (85.14) | POS Withdrawal  KING CO WATER DIST 2 12606 1ST AVE S        SEATTLE      WAU<br>Machine# 42398300   Trace# 00000000732083185070 |
| 07/27 | (154.73) | POS Withdrawal  KING CO WATER DIST 2 12606 1ST AVE S        SEATTLE      WAU<br>Machine# 42398300   Trace# 00000000732083185060 |
| 07/27 | (8.90) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS<br>Machine# 209000   Trace# 00000000000027188465 |
| 07/30 | (32.59) | POS Withdrawal  NST THE HOME DEPOT 382283 7345 DELRIDGE WAY        SEATTLE<br>Machine# 06047827   Trace# 00000000921233020501 |
| 07/30 | (7.69) | POS Withdrawal  198543108 AUTOZONE  10002 16TH A SEATTLE        WAUS<br>Machine# 90030000   Trace# 00000000073019526956 |
| 07/30 | (10.79) | POS Withdrawal  NST THE HOME DEPOT 23288 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06037536   Trace# 00000000921240943301 |
| 07/30 | (2.18) | POS Withdrawal  443363 DOMINIC'S RED A        SEATTLE        WAUS<br>Machine# 44336301   Trace# 00000000921233634158 |
| 07/31 | (25.49) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE        WAUS<br>Machine# 339000   Trace# 00000000000026450135 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000304

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/15/2019 - 06/30/2019                                                                 3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | 4,684.47 | 0.15 | 4,684.62 |
| Business Interest Checking | 3612711536 | 6,817.43 | (1,156.67) | 176.12 | 0.26 | 5,837.14 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.10% Annual Percentage Yield Earned for 16 day period*          *0.10% dividends from 06/15/19*
*Average Daily Balance: $3,310.07*
*Year-to-date dividends: $0.15*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 06/15 | 1,014.86 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 0000000000000009718 | WAUS |
| 06/17 | 1,942.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 0000000000000006968 | WAUS |
| 06/22 | 1,079.21 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 0000000000000007709 | WAUS |
| 06/25 | 448.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 0000000000000008187 | WAUS |
| 06/27 | 200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033477  Trace# 0000000000000008477 | WAUS |
| 06/30 | 0.15 | Dividend/Interest | |

### Business Interest Checking - 3612711536

*0.05% Annual Percentage Yield Earned for 16 day period*          *0.05% dividends from 06/15/19*
*Average Daily Balance: $6,677.20*
*Year-to-date dividends: $0.26*

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000305

Eric R Shibley MD PLLC

Statement Period: 06/15/2019 - 06/30/2019

000000

## Deposit Account Activity (continued)

### Deposits

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 06/26 | 109.20 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033478  Trace# 00000000000000000957 |
| 06/29 | 66.92 | POS Deposit  NST THE HOME DEPOT 870301 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243308  Trace# 00000000918111793301 |
| 06/30 | 0.26 | Dividend/Interest |

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 06/25 | (59.32) | POS Withdrawal  NST THE HOME DEPOT 361742 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06037536  Trace# 00000000917757062401 |
| 06/26 | (20.00) | POS Withdrawal  SHELL OIL 12589971006 7200 E MARGINAL WAY S  SEATTLE      WA<br>Machine# 0000  Trace# 00000000547422007940 |
| 06/26 | (12.60) | POS Withdrawal  MOD PIZZA WEST SEATTLE 4755 Fauntleroy Way SW SEATTLE      W<br>Machine# 249000  Trace# 00000000002340380670 |
| 06/27 | (400.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS<br>Machine# WA033477  Trace# 00000000000000008478 |
| 06/27 | (56.29) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S      SEATTLE      WA<br>Machine# 0000  Trace# 00000000547805033620 |
| 06/28 | (328.43) | POS Withdrawal  THE HOME DEPOT #8944 7345 DELRIDGE WAY      SEATTLE      WAU<br>Machine# 9157  Trace# 00000000010179609190 |
| 06/29 | (14.57) | POS Withdrawal  MCDONALD'S F14447 2001 EVERETT AVE      EVERETT      WAUS<br>Machine# 378000  Trace# 00000000000040669397 |
| 06/29 | (238.15) | POS Withdrawal  NST THE HOME DEPOT 930337 7345 DELRIDGE WAY      SEATTLE<br>Machine# 06299075  Trace# 00000000918181468601 |
| 06/29 | (27.31) | POS Withdrawal  NST THE HOME DEPOT 161025 2701 UTAH AVENUE SOUTH SEATTLE<br>Machine# 06243308  Trace# 00000000918131793401 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000306

DOJ-01-0000000307

# BUSINESS MEMBERSHIP APPLICATION - CORPORATIONS, LLCs, PARTNERSHIPS



Welcome to Boeing Employees' Credit Union (BECU). All information is required unless otherwise noted. Please complete application, sign in ink, and bring to a BECU location to apply. If you have any questions, please contact a BECU representative at 800.233.2328.

Select your business type:

☐ General Partnership

☐ Limited Partnership / Limited Liability Partnership / Limited Liability
   Limited Partnership / Professional Limited Liability Partnership

☐ S. Corporation

☐ C. Corporation (Profit and Non-Profit)

■ Limited Liability Company /
   Professional Limited Liability Company

☐ Other (please specify): _____

## 1. Business Information and Ownership

| BUSINESS NAME | DBA (if applicable) |
|---|---|
| Eric R Shibley MD PLLC | |

| FEDERAL TAX ID NUMBER ■ EIN ☐ ITIN ☐ SSN | STATE UNIFIED BUSINESS IDENTIFIER (UBI) NUMBER |
|---|---|
| ▇▇9052 | 603260109 |

| BUSINESS LOCATION / STREET ADDRESS | | CITY |
|---|---|---|
| 4700 36th Ave SW | | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | USA |

| MAILING ADDRESS (if different from above) | | CITY |
|---|---|---|
| | | |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| | | |

| BUSINESS PHONE | EMAIL ADDRESS (optional)* |
|---|---|
| (206) 938-4291 | shibleymedical@outlook.com |

*By providing your email address, you agree that BECU may electronically send you marketing information about our products and services.

## 2. Government Required Information

Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each business that opens a membership.

ESTIMATED ANNUAL SALES / REVENUE
☐ Less than $100,000   ■ $100,000 - $499,000   ☐ $500,000-$999,999   ☐ $1,000,000-$3,000,000   ☐ Greater than $3,000,000

| Is your business a non-profit, not-for-profit, or charitable organization?<br>☐ Yes  ■ No | NUMBER OF EMPLOYEES<br>0 |
|---|---|

| STATE OF ENTITY FORMATION | DATE BUSINESS ESTABLISHED | COUNTRY WHERE BUSINESS ESTABLISHED |
|---|---|---|
| WA | 12/12/2012 | USA |

| NAICS CODE* | TYPE OF BUSINESS / PRIMARY FUNCTION |
|---|---|
| 621111 | Health Care |

■ I acknowledge my business does not operate in any of the following restricted industries: money transfer services, businesses operating Internet gambling sites or marijuana dispensaries/businesses. Initials _____

| Does the business receive revenue from a marijuana related business?<br>☐ Yes  ■ No | What is the % of income or revenue from a marijuana related business?<br>0 |
|---|---|

### Anticipated transaction information

| Will your business send domestic wire transfers?<br>☐ Yes  ■ No or N/A | Monthly number of domestic wires sent:<br>0 | Monthly $ amount of domestic wires sent:<br>$ 0.00 |
|---|---|---|
| Will your business send international wire transfers?<br>☐ Yes  ■ No or N/A | Monthly number of international wires sent:<br>0 | Monthly $ amount of international wires sent:<br>$ 0.00 |
| Will your business have cash deposits?<br>☐ Yes  ■ No or N/A | Monthly number of cash deposits:<br>0 | Monthly $ amount of cash deposits:<br>$ 0.00 |
| Will your business have cash withdrawals?<br>☐ Yes  ■ No or N/A | Monthly number of cash withdrawals:<br>0 | Monthly $ amount of cash withdrawals:<br>$ 0.00 |

| What is the purpose or types of transactions for which your BECU account(s) will be used:<br>■ Operating / General purpose   ☐ Savings / Investment |
|---|

| Do you have accounts for this business with an institution other than BECU?<br>☐ Yes  ■ No |
|---|

*North American Industry Classification System is the standard used by Federal Statistic Agencies to classify business establishments.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 124
Admitted _____

DOJ-02-0000006878

**3. Certificate of Authority** (persons authorized to open this membership with BECU on behalf of the business)

By signing below, whether the business is a corporation, partnership, limited partnership, limited liability company, or other entity separate from its owner(s), you certify that the business, by Resolution or otherwise, duly adopted in accordance with its charter, bylaws, and applicable law, are authorized to enter into this Agreement, apply for and maintain membership, sign up for additional products and services with BECU, and to take all other actions and steps reasonable or necessary to do so, and deliver any instruments, or agreements as necessary to BECU. Any action hereto taken by you is hereby ratified and confirmed by the business. Unless or until BECU is given written notice otherwise, you shall have full power and authority to act on behalf of the business. It shall not be necessary for BECU to inquire further into your powers or powers of the business's officers, directors, partners, managers, members, or agents purporting to act on its behalf.

| SIGNATURE | FULL LEGAL NAME |
|---|---|
| | Eric Shibley |

| TITLE / POSITION | | DATE |
|---|---|---|
| Owner | | 06/03/2019 |

| BECU Use Only | NFC verification (select one):<br>☑ Individual shown as governor on the Washington Secretary of State or My DOR website<br>☐ BECU Delegation of Banking Authority<br>☐ BECU Resolution of Banking Authority - Limited Partnerships and LLCs | Business Services Specialist verification (select one):<br>☐ BECU Resolution of Banking Authority - Corporations<br>☐ Resolution of Banking Authority (provided by the business)<br>☐ Partnership agreements |
|---|---|---|

**4. Membership Agreements** (Continued on the next page.)

SECTION 4 REQUIRED SIGNATURES

☑ Corporation / LLC
   ☑ Single owned: Owners' signature
   ☐ Multi-owned: All owner's with 25% or more ownership
   ☐ Multi-owned (where no one has 25% or more ownership): Person opening the business membership

☐ General Partnership / Limited Partnership
   ☐ Single owned: Owners' signature
   ☐ Multi-owned: All owner's with 25% or more ownership
☐ Non-Profit: Person opening the business membership

By signing below, you, the business, Business Owner, and each Authorized Signer(s), (collectively "You"), acknowledge and agree; that the information You provided is accurate, complete, and true and that You have instructed BECU as to the proper title of the account and we may rely on the information in our dealings with You, now, and in the future; that BECU may receive information about the business' and each Business Owner's credit history and performance from others, including credit reporting agencies; to the terms and conditions contained in this application; that You have reviewed and will retain for Your records the BECU Business Account Disclosure and Business Account Agreements, including Our Privacy Statement, Funds Availability Policy, and Electronic Funds Transfer Disclosure, and by signing below You acknowledge their receipt and agree to their terms and the business authorizes the persons identified in section 5 below as Authorized Signers.

**Taxpayer Identification Number Certification and Backup Withholding Information**
By signing below, You certify in accordance with the IRS W-9 instructions and under penalties of perjury that: 1. The number shown on this form is Your correct taxpayer identification number (or You are waiting for a number to be issued to you), and 2. You are not subject to backup withholding because: (a) You are exempt from backup withholding, or (b) You have not been notified by the Internal Revenue Service (IRS) that You are subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified You that You are no longer subject to backup withholding, and 3. You are a U.S. person (including a U.S. resident alien).

**Certification Instructions:** Cross out item 2 above if You have been notified by the IRS that You are currently subject to backup withholding because You have failed to report all interest and dividends on Your tax return. Cross out item 3 and complete a W-8 BEN if You are not a U.S. person.

**The Internal Revenue Service does not require Your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**IMPORTANT INFORMATION ABOUT YOUR PROCEDURES FOR OPENING A NEW ACCOUNT.** Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each person who opens an account. **What this means to you:** When you open an account we ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**MEMBERSHIP AGREEMENT SIGNATURES** (Continued on the next page.)

| INDIVIDUAL (1) | | | | | SSN / TIN |
|---|---|---|---|---|---|
| Eric  Shibley | | | | | ▨-5264 |

| CONTACT NUMBER | ☐ Home | ☑ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|---|
| (206) 771-7868 | | | | ▨/1978 | Jahan |

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|
| ▨ | DL | 07/11/2018 | 12/10/2019 | WA, USA |

| STREET ADDRESS | CITY |
|---|---|
| 4700 36th Ave SW | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | USA |

| Non-resident alien?<br>☐ Yes  ☑ No | If non-resident alien, country of origin:<br>N/A | Business ownership percentage:<br>100 | Authorized Signer?<br>☑ Yes  ☐ No |
|---|---|---|---|

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | Owner | 06/03/2019 |

DOJ-02-0000006879

**MEMBERSHIP AGREEMENT SIGNATURES** (Continued from the previous page.)

### INDIVIDUAL (2)

| | | | | | SSN / TIN | |
|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No |
| SIGNATURE | | | TITLE | | | DATE |

### INDIVIDUAL (3)

| | | | | | SSN / TIN | |
|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No |
| SIGNATURE | | | TITLE | | | DATE |

### INDIVIDUAL (4)

| | | | | | SSN / TIN | |
|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No |
| SIGNATURE | | | TITLE | | | DATE |

### INDIVIDUAL (5)

| | | | | | SSN / TIN | |
|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No |
| SIGNATURE | | | TITLE | | | DATE |

BECU 6873 04/2019

DOJ-02-0000006880

## 5. Additional Authorized Signers (optional)

Authorized Signers are able to perform transactions, open or close deposit accounts or services, and add or remove Agents or Non-Authorized Agents on **all business deposit accounts**. Authorized Signers can view and access information on **all business deposit and loan accounts**. See Business Account Agreements for responsibilities, restrictions, and limitations on Authorized Signers. Each new Authorized Signer must sign below.

| AUTHORIZED SIGNER (1) | | | | | SSN / TIN | |
|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |

Non-resident alien?   ☐ Yes   ☐ No   If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |
|---|---|---|
| AUTHORIZED SIGNER (2) | SSN / TIN | |

| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
|---|---|---|---|---|---|---|
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | |

Non-resident alien?   ☐ Yes   ☐ No   If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |
|---|---|---|

## 6. Agents* and Non-Authorized Agents** (ID and address for authentication purposes)

*Agents have no authority to act on behalf of the business. Agents may access information on all business accounts in person, in Online Banking, or by calling BECU, and may perform transfers between all accounts within the same business.
**Non-Authorized Agents have no authority to act on behalf of the business and no transaction authority on the business accounts. Non-Authorized Agents may only access information on all your business accounts in person, in Online Banking, or by calling BECU.

| NAME (1) | ☐ Agent ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|
| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | CITY | |
| STATE / PROVINCE | ZIP / POSTAL CODE | | COUNTRY | |
| NAME (2) | ☐ Agent ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | CITY | |
| STATE / PROVINCE | ZIP / POSTAL CODE | | COUNTRY | |

DOJ-02-0000006881

## 7. Deposit Products and Services

A Business Members Share Savings account is required to establish membership at BECU. Please refer to the BECU Business Account Disclosure for rates and fee schedule. Visit becu.org for additional information about our products and services.

**ACCOUNT (1)**

■ Business Member Share Savings (required)

**ACCOUNT (2)**

| ☐ Business Basic Checking | ■ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (3)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (4)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

## 8. ATM / Debit Cards for Authorized Signers

Use this section to select deposit account card types for Authorized Signers. **Note:** Selecting cards for Authorized Signers is optional.

| INDIVIDUAL (1) | | | INDIVIDUAL (2) | | |
|---|---|---|---|---|---|
| ■ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **INDIVIDUAL (3)** | | | **INDIVIDUAL (4)** | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **INDIVIDUAL (5)** | | | **AUTHORIZED SIGNER (1)** | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card |
| **AUTHORIZED SIGNER (2)** | | | | | |
| ☐ Debit Card | ☐ ATM Card | ☐ ATM Deposit-Only Card | | | |

| BECU Use Only | BASIS FOR ELIGIBILITY |
|---|---|
| | Entity in WA |
| | NEW ACCOUNT NUMBERS  36127114 95 , 3612711536 |

| DATE | REP | Owners and authorized signers: | ■ OFAC on business name |
|---|---|---|---|
| 06/03/2019 | DE | ■ IDV verified   ■ QualiFile® | ■ ID verified |

BECU 6873 04/2019    Submit your application in person at any BECU location to establish membership.    Page 5 of 5
To find a BECU location, visit **becu.org/locations**.

DOJ-02-0000006882



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303     TRN          S          Y     ST01

**Business Statement**
Account Number:
1 535 6803 1766
Statement Period:
Jun 3, 2019
through
Jun 30, 2019

Page 1 of 2

00012375 01  SP  0.500  000638122530932 P  Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                       *To Contact U.S. Bank*
**24-Hour Business
Solutions:**                                1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                                usbank.com

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on July 31, 2019. You can obtain a copy at
usbank.com/tmtermsandconditions. If you are unable to access this information for any reason, please reach out to your U.S.
Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING                                          *Member FDIC*
### ACCOUNT CLOSED
U.S. Bank National Association                                    Account Number 1-535-6803-1766
**Account Summary**

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Jun 3 |  | $ | 5,858.07- |
| Other Deposits | 1 |  | 5,888.07 |
| Other Withdrawals | 1 |  | 30.00- |
| **Ending Balance on  Jun 30, 2019** |  | **$** | **0.00** |

**Other Deposits**

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Jun 10 | Charge Off Overdrawn Acct |  | $ | 5,888.07 |
|  | **Total Other Deposits** |  | **$** | **5,888.07** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Jun 10 | Force-Closed Account Fee | 1000000001 | $ | 30.00- |
|  | **Total Other Withdrawals** |  | **$** | **30.00-** |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Jun 10 | 0.00 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: May 2019

| | | | |
|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 5.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 5.00 |

### Service Activity Detail for Account Number 1-535-6803-1766

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** |  |  |  |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Charge For Neg Coll Balance | 5,858.07 |  | No Charge |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 125
Admitted _____
```



**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be investigated within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

**EQUAL HOUSING LENDER**

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

 ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766
Statement Period:
Jun 3, 2019
through
Jun 30, 2019

Page 2 of 2



**ANALYSIS SERVICE CHARGE DETAIL** **(CONTINUED)**
**Service Activity Detail for Account Number 1-535-6803-1766 (continued)**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 5.00 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000025
DOJ-01-0000004562



This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN                S              Y        ST01

**Business Statement**
Account Number:
1 535 6803 1766
Statement Period:
May 1, 2019
through
May 31, 2019

Page 1 of 1

000136872 01  SP  0.500  000638089618138 P  Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              **To Contact U.S. Bank**
**24-Hour Business
Solutions:**                        *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                        *usbank.com*

---

## SILVER BUSINESS CHECKING
### AWAITING CLOSING/FINAL TRANSACTION(s)
U.S. Bank National Association

*Member FDIC*

**Account Number 1-535-6803-1766**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on May 1 | $ | 5,858.07- |
| **Ending Balance on  May 31, 2019** | **$** | **5,858.07-** |

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: April 2019

| | | | |
|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 5.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 5.00 |

### Service Activity Detail for Account Number 1-535-6803-1766

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Charge For Neg Coll Balance | 5,858.07 | | No Charge |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 5.00 |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement. $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section. $_____

5.  Total lines 3 and 4. $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5.  This is your balance. $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be investigated within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN           S          Y      ST01

**Business Statement**
Account Number:
1 535 6803 1766
Statement Period:
Apr 1, 2019
through
Apr 30, 2019

Page 1 of 1

00131285 01  SP  0.500  000638057569685 P  Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                      *To Contact U.S. Bank*
**24-Hour Business**
**Solutions:**                          *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                           *usbank.com*

---

**SILVER BUSINESS CHECKING**                                     *Member FDIC*
**AWAITING CLOSING/FINAL TRANSACTION(s)**
U.S. Bank National Association                    **Account Number 1-535-6803-1766**
**Account Summary**

| Beginning Balance on Apr 1 | $ | 5,858.07- |
|---|---|---|
| **Ending Balance on  Apr 30, 2019** | **$** | **5,858.07-** |

**ANALYSIS SERVICE CHARGE DETAIL**
Account Analysis Activity for: March 2019

| | | | | |
|---|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 5.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 5.00 |

**Service Activity Detail for Account Number 1-535-6803-1766**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 5 | | No Charge |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Charge For Neg Coll Balance | 4,841.94 | | No Charge |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 5.00 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK           USB1379-01-0000029

DOJ-01-0000004566



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                              $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5.  Total lines 3 and 4.                                                                                              $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5.  This is your balance.                                                $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK                    USB1379-01-0000030
                                                                                                                      DOJ-01-0000004567

# **us bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN                    S              Y      ST01

|ᴵᴵᴵᵘ•••••ᴵᴵᵘ•ᴵᴵᴵᴵᵘᴵᴵᴵᵘ••ᴵᴵᴵᴵᵘᴵᴵᴵᴵᵘᴵᴵᴵᴵ••ᴵᴵᵘᴵᴵᵘᴵᴵᴵᵘ|
000012982901 01 SP 0.500 106481965908767 P Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Business Statement**

Account Number:
1 535 6803 1766

Statement Period:
Mar 1, 2019
through
Mar 29, 2019

Page 1 of 1



☎                                          **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                    1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                                          usbank.com

---

## SILVER BUSINESS CHECKING                                 *Member FDIC*

### AWAITING CLOSING/FINAL TRANSACTION(s)

U.S. Bank National Association                        **Account Number 1-535-6803-1766**

### Account Summary

|                               | # Items |     |            |
|-------------------------------|---------|-----|------------|
| Beginning Balance on Mar 1    |         | $   | 1,733.07-  |
| Other Withdrawals             | 4       |     | 4,125.00-  |
| **Ending Balance on  Mar 31, 2019** |   | **$** | **5,858.07-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Mar  1 | MERCH 8032218060 | SEATTLE  BILLING | | $ | 25.00- |
| Mar  1 | MERCH 8032218060 | SEATTLE  ARCS CH A | | | 350.00- |
| Mar  7 | MERCH 8032218060 | SEATTLE  ARCS CH A | | | 3,000.00- |
| Mar 19 | Forced Post ACH Withdrawl | From ADJUSTMENT | | | 750.00- |
|  | REF=190780163280100Y00 | 5911111111REVCRFRAUDPP*NW FAMILY | | | |
|  | REVCRFRAUD PP*NW FAMILY | PS | | | |
|  |  | PSYCHOLOGY | | | |
|  |  | **Total Other Withdrawals** | | **$** | **4,125.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar  1 | 2,108.07- | Mar  7 | 5,108.07- | Mar 19 | 5,858.07- |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2019

| | | | |
|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 7.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 7.00 |

### Service Activity Detail for Account Number 1-535-6803-1766

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 28 | | No Charge |
| Counter Checks | 1 | 2.00000 | 2.00 |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Charge For Neg Coll Balance | 3,493.92 | | No Charge |
| Subtotal: Depository Services | | | 7.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 7.00 |

---

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK                    USB1379-01-0000031

DOJ-01-0000004568



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

3.  Enter the ending balance shown on this statement.                                       $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.      $_____

5.  Total lines 3 and 4.                                                                               $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                     $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be investigated within 30 days per Your Deposit Account Agreement.
## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC



**Business Statement**

Account Number:
1 535 6803 1766
Statement Period:
Feb 1, 2019
through
Feb 28, 2019

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN            S          Y       ST01

Page 1 of 5



000013851401  SP  0.500  106481930716023 P  Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                           *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                                 *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                                  *usbank.com*

---

**SILVER BUSINESS CHECKING**                                *Member FDIC*
### AWAITING CLOSING/FINAL TRANSACTION(s)
U.S. Bank National Association                        Account Number 1-535-6803-1766

## Account Summary

|                          | # Items |   |          |
|--------------------------|---------|---|----------|
| Beginning Balance on Feb 1 |       | $ | 294.18   |
| Other Deposits           | 35      |   | 29,818.71 |
| Card Withdrawals         | 4       |   | 288.21-  |
| Other Withdrawals        | 26      |   | 19,557.75- |
| Checks Paid              | 2       |   | 12,000.00- |
| **Ending Balance on  Feb 28, 2019** | | **$** | **1,733.07-** |

## Other Deposits

| Date | | Description of Transaction | | Ref Number | | Amount |
|------|---|----------------------------|---|------------|---|--------|
| Feb | 1 | Mobile Banking Transfer | From Account ▆▆▆▆1758 | | $ | 350.00 |
| Feb | 4 | Visa Direct | SQC*Shibley Medi | 2302021120 | | 243.12 |
| Feb | 5 | Electronic Deposit<br>REF=190360142229320Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 5 | Electronic Deposit<br>REF=190360142229340Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 468.00 |
| Feb | 5 | Electronic Deposit<br>REF=190360142229630Y00<br>PROV CR STEVEN TUTTY LLC | From ADJUSTMENT<br>5911111111PROV CR STEVEN TUTTY LLC | | | 4,750.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930930Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930950Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930710Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930750Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930790Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930810Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |
| Feb | 6 | Electronic Deposit<br>REF=190370151930850Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | | 104.00 |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER

 **US bank.**

ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Feb 1, 2019
through
Feb 28, 2019



Page 2 of 5

**SILVER BUSINESS CHECKING** (CONTINUED)
**AWAITING CLOSING/FINAL TRANSACTION(s)**

U.S. Bank National Association | Account Number 1-535-6803-1766
**Other Deposits (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Feb 6 | Electronic Deposit<br>REF=190370151930670Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 104.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930890Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930970Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930730Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930770Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930830Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930870Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930690Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 468.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151930910Y00<br>PROV CR SQ *SCHNEIDER'S | From ADJUSTMENT<br>5911111111PROV CR SQ *SCHNEIDER'S | | 494.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151929190Y00<br>PROV CR SEATTLE | From ADJUSTMENT<br>5911111111PROV CR SEATTLE DEPOSITIO<br>DEPOSITION REPORT | | 563.05 |
| Feb 6 | Electronic Deposit<br>REF=190370151928020Y00<br>PROV CR PP*NW Family | From ADJUSTMENT<br>5911111111PROV CR PP*NW Family Psyc<br>Psychology | | 750.00 |
| Feb 6 | Electronic Deposit<br>REF=190370151929170Y00<br>PROV CR SEATTLE | From ADJUSTMENT<br>5911111111PROV CR SEATTLE DEPOSITIO<br>DEPOSITION REPORT | | 973.28 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 7 | Overdraft Paid Fee | Refund | | 36.00 |
| Feb 8 | Electronic Deposit<br>REF=190390101520620Y00<br>PROV CR NW FAMILY | From ADJUSTMENT<br>5911111111PROV CR NW FAMILY<br>PSYCHOL<br>PSYCHOLOGY | | 1,250.00 |
| Feb 8 | Electronic Deposit<br>REF=190390101520600Y00<br>PROV CR NW FAMILY | From ADJUSTMENT<br>5911111111PROV CR NW FAMILY<br>PSYCHOL<br>PSYCHOLOGY | | 1,750.00 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK        USB1379-01-0000035

DOJ-01-0000004572



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 3 of 5

## SILVER BUSINESS CHECKING                                                     (CONTINUED)
## AWAITING CLOSING/FINAL TRANSACTION(s)

U.S. Bank National Association                                              Account Number 1-535-6803-1766

**Other Deposits (continued)**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Feb 21 | Addition | | 8955562218 | | 13,727.26 |
| | | Total Other Deposits | | $ | 29,818.71 |

**Card Withdrawals**
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Feb 1 | Debit Purchase - VISA PRACTICE FUSION ************6779 | On 020119 415-346-7700 CA REF # 24692169032100329694901 | 2100329694 | $ | 109.00- |
| Feb 4 | Debit Purchase - VISA AD IQ 1-888-402- ************6779 | On 020219 888-402-2347 NV REF # 24692169033100968295571 | 3100968295 | | 58.33- |
| Feb 6 | Debit Purchase - VISA AAA LIFE INSURAN ************6779 | On 020619 800-624-1662 MI REF # 24692169036100060446 US1 | 6100060446 | | 110.88- |
| Feb 12 | Debit Purchase - VISA PROFESSIONAL RX ************6779 | On 020819 LAS VEGAS NV REF # 24071059039432530000348 | 9432530000 | | 10.00- |
| | | Card 6779  Withdrawals Subtotal | | $ | 288.21- |
| | | Total Card Withdrawals | | $ | 288.21- |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Feb 1 | MERCH 8032218060 | SEATTLE  BILLING | | $ | 361.85- |
| Feb 11 | Account Closed | | | | 0.00- |
| Feb 11 | Branch Account Transfer | To Account 153568031758 | | | 0.57- |
| Feb 11 | Mobile Banking Transfer | To Account 153568031758 | | | 735.00- |
| Feb 11 | Mobile Banking Transfer | To Account 153568031758 | | | 7,000.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300280Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300300Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300320Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300360Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300180Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300220Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300240Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 104.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300260Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | | 468.00- |



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Feb 1, 2019
through
Feb 28, 2019



Page 4 of 5

**SILVER BUSINESS CHECKING** (CONTINUED)
**AWAITING CLOSING/FINAL TRANSACTION(s)**

U.S. Bank National Association                                      Account Number 1-535-6803-1766

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300340Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300380Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300400Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300140Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300160Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300200Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300120Y00 REV PROV CR SEATTLE | From ADJUSTMENT 5911111111REV PROV CR SEATTLE | | 973.28- |
| Feb 15 | Forced Post ACH Withdrawl REF=190460162300420Y00 REV PROV CR STEVEN T | From ADJUSTMENT 5911111111REV PROV CR STEVEN T | | 4,750.00- |
| Feb 27 | Forced Post ACH Withdrawl REF=190580181824750Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 104.00- |
| Feb 27 | Forced Post ACH Withdrawl REF=190580181824790Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 104.00- |
| Feb 27 | Forced Post ACH Withdrawl REF=190580181824770Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 468.00- |
| Feb 27 | Forced Post ACH Withdrawl REF=190580181824730Y00 REV PROV CR SQ *SCHN | From ADJUSTMENT 5911111111REV PROV CR SQ *SCHN | | 494.00- |
| Feb 27 | Forced Post ACH Withdrawl REF=190580181824710Y00 REV PROV CR SEATTLE | From ADJUSTMENT 5911111111REV PROV CR SEATTLE | | 563.05- |

|  |  | **Total Other Withdrawals** | **$** | **19,557.75-** |
|--|--|--|--|--|

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0000 | Feb 7 | 8955408153 | 8,000.00 | 1026* | Feb 12 | 8356572104 | 4,000.00 |

| * Gap in check sequence | | **Conventional Checks Paid (2)** | **$** | **12,000.00-** |
|--|--|--|--|--|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Feb  1 | 173.33 | Feb  6 | 12,457.57 | Feb 11 | 10.00 |
| Feb  4 | 358.12 | Feb  7 | 4,745.57 | Feb 12 | 4,000.00- |
| Feb  5 | 5,680.12 | Feb  8 | 7,745.57 | Feb 15 | 13,727.28- |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK                    USB1379-01-0000037
DOJ-01-0000004574



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 5 of 5

## SILVER BUSINESS CHECKING (CONTINUED)
### AWAITING CLOSING/FINAL TRANSACTION(s)

U.S. Bank National Association                                        **Account Number 1-535-6803-1766**
**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|
| Feb 21 | 0.02- | Feb 27 | 1,733.07- |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: January 2019

| | | | |
|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 2.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 2.00 |

### Service Activity Detail for Account Number 1-535-6803-1766

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 90 | | No Charge |
| Counter Checks | 1 | 2.00000 | 2.00 |
| Subtotal: Depository Services | | | 2.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 2.00 |



**Business Statement**
Account Number:
1 535 6803 1766
Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 6

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303    TRN    S    Y    ST01



000024193901 SP    106481896056957 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

☎    *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*    *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*    *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2019.**
Please contact your banker or Treasury Management consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (1.800.872.2657) to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:
- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

Protecting your accounts is our highest priority.  We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards.  If your U.S. Bank Business Debit or ATM Card has not been used within the last 18 months, it may be closed.  You will be notified at a later date in the event that your card will be closed.  Please call us with any questions at 800-673-3555.

## SILVER BUSINESS CHECKING
U.S. Bank National Association

*Member FDIC*
Account Number 1-535-6803-1766

### Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Jan 2 |  | $ | 751.73 |
| Other Deposits | 21 |  | 12,590.68 |
| Card Withdrawals | 68 |  | 6,651.30- |
| Other Withdrawals | 8 |  | 5,196.93- |
| Checks Paid | 1 |  | 1,200.00- |
| **Ending Balance on  Jan 31, 2019** | **$** |  | **294.18** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  2 | MERCH 8032218060 | SEATTLE  DEPOSIT | | $ | 250.00 |
| Jan  3 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 1,050.00 |
| Jan  4 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 1,025.00 |
| Jan  7 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 350.00 |
| Jan  8 | Visa Direct | SQC*Shibley Medi | 2301080031 | | 243.12 |
| Jan  9 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 750.00 |
| Jan 10 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 1,300.00 |
| Jan 11 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 900.00 |
| Jan 14 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 600.00 |
| Jan 14 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 740.00 |
| Jan 14 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 1,900.00 |
| Jan 16 | MERCH 8032218060 | SEATTLE  DEPOSIT | | | 500.00 |
| Jan 17 | Debit Purchase Ret - VISA | On 011519 SEATTLE WA | 6010186471 | | 49.44 |
|  | THE HOME DEPOT # | REF # 74610439016010186471 US1 | | | |
|  | *************6779 | | | | |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5.  Total lines 3 and 4.    $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5.  This is your balance.    $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
        *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• ***Account information:*** Your name and account number.
• ***Dollar Amount:*** The dollar amount of the suspected error.
• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000040
DOJ-01-0000004577



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Jan 2, 2019
through
Jan 31, 2019



Page 2 of 6

## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association — Account Number 1-535-6803-1766

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 17 | MERCH 8032218060 | SEATTLE  DEPOSIT | | 700.00 |
| Jan 18 | Visa Direct | SQC*Shibley Medi | 2701181354 | 243.12 |
| Jan 22 | MERCH 8032218060 | SEATTLE  DEPOSIT | | 350.00 |
| Jan 22 | MERCH 8032218060 | SEATTLE  DEPOSIT | | 350.00 |
| Jan 23 | Electronic Deposit REF=190230077998870N00 | From Square Inc 9424300002190123P2 L210413916072 | | 420.00 |
| Jan 24 | Electronic Deposit REF=190240077222330N00 | From Square Inc 9424300002190124P2 L210414062784 | | 500.00 |
| Jan 28 | MERCH 8032218060 | SEATTLE  DEPOSIT | | 120.00 |
| Jan 31 | Mobile Banking Transfer | From Account 153568031758 | | 250.00 |

Total Other Deposits $ 12,590.68

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 2 | Debit Purchase - VISA AD IQ 1-888-402- ************6779 | On 010219 888-402-2347 NV REF # 2469216900210059851270 7 | 2100598512 | $ 58.33- |
| Jan 2 | Debit Purchase - VISA THE HOME DEPOT 8 ************6779 | On 123018 SEATTLE WA REF # 2469216836510082571044 0 | 5100825710 | 100.00- |
| Jan 2 | Debit Purchase - VISA PRACTICE FUSION ************6779 | On 010119 415-346-7700 CA REF # 2469216900110011030924 5 | 1100110309 | 109.00- |
| Jan 7 | Debit Purchase - VISA TRADER JOE'S #15 ************6779 | On 010419 WEST SEATTLE WA REF # 2449398900519100015361 9 | 5191000153 | 13.26- |
| Jan 7 | Debit Purchase - VISA PANDA EXPRESS 17 ************6779 | On 010419 GIG HARBOR WA REF # 2443106900583800009568 9 | 5838000095 | 15.79- |
| Jan 7 | Debit Purchase - VISA RITE AID STORE - ************6779 | On 010519 SEATTLE WA REF # 2469216900510043446868 1 | 5100434468 | 17.33- |
| Jan 7 | Debit Purchase - VISA AAA LIFE INSURAN ************6779 | On 010619 800-624-1662 MI REF # 2469216906100343144 US1 | 6100343144 | 110.88- |
| Jan 9 | Debit Purchase - VISA RITE AID STORE - ************6779 | On 010819 SEATTLE WA REF # 2469216900910060509168 0 | 9100605091 | 21.65- |
| Jan 9 | Debit Purchase - VISA SHELL OIL 574440 ************6779 | On 010719 SEATTLE WA REF # 2431605900854859305609 1 | 8548593056 | 40.00- |
| Jan 9 | Debit Purchase - VISA SECOND USE BUILD ************6779 | On 010719 SEATTLE WA REF # 2425138900803003787058 3 | 8030037870 | 327.55- |
| Jan 10 | Debit Purchase - VISA MCDONALD'S F1336 ************6779 | On 010919 SEATTLE WA REF # 2442733900972005054757 0 | 9720050547 | 14.05- |
| Jan 10 | Debit Purchase - VISA 76 - UNITED PACI ************6779 | On 010919 KIRKLAND WA REF # 2401517900900115514547 1 | 9001155145 | 15.20- |
| Jan 10 | Debit Purchase - VISA MCDONALD'S M2967 ************6779 | On 010819 SEATTLE WA REF # 2442733900971003658582 8 | 9710036585 | 20.49- |



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 3 of 6

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association                                                          Account Number 1-535-6803-1766

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Jan 10 | Debit Purchase - VISA<br>SHELL OIL 574457<br>************6779 | On 010819 SEATTLE WA<br>REF # 2431605900954871042659 | 9548711042 | 49.89- |
| Jan 11 | Debit Purchase - VISA<br>TACO TIME KIRKLA<br>************6779 | On 010919 KIRKLAND WA<br>REF # 2425138900018026194376 | 0018026194 | 24.01- |
| Jan 11 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 010919 SEATTLE WA<br>REF # 2461043901010186451380 | 0010186451 | 27.50- |
| Jan 11 | Debit Purchase - VISA<br>SAFEWAY #1062<br>************6779 | On 010919 SEATTLE WA<br>REF # 2443106901097016042066 | 0975016042 | 44.09- |
| Jan 11 | Debit Purchase - VISA<br>ARCO#81686BARAKA<br>************6779 | On 011019 RENTON WA<br>REF # 2412254901174402864485 | 1744002864 | 44.38- |
| Jan 11 | Debit Purchase - VISA<br>SAFEWAY #1062<br>************6779 | On 010919 SEATTLE WA<br>REF # 2443106901097015202497 | 0975015202 | 63.38- |
| Jan 11 | Debit Purchase - VISA<br>LUMBER MARKET IN<br>************6779 | On 011019 SEATTLE WA<br>REF # 2401339901000131728034 | 0001317280 | 108.51- |
| Jan 14 | Debit Purchase - VISA<br>EXXONMOBIL   99<br>************6779 | On 011019 KIRKLAND WA<br>REF # 2416405901183700206484 | 1837002006 | 12.16- |
| Jan 14 | Debit Purchase - VISA<br>SUBWAY     05<br>************6779 | On 011019 KIRKLAND WA<br>REF # 2416407901125515257433 | 1255152574 | 15.65- |
| Jan 14 | Debit Purchase - VISA<br>TACO TIME KIRKLA<br>************6779 | On 011019 KIRKLAND WA<br>REF # 2425138901018028521021 | 1018028521 | 24.92- |
| Jan 14 | Debit Purchase - VISA<br>THE HOME DEPOT 4<br>************6779 | On 011119 SEATTLE WA<br>REF # 2469216901210059817590 | 2100598177 | 87.16- |
| Jan 14 | Debit Purchase - VISA<br>DROPBOX*TSBTYQPK<br>************6779 | On 011219 DROPBOX.COM  CA<br>REF # 2469216901210073634358 | 2100736343 | 109.00- |
| Jan 14 | Debit Purchase - VISA<br>COMCAST CABLE CO<br>************6779 | On 011419 800-COMCAST  WA<br>REF # 2469216901410040078 US1 | 4100400789 | 214.04- |
| Jan 14 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 011219 SEATTLE WA<br>REF # 2461043901301019076387 | 3010190763 | 265.44- |
| Jan 14 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 011019 SEATTLE WA<br>REF # 2461043901101018307174 | 1010183071 | 421.95- |
| Jan 15 | Debit Purchase - VISA<br>MCDONALD'S F1336<br>************6779 | On 011419 SEATTLE WA<br>REF # 2442733901472004853595 | 4720048535 | 19.56- |
| Jan 15 | Debit Purchase - VISA<br>TMOBILE*POSTPAID<br>************6779 | On 011419 800-937-8997 WA<br>REF # 2469216901410085467761 | 4100854677 | 278.20- |
| Jan 16 | Debit Purchase - VISA<br>CHEVRON 0375344<br>************6779 | On 011519 SEATTLE WA<br>REF # 2469216901510007266457 | 5100072664 | 10.01- |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

 **U.S.bank.**

ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Jan 2, 2019
through
Jan 31, 2019



Page 4 of 6

## SILVER BUSINESS CHECKING                                                    (CONTINUED)
U.S. Bank National Association                                    **Account Number 1-535-6803-1766**
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Jan 16 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 011419 SEATTLE WA<br>REF # 2461043901501018659604 | 5010186596 | 23.64- |
| Jan 16 | Debit Purchase - VISA<br>MCDONALD'S F1336<br>************6779 | On 011519 SEATTLE WA<br>REF # 2442733901572005042820 3 | 5720050428 | 27.45- |
| Jan 16 | Debit Purchase - VISA<br>MCDONALD'S F1336<br>************6779 | On 011519 SEATTLE WA<br>REF # 2442733901572005042999 5 | 5720050429 | 30.29- |
| Jan 16 | Debit Purchase - VISA<br>THE CPAP SHOP<br>************6779 | On 011519 866-4149700  NJ<br>REF # 2475542901527015144714 1 | 5270151447 | 36.00- |
| Jan 16 | Debit Purchase - VISA<br>THE HOME DEPOT 4<br>************6779 | On 011419 SEATTLE WA<br>REF # 2469216901510020666090 1 | 5100206660 | 220.11- |
| Jan 17 | Debit Purchase - VISA<br>SHELL OIL 574449<br>************6779 | On 011519 SEATTLE WA<br>REF # 2431605901654869204935 1 | 6548692049 | 5.20- |
| Jan 17 | Debit Purchase - VISA<br>PROFESSIONAL RX<br>************6779 | On 011619 LAS VEGAS NV<br>REF # 2407105901643253000031 1 | 6432530000 | 10.00- |
| Jan 17 | Debit Purchase - VISA<br>SHELL OIL 574440<br>************6779 | On 011519 SEATTLE WA<br>REF # 2431605901654860205684 3 | 6548602056 | 10.88- |
| Jan 17 | Debit Purchase - VISA<br>SHELL OIL 574449<br>************6779 | On 011519 SEATTLE WA<br>REF # 2431605901654869304935 0 | 6548693049 | 22.47- |
| Jan 17 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 011519 SEATTLE WA<br>REF # 2461043901601018647137 4 | 6010186471 | 23.64- |
| Jan 17 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************6779 | On 011519 SEATTLE WA<br>REF # 2461043901601018647110 1 | 6010186471 | 28.59- |
| Jan 17 | Debit Purchase - VISA<br>APP INC W MARGIN<br>************6779 | On 011619 SEATTLE WA<br>REF # 2469216901710005738568 9 | 7100057385 | 38.32- |
| Jan 17 | Debit Purchase - VISA<br>TARGET       00<br>************6779 | On 011619 SEATTLE WA<br>REF # 2416407901609100790440 9 | 6091007904 | 57.47- |
| Jan 17 | Debit Purchase - VISA<br>TRADER JOE'S #15<br>************6779 | On 011619 WEST SEATTLE WA<br>REF # 2449398901719100030340 0 | 7191000303 | 73.22- |
| Jan 17 | Debit Purchase - VISA<br>STATE FARM INSUR<br>************6779 | On 011619 800-956-6310 IL<br>REF # 2443106901602699782 9 US1 | 6026997829 | 150.08- |
| Jan 17 | Debit Purchase - VISA<br>THE HOME DEPOT 8<br>************6779 | On 011519 SEATTLE WA<br>REF # 2469216901610076992830 6 | 6100769928 | 303.20- |
| Jan 17 | Debit Purchase - VISA<br>SQ *KEY DOCTOR<br>************6779 | On 011619 RENTON WA<br>REF # 2449215901685426976177 2 | 6854269761 | 440.00- |
| Jan 18 | Debit Purchase - VISA<br>UWAJIMAYA SEATTL<br>************6779 | On 011719 SEATTLE WA<br>REF # 2442733901772003668923 1 | 7720036689 | 3.79- |



ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 5 of 6

## SILVER BUSINESS CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                         **Account Number 1-535-6803-1766**
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 18 | Debit Purchase - VISA SAFEWAY FOOD STO ************6779 | On 011619 SNOQUALMIE WA REF # 2443106901797501917 0529 | 7975019170 | 6.03- |
| Jan 18 | Debit Purchase - VISA MCDONALD'S F1336 ************6779 | On 011719 SEATTLE WA REF # 2442733901772005388 3741 | 7720053883 | 15.48- |
| Jan 18 | Debit Purchase - VISA SQ *CONGEEZ ************6779 | On 011719 SEATTLE WA REF # 2469216901810063431 3773 | 8100634313 | 46.24- |
| Jan 22 | Debit Purchase - VISA PANDA EXPRESS 17 ************6779 | On 011819 GIG HARBOR WA REF # 2443106901983800002 1812 | 9838000021 | 3.26- |
| Jan 22 | Debit Purchase - VISA PANDA EXPRESS 17 ************6779 | On 011819 GIG HARBOR WA REF # 2443106901983800002 1820 | 9838000021 | 3.26- |
| Jan 22 | Debit Purchase - VISA RITE AID STORE - ************6779 | On 012019 SEATTLE WA REF # 2469216902110025743 3911 | 1100257433 | 7.70- |
| Jan 22 | Debit Purchase - VISA PANDA EXPRESS 17 ************6779 | On 011819 GIG HARBOR WA REF # 2443106901983800002 1796 | 9838000021 | 12.31- |
| Jan 22 | Debit Purchase - VISA MCDONALD'S M2967 ************6779 | On 012019 SEATTLE WA REF # 2442733902171001724 9620 | 1710017249 | 13.20- |
| Jan 22 | Debit Purchase - VISA MCLENDONS - WHIT ************6779 | On 012019 SEATTLE WA REF # 2469216902110043904 6433 | 1100439046 | 29.67- |
| Jan 22 | Debit Purchase - VISA CHANS PLACE-ISSA ************6779 | On 012119 ISSAQUAH WA REF # 2401339902100276516 0058 | 1002765160 | 34.87- |
| Jan 22 | Debit Purchase - VISA SQC*MCKENZIE FIT ************6779 | On 011919 8774174551 CA REF # 2449215901974020315 2235 | 9740203152 | 150.00- |
| Jan 22 | Debit Purchase - VISA PUGET SOUND ENER ************6779 | On 011819 888-225-5773 WA REF # 2469216901810005251 9976 | 8100052519 | 189.42- |
| Jan 22 | Debit Purchase - VISA LUMBER MARKET IN ************6779 | On 011819 SEATTLE WA REF # 2401339901800241154 2118 | 8002411542 | 385.76- |
| Jan 22 | Debit Purchase - VISA THE HOME DEPOT 8 ************6779 | On 011719 SEATTLE WA REF # 2469216901810090893 2977 | 8100908932 | 770.42- |
| Jan 23 | Debit Purchase - VISA SEATTLE PUBLIC U ************6779 | On 012219 206-684-3000 WA REF # 2449398902200718237 2174 | 2007182372 | 310.87- |
| Jan 24 | Debit Purchase - VISA MCDONALD'S F1336 ************6779 | On 012319 SEATTLE WA REF # 2442733902372004996 6537 | 3720049966 | 17.13- |
| Jan 24 | Debit Purchase - VISA SPU SO RECYCLING ************6779 | On 012319 SEATTLE WA REF # 2449398902428640890 0418 | 4286408900 | 46.40- |
| Jan 25 | Debit Purchase - VISA SHELL OIL 574440 ************6779 | On 012319 SEATTLE WA REF # 2431605902454860504 7674 | 4548605047 | 21.55- |

 **US bank.**

ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Business Statement**
Account Number:
1 535 6803 1766

Statement Period:
Jan 2, 2019
through
Jan 31, 2019



Page 6 of 6

## SILVER BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association                    Account Number 1-535-6803-1766

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6779

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 25 | Debit Purchase - VISA | On 012319 SEATTLE WA | 4100184202 | 400.00- |
| | THE HOME DEPOT 4 | REF # 24692169024100184202741 | | |
| | ***********6779 | | | |

| | | | |
|---|---|---|---|
| | Card 6779  Withdrawals Subtotal | $ | 6,651.30- |
| | Total Card Withdrawals | $ | 6,651.30- |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan  2 | MERCH 8032218060 | SEATTLE  BILLING | $ | 292.93- |
| Jan  4 | Mobile Banking Transfer | To Account ████1758 | | 1,500.00- |
| Jan  8 | Branch Account Transfer | To Account ████1758 | | 500.00- |
| Jan 14 | Mobile Banking Transfer | To Account ███1758 | | 1,000.00- |
| Jan 15 | Analysis Service Charge | | 1500000000 | 4.00- |
| Jan 15 | Mobile Banking Transfer | To Account ████1758 | | 1,000.00- |
| Jan 28 | Mobile Banking Transfer | To Account ████1758 | | 300.00- |
| Jan 28 | Mobile Banking Transfer | To Account ████1758 | | 600.00- |

| | | | |
|---|---|---|---|
| | Total Other Withdrawals | $ | 5,196.93- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0000 | Jan 14 | 8059262914 | 1,200.00 |

| | | | |
|---|---|---|---|
| | Conventional Checks Paid (1) | $ | 1,200.00- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan  2 | 441.47 | Jan 11 | 3,101.63 | Jan 22 | 700.13 |
| Jan  3 | 1,491.47 | Jan 14 | 2,991.31 | Jan 23 | 809.26 |
| Jan  4 | 1,016.47 | Jan 15 | 1,689.55 | Jan 24 | 1,245.73 |
| Jan  7 | 1,209.21 | Jan 16 | 1,842.05 | Jan 25 | 824.18 |
| Jan  8 | 952.33 | Jan 17 | 1,428.42 | Jan 28 | 44.18 |
| Jan  9 | 1,313.13 | Jan 18 | 1,600.00 | Jan 31 | 294.18 |
| Jan 10 | 2,513.50 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: December 2018

| | | | |
|---|---|---|---|
| Account Number: | 1-535-6803-1766 | $ | 4.00 |
| Analysis Service Charge assessed to | 1-535-6803-1766 | $ | 4.00 |

**Service Activity Detail for Account Number 1-535-6803-1766**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 73 | | No Charge |
| Counter Checks | 2 | 2.00000 | 4.00 |
| Subtotal: Depository Services | | | 4.00 |
| Fee Based Service Charges for Account Number 1-535-6803-1766 | | $ | 4.00 |

 **bank**      **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: ERIC R SHIBLEY MD PLLC | |
|---|---|
| ADDRESS: 4700 36TH AVE SW | TIN: ███████9052 |
| | PHONE: (253) 697-4000 |
| CITY: SEATTLE          STATE: WA     ZIP: 98126-2716 | |

| TYPE OF BUSINESS: Limited Liability Company - S Corp |
|---|
| TYPE OF ACCOUNT: Silver Business Checking |
| OWNERSHIP:   Limited Liability Company |

| Account Holder Name(s) | Account Number |
|---|---|
| ERIC R SHIBLEY, JOO | 153568031766 |

| DATE OPENED: 02/02/2017  TIME OPENED: 01:11 PM  OPENED BY:  Nathaniel A Engstrom    OFFICE: 03303 |
|---|

**Certification:**  Under penalties of perjury, I certify that:
  (1)      ███████9052) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
  (2)      I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
  (3)      I am a U.S. Citizen or other U.S. person, and
  (4)      The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transaction, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 02/02/2017 by  ERIC R SHIBLEY

ERIC R SHIBLEY _____ Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 02/02/2017 by  ERIC R SHIBLEY

ERIC R SHIBLEY _____ Date:

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 126**
**Admitted _____**

Page 1 of 1

153568031766  276  Form BSIGCD 11/2015



U.S. Bank
Customer Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000047

DOJ-01-0000004584

# US bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN            S         Y      ST01

**Business Statement**

Account Number:
1 535 6803 1782
Statement Period:
Jul 1, 2019
through
Jul 31, 2019

Page 1 of 1

000128723 01  SP  0.560  000638155120450 P  Y
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              **To Contact U.S. Bank**
**24-Hour Business**
**Solutions:**                        1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                           usbank.com

## INFORMATION YOU SHOULD KNOW

Our updated Services Terms and Conditions and Cash Management Services Terms and Conditions are now effective for
U.S. Bank business clients. To view the revised documents, go to usbank.com/tmtermsandconditions and use password
terms2019. If you are unable to access this information or have questions, please reach out to your U.S. Bank representative or
Commercial Customer Service team for assistance.

## PREFERRED BUSINESS MONEY MARKET                                    *Member FDIC*
### ACCOUNT CLOSED

U.S. Bank National Association                                    Account Number 1-535-6803-1782
**Account Summary**

|  | # Items | $ |  |  |  | $ |  |
|---|---|---|---|---|---|---|---|
| Beginning Balance on Jul 1 |  | $ | 52.71- | Interest Paid this Year |  | $ | 0.07 |
| Other Deposits | 1 |  | 82.71 | Number of Days in Statement Period |  |  | 9 |
| Other Withdrawals | 1 |  | 30.00- |  |  |  |  |
| **Ending Balance on  Jul 31, 2019** |  | **$** | **0.00** |  |  |  |  |

**Other Deposits**

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Jul  10 | Charge Off Overdrawn Acct |  | $ | 82.71 |
|  | **Total Other Deposits** |  | **$** | **82.71** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Jul  10 | Force-Closed Account Fee | 1000000001 | $ | 30.00- |
|  | **Total Other Withdrawals** |  | **$** | **30.00-** |

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 127
Admitted _____
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000009
DOJ-01-0000004546



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                              $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5.  Total lines 3 and 4.                                                                                            $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                          $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK                    USB1379-01-0000010
                                                                                                    DOJ-01-0000004547



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN               S          Y      ST01

**Business Statement**

Account Number:
1 535 6803 1782
Statement Period:
Jun 3, 2019
through
Jun 30, 2019

Page 1 of 1

000065961 01 SP   000638122741185 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                      *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                        *usbank.com*

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on July 31, 2019. You can obtain a copy at usbank.com/tmtermsandconditions. If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## PREFERRED BUSINESS MONEY MARKET                          *Member FDIC*

U.S. Bank National Association                              **Account Number 1-535-6803-1782**

### Account Summary

|                        | # Items |    |        |                                  |    |        |
|------------------------|---------|----|--------|----------------------------------|----|--------|
| Beginning Balance on Jun 3 |     | $  | 42.71- | Interest Paid this Year          | $  | 0.07   |
| Other Withdrawals      | 1       |    | 10.00- | Number of Days in Statement Period |  | 30     |
| **Ending Balance on  Jun 30, 2019** | | **$** | **52.71-** |                           |    |        |

### Other Withdrawals

| Date   | Description of Transaction |   | Ref Number |    | Amount |
|--------|----------------------------|---|------------|----|--------|
| Jun 28 | Monthly Maintenance Fee    |   | 2800003746 | $  | 10.00- |
|        | **Total Other Withdrawals** |  |            | **$** | **10.00-** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000011

DOJ-01-0000004548



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5.  Total lines 3 and 4.   $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about consumer activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

**EQUAL HOUSING LENDER**

Member FDIC

USB1379-01-0000012
DOJ-01-0000004549



**Business Statement**

Account Number:
1 535 6803 1782
Statement Period:
May 1, 2019
through
May 31, 2019

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN              S              Y      ST01

Page 1 of 1

000137917 01  SP      000638089894571 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                    *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                      *usbank.com*

---

**PREFERRED BUSINESS MONEY MARKET**                              *Member FDIC*
U.S. Bank National Association                      **Account Number 1-535-6803-1782**

**Account Summary**

|                              | # Items |    |        |                               |    |       |
|------------------------------|---------|----|--------|-------------------------------|----|-------|
| Beginning Balance on May 1   |         | $  | 45.29  | Interest Paid this Year       | $  | 0.07  |
| Other Withdrawals            | 2       |    | 88.00- | Number of Days in Statement Period | | 31 |
| **Ending Balance on  May 31, 2019** | | $ | **42.71-** | | | |

**Other Withdrawals**

| Date | Description of Transaction |  | Ref Number |  | Amount |
|------|-----------------------------|--|-----------|--|--------|
| May 13 | Fee | Statement Copy 00013 | 1300013959 | $ | 78.00- |
| May 31 | Monthly Maintenance Fee | | 3100003729 | | 10.00- |
| | | **Total Other Withdrawals** | | **$** | **88.00-** |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.   List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.   Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

3.   Enter the ending balance shown on this statement.                                                    $_____

4.   Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5.   Total lines 3 and 4.                                                                                              $_____

6.   Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.   Subtract line 6 from line 5.  This is your balance.                                          $_____

8.   Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.   Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•   Tell us your name and account number.
•   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•   Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•   *Account information:* Your name and account number.
•   *Dollar Amount:* The dollar amount of the suspected error.
•   *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•   We cannot try to collect the amount in question, or report you as delinquent on that amount.
•   The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•   We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

USB1379-01-0000014

DOJ-01-0000004551



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303        TRN            S            Y      ST01

**Business Statement**
Account Number:
1 535 6803 1782
Statement Period:
Apr 1, 2019
through
Apr 30, 2019

Page 1 of 1

000153124 01 SP      000638057736990 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*
**24-Hour Business
Solutions:**                                    *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                   *usbank.com*

---

**PREFERRED BUSINESS MONEY MARKET**                                          *Member FDIC*

U.S. Bank National Association                                   **Account Number 1-535-6803-1782**

**Account Summary**

|                                 | # Items |    |       |                                     |    |       |
|---------------------------------|---------|----|-------|-------------------------------------|----|-------|
| Beginning Balance on Apr 1      |         | $  | 55.29 | Interest Paid this Year             | $  | 0.07  |
| Other Withdrawals               | 1       |    | 10.00-| Number of Days in Statement Period  |    | 30    |
| **Ending Balance on  Apr 30, 2019** |     | $  | 45.29 |                                     |    |       |

**Other Withdrawals**

| *Date* | *Description of Transaction* | *Ref Number* |   | *Amount* |
|--------|------------------------------|--------------|---|----------|
| Apr 30 | Monthly Maintenance Fee      | 3000003079   | $ | 10.00-   |
|        | **Total Other Withdrawals**  |              | $ | **10.00-** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN              S          Y     ST01

**Business Statement**
Account Number:
1 535 6803 1782
Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 1

000172430 01  SP      106481966096703 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                              *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                              *usbank.com*

---

## PREFERRED BUSINESS MONEY MARKET                    *Member FDIC*

U.S. Bank National Association                    **Account Number 1-535-6803-1782**

### Account Summary

|  | # Items |  | | |  | |
|---|---|---|---|---|---|---|
| Beginning Balance on Mar 1 |  | $ | 65.29 | Interest Paid this Year | $ | 0.07 |
| Other Withdrawals | 1 |  | 10.00- | Number of Days in Statement Period |  | 31 |
| **Ending Balance on  Mar 31, 2019** |  | **$** | **55.29** |  |  |  |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 29 | Monthly Maintenance Fee | 2900003737 | $ | 10.00- |
|  | **Total Other Withdrawals** |  | **$** | **10.00-** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000017



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                            $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                              $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                             $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be addressed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

# **US bank**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN            S            Y      ST01

**Business Statement**

Account Number:
1 535 6803 1782
Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 1

000244736 01  SP       106481931089764 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                                     *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                          *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                         *usbank.com*

---

## PREFERRED BUSINESS MONEY MARKET                     *Member FDIC*

U.S. Bank National Association                         **Account Number 1-535-6803-1782**

### Account Summary

| | # Items | $ | | | | | |
|---|---|---|---|---|---|---|---|
| Beginning Balance on Feb 1 | | $ | 75.22 | Annual Percentage Yield Earned | | | 0.02385% |
| Other Deposits | 2 | | 25,000.07 | Interest Earned this Period | $ | | 0.07 |
| Other Withdrawals | 6 | | 25,010.00- | Interest Paid this Year | $ | | 0.07 |
| **Ending Balance on  Feb 28, 2019** | | **$** | **65.29** | Number of Days in Statement Period | | | 28 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 14 | Electronic Deposit | From GLEAM LAW PLLC | | $ | 25,000.00 |
| | REF=190450012238390N00 | 1454464472sibley ref | | | |
| Feb 28 | Interest Paid | | 2800003245 | | 0.07 |
| | | **Total Other Deposits** | | **$** | **25,000.07** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Feb 15 | Internet Banking Transfer | To Account | ▮1758 | | $ | 3,000.00- |
| Feb 15 | Branch Account Transfer | To Account | ▮1758 | | | 5,000.00- |
| Feb 19 | Mobile Banking Transfer | To Account | ▮1758 | | | 5,000.00- |
| Feb 20 | Mobile Banking Transfer | To Account | ▮1758 | | | 5,000.00- |
| Feb 20 | Mobile Banking Transfer | To Account | ▮1758 | | | 7,000.00- |
| Feb 28 | Monthly Maintenance Fee | | | 2800003246 | | 10.00- |
| | | | **Total Other Withdrawals** | | **$** | **25,010.00-** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK            USB1379-01-0000019

DOJ-01-0000004556



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.      $_____

5.  Total lines 3 and 4.                                                                                      $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5.  This is your balance.                                      $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
        *Please note: Paper draft and paper check claims must be completed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

**EQUAL HOUSING LENDER**

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000020

DOJ-01-0000004557



**Business Statement**

Account Number:
1 535 6803 1782
Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN           S          Y      ST01



0002776857 01  SP       106481896092675 E
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                   *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                                   *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                                   *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights.
Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS
(1.800.872.2657) to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

## PREFERRED BUSINESS MONEY MARKET                    *Member FDIC*

U.S. Bank National Association                    **Account Number 1-535-6803-1782**

### Account Summary

|  | # Items |  |  | Number of Days in Statement Period |  | 31 |
|---|---|---|---|---|---|---|
| Beginning Balance on Jan 2 |  | $ | 85.22 |  |  |  |
| Other Withdrawals | 1 |  | 10.00- |  |  |  |
| **Ending Balance on  Jan 31, 2019** |  | **$** | **75.22** |  |  |  |

### Other Withdrawals

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Jan 31 | Monthly Maintenance Fee | 3100000018 | $ | 10.00- |
|  | **Total Other Withdrawals** |  | **$** | **10.00-** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000021
DOJ-01-0000004558



**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.                 $_____

5.  Total lines 3 and 4.                                                                                                          $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                                        $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register.  If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
          *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
**LENDER**

Member FDIC

 **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: ERIC R SHIBLEY MD PLLC | |
|---|---|
| ADDRESS: 4700 36TH AVE SW | TIN: ▮▮▮9052 |
| | PHONE: (253) 697-4000 |
| CITY: SEATTLE        STATE: WA   ZIP: 98126-2716 | |

| TYPE OF BUSINESS: Limited Liability Company - S Corp |
|---|
| TYPE OF ACCOUNT: Preferred Business Money Market |
| OWNERSHIP:   Limited Liability Company |

| Account Holder Name(s) | Account Number |
|---|---|
| ERIC R SHIBLEY, JOO | 153568031782 |

DATE OPENED: 02/02/2017  TIME OPENED: 01:21 PM  OPENED BY:  Nathaniel A Engstrom     OFFICE: 03303

**Certification:**  Under penalties of perjury, I certify that:
(1)    ▮▮▮9052) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been  notified by the Internal Revenue Service (IRS) that I am subject  to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3)    I am a U.S. Citizen or other U.S. person, and
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 02/02/2017 by  ERIC R SHIBLEY

ERIC R SHIBLEY                                           Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 02/02/2017 by  ERIC R SHIBLEY

ERIC R SHIBLEY                                           Date:

Page 1 of 1                                      153568031782  276  Form BSIGCD 11/2015



U.S. Bank
Customer Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK            USB1379-01-0000006
**U.S. v. Shibley**
**CR20-174 JCC**                                                          DOJ-01-0000004543
**Government Exhibit No. 128**
**Admitted** _____



**ERIC R SHIBLEY MD PLLC**
**as of: 02 July 2020 09:11:02 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-9052**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******7528 | Membership Business Savings | 03/06/2013 | -$ 0.45 | -$ 5.45 | Active |
| ******9972 | Business Checking | 01/20/2015 | $ 30,901.15 | $ 30,792.15 | Active |

Navy Federal Credit Union
PO Box 3000 • Merrifield • VA • 22119-3000
Routing Number: 256074974

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 129**
**Admitted _____**

000059

07/02/2020

**DOJ-01-0000002547**

(Page 1 of 27)



For Office Use Only:

Business Access No. _____
Business Savings No. 80374117528
Business Checking No. 7028 718099

# Navy Federal®
# Business Services Membership Application

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch*

Name of Business: ERIC R SHIBLEY PL.L.C   Business Phone No. 615-559-6485   Tax ID No. (EIN or SSN) 9052

DBA Name
Cannot be a
Post Office Box

Physical Address of Business: Street 4925 Meridian Ave N. #6   City Tulalip   State WA   Zip Code 98271

Mailing Address of Business: Street Same as above   City   State   Zip Code

List all additional locations of Business: Street   City   State   Zip Code

Business Email Address shibleenyc@yahoo.com   Web Site Address   Date Business Established (Mo., Day, Yr.)

Source of Funds to Open Account: ☐ Personal Savings  ☒ Business Income  ☐ Business Investment from Third Party  ☐ Other _____

*Attach a separate sheet for additional Business locations.

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*

Legal Structure of Business

Sole Proprietorship _____   Partnership: General _____ Limited _____   Corporation _____   Limited Liability Company (LLC) ☒

Required (two of the following):
☐ Business License
☐ Trade Name Certificate
☐ Sales Tax Certificate
☐ Sellers Permit
☐ Federal Tax ID Number (TIN) Letter

Required:
☐ Partnership Agreement
and one of the following:
☐ Registered Business Entity Proof
☐ Federal Tax ID Number (TIN) Letter

Required:
☐ Articles of Incorporation
and one of the following:
☐ Legal Proof of Ownership
☐ Federal Tax ID Number (TIN) Letter

Required:
☒ Articles of Organization
and one of the following:
☒ Legal Proof of Ownership
☒ Federal Tax ID Number (TIN) Letter

Other _____

**Business Details** *Required information. Entire section must be completed or account may be restricted.*

Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume. **None**

☐ Money Orders $ _____   ☐ Check Cashing $ _____   ☐ Money Transmission $ _____
☐ Traveler's Checks $ _____   ☐ Currency Dealing or Exchange $ _____   ☐ Gift Cards $ _____

Is your Business any of the following? *(Check all that apply.)* **None**

☐ Finance & Insurance   ☐ Food Services   ☐ Retail   ☐ Transportation
☐ Money Services Business (MSB)   ☐ Restaurant   ☐ Consulting   ☐ Parking Garage
☐ Legal Service Provider   ☐ Liquor Store   ☐ Construction   ☐ Cigarette Distributor
☐ Real Estate   ☐ Convenience Store   ☐ Administrative Services   ☐ Internet gambling
☐ Privately Owned ATM   ☐ Vending Machine Operator   ☐ Charity or Non-Governmental Organization (NGO)   ☐ Other _____

Describe the nature of your Business: Physician / Medical care Provider   NAICS Code

Estimated annual sales/revenue
☐ Less than $100,000  ☒ $100,000 - $500,000  ☐ $500,000 - $1,000,000  ☐ $1,000,000 - $3,000,000  ☐ Greater than $3,000,000

Anticipated monthly transaction amount
☐ Cash $ _____   ☐ Checks $ 8000/=   ☐ ACH Domestic $ _____   ☐ ACH Foreign $ _____
☐ Wire Domestic $ _____   ☐ Wire Foreign $ _____   ☐ Debit/Credit Cards $ _____

Business' primary trade area *(Check all that apply.)*   Do you have accounts for this Business with an institution other than Navy Federal?
☐ Local Community   ☐ Statewide   ☒ Domestic U.S.   ☐ International   **NO**

Purpose/type of transactions for which your Navy Federal account will be used   Is the Internet a major source of revenue for your Business? ☐ Yes ☒ No   How many employees do you have? 0
☒ Operating/General Purpose  ☐ Escrow Management  ☐ Saving/Investment

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*

☐ Membership Savings Account* $ _____   ☐ Savings Account $ _____   ☐ Money Market Savings Account $ _____
☐ Basic Checking $ _____   ☐ Plus Checking $ _____   ☐ Jumbo Money Market Savings Account $ _____
(Owner and 1 signer allowed)   (Unlimited signers)
☐ Premium Checking $ _____   *A Membership Savings Account (with minimum deposit of $5) is **required** for all Partnerships, LLCs, and Corporations.
(Unlimited signers)   By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.

Page 1 of 4

© 2012 Navy Federal
NFCU 978ep (8-12)

NAICS Code 62111   Emp. No. 91094   SOB Code ELW



DOJ-01-0000002548

**Business Owner's Information** *If there is a Co-Owner, please complete Authorized Signers' boxes below.*

*Eric*                    *R*          *Shibley*                                    ▮▮▮▮ *9052*

| Primary Owner's Name: First | MI | Last | Suffix  Date of Birth (Mo., Day, Yr.) | Social Security No. (ITIN) |

☐ Yes   ☐ No    *(If no, copy of ID and completion of the Additional Business Owner Information section required.)*        ☐ Yes   ☐ No

Current Member?                              If Yes, Give Access No.          Title          Issue Business Check Card?

**Business Owner's Additional Information** *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information.*

Eligibility Category:

☐ Military   ☐ Navy   ☐ Marine Corps.   ☐ Army   ☐ Air Force        ☐ Civilian   ☐ DoD   ☐ Contractor   ☐ U.S. Government   ☐ Navy Federal Employee

☒ Family   *Tina M. Shibley*
         Name of Member through whom you are eligible          Access No.                    Relationship

| M/F | Owner: First | MI | Last | Suffix |

*Current Home Post Office Box*   *Eric*          *R*                    *Shibley*

Current Home Address: Street          City                    State          Zip Code

*If Different from Above Address*   *4425 Meridian Ave. N. #6   Tulalip   WA 98271*

Mailing Address: Street          City          State          Zip Code

*Same*                                                        ☒ Yes   ☐ No

Date of Birth (Mo., Day, Yr.)          Driver's License or Government-Issued ID No.          Expiration Date (Mo., Day, Yr.)          U.S. Citizen?

*6/15-554-6485*                    *Same*

Home Phone No.                    Office Phone No.                    Extension

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information*   *None*

Employer's Name                              Employer's Address

Type of Business                              Job Title                    No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

**Authorized Signers** *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

**Signer 1**

| M/F | Signer (1): First | MI | Last | Suffix | Social Security No. (ITIN) |

☐ Yes   ☐ No                                ☐ Yes   ☐ No

Current Member?          If Yes, Give Access No.          Title          Issue Business Check Card?

*Current Be a Post Office Box*

Current Home Address: Street          City          State          Zip Code

*If Different from Above Address*

Mailing Address: Street          City          State          Zip Code

                                                        ☐ Yes   ☐ No

Date of Birth (Mo., Day, Yr.)          Driver's License or Government-Issued ID No.          Expiration Date (Mo., Day, Yr.)          U.S. Citizen?

Home Phone No.          Mobile Phone No.          Office Phone No.          Extension

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

Employer's Name                              Employer's Address

Type of Business                              Job Title                    No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

Authorized Signer's Name (1)                              Date (Mo., Day, Yr.)

Page 2 of 4

DOJ-01-0000002549

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

▶ _____   03/06/2013
Signature for all Business Types                                        Date (Mo., Day, Yr.)

---

## Sole Proprietorship Signature

By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.

▶ _____   _____   _____
Signature                             Printed Name                        Date (Mo., Day, Yr.)

---

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.

▶ _____   Eric R. Shibley   Owner   03/06/2013
Signature                             Printed Name                        Title          Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                             Printed Name                        Title          Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                             Printed Name                        Title          Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                             Printed Name                        Title          Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                             Printed Name                        Title          Date (Mo., Day, Yr.)

---

## Corporation or Limited Liability Company Information

Please complete company name, date, and sign below.

ERIC R SHIBLEY MD PLLC
Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories. Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatories are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign in connection with said account(s).

This the 6th day of March, 20 13          ▶ _____
                                                                    Signature of Secretary or Managing Member

Page 4 of 4

DOJ-01-0000002550

**Authorized Signers** *(Continued)*
**Signer 2**

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes  ☐ No

| Current Member? | | If Yes, Give Access No. | Title | | Issue Business Check Card? |
|---|---|---|---|---|---|

☐ Yes  ☐ No

*Cannot be a Post Office Box*

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

*If Different from Above Address*

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes  ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (2) | Date *(Mo., Day, Yr.)* |
|---|---|

**Signer 3**

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes  ☐ No

| Current Member? | | If Yes, Give Access No. | Title | | Issue Business Check Card? |
|---|---|---|---|---|---|

☐ Yes  ☐ No

*Cannot be a Post Office Box*

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

*If Different from Above Address*

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes  ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (3) | Date *(Mo., Day, Yr.)* |
|---|---|

## How Did You Hear About Navy Federal Business Services?

☐ Web site   ☐ Internet   ☐ TV/Radio   ☐ Coworker or friend   ☐ Employer
☒ Family member   ☐ Newspaper or magazine   ☐ Other

DOJ-01-0000002551

Page 1 of 3

**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JMA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $548.21 | $0.02 | $542.37 | $5.86 | $0.02 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$554.59** | **$0.02** | **$542.37** | **$12.24** | **$0.02** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 548.21 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ➤     ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

Navy Federal Credit Union

000064

07/02/2020

DOJ-01-0000002552



Page 2 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-18 | POS Debit- Business Debit Card 8787 01-17-19 Trader Joe's #157 West Seattle WA | 19.98- | 528.23 |
| 01-24 | POS Debit- Business Debit Card 8787 01-23-19 App Inc W Marginal Seattle WA | 50.97- | 477.26 |
| 01-24 | POS Debit- Business Debit Card 8787 01-23-19 Trader Joe's #157 West Seattle WA | 56.72- | 420.54 |
| 01-25 | POS Debit- Business Debit Card 8787 01-24-19 Starbucks Store 49 Seattle WA | 20.85- | 399.69 |
| 01-25 | POS Debit- Business Debit Card 8787 01-23-19 Autozone #1690 Seattle WA | 21.99- | 377.70 |
| 01-25 | POS Debit- Business Debit Card 8787 01-24-19 McLendons - White Seattle WA | 21.99- | 355.71 |
| 01-25 | POS Debit- Business Debit Card 8787 01-25-19 Quick Stop Gas & F Burien WA | 31.41- | 324.30 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Goodwill Burien - Burien WA | 8.77- | 315.53 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Dominic's Red Appl Seattle WA | 11.67- | 303.86 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 App Inc W Marginal Seattle WA | 12.98- | 290.88 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Gyro Time Seattle WA | 14.30- | 276.58 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Safeway #1664 Burien WA | 26.42- | 250.16 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Sq *honest Biscuit Seattle WA | 27.05- | 223.11 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Staples Burien WA | 30.79- | 192.32 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 App Inc W Marginal Seattle WA | 33.18- | 159.14 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Little Caesars 147 Seattle WA | 34.72- | 124.42 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-19 Subway Seattle WA | 37.50- | 86.92 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-19 Sq *uptown Espress Seattle WA | 5.89- | 81.03 |
| 01-29 | POS Debit- Business Debit Card 8787 01-29-19 Rite Aid Store - 5 Seattle WA | 18.19- | 62.84 |
| 01-30 | POS Debit - Business Debit Card 8787 Transaction 01-29-19 Snohomish County Clerk Everett WA | 0.50- | 62.34 |
| 01-30 | POS Debit - Business Debit Card 8787 Transaction 01-29-19 Snohomish County Clerk Everett WA | 56.50- | 5.84 |
| 01-31 | Dividend | 0.02 | 5.86 |
| **01-31** | **Ending Balance** | | **5.86** |

*Average Daily Balance - Current Cycle: $453.02*

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002553

Page 3 of 3


**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-18 | POS | 19.98 | 01-28 | POS | 26.42 |
| 01-24 | POS | 50.97 | 01-28 | POS | 27.05 |
| 01-24 | POS | 56.72 | 01-28 | POS | 30.79 |
| 01-25 | POS | 20.85 | 01-28 | POS | 33.18 |
| 01-25 | POS | 21.99 | 01-28 | POS | 34.72 |
| 01-25 | POS | 21.99 | 01-28 | POS | 37.50 |
| 01-25 | POS | 31.41 | 01-29 | POS | 5.89 |
| 01-28 | POS | 8.77 | 01-29 | POS | 18.19 |
| 01-28 | POS | 11.67 | 01-30 | POS | 0.50 |
| 01-28 | POS | 12.98 | 01-30 | POS | 56.50 |
| 01-28 | POS | 14.30 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-01 | Beginning Balance | | 6.38 |
| | No Transactions This Period | | |
| 01-31 | Ending Balance | | **6.38** |

### 2018 Year to Date Federal Income Tax Information

| | | | | |
|---|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have access to the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002554

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000FME90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $5.86 | $0.00 | $0.00 | $5.86 | $0.02 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$12.24** | **$0.00** | **$0.00** | **$12.24** | **$0.02** |

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 5.86 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002555



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| | No Transactions This Period | | |
| 02-28 | Ending Balance | | **5.86** |

*Average Daily Balance - Current Cycle: $5.86*

## Savings
**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 02-01 | Beginning Balance | | 6.38 |
| | No Transactions This Period | | |
| 02-28 | Ending Balance | | **6.38** |

**2018 Year to Date Federal Income Tax Information**

| | | | |
|------|-------------------|-----------|------------|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002556

NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

Page 1 of 4



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MQA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $5.86 | $8,515.15 | $6,098.63 | $2,422.38 | $0.07 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$12.24** | **$8,515.15** | **$6,098.63** | **$2,428.76** | **$0.07** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 5.86 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ▶    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002558



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
03/01/19 - 03/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972
(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 030719 | 1,747.95 | 1,753.81 |
| 03-07 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 850.12- | 903.69 |
| 03-08 | Transfer From Shares | 300.00 | 1,203.69 |
| | Es1 LLC | | |
| 03-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 031119 | 550.95 | 1,754.64 |
| 03-11 | POS Debit- Business Debit Card 8787 03-08-19 Pmt Solutions 425-8811312 WA | 10.00- | 1,744.64 |
| 03-11 | POS Debit- Business Debit Card 8787 03-08-19 Pmt Solutions 425-8811312 WA | 609.32- | 1,135.32 |
| 03-12 | POS Debit- Business Debit Card 8787 03-11-19 Advancedmd, Inc 801-984-9500 UT | 330.64- | 804.68 |
| 03-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 031319 | 100.00 | 904.68 |
| 03-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 031419 | 580.00 | 1,484.68 |
| 03-14 | POS Debit- Business Debit Card 8787 03-12-19 The Home Depot 894 Seattle WA | 250.00- | 1,234.68 |
| 03-14 | POS Debit- Business Debit Card 8787 03-12-19 The Home Depot #47 Seattle WA | 541.07- | 693.61 |
| 03-15 | POS Credit Adjustment 8787 Transaction 03-13-19 The Home Depot 894 | 86.20 | 779.81 |
| 03-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 031819 | 500.00 | 1,279.81 |
| 03-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 031819 | 1,100.00 | 2,379.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 Snohomish Cty Prk Everett WA | 3.00- | 2,376.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 Snohomish Cty Prk Everett WA | 4.00- | 2,372.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-17-19 Goodwill Burien - Burien WA | 7.69- | 2,365.12 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 WA Secretary Of ST .WA.Gov WA | 75.25- | 2,289.87 |
| 03-18 | POS Debit- Business Debit Card 8787 03-17-19 Qfc #5825 Seattle WA | 146.07- | 2,143.80 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 The Home Depot #47 Seattle WA | 190.91- | 1,952.89 |
| 03-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 031919 | 200.00 | 2,152.89 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Panda Express #201 Arlington WA | 12.66- | 2,140.23 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Gyro Time Seattle WA | 15.40- | 2,124.83 |
| 03-19 | POS Debit- Business Debit Card 8787 03-17-19 011 Ivars Pier 54 Seattle WA | 30.83- | 2,094.00 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Arco#04451Kaaw Inc Seattle WA | 40.72- | 2,053.28 |
| 03-20 | POS Debit - Business Debit Card 8787 Transaction 03-19-19 Snohomish County | | |
| | Clerk Everett WA | 2.00- | 2,051.28 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002559



Page 3 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-20 | POS Debit- Business Debit Card 8787 03-19-19 WA Secretary Of ST .WA.Gov WA | 2.50- | 2,048.78 |
| 03-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 032119 | 550.00 | 2,598.78 |
| 03-21 | ATM Fee - Withdrawal 03-20-19 Columbia Bank Renton. WA | 1.00- | 2,597.78 |
| 03-21 | ATM Withdrawal 03-20-19 Columbia Bank Renton. WA | 63.00- | 2,534.78 |
| 03-21 | POS Debit- Business Debit Card 8787 03-21-19 Tmobile Postpaid W 800-937-8997 WA | 286.57- | 2,248.21 |
| 03-21 | POS Debit- Business Debit Card 8787 03-19-19 The Home Depot #47 Seattle WA | 465.16- | 1,783.05 |
| 03-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 032219 | 1,300.00 | 3,083.05 |
| 03-22 | POS Debit - Business Debit Card 8787 Transaction 03-21-19 Dominic's Red Apple MA Seattle WA | 28.13- | 3,054.92 |
| 03-22 | POS Debit- Business Debit Card 8787 03-21-19 Comcast Bellingh C 800-266-2278 WA | 575.18- | 2,479.74 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 WA Secretary Of ST .WA.Gov WA | 1.50- | 2,478.24 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 WA Secretary Of ST .WA.Gov WA | 3.75- | 2,474.49 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 McDonald's F14447 Everett WA | 4.38- | 2,470.11 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 Carls Jr 1102068 Gig Harbor WA | 6.71- | 2,463.40 |
| 03-25 | POS Debit- Business Debit Card 8787 03-24-19 76 - United Pacifi Seattle WA | 7.05- | 2,456.35 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 McDonald's F13369 Seattle WA | 7.91- | 2,448.44 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 WA Secretary Of ST .WA.Gov WA | 10.75- | 2,437.69 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 McDonald's F11439 Gig Harbor WA | 13.75- | 2,423.94 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 McDonald's F6443 Seattle WA | 13.86- | 2,410.08 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 Safeway Fuel #1923 Seattle WA | 19.10- | 2,390.98 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 Matador West Seatt Seattle WA | 30.09- | 2,360.89 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 The Home Depot #89 Seattle WA | 42.39- | 2,318.50 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 The Home Depot #47 Seattle WA | 64.88- | 2,253.62 |
| 03-26 | POS Debit - Business Debit Card 8787 Transaction 03-25-19 Snohomish County Clerk Everett WA | 483.29- | 1,770.33 |
| 03-26 | POS Debit- Business Debit Card 8787 03-24-19 The Home Depot #85 Burlington WA | 2.50- | 1,767.83 |
| 03-27 | POS Debit- Business Debit Card 8787 03-25-19 The Home Depot #89 Seattle WA | 54.50- | 1,713.33 |
| 03-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 032819 | 103.44- | 1,609.89 |
| 03-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 032919 | 400.00 | 2,009.89 |
| 03-29 | POS Debit- Business Debit Card 8787 03-27-19 The Home Depot #85 Burlington WA | 1,100.00 | 3,109.89 |
| 03-29 | POS Debit- Business Debit Card 8787 03-28-19 Sea Dci Online Per 180-095-0129 WA | 167.26- | 2,942.63 |
| 03-29 | Dividend | 520.30- | 2,422.33 |
| 03-29 | | 0.05 | 2,422.38 |
| 03-31 | **Ending Balance** | | **2,422.38** |

*Average Daily Balance - Current Cycle: $1,292.75*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 03-07 | ACH | 850.12 | 03-19 | POS | 30.83 |
| 03-11 | POS | 10.00 | 03-19 | POS | 40.72 |
| 03-11 | POS | 609.32 | 03-20 | POS | 2.00 |
| 03-12 | POS | 330.64 | 03-20 | POS | 2.50 |
| 03-14 | POS | 250.00 | 03-21 | POS | 286.57 |
| 03-14 | POS | 541.07 | 03-21 | POS | 465.16 |
| 03-18 | POS | 3.00 | 03-22 | POS | 28.13 |
| 03-18 | POS | 4.00 | 03-22 | POS | 575.18 |
| 03-18 | POS | 7.69 | 03-25 | POS | 1.50 |
| 03-18 | POS | 75.25 | 03-25 | POS | 3.75 |
| 03-18 | POS | 146.07 | 03-25 | POS | 4.38 |
| 03-18 | POS | 190.91 | 03-25 | POS | 6.71 |
| 03-19 | POS | 12.66 | 03-25 | POS | 7.05 |
| 03-19 | POS | 15.40 | 03-25 | POS | 7.91 |

DOJ-01-0000002560

Page 4 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid
(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 03-25 | POS | 10.75 | 03-25 | POS | 483.29 |
| 03-25 | POS | 13.75 | 03-26 | POS | 2.50 |
| 03-25 | POS | 13.86 | 03-26 | POS | 54.50 |
| 03-25 | POS | 19.10 | 03-27 | POS | 103.44 |
| 03-25 | POS | 30.09 | 03-29 | POS | 167.26 |
| 03-25 | POS | 42.39 | 03-29 | POS | 520.30 |
| 03-25 | POS | 64.88 | 03-21 | ATMO | 63.00 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-01 | Beginning Balance | | 6.38 |
| | **No Transactions This Period** | | |
| 03-31 | **Ending Balance** | | **6.38** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002561

Page 1 of 6



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000AMP90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $2,422.38 | $9,445.11 | $10,648.03 | $1,219.46 | $0.16 |
| **Mbr Business Savings** 3037417528 | $6.38 | $300.01 | $0.00 | $306.39 | $0.01 |
| **Totals** | **$2,428.76** | **$9,745.12** | **$10,648.03** | **$1,525.85** | **$0.17** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 2,422.38 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000000

DOJ-01-0000002562



Page 2 of 6

**NAVY FEDERAL Credit Union®**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|----------:|-----------:|
| 04-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 040119 | 400.00 | 2,822.38 |
| 04-01 | POS Debit- Business Debit Card 8787 03-30-19 The Home Depot #89 Seattle WA | 254.40- | 2,567.98 |
| 04-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 040319 | 1,150.00 | 3,717.98 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 Safeway #1062 Seattle WA | 4.19- | 3,713.79 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 The Home Depot #47 Seattle WA | 163.99- | 3,549.80 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 Safeway #1062 Seattle WA | 249.30- | 3,300.50 |
| 04-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 35.85- | 3,264.65 |
| 04-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 102.76- | 3,161.89 |
| 04-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 119.10- | 3,042.79 |
| 04-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 040419 | 1,600.00 | 4,642.79 |
| 04-04 | POS Debit- Business Debit Card 8787 04-02-19 The Home Depot #89 Seattle WA | 280.31- | 4,362.48 |
| 04-04 | POS Debit- Business Debit Card 8787 04-03-19 Lowes #00061* 360-653-7405 WA | 318.58- | 4,043.90 |
| 04-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 040519 | 200.00 | 4,243.90 |
| 04-05 | POS Debit- Business Debit Card 8787 04-04-19 Ncourt * Service F 844-4008880 WA | 4.00- | 4,239.90 |
| 04-05 | POS Debit- Business Debit Card 8787 04-04-19 Safeway #1062 Seattle WA | 7.42- | 4,232.48 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 Taco Time White Ce Seattle WA | 8.23- | 4,224.25 |
| 04-05 | POS Debit- Business Debit Card 8787 04-04-19 Safeway #1062 Seattle WA | 8.63- | 4,215.62 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 Ncourt *waanacorte 844-4008880 WA | 50.00- | 4,165.62 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 The Home Depot #89 Seattle WA | 148.39- | 4,017.23 |
| 04-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 040819 | 100.00 | 4,117.23 |
| 04-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 040819 | 333.83 | 4,451.06 |
| 04-08 | POS Debit- Business Debit Card 8787 04-06-19 McDonald's F1364 Seattle WA | 8.68- | 4,442.38 |
| 04-08 | POS Debit- Business Debit Card 8787 04-07-19 McDonald's F13369 Seattle WA | 9.66- | 4,432.72 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 McDonald's F13369 Seattle WA | 11.21- | 4,421.51 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 North Coast Elec S 206-442-9897 WA | 16.27- | 4,405.24 |

## CHANGE OF ADDRESS

PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|----------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| —  —  — | (        ) | | | (        ) |

DOJ-01-0000002563



Page 3 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-08 | POS Debit - Business Debit Card 8787 Transaction 04-05-19 Admiral Junction Maili Seattle WA | 39.14- | 4,366.10 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 Arco#07155Arco #07 Seattle WA | 43.46- | 4,322.64 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 The Home Depot #47 Seattle WA | 89.21- | 4,233.43 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 North Coast Elec S 206-442-9897 WA | 115.01- | 4,118.42 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 Lumber Market Inc Seattle WA | 149.92- | 3,968.50 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 The Home Depot #89 Seattle WA | 229.65- | 3,738.85 |
| 04-08 | POS Debit- Business Debit Card 8787 04-06-19 The Home Depot #89 Seattle WA | 399.56- | 3,339.29 |
| 04-09 | POS Debit- Business Debit Card 8787 04-08-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 3,004.79 |
| 04-10 | POS Debit - Business Debit Card 8787 Transaction 04-09-19 Snohomish County Clerk Everett WA | 7.25- | 2,997.54 |
| 04-10 | POS Debit- Business Debit Card 8787 04-09-19 Rite Aid Store - 5 Seattle WA | 47.41- | 2,950.13 |
| 04-10 | POS Debit- Business Debit Card 8787 04-08-19 The Home Depot #47 Seattle WA | 325.65- | 2,624.48 |
| 04-10 | POS Debit- Business Debit Card 8787 04-08-19 The Home Depot #47 Seattle WA | 364.85- | 2,259.63 |
| 04-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 041119 | 300.00 | 2,559.63 |
| 04-11 | POS Debit- Business Debit Card 8787 04-09-19 McDonald's F14447 Everett WA | 6.45- | 2,553.18 |
| 04-11 | POS Debit - Business Debit Card 8787 Transaction 04-10-19 IKEA Seattle Renton WA | 565.84- | 1,987.34 |
| 04-11 | Cash Withdrawal | 900.00- | 1,087.34 |
| 04-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 041219 | 700.00 | 1,787.34 |
| 04-12 | POS Debit- Business Debit Card 8787 04-11-19 Arco#04451Kaaw Inc Seattle WA | 25.47- | 1,761.87 |
| 04-12 | POS Debit- Business Debit Card 8787 04-09-19 The Home Depot #89 Seattle WA | 95.37- | 1,666.50 |
| 04-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 041519 | 250.00 | 1,916.50 |
| 04-15 | POS Debit- Business Debit Card 8787 04-12-19 Sunfish Seafood Seattle WA | 44.10- | 1,872.40 |
| 04-15 | POS Debit- Business Debit Card 8787 04-12-19 The Home Depot #47 Seattle WA | 119.06- | 1,753.34 |
| 04-15 | POS Debit- Business Debit Card 8787 04-13-19 IKEA Seattle Renton WA | 142.89- | 1,610.45 |
| 04-17 | POS Debit- Business Debit Card 8787 04-15-19 The Home Depot #47 Seattle WA | 3.92- | 1,606.53 |
| 04-17 | POS Debit- Business Debit Card 8787 04-15-19 The Home Depot #47 Seattle WA | 22.32- | 1,584.21 |
| 04-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 041819 | 200.00 | 1,784.21 |
| 04-18 | POS Debit- Business Debit Card 8787 04-17-19 Abc Legal Services 206-521-9000 WA | 39.95- | 1,744.26 |
| 04-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 041919 | 1,150.00 | 2,894.26 |
| 04-19 | POS Debit - Business Debit Card 8787 Transaction 04-18-19 IKEA Seattle Renton WA | 1.00- | 2,893.26 |
| 04-19 | POS Debit- Business Debit Card 8787 04-18-19 McDonald's F13369 Seattle WA | 9.66- | 2,883.60 |
| 04-19 | POS Debit- Business Debit Card 8787 04-18-19 McDonald's F13369 Seattle WA | 9.66- | 2,873.94 |
| 04-19 | POS Debit- Business Debit Card 8787 04-17-19 The Home Depot 470 Seattle WA | 235.95- | 2,637.99 |
| 04-19 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 76.11- | 2,561.88 |
| 04-22 | POS Credit Adjustment 8787 Transaction 04-18-19 The Home Depot #47 | 58.08 | 2,619.96 |
| 04-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 042219 | 250.00 | 2,869.96 |
| 04-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 042219 | 550.00 | 3,419.96 |
| 04-22 | POS Debit- Business Debit Card 8787 04-21-19 McDonald's F13369 Seattle WA | 15.26- | 3,404.70 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #47 Tukwila WA | 23.03- | 3,381.67 |
| 04-22 | POS Debit- Business Debit Card 8787 04-21-19 Ginza Japanese Res Bellevue WA | 25.25- | 3,356.42 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 New Standard Build Seattle WA | 42.28- | 3,314.14 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #89 Seattle WA | 42.58- | 3,271.56 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 IKEA Seattle Renton WA | 65.45- | 3,206.11 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-19-19 Harbor Freight Tools 3 Seattle WA | 125.44- | 3,080.67 |

DOJ-01-0000002564



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 04-22 | POS Debit- Business Debit Card 8787 04-19-19 The Home Depot #89 Seattle WA | 133.56- | 2,947.11 |
| 04-22 | POS Debit- Business Debit Card 8787 04-19-19 The Home Depot #89 Seattle WA | 138.95- | 2,808.16 |
| 04-22 | POS Debit- Business Debit Card 8787 04-20-19 The Home Depot #47 Seattle WA | 152.27- | 2,655.89 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-20-19 International Food Baz Bellevue WA | 159.55- | 2,496.34 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #47 Tukwila WA | 182.45- | 2,313.89 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot 470 Seattle WA | 231.23- | 2,082.66 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-19-19 McLendons - White Cntr Seattle WA | 241.96- | 1,840.70 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 Arco#07155Arco #07 Seattle WA | 10.20- | 1,830.50 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 Starbucks Store 03 Burien WA | 23.71- | 1,806.79 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 The Home Depot #89 Seattle WA | 35.17- | 1,771.62 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 The Home Depot 894 Seattle WA | 483.61- | 1,288.01 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot #89 | 48.41 | 1,336.42 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot 894 | 97.90 | 1,434.32 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot #89 | 106.80 | 1,541.12 |
| 04-24 | POS Debit- Business Debit Card 8787 04-22-19 Starbucks Store 08 Everett WA | 8.18- | 1,532.94 |
| 04-24 | POS Debit- Business Debit Card 8787 04-22-19 The Home Depot #89 Seattle WA | 363.41- | 1,169.53 |
| 04-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 042519 | 250.00 | 1,419.53 |
| 04-25 | POS Debit- Business Debit Card 8787 04-24-19 Sq *australian Pie Burien WA | 9.25- | 1,410.28 |
| 04-25 | POS Debit- Business Debit Card 8787 04-23-19 Taqueria El Rincon Seattle WA | 14.00- | 1,396.28 |
| 04-25 | POS Debit - Business Debit Card 8787 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 153.75- | 1,242.53 |
| 04-26 | POS Debit- Business Debit Card 8787 04-25-19 J2 *metrofax 888-929-4141 CA | 12.95- | 1,229.58 |
| 04-26 | POS Debit- Business Debit Card 8787 04-25-19 Taqueria El Rincon Seattle WA | 29.75- | 1,199.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 200.00 | 1,399.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 400.00 | 1,799.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 500.00 | 2,299.83 |
| 04-29 | POS Debit- Business Debit Card 8787 04-26-19 Starbucks Store 08 Everett WA | 5.76- | 2,294.07 |
| 04-29 | POS Debit - Business Debit Card 8787 Transaction 04-26-19 Snohomish County Clerk Everett WA | 11.00- | 2,283.07 |
| 04-29 | POS Debit - Business Debit Card 8787 Transaction 04-27-19 IKEA Seattle Renton WA | 13.16- | 2,269.91 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 McDonald's F13369 Seattle WA | 14.71- | 2,255.20 |
| 04-29 | POS Debit- Business Debit Card 8787 04-26-19 Shell Oil 57444040 Seattle WA | 55.47- | 2,199.73 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 The Home Depot #47 Seattle WA | 74.28- | 2,125.45 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 The Home Depot #89 Seattle WA | 146.91- | 1,978.54 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 International Food Kent WA | 277.67- | 1,700.87 |
| 04-29 | POS Debit- Business Debit Card 8787 04-25-19 The Home Depot #89 Seattle WA | 286.83- | 1,414.04 |
| 04-29 | Transfer To Shares | 300.00- | 1,114.04 |
| 04-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 043019 | 600.00 | 1,714.04 |
| 04-30 | POS Debit - Business Debit Card 8787 Transaction 04-29-19 IKEA Seattle Renton WA | 35.75- | 1,678.29 |
| 04-30 | POS Debit - Business Debit Card 8787 Transaction 04-29-19 IKEA Seattle Renton WA | 458.92- | 1,219.37 |
| 04-30 | Dividend | 0.09 | 1,219.46 |
| 04-30 | **Ending Balance** | | **1,219.46** |

*Average Daily Balance - Current Cycle: $2,155.78*

DOJ-01-0000002565



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 5 of 6

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-03 | ACH | 35.85 | 04-18 | POS | 39.95 |
| 04-03 | ACH | 102.76 | 04-19 | POS | 9.66 |
| 04-03 | ACH | 119.10 | 04-19 | POS | 9.66 |
| 04-19 | ACH | 76.11 | 04-19 | POS | 235.95 |
| 04-01 | POS | 254.40 | 04-19 | POS | 1.00 |
| 04-03 | POS | 163.99 | 04-22 | POS | 15.26 |
| 04-03 | POS | 249.30 | 04-22 | POS | 23.03 |
| 04-03 | POS | 4.19 | 04-22 | POS | 25.25 |
| 04-04 | POS | 318.58 | 04-22 | POS | 42.28 |
| 04-04 | POS | 280.31 | 04-22 | POS | 42.58 |
| 04-05 | POS | 7.42 | 04-22 | POS | 65.45 |
| 04-05 | POS | 8.23 | 04-22 | POS | 125.44 |
| 04-05 | POS | 8.63 | 04-22 | POS | 133.56 |
| 04-05 | POS | 50.00 | 04-22 | POS | 138.95 |
| 04-05 | POS | 148.39 | 04-22 | POS | 152.27 |
| 04-05 | POS | 4.00 | 04-22 | POS | 159.55 |
| 04-08 | POS | 9.66 | 04-22 | POS | 182.45 |
| 04-08 | POS | 11.21 | 04-22 | POS | 231.23 |
| 04-08 | POS | 16.27 | 04-22 | POS | 241.96 |
| 04-08 | POS | 39.14 | 04-23 | POS | 10.20 |
| 04-08 | POS | 43.46 | 04-23 | POS | 23.71 |
| 04-08 | POS | 89.21 | 04-23 | POS | 35.17 |
| 04-08 | POS | 115.01 | 04-23 | POS | 483.61 |
| 04-08 | POS | 149.92 | 04-24 | POS | 8.18 |
| 04-08 | POS | 229.65 | 04-24 | POS | 363.41 |
| 04-08 | POS | 399.56 | 04-25 | POS | 9.25 |
| 04-08 | POS | 3.68 | 04-25 | POS | 14.00 |
| 04-09 | POS | 334.50 | 04-25 | POS | 153.75 |
| 04-10 | POS | 47.41 | 04-26 | POS | 12.95 |
| 04-10 | POS | 325.65 | 04-26 | POS | 29.75 |
| 04-10 | POS | 364.85 | 04-29 | POS | 5.76 |
| 04-10 | POS | 7.25 | 04-29 | POS | 11.00 |
| 04-11 | POS | 565.84 | 04-29 | POS | 13.16 |
| 04-11 | POS | 6.45 | 04-29 | POS | 14.71 |
| 04-12 | POS | 95.37 | 04-29 | POS | 55.47 |
| 04-12 | POS | 25.47 | 04-29 | POS | 74.28 |
| 04-15 | POS | 119.06 | 04-29 | POS | 146.91 |
| 04-15 | POS | 142.89 | 04-29 | POS | 277.67 |
| 04-15 | POS | 44.10 | 04-29 | POS | 286.83 |
| 04-17 | POS | 22.32 | 04-30 | POS | 35.75 |
| 04-17 | POS | 3.92 | 04-30 | POS | 458.92 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 04-01 | Beginning Balance | | 6.38 |
| 04-29 | Transfer From Checking | 300.00 | 306.38 |
| 04-30 | Dividend | 0.01 | 306.39 |
| **04-30** | **Ending Balance** | | **306.39** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002566

Page 6 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002567

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MMY90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,219.46 | $12,200.65 | $10,958.44 | $2,461.67 | $0.20 |
| **Mbr Business Savings** 3037417528 | $306.39 | $0.01 | $301.39 | $5.01 | $0.02 |
| **Totals** | **$1,525.85** | **$12,200.66** | **$11,259.83** | **$2,466.68** | **$0.22** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 1,219.46 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE      ☐

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002568



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 050119 | 200.00 | 1,419.46 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Shell Oil 57445757 Seattle WA | 3.60- | 1,415.86 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Taco Bell 031342 Mount Vernon WA | 11.14- | 1,404.72 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Shell Oil 57445757 Seattle WA | 30.61- | 1,374.11 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Safeway Fuel #2932 Seattle WA | 43.16- | 1,330.95 |
| 05-02 | Deposit - ACH Paid From Merchant Bankcd Deposit 050219 | 400.00 | 1,730.95 |
| 05-02 | POS Debit- Business Debit Card 8787 05-02-19 Practice Fusion 415-346-7700 CA | 3.63- | 1,727.32 |
| 05-02 | POS Debit- Business Debit Card 8787 05-02-19 Practice Fusion 415-346-7700 CA | 109.00- | 1,618.32 |
| 05-02 | POS Debit - Business Debit Card 8787 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 205.25- | 1,413.07 |
| 05-03 | Transfer From Shares | 286.11 | 1,699.18 |
| 05-03 | POS Credit Adjustment 8787 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 148.70 | 1,847.88 |
| 05-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 050319 | 600.00 | 2,447.88 |
| 05-03 | POS Debit - Business Debit Card 8787 Transaction 05-02-19 The Home Depot #4705 Tukwila WA | 348.24- | 2,099.64 |
| 05-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 41.34- | 2,058.30 |
| 05-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 103.24- | 1,955.06 |
| 05-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 135.42- | 1,819.64 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 10.99 | 1,830.63 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-04-19 The Home Depot #47 | 21.74 | 1,852.37 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-03-19 The Home Depot #47 | 32.65 | 1,885.02 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 155.14 | 2,040.16 |
| 05-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 050619 | 600.00 | 2,640.16 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 The Home Depot #89 Seattle WA | 92.20- | 2,547.96 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 The Home Depot #47 Seattle WA | 109.42- | 2,438.54 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| --   --   -- | (      ) | | (      ) | |

DOJ-01-0000002569



Page 3 of 5

**NAVY FEDERAL Credit Union®**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 05-06 | POS Debit- Business Debit Card 8787 05-02-19 The Home Depot 894 Seattle WA | 249.55- | 2,188.99 |
| 05-06 | POS Debit - Business Debit Card 8787 Transaction 05-03-19 The Home Depot 8944 Seattle WA | 534.13- | 1,654.86 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 City Lgt Cl So. #6 Seattle WA | 969.76- | 685.10 |
| 05-07 | POS Debit- Business Debit Card 8787 05-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 350.60 |
| 05-08 | Transfer From Shares | 15.28 | 365.88 |
| 05-09 | Deposit - ACH Paid From Merchant Bankcd Deposit 050919 | 500.00 | 865.88 |
| 05-09 | POS Debit- Business Debit Card 8787 05-07-19 The Home Depot #47 Seattle WA | 93.96- | 771.92 |
| 05-09 | POS Debit- Business Debit Card 8787 05-09-19 Tmobile Postpaid W 800-937-8997 WA | 267.31- | 504.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 50.00 | 554.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 450.00 | 1,004.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 1,100.00 | 2,104.61 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-19 Sunfish Seafood Seattle WA | 14.26- | 2,090.35 |
| 05-13 | POS Debit - Business Debit Card 8787 Transaction 05-11-19 The Home Depot #4702 Seattle WA | 26.36- | 2,063.99 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-19 Gyro Time Seattle WA | 32.45- | 2,031.54 |
| 05-13 | POS Debit- Business Debit Card 8787 05-10-19 Arco#07155Arco #07 Seattle WA | 47.96- | 1,983.58 |
| 05-13 | POS Debit - Business Debit Card 8787 Transaction 05-12-19 International Food Baz Kent WA | 62.21- | 1,921.37 |
| 05-13 | POS Debit- Business Debit Card 8787 05-11-19 Abc Legal Services 206-521-9000 WA | 150.00- | 1,771.37 |
| 05-14 | ATM Withdrawal 05-13-19 Becu Seattle WA | 600.00- | 1,171.37 |
| 05-14 | POS Debit - Business Debit Card 8787 Transaction 05-13-19 7-Eleven Seattle WA | 30.98- | 1,140.39 |
| 05-14 | POS Debit - Business Debit Card 8787 Transaction 05-13-19 7-Eleven Seattle WA | 48.92- | 1,091.47 |
| 05-14 | Transfer To Checking Es1 LLC | 700.00- | 391.47 |
| 05-15 | POS Debit- Business Debit Card 8787 05-14-19 Malakor Thai Resta Renton WA | 20.90- | 370.57 |
| 05-15 | POS Debit- Business Debit Card 8787 05-14-19 Vcn*skagitcoaudito MT. Vernon WA | 102.49- | 268.08 |
| 05-16 | Deposit - ACH Paid From Merchant Bankcd Deposit 051619 | 750.00 | 1,018.08 |
| 05-16 | Transfer To Checking Es1 LLC | 800.00- | 218.08 |
| 05-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 051719 | 850.00 | 1,068.08 |
| 05-17 | POS Debit- Business Debit Card 8787 05-15-19 Shell Oil 57445757 Seattle WA | 58.11- | 1,009.97 |
| 05-17 | POS Debit- Business Debit Card 8787 05-15-19 The Home Depot #89 Seattle WA | 153.95- | 856.02 |
| 05-17 | Transfer To Checking Es1 LLC | 900.00- | 43.98- |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 100.00 | 56.02 |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 600.00 | 656.02 |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 900.00 | 1,556.02 |
| 05-20 | Business Debit Card Overdraft Fee 05-18-19 The Home Depot #89 | 29.00- | 1,527.02 |
| 05-20 | Transfer To Checking Es1 LLC | 1,200.00- | 327.02 |
| 05-21 | POS Debit- Business Debit Card 8787 05-20-19 McDonald's F13369 Seattle WA | 4.61- | 322.41 |
| 05-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 052319 | 250.00 | 572.41 |
| 05-23 | POS Debit- Business Debit Card 8787 05-22-19 Abc Legal Services 206-521-9000 WA | 89.50- | 482.91 |
| 05-23 | POS Debit- Business Debit Card 8787 05-22-19 Abc Legal Services 206-521-9000 WA | 150.00- | 332.91 |
| 05-24 | Deposit - ACH Paid From Merchant Bankcd Deposit 052419 | 500.00 | 832.91 |

DOJ-01-0000002570



**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 05-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 052819 | 600.00 | 1,432.91 |
| 05-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 052819 | 800.00 | 2,232.91 |
| 05-28 | POS Debit- Business Debit Card 8787 05-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,219.96 |
| 05-28 | POS Debit - Business Debit Card 8787 Transaction 05-26-19 The Home Depot #4702 Seattle WA | 91.72- | 2,128.24 |
| 05-28 | POS Debit- Business Debit Card 8787 05-26-19 The Home Depot #89 Seattle WA | 154.61- | 1,973.63 |
| 05-28 | POS Debit- Business Debit Card 8787 05-24-19 The Home Depot #89 Seattle WA | 168.27- | 1,805.36 |
| 05-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 052919 | 250.00 | 2,055.36 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-19 McDonald's F13369 Seattle WA | 4.61- | 2,050.75 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 King County Water Seattle WA | 5.00- | 2,045.75 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 001Ivars Acres Of Seattle WA | 38.26- | 2,007.49 |
| 05-29 | POS Debit - Business Debit Card 8787 Transaction 05-28-19 The Home Depot #4702 Seattle WA | 209.19- | 1,798.30 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 The Home Depot #89 Seattle WA | 233.96- | 1,564.34 |
| 05-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 053019 | 30.00 | 1,594.34 |
| 05-30 | POS Debit- Business Debit Card 8787 05-29-19 Junction True Valu Seattle WA | 15.40- | 1,578.94 |
| 05-30 | POS Debit - Business Debit Card 8787 05-29-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 232.86- | 1,346.08 |
| 05-31 | Deposit - ACH Paid From Merchant Bankcd Deposit 053119 | 2,000.00 | 3,346.08 |
| 05-31 | POS Debit - Business Debit Card 8787 Transaction 05-30-19 Fred-Meye Fred Meyer 0 Auburn WA | 5.49- | 3,340.59 |
| 05-31 | POS Debit- Business Debit Card 8787 05-30-19 Ncourt * Service F 844-4008880 WA | 14.00- | 3,326.59 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 7-Eleven 22561 Seattle WA | 30.72- | 3,295.87 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 Safeway #1062 Seattle WA | 82.36- | 3,213.51 |
| 05-31 | POS Debit- Business Debit Card 8787 05-30-19 Ncourt *waanacorte 844-4008880 WA | 200.00- | 3,013.51 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 The Home Depot #89 Seattle WA | 551.88- | 2,461.63 |
| 05-31 | Dividend | 0.04 | 2,461.67 |
| **05-31** | **Ending Balance** | | **2,461.67** |

*Average Daily Balance - Current Cycle: $837.22*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-03 | ACH | 41.34 | 05-14 | POS | 48.92 |
| 05-03 | ACH | 103.24 | 05-15 | POS | 20.90 |
| 05-03 | ACH | 135.42 | 05-15 | POS | 102.49 |
| 05-01 | POS | 43.16 | 05-17 | POS | 58.11 |
| 05-01 | POS | 3.60 | 05-17 | POS | 153.95 |
| 05-01 | POS | 11.14 | 05-21 | POS | 4.61 |
| 05-01 | POS | 30.61 | 05-23 | POS | 89.50 |
| 05-02 | POS | 3.63 | 05-23 | POS | 150.00 |
| 05-02 | POS | 109.00 | 05-28 | POS | 12.95 |
| 05-02 | POS | 205.25 | 05-28 | POS | 91.72 |
| 05-03 | POS | 348.24 | 05-28 | POS | 154.61 |
| 05-06 | POS | 92.20 | 05-28 | POS | 168.27 |
| 05-06 | POS | 109.42 | 05-29 | POS | 4.61 |
| 05-06 | POS | 249.55 | 05-29 | POS | 5.00 |
| 05-06 | POS | 534.13 | 05-29 | POS | 38.26 |
| 05-06 | POS | 969.76 | 05-29 | POS | 209.19 |
| 05-07 | POS | 334.50 | 05-29 | POS | 233.96 |
| 05-09 | POS | 93.96 | 05-30 | POS | 15.40 |
| 05-09 | POS | 267.31 | 05-30 | POS | 232.86 |
| 05-13 | POS | 14.26 | 05-31 | POS | 5.49 |
| 05-13 | POS | 26.36 | 05-31 | POS | 14.00 |
| 05-13 | POS | 32.45 | 05-31 | POS | 30.72 |
| 05-13 | POS | 47.96 | 05-31 | POS | 82.36 |
| 05-13 | POS | 62.21 | 05-31 | POS | 200.00 |
| 05-13 | POS | 150.00 | 05-31 | POS | 551.88 |
| 05-14 | POS | 30.98 | 05-14 | ATMO | 600.00 |

DOJ-01-0000002571


**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 05-01 | Beginning Balance | | 306.39 |
| 05-03 | Transfer To Checking | 286.11- | 20.28 |
| 05-08 | Transfer To Checking | 15.28- | 5.00 |
| 05-31 | Dividend | 0.01 | 5.01 |
| **05-31** | **Ending Balance** | | **5.01** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002572

Page 1 of 6

**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000JQU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the International Service Assessment fee. Please see enclosed disclosure or go to **navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13 and 15.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $2,461.67 | $10,836.73 | $12,747.35 | $551.05 | $0.26 |
| **Mbr Business Savings** 3037417528 | $5.01 | $0.00 | $1.00 | $4.01 | $0.02 |
| **Totals** | **$2,466.68** | **$10,836.73** | **$12,748.35** | **$555.06** | **$0.28** |

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 2,461.67 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002573

Page 2 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-03 | POS Credit Adjustment 8787 Transaction 05-31-19 The Home Depot #89 | 8.16 | 2,469.83 |
| 06-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 060319 | 50.00 | 2,519.83 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 WA Secretary Of ST .WA.Gov WA | 2.25- | 2,517.58 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Skagit Valley Food Mount Vernon WA | 2.99- | 2,514.59 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 WA Secretary Of ST .WA.Gov WA | 3.00- | 2,511.59 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 757 Mini Mart Burine WA | 3.49- | 2,508.10 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 WA Secretary Of ST .WA.Gov WA | 4.00- | 2,504.10 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Skagit Valley Food Mount Vernon WA | 4.18- | 2,499.92 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 McDonald's F13369 Seattle WA | 4.61- | 2,495.31 |
| 06-03 | POS Debit - Business Debit Card 8787 Transaction 05-31-19 Snohomish County Clerk Everett WA | 5.00- | 2,490.31 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-19 McDonald's F13369 Seattle WA | 10.98- | 2,479.33 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-19 Dominic's Red Appl Seattle WA | 12.37- | 2,466.96 |
| 06-03 | POS Debit - Business Debit Card 8787 Transaction 06-01-19 Infinity Enterpr Seatac WA | 30.00- | 2,436.96 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Walgreens #6259 Seattle WA | 35.29- | 2,401.67 |
| 06-03 | POS Debit- Business Debit Card 8787 05-30-19 The Home Depot #89 Seattle WA | 50.00- | 2,351.67 |
| 06-03 | POS Debit- Business Debit Card 8787 06-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 2,242.67 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 The Home Depot #47 Seattle WA | 197.13- | 2,045.54 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 The Home Depot #89 Seattle WA | 269.02- | 1,776.52 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 The Home Depot #89 Seattle WA | 391.81- | 1,384.71 |
| 06-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 46.06- | 1,338.65 |
| 06-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 119.83- | 1,218.82 |
| 06-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 137.26- | 1,081.56 |
| 06-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 060419 | 400.00 | 1,481.56 |
| 06-04 | POS Debit- Business Debit Card 8787 06-03-19 Arco#82982Arco Gas Arlington WA | 50.27- | 1,431.29 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- | -- | ( ) | ( ) | |

DOJ-01-0000002574

Page 3 of 6



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-04 | POS Debit- Business Debit Card 8787 06-02-19 Safeway #1062 Seattle WA | 160.65- | 1,270.64 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-19 The Home Depot #47 Everett WA | 216.76- | 1,053.88 |
| 06-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 060519 | 400.00 | 1,453.88 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-19 Popeyes 12239 Seattle WA | 37.94- | 1,415.94 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-19 Lowes #00149* 425-259-2017 WA | 190.00- | 1,225.94 |
| 06-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 060619 | 800.00 | 2,025.94 |
| 06-06 | POS Debit- Business Debit Card 8787 06-05-19 Trader Joe's #157 West Seattle WA | 55.53- | 1,970.41 |
| 06-06 | POS Debit- Business Debit Card 8787 06-04-19 The Home Depot #89 Seattle WA | 123.71- | 1,846.70 |
| 06-06 | Transfer To Checking | 1,000.00- | 846.70 |
| | Es1 LLC | | |
| 06-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 060719 | 250.00 | 1,096.70 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 McDonald's F13369 Seattle WA | 9.22- | 1,087.48 |
| 06-07 | POS Debit- Business Debit Card 8787 06-05-19 Mod Pizza West Sea Seattle WA | 14.08- | 1,073.40 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 McDonald's F13369 Seattle WA | 25.06- | 1,048.34 |
| 06-07 | POS Debit- Business Debit Card 8787 06-05-19 The Home Depot #89 Seattle WA | 274.15- | 774.19 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 Advancedmd, Inc 801-984-9500 UT | 330.64- | 443.55 |
| 06-10 | POS Credit Adjustment 8787 Transaction 06-06-19 The Home Depot #89 | 11.38 | 454.93 |
| 06-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 061019 | 450.00 | 904.93 |
| 06-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 061011 | 800.11 | 1,705.04 |
| 06-10 | POS Debit- Business Debit Card 8787 06-09-19 West Seattle Brewi Seattle WA | 7.80- | 1,697.24 |
| 06-10 | POS Debit- Business Debit Card 8787 06-07-19 Abc Legal Services 206-521-9000 WA | 140.00- | 1,557.24 |
| 06-10 | Returned Item Fee 4 | 29.00- | 1,528.24 |
| 06-11 | POS Credit Adjustment 8787 Transaction 06-10-19 Platt Electric 002 | 479.34 | 2,007.58 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-19 Chevron 0210168 Tacoma WA | 22.05- | 1,985.53 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-19 Social Treatment O Tacoma WA | 35.00- | 1,950.53 |
| 06-11 | POS Debit- Business Debit Card 8787 06-09-19 Safeway #1062 Seattle WA | 90.65- | 1,859.88 |
| 06-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 061219 | 300.00 | 2,159.88 |
| 06-12 | Check 4 | 316.04- | 1,843.84 |
| 06-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 061319 | 700.00 | 2,543.84 |
| 06-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 061419 | 700.00 | 3,243.84 |
| 06-14 | POS Debit- Business Debit Card 8787 06-13-19 Pp*sodo Chicken Seattle WA | 12.00- | 3,231.84 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 Seattle WA | 61.42- | 3,170.42 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 International Food Baz Kent WA | 182.71- | 2,987.71 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 Seattle WA | 203.97- | 2,783.74 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 Seattle WA | 236.87- | 2,546.87 |
| 06-17 | POS Credit Adjustment 8787 Transaction 06-16-19 The Home Depot #4702 Seattle WA | 192.68 | 2,739.55 |
| 06-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 061719 | 1,120.00 | 3,859.55 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Sq *espresso Chang Tukwila WA | 5.25- | 3,854.30 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 McDonald's F13369 Seattle WA | 7.36- | 3,846.94 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-19 McDonald's F13369 Seattle WA | 10.54- | 3,836.40 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Pp*sodo Chicken Seattle WA | 12.00- | 3,824.40 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 Shell Oil 10013051 Seattle WA | 13.01- | 3,811.39 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-19 Panda Express 1649 Tukwila WA | 15.68- | 3,795.71 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 Shell Oil 10013051 Seattle WA | 28.17- | 3,767.54 |

DOJ-01-0000002575



Page 4 of 6

NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 76 - Spears Inc Redmond WA | 30.41- | 3,737.13 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #47 Seattle WA | 47.88- | 3,689.25 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Shell Oil 57444961 Seattle WA | 56.15- | 3,633.10 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #89 Seattle WA | 94.56- | 3,538.54 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 The Home Depot #47 Seattle WA | 150.00- | 3,388.54 |
| 06-17 | POS Debit - Business Debit Card 8787 Transaction 06-16-19 The Home Depot #4702 Seattle WA | 192.68- | 3,195.86 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 International Food Kent WA | 204.23- | 2,991.63 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #47 Tukwila WA | 246.17- | 2,745.46 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 The Home Depot #47 Seattle WA | 414.39- | 2,331.07 |
| 06-17 | POS Debit - Business Debit Card 8787 Transaction 06-16-19 The Home Depot 8944 Seattle WA | 570.32- | 1,760.75 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Chevron 0205006 Seattle WA | 0.10- | 1,760.65 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Uber Help.Uber.Com CA | 20.57- | 1,740.08 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Chevron 0205006 Seattle WA | 30.07- | 1,710.01 |
| 06-18 | POS Debit- Business Debit Card 8787 06-16-19 The Home Depot #47 Seattle WA | 126.86- | 1,583.15 |
| 06-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 061919 | 200.00 | 1,783.15 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 Skagit Valley Food Mount Vernon WA | 1.99- | 1,781.16 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 Safeway Fuel #0474 Everett WA | 34.10- | 1,747.06 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-19 Stop Kent WA | 100.00- | 1,647.06 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-19 Lowes #00149* 425-259-2017 WA | 148.38- | 1,498.68 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 King CO Solid Wast Seattle WA | 191.85- | 1,306.83 |
| 06-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 062019 | 875.00 | 2,181.83 |
| 06-20 | POS Debit- Business Debit Card 8787 06-18-19 Himalayan Cafe Renton WA | 28.49- | 2,153.34 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #89 Seattle WA | 64.86- | 2,088.48 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #47 Seattle WA | 178.33- | 1,910.15 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #89 Seattle WA | 451.51- | 1,458.64 |
| 06-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 062119 | 750.00 | 2,208.64 |
| 06-21 | POS Debit- Business Debit Card 8787 06-20-19 Pp*sodo Chicken Seattle WA | 10.62- | 2,198.02 |
| 06-21 | POS Debit- Business Debit Card 8787 06-20-19 Costco Gas #0001 Seattle WA | 46.52- | 2,151.50 |
| 06-24 | Deposit - ACH Paid From Merchant Bankcd Deposit 062419 | 850.00 | 3,001.50 |
| 06-24 | Intl Transaction Fee 06-22-19 Safecart.Com Casef 855-432-0727 | 0.10- | 3,001.40 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 McDonald's F13369 Seattle WA | 4.50- | 2,996.90 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-21-19 Snohomish County Clerk Everett WA | 9.25- | 2,987.65 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 2,977.80 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 Madmix Gyros & Piz Seattle WA | 13.19- | 2,964.61 |
| 06-24 | POS Debit- Business Debit Card 8787 06-23-19 Thai Bistro Federa Federal Way WA | 18.65- | 2,945.96 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-21-19 Safeway Store 1062 Seattle WA | 25.49- | 2,920.47 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 Safeway #1062 Seattle WA | 34.82- | 2,885.65 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 Safeway #1062 Seattle WA | 87.58- | 2,798.07 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-23-19 The Home Depot #4703 Federal Way WA | 114.36- | 2,683.71 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 The Home Depot #89 Seattle WA | 133.18- | 2,550.53 |
| 06-24 | POS Debit- Business Debit Card 8787 06-20-19 The Home Depot #47 Everett WA | 352.40- | 2,198.13 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 The Home Depot #47 Seattle WA | 390.88- | 1,807.25 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 The Home Depot #47 Seattle WA | 439.97- | 1,367.28 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 1,354.33 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 Arco#82582A & R Ka Lynnwood WA | 17.58- | 1,336.75 |

DOJ-01-0000002576



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 5 of 6

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-25 | POS Debit- Business Debit Card 8787 06-23-19 The Home Depot #47 Federal Way WA | 20.10- | 1,316.65 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 Papas Mexican Gril Everett WA | 21.14- | 1,295.51 |
| 06-25 | POS Debit- Business Debit Card 8787 06-23-19 Safeway #1062 Seattle WA | 76.42- | 1,219.09 |
| 06-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 062619 | 1,500.00 | 2,719.09 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 6.99- | 2,712.10 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 31.49- | 2,680.61 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 The Home Depot #47 Everett WA | 69.19- | 2,611.42 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 The Home Depot #47 Everett WA | 123.05- | 2,488.37 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 245.98- | 2,242.39 |
| 06-27 | POS Debit- Business Debit Card 8787 06-26-19 Snohomish Cty Reco Everett WA | 102.00- | 2,140.39 |
| 06-27 | Check 101 | 1,300.00- | 840.39 |
| 06-28 | POS Debit- Business Debit Card 8787 06-27-19 Tmobile*postpaid T 800-937-8997 WA | 289.40- | 550.99 |
| 06-28 | Dividend | 0.06 | 551.05 |
| **06-30** | **Ending Balance** | | **551.05** |

*Average Daily Balance - Current Cycle: $1,525.48*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-03 | ACH | 46.06 | 06-17 | POS | 30.41 |
| 06-03 | ACH | 119.83 | 06-17 | POS | 47.88 |
| 06-03 | ACH | 137.26 | 06-17 | POS | 56.15 |
| 06-03 | POS | 3.49 | 06-17 | POS | 94.56 |
| 06-03 | POS | 4.00 | 06-17 | POS | 150.00 |
| 06-03 | POS | 4.18 | 06-17 | POS | 192.68 |
| 06-03 | POS | 4.61 | 06-17 | POS | 204.23 |
| 06-03 | POS | 5.00 | 06-17 | POS | 246.17 |
| 06-03 | POS | 10.98 | 06-17 | POS | 414.39 |
| 06-03 | POS | 12.37 | 06-17 | POS | 570.32 |
| 06-03 | POS | 30.00 | 06-18 | POS | 0.10 |
| 06-03 | POS | 35.29 | 06-18 | POS | 20.57 |
| 06-03 | POS | 50.00 | 06-18 | POS | 30.07 |
| 06-03 | POS | 109.00 | 06-18 | POS | 126.86 |
| 06-03 | POS | 197.13 | 06-19 | POS | 1.99 |
| 06-03 | POS | 269.02 | 06-19 | POS | 34.10 |
| 06-03 | POS | 391.81 | 06-19 | POS | 100.00 |
| 06-03 | POS | 2.25 | 06-19 | POS | 148.38 |
| 06-03 | POS | 2.99 | 06-19 | POS | 191.85 |
| 06-03 | POS | 3.00 | 06-20 | POS | 28.49 |
| 06-04 | POS | 50.27 | 06-20 | POS | 64.86 |
| 06-04 | POS | 160.65 | 06-20 | POS | 178.33 |
| 06-04 | POS | 216.76 | 06-20 | POS | 451.51 |
| 06-05 | POS | 37.94 | 06-21 | POS | 10.62 |
| 06-05 | POS | 190.00 | 06-21 | POS | 46.52 |
| 06-06 | POS | 55.53 | 06-24 | POS | 4.50 |
| 06-06 | POS | 123.71 | 06-24 | POS | 9.25 |
| 06-07 | POS | 9.22 | 06-24 | POS | 9.85 |
| 06-07 | POS | 14.08 | 06-24 | POS | 13.19 |
| 06-07 | POS | 25.06 | 06-24 | POS | 18.65 |
| 06-07 | POS | 274.15 | 06-24 | POS | 25.49 |
| 06-07 | POS | 330.64 | 06-24 | POS | 34.82 |
| 06-10 | POS | 7.80 | 06-24 | POS | 87.58 |
| 06-10 | POS | 140.00 | 06-24 | POS | 114.36 |
| 06-11 | POS | 22.05 | 06-24 | POS | 133.18 |
| 06-11 | POS | 35.00 | 06-24 | POS | 352.40 |
| 06-14 | POS | 90.65 | 06-24 | POS | 390.88 |
| 06-14 | POS | 12.00 | 06-24 | POS | 439.97 |
| 06-14 | POS | 61.42 | 06-25 | POS | 12.95 |
| 06-14 | POS | 182.71 | 06-25 | POS | 17.58 |
| 06-14 | POS | 203.97 | 06-25 | POS | 20.10 |
| 06-14 | POS | 236.87 | 06-25 | POS | 21.14 |
| 06-17 | POS | 5.25 | 06-25 | POS | 76.42 |
| 06-17 | POS | 7.36 | 06-26 | POS | 6.99 |
| 06-17 | POS | 10.54 | 06-26 | POS | 31.49 |
| 06-17 | POS | 12.00 | 06-26 | POS | 69.19 |
| 06-17 | POS | 13.01 | 06-26 | POS | 123.05 |
| 06-17 | POS | 15.68 | 06-26 | POS | 245.98 |
| 06-17 | POS | 28.17 | 06-27 | POS | 102.00 |

DOJ-01-0000002577

Page 6 of 6



NAVY FEDERAL
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Items Paid**                                                    (Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-28 | POS | 289.40 | 06-27 | 000101 - Check | 1,300.00 |
| 06-12 | 000004 - Check | 316.04 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-01 | Beginning Balance | | 5.01 |
| 06-03 | eDeposit-Svc Fee | 1.00- | 4.01 |
| **06-30** | **Ending Balance** | | **4.01** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002578

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JML90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $551.05 | $13,532.99 | $10,512.56 | $3,571.48 | $0.40 |
| **Mbr Business Savings** 3037417528 | $4.01 | $0.00 | $1.00 | $3.01 | $0.02 |
| **Totals** | **$555.06** | **$13,532.99** | **$10,513.56** | **$3,574.49** | **$0.42** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 551.05 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000

DOJ-01-0000002579



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | POS Credit Adjustment 8787 Transaction 06-27-19 The Home Depot #47 | 141.09 | 692.14 |
| 07-01 | POS Credit Adjustment 8787 Transaction 06-29-19 The Home Depot 8944 Seattle WA | 185.51 | 877.65 |
| 07-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 070119 | 2,000.00 | 2,877.65 |
| 07-01 | POS Debit- Business Debit Card 8787 06-29-19 Sq *cherry Street Seattle WA | 13.16- | 2,864.49 |
| 07-01 | POS Debit- Business Debit Card 8787 06-28-19 Professional Rx Ph Las Vegas NV | 15.00- | 2,849.49 |
| 07-01 | POS Debit - Business Debit Card 8787 Transaction 06-28-19 International Food Baz Kent WA | 116.45- | 2,733.04 |
| 07-01 | POS Debit - Business Debit Card 8787 Transaction 06-28-19 The Home Depot 8944 Seattle WA | 224.44- | 2,508.60 |
| 07-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 070319 | 1,300.00 | 3,808.60 |
| 07-03 | POS Debit- Business Debit Card 8787 07-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 3,699.60 |
| 07-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 42.44- | 3,657.16 |
| 07-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 128.83- | 3,528.33 |
| 07-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 177.06- | 3,351.27 |
| 07-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 070519 | 250.00 | 3,601.27 |
| 07-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 070519 | 500.00 | 4,101.27 |
| 07-05 | ATM Withdrawal 07-03-19 Becu Seattle WA | 600.00- | 3,501.27 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 Shell Oil 57444961 Seattle WA | 7.55- | 3,493.72 |
| 07-05 | POS Debit- Business Debit Card 8787 07-04-19 Chevron 0205006 Seattle WA | 30.00- | 3,463.72 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 Pabla Indian Cuisi Renton WA | 33.74- | 3,429.98 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 King CO Solid Wast Seattle WA | 102.72- | 3,327.26 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 The Home Depot #89 Seattle WA | 642.30- | 2,684.96 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 The Home Depot #47 Seattle WA | 661.23- | 2,023.73 |
| 07-08 | POS Debit- Business Debit Card 8787 07-04-19 Shell Oil 57444961 Seattle WA | 7.64- | 2,016.09 |
| 07-08 | POS Debit- Business Debit Card 8787 07-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 1,681.59 |
| 07-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 071119 | 1,100.00 | 2,781.59 |
| 07-11 | POS Debit- Business Debit Card 8787 07-10-19 McDonald's F13369 Seattle WA | 33.19- | 2,748.40 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) — — | HOME TELEPHONE NUMBER ( ) | | | DAYTIME TELEPHONE NUMBER ( ) |

DOJ-01-0000002580



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**　　　　　　　　　　　　　　　(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 071219 | 600.00 | 3,348.40 |
| 07-12 | POS Debit- Business Debit Card 8787 07-11-19 McDonald's F13369 Seattle WA | 14.82- | 3,333.58 |
| 07-12 | POS Debit- Business Debit Card 8787 Transaction 07-11-19 The Home Depot 8944 Seattle WA | 101.63- | 3,231.95 |
| 07-12 | POS Debit- Business Debit Card 8787 07-10-19 The Home Depot #89 Seattle WA | 191.10- | 3,040.85 |
| 07-12 | POS Debit- Business Debit Card 8787 Transaction 07-11-19 The Home Depot #4702 Seattle WA | 268.60- | 2,772.25 |
| 07-12 | POS Debit- Business Debit Card 8787 07-11-19 Seattle Public Uti 206-684-3000 WA | 686.40- | 2,085.85 |
| 07-15 | POS Credit Adjustment 8787 Transaction 07-13-19 The Home Depot 470 | 83.03 | 2,168.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 200.00 | 2,368.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 250.00 | 2,618.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 900.00 | 3,518.88 |
| 07-15 | POS Debit- Business Debit Card 8787 07-12-19 7-Eleven 22561 Seattle WA | 47.56- | 3,471.32 |
| 07-15 | POS Debit- Business Debit Card 8787 07-11-19 The Home Depot #47 Seattle WA | 78.07- | 3,393.25 |
| 07-15 | POS Debit- Business Debit Card 8787 07-13-19 The Home Depot 470 Seattle WA | 84.84- | 3,308.41 |
| 07-15 | POS Debit- Business Debit Card 8787 07-11-19 The Home Depot #89 Seattle WA | 265.95- | 3,042.46 |
| 07-16 | POS Debit- Business Debit Card 8787 Transaction 07-15-19 The Home Depot #4702 Seattle WA | 55.24- | 2,987.22 |
| 07-17 | POS Debit- Business Debit Card 8787 07-16-19 McDonald's F13369 Seattle WA | 18.78- | 2,968.44 |
| 07-17 | POS Debit- Business Debit Card 8787 Transaction 07-16-19 The Home Depot #4702 Seattle WA | 135.53- | 2,832.91 |
| 07-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 071819 | 1,250.00 | 4,082.91 |
| 07-18 | POS Debit- Business Debit Card 8787 07-16-19 McDonald's F6512 Monroe WA | 12.54- | 4,070.37 |
| 07-18 | POS Debit- Business Debit Card 8787 07-17-19 McDonald's F13369 Seattle WA | 30.29- | 4,040.08 |
| 07-18 | POS Debit- Business Debit Card 8787 07-18-19 Carpet Liquidators Seattle WA | 928.67- | 3,111.41 |
| 07-19 | POS Credit Adjustment 8787 Transaction 07-17-19 The Home Depot 894 | 242.21 | 3,353.62 |
| 07-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 071919 | 1,650.00 | 5,003.62 |
| 07-19 | POS Debit- Business Debit Card 8787 07-18-19 McDonald's F13369 Seattle WA | 9.66- | 4,993.96 |
| 07-19 | POS Debit- Business Debit Card 8787 Transaction 07-18-19 The Home Depot #4702 Seattle WA | 153.73- | 4,840.23 |
| 07-19 | POS Debit- Business Debit Card 8787 07-17-19 The Home Depot #89 Seattle WA | 295.95- | 4,544.28 |
| 07-19 | POS Debit- Business Debit Card 8787 07-17-19 The Home Depot #89 Seattle WA | 300.90- | 4,243.38 |
| 07-22 | POS Credit Adjustment 8787 Transaction 07-19-19 The Home Depot #47 | 47.79 | 4,291.17 |
| 07-22 | POS Credit Adjustment 8787 Transaction 07-19-19 The Home Depot 470 | 304.13 | 4,595.30 |
| 07-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 072219 | 1,500.00 | 6,095.30 |
| 07-22 | POS Debit- Business Debit Card 8787 Transaction 07-19-19 Dominic's Red Apple MA Seattle WA | 4.29- | 6,091.01 |
| 07-22 | POS Debit- Business Debit Card 8787 07-21-19 McDonald's F13369 Seattle WA | 8.56- | 6,082.45 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 McDonald's F13369 Seattle WA | 13.61- | 6,068.84 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 McDonald's F13369 Seattle WA | 14.94- | 6,053.90 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 McDonald's F13369 Seattle WA | 15.49- | 6,038.41 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 Oreilly Auto #2810 Seattle WA | 31.88- | 6,006.53 |
| 07-22 | POS Debit- Business Debit Card 8787 Transaction 07-20-19 Dominic's Red Apple MA Seattle WA | 33.99- | 5,972.54 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 The Home Depot #89 Seattle WA | 64.27- | 5,908.27 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 King CO Solid Wast Seattle WA | 102.72- | 5,805.55 |
| 07-22 | POS Debit- Business Debit Card 8787 Transaction 07-20-19 The Home Depot #4702 Seattle WA | 104.28- | 5,701.27 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 The Home Depot #89 Seattle WA | 110.57- | 5,590.70 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 The Home Depot 894 Seattle WA | 201.20- | 5,389.50 |

DOJ-01-0000002581



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                          (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-23 | Intl Transaction Fee 07-23-19 Safecart.Com Casef 855-432-0727 | 0.10- | 5,389.40 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 5,379.55 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Bang Bar Thai Rest Seattle WA | 16.46- | 5,363.09 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Staples Seattle WA | 18.67- | 5,344.42 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot 8944 Seattle WA | 31.90- | 5,312.52 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot #4702 Seattle WA | 44.98- | 5,267.54 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 Qfc #5883 4550 42ND ST Seattle WA | 48.74- | 5,218.80 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 The Home Depot #89 Seattle WA | 138.40- | 5,080.40 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot 8944 Seattle WA | 148.28- | 4,932.12 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 International Food Kent WA | 202.71- | 4,729.41 |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-19 The Home Depot #47 | 14.73 | 4,744.14 |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-19 The Home Depot #89 | 33.30 | 4,777.44 |
| 07-24 | POS Debit- Business Debit Card 8787 07-22-19 Shell Oil 57444961 Seattle WA | 16.47- | 4,760.97 |
| 07-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 072519 | 220.00 | 4,980.97 |
| 07-25 | POS Debit- Business Debit Card 8787 07-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 4,968.02 |
| 07-25 | POS Debit- Business Debit Card 8787 07-23-19 Shell Oil 57444961 Seattle WA | 50.85- | 4,917.17 |
| 07-25 | POS Debit- Business Debit Card 8787 07-23-19 The Home Depot #89 Seattle WA | 332.87- | 4,584.30 |
| 07-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 072619 | 90.00 | 4,674.30 |
| 07-26 | POS Debit- Business Debit Card 8787 07-24-19 The Home Depot #47 Seattle WA | 96.10- | 4,578.20 |
| 07-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 072919 | 200.00 | 4,778.20 |
| 07-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 072919 | 230.00 | 5,008.20 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Costco Gas #0061 Federal Way WA | 5.55- | 5,002.65 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Panera Bread #2022 Gig Harbor WA | 8.34- | 4,994.31 |
| 07-29 | POS Debit- Business Debit Card 8787 07-28-19 McDonald's F13369 Seattle WA | 10.43- | 4,983.88 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 McDonald's F13369 Seattle WA | 10.43- | 4,973.45 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 McDonald's F13369 Seattle WA | 10.43- | 4,963.02 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Autozone #1684 Federal Way WA | 25.29- | 4,937.73 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Panera Bread #2022 Gig Harbor WA | 35.00- | 4,902.73 |
| 07-29 | POS Debit- Business Debit Card 8787 07-25-19 Matador West Seatt Seattle WA | 57.25- | 4,845.48 |
| 07-29 | POS Debit- Business Debit Card 8787 07-25-19 North Coast Elec S 206-442-9897 WA | 153.43- | 4,692.05 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Costco Whse #0061 Federal Way WA | 173.68- | 4,518.37 |
| 07-29 | POS Debit- Business Debit Card 8787 07-28-19 The Home Depot 470 Seattle WA | 265.88- | 4,252.49 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 The Home Depot #47 Tukwila WA | 480.61- | 3,771.88 |
| 07-30 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot 8944 Seattle WA | 44.98 | 3,816.86 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot 8944 Seattle WA | 22.09- | 3,794.77 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot #4702 Seattle WA | 37.19- | 3,757.58 |
| 07-30 | POS Debit- Business Debit Card 8787 07-29-19 McDonald's F13369 Seattle WA | 43.89- | 3,713.69 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot #4702 Seattle WA | 51.94- | 3,661.75 |
| 07-31 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot #89 | 79.66 | 3,741.41 |
| 07-31 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot #89 | 116.42 | 3,857.83 |
| 07-31 | POS Debit- Business Debit Card 8787 07-30-19 McDonald's F13369 Seattle WA | 27.87- | 3,829.96 |

DOJ-01-0000002582



Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-31 | POS Debit- Business Debit Card 8787 07-30-19 The Cpap Shop 866-4149700 NJ | 34.50- | 3,795.46 |
| 07-31 | POS Debit - Business Debit Card 8787 Transaction 07-30-19 The Home Depot 8944 Seattle WA | 74.12- | 3,721.34 |
| 07-31 | Transfer To Checking Es1 LLC | 150.00- | 3,571.34 |
| 07-31 | Dividend | 0.14 | 3,571.48 |
| **07-31** | **Ending Balance** | | **3,571.48** |

*Average Daily Balance - Current Cycle: $3,249.98*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 07-03 | ACH | 42.44 | 07-22 | POS | 31.88 |
| 07-03 | ACH | 128.83 | 07-22 | POS | 33.99 |
| 07-03 | ACH | 177.06 | 07-22 | POS | 64.27 |
| 07-01 | POS | 224.44 | 07-22 | POS | 102.72 |
| 07-01 | POS | 13.16 | 07-22 | POS | 104.28 |
| 07-01 | POS | 15.00 | 07-22 | POS | 110.57 |
| 07-01 | POS | 116.45 | 07-22 | POS | 201.20 |
| 07-03 | POS | 109.00 | 07-23 | POS | 9.85 |
| 07-05 | POS | 7.55 | 07-23 | POS | 16.46 |
| 07-05 | POS | 30.00 | 07-23 | POS | 18.67 |
| 07-05 | POS | 33.74 | 07-23 | POS | 31.90 |
| 07-05 | POS | 102.72 | 07-23 | POS | 44.98 |
| 07-05 | POS | 642.30 | 07-23 | POS | 48.74 |
| 07-05 | POS | 661.23 | 07-23 | POS | 138.40 |
| 07-08 | POS | 7.64 | 07-23 | POS | 148.28 |
| 07-08 | POS | 334.50 | 07-23 | POS | 202.71 |
| 07-11 | POS | 33.19 | 07-24 | POS | 16.47 |
| 07-12 | POS | 14.82 | 07-25 | POS | 12.95 |
| 07-12 | POS | 101.63 | 07-25 | POS | 50.85 |
| 07-12 | POS | 191.10 | 07-25 | POS | 332.87 |
| 07-12 | POS | 268.60 | 07-26 | POS | 96.10 |
| 07-12 | POS | 686.40 | 07-29 | POS | 5.55 |
| 07-15 | POS | 47.56 | 07-29 | POS | 8.34 |
| 07-15 | POS | 78.07 | 07-29 | POS | 10.43 |
| 07-15 | POS | 84.84 | 07-29 | POS | 10.43 |
| 07-15 | POS | 265.95 | 07-29 | POS | 10.43 |
| 07-16 | POS | 55.24 | 07-29 | POS | 25.29 |
| 07-17 | POS | 18.78 | 07-29 | POS | 35.00 |
| 07-17 | POS | 135.53 | 07-29 | POS | 57.25 |
| 07-18 | POS | 12.54 | 07-29 | POS | 153.43 |
| 07-18 | POS | 30.29 | 07-29 | POS | 173.68 |
| 07-18 | POS | 928.67 | 07-29 | POS | 265.88 |
| 07-19 | POS | 9.66 | 07-29 | POS | 480.61 |
| 07-19 | POS | 153.73 | 07-30 | POS | 22.09 |
| 07-19 | POS | 295.95 | 07-30 | POS | 37.19 |
| 07-19 | POS | 300.90 | 07-30 | POS | 43.89 |
| 07-22 | POS | 4.29 | 07-30 | POS | 51.94 |
| 07-22 | POS | 8.56 | 07-31 | POS | 27.87 |
| 07-22 | POS | 13.61 | 07-31 | POS | 34.50 |
| 07-22 | POS | 14.94 | 07-31 | POS | 74.12 |
| 07-22 | POS | 15.49 | 07-05 | ATMO | 600.00 |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 4.01 |
| 07-01 | eDeposit-Svc Fee | 1.00- | 3.01 |
| **07-31** | **Ending Balance** | | **3.01** |

DOJ-01-0000002583

Page 6 of 6


**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002584

Page 1 of 6

**Statement of Account**

## NAVY FEDERAL
### Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000AMU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $3,571.48 | $63,265.88 | $66,037.53 | $799.83 | $0.51 |
| **Mbr Business Savings** 3037417528 | $3.01 | $2.99 | $1.00 | $5.00 | $0.02 |
| **Totals** | **$3,574.49** | **$63,268.87** | **$66,038.53** | **$804.83** | **$0.53** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 3,571.48 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002585



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 08-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 080119 | 800.00 | 4,371.48 |
| 08-02 | POS Credit Adjustment 8787 Transaction 07-31-19 North Coast Elec S | 99.82 | 4,471.30 |
| 08-02 | Deposit - ACH Paid From Merchant Bankcd Deposit 080219 | 250.00 | 4,721.30 |
| 08-02 | Deposit - ACH Paid From Kabbage Loan 080219 | 10,000.00 | 14,721.30 |
| 08-02 | Transfer From Checking | 5,000.00 | 19,721.30 |
| 08-02 | POS Debit- Business Debit Card 8787 07-31-19 North Coast Elec S 206-442-9897 WA | 212.52- | 19,508.78 |
| 08-02 | Transfer To Shares | 2.99- | 19,505.79 |
| 08-02 | Transfer To Savings | 19,000.00- | 505.79 |
| 08-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 080519 | 950.00 | 1,455.79 |
| 08-05 | POS Debit- Business Debit Card 8787 08-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 1,346.79 |
| 08-05 | Paid To - Merchant Bankcd Fee Chk 9100001 | 54.49- | 1,292.30 |
| 08-05 | Paid To - Merchant Bankcd Discount Chk 9100001 | 144.98- | 1,147.32 |
| 08-05 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 150.16- | 997.16 |
| 08-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 080619 | 100.00 | 1,097.16 |
| 08-07 | POS Credit Adjustment 8787 Transaction 08-06-19 The Home Depot 8944 Seattle WA | 153.04 | 1,250.20 |
| 08-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 080719 | 100.00 | 1,350.20 |
| 08-07 | POS Debit- Business Debit Card 8787 08-06-19 McDonald's F13369 Seattle WA | 22.40- | 1,327.80 |
| 08-07 | POS Debit - Business Debit Card 8787 Transaction 08-06-19 The Home Depot 8944 Seattle WA | 153.04- | 1,174.76 |
| 08-07 | POS Debit- Business Debit Card 8787 08-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 840.26 |
| 08-07 | POS Debit - Business Debit Card 8787 Transaction 08-06-19 The Home Depot 8944 Seattle WA | 461.05- | 379.21 |
| 08-08 | POS Credit Adjustment 8787 Transaction 08-07-19 The Home Depot 8944 Seattle WA | 237.81 | 617.02 |
| 08-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 080819 | 400.00 | 1,017.02 |
| 08-08 | Deposit - ACH Paid From Expansion Capita Funding 080819 | 8,201.00 | 9,218.02 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| --   --   -- | (          ) | | | (          ) |

DOJ-01-0000002586



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 6

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-08 | Bank Wire Deposit | 7,525.00 | 16,743.02 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Taqueria El Rincon Seattle WA | 4.50- | 16,738.52 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Chevron 0375344 Seattle WA | 7.24- | 16,731.28 |
| 08-08 | POS Debit- Business Debit Card 8787 08-06-19 Matador West Seatt Seattle WA | 10.46- | 16,720.82 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Taqueria El Rincon Seattle WA | 11.50- | 16,709.32 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Sq *caffe Fiore - Seattle WA | 12.01- | 16,697.31 |
| 08-08 | POS Debit - Business Debit Card 8787 Transaction 08-07-19 The Home Depot 8944 Seattle WA | 53.95- | 16,643.36 |
| 08-09 | Transfer To Checking | 8,000.00- | 8,643.36 |
| 08-09 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 8,560.36 |
| 08-09 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 8,405.69 |
| 08-09 | Check 1 | 5,000.00- | 3,405.69 |
| 08-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 081219 | 200.00 | 3,605.69 |
| 08-12 | POS Debit- Business Debit Card 8787 08-10-19 Ncourt * Service F 844-4008880 WA | 7.00- | 3,598.69 |
| 08-12 | POS Debit- Business Debit Card 8787 Transaction 08-10-19 Fred-Meye Fred Meyer 0 Burien WA | 35.60- | 3,563.09 |
| 08-12 | POS Debit- Business Debit Card 8787 08-11-19 76 - Panglia Prope Kirkland WA | 54.07- | 3,509.02 |
| 08-12 | POS Debit- Business Debit Card 8787 08-10-19 Ncourt *waanacorte 844-4008880 WA | 100.00- | 3,409.02 |
| 08-12 | POS Debit - Business Debit Card 8787 Transaction 08-11-19 The Home Depot 8944 Seattle WA | 130.34- | 3,278.68 |
| 08-12 | POS Debit- Business Debit Card 8787 08-08-19 Vortman And Feinst Bellevue WA | 1,500.00- | 1,778.68 |
| 08-12 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,695.68 |
| 08-12 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,541.01 |
| 08-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 081319 | 600.00 | 2,141.01 |
| 08-13 | Deposit - ACH Paid From Wellen Capital Funding 081319 | 14,000.00 | 16,141.01 |
| 08-13 | POS Debit- Business Debit Card 8787 08-11-19 The Home Depot #47 Seattle WA | 33.95- | 16,107.06 |
| 08-13 | POS Debit- Business Debit Card 8787 08-11-19 Qfc #5883 Seattle WA | 66.23- | 16,040.83 |
| 08-13 | POS Debit- Business Debit Card 8787 08-12-19 Tmobile*postpaid T 800-937-8997 WA | 283.06- | 15,757.77 |
| 08-13 | Transfer To Checking | 5,000.00- | 10,757.77 |
| 08-13 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 10,674.77 |
| 08-13 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 10,520.10 |
| 08-13 | Check 100 | 5,000.00- | 5,520.10 |
| 08-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 081419 | 100.00 | 5,620.10 |
| 08-14 | POS Debit- Business Debit Card 8787 08-13-19 Professional Rx Ph Las Vegas NV | 15.00- | 5,605.10 |
| 08-14 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,522.10 |
| 08-14 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,427.10 |
| 08-14 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,272.43 |
| 08-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 081519 | 800.00 | 6,072.43 |
| 08-15 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,989.43 |
| 08-15 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,894.43 |
| 08-15 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,739.76 |
| 08-16 | Deposit - ACH Paid From Merchant Bankcd Deposit 081619 | 550.00 | 6,289.76 |
| 08-16 | POS Debit- Business Debit Card 8787 08-15-19 Moneysharp 8662006 Httpswww.Mone IL | 10.00- | 6,279.76 |
| 08-16 | POS Debit- Business Debit Card 8787 08-15-19 Sea Dci Online Per 180-095-0129 WA | 222.00- | 6,057.76 |
| 08-16 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,974.76 |
| 08-16 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,879.76 |

DOJ-01-0000002587



Page 4 of 6

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-16 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,725.09 |
| 08-16 | Check 101 | 4,000.00- | 1,725.09 |
| 08-19 | ATM Withdrawal 08-16-19 Becu Seattle WA | 600.00- | 1,125.09 |
| 08-19 | POS Debit - Business Debit Card 8787 Transaction 08-16-19 7-Eleven Seattle WA | 28.23- | 1,096.86 |
| 08-19 | POS Debit- Business Debit Card 8787 08-16-19 Staples Seattle WA | 138.72- | 958.14 |
| 08-19 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 875.14 |
| 08-19 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 780.14 |
| 08-19 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 625.47 |
| 08-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 082019 | 300.00 | 925.47 |
| 08-20 | Deposit - ACH Paid From Fundbox Inc. Adv Credit 082019 | 5,000.00 | 5,925.47 |
| 08-20 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,842.47 |
| 08-20 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,747.47 |
| 08-20 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,592.80 |
| 08-20 | Check 102 | 4,500.00- | 1,092.80 |
| 08-21 | Deposit - ACH Paid From Headwaycapital 2 Headway 082119 | 6,500.00 | 7,592.80 |
| 08-21 | ATM Withdrawal 08-20-19 Becu Seattle WA | 500.00- | 7,092.80 |
| 08-21 | POS Debit - Business Debit Card 8787 Transaction 08-20-19 Safeway Store Burien WA | 50.96- | 7,041.84 |
| 08-21 | POS Debit- Business Debit Card 8787 08-20-19 Tmobile*auto Pay 800-937-8997 WA | 288.99- | 6,752.85 |
| 08-21 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 6,669.85 |
| 08-21 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 6,574.85 |
| 08-21 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 6,420.18 |
| 08-22 | Intl Transaction Fee 08-22-19 Safecart.Com Casef 855-432-0727 | 0.10- | 6,420.08 |
| 08-22 | POS Debit- Business Debit Card 8787 08-20-19 Starbucks Store 19 Tacoma WA | 8.15- | 6,411.93 |
| 08-22 | POS Debit- Business Debit Card 8787 08-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 6,402.08 |
| 08-22 | POS Debit- Business Debit Card 8787 08-20-19 The Home Depot #47 Tukwila WA | 47.10- | 6,354.98 |
| 08-22 | Transfer To Checking Es1 LLC | 3,500.00- | 2,854.98 |
| 08-22 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 2,771.98 |
| 08-22 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 2,676.98 |
| 08-22 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 2,522.31 |
| 08-23 | POS Debit - Business Debit Card 8787 Transaction 08-22-19 The Home Depot 8944 Seattle WA | 32.86- | 2,489.45 |
| 08-23 | POS Debit- Business Debit Card 8787 08-21-19 The Home Depot 894 Seattle WA | 93.97- | 2,395.48 |
| 08-23 | POS Debit - Business Debit Card 8787 Transaction 08-22-19 Reliable Wrenchers Kent WA | 106.27- | 2,289.21 |
| 08-23 | POS Debit- Business Debit Card 8787 08-21-19 International Food Kent WA | 168.70- | 2,120.51 |
| 08-23 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 2,037.51 |
| 08-23 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,942.51 |
| 08-23 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,787.84 |
| 08-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 082619 | 500.00 | 2,287.84 |
| 08-26 | POS Debit- Business Debit Card 8787 08-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,274.89 |
| 08-26 | POS Debit- Business Debit Card 8787 08-24-19 The Home Depot #89 Seattle WA | 30.11- | 2,244.78 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 Shell Oil 57444961 Seattle WA | 43.89- | 2,200.89 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 The Home Depot #89 Seattle WA | 74.35- | 2,126.54 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 International Food Kent WA | 89.78- | 2,036.76 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 King CO Solid Wast Seattle WA | 190.33- | 1,846.43 |
| 08-26 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,763.43 |
| 08-26 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,668.43 |
| 08-26 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,513.76 |
| 08-27 | POS Debit- Business Debit Card 8787 08-26-19 McDonald's F13369 Seattle WA | 20.20- | 1,493.56 |

DOJ-01-0000002588

Page 5 of 6



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-27 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,410.56 |
| 08-27 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,315.56 |
| 08-27 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,160.89 |
| 08-28 | POS Credit Adjustment 8787 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 19.64 | 1,180.53 |
| 08-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 082819 | 600.00 | 1,780.53 |
| 08-28 | POS Debit - Business Debit Card 8787 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 0.67- | 1,779.86 |
| 08-28 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,696.86 |
| 08-28 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,601.86 |
| 08-28 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,447.19 |
| 08-29 | POS Credit Adjustment 8787 Transaction 08-27-19 The Home Depot #47 | 29.46 | 1,476.65 |
| 08-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 082919 | 250.00 | 1,726.65 |
| 08-29 | POS Debit - Business Debit Card 8787 Transaction 08-28-19 USPS PO 54764600 4412 Seattle WA | 4.05- | 1,722.60 |
| 08-29 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,639.60 |
| 08-29 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,544.60 |
| 08-29 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,389.93 |
| 08-29 | Paid To - Fundbox Inc. Adv Debit Chk 9100001 | 257.54- | 1,132.39 |
| 08-30 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,049.39 |
| 08-30 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 954.39 |
| 08-30 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 799.72 |
| 08-30 | Dividend | 0.11 | 799.83 |
| **08-31** | **Ending Balance** | | **799.83** |

*Average Daily Balance - Current Cycle: $2,624.17*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-05 | ACH | 54.49 | 08-26 | ACH | 154.67 |
| 08-05 | ACH | 144.98 | 08-27 | ACH | 83.00 |
| 08-05 | ACH | 150.16 | 08-27 | ACH | 95.00 |
| 08-09 | ACH | 83.00 | 08-27 | ACH | 154.67 |
| 08-09 | ACH | 154.67 | 08-28 | ACH | 83.00 |
| 08-12 | ACH | 83.00 | 08-28 | ACH | 95.00 |
| 08-12 | ACH | 154.67 | 08-28 | ACH | 154.67 |
| 08-13 | ACH | 83.00 | 08-29 | ACH | 83.00 |
| 08-13 | ACH | 154.67 | 08-29 | ACH | 95.00 |
| 08-14 | ACH | 83.00 | 08-29 | ACH | 154.67 |
| 08-14 | ACH | 95.00 | 08-29 | ACH | 257.54 |
| 08-14 | ACH | 154.67 | 08-30 | ACH | 83.00 |
| 08-15 | ACH | 83.00 | 08-30 | ACH | 95.00 |
| 08-15 | ACH | 95.00 | 08-30 | ACH | 154.67 |
| 08-15 | ACH | 154.67 | 08-02 | POS | 212.52 |
| 08-16 | ACH | 83.00 | 08-05 | POS | 109.00 |
| 08-16 | ACH | 95.00 | 08-07 | POS | 334.50 |
| 08-16 | ACH | 154.67 | 08-07 | POS | 461.05 |
| 08-19 | ACH | 83.00 | 08-07 | POS | 22.40 |
| 08-19 | ACH | 95.00 | 08-07 | POS | 153.04 |
| 08-19 | ACH | 154.67 | 08-08 | POS | 12.01 |
| 08-20 | ACH | 83.00 | 08-08 | POS | 53.95 |
| 08-20 | ACH | 95.00 | 08-08 | POS | 4.50 |
| 08-20 | ACH | 154.67 | 08-08 | POS | 7.24 |
| 08-21 | ACH | 83.00 | 08-08 | POS | 10.46 |
| 08-21 | ACH | 95.00 | 08-08 | POS | 11.50 |
| 08-21 | ACH | 154.67 | 08-12 | POS | 54.07 |
| 08-22 | ACH | 83.00 | 08-12 | POS | 100.00 |
| 08-22 | ACH | 95.00 | 08-12 | POS | 130.34 |
| 08-22 | ACH | 154.67 | 08-12 | POS | 1,500.00 |
| 08-23 | ACH | 83.00 | 08-12 | POS | 7.00 |
| 08-23 | ACH | 95.00 | 08-12 | POS | 35.60 |
| 08-23 | ACH | 154.67 | 08-13 | POS | 33.95 |
| 08-26 | ACH | 83.00 | 08-13 | POS | 66.23 |
| 08-26 | ACH | 95.00 | 08-13 | POS | 283.06 |

DOJ-01-0000002589

Page 6 of 6



**Navy Federal Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-14 | POS | 15.00 | 08-26 | POS | 190.33 |
| 08-16 | POS | 10.00 | 08-26 | POS | 12.95 |
| 08-16 | POS | 222.00 | 08-26 | POS | 30.11 |
| 08-19 | POS | 138.72 | 08-26 | POS | 43.89 |
| 08-19 | POS | 28.23 | 08-27 | POS | 74.35 |
| 08-21 | POS | 288.99 | 08-28 | POS | 20.20 |
| 08-22 | POS | 50.96 | 08-28 | POS | 0.67 |
| 08-22 | POS | 9.85 | 08-29 | POS | 4.05 |
| 08-22 | POS | 47.10 | 08-19 | ATMO | 600.00 |
| 08-22 | POS | 8.15 | 08-21 | ATMO | 500.00 |
| 08-23 | POS | 168.70 | 08-09 | 000001 - Check | 5,000.00 |
| 08-23 | POS | 32.86 | 08-13 | 000100 - Check | 5,000.00 |
| 08-23 | POS | 93.97 | 08-16 | 000101 - Check | 4,000.00 |
| 08-23 | POS | 106.27 | 08-20 | 000102 - Check | 4,500.00 |
| 08-26 | POS | 89.78 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Beginning Balance | | 3.01 |
| 08-01 | eDeposit-Svc Fee | 1.00- | 2.01 |
| 08-02 | Transfer From Checking | 2.99 | 5.00 |
| **08-31** | **Ending Balance** | | **5.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002590

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000SQE90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $799.83 | $14,460.09 | $15,162.12 | $97.80 | $0.55 |
| **Mbr Business Savings** 3037417528 | $5.00 | $3,085.01 | $3,046.67 | $43.34 | $0.03 |
| **Totals** | **$804.83** | **$17,545.10** | **$18,208.79** | **$141.14** | **$0.58** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-01 | Beginning Balance | | 799.83 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000

DOJ-01-0000002591



**NAVY FEDERAL**
**Credit Union®**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-03 | Transfer From Checking | 160.00 | 959.83 |
| | Es1 LLC | | |
| 09-03 | POS Debit - Business Debit Card 8787 Transaction 08-30-19 The Home Depot #4702 | | |
| | Seattle WA | 34.11- | 925.72 |
| 09-03 | Transfer To Checking | 750.00- | 175.72 |
| | Es1 LLC | | |
| 09-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 41.20- | 134.52 |
| 09-03 | Stop Payment Fee | 120.00- | 14.52 |
| 09-04 | Return To Merchant Bankcd For 41.20 | 41.20 | 55.72 |
| 09-05 | POS Credit Adjustment 8787 Transaction 09-03-19 The Home Depot #89 | 11.49 | 67.21 |
| 09-05 | Transfer From Checking | 900.00 | 967.21 |
| | Es1 LLC | | |
| 09-05 | Transfer To Shares | 5.00- | 962.21 |
| | Eric R Shibley MD Pllc | | |
| 09-05 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 879.21 |
| 09-05 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 784.21 |
| 09-05 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 629.54 |
| 09-05 | Paid To - Fundbox Inc. Adv Debit Chk 9100001 | 257.54- | 372.00 |
| 09-06 | Return To Expansioncapital For 83.00 | 83.00 | 455.00 |
| 09-06 | Return To Wellen ACH For 95.00 | 95.00 | 550.00 |
| 09-06 | Return To Vader Servicing For 154.67 | 154.67 | 704.67 |
| 09-06 | Transfer From Shares | 3.00 | 707.67 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | ATM Withdrawal 09-05-19 Becu Seattle WA | 600.00- | 107.67 |
| 09-06 | POS Debit- Business Debit Card 8787 09-04-19 Panera Bread #2022 Kent WA | 6.81- | 100.86 |
| 09-06 | Transfer To Shares | 80.00- | 20.86 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | Stop Payment Fee | 20.00- | 0.86 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)    HOME TELEPHONE NUMBER    DAYTIME TELEPHONE NUMBER
    --      --      (        )                              (        )

DOJ-01-0000002592



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-10 | Transfer From Shares | 42.67 | 43.53 |
| 09-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 091019 | 750.00 | 793.53 |
| 09-10 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 698.53 |
| 09-10 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 484.50 |
| 09-11 | Return To Wellen ACH For 95.00 | 95.00 | 579.50 |
| 09-11 | Return To Merchant Bankcd For 214.03 | 214.03 | 793.53 |
| 09-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 091119 | 500.00 | 1,293.53 |
| 09-11 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091119 | 934.30 | 2,227.83 |
| 09-11 | POS Debit- Business Debit Card 8787 09-10-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 1,893.33 |
| 09-11 | Transfer To Checking | 500.00- | 1,393.33 |
| | Es1 LLC | | |
| 09-11 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,298.33 |
| 09-12 | Return To Wellen ACH For 95.00 | 95.00 | 1,393.33 |
| 09-12 | POS Debit- Business Debit Card 8787 09-10-19 The Home Depot #89 Seattle WA | 150.00- | 1,243.33 |
| 09-12 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,148.33 |
| 09-13 | POS Credit Adjustment 8787 Transaction 09-11-19 The Home Depot #89 | 24.36 | 1,172.69 |
| 09-13 | Return To Wellen ACH For 95.00 | 95.00 | 1,267.69 |
| 09-13 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091319 | 337.71 | 1,605.40 |
| 09-13 | POS Debit- Business Debit Card 8787 09-10-19 Fedex Offic5160005 Seattle WA | 5.26- | 1,600.14 |
| 09-13 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,505.14 |
| 09-13 | Check 10 | 1,000.00- | 505.14 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-12-19 The Home Depot #89 | 20.46 | 525.60 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-13-19 The Home Depot #4702 Seattle WA | 66.04 | 591.64 |
| 09-16 | Return To Wellen ACH For 95.00 | 95.00 | 686.64 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-15-19 The Home Depot 8944 Seattle WA | 209.19 | 895.83 |
| 09-16 | POS Debit- Business Debit Card 8787 09-14-19 McDonald's F13369 Seattle WA | 5.38- | 890.45 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 Dominic's Red Apple MA Seattle WA | 10.98- | 879.47 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 Dominic's Red Apple MA Seattle WA | 11.86- | 867.61 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 The Home Depot 8944 Seattle WA | 21.79- | 845.82 |
| 09-16 | POS Debit- Business Debit Card 8787 09-12-19 The Home Depot #47 Seattle WA | 27.14- | 818.68 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 International Food Baz Kent WA | 53.38- | 765.30 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 The Home Depot #4702 Seattle WA | 66.04- | 699.26 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-14-19 The Home Depot 8944 Seattle WA | 79.20- | 620.06 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 O'Reilly Auto Parts 28 Seattle WA | 238.69- | 381.37 |
| 09-16 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 286.37 |
| 09-17 | Return To Wellen ACH For 95.00 | 95.00 | 381.37 |
| 09-17 | POS Debit- Business Debit Card 8787 09-15-19 Shell Oil 57444961 Seattle WA | 51.24- | 330.13 |
| 09-17 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 235.13 |
| 09-18 | Return To Wellen ACH For 95.00 | 95.00 | 330.13 |
| 09-18 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091819 | 56.98 | 387.11 |
| 09-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 091919 | 2,234.63 | 2,621.74 |

DOJ-01-0000002593



Page 4 of 6

NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-19 | POS Debit- Business Debit Card 8787 09-18-19 McDonald's F13369 Seattle WA | 7.35- | 2,614.39 |
| 09-19 | Transfer To Checking | 700.00- | 1,914.39 |
| | Es1 LLC | | |
| 09-19 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 1,700.36 |
| 09-20 | Return To Merchant Bankcd For 214.03 | 214.03 | 1,914.39 |
| 09-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 092019 | 2,100.00 | 4,014.39 |
| 09-20 | POS Debit- Business Debit Card 8787 09-19-19 McDonald's F13369 Seattle WA | 3.73- | 4,010.66 |
| 09-20 | POS Debit- Business Debit Card 8787 09-19-19 McDonald's F13369 Seattle WA | 15.05- | 3,995.61 |
| 09-20 | POS Debit - Business Debit Card 8787 Transaction 09-19-19 Harbor Freight Tools 3 Seattle WA | 209.18- | 3,786.43 |
| 09-23 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 6.83 | 3,793.26 |
| 09-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 092319 | 100.00 | 3,893.26 |
| 09-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 092319 | 250.00 | 4,143.26 |
| 09-23 | Intl Transaction Fee 09-21-19 Safecart Safecart 8554320727 | 0.10- | 4,143.16 |
| 09-23 | POS Debit- Business Debit Card 8787 09-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 4,133.31 |
| 09-23 | POS Debit - Business Debit Card 8787 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 17.32- | 4,115.99 |
| 09-23 | POS Debit- Business Debit Card 8787 09-18-19 Mikou Teriyaki Seattle WA | 22.00- | 4,093.99 |
| 09-23 | POS Debit- Business Debit Card 8787 09-19-19 Shell Oil 57444961 Seattle WA | 28.19- | 4,065.80 |
| 09-23 | POS Debit- Business Debit Card 8787 09-22-19 App Inc W Marginal Seattle WA | 43.74- | 4,022.06 |
| 09-23 | POS Debit - Business Debit Card 8787 Transaction 09-21-19 The Home Depot 8944 Seattle WA | 131.13- | 3,890.93 |
| 09-23 | POS Debit- Business Debit Card 8787 09-20-19 Tmobile*auto Pay 800-937-8997 WA | 298.00- | 3,592.93 |
| 09-24 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot #89 | 8.75 | 3,601.68 |
| 09-24 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot #89 | 14.25 | 3,615.93 |
| 09-24 | POS Debit- Business Debit Card 8787 09-23-19 Panda Express 1709 Gig Harbor WA | 15.03- | 3,600.90 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 21.44- | 3,579.46 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 26.29- | 3,553.17 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 28.29- | 3,524.88 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 South Transfer Sta Seattle WA | 110.20- | 3,414.68 |
| 09-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 092519 | 400.00 | 3,814.68 |
| 09-25 | Transfer From Checking | 200.00 | 4,014.68 |
| | Es1 LLC | | |
| 09-25 | Transfer From Shares | 3,000.00 | 7,014.68 |
| 09-25 | POS Debit- Business Debit Card 8787 09-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 7,001.73 |
| 09-25 | POS Debit- Business Debit Card 8787 09-24-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 6,901.78 |
| 09-25 | Transfer To Shares | 3,000.00- | 3,901.78 |
| 09-25 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 3,687.75 |
| 09-25 | Check 14 | 3,200.00- | 487.75 |
| 09-26 | Return To Merchant Bankcd For 214.03 | 214.03 | 701.78 |
| 09-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 092619 | 200.00 | 901.78 |
| 09-27 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 092719 | 93.43 | 995.21 |
| 09-27 | Deposit - ACH Paid From Merchant Bankcd Deposit 092719 | 250.00 | 1,245.21 |
| 09-27 | ATM Withdrawal 09-26-19 Becu Seattle WA | 600.00- | 645.21 |
| 09-30 | ATM Withdrawal 09-27-19 Becu Seattle WA | 520.00- | 125.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-28-19 WA Secretary Of ST .WA.Gov WA | 2.00- | 123.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-29-19 Husky Ice Cream In Seattle WA | 5.00- | 118.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-28-19 WA Secretary Of ST .WA.Gov WA | 10.00- | 108.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-29-19 I Luv Teriyaki Seattle WA | 10.45- | 97.76 |
| 09-30 | Dividend | 0.04 | 97.80 |

DOJ-01-0000002594



Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 09-30 | **Ending Balance** | | **97.80** |

*Average Daily Balance - Current Cycle: $1,029.69*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-03 | ACH | 41.20 | 09-23 | POS | 28.19 |
| 09-05 | ACH | 83.00 | 09-23 | POS | 43.74 |
| 09-05 | ACH | 95.00 | 09-23 | POS | 131.13 |
| 09-05 | ACH | 154.67 | 09-23 | POS | 298.00 |
| 09-05 | ACH | 257.54 | 09-23 | POS | 9.85 |
| 09-10 | ACH | 95.00 | 09-24 | POS | 21.44 |
| 09-10 | ACH | 214.03 | 09-24 | POS | 26.29 |
| 09-11 | ACH | 95.00 | 09-24 | POS | 28.29 |
| 09-12 | ACH | 95.00 | 09-24 | POS | 110.20 |
| 09-13 | ACH | 95.00 | 09-24 | POS | 15.03 |
| 09-16 | ACH | 95.00 | 09-25 | POS | 99.95 |
| 09-17 | ACH | 95.00 | 09-25 | POS | 12.95 |
| 09-19 | ACH | 214.03 | 09-30 | POS | 2.00 |
| 09-25 | ACH | 214.03 | 09-30 | POS | 5.00 |
| 09-03 | POS | 34.11 | 09-30 | POS | 10.00 |
| 09-06 | POS | 6.81 | 09-30 | POS | 10.45 |
| 09-11 | POS | 334.50 | 09-06 | ATMO | 600.00 |
| 09-12 | POS | 150.00 | 09-27 | ATMO | 600.00 |
| 09-13 | POS | 5.26 | 09-30 | ATMO | 520.00 |
| 09-16 | POS | 27.14 | 09-04 | ACH | REVERSED |
| 09-16 | POS | 53.38 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 66.04 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 79.20 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 238.69 | 09-11 | ACH | REVERSED |
| 09-16 | POS | 5.38 | 09-11 | ACH | REVERSED |
| 09-16 | POS | 10.98 | 09-12 | ACH | REVERSED |
| 09-16 | POS | 11.86 | 09-13 | ACH | REVERSED |
| 09-16 | POS | 21.79 | 09-16 | ACH | REVERSED |
| 09-17 | POS | 51.24 | 09-17 | ACH | REVERSED |
| 09-19 | POS | 7.35 | 09-18 | ACH | REVERSED |
| 09-20 | POS | 15.05 | 09-20 | ACH | REVERSED |
| 09-20 | POS | 209.18 | 09-26 | ACH | REVERSED |
| 09-20 | POS | 3.73 | 09-13 | 000010 -  Check | 1,000.00 |
| 09-23 | POS | 17.32 | 09-25 | 000014 -  Check | 3,200.00 |
| 09-23 | POS | 22.00 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 09-01 | Beginning Balance | | 5.00 |
| 09-03 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 09-05 | Transfer From Chk/MMSA | 5.00 | 9.00 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | Transfer From Checking | 80.00 | 89.00 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | Transfer To Checking | 3.00- | 86.00 |
| | Eric R Shibley MD Pllc | | |
| 09-10 | Transfer To Checking | 42.67- | 43.33 |
| 09-25 | Transfer From Checking | 3,000.00 | 3,043.33 |
| 09-25 | Transfer To Checking | 3,000.00- | 43.33 |
| 09-30 | Dividend | 0.01 | 43.34 |
| 09-30 | **Ending Balance** | | **43.34** |

DOJ-01-0000002595



NAVY
FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002596

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000OMC90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $97.80 | $11,544.17 | $11,075.87 | $566.10 | $0.61 |
| **Mbr Business Savings** 3037417528 | $43.34 | $0.01 | $1.00 | $42.35 | $0.04 |
| **Totals** | **$141.14** | **$11,544.18** | **$11,076.87** | **$608.45** | **$0.65** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 97.80 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000000000

DOJ-01-0000002597



Page 2 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                          (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | POS Debit- Business Debit Card 8787 09-29-19 Chipotle 2554 Seattle WA | 9.63- | 88.17 |
| 10-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 100819 | 3,989.09 | 4,077.26 |
| 10-08 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 97.60- | 3,979.66 |
| 10-08 | Paid To - Merchant Bankcd Discount Chk 9100001 | 132.19- | 3,847.47 |
| 10-08 | Paid To - Merchant Bankcd Fee Chk 9100001 | 171.61- | 3,675.86 |
| 10-08 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 3,461.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt * Service F 844-4008880 WA | 13.00- | 3,448.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt * Service F 844-4008880 WA | 28.00- | 3,420.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt *wakent 844-4008880 WA | 248.00- | 3,172.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt *waanacorte 844-4008880 WA | 400.00- | 2,772.83 |
| 10-09 | Transfer To Checking Es1 LLC | 600.00- | 2,172.83 |
| 10-09 | Transfer To Checking Eric R Shibley | 600.00- | 1,572.83 |
| 10-10 | ATM Withdrawal 10-09-19 Becu Seattle WA | 600.00- | 972.83 |
| 10-10 | POS Debit- Business Debit Card 8787 10-08-19 Safeway #3120 Burien WA | 46.44- | 926.39 |
| 10-10 | POS Debit- Business Debit Card 8787 10-09-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 591.89 |
| 10-11 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 101119 | 93.43 | 685.32 |
| 10-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 101119 | 750.00 | 1,435.32 |
| 10-11 | POS Debit - Business Debit Card 8787 Transaction 10-10-19 IKEA Seattle Renton WA | 10.98- | 1,424.34 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Mikou Teriyaki Seattle WA | 22.55- | 1,401.79 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Wells Fargo C/A #0 Seattle WA | 50.00- | 1,351.79 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,251.84 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 At Indaba Corporat 2068603133 WA | 129.06- | 1,122.78 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 King County Dja Seattle WA | 245.98- | 876.80 |
| 10-15 | POS Credit Adjustment 8787 Transaction 10-13-19 The Home Depot #89 | 8.54 | 885.34 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002598



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-15 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 101519 | 373.72 | 1,259.06 |
| 10-15 | POS Debit- Business Debit Card 8787 10-12-19 Nordstrom #0005 Tukwila WA | 5.78- | 1,253.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 I Luv Teriyaki Seattle WA | 11.00- | 1,242.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 Panda Express #102 Burien WA | 12.16- | 1,230.12 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 12.95- | 1,217.17 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 18.67- | 1,198.50 |
| 10-15 | POS Debit- Business Debit Card 8787 10-12-19 Sarku Japan 100 Tukwila WA | 19.22- | 1,179.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 25.09- | 1,154.19 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 At Indaba Corporat 2068603133 WA | 77.44- | 1,076.75 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 150.00- | 926.75 |
| 10-15 | POS Debit- Business Debit Card 8787 10-14-19 Seattle City Light 206-684-3000 WA | 431.50- | 495.25 |
| 10-16 | POS Credit Adjustment 8787 Transaction 10-14-19 The Home Depot #89 | 7.68 | 502.93 |
| 10-16 | POS Credit Adjustment 8787 Transaction 10-14-19 The Home Depot #89 | 66.80 | 569.73 |
| 10-16 | Deposit 10-15-19 Becu Seattle WA | 747.00 | 1,316.73 |
| 10-16 | Deposit 10-15-19 Becu Seattle WA | 1,079.98 | 2,396.71 |
| 10-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 101719 | 400.00 | 2,796.71 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist Seattle WA | 70.27- | 2,726.44 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist 206-2433990 WA | 70.27- | 2,656.17 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist Seattle WA | 110.02- | 2,546.15 |
| 10-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 101819 | 250.00 | 2,796.15 |
| 10-18 | POS Debit- Business Debit Card 8787 10-16-19 The Home Depot 894 Seattle WA | 100.00- | 2,696.15 |
| 10-18 | POS Debit- Business Debit Card 8787 10-17-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 148.76- | 2,547.39 |
| 10-18 | POS Debit- Business Debit Card 8787 10-17-19 Seattle City Light 206-684-3000 WA | 405.41- | 2,141.98 |
| 10-21 | Deposit 10-18-19 Becu Seattle WA | 239.92 | 2,381.90 |
| 10-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 102119 | 350.00 | 2,731.90 |
| 10-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 102119 | 350.00 | 3,081.90 |
| 10-21 | POS Debit- Business Debit Card 8787 10-18-19 Costco Whse #0001 Seattle WA | 112.01- | 2,969.89 |
| 10-21 | POS Debit- Business Debit Card 8787 10-20-19 Tmobile*auto Pay 800-937-8997 WA | 287.33- | 2,682.56 |
| 10-22 | Intl Transaction Fee 10-21-19 Safecart Safecart 8554320727 | 0.10- | 2,682.46 |
| 10-22 | POS Debit- Business Debit Card 8787 10-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 2,672.61 |
| 10-22 | POS Debit- Business Debit Card 8787 10-21-19 Costco Whse #0001 Seattle WA | 55.00- | 2,617.61 |
| 10-22 | Check 12 | 1,000.00- | 1,617.61 |
| 10-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 102319 | 500.00 | 2,117.61 |
| 10-24 | Deposit 10-23-19 Becu Seattle WA | 220.07 | 2,337.68 |
| 10-24 | POS Debit- Business Debit Card 8787 10-22-19 The Home Depot #89 Seattle WA | 40.46- | 2,297.22 |
| 10-25 | POS Debit- Business Debit Card 8787 10-24-19 Tst* The Lunchbox Mount Vernon WA | 6.25- | 2,290.97 |
| 10-25 | POS Debit- Business Debit Card 8787 10-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,278.02 |
| 10-25 | POS Debit- Business Debit Card 8787 10-23-19 Panera Bread #2022 Kent WA | 16.63- | 2,261.39 |
| 10-28 | Deposit 10-25-19 Becu Seattle WA | 133.03 | 2,394.42 |
| 10-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 102819 | 250.00 | 2,644.42 |
| 10-28 | POS Debit- Business Debit Card 8787 10-25-19 Red Robin No 12 Seattle WA | 18.69- | 2,625.73 |
| 10-28 | POS Debit- Business Debit Card 8787 10-24-19 Pmi Sea Dh Clinic Seattle WA | 25.00- | 2,600.73 |
| 10-28 | POS Debit- Business Debit Card 8787 10-27-19 Sunfish Seafood Seattle WA | 26.20- | 2,574.53 |
| 10-28 | POS Debit- Business Debit Card 8787 10-26-19 MacPherson's Fruit Seattle WA | 46.46- | 2,528.07 |
| 10-28 | POS Debit- Business Debit Card 8787 10-24-19 River Rock Tobacco Arlington WA | 48.92- | 2,479.15 |
| 10-28 | POS Debit- Business Debit Card 8787 10-25-19 International Food Kent WA | 165.01- | 2,314.14 |
| 10-29 | POS Debit- Business Debit Card 8787 10-28-19 Starbucks Store 14 Tukwila WA | 6.00- | 2,308.14 |

DOJ-01-0000002599



**Credit Union®**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 85C Bakery Cafe US Tukwila WA | 23.55- | 2,284.59 |
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 The Home Depot #89 Seattle WA | 65.27- | 2,219.32 |
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 Lowes #00010* Tukwila WA | 128.15- | 2,091.17 |
| 10-30 | POS Credit Adjustment 8787 Transaction 10-28-19 The Home Depot #89 | 19.77 | 2,110.94 |
| 10-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 103019 | 1,000.00 | 3,110.94 |
| 10-30 | Transfer From Checking | 600.00 | 3,710.94 |
|  | Eric R Shibley |  |  |
| 10-30 | POS Debit- Business Debit Card 8787 10-28-19 The Home Depot #89 Seattle WA | 8.22- | 3,702.72 |
| 10-30 | POS Debit- Business Debit Card 8787 10-29-19 Fred M Fuel #9028 Burien WA | 20.26- | 3,682.46 |
| 10-30 | POS Debit- Business Debit Card 8787 10-28-19 The Home Depot #47 Seattle WA | 26.29- | 3,656.17 |
| 10-31 | Deposit 10-30-19 Becu Seattle WA | 115.08 | 3,771.25 |
| 10-31 | POS Debit- Business Debit Card 8787 10-29-19 The Home Depot #89 Seattle WA | 8.56- | 3,762.69 |
| 10-31 | POS Debit- Business Debit Card 8787 10-30-19 McDonald's F13369 Seattle WA | 10.65- | 3,752.04 |
| 10-31 | Check 3 | 1,500.00- | 2,252.04 |
| 10-31 | Check 17 | 1,686.00- | 566.04 |
| 10-31 | Dividend | 0.06 | 566.10 |
| **10-31** | **Ending Balance** |  | **566.10** |

*Average Daily Balance - Current Cycle: $1,475.54*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 10-08 | ACH | 97.60 | 10-18 | POS | 100.00 |
| 10-08 | ACH | 132.19 | 10-18 | POS | 148.76 |
| 10-08 | ACH | 171.61 | 10-18 | POS | 405.41 |
| 10-08 | ACH | 214.03 | 10-21 | POS | 112.01 |
| 10-01 | POS | 9.63 | 10-21 | POS | 287.33 |
| 10-09 | POS | 13.00 | 10-22 | POS | 9.85 |
| 10-09 | POS | 28.00 | 10-22 | POS | 55.00 |
| 10-09 | POS | 248.00 | 10-24 | POS | 40.46 |
| 10-09 | POS | 400.00 | 10-25 | POS | 6.25 |
| 10-10 | POS | 46.44 | 10-25 | POS | 12.95 |
| 10-10 | POS | 334.50 | 10-25 | POS | 16.63 |
| 10-11 | POS | 10.98 | 10-28 | POS | 18.69 |
| 10-11 | POS | 22.55 | 10-28 | POS | 25.00 |
| 10-11 | POS | 50.00 | 10-28 | POS | 26.20 |
| 10-11 | POS | 99.95 | 10-28 | POS | 46.46 |
| 10-11 | POS | 129.06 | 10-28 | POS | 48.92 |
| 10-11 | POS | 245.98 | 10-28 | POS | 165.01 |
| 10-15 | POS | 5.78 | 10-29 | POS | 6.00 |
| 10-15 | POS | 11.00 | 10-29 | POS | 23.55 |
| 10-15 | POS | 12.16 | 10-29 | POS | 65.27 |
| 10-15 | POS | 12.95 | 10-29 | POS | 128.15 |
| 10-15 | POS | 18.67 | 10-30 | POS | 8.22 |
| 10-15 | POS | 19.22 | 10-30 | POS | 20.26 |
| 10-15 | POS | 25.09 | 10-30 | POS | 26.29 |
| 10-15 | POS | 77.44 | 10-31 | POS | 8.56 |
| 10-15 | POS | 150.00 | 10-31 | POS | 10.65 |
| 10-15 | POS | 431.50 | 10-10 | ATMO | 600.00 |
| 10-17 | POS | 70.27 | 10-31 | 000003 - Check | 1,500.00 |
| 10-17 | POS | 70.27 | 10-22 | 000012 - Check | 1,000.00 |
| 10-17 | POS | 110.02 | 10-31 | 000017 - Check | 1,686.00 |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-01 | Beginning Balance |  | 43.34 |
| 10-01 | eDeposit-Svc Fee | 1.00- | 42.34 |
| 10-31 | Dividend | 0.01 | 42.35 |
| **10-31** | **Ending Balance** |  | **42.35** |

DOJ-01-0000002600

Page 5 of 5


PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002601

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000NMO90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $566.10 | $9,123.20 | $8,248.48 | $1,440.82 | $0.68 |
| **Mbr Business Savings** 3037417528 | $42.35 | $0.01 | $1.00 | $41.36 | $0.05 |
| **Totals** | **$608.45** | **$9,123.21** | **$8,249.48** | **$1,482.18** | **$0.73** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Beginning Balance | | 566.10 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002602



Page 2 of 5

NAVY
FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Debit Card Adjustment | 100.00 | 666.10 |
| 11-01 | POS Debit- Business Debit Card 8787 10-30-19 The Home Depot 470 Seattle WA | 240.41- | 425.69 |
| 11-04 | POS Credit Adjustment 8787 Transaction 11-04-19 Lowes #02420* | 41.62 | 467.31 |
| 11-04 | POS Credit Adjustment 8787 Transaction 11-03-19 Lowes #02420* | 41.62 | 508.93 |
| 11-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 110419 | 150.00 | 658.93 |
| 11-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 110419 | 250.00 | 908.93 |
| 11-04 | Deposit 11-01-19 Becu Seattle WA | 400.00 | 1,308.93 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Panda Express #102 Burien WA | 4.84- | 1,304.09 |
| 11-04 | POS Debit- Business Debit Card 8787 11-01-19 Starbucks Store 00 Seattle WA | 10.57- | 1,293.52 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Panda Express #102 Burien WA | 17.88- | 1,275.64 |
| 11-04 | POS Debit- Business Debit Card 8787 11-01-19 Arco#07155Arco #07 Seattle WA | 23.88- | 1,251.76 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Cke*huckleberry Sq Burien WA | 27.91- | 1,223.85 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Lowes #02420* Renton WA | 74.46- | 1,149.39 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Lowes #00010* Tukwila WA | 91.28- | 1,058.11 |
| 11-04 | Paid To - Merchant Bankcd Fee Chk 9100001 | 19.77- | 1,038.34 |
| 11-04 | Paid To - Merchant Bankcd Discount Chk 9100001 | 101.76- | 936.58 |
| 11-04 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 142.32- | 794.26 |
| 11-05 | POS Credit Adjustment 8787 Transaction 11-03-19 The Home Depot #89 | 10.41 | 804.67 |
| 11-05 | Return To Merchant Bankcd For 19.77 | 19.77 | 824.44 |
| 11-05 | Return To Merchant Bankcd For 101.76 | 101.76 | 926.20 |
| 11-05 | Return To Merchant Bankcd For 142.32 | 142.32 | 1,068.52 |
| 11-06 | Paid To - Capital One Online Pmt Chk 5140551 | 47.76- | 1,020.76 |
| 11-06 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 100.76- | 920.00 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Everest Tea And CO Renton WA | 9.30- | 910.70 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Gyros & Kebabs Tukwila WA | 18.68- | 892.02 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Wal-Mart #2516 Renton WA | 38.00- | 854.02 |
| 11-07 | POS Debit- Business Debit Card 8787 11-05-19 Reliable Wrenchers Kent WA | 61.77- | 792.25 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 457.75 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)  -- -- | HOME TELEPHONE NUMBER (     ) | | | DAYTIME TELEPHONE NUMBER (     ) |

DOJ-01-0000002603



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 5

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                             (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-08 | POS Debit- Business Debit Card 8787 11-07-19 McDonald's F13369 Seattle WA | 7.13- | 450.62 |
| 11-08 | POS Debit- Business Debit Card 8787 11-07-19 Panda Express 1709 Gig Harbor WA | 15.30- | 435.32 |
| 11-12 | Deposit 11-10-19 Becu Seattle WA | 309.05 | 744.37 |
| 11-12 | POS Debit- Business Debit Card 8787 11-11-19 McDonald's F13369 Seattle WA | 3.76- | 740.61 |
| 11-12 | POS Debit- Business Debit Card 8787 11-11-19 McDonald's F13369 Seattle WA | 4.06- | 736.55 |
| 11-12 | POS Debit- Business Debit Card 8787 11-08-19 McDonald's F19349 Renton WA | 4.83- | 731.72 |
| 11-12 | POS Debit- Business Debit Card 8787 11-08-19 McDonald's F13369 Seattle WA | 6.58- | 725.14 |
| 11-12 | POS Debit- Business Debit Card 8787 11-10-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 625.19 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Arco#07155Arco #07 Seattle WA | 17.76- | 607.43 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Pho Teriyaki Wok Seattle WA | 18.68- | 588.75 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Seafood City Super Tukwila WA | 84.60- | 504.15 |
| 11-14 | ATM Withdrawal 11-13-19 Becu Seattle WA | 100.00- | 404.15 |
| 11-14 | POS Debit- Business Debit Card 8787 11-13-19 Chevron 0307294 Seatac WA | 16.21- | 387.94 |
| 11-15 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 111519 | 373.72 | 761.66 |
| 11-15 | POS Debit- Business Debit Card 8787 11-13-19 Safeway #1493 Sea-Tac WA | 9.98- | 751.68 |
| 11-15 | POS Debit- Business Debit Card 8787 11-14-19 McDonald's F13369 Seattle WA | 14.82- | 736.86 |
| 11-18 | Deposit 11-15-19 Becu Seattle WA | 351.14 | 1,088.00 |
| 11-18 | POS Debit- Business Debit Card 8787 11-16-19 Safeway #1493 Sea-Tac WA | 2.56- | 1,085.44 |
| 11-18 | POS Debit- Business Debit Card 8787 11-15-19 Pho Teriyaki Wok Seattle WA | 9.89- | 1,075.55 |
| 11-18 | POS Debit- Business Debit Card 8787 11-14-19 Officemax/Depot 63 Seattle WA | 13.21- | 1,062.34 |
| 11-18 | Check 154 | 1,000.00- | 62.34 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 400.00 | 462.34 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 445.64 | 907.98 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 1,381.14 | 2,289.12 |
| 11-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 111919 | 2,150.00 | 4,439.12 |
| 11-19 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 263.85- | 4,175.27 |
| 11-19 | Check 4 | 35.00- | 4,140.27 |
| 11-20 | Return To Merchant Bankcd For 263.85 | 263.85 | 4,404.12 |
| 11-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 112019 | 1,043.02 | 5,447.14 |
| 11-20 | POS Debit- Business Debit Card 8787 11-18-19 The Home Depot #89 Seattle WA | 20.57- | 5,426.57 |
| 11-21 | POS Credit Adjustment 8787 Transaction 11-19-19 The Home Depot #89 | 6.57 | 5,433.14 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Pho Teriyaki Wok Seattle WA | 8.79- | 5,424.35 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Mod Pizza Marysvil Marysville WA | 9.48- | 5,414.87 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Pho Teriyaki Wok Seattle WA | 27.47- | 5,387.40 |
| 11-21 | POS Debit- Business Debit Card 8787 11-20-19 Tmobile*auto Pay 800-937-8997 WA | 287.33- | 5,100.07 |
| 11-22 | Intl Transaction Fee 11-21-19 Safecart Safecart 8554320727 | 0.10- | 5,099.97 |
| 11-22 | POS Debit- Business Debit Card 8787 11-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 5,090.12 |
| 11-22 | POS Debit- Business Debit Card 8787 11-21-19 Panda Express #102 Burien WA | 24.86- | 5,065.26 |
| 11-22 | POS Debit- Business Debit Card 8787 11-20-19 River Rock Tobacco Arlington WA | 45.45- | 5,019.81 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-22-19 The Home Depot #47 | 45.45 | 5,065.26 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-22-19 The Home Depot #47 | 173.95 | 5,239.21 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-23-19 The Home Depot 894 | 228.84 | 5,468.05 |
| 11-25 | ATM Withdrawal 11-23-19 Becu Seattle WA | 460.00- | 5,008.05 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 McLendons - White Seattle WA | 5.05- | 5,003.00 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 4,990.05 |
| 11-25 | POS Debit- Business Debit Card 8787 11-21-19 Pho Teriyaki Wok Seattle WA | 20.86- | 4,969.19 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 Panda Express #102 Burien WA | 22.66- | 4,946.53 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 76 - B Town 76 Burien WA | 32.49- | 4,914.04 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 Panda Express #102 Burien WA | 39.82- | 4,874.22 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #47 Tukwila WA | 47.47- | 4,826.75 |

DOJ-01-0000002604



Page 4 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #89 Seattle WA | 72.45- | 4,754.30 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 Seafood City Super Tukwila WA | 80.20- | 4,674.10 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #89 Seattle WA | 114.53- | 4,559.57 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 The Home Depot #47 Tukwila WA | 148.85- | 4,410.72 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 The Home Depot 894 Seattle WA | 217.91- | 4,192.81 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 International Food Kent WA | 234.98- | 3,957.83 |
| 11-25 | POS Debit- Business Debit Card 8787 11-21-19 The Home Depot 470 Seattle WA | 332.79- | 3,625.04 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot 470 Seattle WA | 411.77- | 3,213.27 |
| 11-26 | POS Credit Adjustment 8787 Transaction 11-24-19 The Home Depot 894 | 260.97 | 3,474.24 |
| 11-26 | Check 11 | 589.00- | 2,885.24 |
| 11-27 | Deposit 11-26-19 Becu Tukwila WA | 152.00 | 3,037.24 |
| 11-27 | POS Debit- Business Debit Card 8787 11-25-19 Arco#07155Arco #07 Seattle WA | 0.21- | 3,037.03 |
| 11-27 | POS Debit- Business Debit Card 8787 11-26-19 Panda Express #102 Burien WA | 12.16- | 3,024.87 |
| 11-27 | POS Debit- Business Debit Card 8787 11-25-19 Arco#07155Arco #07 Seattle WA | 27.11- | 2,997.76 |
| 11-27 | POS Debit- Business Debit Card 8787 11-26-19 Panda Express #102 Burien WA | 30.03- | 2,967.73 |
| 11-27 | POS Debit - Business Debit Card 8787 Transaction 11-26-19 The Home Depot 8944 Seattle WA | 44.58- | 2,923.15 |
| 11-27 | Check 153 | 1,500.00- | 1,423.15 |
| 11-29 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 112919 | 280.29 | 1,703.44 |
| 11-29 | POS Debit- Business Debit Card 8787 11-27-19 McDonald's F6443 Seattle WA | 9.67- | 1,693.77 |
| 11-29 | POS Debit- Business Debit Card 8787 11-28-19 Panda Express #156 Tukwila WA | 18.26- | 1,675.51 |
| 11-29 | POS Debit- Business Debit Card 8787 11-26-19 The Home Depot #89 Seattle WA | 113.47- | 1,562.04 |
| 11-29 | POS Debit- Business Debit Card 8787 11-26-19 The Home Depot #89 Seattle WA | 121.29- | 1,440.75 |
| 11-29 | Dividend | 0.07 | 1,440.82 |
| **11-30** | **Ending Balance** | | **1,440.82** |

*Average Daily Balance - Current Cycle: $1,720.06*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-04 | ACH | 19.77 | 11-20 | POS | 20.57 |
| 11-04 | ACH | 101.76 | 11-21 | POS | 8.79 |
| 11-04 | ACH | 142.32 | 11-21 | POS | 9.48 |
| 11-06 | ACH | 47.76 | 11-21 | POS | 27.47 |
| 11-06 | ACH | 100.76 | 11-21 | POS | 287.33 |
| 11-19 | ACH | 263.85 | 11-22 | POS | 9.85 |
| 11-01 | POS | 240.41 | 11-22 | POS | 24.86 |
| 11-04 | POS | 91.28 | 11-22 | POS | 45.45 |
| 11-04 | POS | 4.84 | 11-25 | POS | 5.05 |
| 11-04 | POS | 10.57 | 11-25 | POS | 12.95 |
| 11-04 | POS | 17.88 | 11-25 | POS | 20.86 |
| 11-04 | POS | 23.88 | 11-25 | POS | 22.66 |
| 11-04 | POS | 27.91 | 11-25 | POS | 32.49 |
| 11-04 | POS | 74.46 | 11-25 | POS | 39.82 |
| 11-07 | POS | 18.68 | 11-25 | POS | 47.47 |
| 11-07 | POS | 38.00 | 11-25 | POS | 72.45 |
| 11-07 | POS | 61.77 | 11-25 | POS | 80.20 |
| 11-07 | POS | 334.50 | 11-25 | POS | 114.53 |
| 11-07 | POS | 9.30 | 11-25 | POS | 148.85 |
| 11-08 | POS | 15.30 | 11-25 | POS | 217.91 |
| 11-08 | POS | 7.13 | 11-25 | POS | 234.98 |
| 11-12 | POS | 4.06 | 11-25 | POS | 332.79 |
| 11-12 | POS | 4.83 | 11-25 | POS | 411.77 |
| 11-12 | POS | 6.58 | 11-27 | POS | 0.21 |
| 11-12 | POS | 99.95 | 11-27 | POS | 12.16 |
| 11-12 | POS | 3.76 | 11-27 | POS | 27.11 |
| 11-13 | POS | 18.68 | 11-27 | POS | 30.03 |
| 11-13 | POS | 84.60 | 11-27 | POS | 44.58 |
| 11-13 | POS | 17.76 | 11-29 | POS | 9.67 |
| 11-14 | POS | 16.21 | 11-29 | POS | 18.26 |
| 11-15 | POS | 14.82 | 11-29 | POS | 113.47 |
| 11-15 | POS | 9.98 | 11-29 | POS | 121.29 |
| 11-18 | POS | 9.89 | 11-14 | ATMO | 100.00 |
| 11-18 | POS | 13.21 | 11-18 | ATMO | 460.00 |
| 11-18 | POS | 2.56 | 11-05 | ACH | REVERSED |

DOJ-01-0000002605

Page 5 of 5



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid
(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-05 | ACH | REVERSED | 11-26 | 000011 - Check | 589.00 |
| 11-05 | ACH | REVERSED | 11-27 | 000153 - Check | 1,500.00 |
| 11-20 | ACH | REVERSED | 11-18 | 000154 - Check | 1,000.00 |
| 11-19 | 000004 - Check | 35.00 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 11-01 | Beginning Balance | | 42.35 |
| 11-01 | eDeposit-Svc Fee | 1.00- | 41.35 |
| 11-29 | Dividend | 0.01 | 41.36 |
| **11-30** | **Ending Balance** | | **41.36** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit on other Navy Federal Credit Union accounts.

DOJ-01-0000002606

Page 1 of 6

**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000DQE90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,440.82 | $9,618.22 | $9,513.15 | $1,545.89 | $0.80 |
| **Mbr Business Savings** 3037417528 | $41.36 | $0.00 | $36.36 | $5.00 | $0.05 |
| **Totals** | **$1,482.18** | **$9,618.22** | **$9,549.51** | **$1,550.89** | **$0.85** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-01 | Beginning Balance | | 1,440.82 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002607



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-02 | POS Credit Adjustment 8787 Transaction 11-30-19 The Home Depot 8944 Seattle WA | 1.92 | 1,442.74 |
| 12-02 | POS Credit Adjustment 8787 Transaction 11-30-19 The Home Depot #89 | 6.45 | 1,449.19 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot #47 Kent WA | 2.29- | 1,446.90 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Opc*renton WA RI N 866-790-4111 AZ | 4.00- | 1,442.90 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 IKEA Seatle Rest Renton WA | 15.96- | 1,426.94 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Panda Express #102 Burien WA | 26.51- | 1,400.43 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot #89 Seattle WA | 79.81- | 1,320.62 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot 472 Kent WA | 83.58- | 1,237.04 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Opc*renton WA RI N 866-790-4111 AZ | 124.00- | 1,113.04 |
| 12-02 | POS Debit- Business Debit Card 8787 11-28-19 Eddie Bauer R51 Seattle WA | 238.70- | 874.34 |
| 12-03 | POS Credit Adjustment 8787 Transaction 12-01-19 The Home Depot #47 | 50.49 | 924.83 |
| 12-03 | Transfer From Shares | 35.36 | 960.19 |
| 12-03 | POS Debit- Business Debit Card 8787 12-02-19 Panda Express 1649 Tukwila WA | 2.15- | 958.04 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 The Home Depot #47 Kent WA | 2.61- | 955.43 |
| 12-03 | POS Debit- Business Debit Card 8787 12-02-19 Panda Express 1649 Tukwila WA | 17.82- | 937.61 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 The Home Depot #47 Puyallup WA | 74.17- | 863.44 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 Best Meats Kent WA | 86.88- | 776.56 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 Apna Bazar Kent Kent WA | 89.69- | 686.87 |
| 12-03 | Returned Item Fee 155 | 29.00- | 657.87 |
| 12-04 | Refund - Returned Check Fees | 29.00 | 686.87 |
| 12-04 | Deposit 12-03-19 Becu Tukwila WA | 50.00 | 736.87 |
| 12-04 | Deposit 12-03-19 Becu Tukwila WA | 100.00 | 836.87 |
| 12-04 | POS Debit- Business Debit Card 8787 12-02-19 The Home Depot #89 Seattle WA | 100.66- | 736.21 |
| 12-05 | POS Debit- Business Debit Card 8787 12-04-19 Panda Express 1161 Covington WA | 23.95- | 712.26 |
| 12-05 | Returned Item Fee 155 | 29.00- | 683.26 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
| --    --    -- | (    ) | (    ) |

DOJ-01-0000002608



Page 3 of 6

NAVY
FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-06 | POS Debit- Business Debit Card 8787 12-05-19 USPS PO 5476460048 Seattle WA | 3.45- | 679.81 |
| 12-06 | Check 160 | 550.00- | 129.81 |
| 12-09 | POS Credit Adjustment 8787 Transaction 12-07-19 The Home Depot #47 | 21.84 | 151.65 |
| 12-09 | Transfer From Checking | 250.00 | 401.65 |
| | Es1 LLC | | |
| 12-09 | POS Debit- Business Debit Card 8787 12-07-19 McDonald's F13369 Seattle WA | 4.61- | 397.04 |
| 12-09 | POS Debit- Business Debit Card 8787 12-07-19 Uber Help.Uber.Com CA | 40.04- | 357.00 |
| 12-09 | POS Debit- Business Debit Card 8787 12-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 22.50 |
| 12-10 | Returned Item Fee 159 | 29.00- | 6.50- |
| 12-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 121119 | 4,885.00 | 4,878.50 |
| 12-11 | Paid To - Merchant Bankcd Discount Chk 9100001 | 82.04- | 4,796.46 |
| 12-11 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 104.74- | 4,691.72 |
| 12-11 | Paid To - Merchant Bankcd Fee Chk 9100001 | 132.76- | 4,558.96 |
| 12-11 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 263.85- | 4,295.11 |
| 12-12 | Return To Merchant Bankcd For 82.04 | 82.04 | 4,377.15 |
| 12-12 | Return To Merchant Bankcd For 104.74 | 104.74 | 4,481.89 |
| 12-12 | Return To Merchant Bankcd For 132.76 | 132.76 | 4,614.65 |
| 12-12 | Return To Merchant Bankcd For 263.85 | 263.85 | 4,878.50 |
| 12-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 121219 | 400.00 | 5,278.50 |
| 12-16 | POS Credit Adjustment 8787 Transaction 12-13-19 The Home Depot 473 | 214.81 | 5,493.31 |
| 12-16 | POS Debit - Business Debit Card 8787 Transaction 12-15-19 The Home Depot #4704 Issaquah WA | 4.28- | 5,489.03 |
| 12-16 | POS Debit- Business Debit Card 8787 12-14-19 Panda Express #102 Burien WA | 10.78- | 5,478.25 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 Panda Express #102 Burien WA | 25.08- | 5,453.17 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 The Home Depot #47 Covington WA | 59.55- | 5,393.62 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 5,293.67 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 The Home Depot #47 Kent WA | 181.87- | 5,111.80 |
| 12-16 | POS Debit- Business Debit Card 8787 12-14-19 International Food Kent WA | 222.29- | 4,889.51 |
| 12-17 | POS Debit- Business Debit Card 8787 12-15-19 The Home Depot 470 Issaquah WA | 227.14- | 4,662.37 |
| 12-18 | POS Credit Adjustment 8787 Transaction 12-16-19 The Home Depot #47 | 106.03 | 4,768.40 |
| 12-18 | Deposit 12-17-19 Becu Seattle WA | 195.56 | 4,963.96 |
| 12-18 | POS Debit- Business Debit Card 8787 12-17-19 Panda Express #102 Burien WA | 28.66- | 4,935.30 |
| 12-18 | POS Debit- Business Debit Card 8787 12-16-19 The Home Depot #47 Silverdale WA | 106.03- | 4,829.27 |
| 12-18 | POS Debit- Business Debit Card 8787 12-16-19 The Home Depot #47 Tukwila WA | 191.20- | 4,638.07 |
| 12-19 | POS Credit Adjustment 8787 Transaction 12-17-19 The Home Depot #47 | 145.42 | 4,783.49 |
| 12-19 | POS Debit- Business Debit Card 8787 12-17-19 The Home Depot 473 Covington WA | 255.84- | 4,527.65 |
| 12-20 | POS Credit Adjustment 8787 Transaction 12-18-19 The Home Depot #47 | 74.18 | 4,601.83 |
| 12-20 | POS Debit- Business Debit Card 8787 12-19-19 Panda Express 1649 Tukwila WA | 23.49- | 4,578.34 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 Shell Oil 57445757 Seattle WA | 50.28- | 4,528.06 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #89 Seattle WA | 52.91- | 4,475.15 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Redmond WA | 69.21- | 4,405.94 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 Safeway #1062 Seattle WA | 77.78- | 4,328.16 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Issaquah WA | 110.74- | 4,217.42 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Bothell WA | 132.52- | 4,084.90 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 8.81 | 4,093.71 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-20-19 The Home Depot #47 | 43.25 | 4,136.96 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 66.03 | 4,202.99 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #4702 Seattle WA | 71.29 | 4,274.28 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 134.66 | 4,408.94 |

DOJ-01-0000002609



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #89 | 134.66 | 4,543.60 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Dominic's Red Appl Seattle WA | 7.91- | 4,535.69 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 Panda Express #102 Burien WA | 10.78- | 4,524.91 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Panda Express 1209 Federal Way WA | 10.78- | 4,514.13 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 McDonald's F13369 Seattle WA | 11.97- | 4,502.16 |
| 12-23 | POS Debit- Business Debit Card 8787 12-19-19 The Home Depot #47 Tukwila WA | 19.80- | 4,482.36 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 The Home Depot #47 Federal Way WA | 21.96- | 4,460.40 |
| 12-23 | POS Debit- Business Debit Card 8787 12-22-19 Panda Express #102 Redmond WA | 22.94- | 4,437.46 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot #47 Seattle WA | 24.97- | 4,412.49 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Shell Oil 57444961 Seattle WA | 51.37- | 4,361.12 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot #89 Seattle WA | 108.35- | 4,252.77 |
| 12-23 | POS Debit- Business Debit Card 8787 12-19-19 The Home Depot #47 Seattle WA | 112.70- | 4,140.07 |
| 12-23 | POS Debit - Business Debit Card 8787 Transaction 12-21-19 The Home Depot #4711 Bellevue WA | 144.87- | 3,995.20 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Tmobile*auto Pay 800-937-8997 WA | 292.30- | 3,702.90 |
| 12-24 | POS Credit Adjustment 8787 Transaction 12-23-19 The Home Depot 8944 Seattle WA | 27.20 | 3,730.10 |
| 12-24 | POS Credit Adjustment 8787 Transaction 12-22-19 The Home Depot #47 | 138.89 | 3,868.99 |
| 12-24 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 122419 | 280.29 | 4,149.28 |
| 12-24 | POS Debit- Business Debit Card 8787 12-23-19 McDonald's F13369 Seattle WA | 16.10- | 4,133.18 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 Safeway Fuel #3613 Snoqualmie WA | 46.17- | 4,087.01 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 The Home Depot #47 Redmond WA | 79.34- | 4,007.67 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 The Home Depot 470 Issaquah WA | 255.23- | 3,752.44 |
| 12-24 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot 473 Covington WA | 355.12- | 3,397.32 |
| 12-26 | POS Credit Adjustment 8787 Transaction 12-23-19 The Home Depot #89 | 17.57 | 3,414.89 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 3,401.94 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 McDonald's F13369 Seattle WA | 14.25- | 3,387.69 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 Tbt Towing Seattle WA | 145.00- | 3,242.69 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 King County Dja Seattle WA | 201.91- | 3,040.78 |
| 12-26 | POS Debit- Business Debit Card 8787 12-23-19 The Home Depot 894 Seattle WA | 296.30- | 2,744.48 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-27-19 The Home Depot #89 | 12.75 | 2,757.23 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot #47 | 108.91 | 2,866.14 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 471 | 231.87 | 3,098.01 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 470 | 252.99 | 3,351.00 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 470 | 396.40 | 3,747.40 |
| 12-30 | Deposit 12-28-19 Becu Seattle WA | 413.60 | 4,161.00 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 McDonald's F13369 Seattle WA | 12.95- | 4,148.05 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 McDonald's F13369 Seattle WA | 16.10- | 4,131.95 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 28.30- | 4,103.65 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 32.14- | 4,071.51 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 Shell Oil 57444961 Seattle WA | 44.93- | 4,026.58 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 64.45- | 3,962.13 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot 470 Tukwila WA | 231.87- | 3,730.26 |
| 12-30 | POS Debit- Business Debit Card 8787 12-26-19 International Food Kent WA | 232.93- | 3,497.33 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot 471 Bellevue WA | 292.57- | 3,204.76 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot #89 Seattle WA | 372.83- | 2,831.93 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot 470 Tukwila WA | 534.09- | 2,297.84 |
| 12-31 | POS Credit Adjustment 8787 Transaction 12-29-19 The Home Depot #47 | 46.22 | 2,344.06 |
| 12-31 | POS Credit Adjustment 8787 Transaction 12-29-19 The Home Depot 473 | 83.26 | 2,427.32 |

DOJ-01-0000002610



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #89 Seattle WA | 52.61- | 2,374.71 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #89 Seattle WA | 92.61- | 2,282.10 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #47 Seattle WA | 190.23- | 2,091.87 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot 470 Seattle WA | 253.23- | 1,838.64 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot 470 Seattle WA | 292.87- | 1,545.77 |
| 12-31 | Dividend | 0.12 | 1,545.89 |
| 12-31 | **Ending Balance** | | **1,545.89** |

*Average Daily Balance - Current Cycle: $2,790.27*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 12-11 | ACH | 82.04 | 12-23 | POS | 10.78 |
| 12-11 | ACH | 104.74 | 12-23 | POS | 10.78 |
| 12-11 | ACH | 132.76 | 12-23 | POS | 11.97 |
| 12-11 | ACH | 263.85 | 12-23 | POS | 19.80 |
| 12-02 | POS | 79.81 | 12-23 | POS | 21.96 |
| 12-02 | POS | 83.58 | 12-23 | POS | 22.94 |
| 12-02 | POS | 124.00 | 12-23 | POS | 24.97 |
| 12-02 | POS | 238.70 | 12-23 | POS | 51.37 |
| 12-02 | POS | 2.29 | 12-23 | POS | 108.35 |
| 12-02 | POS | 4.00 | 12-23 | POS | 112.70 |
| 12-02 | POS | 15.96 | 12-23 | POS | 144.87 |
| 12-02 | POS | 26.51 | 12-23 | POS | 292.30 |
| 12-03 | POS | 86.88 | 12-24 | POS | 16.10 |
| 12-03 | POS | 89.69 | 12-24 | POS | 46.17 |
| 12-03 | POS | 2.15 | 12-24 | POS | 79.34 |
| 12-03 | POS | 2.61 | 12-24 | POS | 255.23 |
| 12-03 | POS | 17.82 | 12-24 | POS | 355.12 |
| 12-03 | POS | 74.17 | 12-26 | POS | 12.95 |
| 12-04 | POS | 100.66 | 12-26 | POS | 14.25 |
| 12-05 | POS | 23.95 | 12-26 | POS | 145.00 |
| 12-06 | POS | 3.45 | 12-26 | POS | 201.91 |
| 12-09 | POS | 40.04 | 12-26 | POS | 296.30 |
| 12-09 | POS | 334.50 | 12-30 | POS | 12.95 |
| 12-16 | POS | 4.61 | 12-30 | POS | 16.10 |
| 12-16 | POS | 4.28 | 12-30 | POS | 28.30 |
| 12-16 | POS | 10.78 | 12-30 | POS | 32.14 |
| 12-16 | POS | 25.08 | 12-30 | POS | 44.93 |
| 12-16 | POS | 59.55 | 12-30 | POS | 64.45 |
| 12-16 | POS | 99.95 | 12-30 | POS | 231.87 |
| 12-16 | POS | 181.87 | 12-30 | POS | 232.93 |
| 12-16 | POS | 222.29 | 12-30 | POS | 292.57 |
| 12-17 | POS | 227.14 | 12-30 | POS | 372.83 |
| 12-18 | POS | 28.66 | 12-30 | POS | 534.09 |
| 12-18 | POS | 106.03 | 12-31 | POS | 52.61 |
| 12-18 | POS | 191.20 | 12-31 | POS | 92.61 |
| 12-19 | POS | 255.84 | 12-31 | POS | 190.23 |
| 12-20 | POS | 23.49 | 12-31 | POS | 253.23 |
| 12-20 | POS | 50.28 | 12-31 | POS | 292.87 |
| 12-20 | POS | 52.91 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 69.21 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 77.78 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 110.74 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 132.52 | 12-06 | 000160 - Check | 550.00 |
| 12-23 | POS | 7.91 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-01 | Beginning Balance | | 41.36 |
| 12-02 | eDeposit-Svc Fee | 1.00- | 40.36 |
| 12-03 | Transfer To Checking | 35.36- | 5.00 |
| 12-31 | **Ending Balance** | | **5.00** |

DOJ-01-0000002611

Page 6 of 6



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002612

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JMA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,545.89 | $1,275.35 | $2,722.95 | $98.29 | $0.05 |
| **Mbr Business Savings** 3037417528 | $5.00 | $500.06 | $1.00 | $504.06 | $0.06 |
| **Totals** | **$1,550.89** | **$1,775.41** | **$2,723.95** | **$602.35** | **$0.11** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 1,545.89 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ➤     ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000

DOJ-01-0000002613



Page 2 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-02 | POS Credit Adjustment 8787 Transaction 12-30-19 The Home Depot 894 | 651.85 | 2,197.74 |
| 01-02 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 010220 | 93.43 | 2,291.17 |
| 01-07 | POS Debit- Business Debit Card 8787 01-06-20 Advancedmd Https://Www.A UT | 334.50- | 1,956.67 |
| 01-10 | POS Debit- Business Debit Card 8787 01-09-20 Gensco-Seattle 253-926-2093 WA | 40.78- | 1,915.89 |
| 01-13 | POS Debit- Business Debit Card 8787 01-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,815.94 |
| 01-13 | POS Debit- Business Debit Card 8787 01-10-20 Sunbelt Rentals 11 Seattle WA | 462.38- | 1,353.56 |
| 01-14 | POS Debit- Business Debit Card 8787 01-13-20 Sunbelt Rentals 11 Seattle WA | 17.29- | 1,336.27 |
| 01-14 | Transfer To Shares | 500.00- | 836.27 |
| | Eric R Shibley MD Pllc | | |
| 01-16 | Dispute - Permanent Refund | 17.29 | 853.56 |
| 01-16 | Dispute - Temp Credit | 462.38 | 1,315.94 |
| 01-17 | POS Debit- Business Debit Card 8787 01-16-20 Bartell Drug 66-LA Seattle WA | 33.33- | 1,282.61 |
| 01-21 | POS Credit Adjustment 8787 Transaction 01-18-20 The Home Depot #47 | 14.93 | 1,297.54 |
| 01-21 | POS Debit - Business Debit Card 8787 Transaction 01-18-20 0805/202105 Sees | | |
| | Candy Tukwila WA | 12.46- | 1,285.08 |
| 01-21 | POS Debit- Business Debit Card 8787 01-20-20 McDonald's F13369 Seattle WA | 18.01- | 1,267.07 |
| 01-21 | POS Debit- Business Debit Card 8787 01-19-20 Shell Oil 57444961 Seattle WA | 20.00- | 1,247.07 |
| 01-21 | POS Debit- Business Debit Card 8787 01-17-20 Arco#07155Arco #07 Seattle WA | 20.10- | 1,226.97 |
| 01-21 | POS Debit- Business Debit Card 8787 01-19-20 Shell Oil 57444961 Seattle WA | 22.67- | 1,204.30 |
| 01-21 | POS Debit- Business Debit Card 8787 01-21-20 Chevron 0200587 Puyallup WA | 30.04- | 1,174.26 |
| 01-21 | POS Debit- Business Debit Card 8787 01-17-20 The Home Depot #89 Seattle WA | 88.38- | 1,085.88 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 The Home Depot 470 Seattle WA | 100.00- | 985.88 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 The Home Depot #89 Seattle WA | 141.97- | 843.91 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 International Food Kent WA | 197.13- | 646.78 |
| 01-21 | POS Debit- Business Debit Card 8787 01-20-20 Tmobile*auto Pay 800-937-8997 WA | 214.83- | 431.95 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 McDonald's F13369 Seattle WA | 6.78- | 425.17 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 McDonald's F13369 Seattle WA | 11.75- | 413.42 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 Chevron 0090636 Seattle WA | 19.86- | 393.56 |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| --  --  -- | (       ) | | (       ) | |

DOJ-01-0000002614



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

## Business Checking - 7041509972                     (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-23 | POS Debit- Business Debit Card 8787 01-22-20 Ochar Thai Cuisine Issaquah WA | 21.65- | 371.91 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Sq *justus Cafe Seattle WA | 4.84- | 367.07 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 354.12 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 Best Meats Kent WA | 16.06- | 338.06 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 Mr Gyros Wallingfo Seattle WA | 17.70- | 320.36 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Shell Oil 57444961 Seattle WA | 20.38- | 299.98 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 King County Dja Seattle WA | 25.49- | 274.49 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Attorney's Informa Seattle WA | 31.00- | 243.49 |
| 01-27 | POS Debit- Business Debit Card 8787 01-26-20 Safeway #1062 Seattle WA | 45.14- | 198.35 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 King CO Law Libry Seattle WA | 60.00- | 138.35 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-20 Shell Oil 57444961 Seattle WA | 8.76- | 129.59 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-20 Shell Oil 57444961 Seattle WA | 29.88- | 99.71 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-20 McDonald's F13369 Seattle WA | 7.47- | 92.24 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-20 Safeway #1062 Seattle WA | 29.42- | 62.82 |
| 01-30 | POS Credit Adjustment 8787 Transaction 01-28-20 The Home Depot #89 | 35.42 | 98.24 |
| 01-31 | Dividend | 0.05 | 98.29 |
| **01-31** | **Ending Balance** | | **98.29** |

*Average Daily Balance - Current Cycle: $1,190.40*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-07 | POS | 334.50 | 01-22 | POS | 6.78 |
| 01-10 | POS | 40.78 | 01-22 | POS | 11.75 |
| 01-13 | POS | 99.95 | 01-22 | POS | 19.86 |
| 01-13 | POS | 462.38 | 01-23 | POS | 21.65 |
| 01-14 | POS | 17.29 | 01-27 | POS | 4.84 |
| 01-17 | POS | 33.33 | 01-27 | POS | 12.95 |
| 01-21 | POS | 12.46 | 01-27 | POS | 16.06 |
| 01-21 | POS | 18.01 | 01-27 | POS | 17.70 |
| 01-21 | POS | 20.00 | 01-27 | POS | 20.38 |
| 01-21 | POS | 20.10 | 01-27 | POS | 25.49 |
| 01-21 | POS | 22.67 | 01-27 | POS | 31.00 |
| 01-21 | POS | 30.04 | 01-27 | POS | 45.14 |
| 01-21 | POS | 88.38 | 01-27 | POS | 60.00 |
| 01-21 | POS | 100.00 | 01-28 | POS | 8.76 |
| 01-21 | POS | 141.97 | 01-28 | POS | 29.88 |
| 01-21 | POS | 197.13 | 01-29 | POS | 7.47 |
| 01-21 | POS | 214.83 | 01-29 | POS | 29.42 |

# Savings

## Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-01 | Beginning Balance | | 5.00 |
| 01-02 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 01-14 | Transfer From Chk/MMSA | 500.00 | 504.00 |
| | Eric R Shibley MD Pllc | | |
| 01-31 | Dividend | 0.06 | 504.06 |
| **01-31** | **Ending Balance** | | **504.06** |

## 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002615

Page 4 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002616

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

#BWNLLSV
#000000P6Y6XXQ1A9#000FME90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $98.29 | $467.89 | $566.18 | $0.00 | $0.05 |
| **Mbr Business Savings** 3037417528 | $504.06 | $0.03 | $497.36 | $6.73 | $0.09 |
| **Totals** | **$602.35** | **$467.92** | **$1,063.54** | **$6.73** | **$0.14** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 98.29 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

405704150997230374175280000000000000000000000000000000

000129

07/02/2020

DOJ-01-0000002617



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**           (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-03 | POS Debit- Business Debit Card 8787 02-01-20 Taqueria El Rincon Seattle WA | 7.50- | 90.79 |
| 02-03 | POS Debit- Business Debit Card 8787 02-02-20 McDonald's F13369 Seattle WA | 8.12- | 82.67 |
| 02-05 | ATM Withdrawal 02-04-20 Becu Tukwila WA | 40.00- | 42.67 |
| 02-05 | POS Debit- Business Debit Card 8787 02-03-20 Starbucks Store 57 Bremerton WA | 3.43- | 39.24 |
| 02-05 | POS Debit- Business Debit Card 8787 02-03-20 Wsferries-Bremerto Seattle WA | 15.75- | 23.49 |
| 02-06 | POS Credit Adjustment 8787 Transaction 02-04-20 The Home Depot #47 | 6.57 | 30.06 |
| 02-06 | POS Credit Adjustment 8787 Transaction 02-04-20 The Home Depot #47 | 15.40 | 45.46 |
| 02-07 | POS Credit Adjustment 8787 Transaction 02-05-20 The Home Depot #47 | 9.56 | 55.02 |
| 02-10 | Transfer From Shares | 407.36 | 462.38 |
| 02-10 | Dispute - Temp Credit Reversal | 462.38- | 0.00 |
| 02-12 | Transfer From Shares | 29.00 | 29.00 |
| 02-12 | Returned Item Fee 158 | 29.00- | 0.00 |
| 02-29 | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $20.54*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-03 | POS | 7.50 | 02-05 | POS | 15.75 |
| 02-03 | POS | 8.12 | 02-05 | ATMO | 40.00 |
| 02-05 | POS | 3.43 | | | |

## Savings
**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 504.06 |
| 02-03 | eDeposit-Svc Fee | 1.00- | 503.06 |
| 02-10 | Transfer To Checking | 407.36- | 95.70 |



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-01-0000002618

Page 3 of 3



**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Mbr Business Savings - 3037417528**                                                  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-10 | Withdrawal By Cash 02-09-20 Becu Tukwila WA | 60.00- | 35.70 |
| 02-12 | Transfer To Checking | 29.00- | 6.70 |
| 02-28 | Dividend | 0.03 | 6.73 |
| **02-29** | **Ending Balance** | | **6.73** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002619

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000MQA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $0.00 | $0.00 | $0.00 | $0.00 | $0.05 |
| **Mbr Business Savings** 3037417528 | $6.73 | $0.00 | $1.00 | $5.73 | $0.09 |
| **Totals** | **$6.73** | **$0.00** | **$1.00** | **$5.73** | **$0.14** |

## Checking
**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 0.00 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ [ ]

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570415099723037417528000000000000000000000000000000000000

DOJ-01-0000002620



Page 2 of 3

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| | **No Transactions This Period** | | |
| 03-31 | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $0.00*

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 03-01 | Beginning Balance | | 6.73 |
| 03-02 | eDeposit-Svc Fee | 1.00- | 5.73 |
| 03-31 | **Ending Balance** | | **5.73** |

**2019 Year to Date Federal Income Tax Information**

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | | ( ) | | ( ) |

DOJ-01-0000002621



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002622

Page 1 of 3



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000AMP90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $0.00 | $982.11 | $840.00 | $142.11 | $0.06 |
| **Mbr Business Savings** 3037417528 | $5.73 | $3,200.13 | $2,761.00 | $444.86 | $0.22 |
| **Totals** | **$5.73** | **$4,182.24** | **$3,601.00** | **$586.97** | **$0.28** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 0.00 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002623



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

**Business Checking - 7041509972**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 04-08 | Transfer From Checking | 600.00 | 600.00 |
| | Es1 LLC | | |
| 04-08 | Transfer To Checking | 500.00- | 100.00 |
| | Eric R Shibley | | |
| 04-17 | Deposit - ACH Paid From US Hhs Stimulus Hhspayment 041720 | 382.10 | 482.10 |
| 04-20 | ATM Withdrawal 04-18-20 Becu Seattle WA | 40.00- | 442.10 |
| 04-28 | ATM Withdrawal 04-27-20 Becu Seattle WA | 300.00- | 142.10 |
| 04-30 | Dividend | 0.01 | 142.11 |
| **04-30** | **Ending Balance** | | **142.11** |

*Average Daily Balance - Current Cycle: $210.31*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-20 | ATMO | 40.00 | 04-28 | ATMO | 300.00 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 04-01 | Beginning Balance | | 5.73 |
| 04-01 | eDeposit-Svc Fee | 1.00- | 4.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 180.00 | 184.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 280.00 | 464.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 340.00 | 804.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 2,000.00 | 2,804.73 |
| 04-10 | Transfer To Checking | 2,000.00- | 804.73 |
| | Eric R Shibley | | |
| 04-22 | Deposit 04-21-20 Becu Seattle WA | 400.00 | 1,204.73 |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002624

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Mbr Business Savings - 3037417528                                  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-28 | Withdrawal By Cash 04-27-20 Becu Tukwila WA | 200.00- | 1,004.73 |
| 04-29 | Withdrawal By Cash 04-28-20 Becu Tukwila WA | 200.00- | 804.73 |
| 04-30 | Withdrawal By Cash 04-30-20 Becu Seattle WA | 60.00- | 744.73 |
| 04-30 | Withdrawal By Cash 04-29-20 Becu Burien WA | 300.00- | 444.73 |
| 04-30 | Dividend | 0.13 | 444.86 |
| **04-30** | **Ending Balance** | | **444.86** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days that the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002625

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MMY90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $142.11 | $107,357.30 | $102,941.83 | $4,557.58 | $0.11 |
| **Mbr Business Savings** 3037417528 | $444.86 | $100,473.27 | $100,901.86 | $16.27 | $11.49 |
| **Totals** | **$586.97** | **$207,830.57** | **$203,843.69** | **$4,573.85** | **$11.60** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 142.11 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

40570415099723037417528000000000000000000000000000000000

DOJ-01-0000002626



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-01 | Transfer From Shares | 400.00 | 542.11 |
| 05-04 | POS Credit Adjustment 8787 Transaction 05-01-20 Cash App*cash Out Visa Direct CA | 739.10 | 1,281.21 |
| 05-04 | POS Debit- Business Debit Card 8787 04-30-20 Shell Oil 57445757 Seattle WA | 16.40- | 1,264.81 |
| 05-04 | POS Debit- Business Debit Card 8787 05-03-20 Panda Express #102 Burien WA | 35.48- | 1,229.33 |
| 05-04 | POS Debit- Business Debit Card 8787 05-01-20 Shell Oil 57444961 Seattle WA | 37.11- | 1,192.22 |
| 05-04 | POS Debit- Business Debit Card 8787 05-02-20 Bartell Drug 42-Qu Seattle WA | 39.41- | 1,152.81 |
| 05-04 | POS Debit- Business Debit Card 8787 05-01-20 Cash App*thomas 8774174551 CA | 471.00- | 681.81 |
| 05-05 | POS Debit- Business Debit Card 8787 05-04-20 WA Vehicle Licensi 360-902-7470 WA | 13.65- | 668.16 |
| 05-06 | POS Debit - Business Debit Card 8787 Transaction 05-05-20 Rite Aid Store - 5223 Seattle WA | 47.76- | 620.40 |
| 05-08 | POS Debit- Business Debit Card 8787 05-06-20 The Home Depot #89 Seattle WA | 64.52- | 555.88 |
| 05-11 | Transfer From Checking Eric R Shibley | 1,500.00 | 2,055.88 |
| 05-11 | POS Debit- Business Debit Card 8787 05-09-20 7-Eleven 24404 Seattle WA | 62.46- | 1,993.42 |
| 05-11 | POS Debit- Business Debit Card 8787 05-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,893.47 |
| 05-11 | POS Debit- Business Debit Card 8787 05-09-20 Cash App*thomas 8774174551 CA | 200.00- | 1,693.47 |
| 05-11 | Transfer To Shares | 462.00- | 1,231.47 |
| 05-12 | Deposit - ACH Paid From Chem Bank Loan S ACH 051220 | 100,000.00 | 101,231.47 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 McDonald's F13369 Seattle WA | 10.65- | 101,220.82 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 Les Schwab Tires # Seattle WA | 276.06- | 100,944.76 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 Les Schwab Tires # Seattle WA | 455.23- | 100,489.53 |
| 05-12 | Transfer To Shares | 100,000.00- | 489.53 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-20 McDonald's F1364 Seattle WA | 7.25- | 482.28 |
| 05-13 | POS Debit- Business Debit Card 8787 05-11-20 Shell Oil 57444026 Seattle WA | 39.17- | 443.11 |
| 05-18 | ATM Withdrawal 05-16-20 Becu Seattle WA | 360.00- | 83.11 |
| 05-19 | Deposit | 218.15 | 301.26 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002627



Page 3 of 4

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-21 | POS Debit- Business Debit Card 8787 05-20-20 Tmobile*auto Pay 800-937-8997 WA | 217.46- | 83.80 |
| 05-26 | Transfer From Checking | 4,500.00 | 4,583.80 |
| | Eric R Shibley | | |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Chevron 0301816 Redmond WA | 2.27- | 4,581.53 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Paw*aguilars Farm Sunnyside WA | 7.00- | 4,574.53 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Paw*aguilars Farm Sunnyside WA | 17.00- | 4,557.53 |
| 05-29 | Dividend | 0.05 | 4,557.58 |
| **05-31** | **Ending Balance** | | **4,557.58** |

*Average Daily Balance - Current Cycle: $1,237.09*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 05-04 | POS | 16.40 | 05-12 | POS | 10.65 |
| 05-04 | POS | 35.48 | 05-12 | POS | 276.06 |
| 05-04 | POS | 37.11 | 05-12 | POS | 455.23 |
| 05-04 | POS | 39.41 | 05-13 | POS | 7.25 |
| 05-04 | POS | 471.00 | 05-13 | POS | 39.17 |
| 05-05 | POS | 13.65 | 05-21 | POS | 217.46 |
| 05-06 | POS | 47.76 | 05-29 | POS | 2.27 |
| 05-08 | POS | 64.52 | 05-29 | POS | 7.00 |
| 05-11 | POS | 62.46 | 05-29 | POS | 17.00 |
| 05-11 | POS | 99.95 | 05-18 | ATMO | 360.00 |
| 05-11 | POS | 200.00 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 444.86 |
| 05-01 | Transfer To Checking | 400.00- | 44.86 |
| 05-01 | eDeposit-Svc Fee | 1.00- | 43.86 |
| 05-04 | Withdrawal By Cash 05-03-20 Becu Seattle WA | 500.00- | 456.14- |
| 05-11 | Transfer From Checking | 462.00 | 5.86 |
| 05-12 | Transfer From Checking | 100,000.00 | 100,005.86 |
| 05-28 | Withdrawal By Cash 05-27-20 Becu Seattle WA | 500.00- | 99,505.86 |
| 05-28 | Withdrawal By Cash | 50,000.00- | 49,505.86 |
| 05-29 | Withdrawal By Check | 49,500.86- | 5.00 |
| 05-29 | Dividend | 11.27 | 16.27 |
| **05-31** | **Ending Balance** | | **16.27** |

DOJ-01-0000002628



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002629

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000JQU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $4,557.58 | $9,567.14 | $14,123.57 | $1.15 | $0.19 |
| **Mbr Business Savings** 3037417528 | $16.27 | $23,000.28 | $23,016.00 | $0.55 | $11.77 |
| **Totals** | **$4,573.85** | **$32,567.42** | **$37,139.57** | **$1.70** | **$11.96** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 4,557.58 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ➤    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002630



Page 2 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | POS Debit- Business Debit Card 8787 05-29-20 Safeway #1923 Seattle WA | 110.86- | 4,446.72 |
| 06-03 | POS Credit Adjustment 8787 Transaction 06-02-20 Cash App*cash Out Visa Direct CA | 500.00 | 4,946.72 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-20 McDonald's F13369 Seattle WA | 4.61- | 4,942.11 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-20 Chipotle 2554 Seattle WA | 13.82- | 4,928.29 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-20 Safeway #1062 Seattle WA | 23.42- | 4,904.87 |
| 06-04 | POS Debit- Business Debit Card 8787 06-03-20 McDonald's F13369 Seattle WA | 10.65- | 4,894.22 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-20 Qfc #5883 Seattle WA | 11.12- | 4,883.10 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-20 Shell Oil 57444026 Seattle WA | 30.38- | 4,852.72 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-20 WA Secretary Of ST .WA.Gov WA | 20.00- | 4,832.72 |
| 06-05 | POS Debit- Business Debit Card 8787 06-03-20 Yen Wor Village Seattle WA | 29.71- | 4,803.01 |
| 06-05 | POS Debit- Business Debit Card 8787 06-03-20 Safeway #1062 Seattle WA | 125.30- | 4,677.71 |
| 06-05 | Transfer To Shares | 3,000.00- | 1,677.71 |
| 06-08 | POS Credit Adjustment 8787 Transaction 06-07-20 Cash App*cash Out Visa Direct CA | 220.99 | 1,898.70 |
| 06-08 | POS Debit- Business Debit Card 8787 06-07-20 McDonald's F10755 Seattle WA | 10.71- | 1,887.99 |
| 06-08 | POS Debit- Business Debit Card 8787 06-07-20 McDonald's F13369 Seattle WA | 11.42- | 1,876.57 |
| 06-08 | POS Debit- Business Debit Card 8787 06-06-20 McDonald's F435 Seattle WA | 22.54- | 1,854.03 |
| 06-08 | POS Debit- Business Debit Card 8787 06-05-20 Safeway #1062 Seattle WA | 28.61- | 1,825.42 |
| 06-08 | POS Debit- Business Debit Card 8787 06-04-20 Taco Time West Sea Seattle WA | 29.77- | 1,795.65 |
| 06-08 | POS Debit - Business Debit Card 8787 Transaction 06-20-20 T-Mobile 4755 Fauntler Seattle WA | 160.39- | 1,635.26 |
| 06-09 | POS Debit- Business Debit Card 8787 06-08-20 McDonald's F13369 Seattle WA | 13.60- | 1,621.66 |
| 06-09 | POS Debit- Business Debit Card 8787 06-07-20 Taco Time West Sea Seattle WA | 15.39- | 1,606.27 |
| 06-09 | POS Debit- Business Debit Card 8787 06-08-20 Panda Express #102 Burien WA | 21.89- | 1,584.38 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 11.78- | 1,572.60 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 29.80- | 1,542.80 |
| 06-10 | POS Debit- Business Debit Card 8787 06-09-20 Les Schwab Tires # Seattle WA | 71.55- | 1,471.25 |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-01-0000002631



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 86.12- | 1,385.13 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Lowes #00010* Tukwila WA | 131.79- | 1,253.34 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #2932 Seattle WA | 212.00- | 1,041.34 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 McDonald's F10755 Seattle WA | 4.76- | 1,036.58 |
| 06-11 | POS Debit - Business Debit Card 8787 Transaction 06-10-20 Dominic's Red Apple | | |
| | MA Seattle WA | 10.38- | 1,026.20 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 Panda Express #102 Burien WA | 10.73- | 1,015.47 |
| 06-11 | POS Debit- Business Debit Card 8787 06-09-20 McDonald's F13369 Seattle WA | 26.68- | 988.79 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 888.84 |
| 06-12 | POS Debit- Business Debit Card 8787 06-11-20 McDonald's F13369 Seattle WA | 4.61- | 884.23 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 Krispy Kreme #1115 Seattle WA | 7.95- | 876.28 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 McDonald's F472 Seattle WA | 18.68- | 857.60 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 022 Alki Spud Seattle WA | 22.74- | 834.86 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 Shell Oil 57444026 Seattle WA | 46.27- | 788.59 |
| 06-15 | POS Credit Adjustment 8787 Transaction 06-13-20 Cash App*cash Out Visa Direct | | |
| | CA | 233.40 | 1,021.99 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-20 McDonald's F13369 Seattle WA | 11.42- | 1,010.57 |
| 06-18 | ATM Withdrawal 06-17-20 Becu Tukwila WA | 120.00- | 890.57 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 76 - Millennium Pe Seatac WA | 8.66- | 881.91 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 McDonald's F13369 Seattle WA | 11.85- | 870.06 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 Burger King #6972 Seattle WA | 13.48- | 856.58 |
| 06-18 | POS Debit- Business Debit Card 8787 06-16-20 Tram`s Salon Seattle WA | 70.00- | 786.58 |
| 06-19 | Deposit | 6,112.67 | 6,899.25 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 1.93- | 6,897.32 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-20 McDonald's F13369 Seattle WA | 9.22- | 6,888.10 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 12.55- | 6,875.55 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 41.23- | 6,834.32 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 The Home Depot #89 Seattle WA | 157.81- | 6,676.51 |
| 06-22 | Transfer From Shares | 2,500.00 | 9,176.51 |
| 06-22 | Withdrawal By Check | 8,000.00- | 1,176.51 |
| 06-22 | POS Debit- Business Debit Card 8787 06-21-20 McDonald's F13369 Seattle WA | 27.03- | 1,149.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-18-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,119.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-19-20 Practice Fusion 415-346-7700 CA | 109.00- | 1,010.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-18-20 The Home Depot #47 Seattle WA | 164.24- | 846.24 |
| 06-22 | POS Debit- Business Debit Card 8787 06-19-20 Les Schwab Tires # Seattle WA | 179.89- | 666.35 |
| 06-22 | POS Debit- Business Debit Card 8787 06-20-20 Tmobile*auto Pay 800-937-8997 WA | 219.51- | 446.84 |
| 06-22 | POS Debit- Business Debit Card 8787 06-20-20 Staples Seattle WA | 277.43- | 169.41 |
| 06-23 | POS Debit- Business Debit Card 8787 06-22-20 Sq *seattle Grand Seattle WA | 29.54- | 139.87 |
| 06-23 | POS Debit- Business Debit Card 8787 06-21-20 The Home Depot #47 Tukwila WA | 130.90- | 8.97 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-20 McDonald's F472 Seattle WA | 7.90- | 1.07 |
| 06-30 | Dividend | 0.08 | 1.15 |
| **06-30** | **Ending Balance** | | **1.15** |

*Average Daily Balance - Current Cycle: $1,841.87*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-01 | POS | 110.86 | 06-04 | POS | 11.12 |
| 06-03 | POS | 4.61 | 06-04 | POS | 30.38 |
| 06-03 | POS | 13.82 | 06-05 | POS | 20.00 |
| 06-03 | POS | 23.42 | 06-05 | POS | 29.71 |
| 06-04 | POS | 10.65 | 06-05 | POS | 125.30 |

DOJ-01-0000002632



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid**

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-08 | POS | 10.71 | 06-12 | POS | 22.74 |
| 06-08 | POS | 11.42 | 06-12 | POS | 46.27 |
| 06-08 | POS | 22.54 | 06-17 | POS | 11.42 |
| 06-08 | POS | 28.61 | 06-18 | POS | 8.66 |
| 06-08 | POS | 29.77 | 06-18 | POS | 11.85 |
| 06-08 | POS | 160.39 | 06-18 | POS | 13.48 |
| 06-09 | POS | 13.60 | 06-18 | POS | 70.00 |
| 06-09 | POS | 15.39 | 06-19 | POS | 1.93 |
| 06-09 | POS | 21.89 | 06-19 | POS | 9.22 |
| 06-10 | POS | 11.78 | 06-19 | POS | 12.55 |
| 06-10 | POS | 29.80 | 06-19 | POS | 41.23 |
| 06-10 | POS | 71.55 | 06-19 | POS | 157.81 |
| 06-10 | POS | 86.12 | 06-22 | POS | 27.03 |
| 06-10 | POS | 131.79 | 06-22 | POS | 30.00 |
| 06-10 | POS | 212.00 | 06-22 | POS | 109.00 |
| 06-11 | POS | 4.76 | 06-22 | POS | 164.24 |
| 06-11 | POS | 10.38 | 06-22 | POS | 179.89 |
| 06-11 | POS | 10.73 | 06-22 | POS | 219.51 |
| 06-11 | POS | 26.68 | 06-22 | POS | 277.43 |
| 06-11 | POS | 99.95 | 06-23 | POS | 29.54 |
| 06-12 | POS | 4.61 | 06-23 | POS | 130.90 |
| 06-12 | POS | 7.95 | 06-24 | POS | 7.90 |
| 06-12 | POS | 18.68 | 06-18 | ATMO | 120.00 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-01 | Beginning Balance | | 16.27 |
| 06-01 | eDeposit-Svc Fee | 1.00- | 15.27 |
| 06-05 | Transfer From Checking | 3,000.00 | 3,015.27 |
| 06-05 | Transfer To Checking | 3,000.00- | 15.27 |
| | Eric R Shibley | | |
| 06-22 | Deposit | 20,000.00 | 20,015.27 |
| 06-24 | Sav Adjustment - DR | 15.00- | 20,000.27 |
| 06-24 | Sav Adjustment - DR | 20,000.00- | 0.27 |
| 06-30 | Dividend | 0.28 | 0.55 |
| **06-30** | **Ending Balance** | | **0.55** |

DOJ-01-0000002633



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002634

Page 1 of 4

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JML90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** | | | | | |
| 7041509972 | $1.15 | $31,387.19 | $31,388.34 | $0.00 | $0.45 |
| 7107007721 | $0.00 | $4,263.03 | $3,094.68 | $1,168.35 | $0.01 |
| **Mbr Business Savings** | | | | | |
| 3037417528 | $0.55 | $5.45 | $1.00 | $5.00 | $11.77 |
| **Totals** | **$1.70** | **$35,655.67** | **$34,484.02** | **$1,173.35** | **$12.23** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7041509972 | Checking | |
| 7107007721 | Checking | |
| 3037417528 | Savings | |
| | | |
| | TOTAL | |

405704150997271070077213037417528000000000000000000000000

DOJ-02-0000008198

Page 2 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | Beginning Balance | | 1.15 |
| 07-01 | Deposit - ACH Paid From Sbad Treas 310 Misc Pay 070120 | 30,900.00 | 30,901.15 |
| 07-06 | Deposit | 70.00 | 30,971.15 |
| 07-06 | POS Debit- Business Debit Card 8787 07-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 30,862.15 |
| 07-06 | Transfer To Shares | 5.45- | 30,856.70 |
| 07-06 | Cash Withdrawal | 8,000.00- | 22,856.70 |
| 07-07 | Cash Withdrawal | 12,000.00- | 10,856.70 |
| 07-07 | Check 4 | 10,000.00- | 856.70 |
| 07-09 | eDeposit-Scan/Mobile 000000101616687 | 416.93 | 1,273.63 |
| 07-09 | POS Debit- Business Debit Card 8787 07-06-20 The Home Depot #89 Seattle WA | 28.95- | 1,244.68 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 McDonald's F13369 Seattle WA | 6.80- | 1,237.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jack IN The Box 84 Tukwila WA | 13.73- | 1,224.15 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Arco#07045Arco #07 Seattle WA | 30.19- | 1,193.96 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jaes Asian Bistro Seattle WA | 39.08- | 1,154.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,054.93 |
| 07-13 | Paid To - Capital One Online Pmt Chk 5140551 | 39.00- | 1,015.93 |
| 07-16 | POS Debit- Business Debit Card 8787 07-15-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,002.98 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 Jack IN The Box 84 Tukwila WA | 15.70- | 987.28 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 The Home Depot #47 Tukwila WA | 218.10- | 769.18 |
| 07-20 | POS Debit- Business Debit Card 8787 07-17-20 The Home Depot #89 Seattle WA | 255.19- | 513.99 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 McDonald's F13369 Seattle WA | 6.80- | 507.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-19-20 Shell Oil 57444026 Seattle WA | 30.00- | 477.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 Tmobile*auto Pay 800-937-8997 WA | 381.96- | 95.23 |
| 07-21 | Transfer To Checking | 0.26- | 94.97 |
| | Eric R Shibley MD Pllc | | |
| 07-21 | Transfer To Checking | 95.23- | 0.26- |
| | Eric R Shibley MD Pllc | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| —    —    — | (        ) | | (        ) | |

DOJ-02-0000008199

Page 3 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972
(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-21 | Dividend | 0.26 | 0.00 |
| **07-31** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $6,181.55*
Account Closed

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-13 | ACH | 39.00 | 07-16 | POS | 12.95 |
| 07-06 | POS | 109.00 | 07-20 | POS | 15.70 |
| 07-09 | POS | 28.95 | 07-20 | POS | 218.10 |
| 07-13 | POS | 13.73 | 07-20 | POS | 255.19 |
| 07-13 | POS | 30.19 | 07-21 | POS | 6.80 |
| 07-13 | POS | 39.08 | 07-21 | POS | 30.00 |
| 07-13 | POS | 99.95 | 07-21 | POS | 381.96 |
| 07-13 | POS | 6.80 | 07-07 | 000004 - Check | 10,000.00 |

## Business Checking - 7107007721

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-21 | Beginning Balance | | 0.00 |
| 07-21 | Transfer From Checking | 0.26 | 0.26 |
| | Eric R Shibley MD Pllc | | |
| 07-21 | Transfer From Checking | 95.23 | 95.49 |
| | Eric R Shibley MD Pllc | | |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-20 White Center CO, I | 17.53 | 113.02 |
| 07-24 | POS Debit- Business Debit Card 8787 07-22-20 White Center CO, I Seattle WA | 32.22- | 80.80 |
| 07-27 | POS Debit- Business Debit Card 8787 07-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 67.85 |
| 07-28 | Deposit 07-27-20 Becu Tukwila WA | 750.00 | 817.85 |
| 07-29 | Transfer To Checking | 3,000.00- | 2,182.15- |
| | Eric R Shibley | | |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 317.85 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 817.85 |
| 07-30 | eDeposit-Scan/Mobile 000000102703755 | 400.00 | 1,217.85 |
| 07-30 | POS Debit- Business Debit Card 8787 07-29-20 Starbucks Store 00 Seattle WA | 11.56- | 1,206.29 |
| 07-30 | POS Debit- Business Debit Card 8787 07-28-20 Gyro Heroes Seattle WA | 37.95- | 1,168.34 |
| 07-31 | Dividend | 0.01 | 1,168.35 |
| **07-31** | **Ending Balance** | | **1,168.35** |

*Average Daily Balance - Current Cycle: $142.64*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-24 | POS | 32.22 | 07-30 | POS | 11.56 |
| 07-27 | POS | 12.95 | 07-30 | POS | 37.95 |

DOJ-02-0000008200

Page 4 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 0.55 |
| 07-01 | eDeposit-Svc Fee | 1.00- | 0.45- |
| 07-06 | Transfer From Checking | 5.45 | 5.00 |
| **07-31** | **Ending Balance** | | **5.00** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008201

Page 1 of 3

**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000AMU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7107007721 | $1,168.35 | $2,567.81 | $1,818.97 | $1,917.19 | $0.04 |
| **Mbr Business Savings** 3037417528 | $5.00 | $2,550.11 | $1.00 | $2,554.11 | $11.88 |
| **Totals** | **$1,173.35** | **$5,117.92** | **$1,819.97** | **$4,471.30** | **$11.92** |

## Checking
### Business Checking - 7107007721

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 1,168.35 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7107007721 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057107007721303741752800000000000000000000000000000007

DOJ-02-0000008202



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7107007721                                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-03 | POS Debit- Business Debit Card 8787 08-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 1,059.35 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 All-Star Auto Glas 206-255-7827 WA | 362.23- | 697.12 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 Puget Sound Energy 888-225-5773 WA | 513.47- | 183.65 |
| 08-07 | POS Credit Adjustment 8787 Transaction 08-06-20 Lowes #00010* | 67.78 | 251.43 |
| 08-11 | POS Debit- Business Debit Card 8787 08-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 151.48 |
| 08-18 | Transfer To Shares | 50.00- | 101.48 |
| 08-21 | Deposit | 1,000.00 | 1,101.48 |
| 08-25 | POS Debit- Business Debit Card 8787 08-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,088.53 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 1,500.00 | 2,588.53 |
| 08-28 | POS Debit- Business Debit Card 8787 08-26-20 The Home Depot #47 Seattle WA | 113.84- | 2,474.69 |
| 08-31 | POS Debit- Business Debit Card 8787 08-28-20 The Ups Store 2356 Seattle WA | 10.00- | 2,464.69 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 58.85- | 2,405.84 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 488.68- | 1,917.16 |
| 08-31 | Dividend | 0.03 | 1,917.19 |
| **08-31** | **Ending Balance** | | **1,917.19** |

*Average Daily Balance - Current Cycle: $821.11*

**Items Paid**



| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-03 | POS | 109.00 | 08-28 | POS | 113.84 |
| 08-03 | POS | 362.23 | 08-31 | POS | 10.00 |
| 08-03 | POS | 513.47 | 08-31 | POS | 58.85 |
| 08-11 | POS | 99.95 | 08-31 | POS | 488.68 |
| 08-25 | POS | 12.95 | | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) — — | HOME TELEPHONE NUMBER ( ) | | DAYTIME TELEPHONE NUMBER ( ) | |

DOJ-02-0000008203

Page 3 of 3



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 5.00 |
| 08-03 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 08-18 | Transfer From Checking | 50.00 | 54.00 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 2,500.00 | 2,554.00 |
| 08-31 | Dividend | 0.11 | 2,554.11 |
| **08-31** | **Ending Balance** | | **2,554.11** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008204


**NAVY FEDERAL CREDIT UNION®**

**ERIC R SHIBLEY MD PLLC**
**as of: 02 July 2020 09:11:02 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-9052**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******7528 | Membership Business Savings | 03/06/2013 | -$ 0.45 | -$ 5.45 | Active |
| ******9972 | Business Checking | 01/20/2015 | $ 30,901.15 | $ 30,792.15 | Active |

Navy Federal Credit Union
PO Box 3000 • Merrifield • VA • 22119-3000
Routing Number: 256074974

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 130
Admitted _____

DOJ-01-0000002547



For Office Use Only

Business Access No.

Business Savings No.

Business Checking No.

## Navy Federal®
# Business Services Membership Application

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch*

Name of Business: *ERIC R SHIBLEY PLLC*

Tax ID No. (EIN or SSN): *7052*

DBA Name

Cannot be a
Post Office Box

Business Phone No.: *615-559-6985*     Alternate Phone No.

Physical Address of Business: Street: *4925 Meridian Ave N. #6*    City: *Tulalip*    State: *WA*    Zip Code: *98271*

If Different
from Above, Which

Mailing Address of Business: Street: *Same as above*    City    State    Zip Code

If Any*

List all additional locations of Business: Street    City    State    Zip Code

Business Email Address: *shibleenyc@yahoo.com*    Web Site Address    Date Business Established (Mo., Day, Yr.)

Source of Funds to Open Account:  ☐ Personal Savings  ☒ Business Income  ☐ Business Investment from Third Party  ☐ Other _____

*Attach a separate sheet for additional Business locations.

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*

Legal Structure of Business:

Sole Proprietorship _____    Partnership: General _____ Limited _____    Corporation _____    Limited Liability Company (LLC) ☒

Required (two of the following):
- ☐ Business License
- ☐ Trade Name Certificate
- ☐ Sales Tax Certificate
- ☐ Sellers Permit
- ☐ Federal Tax ID Number (TIN) Letter

Required:
- ☐ Partnership Agreement
and one of the following:
- ☐ Registered Business Entity Proof
- ☐ Federal Tax ID Number (TIN) Letter

Required:
- ☐ Articles of Incorporation
and one of the following:
- ☐ Legal Proof of Ownership
- ☐ Federal Tax ID Number (TIN) Letter

Required:
- ☒ Articles of Organization
and one of the following:
- ☒ Legal Proof of Ownership
- ☒ Federal Tax ID Number (TIN) Letter

Other _____

**Business Details** *Required information. Entire section must be completed or account may be restricted.*

Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume. *None*
- ☐ Money Orders $ _____
- ☐ Traveler's Checks $ _____
- ☐ Check Cashing $ _____
- ☐ Currency Dealing or Exchange $ _____
- ☐ Money Transmission $ _____
- ☐ Gift Cards $ _____

Is your Business any of the following? *(Check all that apply.)* *None*
- ☐ Finance & Insurance
- ☐ Money Services Business (MSB)
- ☐ Legal Service Provider
- ☐ Real Estate
- ☐ Privately Owned ATM
- ☐ Food Services
- ☐ Restaurant
- ☐ Liquor Store
- ☐ Convenience Store
- ☐ Vending Machine Operator
- ☐ Retail
- ☐ Consulting _____
- ☐ Construction
- ☐ Administrative Services
- ☐ Charity or Non-Governmental Organization (NGO)
- ☐ Transportation
- ☐ Parking Garage
- ☐ Cigarette Distributor
- ☐ Internet gambling
- ☐ Other _____

Describe the nature of your Business: *Physician / Medical care Provider*    NAICS Code

Estimated annual sales/revenue:
- ☐ Less than $100,000
- ☒ $100,000 - $500,000
- ☐ $500,000 - $1,000,000
- ☐ $1,000,000 - $3,000,000
- ☐ Greater than $3,000,000

Anticipated monthly transaction amount:
- Cash $ _____
- Wire Domestic $ _____
- Checks $ *8000/=*
- Wire Foreign $ _____
- ACH Domestic $ _____
- Debit/Credit Cards $ _____
- ACH Foreign $ _____

Business' primary trade area *(Check all that apply.)*
- ☐ Local Community  ☐ Statewide  ☒ Domestic U.S.  ☐ International

Do you have accounts for this Business with an institution other than Navy Federal? *NO*

Purpose/type of transactions for which your Navy Federal account will be used:
- ☒ Operating/General Purpose  ☐ Escrow Management  ☐ Savings/Investment

Is the Internet a major source of revenue for your Business?  ☐ Yes  ☒ No

How many employees do you have? *0*

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*
- ☐ Membership Savings Account* $ _____
- ☐ Basic Checking $ _____
  (Owner and 1 signer allowed)
- ☐ Premium Checking $ _____
  (Unlimited signers)
- ☐ Savings Account $ _____
- ☐ Plus Checking $ _____
  (Unlimited signers)
- ☐ Money Market Savings Account $ _____
- ☐ Jumbo Money Market Savings Account $ _____

*A Membership Savings Account (with minimum deposit of $5) is **required** for all Partnerships, LLCs, and Corporations. By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.

Page 1 of 4



DOJ-01-0000002548

(Page 2  of  27)

**Business Owner's Information** *If there is a Co-Owner, please complete Authorized Signers' boxes below.*

Primary Owner's Name: First _Eric_  MI _R_  Last _Shibley_  Suffix  Date of Birth *(Mo., Day, Yr.)*  Social Security No. *(ITIN)* ██████ _9052_

☐ Yes  ☐ No  *(If no, copy of ID and completion of the Additional Business Owner Information section required.)*  ☐ Yes  ☐ No
Current Member?  If Yes, Give Access No.  Title  Issue Business Check Card?

**Business Owner's Additional Information** *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information.*

Eligibility Category:

☐ Military  ☐ Navy  ☐ Marine Corps.  ☐ Army  ☐ Air Force  ☐ Civilian  ☐ DoD  ☐ Contractor  ☐ U.S. Government  ☐ Navy Federal Employee

☒ Family  _Tina M. Shibley_
    Name of Member through whom you are eligible  Access No.  Relationship

M/F  Owner: First _Eric_  MI _R_  Last _Shibley_  Suffix

Current Home Address: Street ████████████  City  State  Zip Code

Mailing Address: Street _Same_  City  State _Tulalip  WA_  Zip Code ████

Date of Birth *(Mo., Day, Yr.)* _6/15-554-6485_  Driver's License or Government-Issued ID No. _Same_  Expiration Date *(Mo., Day, Yr.)*  U.S. Citizen? ☒ Yes  ☐ No

Home Phone No.  Office Phone No.  Extension

NOTE: *If you earn income from another employer besides the Business, please provide the following information* _None_

Employer's Name  Employer's Address

Type of Business  Job Title  No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

**Authorized Signers** *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

**Signer 1**

M/F  Signer (1): First  MI  Last  Suffix  Social Security No. *(ITIN)*

☐ Yes  ☐ No  ☐ Yes  ☐ No
Current Member?  If Yes, Give Access No.  Title  Issue Business Check Card?

Current Home Address: Street  City  State  Zip Code

Mailing Address: Street  City  State  Zip Code

☐ Yes  ☐ No
Date of Birth *(Mo., Day, Yr.)*  Driver's License or Government-Issued ID No.  Expiration Date *(Mo., Day, Yr.)*  U.S. Citizen?

Home Phone No.  Mobile Phone No.  Office Phone No.  Extension

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

Employer's Name  Employer's Address

Type of Business  Job Title  No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

Authorized Signer's Name (1)  Date *(Mo., Day, Yr.)*

Page 2 of 4

DOJ-01-0000002549

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

▶ _____   Date (Mo., Day, Yr.) 03/06/2013
Signature for all Business Types

---

## Sole Proprietorship Signature

By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.

▶ _____   _____   _____
Signature                           Printed Name                        Date (Mo., Day, Yr.)

---

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.

▶ _____   Eric R. Shibley   Owner   03/06/2013
Signature                   Printed Name       Title   Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                   Printed Name       Title   Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                   Printed Name       Title   Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                   Printed Name       Title   Date (Mo., Day, Yr.)

▶ _____   _____   _____   _____
Signature                   Printed Name       Title   Date (Mo., Day, Yr.)

---

## Corporation or Limited Liability Company Information

Please complete company name, date, and sign below.

ERIC R SHIBLEY MD PLLC
Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories. Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatories are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign as indicated in connection with said account(s).

This the 6th day of March, 20 13   ▶ _____
                                      Signature of Secretary or Managing Member

Page 4 of 4

DOJ-01-0000002550

(Page 4 of 27)

**Authorized Signers** *(Continued)*
**Signer 2**

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes  ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

☐ Yes  ☐ No

Cannot be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes  ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (2) | Date *(Mo., Day, Yr.)* |
|---|---|

**Signer 3**

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes  ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

☐ Yes  ☐ No

Cannot be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes  ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (3) | Date *(Mo., Day, Yr.)* |
|---|---|

**How Did You Hear About Navy Federal Business Services?**

☐ Web site  ☐ Internet  ☐ TV/Radio  ☐ Coworker or friend  ☐ Employer
☒ Family member  ☐ Newspaper or magazine  ☐ Other

Page 3 of 4

DOJ-01-0000002551

Page 1 of 3



PO BOX 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000JMA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $548.21 | $0.02 | $542.37 | $5.86 | $0.02 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$554.59** | **$0.02** | **$542.37** | **$12.24** | **$0.02** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 548.21 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002552



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-18 | POS Debit- Business Debit Card 8787 01-17-19 Trader Joe's #157 West Seattle WA | 19.98- | 528.23 |
| 01-24 | POS Debit- Business Debit Card 8787 01-23-19 App Inc W Marginal Seattle WA | 50.97- | 477.26 |
| 01-24 | POS Debit- Business Debit Card 8787 01-23-19 Trader Joe's #157 West Seattle WA | 56.72- | 420.54 |
| 01-25 | POS Debit- Business Debit Card 8787 01-24-19 Starbucks Store 49 Seattle WA | 20.85- | 399.69 |
| 01-25 | POS Debit- Business Debit Card 8787 01-23-19 Autozone #1690 Seattle WA | 21.99- | 377.70 |
| 01-25 | POS Debit- Business Debit Card 8787 01-24-19 McLendons - White Seattle WA | 21.99- | 355.71 |
| 01-25 | POS Debit- Business Debit Card 8787 01-25-19 Quick Stop Gas & F Burien WA | 31.41- | 324.30 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Goodwill Burien - Burien WA | 8.77- | 315.53 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Dominic's Red Appl Seattle WA | 11.67- | 303.86 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 App Inc W Marginal Seattle WA | 12.98- | 290.88 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Gyro Time Seattle WA | 14.30- | 276.58 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Safeway #1664 Burien WA | 26.42- | 250.16 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Sq *honest Biscuit Seattle WA | 27.05- | 223.11 |
| 01-28 | POS Debit- Business Debit Card 8787 01-24-19 Staples Burien WA | 30.79- | 192.32 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 App Inc W Marginal Seattle WA | 33.18- | 159.14 |
| 01-28 | POS Debit- Business Debit Card 8787 01-25-19 Little Caesars 147 Seattle WA | 34.72- | 124.42 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-19 Subway Seattle WA | 37.50- | 86.92 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-19 Sq *uptown Espress Seattle WA | 5.89- | 81.03 |
| 01-29 | POS Debit- Business Debit Card 8787 01-29-19 Rite Aid Store - 5 Seattle WA | 18.19- | 62.84 |
| 01-30 | POS Debit - Business Debit Card 8787 Transaction 01-29-19 Snohomish County Clerk Everett WA | 0.50- | 62.34 |
| 01-30 | POS Debit - Business Debit Card 8787 Transaction 01-29-19 Snohomish County Clerk Everett WA | 56.50- | 5.84 |
| 01-31 | Dividend | 0.02 | 5.86 |
| **01-31** | **Ending Balance** | | **5.86** |

*Average Daily Balance - Current Cycle: $453.02*

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002553



Page 3 of 3

NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-18 | POS | 19.98 | 01-28 | POS | 26.42 |
| 01-24 | POS | 50.97 | 01-28 | POS | 27.05 |
| 01-24 | POS | 56.72 | 01-28 | POS | 30.79 |
| 01-25 | POS | 20.85 | 01-28 | POS | 33.18 |
| 01-25 | POS | 21.99 | 01-28 | POS | 34.72 |
| 01-25 | POS | 21.99 | 01-28 | POS | 37.50 |
| 01-25 | POS | 31.41 | 01-29 | POS | 5.89 |
| 01-28 | POS | 8.77 | 01-29 | POS | 18.19 |
| 01-28 | POS | 11.67 | 01-30 | POS | 0.50 |
| 01-28 | POS | 12.98 | 01-30 | POS | 56.50 |
| 01-28 | POS | 14.30 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-01 | Beginning Balance | | 6.38 |
| | No Transactions This Period | | |
| 01-31 | Ending Balance | | 6.38 |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002554

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 3

**Statement of Account**

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000FME90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $5.86 | $0.00 | $0.00 | $5.86 | $0.02 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$12.24** | **$0.00** | **$0.00** | **$12.24** | **$0.02** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 5.86 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000

DOJ-01-0000002555



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

**Business Checking - 7041509972**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| | No Transactions This Period | | |
| 02-28 | Ending Balance | | **5.86** |

*Average Daily Balance - Current Cycle: $5.86*

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-01 | Beginning Balance | | 6.38 |
| | No Transactions This Period | | |
| 02-28 | Ending Balance | | **6.38** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|----|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — — | ( ) | | ( ) | |

DOJ-01-0000002556

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002557

Page 1 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MQA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $5.86 | $8,515.15 | $6,098.63 | $2,422.38 | $0.07 |
| **Mbr Business Savings** 3037417528 | $6.38 | $0.00 | $0.00 | $6.38 | $0.00 |
| **Totals** | **$12.24** | **$8,515.15** | **$6,098.63** | **$2,428.76** | **$0.07** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 5.86 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000

DOJ-01-0000002558

Page 2 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 03-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 030719 | 1,747.95 | 1,753.81 |
| 03-07 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 850.12- | 903.69 |
| 03-08 | Transfer From Shares | 300.00 | 1,203.69 |
| | Es1 LLC | | |
| 03-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 031119 | 550.95 | 1,754.64 |
| 03-11 | POS Debit- Business Debit Card 8787 03-08-19 Pmt Solutions 425-8811312 WA | 10.00- | 1,744.64 |
| 03-11 | POS Debit- Business Debit Card 8787 03-08-19 Pmt Solutions 425-8811312 WA | 609.32- | 1,135.32 |
| 03-12 | POS Debit- Business Debit Card 8787 03-11-19 Advancedmd, Inc 801-984-9500 UT | 330.64- | 804.68 |
| 03-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 031319 | 100.00 | 904.68 |
| 03-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 031419 | 580.00 | 1,484.68 |
| 03-14 | POS Debit- Business Debit Card 8787 03-12-19 The Home Depot 894 Seattle WA | 250.00- | 1,234.68 |
| 03-14 | POS Debit- Business Debit Card 8787 03-12-19 The Home Depot #47 Seattle WA | 541.07- | 693.61 |
| 03-15 | POS Credit Adjustment 8787 Transaction 03-13-19 The Home Depot 894 | 86.20 | 779.81 |
| 03-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 031819 | 500.00 | 1,279.81 |
| 03-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 031819 | 1,100.00 | 2,379.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 Snohomish Cty Prk Everett WA | 3.00- | 2,376.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 Snohomish Cty Prk Everett WA | 4.00- | 2,372.81 |
| 03-18 | POS Debit- Business Debit Card 8787 03-17-19 Goodwill Burien - Burien WA | 7.69- | 2,365.12 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 WA Secretary Of ST .WA.Gov WA | 75.25- | 2,289.87 |
| 03-18 | POS Debit- Business Debit Card 8787 03-17-19 Qfc #5825 Seattle WA | 146.07- | 2,143.80 |
| 03-18 | POS Debit- Business Debit Card 8787 03-15-19 The Home Depot #47 Seattle WA | 190.91- | 1,952.89 |
| 03-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 031919 | 200.00 | 2,152.89 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Panda Express #201 Arlington WA | 12.66- | 2,140.23 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Gyro Time Seattle WA | 15.40- | 2,124.83 |
| 03-19 | POS Debit- Business Debit Card 8787 03-17-19 011 Ivars Pier 54 Seattle WA | 30.83- | 2,094.00 |
| 03-19 | POS Debit- Business Debit Card 8787 03-18-19 Arco#04451Kaaw Inc Seattle WA | 40.72- | 2,053.28 |
| 03-20 | POS Debit - Business Debit Card 8787 Transaction 03-19-19 Snohomish County | | |
| | Clerk Everett WA | 2.00- | 2,051.28 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | | ( ) | | ( ) |

DOJ-01-0000002559

Page 3 of 4



NAVY FEDERAL
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

**Business Checking - 7041509972**                                                 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-20 | POS Debit- Business Debit Card 8787 03-19-19 WA Secretary Of ST .WA.Gov WA | 2.50- | 2,048.78 |
| 03-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 032119 | 550.00 | 2,598.78 |
| 03-21 | ATM Fee - Withdrawal 03-20-19 Columbia Bank Renton. WA | 1.00- | 2,597.78 |
| 03-21 | ATM Withdrawal 03-20-19 Columbia Bank Renton. WA | 63.00- | 2,534.78 |
| 03-21 | POS Debit- Business Debit Card 8787 03-21-19 Tmobile Postpaid W 800-937-8997 WA | 286.57- | 2,248.21 |
| 03-21 | POS Debit- Business Debit Card 8787 03-19-19 The Home Depot #47 Seattle WA | 465.16- | 1,783.05 |
| 03-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 032219 | 1,300.00 | 3,083.05 |
| 03-22 | POS Debit - Business Debit Card 8787 Transaction 03-21-19 Dominic's Red Apple MA Seattle WA | 28.13- | 3,054.92 |
| 03-22 | POS Debit- Business Debit Card 8787 03-22-19 Comcast Bellingh C 800-266-2278 WA | 575.18- | 2,479.74 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 WA Secretary Of ST .WA.Gov WA | 1.50- | 2,478.24 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 WA Secretary Of ST .WA.Gov WA | 3.75- | 2,474.49 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 McDonald's F14447 Everett WA | 4.38- | 2,470.11 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 Carls Jr 1102068 Gig Harbor WA | 6.71- | 2,463.40 |
| 03-25 | POS Debit- Business Debit Card 8787 03-24-19 76 - United Pacifi Seattle WA | 7.05- | 2,456.35 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 McDonald's F13369 Seattle WA | 7.91- | 2,448.44 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 WA Secretary Of ST .WA.Gov WA | 10.75- | 2,437.69 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 McDonald's F11439 Gig Harbor WA | 13.75- | 2,423.94 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 McDonald's F6443 Seattle WA | 13.86- | 2,410.08 |
| 03-25 | POS Debit- Business Debit Card 8787 03-23-19 Safeway Fuel #1923 Seattle WA | 19.10- | 2,390.98 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 Matador West Seatt Seattle WA | 30.09- | 2,360.89 |
| 03-25 | POS Debit- Business Debit Card 8787 03-22-19 The Home Depot #89 Seattle WA | 42.39- | 2,318.50 |
| 03-25 | POS Debit- Business Debit Card 8787 03-21-19 The Home Depot #47 Seattle WA | 64.88- | 2,253.62 |
| 03-26 | POS Debit - Business Debit Card 8787 Transaction 03-25-19 Snohomish County Clerk Everett WA | 483.29- | 1,770.33 |
| 03-26 | POS Debit- Business Debit Card 8787 03-24-19 The Home Depot #85 Burlington WA | 2.50- | 1,767.83 |
| 03-27 | POS Debit- Business Debit Card 8787 03-25-19 The Home Depot #89 Seattle WA | 54.50- | 1,713.33 |
| 03-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 032819 | 103.44- | 1,609.89 |
| 03-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 032919 | 400.00 | 2,009.89 |
| 03-29 | POS Debit- Business Debit Card 8787 03-27-19 The Home Depot #85 Burlington WA | 1,100.00 | 3,109.89 |
| 03-29 | POS Debit- Business Debit Card 8787 03-28-19 Sea Dci Online Per 180-095-0129 WA | 167.26- | 2,942.63 |
| | | 520.30- | 2,422.33 |
| 03-29 | Dividend | 0.05 | 2,422.38 |
| **03-31** | **Ending Balance** | | **2,422.38** |

*Average Daily Balance - Current Cycle: $1,292.75*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 03-07 | ACH | 850.12 | 03-19 | POS | 30.83 |
| 03-11 | POS | 10.00 | 03-19 | POS | 40.72 |
| 03-11 | POS | 609.32 | 03-20 | POS | 2.00 |
| 03-12 | POS | 330.64 | 03-20 | POS | 2.50 |
| 03-14 | POS | 250.00 | 03-21 | POS | 286.57 |
| 03-14 | POS | 541.07 | 03-21 | POS | 465.16 |
| 03-18 | POS | 3.00 | 03-22 | POS | 28.13 |
| 03-18 | POS | 4.00 | 03-22 | POS | 575.18 |
| 03-18 | POS | 7.69 | 03-25 | POS | 1.50 |
| 03-18 | POS | 75.25 | 03-25 | POS | 3.75 |
| 03-18 | POS | 146.07 | 03-25 | POS | 4.38 |
| 03-18 | POS | 190.91 | 03-25 | POS | 6.71 |
| 03-19 | POS | 12.66 | 03-25 | POS | 7.05 |
| 03-19 | POS | 15.40 | 03-25 | POS | 7.91 |

DOJ-01-0000002560



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 4 of 4

Statement Period
03/01/19 - 03/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid**                                                                   (Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 03-25 | POS | 10.75 | 03-25 | POS | 483.29 |
| 03-25 | POS | 13.75 | 03-26 | POS | 2.50 |
| 03-25 | POS | 13.86 | 03-26 | POS | 54.50 |
| 03-25 | POS | 19.10 | 03-27 | POS | 103.44 |
| 03-25 | POS | 30.09 | 03-29 | POS | 167.26 |
| 03-25 | POS | 42.39 | 03-29 | POS | 520.30 |
| 03-25 | POS | 64.88 | 03-21 | ATMO | 63.00 |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-01 | Beginning Balance | | 6.38 |
| | **No Transactions This Period** | | |
| 03-31 | Ending Balance | | **6.38** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002561

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/01/19 – 04/30/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000AMP90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $2,422.38 | $9,445.11 | $10,648.03 | $1,219.46 | $0.16 |
| **Mbr Business Savings** 3037417528 | $6.38 | $300.01 | $0.00 | $306.39 | $0.01 |
| **Totals** | **$2,428.76** | **$9,745.12** | **$10,648.03** | **$1,525.85** | **$0.17** |

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 2,422.38 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002562



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|----------|-----------|
| 04-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 040119 | 400.00 | 2,822.38 |
| 04-01 | POS Debit- Business Debit Card 8787 03-30-19 The Home Depot #89 Seattle WA | 254.40- | 2,567.98 |
| 04-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 040319 | 1,150.00 | 3,717.98 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 Safeway #1062 Seattle WA | 4.19- | 3,713.79 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 The Home Depot #47 Seattle WA | 163.99- | 3,549.80 |
| 04-03 | POS Debit- Business Debit Card 8787 04-01-19 Safeway #1062 Seattle WA | 249.30- | 3,300.50 |
| 04-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 35.85- | 3,264.65 |
| 04-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 102.76- | 3,161.89 |
| 04-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 119.10- | 3,042.79 |
| 04-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 040419 | 1,600.00 | 4,642.79 |
| 04-04 | POS Debit- Business Debit Card 8787 04-02-19 The Home Depot #89 Seattle WA | 280.31- | 4,362.48 |
| 04-04 | POS Debit- Business Debit Card 8787 04-03-19 Lowes #00061* 360-653-7405 WA | 318.58- | 4,043.90 |
| 04-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 040519 | 200.00 | 4,243.90 |
| 04-05 | POS Debit- Business Debit Card 8787 04-04-19 Ncourt * Service F 844-4008880 WA | 4.00- | 4,239.90 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 Safeway #1062 Seattle WA | 7.42- | 4,232.48 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 Taco Time White Ce Seattle WA | 8.23- | 4,224.25 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 Safeway #1062 Seattle WA | 8.63- | 4,215.62 |
| 04-05 | POS Debit- Business Debit Card 8787 04-04-19 Ncourt *waanacorte 844-4008880 WA | 50.00- | 4,165.62 |
| 04-05 | POS Debit- Business Debit Card 8787 04-03-19 The Home Depot #89 Seattle WA | 148.39- | 4,017.23 |
| 04-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 040819 | 100.00 | 4,117.23 |
| 04-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 040819 | 333.83 | 4,451.06 |
| 04-08 | POS Debit- Business Debit Card 8787 04-06-19 McDonald's F1364 Seattle WA | 8.68- | 4,442.38 |
| 04-08 | POS Debit- Business Debit Card 8787 04-07-19 McDonald's F13369 Seattle WA | 9.66- | 4,432.72 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 McDonald's F13369 Seattle WA | 11.21- | 4,421.51 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 North Coast Elec S 206-442-9897 WA | 16.27- | 4,405.24 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)   --   -- | HOME TELEPHONE NUMBER   (       ) | | | DAYTIME TELEPHONE NUMBER   (       ) |

DOJ-01-0000002563



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-08 | POS Debit - Business Debit Card 8787 Transaction 04-05-19 Admiral Junction Maili Seattle WA | 39.14- | 4,366.10 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 Arco#07155Arco #07 Seattle WA | 43.46- | 4,322.64 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 The Home Depot #47 Seattle WA | 89.21- | 4,233.43 |
| 04-08 | POS Debit- Business Debit Card 8787 04-04-19 North Coast Elec S 206-442-9897 WA | 115.01- | 4,118.42 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 Lumber Market Inc Seattle WA | 149.92- | 3,968.50 |
| 04-08 | POS Debit- Business Debit Card 8787 04-05-19 The Home Depot #89 Seattle WA | 229.65- | 3,738.85 |
| 04-08 | POS Debit- Business Debit Card 8787 04-06-19 The Home Depot #89 Seattle WA | 399.56- | 3,339.29 |
| 04-09 | POS Debit- Business Debit Card 8787 04-08-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 3,004.79 |
| 04-10 | POS Debit - Business Debit Card 8787 Transaction 04-09-19 Snohomish County Clerk Everett WA | 7.25- | 2,997.54 |
| 04-10 | POS Debit- Business Debit Card 8787 04-09-19 Rite Aid Store - 5 Seattle WA | 47.41- | 2,950.13 |
| 04-10 | POS Debit- Business Debit Card 8787 04-08-19 The Home Depot #47 Seattle WA | 325.65- | 2,624.48 |
| 04-10 | POS Debit- Business Debit Card 8787 04-08-19 The Home Depot #47 Seattle WA | 364.85- | 2,259.63 |
| 04-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 041119 | 300.00 | 2,559.63 |
| 04-11 | POS Debit- Business Debit Card 8787 04-09-19 McDonald's F14447 Everett WA | 6.45- | 2,553.18 |
| 04-11 | POS Debit - Business Debit Card 8787 Transaction 04-10-19 IKEA Seattle Renton WA | 565.84- | 1,987.34 |
| 04-11 | Cash Withdrawal | 900.00- | 1,087.34 |
| 04-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 041219 | 700.00 | 1,787.34 |
| 04-12 | POS Debit- Business Debit Card 8787 04-11-19 Arco#00451Kaaw Inc Seattle WA | 25.47- | 1,761.87 |
| 04-12 | POS Debit- Business Debit Card 8787 04-09-19 The Home Depot #89 Seattle WA | 95.37- | 1,666.50 |
| 04-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 041519 | 250.00 | 1,916.50 |
| 04-15 | POS Debit- Business Debit Card 8787 04-12-19 Sunfish Seafood Seattle WA | 44.10- | 1,872.40 |
| 04-15 | POS Debit- Business Debit Card 8787 04-12-19 The Home Depot #47 Seattle WA | 119.06- | 1,753.34 |
| 04-15 | POS Debit- Business Debit Card 8787 04-13-19 IKEA Seattle Renton WA | 142.89- | 1,610.45 |
| 04-17 | POS Debit- Business Debit Card 8787 04-15-19 The Home Depot #47 Seattle WA | 3.92- | 1,606.53 |
| 04-17 | POS Debit- Business Debit Card 8787 04-15-19 The Home Depot #47 Seattle WA | 22.32- | 1,584.21 |
| 04-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 041819 | 200.00 | 1,784.21 |
| 04-18 | POS Debit- Business Debit Card 8787 04-17-19 Abc Legal Services 206-521-9000 WA | 39.95- | 1,744.26 |
| 04-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 041919 | 1,150.00 | 2,894.26 |
| 04-19 | POS Debit - Business Debit Card 8787 Transaction 04-18-19 IKEA Seattle Renton WA | 1.00- | 2,893.26 |
| 04-19 | POS Debit- Business Debit Card 8787 04-18-19 McDonald's F13369 Seattle WA | 9.66- | 2,883.60 |
| 04-19 | POS Debit- Business Debit Card 8787 04-18-19 McDonald's F13369 Seattle WA | 9.66- | 2,873.94 |
| 04-19 | POS Debit- Business Debit Card 8787 04-17-19 The Home Depot 470 Seattle WA | 235.95- | 2,637.99 |
| 04-19 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 76.11- | 2,561.88 |
| 04-22 | POS Credit Adjustment 8787 Transaction 04-18-19 The Home Depot #47 | 58.08 | 2,619.96 |
| 04-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 042219 | 250.00 | 2,869.96 |
| 04-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 042219 | 550.00 | 3,419.96 |
| 04-22 | POS Debit- Business Debit Card 8787 04-21-19 McDonald's F13369 Seattle WA | 15.26- | 3,404.70 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #47 Tukwila WA | 23.03- | 3,381.67 |
| 04-22 | POS Debit- Business Debit Card 8787 04-21-19 Ginza Japanese Res Bellevue WA | 25.25- | 3,356.42 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 New Standard Build Seattle WA | 42.28- | 3,314.14 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #89 Seattle WA | 42.58- | 3,271.56 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 IKEA Seattle Renton WA | 65.45- | 3,206.11 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-19-19 Harbor Freight Tools 3 Seattle WA | 125.44- | 3,080.67 |

DOJ-01-0000002564



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-22 | POS Debit- Business Debit Card 8787 04-19-19 The Home Depot #89 Seattle WA | 133.56- | 2,947.11 |
| 04-22 | POS Debit- Business Debit Card 8787 04-19-19 The Home Depot #89 Seattle WA | 138.95- | 2,808.16 |
| 04-22 | POS Debit- Business Debit Card 8787 04-20-19 The Home Depot #47 Seattle WA | 152.27- | 2,655.89 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-20-19 International Food Baz Bellevue WA | 159.55- | 2,496.34 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot #47 Tukwila WA | 182.45- | 2,313.89 |
| 04-22 | POS Debit- Business Debit Card 8787 04-18-19 The Home Depot 470 Seattle WA | 231.23- | 2,082.66 |
| 04-22 | POS Debit - Business Debit Card 8787 Transaction 04-19-19 McLendons - White Cntr Seattle WA | 241.96- | 1,840.70 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 Arco#07155Arco #07 Seattle WA | 10.20- | 1,830.50 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 Starbucks Store 03 Burien WA | 23.71- | 1,806.79 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 The Home Depot #89 Seattle WA | 35.17- | 1,771.62 |
| 04-23 | POS Debit- Business Debit Card 8787 04-21-19 The Home Depot 894 Seattle WA | 483.61- | 1,288.01 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot #89 | 48.41 | 1,336.42 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot 894 | 97.90 | 1,434.32 |
| 04-24 | POS Credit Adjustment 8787 Transaction 04-22-19 The Home Depot #89 | 106.80 | 1,541.12 |
| 04-24 | POS Debit- Business Debit Card 8787 04-22-19 Starbucks Store 08 Everett WA | 8.18- | 1,532.94 |
| 04-24 | POS Debit- Business Debit Card 8787 04-22-19 The Home Depot #89 Seattle WA | 363.41- | 1,169.53 |
| 04-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 042519 | 250.00 | 1,419.53 |
| 04-25 | POS Debit- Business Debit Card 8787 04-24-19 Sq *australian Pie Burien WA | 9.25- | 1,410.28 |
| 04-25 | POS Debit- Business Debit Card 8787 04-23-19 Taqueria El Rincon Seattle WA | 14.00- | 1,396.28 |
| 04-25 | POS Debit - Business Debit Card 8787 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 153.75- | 1,242.53 |
| 04-26 | POS Debit- Business Debit Card 8787 04-25-19 J2 *metrofax 888-929-4141 CA | 12.95- | 1,229.58 |
| 04-26 | POS Debit- Business Debit Card 8787 04-25-19 Taqueria El Rincon Seattle WA | 29.75- | 1,199.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 200.00 | 1,399.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 400.00 | 1,799.83 |
| 04-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 042919 | 500.00 | 2,299.83 |
| 04-29 | POS Debit- Business Debit Card 8787 04-26-19 Starbucks Store 08 Everett WA | 5.76- | 2,294.07 |
| 04-29 | POS Debit - Business Debit Card 8787 Transaction 04-26-19 Snohomish County Clerk Everett WA | 11.00- | 2,283.07 |
| 04-29 | POS Debit - Business Debit Card 8787 Transaction 04-27-19 IKEA Seattle Renton WA | 13.16- | 2,269.91 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 McDonald's F13369 Seattle WA | 14.71- | 2,255.20 |
| 04-29 | POS Debit- Business Debit Card 8787 04-26-19 Shell Oil 57444040 Seattle WA | 55.47- | 2,199.73 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 The Home Depot #47 Seattle WA | 74.28- | 2,125.45 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 The Home Depot #89 Seattle WA | 146.91- | 1,978.54 |
| 04-29 | POS Debit- Business Debit Card 8787 04-27-19 International Food Kent WA | 277.67- | 1,700.87 |
| 04-29 | POS Debit- Business Debit Card 8787 04-25-19 The Home Depot #89 Seattle WA | 286.83- | 1,414.04 |
| 04-29 | Transfer To Shares | 300.00- | 1,114.04 |
| 04-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 043019 | 600.00 | 1,714.04 |
| 04-30 | POS Debit - Business Debit Card 8787 Transaction 04-29-19 IKEA Seattle Renton WA | 35.75- | 1,678.29 |
| 04-30 | POS Debit - Business Debit Card 8787 Transaction 04-29-19 IKEA Seattle Renton WA | 458.92- | 1,219.37 |
| 04-30 | Dividend | 0.09 | 1,219.46 |
| **04-30** | **Ending Balance** | | **1,219.46** |

*Average Daily Balance - Current Cycle: $2,155.78*

DOJ-01-0000002565



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-03 | ACH | 35.85 | 04-18 | POS | 39.95 |
| 04-03 | ACH | 102.76 | 04-19 | POS | 9.66 |
| 04-03 | ACH | 119.10 | 04-19 | POS | 9.66 |
| 04-19 | ACH | 76.11 | 04-19 | POS | 235.95 |
| 04-01 | POS | 254.40 | 04-19 | POS | 1.00 |
| 04-03 | POS | 163.99 | 04-22 | POS | 15.26 |
| 04-03 | POS | 249.30 | 04-22 | POS | 23.03 |
| 04-03 | POS | 4.19 | 04-22 | POS | 25.25 |
| 04-04 | POS | 318.58 | 04-22 | POS | 42.28 |
| 04-04 | POS | 280.31 | 04-22 | POS | 42.58 |
| 04-05 | POS | 7.42 | 04-22 | POS | 65.45 |
| 04-05 | POS | 8.23 | 04-22 | POS | 125.44 |
| 04-05 | POS | 8.63 | 04-22 | POS | 133.56 |
| 04-05 | POS | 50.00 | 04-22 | POS | 138.95 |
| 04-05 | POS | 148.39 | 04-22 | POS | 152.27 |
| 04-05 | POS | 4.00 | 04-22 | POS | 159.55 |
| 04-08 | POS | 9.66 | 04-22 | POS | 182.45 |
| 04-08 | POS | 11.21 | 04-22 | POS | 231.23 |
| 04-08 | POS | 16.27 | 04-22 | POS | 241.96 |
| 04-08 | POS | 39.14 | 04-23 | POS | 10.20 |
| 04-08 | POS | 43.46 | 04-23 | POS | 23.71 |
| 04-08 | POS | 89.21 | 04-23 | POS | 35.17 |
| 04-08 | POS | 115.01 | 04-23 | POS | 483.61 |
| 04-08 | POS | 149.92 | 04-24 | POS | 8.18 |
| 04-08 | POS | 229.65 | 04-24 | POS | 363.41 |
| 04-08 | POS | 399.56 | 04-25 | POS | 9.25 |
| 04-08 | POS | 3.68 | 04-25 | POS | 14.00 |
| 04-09 | POS | 334.50 | 04-25 | POS | 153.75 |
| 04-10 | POS | 47.41 | 04-26 | POS | 12.95 |
| 04-10 | POS | 325.65 | 04-26 | POS | 29.75 |
| 04-10 | POS | 364.85 | 04-29 | POS | 5.76 |
| 04-10 | POS | 7.25 | 04-29 | POS | 11.00 |
| 04-11 | POS | 565.84 | 04-29 | POS | 13.16 |
| 04-11 | POS | 6.45 | 04-29 | POS | 14.71 |
| 04-12 | POS | 95.37 | 04-29 | POS | 55.47 |
| 04-12 | POS | 25.47 | 04-29 | POS | 74.28 |
| 04-15 | POS | 119.06 | 04-29 | POS | 146.91 |
| 04-15 | POS | 142.89 | 04-29 | POS | 277.67 |
| 04-15 | POS | 44.10 | 04-29 | POS | 286.83 |
| 04-17 | POS | 22.32 | 04-29 | POS | 35.75 |
| 04-17 | POS | 3.92 | 04-30 | POS | 458.92 |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 04-01 | Beginning Balance | | 6.38 |
| 04-29 | Transfer From Checking | 300.00 | 306.38 |
| 04-30 | Dividend | 0.01 | 306.39 |
| **04-30** | **Ending Balance** | | **306.39** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.64 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002566



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002567

Page 1 of 5

**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MMY90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,219.46 | $12,200.65 | $10,958.44 | $2,461.67 | $0.20 |
| **Mbr Business Savings** 3037417528 | $306.39 | $0.01 | $301.39 | $5.01 | $0.02 |
| **Totals** | **$1,525.85** | **$12,200.66** | **$11,259.83** | **$2,466.68** | **$0.22** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 1,219.46 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

405704150997230374175280000000000000000000000000000000000

DOJ-01-0000002568



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 050119 | 200.00 | 1,419.46 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Shell Oil 57445757 Seattle WA | 3.60- | 1,415.86 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Taco Bell 031342 Mount Vernon WA | 11.14- | 1,404.72 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Shell Oil 57445757 Seattle WA | 30.61- | 1,374.11 |
| 05-01 | POS Debit- Business Debit Card 8787 04-29-19 Safeway Fuel #2932 Seattle WA | 43.16- | 1,330.95 |
| 05-02 | Deposit - ACH Paid From Merchant Bankcd Deposit 050219 | 400.00 | 1,730.95 |
| 05-02 | POS Debit- Business Debit Card 8787 05-02-19 Practice Fusion 415-346-7700 CA | 3.63- | 1,727.32 |
| 05-02 | POS Debit- Business Debit Card 8787 05-02-19 Practice Fusion 415-346-7700 CA | 109.00- | 1,618.32 |
| 05-02 | POS Debit - Business Debit Card 8787 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 205.25- | 1,413.07 |
| 05-03 | Transfer From Shares | 286.11 | 1,699.18 |
| 05-03 | POS Credit Adjustment 8787 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 148.70 | 1,847.88 |
| 05-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 050319 | 600.00 | 2,447.88 |
| 05-03 | POS Debit - Business Debit Card 8787 Transaction 05-02-19 The Home Depot #4705 Tukwila WA | 348.24- | 2,099.64 |
| 05-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 41.34- | 2,058.30 |
| 05-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 103.24- | 1,955.06 |
| 05-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 135.42- | 1,819.64 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 10.99 | 1,830.63 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-04-19 The Home Depot #47 | 21.74 | 1,852.37 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-03-19 The Home Depot #47 | 32.65 | 1,885.02 |
| 05-06 | POS Credit Adjustment 8787 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 155.14 | 2,040.16 |
| 05-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 050619 | 600.00 | 2,640.16 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 The Home Depot #89 Seattle WA | 92.20- | 2,547.96 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 The Home Depot #47 Seattle WA | 109.42- | 2,438.54 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002569



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**　　　　　　　　　　　　　　　　　(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-06 | POS Debit- Business Debit Card 8787 05-02-19 The Home Depot 894 Seattle WA | 249.55- | 2,188.99 |
| 05-06 | POS Debit - Business Debit Card 8787 Transaction 05-03-19 The Home Depot 8944 Seattle WA | 534.13- | 1,654.86 |
| 05-06 | POS Debit- Business Debit Card 8787 05-03-19 City Lgt Cl So. #6 Seattle WA | 969.76- | 685.10 |
| 05-07 | POS Debit- Business Debit Card 8787 05-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 350.60 |
| 05-08 | Transfer From Shares | 15.28 | 365.88 |
| 05-09 | Deposit - ACH Paid From Merchant Bankcd Deposit 050919 | 500.00 | 865.88 |
| 05-09 | POS Debit- Business Debit Card 8787 05-07-19 The Home Depot #47 Seattle WA | 93.96- | 771.92 |
| 05-09 | POS Debit- Business Debit Card 8787 05-09-19 Tmobile Postpaid W 800-937-8997 WA | 267.31- | 504.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 50.00 | 554.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 450.00 | 1,004.61 |
| 05-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 051319 | 1,100.00 | 2,104.61 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-19 Sunfish Seafood Seattle WA | 14.26- | 2,090.35 |
| 05-13 | POS Debit - Business Debit Card 8787 Transaction 05-11-19 The Home Depot #4702 Seattle WA | 26.36- | 2,063.99 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-19 Gyro Time Seattle WA | 32.45- | 2,031.54 |
| 05-13 | POS Debit- Business Debit Card 8787 05-10-19 Arco#07155Arco #07 Seattle WA | 47.96- | 1,983.58 |
| 05-13 | POS Debit - Business Debit Card 8787 Transaction 05-12-19 International Food Baz Kent WA | 62.21- | 1,921.37 |
| 05-13 | POS Debit- Business Debit Card 8787 05-11-19 Abc Legal Services 206-521-9000 WA | 150.00- | 1,771.37 |
| 05-14 | ATM Withdrawal 05-13-19 Becu Seattle WA | 600.00- | 1,171.37 |
| 05-14 | POS Debit - Business Debit Card 8787 Transaction 05-13-19 7-Eleven Seattle WA | 30.98- | 1,140.39 |
| 05-14 | POS Debit - Business Debit Card 8787 Transaction 05-13-19 7-Eleven Seattle WA | 48.92- | 1,091.47 |
| 05-14 | Transfer To Checking Es1 LLC | 700.00- | 391.47 |
| 05-15 | POS Debit- Business Debit Card 8787 05-14-19 Malakor Thai Resta Renton WA | 20.90- | 370.57 |
| 05-15 | POS Debit- Business Debit Card 8787 05-14-19 Vcn*skagitcoaudito MT. Vernon WA | 102.49- | 268.08 |
| 05-16 | Deposit - ACH Paid From Merchant Bankcd Deposit 051619 | 750.00 | 1,018.08 |
| 05-16 | Transfer To Checking Es1 LLC | 800.00- | 218.08 |
| 05-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 051719 | 850.00 | 1,068.08 |
| 05-17 | POS Debit- Business Debit Card 8787 05-15-19 Shell Oil 57445757 Seattle WA | 58.11- | 1,009.97 |
| 05-17 | POS Debit- Business Debit Card 8787 05-15-19 The Home Depot #89 Seattle WA | 153.95- | 856.02 |
| 05-17 | Transfer To Checking Es1 LLC | 900.00- | 43.98- |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 100.00 | 56.02 |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 600.00 | 656.02 |
| 05-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 052019 | 900.00 | 1,556.02 |
| 05-20 | Business Debit Card Overdraft Fee 05-18-19 The Home Depot #89 | 29.00- | 1,527.02 |
| 05-20 | Transfer To Checking Es1 LLC | 1,200.00- | 327.02 |
| 05-21 | POS Debit- Business Debit Card 8787 05-20-19 McDonald's F13369 Seattle WA | 4.61- | 322.41 |
| 05-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 052319 | 250.00 | 572.41 |
| 05-23 | POS Debit- Business Debit Card 8787 05-22-19 Abc Legal Services 206-521-9000 WA | 89.50- | 482.91 |
| 05-23 | POS Debit- Business Debit Card 8787 05-22-19 Abc Legal Services 206-521-9000 WA | 150.00- | 332.91 |
| 05-24 | Deposit - ACH Paid From Merchant Bankcd Deposit 052419 | 500.00 | 832.91 |

DOJ-01-0000002570



Page 4 of 5

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 05-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 052819 | 600.00 | 1,432.91 |
| 05-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 052819 | 800.00 | 2,232.91 |
| 05-28 | POS Debit - Business Debit Card 8787 05-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,219.96 |
| 05-28 | POS Debit - Business Debit Card 8787 Transaction 05-26-19 The Home Depot #4702 Seattle WA | 91.72- | 2,128.24 |
| 05-28 | POS Debit- Business Debit Card 8787 05-26-19 The Home Depot #89 Seattle WA | 154.61- | 1,973.63 |
| 05-28 | POS Debit- Business Debit Card 8787 05-24-19 The Home Depot #89 Seattle WA | 168.27- | 1,805.36 |
| 05-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 052919 | 250.00 | 2,055.36 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-19 McDonald's F13369 Seattle WA | 4.61- | 2,050.75 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 King County Water Seattle WA | 5.00- | 2,045.75 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 001Ivars Acres Of Seattle WA | 38.26- | 2,007.49 |
| 05-29 | POS Debit - Business Debit Card 8787 Transaction 05-28-19 The Home Depot #4702 Seattle WA | 209.19- | 1,798.30 |
| 05-29 | POS Debit- Business Debit Card 8787 05-27-19 The Home Depot #89 Seattle WA | 233.96- | 1,564.34 |
| 05-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 053019 | 30.00 | 1,594.34 |
| 05-30 | POS Debit- Business Debit Card 8787 05-29-19 Junction True Valu Seattle WA | 15.40- | 1,578.94 |
| 05-30 | POS Debit - Business Debit Card 8787 05-29-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 232.86- | 1,346.08 |
| 05-31 | Deposit - ACH Paid From Merchant Bankcd Deposit 053119 | 2,000.00 | 3,346.08 |
| 05-31 | POS Debit - Business Debit Card 8787 Transaction 05-30-19 Fred-Meye Fred Meyer 0 Auburn WA | 5.49- | 3,340.59 |
| 05-31 | POS Debit- Business Debit Card 8787 05-30-19 Ncourt * Service F 844-4008880 WA | 14.00- | 3,326.59 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 7-Eleven 22561 Seattle WA | 30.72- | 3,295.87 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 Safeway #1062 Seattle WA | 82.36- | 3,213.51 |
| 05-31 | POS Debit- Business Debit Card 8787 05-30-19 Ncourt *waanacorte 844-4008880 WA | 200.00- | 3,013.51 |
| 05-31 | POS Debit- Business Debit Card 8787 05-29-19 The Home Depot #89 Seattle WA | 551.88- | 2,461.63 |
| 05-31 | Dividend | 0.04 | 2,461.67 |
| **05-31** | **Ending Balance** | | **2,461.67** |

*Average Daily Balance - Current Cycle: $837.22*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-03 | ACH | 41.34 | 05-14 | POS | 48.92 |
| 05-03 | ACH | 103.24 | 05-15 | POS | 20.90 |
| 05-03 | ACH | 135.42 | 05-15 | POS | 102.49 |
| 05-01 | POS | 43.16 | 05-17 | POS | 58.11 |
| 05-01 | POS | 3.60 | 05-17 | POS | 153.95 |
| 05-01 | POS | 11.14 | 05-21 | POS | 4.61 |
| 05-01 | POS | 30.61 | 05-23 | POS | 89.50 |
| 05-02 | POS | 3.63 | 05-23 | POS | 150.00 |
| 05-02 | POS | 109.00 | 05-28 | POS | 12.95 |
| 05-02 | POS | 205.25 | 05-28 | POS | 91.72 |
| 05-03 | POS | 348.24 | 05-28 | POS | 154.61 |
| 05-06 | POS | 92.20 | 05-28 | POS | 168.27 |
| 05-06 | POS | 109.42 | 05-29 | POS | 4.61 |
| 05-06 | POS | 249.55 | 05-29 | POS | 5.00 |
| 05-06 | POS | 534.13 | 05-29 | POS | 38.26 |
| 05-06 | POS | 969.76 | 05-29 | POS | 209.19 |
| 05-07 | POS | 334.50 | 05-29 | POS | 233.96 |
| 05-09 | POS | 93.96 | 05-30 | POS | 15.40 |
| 05-09 | POS | 267.31 | 05-30 | POS | 232.86 |
| 05-13 | POS | 14.26 | 05-31 | POS | 5.49 |
| 05-13 | POS | 26.36 | 05-31 | POS | 14.00 |
| 05-13 | POS | 32.45 | 05-31 | POS | 30.72 |
| 05-13 | POS | 47.96 | 05-31 | POS | 82.36 |
| 05-13 | POS | 62.21 | 05-31 | POS | 200.00 |
| 05-13 | POS | 150.00 | 05-31 | POS | 551.88 |
| 05-14 | POS | 30.98 | 05-14 | ATMO | 600.00 |

DOJ-01-0000002571



Page 5 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 05-01 | Beginning Balance | | 306.39 |
| 05-03 | Transfer To Checking | 286.11- | 20.28 |
| 05-08 | Transfer To Checking | 15.28- | 5.00 |
| 05-31 | Dividend | 0.01 | 5.01 |
| **05-31** | **Ending Balance** | | **5.01** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002572

Page 1 of 6

## NAVY FEDERAL
### Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JQU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $2,461.67 | $10,836.73 | $12,747.35 | $551.05 | $0.26 |
| **Mbr Business Savings** 3037417528 | $5.01 | $0.00 | $1.00 | $4.01 | $0.02 |
| **Totals** | **$2,466.68** | **$10,836.73** | **$12,748.35** | **$555.06** | **$0.28** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 2,461.67 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002573



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-03 | POS Credit Adjustment 8787 Transaction 05-31-19 The Home Depot #89 | 8.16 | 2,469.83 |
| 06-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 060319 | 50.00 | 2,519.83 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 WA Secretary Of ST .WA.Gov WA | 2.25- | 2,517.58 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Skagit Valley Food Mount Vernon WA | 2.99- | 2,514.59 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 WA Secretary Of ST .WA.Gov WA | 3.00- | 2,511.59 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 757 Mini Mart Burine WA | 3.49- | 2,508.10 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 WA Secretary Of ST .WA.Gov WA | 4.00- | 2,504.10 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Skagit Valley Food Mount Vernon WA | 4.18- | 2,499.92 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 McDonald's F13369 Seattle WA | 4.61- | 2,495.31 |
| 06-03 | POS Debit - Business Debit Card 8787 Transaction 05-31-19 Snohomish County Clerk Everett WA | 5.00- | 2,490.31 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-19 McDonald's F13369 Seattle WA | 10.98- | 2,479.33 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-19 Dominic's Red Appl Seattle WA | 12.37- | 2,466.96 |
| 06-03 | POS Debit - Business Debit Card 8787 Transaction 06-01-19 Infinity Enterpr Seatac WA | 30.00- | 2,436.96 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 Walgreens #6259 Seattle WA | 35.29- | 2,401.67 |
| 06-03 | POS Debit- Business Debit Card 8787 05-30-19 The Home Depot #89 Seattle WA | 50.00- | 2,351.67 |
| 06-03 | POS Debit- Business Debit Card 8787 06-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 2,242.67 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 The Home Depot #47 Seattle WA | 197.13- | 2,045.54 |
| 06-03 | POS Debit- Business Debit Card 8787 05-31-19 The Home Depot #89 Seattle WA | 269.02- | 1,776.52 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-19 The Home Depot #89 Seattle WA | 391.81- | 1,384.71 |
| 06-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 46.06- | 1,338.65 |
| 06-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 119.83- | 1,218.82 |
| 06-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 137.26- | 1,081.56 |
| 06-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 060419 | 400.00 | 1,481.56 |
| 06-04 | POS Debit- Business Debit Card 8787 06-03-19 Arco#82982Arco Gas Arlington WA | 50.27- | 1,431.29 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- | -- | ( ) | ( ) | |

DOJ-01-0000002574



Page 3 of 6

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                           (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-04 | POS Debit- Business Debit Card 8787 06-02-19 Safeway #1062 Seattle WA | 160.65- | 1,270.64 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-19 The Home Depot #47 Everett WA | 216.76- | 1,053.88 |
| 06-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 060519 | 400.00 | 1,453.88 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-19 Popeyes 12239 Seattle WA | 37.94- | 1,415.94 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-19 Lowes #00149* 425-259-2017 WA | 190.00- | 1,225.94 |
| 06-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 060619 | 800.00 | 2,025.94 |
| 06-06 | POS Debit- Business Debit Card 8787 06-05-19 Trader Joe's #157 West Seattle WA | 55.53- | 1,970.41 |
| 06-06 | POS Debit- Business Debit Card 8787 06-04-19 The Home Depot #89 Seattle WA | 123.71- | 1,846.70 |
| 06-06 | Transfer To Checking | 1,000.00- | 846.70 |
| | Es1 LLC | | |
| 06-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 060719 | 250.00 | 1,096.70 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 McDonald's F13369 Seattle WA | 9.22- | 1,087.48 |
| 06-07 | POS Debit- Business Debit Card 8787 06-05-19 Mod Pizza West Sea Seattle WA | 14.08- | 1,073.40 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 McDonald's F13369 Seattle WA | 25.06- | 1,048.34 |
| 06-07 | POS Debit- Business Debit Card 8787 06-05-19 The Home Depot #89 Seattle WA | 274.15- | 774.19 |
| 06-07 | POS Debit- Business Debit Card 8787 06-06-19 Advancedmd, Inc 801-984-9500 UT | 330.64- | 443.55 |
| 06-10 | POS Credit Adjustment 8787 Transaction 06-06-19 The Home Depot #89 | 11.38 | 454.93 |
| 06-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 061019 | 450.00 | 904.93 |
| 06-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 061011 | 800.11 | 1,705.04 |
| 06-10 | POS Debit- Business Debit Card 8787 06-09-19 West Seattle Brewi Seattle WA | 7.80- | 1,697.24 |
| 06-10 | POS Debit- Business Debit Card 8787 06-07-19 Abc Legal Services 206-521-9000 | | |
| | WA | 140.00- | 1,557.24 |
| 06-10 | Returned Item Fee 4 | 29.00- | 1,528.24 |
| 06-11 | POS Credit Adjustment 8787 Transaction 06-10-19 Platt Electric 002 | 479.34 | 2,007.58 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-19 Chevron 0210168 Tacoma WA | 22.05- | 1,985.53 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-19 Social Treatment O Tacoma WA | 35.00- | 1,950.53 |
| 06-11 | POS Debit- Business Debit Card 8787 06-09-19 Safeway #1062 Seattle WA | 90.65- | 1,859.88 |
| 06-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 061219 | 300.00 | 2,159.88 |
| 06-12 | Check 4 | 316.04- | 1,843.84 |
| 06-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 061319 | 700.00 | 2,543.84 |
| 06-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 061419 | 700.00 | 3,243.84 |
| 06-14 | POS Debit- Business Debit Card 8787 06-13-19 Pp*sodo Chicken Seattle WA | 12.00- | 3,231.84 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 | | |
| | Seattle WA | 61.42- | 3,170.42 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 International Food Baz | | |
| | Kent WA | 182.71- | 2,987.71 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 | | |
| | Seattle WA | 203.97- | 2,783.74 |
| 06-14 | POS Debit - Business Debit Card 8787 Transaction 06-13-19 The Home Depot #4702 | | |
| | Seattle WA | 236.87- | 2,546.87 |
| 06-17 | POS Credit Adjustment 8787 Transaction 06-16-19 The Home Depot #4702 Seattle | | |
| | WA | 192.68 | 2,739.55 |
| 06-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 061719 | 1,120.00 | 3,859.55 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Sq *espresso Chang Tukwila WA | 5.25- | 3,854.30 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 McDonald's F13369 Seattle WA | 7.36- | 3,846.94 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-19 McDonald's F13369 Seattle WA | 10.54- | 3,836.40 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Pp*sodo Chicken Seattle WA | 12.00- | 3,824.40 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 Shell Oil 10013051 Seattle WA | 13.01- | 3,811.39 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-19 Panda Express 1649 Tukwila WA | 15.68- | 3,795.71 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 Shell Oil 10013051 Seattle WA | 28.17- | 3,767.54 |

DOJ-01-0000002575



Page 4 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**         (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 76 - Spears Inc Redmond WA | 30.41- | 3,737.13 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #47 Seattle WA | 47.88- | 3,689.25 |
| 06-17 | POS Debit- Business Debit Card 8787 06-14-19 Shell Oil 57444961 Seattle WA | 56.15- | 3,633.10 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #89 Seattle WA | 94.56- | 3,538.54 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 The Home Depot #47 Seattle WA | 150.00- | 3,388.54 |
| 06-17 | POS Debit - Business Debit Card 8787 Transaction 06-16-19 The Home Depot #4702 Seattle WA | 192.68- | 3,195.86 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 International Food Kent WA | 204.23- | 2,991.63 |
| 06-17 | POS Debit- Business Debit Card 8787 06-15-19 The Home Depot #47 Tukwila WA | 246.17- | 2,745.46 |
| 06-17 | POS Debit- Business Debit Card 8787 06-13-19 The Home Depot #47 Seattle WA | 414.39- | 2,331.07 |
| 06-17 | POS Debit - Business Debit Card 8787 Transaction 06-16-19 The Home Depot 8944 Seattle WA | 570.32- | 1,760.75 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Chevron 0205006 Seattle WA | 0.10- | 1,760.65 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Uber Help.Uber.Com CA | 20.57- | 1,740.08 |
| 06-18 | POS Debit- Business Debit Card 8787 06-18-19 Chevron 0205006 Seattle WA | 30.07- | 1,710.01 |
| 06-18 | POS Debit- Business Debit Card 8787 06-16-19 The Home Depot #47 Seattle WA | 126.86- | 1,583.15 |
| 06-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 061919 | 200.00 | 1,783.15 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 Skagit Valley Food Mount Vernon WA | 1.99- | 1,781.16 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 Safeway Fuel #0474 Everett WA | 34.10- | 1,747.06 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-19 Stop Kent WA | 100.00- | 1,647.06 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-19 Lowes #00149* 425-259-2017 WA | 148.38- | 1,498.68 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-19 King CO Solid Wast Seattle WA | 191.85- | 1,306.83 |
| 06-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 062019 | 875.00 | 2,181.83 |
| 06-20 | POS Debit- Business Debit Card 8787 06-18-19 Himalayan Cafe Renton WA | 28.49- | 2,153.34 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #89 Seattle WA | 64.86- | 2,088.48 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #47 Seattle WA | 178.33- | 1,910.15 |
| 06-20 | POS Debit- Business Debit Card 8787 06-17-19 The Home Depot #89 Seattle WA | 451.51- | 1,458.64 |
| 06-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 062119 | 750.00 | 2,208.64 |
| 06-21 | POS Debit- Business Debit Card 8787 06-20-19 Pp*sodo Chicken Seattle WA | 10.62- | 2,198.02 |
| 06-21 | POS Debit- Business Debit Card 8787 06-20-19 Costco Gas #0001 Seattle WA | 46.52- | 2,151.50 |
| 06-24 | Deposit - ACH Paid From Merchant Bankcd Deposit 062419 | 850.00 | 3,001.50 |
| 06-24 | Intl Transaction Fee 06-22-19 Safecart.Com Casef 855-432-0727 | 0.10- | 3,001.40 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 McDonald's F13369 Seattle WA | 4.50- | 2,996.90 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-21-19 Snohomish County Clerk Everett WA | 9.25- | 2,987.65 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 2,977.80 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 Madmix Gyros & Piz Seattle WA | 13.19- | 2,964.61 |
| 06-24 | POS Debit- Business Debit Card 8787 06-23-19 Thai Bistro Federa Federal Way WA | 18.65- | 2,945.96 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-21-19 Safeway Store 1062 Seattle WA | 25.49- | 2,920.47 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 Safeway #1062 Seattle WA | 34.82- | 2,885.65 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 Safeway #1062 Seattle WA | 87.58- | 2,798.07 |
| 06-24 | POS Debit - Business Debit Card 8787 Transaction 06-23-19 The Home Depot #4703 Federal Way WA | 114.36- | 2,683.71 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 The Home Depot #89 Seattle WA | 133.18- | 2,550.53 |
| 06-24 | POS Debit- Business Debit Card 8787 06-20-19 The Home Depot #47 Everett WA | 352.40- | 2,198.13 |
| 06-24 | POS Debit- Business Debit Card 8787 06-21-19 The Home Depot #47 Seattle WA | 390.88- | 1,807.25 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-19 The Home Depot #47 Seattle WA | 439.97- | 1,367.28 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 1,354.33 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 Arco#82582A & R Ka Lynnwood WA | 17.58- | 1,336.75 |

DOJ-01-0000002576



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-25 | POS Debit- Business Debit Card 8787 06-23-19 The Home Depot #47 Federal Way WA | 20.10- | 1,316.65 |
| 06-25 | POS Debit- Business Debit Card 8787 06-24-19 Papas Mexican Gril Everett WA | 21.14- | 1,295.51 |
| 06-25 | POS Debit- Business Debit Card 8787 06-23-19 Safeway #1062 Seattle WA | 76.42- | 1,219.09 |
| 06-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 062619 | 1,500.00 | 2,719.09 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 6.99- | 2,712.10 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 31.49- | 2,680.61 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 The Home Depot #47 Everett WA | 69.19- | 2,611.42 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 The Home Depot #47 Everett WA | 123.05- | 2,488.37 |
| 06-26 | POS Debit- Business Debit Card 8787 06-24-19 King County Dja Seattle WA | 245.98- | 2,242.39 |
| 06-27 | POS Debit- Business Debit Card 8787 06-26-19 Snohomish Cty Reco Everett WA | 102.00- | 2,140.39 |
| 06-27 | Check 101 | 1,300.00- | 840.39 |
| 06-28 | POS Debit- Business Debit Card 8787 06-27-19 Tmobile*postpaid T 800-937-8997 WA | 289.40- | 550.99 |
| 06-28 | Dividend | 0.06 | 551.05 |
| **06-30** | **Ending Balance** | | **551.05** |

*Average Daily Balance - Current Cycle: $1,525.48*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-03 | ACH | 46.06 | 06-17 | POS | 30.41 |
| 06-03 | ACH | 119.83 | 06-17 | POS | 47.88 |
| 06-03 | ACH | 137.26 | 06-17 | POS | 56.15 |
| 06-03 | POS | 3.49 | 06-17 | POS | 94.56 |
| 06-03 | POS | 4.00 | 06-17 | POS | 150.00 |
| 06-03 | POS | 4.18 | 06-17 | POS | 192.68 |
| 06-03 | POS | 4.61 | 06-17 | POS | 204.23 |
| 06-03 | POS | 5.00 | 06-17 | POS | 246.17 |
| 06-03 | POS | 10.98 | 06-17 | POS | 414.39 |
| 06-03 | POS | 12.37 | 06-17 | POS | 570.32 |
| 06-03 | POS | 30.00 | 06-18 | POS | 0.10 |
| 06-03 | POS | 35.29 | 06-18 | POS | 20.57 |
| 06-03 | POS | 50.00 | 06-18 | POS | 30.07 |
| 06-03 | POS | 109.00 | 06-18 | POS | 126.86 |
| 06-03 | POS | 197.13 | 06-19 | POS | 1.99 |
| 06-03 | POS | 269.02 | 06-19 | POS | 34.10 |
| 06-03 | POS | 391.81 | 06-19 | POS | 100.00 |
| 06-03 | POS | 2.25 | 06-19 | POS | 148.38 |
| 06-03 | POS | 2.99 | 06-19 | POS | 191.85 |
| 06-03 | POS | 3.00 | 06-20 | POS | 28.49 |
| 06-04 | POS | 50.27 | 06-20 | POS | 64.86 |
| 06-04 | POS | 160.65 | 06-20 | POS | 178.33 |
| 06-04 | POS | 216.76 | 06-20 | POS | 451.51 |
| 06-05 | POS | 37.94 | 06-21 | POS | 10.62 |
| 06-05 | POS | 190.00 | 06-21 | POS | 46.52 |
| 06-06 | POS | 55.53 | 06-24 | POS | 4.50 |
| 06-06 | POS | 123.71 | 06-24 | POS | 9.25 |
| 06-07 | POS | 9.22 | 06-24 | POS | 9.85 |
| 06-07 | POS | 14.08 | 06-24 | POS | 13.19 |
| 06-07 | POS | 25.06 | 06-24 | POS | 18.65 |
| 06-07 | POS | 274.15 | 06-24 | POS | 25.49 |
| 06-07 | POS | 330.64 | 06-24 | POS | 34.82 |
| 06-10 | POS | 7.80 | 06-24 | POS | 87.58 |
| 06-10 | POS | 140.00 | 06-24 | POS | 114.36 |
| 06-11 | POS | 22.05 | 06-24 | POS | 133.18 |
| 06-11 | POS | 35.00 | 06-24 | POS | 352.40 |
| 06-14 | POS | 90.65 | 06-24 | POS | 390.88 |
| 06-14 | POS | 12.00 | 06-24 | POS | 439.97 |
| 06-14 | POS | 61.42 | 06-25 | POS | 12.95 |
| 06-14 | POS | 182.71 | 06-25 | POS | 17.58 |
| 06-14 | POS | 203.97 | 06-25 | POS | 20.10 |
| 06-14 | POS | 236.87 | 06-25 | POS | 21.14 |
| 06-17 | POS | 5.25 | 06-25 | POS | 76.42 |
| 06-17 | POS | 7.36 | 06-26 | POS | 6.99 |
| 06-17 | POS | 10.54 | 06-26 | POS | 31.49 |
| 06-17 | POS | 12.00 | 06-26 | POS | 69.19 |
| 06-17 | POS | 13.01 | 06-26 | POS | 123.05 |
| 06-17 | POS | 15.68 | 06-26 | POS | 245.98 |
| 06-17 | POS | 28.17 | 06-27 | POS | 102.00 |

DOJ-01-0000002577

Page 6 of 6



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-28 | POS | 289.40 | 06-27 | 000101 - Check | 1,300.00 |
| 06-12 | 000004 - Check | 316.04 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-01 | Beginning Balance | | 5.01 |
| 06-03 | eDeposit-Svc Fee | 1.00- | 4.01 |
| **06-30** | **Ending Balance** | | **4.01** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002578



Page 1 of 6

**Statement of Account**

NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JML90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $551.05 | $13,532.99 | $10,512.56 | $3,571.48 | $0.40 |
| **Mbr Business Savings** 3037417528 | $4.01 | $0.00 | $1.00 | $3.01 | $0.02 |
| **Totals** | **$555.06** | **$13,532.99** | **$10,513.56** | **$3,574.49** | **$0.42** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 551.05 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ➤     ☐

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002579



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | POS Credit Adjustment 8787 Transaction 06-27-19 The Home Depot #47 | 141.09 | 692.14 |
| 07-01 | POS Credit Adjustment 8787 Transaction 06-29-19 The Home Depot 8944 Seattle WA | 185.51 | 877.65 |
| 07-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 070119 | 2,000.00 | 2,877.65 |
| 07-01 | POS Debit- Business Debit Card 8787 06-29-19 Sq *cherry Street Seattle WA | 13.16- | 2,864.49 |
| 07-01 | POS Debit- Business Debit Card 8787 06-28-19 Professional Rx Ph Las Vegas NV | 15.00- | 2,849.49 |
| 07-01 | POS Debit - Business Debit Card 8787 Transaction 06-28-19 International Food Baz Kent WA | 116.45- | 2,733.04 |
| 07-01 | POS Debit - Business Debit Card 8787 Transaction 06-28-19 The Home Depot 8944 Seattle WA | 224.44- | 2,508.60 |
| 07-03 | Deposit - ACH Paid From Merchant Bankcd Deposit 070319 | 1,300.00 | 3,808.60 |
| 07-03 | POS Debit- Business Debit Card 8787 07-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 3,699.60 |
| 07-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 42.44- | 3,657.16 |
| 07-03 | Paid To - Merchant Bankcd Discount Chk 9100001 | 128.83- | 3,528.33 |
| 07-03 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 177.06- | 3,351.27 |
| 07-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 070519 | 250.00 | 3,601.27 |
| 07-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 070519 | 500.00 | 4,101.27 |
| 07-05 | ATM Withdrawal 07-03-19 Becu Seattle WA | 600.00- | 3,501.27 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 Shell Oil 57444961 Seattle WA | 7.55- | 3,493.72 |
| 07-05 | POS Debit- Business Debit Card 8787 07-04-19 Chevron 0205006 Seattle WA | 30.00- | 3,463.72 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 Pabla Indian Cuisi Renton WA | 33.74- | 3,429.98 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 King CO Solid Wast Seattle WA | 102.72- | 3,327.26 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 The Home Depot #89 Seattle WA | 642.30- | 2,684.96 |
| 07-05 | POS Debit- Business Debit Card 8787 07-03-19 The Home Depot #47 Seattle WA | 661.23- | 2,023.73 |
| 07-08 | POS Debit- Business Debit Card 8787 07-04-19 Shell Oil 57444961 Seattle WA | 7.64- | 2,016.09 |
| 07-08 | POS Debit- Business Debit Card 8787 07-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 1,681.59 |
| 07-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 071119 | 1,100.00 | 2,781.59 |
| 07-11 | POS Debit- Business Debit Card 8787 07-10-19 McDonald's F13369 Seattle WA | 33.19- | 2,748.40 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER |
| -- | -- | ( ) | | ( ) |

DOJ-01-0000002580



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 071219 | 600.00 | 3,348.40 |
| 07-12 | POS Debit- Business Debit Card 8787 07-11-19 McDonald's F13369 Seattle WA | 14.82- | 3,333.58 |
| 07-12 | POS Debit - Business Debit Card 8787 Transaction 07-11-19 The Home Depot 8944 Seattle WA | 101.63- | 3,231.95 |
| 07-12 | POS Debit- Business Debit Card 8787 07-10-19 The Home Depot #89 Seattle WA | 191.10- | 3,040.85 |
| 07-12 | POS Debit - Business Debit Card 8787 Transaction 07-11-19 The Home Depot #4702 Seattle WA | 268.60- | 2,772.25 |
| 07-12 | POS Debit- Business Debit Card 8787 07-11-19 Seattle Public Uti 206-684-3000 WA | 686.40- | 2,085.85 |
| 07-15 | POS Credit Adjustment 8787 Transaction 07-13-19 The Home Depot 470 | 83.03 | 2,168.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 200.00 | 2,368.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 250.00 | 2,618.88 |
| 07-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 071519 | 900.00 | 3,518.88 |
| 07-15 | POS Debit- Business Debit Card 8787 07-12-19 7-Eleven 22561 Seattle WA | 47.56- | 3,471.32 |
| 07-15 | POS Debit- Business Debit Card 8787 07-11-19 The Home Depot #47 Seattle WA | 78.07- | 3,393.25 |
| 07-15 | POS Debit- Business Debit Card 8787 07-13-19 The Home Depot 470 Seattle WA | 84.84- | 3,308.41 |
| 07-15 | POS Debit- Business Debit Card 8787 07-11-19 The Home Depot #89 Seattle WA | 265.95- | 3,042.46 |
| 07-16 | POS Debit - Business Debit Card 8787 Transaction 07-15-19 The Home Depot #4702 Seattle WA | 55.24- | 2,987.22 |
| 07-17 | POS Debit- Business Debit Card 8787 07-16-19 McDonald's F13369 Seattle WA | 18.78- | 2,968.44 |
| 07-17 | POS Debit - Business Debit Card 8787 Transaction 07-16-19 The Home Depot #4702 Seattle WA | 135.53- | 2,832.91 |
| 07-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 071819 | 1,250.00 | 4,082.91 |
| 07-18 | POS Debit- Business Debit Card 8787 07-16-19 McDonald's F6512 Monroe WA | 12.54- | 4,070.37 |
| 07-18 | POS Debit- Business Debit Card 8787 07-17-19 McDonald's F13369 Seattle WA | 30.29- | 4,040.08 |
| 07-18 | POS Debit- Business Debit Card 8787 07-18-19 Carpet Liquidators Seattle WA | 928.67- | 3,111.41 |
| 07-19 | POS Credit Adjustment 8787 Transaction 07-17-19 The Home Depot 894 | 242.21 | 3,353.62 |
| 07-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 071919 | 1,650.00 | 5,003.62 |
| 07-19 | POS Debit- Business Debit Card 8787 07-18-19 McDonald's F13369 Seattle WA | 9.66- | 4,993.96 |
| 07-19 | POS Debit - Business Debit Card 8787 Transaction 07-18-19 The Home Depot #4702 Seattle WA | 153.73- | 4,840.23 |
| 07-19 | POS Debit- Business Debit Card 8787 07-17-19 The Home Depot #89 Seattle WA | 295.95- | 4,544.28 |
| 07-19 | POS Debit- Business Debit Card 8787 07-17-19 The Home Depot #89 Seattle WA | 300.90- | 4,243.38 |
| 07-22 | POS Credit Adjustment 8787 Transaction 07-19-19 The Home Depot #47 | 47.79 | 4,291.17 |
| 07-22 | POS Credit Adjustment 8787 Transaction 07-19-19 The Home Depot 470 | 304.13 | 4,595.30 |
| 07-22 | Deposit - ACH Paid From Merchant Bankcd Deposit 072219 | 1,500.00 | 6,095.30 |
| 07-22 | POS Debit - Business Debit Card 8787 Transaction 07-19-19 Dominic's Red Apple MA Seattle WA | 4.29- | 6,091.01 |
| 07-22 | POS Debit- Business Debit Card 8787 07-21-19 McDonald's F13369 Seattle WA | 8.56- | 6,082.45 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 McDonald's F13369 Seattle WA | 13.61- | 6,068.84 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 McDonald's F13369 Seattle WA | 14.94- | 6,053.90 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 McDonald's F13369 Seattle WA | 15.49- | 6,038.41 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 Oreilly Auto #2810 Seattle WA | 31.88- | 6,006.53 |
| 07-22 | POS Debit - Business Debit Card 8787 Transaction 07-20-19 Dominic's Red Apple MA Seattle WA | 33.99- | 5,972.54 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 The Home Depot #89 Seattle WA | 64.27- | 5,908.27 |
| 07-22 | POS Debit- Business Debit Card 8787 07-19-19 King CO Solid Wast Seattle WA | 102.72- | 5,805.55 |
| 07-22 | POS Debit - Business Debit Card 8787 Transaction 07-20-19 The Home Depot #4702 Seattle WA | 104.28- | 5,701.27 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 The Home Depot #89 Seattle WA | 110.57- | 5,590.70 |
| 07-22 | POS Debit- Business Debit Card 8787 07-20-19 The Home Depot 894 Seattle WA | 201.20- | 5,389.50 |

DOJ-01-0000002581



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-23 | Intl Transaction Fee 07-23-19 Safecart.Com Casef 855-432-0727 | 0.10- | 5,389.40 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 5,379.55 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Bang Bar Thai Rest Seattle WA | 16.46- | 5,363.09 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 Staples Seattle WA | 18.67- | 5,344.42 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot 8944 Seattle WA | 31.90- | 5,312.52 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot #4702 Seattle WA | 44.98- | 5,267.54 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 Qfc #5883 4550 42ND ST Seattle WA | 48.74- | 5,218.80 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 The Home Depot #89 Seattle WA | 138.40- | 5,080.40 |
| 07-23 | POS Debit - Business Debit Card 8787 Transaction 07-22-19 The Home Depot 8944 Seattle WA | 148.28- | 4,932.12 |
| 07-23 | POS Debit- Business Debit Card 8787 07-21-19 International Food Kent WA | 202.71- | 4,729.41 |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-19 The Home Depot #47 | 14.73 | 4,744.14 |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-19 The Home Depot #89 | 33.30 | 4,777.44 |
| 07-24 | POS Debit- Business Debit Card 8787 07-22-19 Shell Oil 57444961 Seattle WA | 16.47- | 4,760.97 |
| 07-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 072519 | 220.00 | 4,980.97 |
| 07-25 | POS Debit- Business Debit Card 8787 07-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 4,968.02 |
| 07-25 | POS Debit- Business Debit Card 8787 07-23-19 Shell Oil 57444961 Seattle WA | 50.85- | 4,917.17 |
| 07-25 | POS Debit- Business Debit Card 8787 07-23-19 The Home Depot #89 Seattle WA | 332.87- | 4,584.30 |
| 07-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 072619 | 90.00 | 4,674.30 |
| 07-26 | POS Debit- Business Debit Card 8787 07-24-19 The Home Depot #47 Seattle WA | 96.10- | 4,578.20 |
| 07-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 072919 | 200.00 | 4,778.20 |
| 07-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 072919 | 230.00 | 5,008.20 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Costco Gas #0061 Federal Way WA | 5.55- | 5,002.65 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Panera Bread #2022 Gig Harbor WA | 8.34- | 4,994.31 |
| 07-29 | POS Debit- Business Debit Card 8787 07-28-19 McDonald's F13369 Seattle WA | 10.43- | 4,983.88 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 McDonald's F13369 Seattle WA | 10.43- | 4,973.45 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 McDonald's F13369 Seattle WA | 10.43- | 4,963.02 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Autozone #1684 Federal Way WA | 25.29- | 4,937.73 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Panera Bread #2022 Gig Harbor WA | 35.00- | 4,902.73 |
| 07-29 | POS Debit- Business Debit Card 8787 07-25-19 Matador West Seatt Seattle WA | 57.25- | 4,845.48 |
| 07-29 | POS Debit- Business Debit Card 8787 07-25-19 North Coast Elec S 206-442-9897 WA | 153.43- | 4,692.05 |
| 07-29 | POS Debit- Business Debit Card 8787 07-27-19 Costco Whse #0061 Federal Way WA | 173.68- | 4,518.37 |
| 07-29 | POS Debit- Business Debit Card 8787 07-28-19 The Home Depot 470 Seattle WA | 265.88- | 4,252.49 |
| 07-29 | POS Debit- Business Debit Card 8787 07-26-19 The Home Depot #47 Tukwila WA | 480.61- | 3,771.88 |
| 07-30 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot 8944 Seattle WA | 44.98 | 3,816.86 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot 8944 Seattle WA | 22.09- | 3,794.77 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot #4702 Seattle WA | 37.19- | 3,757.58 |
| 07-30 | POS Debit- Business Debit Card 8787 07-29-19 McDonald's F13369 Seattle WA | 43.89- | 3,713.69 |
| 07-30 | POS Debit - Business Debit Card 8787 Transaction 07-29-19 The Home Depot #4702 Seattle WA | 51.94- | 3,661.75 |
| 07-31 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot #89 | 79.66 | 3,741.41 |
| 07-31 | POS Credit Adjustment 8787 Transaction 07-29-19 The Home Depot #89 | 116.42 | 3,857.83 |
| 07-31 | POS Debit- Business Debit Card 8787 07-30-19 McDonald's F13369 Seattle WA | 27.87- | 3,829.96 |

DOJ-01-0000002582



NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-31 | POS Debit- Business Debit Card 8787 07-30-19 The Cpap Shop 866-4149700 NJ | 34.50- | 3,795.46 |
| 07-31 | POS Debit - Business Debit Card 8787 Transaction 07-30-19 The Home Depot 8944 Seattle WA | 74.12- | 3,721.34 |
| 07-31 | Transfer To Checking Es1 LLC | 150.00- | 3,571.34 |
| 07-31 | Dividend | 0.14 | 3,571.48 |
| **07-31** | **Ending Balance** | | **3,571.48** |

*Average Daily Balance - Current Cycle: $3,249.98*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 07-03 | ACH | 42.44 | 07-22 | POS | 31.88 |
| 07-03 | ACH | 128.83 | 07-22 | POS | 33.99 |
| 07-03 | ACH | 177.06 | 07-22 | POS | 64.27 |
| 07-01 | POS | 224.44 | 07-22 | POS | 102.72 |
| 07-01 | POS | 13.16 | 07-22 | POS | 104.28 |
| 07-01 | POS | 15.00 | 07-22 | POS | 110.57 |
| 07-01 | POS | 116.45 | 07-22 | POS | 201.20 |
| 07-03 | POS | 109.00 | 07-23 | POS | 9.85 |
| 07-05 | POS | 7.55 | 07-23 | POS | 16.46 |
| 07-05 | POS | 30.00 | 07-23 | POS | 18.67 |
| 07-05 | POS | 33.74 | 07-23 | POS | 31.90 |
| 07-05 | POS | 102.72 | 07-23 | POS | 44.98 |
| 07-05 | POS | 642.30 | 07-23 | POS | 48.74 |
| 07-05 | POS | 661.23 | 07-23 | POS | 138.40 |
| 07-08 | POS | 7.64 | 07-23 | POS | 148.28 |
| 07-08 | POS | 334.50 | 07-23 | POS | 202.71 |
| 07-11 | POS | 33.19 | 07-24 | POS | 16.47 |
| 07-12 | POS | 14.82 | 07-25 | POS | 12.95 |
| 07-12 | POS | 101.63 | 07-25 | POS | 50.85 |
| 07-12 | POS | 191.10 | 07-25 | POS | 332.87 |
| 07-12 | POS | 268.60 | 07-26 | POS | 96.10 |
| 07-12 | POS | 686.40 | 07-29 | POS | 5.55 |
| 07-15 | POS | 47.56 | 07-29 | POS | 8.34 |
| 07-15 | POS | 78.07 | 07-29 | POS | 10.43 |
| 07-15 | POS | 84.84 | 07-29 | POS | 10.43 |
| 07-15 | POS | 265.95 | 07-29 | POS | 10.43 |
| 07-16 | POS | 55.24 | 07-29 | POS | 25.29 |
| 07-17 | POS | 18.78 | 07-29 | POS | 35.00 |
| 07-17 | POS | 135.53 | 07-29 | POS | 57.25 |
| 07-18 | POS | 12.54 | 07-29 | POS | 153.43 |
| 07-18 | POS | 30.29 | 07-29 | POS | 173.68 |
| 07-18 | POS | 928.67 | 07-29 | POS | 265.88 |
| 07-19 | POS | 9.66 | 07-29 | POS | 480.61 |
| 07-19 | POS | 153.73 | 07-30 | POS | 22.09 |
| 07-19 | POS | 295.95 | 07-30 | POS | 37.19 |
| 07-19 | POS | 300.90 | 07-30 | POS | 43.89 |
| 07-22 | POS | 4.29 | 07-30 | POS | 51.94 |
| 07-22 | POS | 8.56 | 07-31 | POS | 27.87 |
| 07-22 | POS | 13.61 | 07-31 | POS | 34.50 |
| 07-22 | POS | 14.94 | 07-31 | POS | 74.12 |
| 07-22 | POS | 15.49 | 07-05 | ATMO | 600.00 |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 4.01 |
| 07-01 | eDeposit-Svc Fee | 1.00- | 3.01 |
| **07-31** | **Ending Balance** | | **3.01** |

DOJ-01-0000002583



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002584

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000AMU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US

Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $3,571.48 | $63,265.88 | $66,037.53 | $799.83 | $0.51 |
| **Mbr Business Savings** 3037417528 | $3.01 | $2.99 | $1.00 | $5.00 | $0.02 |
| **Totals** | **$3,574.49** | **$63,268.87** | **$66,038.53** | **$804.83** | **$0.53** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance |  | 3,571.48 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |  |
|---|---|---|---|
| 7041509972 | Checking |  |  |
| 3037417528 | Savings |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL |  |  |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000

DOJ-01-0000002585



Page 2 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Deposit - ACH Paid From Merchant Bankcd Deposit 080119 | 800.00 | 4,371.48 |
| 08-02 | POS Credit Adjustment 8787 Transaction 07-31-19 North Coast Elec S | 99.82 | 4,471.30 |
| 08-02 | Deposit - ACH Paid From Merchant Bankcd Deposit 080219 | 250.00 | 4,721.30 |
| 08-02 | Deposit - ACH Paid From Kabbage Loan 080219 | 10,000.00 | 14,721.30 |
| 08-02 | Transfer From Checking | 5,000.00 | 19,721.30 |
| 08-02 | POS Debit- Business Debit Card 8787 07-31-19 North Coast Elec S 206-442-9897 | | |
| | WA | 212.52- | 19,508.78 |
| 08-02 | Transfer To Shares | 2.99- | 19,505.79 |
| 08-02 | Transfer To Savings | 19,000.00- | 505.79 |
| 08-05 | Deposit - ACH Paid From Merchant Bankcd Deposit 080519 | 950.00 | 1,455.79 |
| 08-05 | POS Debit- Business Debit Card 8787 08-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 1,346.79 |
| 08-05 | Paid To - Merchant Bankcd Fee Chk 9100001 | 54.49- | 1,292.30 |
| 08-05 | Paid To - Merchant Bankcd Discount Chk 9100001 | 144.98- | 1,147.32 |
| 08-05 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 150.16- | 997.16 |
| 08-06 | Deposit - ACH Paid From Merchant Bankcd Deposit 080619 | 100.00 | 1,097.16 |
| 08-07 | POS Credit Adjustment 8787 Transaction 08-06-19 The Home Depot 8944 Seattle | | |
| | WA | 153.04 | 1,250.20 |
| 08-07 | Deposit - ACH Paid From Merchant Bankcd Deposit 080719 | 100.00 | 1,350.20 |
| 08-07 | POS Debit- Business Debit Card 8787 08-06-19 McDonald's F13369 Seattle WA | 22.40- | 1,327.80 |
| 08-07 | POS Debit - Business Debit Card 8787 Transaction 08-06-19 The Home Depot 8944 | | |
| | Seattle WA | 153.04- | 1,174.76 |
| 08-07 | POS Debit- Business Debit Card 8787 08-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 840.26 |
| 08-07 | POS Debit - Business Debit Card 8787 Transaction 08-06-19 The Home Depot 8944 | | |
| | Seattle WA | 461.05- | 379.21 |
| 08-08 | POS Credit Adjustment 8787 Transaction 08-07-19 The Home Depot 8944 Seattle | | |
| | WA | 237.81 | 617.02 |
| 08-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 080819 | 400.00 | 1,017.02 |
| 08-08 | Deposit - ACH Paid From Expansion Capita Funding 080819 | 8,201.00 | 9,218.02 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|---------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- | ( ) | | | ( ) |

DOJ-01-0000002586



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-08 | Bank Wire Deposit | 7,525.00 | 16,743.02 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Taqueria El Rincon Seattle WA | 4.50- | 16,738.52 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Chevron 0375344 Seattle WA | 7.24- | 16,731.28 |
| 08-08 | POS Debit- Business Debit Card 8787 08-06-19 Matador West Seatt Seattle WA | 10.46- | 16,720.82 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Taqueria El Rincon Seattle WA | 11.50- | 16,709.32 |
| 08-08 | POS Debit- Business Debit Card 8787 08-07-19 Sq *caffe Fiore - Seattle WA | 12.01- | 16,697.31 |
| 08-08 | POS Debit - Business Debit Card 8787 Transaction 08-07-19 The Home Depot 8944 Seattle WA | 53.95- | 16,643.36 |
| 08-09 | Transfer To Checking | 8,000.00- | 8,643.36 |
| 08-09 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 8,560.36 |
| 08-09 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 8,405.69 |
| 08-09 | Check 1 | 5,000.00- | 3,405.69 |
| 08-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 081219 | 200.00 | 3,605.69 |
| 08-12 | POS Debit- Business Debit Card 8787 08-10-19 Ncourt * Service F 844-4008880 WA | 7.00- | 3,598.69 |
| 08-12 | POS Debit- Business Debit Card 8787 Transaction 08-10-19 Fred-Meye Fred Meyer 0 Burien WA | 35.60- | 3,563.09 |
| 08-12 | POS Debit- Business Debit Card 8787 08-11-19 76 - Panglia Prope Kirkland WA | 54.07- | 3,509.02 |
| 08-12 | POS Debit- Business Debit Card 8787 08-10-19 Ncourt *waanacorte 844-4008880 WA | 100.00- | 3,409.02 |
| 08-12 | POS Debit- Business Debit Card 8787 Transaction 08-11-19 The Home Depot 8944 Seattle WA | 130.34- | 3,278.68 |
| 08-12 | POS Debit- Business Debit Card 8787 08-08-19 Vortman And Feinst Bellevue WA | 1,500.00- | 1,778.68 |
| 08-12 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,695.68 |
| 08-12 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,541.01 |
| 08-13 | Deposit - ACH Paid From Merchant Bankcd Deposit 081319 | 600.00 | 2,141.01 |
| 08-13 | Deposit - ACH Paid From Wellen Capital Funding 081319 | 14,000.00 | 16,141.01 |
| 08-13 | POS Debit- Business Debit Card 8787 08-11-19 The Home Depot #47 Seattle WA | 33.95- | 16,107.06 |
| 08-13 | POS Debit- Business Debit Card 8787 08-11-19 Qfc #5883 Seattle WA | 66.23- | 16,040.83 |
| 08-13 | POS Debit- Business Debit Card 8787 08-12-19 Tmobile*postpaid T 800-937-8997 WA | 283.06- | 15,757.77 |
| 08-13 | Transfer To Checking | 5,000.00- | 10,757.77 |
| 08-13 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 10,674.77 |
| 08-13 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 10,520.10 |
| 08-13 | Check 100 | 5,000.00- | 5,520.10 |
| 08-14 | Deposit - ACH Paid From Merchant Bankcd Deposit 081419 | 100.00 | 5,620.10 |
| 08-14 | POS Debit- Business Debit Card 8787 08-13-19 Professional Rx Ph Las Vegas NV | 15.00- | 5,605.10 |
| 08-14 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,522.10 |
| 08-14 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,427.10 |
| 08-14 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,272.43 |
| 08-15 | Deposit - ACH Paid From Merchant Bankcd Deposit 081519 | 800.00 | 6,072.43 |
| 08-15 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,989.43 |
| 08-15 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,894.43 |
| 08-15 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,739.76 |
| 08-16 | Deposit - ACH Paid From Merchant Bankcd Deposit 081619 | 550.00 | 6,289.76 |
| 08-16 | POS Debit- Business Debit Card 8787 08-15-19 Moneysharp 8662006 Httpswww.Mone IL | 10.00- | 6,279.76 |
| 08-16 | POS Debit- Business Debit Card 8787 08-15-19 Sea Dci Online Per 180-095-0129 WA | 222.00- | 6,057.76 |
| 08-16 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,974.76 |
| 08-16 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,879.76 |

DOJ-01-0000002587



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-16 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,725.09 |
| 08-16 | Check 101 | 4,000.00- | 1,725.09 |
| 08-19 | ATM Withdrawal 08-16-19 Becu Seattle WA | 600.00- | 1,125.09 |
| 08-19 | POS Debit - Business Debit Card 8787 Transaction 08-16-19 7-Eleven Seattle WA | 28.23- | 1,096.86 |
| 08-19 | POS Debit- Business Debit Card 8787 08-16-19 Staples Seattle WA | 138.72- | 958.14 |
| 08-19 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 875.14 |
| 08-19 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 780.14 |
| 08-19 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 625.47 |
| 08-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 082019 | 300.00 | 925.47 |
| 08-20 | Deposit - ACH Paid From Fundbox Inc. Adv Credit 082019 | 5,000.00 | 5,925.47 |
| 08-20 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 5,842.47 |
| 08-20 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 5,747.47 |
| 08-20 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 5,592.80 |
| 08-20 | Check 102 | 4,500.00- | 1,092.80 |
| 08-21 | Deposit - ACH Paid From Headwaycapital 2 Headway 082119 | 6,500.00 | 7,592.80 |
| 08-21 | ATM Withdrawal 08-20-19 Becu Seattle WA | 500.00- | 7,092.80 |
| 08-21 | POS Debit - Business Debit Card 8787 Transaction 08-20-19 Safeway Store Burien WA | 50.96- | 7,041.84 |
| 08-21 | POS Debit- Business Debit Card 8787 08-20-19 Tmobile*auto Pay 800-937-8997 WA | 288.99- | 6,752.85 |
| 08-21 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 6,669.85 |
| 08-21 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 6,574.85 |
| 08-21 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 6,420.18 |
| 08-22 | Intl Transaction Fee 08-22-19 Safecart.Com Casef 855-432-0727 | 0.10- | 6,420.08 |
| 08-22 | POS Debit- Business Debit Card 8787 08-20-19 Starbucks Store 19 Tacoma WA | 8.15- | 6,411.93 |
| 08-22 | POS Debit- Business Debit Card 8787 08-21-19 Safecart.Com Casef 855-432-0727 | 9.85- | 6,402.08 |
| 08-22 | POS Debit- Business Debit Card 8787 08-20-19 The Home Depot #47 Tukwila WA | 47.10- | 6,354.98 |
| 08-22 | Transfer To Checking | 3,500.00- | 2,854.98 |
| | Es1 LLC | | |
| 08-22 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 2,771.98 |
| 08-22 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 2,676.98 |
| 08-22 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 2,522.31 |
| 08-23 | POS Debit- Business Debit Card 8787 Transaction 08-22-19 The Home Depot 8944 Seattle WA | 32.86- | 2,489.45 |
| 08-23 | POS Debit- Business Debit Card 8787 08-21-19 The Home Depot 894 Seattle WA | 93.97- | 2,395.48 |
| 08-23 | POS Debit- Business Debit Card 8787 Transaction 08-22-19 Reliable Wrenchers Kent WA | 106.27- | 2,289.21 |
| 08-23 | POS Debit- Business Debit Card 8787 08-21-19 International Food Kent WA | 168.70- | 2,120.51 |
| 08-23 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 2,037.51 |
| 08-23 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,942.51 |
| 08-23 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,787.84 |
| 08-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 082619 | 500.00 | 2,287.84 |
| 08-26 | POS Debit- Business Debit Card 8787 08-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,274.89 |
| 08-26 | POS Debit- Business Debit Card 8787 08-24-19 The Home Depot #89 Seattle WA | 30.11- | 2,244.78 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 Shell Oil 57444961 Seattle WA | 43.89- | 2,200.89 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 The Home Depot #89 Seattle WA | 74.35- | 2,126.54 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 International Food Kent WA | 89.78- | 2,036.76 |
| 08-26 | POS Debit- Business Debit Card 8787 08-22-19 King CO Solid Wast Seattle WA | 190.33- | 1,846.43 |
| 08-26 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,763.43 |
| 08-26 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,668.43 |
| 08-26 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,513.76 |
| 08-27 | POS Debit- Business Debit Card 8787 08-26-19 McDonald's F13369 Seattle WA | 20.20- | 1,493.56 |

DOJ-01-0000002588



Page 5 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-27 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,410.56 |
| 08-27 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,315.56 |
| 08-27 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,160.89 |
| 08-28 | POS Credit Adjustment 8787 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 19.64 | 1,180.53 |
| 08-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 082819 | 600.00 | 1,780.53 |
| 08-28 | POS Debit - Business Debit Card 8787 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 0.67- | 1,779.86 |
| 08-28 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,696.86 |
| 08-28 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,601.86 |
| 08-28 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,447.19 |
| 08-29 | POS Credit Adjustment 8787 Transaction 08-27-19 The Home Depot #47 | 29.46 | 1,476.65 |
| 08-29 | Deposit - ACH Paid From Merchant Bankcd Deposit 082919 | 250.00 | 1,726.65 |
| 08-29 | POS Debit - Business Debit Card 8787 Transaction 08-28-19 USPS PO 54764600 4412 Seattle WA | 4.05- | 1,722.60 |
| 08-29 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,639.60 |
| 08-29 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 1,544.60 |
| 08-29 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 1,389.93 |
| 08-29 | Paid To - Fundbox Inc. Adv Debit Chk 9100001 | 257.54- | 1,132.39 |
| 08-30 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 1,049.39 |
| 08-30 | Paid To - Wellen ACH Nacha Chk 7102662 | 95.00- | 954.39 |
| 08-30 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 799.72 |
| 08-30 | Dividend | 0.11 | 799.83 |
| **08-31** | **Ending Balance** | | **799.83** |

*Average Daily Balance - Current Cycle: $2,624.17*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-05 | ACH | 54.49 | 08-26 | ACH | 154.67 |
| 08-05 | ACH | 144.98 | 08-27 | ACH | 83.00 |
| 08-05 | ACH | 150.16 | 08-27 | ACH | 95.00 |
| 08-09 | ACH | 83.00 | 08-27 | ACH | 154.67 |
| 08-09 | ACH | 154.67 | 08-28 | ACH | 83.00 |
| 08-12 | ACH | 83.00 | 08-28 | ACH | 95.00 |
| 08-12 | ACH | 154.67 | 08-28 | ACH | 154.67 |
| 08-13 | ACH | 83.00 | 08-29 | ACH | 83.00 |
| 08-13 | ACH | 154.67 | 08-29 | ACH | 95.00 |
| 08-14 | ACH | 83.00 | 08-29 | ACH | 154.67 |
| 08-14 | ACH | 95.00 | 08-29 | ACH | 257.54 |
| 08-14 | ACH | 154.67 | 08-30 | ACH | 83.00 |
| 08-15 | ACH | 83.00 | 08-30 | ACH | 95.00 |
| 08-15 | ACH | 95.00 | 08-30 | ACH | 154.67 |
| 08-15 | ACH | 154.67 | 08-02 | POS | 212.52 |
| 08-16 | ACH | 83.00 | 08-05 | POS | 109.00 |
| 08-16 | ACH | 95.00 | 08-07 | POS | 334.50 |
| 08-16 | ACH | 154.67 | 08-07 | POS | 461.05 |
| 08-19 | ACH | 83.00 | 08-07 | POS | 22.40 |
| 08-19 | ACH | 95.00 | 08-07 | POS | 153.04 |
| 08-19 | ACH | 154.67 | 08-08 | POS | 12.01 |
| 08-20 | ACH | 83.00 | 08-08 | POS | 53.95 |
| 08-20 | ACH | 95.00 | 08-08 | POS | 4.50 |
| 08-20 | ACH | 154.67 | 08-08 | POS | 7.24 |
| 08-21 | ACH | 83.00 | 08-08 | POS | 10.46 |
| 08-21 | ACH | 95.00 | 08-08 | POS | 11.50 |
| 08-21 | ACH | 154.67 | 08-12 | POS | 54.07 |
| 08-22 | ACH | 83.00 | 08-12 | POS | 100.00 |
| 08-22 | ACH | 95.00 | 08-12 | POS | 130.34 |
| 08-22 | ACH | 154.67 | 08-12 | POS | 1,500.00 |
| 08-23 | ACH | 83.00 | 08-12 | POS | 7.00 |
| 08-23 | ACH | 95.00 | 08-12 | POS | 35.60 |
| 08-23 | ACH | 154.67 | 08-13 | POS | 33.95 |
| 08-26 | ACH | 83.00 | 08-13 | POS | 66.23 |
| 08-26 | ACH | 95.00 | 08-13 | POS | 283.06 |

DOJ-01-0000002589

Page 6 of 6



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid** (Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-14 | POS | 15.00 | 08-26 | POS | 190.33 |
| 08-16 | POS | 10.00 | 08-26 | POS | 12.95 |
| 08-16 | POS | 222.00 | 08-26 | POS | 30.11 |
| 08-19 | POS | 138.72 | 08-26 | POS | 43.89 |
| 08-19 | POS | 28.23 | 08-27 | POS | 74.35 |
| 08-21 | POS | 288.99 | 08-28 | POS | 20.20 |
| 08-21 | POS | 50.96 | 08-28 | POS | 0.67 |
| 08-22 | POS | 9.85 | 08-29 | POS | 4.05 |
| 08-22 | POS | 47.10 | 08-19 | ATMO | 600.00 |
| 08-22 | POS | 8.15 | 08-21 | ATMO | 500.00 |
| 08-23 | POS | 168.70 | 08-09 | 000001 - Check | 5,000.00 |
| 08-23 | POS | 32.86 | 08-13 | 000100 - Check | 5,000.00 |
| 08-23 | POS | 93.97 | 08-16 | 000101 - Check | 4,000.00 |
| 08-23 | POS | 106.27 | 08-20 | 000102 - Check | 4,500.00 |
| 08-26 | POS | 89.78 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Beginning Balance | | 3.01 |
| 08-01 | eDeposit-Svc Fee | 1.00- | 2.01 |
| 08-02 | Transfer From Checking | 2.99 | 5.00 |
| **08-31** | **Ending Balance** | | **5.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" discussed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit into other Navy Federal Credit Union accounts.

DOJ-01-0000002590

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000SQE90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $799.83 | $14,460.09 | $15,162.12 | $97.80 | $0.55 |
| **Mbr Business Savings** 3037417528 | $5.00 | $3,085.01 | $3,046.67 | $43.34 | $0.03 |
| **Totals** | **$804.83** | **$17,545.10** | **$18,208.79** | **$141.14** | **$0.58** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-01 | Beginning Balance | | 799.83 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002591



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Business Checking - 7041509972**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-03 | Transfer From Checking | 160.00 | 959.83 |
|  | Es1 LLC |  |  |
| 09-03 | POS Debit - Business Debit Card 8787 Transaction 08-30-19 The Home Depot #4702 |  |  |
|  | Seattle WA | 34.11- | 925.72 |
| 09-03 | Transfer To Checking | 750.00- | 175.72 |
|  | Es1 LLC |  |  |
| 09-03 | Paid To - Merchant Bankcd Fee Chk 9100001 | 41.20- | 134.52 |
| 09-03 | Stop Payment Fee | 120.00- | 14.52 |
| 09-04 | Return To Merchant Bankcd For 41.20 | 41.20 | 55.72 |
| 09-05 | POS Credit Adjustment 8787 Transaction 09-03-19 The Home Depot #89 | 11.49 | 67.21 |
| 09-05 | Transfer From Checking | 900.00 | 967.21 |
|  | Es1 LLC |  |  |
| 09-05 | Transfer To Shares | 5.00- | 962.21 |
|  | Eric R Shibley MD Pllc |  |  |
| 09-05 | Paid To - Expansioncapital Pmts Chk 9140060 | 83.00- | 879.21 |
| 09-05 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 784.21 |
| 09-05 | Paid To - Vader Servicing Vader Chk 24207175 | 154.67- | 629.54 |
| 09-05 | Paid To - Fundbox Inc. Adv Debit Chk 9100001 | 257.54- | 372.00 |
| 09-06 | Return To Expansioncapital For 83.00 | 83.00 | 455.00 |
| 09-06 | Return To Wellen ACH For 95.00 | 95.00 | 550.00 |
| 09-06 | Return To Vader Servicing For 154.67 | 154.67 | 704.67 |
| 09-06 | Transfer From Shares | 3.00 | 707.67 |
|  | Eric R Shibley MD Pllc |  |  |
| 09-06 | ATM Withdrawal 09-05-19 Becu Seattle WA | 600.00- | 107.67 |
| 09-06 | POS Debit- Business Debit Card 8787 09-04-19 Panera Bread #2022 Kent WA | 6.81- | 100.86 |
| 09-06 | Transfer To Shares | 80.00- | 20.86 |
|  | Eric R Shibley MD Pllc |  |  |
| 09-06 | Stop Payment Fee | 20.00- | 0.86 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) |  |  |  |  |
| CITY |  | STATE | ZIP CODE |  |
| SIGNATURE OF NAVY FEDERAL MEMBER |  |  |  |  |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER |  |  | DAYTIME TELEPHONE NUMBER |
| -- | -- | ( ) |  | ( ) |

DOJ-01-0000002592



Page 3 of 6

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-10 | Transfer From Shares | 42.67 | 43.53 |
| 09-10 | Deposit - ACH Paid From Merchant Bankcd Deposit 091019 | 750.00 | 793.53 |
| 09-10 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 698.53 |
| 09-10 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 484.50 |
| 09-11 | Return To Wellen ACH For 95.00 | 95.00 | 579.50 |
| 09-11 | Return To Merchant Bankcd For 214.03 | 214.03 | 793.53 |
| 09-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 091119 | 500.00 | 1,293.53 |
| 09-11 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091119 | 934.30 | 2,227.83 |
| 09-11 | POS Debit- Business Debit Card 8787 09-10-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 1,893.33 |
| 09-11 | Transfer To Checking | 500.00- | 1,393.33 |
| | Es1 LLC | | |
| 09-11 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,298.33 |
| 09-12 | Return To Wellen ACH For 95.00 | 95.00 | 1,393.33 |
| 09-12 | POS Debit- Business Debit Card 8787 09-10-19 The Home Depot #89 Seattle WA | 150.00- | 1,243.33 |
| 09-12 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,148.33 |
| 09-13 | POS Credit Adjustment 8787 Transaction 09-11-19 The Home Depot #89 | 24.36 | 1,172.69 |
| 09-13 | Return To Wellen ACH For 95.00 | 95.00 | 1,267.69 |
| 09-13 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091319 | 337.71 | 1,605.40 |
| 09-13 | POS Debit- Business Debit Card 8787 09-10-19 Fedex Offic5160005 Seattle WA | 5.26- | 1,600.14 |
| 09-13 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 1,505.14 |
| 09-13 | Check 10 | 1,000.00- | 505.14 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-12-19 The Home Depot #89 | 20.46 | 525.60 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-13-19 The Home Depot #4702 Seattle WA | 66.04 | 591.64 |
| 09-16 | Return To Wellen ACH For 95.00 | 95.00 | 686.64 |
| 09-16 | POS Credit Adjustment 8787 Transaction 09-15-19 The Home Depot 8944 Seattle WA | 209.19 | 895.83 |
| 09-16 | POS Debit- Business Debit Card 8787 09-14-19 McDonald's F13369 Seattle WA | 5.38- | 890.45 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 Dominic's Red Apple MA Seattle WA | 10.98- | 879.47 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 Dominic's Red Apple MA Seattle WA | 11.86- | 867.61 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 The Home Depot 8944 Seattle WA | 21.79- | 845.82 |
| 09-16 | POS Debit- Business Debit Card 8787 09-12-19 The Home Depot #47 Seattle WA | 27.14- | 818.68 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 International Food Baz Kent WA | 53.38- | 765.30 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-13-19 The Home Depot #4702 Seattle WA | 66.04- | 699.26 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-14-19 The Home Depot 8944 Seattle WA | 79.20- | 620.06 |
| 09-16 | POS Debit - Business Debit Card 8787 Transaction 09-15-19 O'Reilly Auto Parts 28 Seattle WA | 238.69- | 381.37 |
| 09-16 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 286.37 |
| 09-17 | Return To Wellen ACH For 95.00 | 95.00 | 381.37 |
| 09-17 | POS Debit- Business Debit Card 8787 09-15-19 Shell Oil 57444961 Seattle WA | 51.24- | 330.13 |
| 09-17 | Paid To - Wellen ACH Nacha Pmts Chk 7102662 | 95.00- | 235.13 |
| 09-18 | Return To Wellen ACH For 95.00 | 95.00 | 330.13 |
| 09-18 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 091819 | 56.98 | 387.11 |
| 09-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 091919 | 2,234.63 | 2,621.74 |

DOJ-01-0000002593



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-19 | POS Debit- Business Debit Card 8787 09-18-19 McDonald's F13369 Seattle WA | 7.35- | 2,614.39 |
| 09-19 | Transfer To Checking | 700.00- | 1,914.39 |
| | Es1 LLC | | |
| 09-19 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 1,700.36 |
| 09-20 | Return To Merchant Bankcd For 214.03 | 214.03 | 1,914.39 |
| 09-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 092019 | 2,100.00 | 4,014.39 |
| 09-20 | POS Debit- Business Debit Card 8787 09-19-19 McDonald's F13369 Seattle WA | 3.73- | 4,010.66 |
| 09-20 | POS Debit- Business Debit Card 8787 09-19-19 McDonald's F13369 Seattle WA | 15.05- | 3,995.61 |
| 09-20 | POS Debit - Business Debit Card 8787 Transaction 09-19-19 Harbor Freight Tools 3 Seattle WA | 209.18- | 3,786.43 |
| 09-23 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 6.83 | 3,793.26 |
| 09-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 092319 | 100.00 | 3,893.26 |
| 09-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 092319 | 250.00 | 4,143.26 |
| 09-23 | Intl Transaction Fee 09-21-19 Safecart Safecart 8554320727 | 0.10- | 4,143.16 |
| 09-23 | POS Debit- Business Debit Card 8787 09-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 4,133.31 |
| 09-23 | POS Debit - Business Debit Card 8787 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 17.32- | 4,115.99 |
| 09-23 | POS Debit- Business Debit Card 8787 09-18-19 Mikou Teriyaki Seattle WA | 22.00- | 4,093.99 |
| 09-23 | POS Debit- Business Debit Card 8787 09-19-19 Shell Oil 57444961 Seattle WA | 28.19- | 4,065.80 |
| 09-23 | POS Debit- Business Debit Card 8787 09-22-19 App Inc W Marginal Seattle WA | 43.74- | 4,022.06 |
| 09-23 | POS Debit - Business Debit Card 8787 Transaction 09-21-19 The Home Depot 8944 Seattle WA | 131.13- | 3,890.93 |
| 09-23 | POS Debit- Business Debit Card 8787 09-20-19 Tmobile*auto Pay 800-937-8997 WA | 298.00- | 3,592.93 |
| 09-24 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot #89 | 8.75 | 3,601.68 |
| 09-24 | POS Credit Adjustment 8787 Transaction 09-22-19 The Home Depot #89 | 14.25 | 3,615.93 |
| 09-24 | POS Debit- Business Debit Card 8787 09-23-19 Panda Express 1709 Gig Harbor WA | 15.03- | 3,600.90 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 21.44- | 3,579.46 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 26.29- | 3,553.17 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 The Home Depot #89 Seattle WA | 28.29- | 3,524.88 |
| 09-24 | POS Debit- Business Debit Card 8787 09-22-19 South Transfer Sta Seattle WA | 110.20- | 3,414.68 |
| 09-25 | Deposit - ACH Paid From Merchant Bankcd Deposit 092519 | 400.00 | 3,814.68 |
| 09-25 | Transfer From Checking | 200.00 | 4,014.68 |
| | Es1 LLC | | |
| 09-25 | Transfer From Shares | 3,000.00 | 7,014.68 |
| 09-25 | POS Debit- Business Debit Card 8787 09-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 7,001.73 |
| 09-25 | POS Debit- Business Debit Card 8787 09-24-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 6,901.78 |
| 09-25 | Transfer To Shares | 3,000.00- | 3,901.78 |
| 09-25 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 3,687.75 |
| 09-25 | Check 14 | 3,200.00- | 487.75 |
| 09-26 | Return To Merchant Bankcd For 214.03 | 214.03 | 701.78 |
| 09-26 | Deposit - ACH Paid From Merchant Bankcd Deposit 092619 | 200.00 | 901.78 |
| 09-27 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 092719 | 93.43 | 995.21 |
| 09-27 | Deposit - ACH Paid From Merchant Bankcd Deposit 092719 | 250.00 | 1,245.21 |
| 09-27 | ATM Withdrawal 09-26-19 Becu Seattle WA | 600.00- | 645.21 |
| 09-30 | ATM Withdrawal 09-27-19 Becu Seattle WA | 520.00- | 125.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-28-19 WA Secretary Of ST .WA.Gov WA | 2.00- | 123.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-29-19 Husky Ice Cream In Seattle WA | 5.00- | 118.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-28-19 WA Secretary Of ST .WA.Gov WA | 10.00- | 108.21 |
| 09-30 | POS Debit- Business Debit Card 8787 09-29-19 I Luv Teriyaki Seattle WA | 10.45- | 97.76 |
| 09-30 | Dividend | 0.04 | 97.80 |

DOJ-01-0000002594



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-30 | Ending Balance | | **97.80** |

*Average Daily Balance - Current Cycle: $1,029.69*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-03 | ACH | 41.20 | 09-23 | POS | 28.19 |
| 09-05 | ACH | 83.00 | 09-23 | POS | 43.74 |
| 09-05 | ACH | 95.00 | 09-23 | POS | 131.13 |
| 09-05 | ACH | 154.67 | 09-23 | POS | 298.00 |
| 09-05 | ACH | 257.54 | 09-23 | POS | 9.85 |
| 09-10 | ACH | 95.00 | 09-24 | POS | 21.44 |
| 09-10 | ACH | 214.03 | 09-24 | POS | 26.29 |
| 09-11 | ACH | 95.00 | 09-24 | POS | 28.29 |
| 09-12 | ACH | 95.00 | 09-24 | POS | 110.20 |
| 09-13 | ACH | 95.00 | 09-24 | POS | 15.03 |
| 09-16 | ACH | 95.00 | 09-25 | POS | 99.95 |
| 09-17 | ACH | 95.00 | 09-25 | POS | 12.95 |
| 09-19 | ACH | 214.03 | 09-30 | POS | 2.00 |
| 09-25 | ACH | 214.03 | 09-30 | POS | 5.00 |
| 09-03 | POS | 34.11 | 09-30 | POS | 10.00 |
| 09-06 | POS | 6.81 | 09-30 | POS | 10.45 |
| 09-11 | POS | 334.50 | 09-06 | ATMO | 600.00 |
| 09-12 | POS | 150.00 | 09-27 | ATMO | 600.00 |
| 09-13 | POS | 5.26 | 09-30 | ATMO | 520.00 |
| 09-16 | POS | 27.14 | 09-04 | ACH | REVERSED |
| 09-16 | POS | 53.38 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 66.04 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 79.20 | 09-06 | ACH | REVERSED |
| 09-16 | POS | 238.69 | 09-11 | ACH | REVERSED |
| 09-16 | POS | 5.38 | 09-11 | ACH | REVERSED |
| 09-16 | POS | 10.98 | 09-12 | ACH | REVERSED |
| 09-16 | POS | 11.86 | 09-13 | ACH | REVERSED |
| 09-16 | POS | 21.79 | 09-16 | ACH | REVERSED |
| 09-17 | POS | 51.24 | 09-17 | ACH | REVERSED |
| 09-19 | POS | 7.35 | 09-18 | ACH | REVERSED |
| 09-20 | POS | 15.05 | 09-20 | ACH | REVERSED |
| 09-20 | POS | 209.18 | 09-26 | ACH | REVERSED |
| 09-23 | POS | 3.73 | 09-13 | 000010 - Check | 1,000.00 |
| 09-23 | POS | 17.32 | 09-25 | 000014 - Check | 3,200.00 |
| 09-23 | POS | 22.00 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-01 | Beginning Balance | | 5.00 |
| 09-03 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 09-05 | Transfer From Chk/MMSA | 5.00 | 9.00 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | Transfer From Checking | 80.00 | 89.00 |
| | Eric R Shibley MD Pllc | | |
| 09-06 | Transfer To Checking | 3.00- | 86.00 |
| | Eric R Shibley MD Pllc | | |
| 09-10 | Transfer To Checking | 42.67- | 43.33 |
| 09-25 | Transfer From Checking | 3,000.00 | 3,043.33 |
| 09-25 | Transfer To Checking | 3,000.00- | 43.33 |
| 09-30 | Dividend | 0.01 | 43.34 |
| 09-30 | **Ending Balance** | | **43.34** |

DOJ-01-0000002595

Page 6 of 6



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002596

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000OMC90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $97.80 | $11,544.17 | $11,075.87 | $566.10 | $0.61 |
| **Mbr Business Savings** 3037417528 | $43.34 | $0.01 | $1.00 | $42.35 | $0.04 |
| **Totals** | **$141.14** | **$11,544.18** | **$11,076.87** | **$608.45** | **$0.65** |

## Checking

### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 97.80 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002597



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 5

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-01 | POS Debit- Business Debit Card 8787 09-29-19 Chipotle 2554 Seattle WA | 9.63- | 88.17 |
| 10-08 | Deposit - ACH Paid From Merchant Bankcd Deposit 100819 | 3,989.09 | 4,077.26 |
| 10-08 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 97.60- | 3,979.66 |
| 10-08 | Paid To - Merchant Bankcd Discount Chk 9100001 | 132.19- | 3,847.47 |
| 10-08 | Paid To - Merchant Bankcd Fee Chk 9100001 | 171.61- | 3,675.86 |
| 10-08 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 214.03- | 3,461.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt * Service F 844-4008880 WA | 13.00- | 3,448.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt * Service F 844-4008880 WA | 28.00- | 3,420.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt *wakent 844-4008880 WA | 248.00- | 3,172.83 |
| 10-09 | POS Debit- Business Debit Card 8787 10-08-19 Ncourt *waanacorte 844-4008880 WA | 400.00- | 2,772.83 |
| 10-09 | Transfer To Checking Es1 LLC | 600.00- | 2,172.83 |
| 10-09 | Transfer To Checking Eric R Shibley | 600.00- | 1,572.83 |
| 10-10 | ATM Withdrawal 10-09-19 Becu Seattle WA | 600.00- | 972.83 |
| 10-10 | POS Debit- Business Debit Card 8787 10-08-19 Safeway #3120 Burien WA | 46.44- | 926.39 |
| 10-10 | POS Debit- Business Debit Card 8787 10-09-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 591.89 |
| 10-11 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 101119 | 93.43 | 685.32 |
| 10-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 101119 | 750.00 | 1,435.32 |
| 10-11 | POS Debit - Business Debit Card 8787 Transaction 10-10-19 IKEA Seattle Renton WA | 10.98- | 1,424.34 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Mikou Teriyaki Seattle WA | 22.55- | 1,401.79 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Wells Fargo C/A #0 Seattle WA | 50.00- | 1,351.79 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,251.84 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 At Indaba Corporat 2068603133 WA | 129.06- | 1,122.78 |
| 10-11 | POS Debit- Business Debit Card 8787 10-10-19 King County Dja Seattle WA | 245.98- | 876.80 |
| 10-15 | POS Credit Adjustment 8787 Transaction 10-13-19 The Home Depot #89 | 8.54 | 885.34 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|

ADDRESS (NO. STREET)

CITY | STATE | ZIP CODE

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)     HOME TELEPHONE NUMBER     DAYTIME TELEPHONE NUMBER

DOJ-01-0000002598



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Business Checking - 7041509972**   (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 10-15 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 101519 | 373.72 | 1,259.06 |
| 10-15 | POS Debit- Business Debit Card 8787 10-12-19 Nordstrom #0005 Tukwila WA | 5.78- | 1,253.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 I Luv Teriyaki Seattle WA | 11.00- | 1,242.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 Panda Express #102 Burien WA | 12.16- | 1,230.12 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 12.95- | 1,217.17 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 18.67- | 1,198.50 |
| 10-15 | POS Debit- Business Debit Card 8787 10-12-19 Sarku Japan 100 Tukwila WA | 19.22- | 1,179.28 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 25.09- | 1,154.19 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 At Indaba Corporat 2068603133 WA | 77.44- | 1,076.75 |
| 10-15 | POS Debit- Business Debit Card 8787 10-13-19 The Home Depot #89 Seattle WA | 150.00- | 926.75 |
| 10-15 | POS Debit- Business Debit Card 8787 10-14-19 Seattle City Light 206-684-3000 WA | 431.50- | 495.25 |
| 10-16 | POS Credit Adjustment 8787 Transaction 10-14-19 The Home Depot #89 | 7.68 | 502.93 |
| 10-16 | POS Credit Adjustment 8787 Transaction 10-14-19 The Home Depot #89 | 66.80 | 569.73 |
| 10-16 | Deposit 10-15-19 Becu Seattle WA | 747.00 | 1,316.73 |
| 10-16 | Deposit 10-15-19 Becu Seattle WA | 1,079.98 | 2,396.71 |
| 10-17 | Deposit - ACH Paid From Merchant Bankcd Deposit 101719 | 400.00 | 2,796.71 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist Seattle WA | 70.27- | 2,726.44 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist 206-2433990 WA | 70.27- | 2,656.17 |
| 10-17 | POS Debit- Business Debit Card 8787 10-16-19 King CO Water Dist Seattle WA | 110.02- | 2,546.15 |
| 10-18 | Deposit - ACH Paid From Merchant Bankcd Deposit 101819 | 250.00 | 2,796.15 |
| 10-18 | POS Debit- Business Debit Card 8787 10-16-19 The Home Depot 894 Seattle WA | 100.00- | 2,696.15 |
| 10-18 | POS Debit- Business Debit Card 8787 10-17-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 148.76- | 2,547.39 |
| 10-18 | POS Debit- Business Debit Card 8787 10-17-19 Seattle City Light 206-684-3000 WA | 405.41- | 2,141.98 |
| 10-21 | Deposit 10-18-19 Becu Seattle WA | 239.92 | 2,381.90 |
| 10-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 102119 | 350.00 | 2,731.90 |
| 10-21 | Deposit - ACH Paid From Merchant Bankcd Deposit 102119 | 350.00 | 3,081.90 |
| 10-21 | POS Debit- Business Debit Card 8787 10-18-19 Costco Whse #0001 Seattle WA | 112.01- | 2,969.89 |
| 10-21 | POS Debit- Business Debit Card 8787 10-20-19 Tmobile*auto Pay 800-937-8997 WA | 287.33- | 2,682.56 |
| 10-22 | Intl Transaction Fee 10-21-19 Safecart Safecart 8554320727 | 0.10- | 2,682.46 |
| 10-22 | POS Debit- Business Debit Card 8787 10-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 2,672.61 |
| 10-22 | POS Debit- Business Debit Card 8787 10-21-19 Costco Whse #0001 Seattle WA | 55.00- | 2,617.61 |
| 10-22 | Check 12 | 1,000.00- | 1,617.61 |
| 10-23 | Deposit - ACH Paid From Merchant Bankcd Deposit 102319 | 500.00 | 2,117.61 |
| 10-24 | Deposit 10-23-19 Becu Seattle WA | 220.07 | 2,337.68 |
| 10-24 | POS Debit- Business Debit Card 8787 10-22-19 The Home Depot #89 Seattle WA | 40.46- | 2,297.22 |
| 10-25 | POS Debit- Business Debit Card 8787 10-24-19 Tst* The Lunchbox Mount Vernon WA | 6.25- | 2,290.97 |
| 10-25 | POS Debit- Business Debit Card 8787 10-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 2,278.02 |
| 10-25 | POS Debit- Business Debit Card 8787 10-23-19 Panera Bread #2022 Kent WA | 16.63- | 2,261.39 |
| 10-28 | Deposit 10-25-19 Becu Seattle WA | 133.03 | 2,394.42 |
| 10-28 | Deposit - ACH Paid From Merchant Bankcd Deposit 102819 | 250.00 | 2,644.42 |
| 10-28 | POS Debit- Business Debit Card 8787 10-25-19 Red Robin No 12 Seattle WA | 18.69- | 2,625.73 |
| 10-28 | POS Debit- Business Debit Card 8787 10-24-19 Pmi Sea Dh Clinic Seattle WA | 25.00- | 2,600.73 |
| 10-28 | POS Debit- Business Debit Card 8787 10-27-19 Sunfish Seafood Seattle WA | 26.20- | 2,574.53 |
| 10-28 | POS Debit- Business Debit Card 8787 10-26-19 MacPherson's Fruit Seattle WA | 46.46- | 2,528.07 |
| 10-28 | POS Debit- Business Debit Card 8787 10-24-19 River Rock Tobacco Arlington WA | 48.92- | 2,479.15 |
| 10-28 | POS Debit- Business Debit Card 8787 10-25-19 International Food Kent WA | 165.01- | 2,314.14 |
| 10-29 | POS Debit- Business Debit Card 8787 10-28-19 Starbucks Store 14 Tukwila WA | 6.00- | 2,308.14 |

DOJ-01-0000002599



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 85C Bakery Cafe US Tukwila WA | 23.55- | 2,284.59 |
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 The Home Depot #89 Seattle WA | 65.27- | 2,219.32 |
| 10-29 | POS Debit- Business Debit Card 8787 10-27-19 Lowes #00010* Tukwila WA | 128.15- | 2,091.17 |
| 10-30 | POS Credit Adjustment 8787 Transaction 10-28-19 The Home Depot #89 | 19.77 | 2,110.94 |
| 10-30 | Deposit - ACH Paid From Merchant Bankcd Deposit 103019 | 1,000.00 | 3,110.94 |
| 10-30 | Transfer From Checking | 600.00 | 3,710.94 |
| | Eric R Shibley | | |
| 10-30 | POS Debit- Business Debit Card 8787 10-28-19 The Home Depot #89 Seattle WA | 8.22- | 3,702.72 |
| 10-30 | POS Debit- Business Debit Card 8787 10-29-19 Fred M Fuel #9028 Burien WA | 20.26- | 3,682.46 |
| 10-30 | POS Debit- Business Debit Card 8787 10-28-19 The Home Depot #47 Seattle WA | 26.29- | 3,656.17 |
| 10-31 | Deposit 10-30-19 Becu Seattle WA | 115.08 | 3,771.25 |
| 10-31 | POS Debit- Business Debit Card 8787 10-29-19 The Home Depot #89 Seattle WA | 8.56- | 3,762.69 |
| 10-31 | POS Debit- Business Debit Card 8787 10-30-19 McDonald's F13369 Seattle WA | 10.65- | 3,752.04 |
| 10-31 | Check 3 | 1,500.00- | 2,252.04 |
| 10-31 | Check 17 | 1,686.00- | 566.04 |
| 10-31 | Dividend | 0.06 | 566.10 |
| **10-31** | **Ending Balance** | | **566.10** |

*Average Daily Balance - Current Cycle: $1,475.54*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 10-08 | ACH | 97.60 | 10-18 | POS | 100.00 |
| 10-08 | ACH | 132.19 | 10-18 | POS | 148.76 |
| 10-08 | ACH | 171.61 | 10-18 | POS | 405.41 |
| 10-08 | ACH | 214.03 | 10-21 | POS | 112.01 |
| 10-01 | POS | 9.63 | 10-21 | POS | 287.33 |
| 10-09 | POS | 13.00 | 10-22 | POS | 9.85 |
| 10-09 | POS | 28.00 | 10-22 | POS | 55.00 |
| 10-09 | POS | 248.00 | 10-24 | POS | 40.46 |
| 10-09 | POS | 400.00 | 10-25 | POS | 6.25 |
| 10-10 | POS | 46.44 | 10-25 | POS | 12.95 |
| 10-10 | POS | 334.50 | 10-25 | POS | 16.63 |
| 10-11 | POS | 10.98 | 10-28 | POS | 18.69 |
| 10-11 | POS | 22.55 | 10-28 | POS | 25.00 |
| 10-11 | POS | 50.00 | 10-28 | POS | 26.20 |
| 10-11 | POS | 99.95 | 10-28 | POS | 46.46 |
| 10-11 | POS | 129.06 | 10-28 | POS | 48.92 |
| 10-11 | POS | 245.98 | 10-28 | POS | 165.01 |
| 10-15 | POS | 5.78 | 10-29 | POS | 6.00 |
| 10-15 | POS | 11.00 | 10-29 | POS | 23.55 |
| 10-15 | POS | 12.16 | 10-29 | POS | 65.27 |
| 10-15 | POS | 12.95 | 10-29 | POS | 128.15 |
| 10-15 | POS | 18.67 | 10-30 | POS | 8.22 |
| 10-15 | POS | 19.22 | 10-30 | POS | 20.26 |
| 10-15 | POS | 25.09 | 10-30 | POS | 26.29 |
| 10-15 | POS | 77.44 | 10-31 | POS | 8.56 |
| 10-15 | POS | 150.00 | 10-31 | POS | 10.65 |
| 10-15 | POS | 431.50 | 10-10 | ATMO | 600.00 |
| 10-17 | POS | 70.27 | 10-31 | 000003 - Check | 1,500.00 |
| 10-17 | POS | 70.27 | 10-22 | 000012 - Check | 1,000.00 |
| 10-17 | POS | 110.02 | 10-31 | 000017 - Check | 1,686.00 |

**Savings**

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 43.34 |
| 10-01 | eDeposit-Svc Fee | 1.00- | 42.34 |
| 10-31 | Dividend | 0.01 | 42.35 |
| **10-31** | **Ending Balance** | | **42.35** |

DOJ-01-0000002600



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002601

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000NMO90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $566.10 | $9,123.20 | $8,248.48 | $1,440.82 | $0.68 |
| **Mbr Business Savings** 3037417528 | $42.35 | $0.01 | $1.00 | $41.36 | $0.05 |
| **Totals** | **$608.45** | **$9,123.21** | **$8,249.48** | **$1,482.18** | **$0.73** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Beginning Balance | | 566.10 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002602



Page 2 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Debit Card Adjustment | 100.00 | 666.10 |
| 11-01 | POS Debit- Business Debit Card 8787 10-30-19 The Home Depot 470 Seattle WA | 240.41- | 425.69 |
| 11-04 | POS Credit Adjustment 8787 Transaction 11-04-19 Lowes #02420* | 41.62 | 467.31 |
| 11-04 | POS Credit Adjustment 8787 Transaction 11-03-19 Lowes #02420* | 41.62 | 508.93 |
| 11-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 110419 | 150.00 | 658.93 |
| 11-04 | Deposit - ACH Paid From Merchant Bankcd Deposit 110419 | 250.00 | 908.93 |
| 11-04 | Deposit 11-01-19 Becu Seattle WA | 400.00 | 1,308.93 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Panda Express #102 Burien WA | 4.84- | 1,304.09 |
| 11-04 | POS Debit- Business Debit Card 8787 11-01-19 Starbucks Store 00 Seattle WA | 10.57- | 1,293.52 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Panda Express #102 Burien WA | 17.88- | 1,275.64 |
| 11-04 | POS Debit- Business Debit Card 8787 11-01-19 Arco#07155Arco #07 Seattle WA | 23.88- | 1,251.76 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Cke*huckleberry Sq Burien WA | 27.91- | 1,223.85 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Lowes #02420* Renton WA | 74.46- | 1,149.39 |
| 11-04 | POS Debit- Business Debit Card 8787 11-02-19 Lowes #00010* Tukwila WA | 91.28- | 1,058.11 |
| 11-04 | Paid To - Merchant Bankcd Fee Chk 9100001 | 19.77- | 1,038.34 |
| 11-04 | Paid To - Merchant Bankcd Discount Chk 9100001 | 101.76- | 936.58 |
| 11-04 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 142.32- | 794.26 |
| 11-05 | POS Credit Adjustment 8787 Transaction 11-03-19 The Home Depot #89 | 10.41 | 804.67 |
| 11-05 | Return To Merchant Bankcd For 19.77 | 19.77 | 824.44 |
| 11-05 | Return To Merchant Bankcd For 101.76 | 101.76 | 926.20 |
| 11-05 | Return To Merchant Bankcd For 142.32 | 142.32 | 1,068.52 |
| 11-06 | Paid To - Capital One Online Pmt Chk 5140551 | 47.76- | 1,020.76 |
| 11-06 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 100.76- | 920.00 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Everest Tea And CO Renton WA | 9.30- | 910.70 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Gyros & Kebabs Tukwila WA | 18.68- | 892.02 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Wal-Mart #2516 Renton WA | 38.00- | 854.02 |
| 11-07 | POS Debit- Business Debit Card 8787 11-05-19 Reliable Wrenchers Kent WA | 61.77- | 792.25 |
| 11-07 | POS Debit- Business Debit Card 8787 11-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 457.75 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-01-0000002603



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                            (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-08 | POS Debit- Business Debit Card 8787 11-07-19 McDonald's F13369 Seattle WA | 7.13- | 450.62 |
| 11-08 | POS Debit- Business Debit Card 8787 11-07-19 Panda Express 1709 Gig Harbor WA | 15.30- | 435.32 |
| 11-12 | Deposit 11-10-19 Becu Seattle WA | 309.05 | 744.37 |
| 11-12 | POS Debit- Business Debit Card 8787 11-11-19 McDonald's F13369 Seattle WA | 3.76- | 740.61 |
| 11-12 | POS Debit- Business Debit Card 8787 11-11-19 McDonald's F13369 Seattle WA | 4.06- | 736.55 |
| 11-12 | POS Debit- Business Debit Card 8787 11-08-19 McDonald's F19349 Renton WA | 4.83- | 731.72 |
| 11-12 | POS Debit- Business Debit Card 8787 11-08-19 McDonald's F13369 Seattle WA | 6.58- | 725.14 |
| 11-12 | POS Debit- Business Debit Card 8787 11-10-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 625.19 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Arco#07155Arco #07 Seattle WA | 17.76- | 607.43 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Pho Teriyaki Wok Seattle WA | 18.68- | 588.75 |
| 11-13 | POS Debit- Business Debit Card 8787 11-11-19 Seafood City Super Tukwila WA | 84.60- | 504.15 |
| 11-14 | ATM Withdrawal 11-13-19 Becu Seattle WA | 100.00- | 404.15 |
| 11-14 | POS Debit- Business Debit Card 8787 11-13-19 Chevron 0307294 Seatac WA | 16.21- | 387.94 |
| 11-15 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 111519 | 373.72 | 761.66 |
| 11-15 | POS Debit- Business Debit Card 8787 11-13-19 Safeway #1493 Sea-Tac WA | 9.98- | 751.68 |
| 11-15 | POS Debit- Business Debit Card 8787 11-14-19 McDonald's F13369 Seattle WA | 14.82- | 736.86 |
| 11-18 | Deposit 11-15-19 Becu Seattle WA | 351.14 | 1,088.00 |
| 11-18 | POS Debit- Business Debit Card 8787 11-16-19 Safeway #1493 Sea-Tac WA | 2.56- | 1,085.44 |
| 11-18 | POS Debit- Business Debit Card 8787 11-15-19 Pho Teriyaki Wok Seattle WA | 9.89- | 1,075.55 |
| 11-18 | POS Debit- Business Debit Card 8787 11-14-19 Officemax/Depot 63 Seattle WA | 13.21- | 1,062.34 |
| 11-18 | Check 154 | 1,000.00- | 62.34 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 400.00 | 462.34 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 445.64 | 907.98 |
| 11-19 | Deposit 11-18-19 Becu Seattle WA | 1,381.14 | 2,289.12 |
| 11-19 | Deposit - ACH Paid From Merchant Bankcd Deposit 111919 | 2,150.00 | 4,439.12 |
| 11-19 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 263.85- | 4,175.27 |
| 11-19 | Check 4 | 35.00- | 4,140.27 |
| 11-20 | Return To Merchant Bankcd For 263.85 | 263.85 | 4,404.12 |
| 11-20 | Deposit - ACH Paid From Merchant Bankcd Deposit 112019 | 1,043.02 | 5,447.14 |
| 11-20 | POS Debit- Business Debit Card 8787 11-18-19 The Home Depot #89 Seattle WA | 20.57- | 5,426.57 |
| 11-21 | POS Credit Adjustment 8787 Transaction 11-19-19 The Home Depot #89 | 6.57 | 5,433.14 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Pho Teriyaki Wok Seattle WA | 8.79- | 5,424.35 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Mod Pizza Marysvil Marysville WA | 9.48- | 5,414.87 |
| 11-21 | POS Debit- Business Debit Card 8787 11-19-19 Pho Teriyaki Wok Seattle WA | 27.47- | 5,387.40 |
| 11-21 | POS Debit- Business Debit Card 8787 11-20-19 Tmobile*auto Pay 800-937-8997 WA | 287.33- | 5,100.07 |
| 11-22 | Intl Transaction Fee 11-21-19 Safecart Safecart 8554320727 | 0.10- | 5,099.97 |
| 11-22 | POS Debit- Business Debit Card 8787 11-21-19 Safecart Safecart 8554320727 Bc | 9.85- | 5,090.12 |
| 11-22 | POS Debit- Business Debit Card 8787 11-21-19 Panda Express #102 Burien WA | 24.86- | 5,065.26 |
| 11-22 | POS Debit- Business Debit Card 8787 11-20-19 River Rock Tobacco Arlington WA | 45.45- | 5,019.81 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-22-19 The Home Depot #47 | 45.45 | 5,065.26 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-22-19 The Home Depot #47 | 173.95 | 5,239.21 |
| 11-25 | POS Credit Adjustment 8787 Transaction 11-23-19 The Home Depot 894 | 228.84 | 5,468.05 |
| 11-25 | ATM Withdrawal 11-23-19 Becu Seattle WA | 460.00- | 5,008.05 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 McLendons - White Seattle WA | 5.05- | 5,003.00 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 4,990.05 |
| 11-25 | POS Debit- Business Debit Card 8787 11-21-19 Pho Teriyaki Wok Seattle WA | 20.86- | 4,969.19 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 Panda Express #102 Burien WA | 22.66- | 4,946.53 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 76 - B Town 76 Burien WA | 32.49- | 4,914.04 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 Panda Express #102 Burien WA | 39.82- | 4,874.22 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #47 Tukwila WA | 47.47- | 4,826.75 |

DOJ-01-0000002604



Page 4 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #89 Seattle WA | 72.45- | 4,754.30 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 Seafood City Super Tukwila WA | 80.20- | 4,674.10 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot #89 Seattle WA | 114.53- | 4,559.57 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 The Home Depot #47 Tukwila WA | 148.85- | 4,410.72 |
| 11-25 | POS Debit- Business Debit Card 8787 11-24-19 The Home Depot 894 Seattle WA | 217.91- | 4,192.81 |
| 11-25 | POS Debit- Business Debit Card 8787 11-23-19 International Food Kent WA | 234.98- | 3,957.83 |
| 11-25 | POS Debit- Business Debit Card 8787 11-21-19 The Home Depot 470 Seattle WA | 332.79- | 3,625.04 |
| 11-25 | POS Debit- Business Debit Card 8787 11-22-19 The Home Depot 470 Seattle WA | 411.77- | 3,213.27 |
| 11-26 | POS Credit Adjustment 8787 Transaction 11-24-19 The Home Depot 894 | 260.97 | 3,474.24 |
| 11-26 | Check 11 | 589.00- | 2,885.24 |
| 11-27 | Deposit 11-26-19 Becu Tukwila WA | 152.00 | 3,037.24 |
| 11-27 | POS Debit- Business Debit Card 8787 11-25-19 Arco#07155Arco #07 Seattle WA | 0.21- | 3,037.03 |
| 11-27 | POS Debit- Business Debit Card 8787 11-26-19 Panda Express #102 Burien WA | 12.16- | 3,024.87 |
| 11-27 | POS Debit- Business Debit Card 8787 11-25-19 Arco#07155Arco #07 Seattle WA | 27.11- | 2,997.76 |
| 11-27 | POS Debit- Business Debit Card 8787 11-26-19 Panda Express #102 Burien WA | 30.03- | 2,967.73 |
| 11-27 | POS Debit - Business Debit Card 8787 Transaction 11-26-19 The Home Depot 8944 | | |
| | Seattle WA | 44.58- | 2,923.15 |
| 11-27 | Check 153 | 1,500.00- | 1,423.15 |
| 11-29 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 112919 | 280.29 | 1,703.44 |
| 11-29 | POS Debit- Business Debit Card 8787 11-27-19 McDonald's F6443 Seattle WA | 9.67- | 1,693.77 |
| 11-29 | POS Debit- Business Debit Card 8787 11-28-19 Panda Express #156 Tukwila WA | 18.26- | 1,675.51 |
| 11-29 | POS Debit- Business Debit Card 8787 11-29-19 The Home Depot #89 Seattle WA | 113.47- | 1,562.04 |
| 11-29 | POS Debit- Business Debit Card 8787 11-26-19 The Home Depot #89 Seattle WA | 121.29- | 1,440.75 |
| 11-29 | Dividend | 0.07 | 1,440.82 |
| 11-30 | **Ending Balance** | | **1,440.82** |

*Average Daily Balance - Current Cycle: $1,720.06*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 11-04 | ACH | 19.77 | 11-20 | POS | 20.57 |
| 11-04 | ACH | 101.76 | 11-21 | POS | 8.79 |
| 11-04 | ACH | 142.32 | 11-21 | POS | 9.48 |
| 11-06 | ACH | 47.76 | 11-21 | POS | 27.47 |
| 11-06 | ACH | 100.76 | 11-21 | POS | 287.33 |
| 11-19 | ACH | 263.85 | 11-22 | POS | 9.85 |
| 11-01 | POS | 240.41 | 11-22 | POS | 24.86 |
| 11-04 | POS | 91.28 | 11-22 | POS | 45.45 |
| 11-04 | POS | 4.84 | 11-25 | POS | 5.05 |
| 11-04 | POS | 10.57 | 11-25 | POS | 12.95 |
| 11-04 | POS | 17.88 | 11-25 | POS | 20.86 |
| 11-04 | POS | 23.88 | 11-25 | POS | 22.66 |
| 11-04 | POS | 27.91 | 11-25 | POS | 32.49 |
| 11-04 | POS | 74.46 | 11-25 | POS | 39.82 |
| 11-07 | POS | 18.68 | 11-25 | POS | 47.47 |
| 11-07 | POS | 38.00 | 11-25 | POS | 72.45 |
| 11-07 | POS | 61.77 | 11-25 | POS | 80.20 |
| 11-07 | POS | 334.50 | 11-25 | POS | 114.53 |
| 11-07 | POS | 9.30 | 11-25 | POS | 148.85 |
| 11-08 | POS | 15.30 | 11-25 | POS | 217.91 |
| 11-08 | POS | 7.13 | 11-25 | POS | 234.98 |
| 11-12 | POS | 4.06 | 11-25 | POS | 332.79 |
| 11-12 | POS | 4.83 | 11-25 | POS | 411.77 |
| 11-12 | POS | 6.58 | 11-27 | POS | 0.21 |
| 11-12 | POS | 99.95 | 11-27 | POS | 12.16 |
| 11-12 | POS | 3.76 | 11-27 | POS | 27.11 |
| 11-13 | POS | 18.68 | 11-27 | POS | 30.03 |
| 11-13 | POS | 84.60 | 11-27 | POS | 44.58 |
| 11-13 | POS | 17.76 | 11-29 | POS | 9.67 |
| 11-14 | POS | 16.21 | 11-29 | POS | 18.26 |
| 11-15 | POS | 14.82 | 11-29 | POS | 113.47 |
| 11-15 | POS | 9.98 | 11-29 | POS | 121.29 |
| 11-18 | POS | 9.89 | 11-14 | ATMO | 100.00 |
| 11-18 | POS | 13.21 | 11-21 | ATMO | 460.00 |
| 11-18 | POS | 2.56 | 11-05 | ACH | REVERSED |

DOJ-01-0000002605



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-05 | ACH | REVERSED | 11-26 | 000011 - Check | 589.00 |
| 11-05 | ACH | REVERSED | 11-27 | 000153 - Check | 1,500.00 |
| 11-20 | ACH | REVERSED | 11-18 | 000154 - Check | 1,000.00 |
| 11-19 | 000004 - Check | 35.00 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-01 | Beginning Balance | | 42.35 |
| 11-01 | eDeposit-Svc Fee | 1.00- | 41.35 |
| 11-29 | Dividend | 0.01 | 41.36 |
| **11-30** | **Ending Balance** | | **41.36** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that account.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002606

# NAVY FEDERAL
## Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

#BWNLLSV
#000000P6Y6XXQ1A9#000DQE90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,440.82 | $9,618.22 | $9,513.15 | $1,545.89 | $0.80 |
| **Mbr Business Savings** 3037417528 | $41.36 | $0.00 | $36.36 | $5.00 | $0.05 |
| **Totals** | **$1,482.18** | **$9,618.22** | **$9,549.51** | **$1,550.89** | **$0.85** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-01 | Beginning Balance | | 1,440.82 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405704150997230374175280000000000000000000000000000000

DOJ-01-0000002607



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-02 | POS Credit Adjustment 8787 Transaction 11-30-19 The Home Depot 8944 Seattle WA | 1.92 | 1,442.74 |
| 12-02 | POS Credit Adjustment 8787 Transaction 11-30-19 The Home Depot #89 | 6.45 | 1,449.19 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot #47 Kent WA | 2.29- | 1,446.90 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Opc*renton WA RI N 866-790-4111 AZ | 4.00- | 1,442.90 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 IKEA Seatle Rest Renton WA | 15.96- | 1,426.94 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Panda Express #102 Burien WA | 26.51- | 1,400.43 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot #89 Seattle WA | 79.81- | 1,320.62 |
| 12-02 | POS Debit- Business Debit Card 8787 11-30-19 The Home Depot 472 Kent WA | 83.58- | 1,237.04 |
| 12-02 | POS Debit- Business Debit Card 8787 11-29-19 Opc*renton WA RI N 866-790-4111 AZ | 124.00- | 1,113.04 |
| 12-02 | POS Debit- Business Debit Card 8787 11-28-19 Eddie Bauer R51 Seattle WA | 238.70- | 874.34 |
| 12-03 | POS Credit Adjustment 8787 Transaction 12-01-19 The Home Depot #47 | 50.49 | 924.83 |
| 12-03 | Transfer From Shares | 35.36 | 960.19 |
| 12-03 | POS Debit- Business Debit Card 8787 12-02-19 Panda Express 1649 Tukwila WA | 2.15- | 958.04 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 The Home Depot #47 Kent WA | 2.61- | 955.43 |
| 12-03 | POS Debit- Business Debit Card 8787 12-02-19 Panda Express 1649 Tukwila WA | 17.82- | 937.61 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 The Home Depot #47 Puyallup WA | 74.17- | 863.44 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 Best Meats Kent WA | 86.88- | 776.56 |
| 12-03 | POS Debit- Business Debit Card 8787 12-01-19 Apna Bazar Kent Kent WA | 89.69- | 686.87 |
| 12-03 | Returned Item Fee 155 | 29.00- | 657.87 |
| 12-04 | Refund - Returned Check Fees | 29.00 | 686.87 |
| 12-04 | Deposit 12-03-19 Becu Tukwila WA | 50.00 | 736.87 |
| 12-04 | Deposit 12-03-19 Becu Tukwila WA | 100.00 | 836.87 |
| 12-04 | POS Debit- Business Debit Card 8787 12-02-19 The Home Depot #89 Seattle WA | 100.66- | 736.21 |
| 12-05 | POS Debit- Business Debit Card 8787 12-04-19 Panda Express 1161 Covington WA | 23.95- | 712.26 |
| 12-05 | Returned Item Fee 155 | 29.00- | 683.26 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>--   --   -- | HOME TELEPHONE NUMBER<br>(      ) | | DAYTIME TELEPHONE NUMBER<br>(      ) | |

DOJ-01-0000002608



Page 3 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-06 | POS Debit- Business Debit Card 8787 12-05-19 USPS PO 5476460048 Seattle WA | 3.45- | 679.81 |
| 12-06 | Check 160 | 550.00- | 129.81 |
| 12-09 | POS Credit Adjustment 8787 Transaction 12-07-19 The Home Depot #47 | 21.84 | 151.65 |
| 12-09 | Transfer From Checking | 250.00 | 401.65 |
| | Es1 LLC | | |
| 12-09 | POS Debit- Business Debit Card 8787 12-07-19 McDonald's F13369 Seattle WA | 4.61- | 397.04 |
| 12-09 | POS Debit- Business Debit Card 8787 12-07-19 Uber Help.Uber.Com CA | 40.04- | 357.00 |
| 12-09 | POS Debit- Business Debit Card 8787 12-06-19 Advancedmd, Inc 801-984-9500 UT | 334.50- | 22.50 |
| 12-10 | Returned Item Fee 159 | 29.00- | 6.50- |
| 12-11 | Deposit - ACH Paid From Merchant Bankcd Deposit 121119 | 4,885.00 | 4,878.50 |
| 12-11 | Paid To - Merchant Bankcd Discount Chk 9100001 | 82.04- | 4,796.46 |
| 12-11 | Paid To - Merchant Bankcd Interchng Chk 9100001 | 104.74- | 4,691.72 |
| 12-11 | Paid To - Merchant Bankcd Fee Chk 9100001 | 132.76- | 4,558.96 |
| 12-11 | Paid To - Merchant Bankcd Fincl ADJ Chk 9100001 | 263.85- | 4,295.11 |
| 12-12 | Return To Merchant Bankcd For 82.04 | 82.04 | 4,377.15 |
| 12-12 | Return To Merchant Bankcd For 104.74 | 104.74 | 4,481.89 |
| 12-12 | Return To Merchant Bankcd For 132.76 | 132.76 | 4,614.65 |
| 12-12 | Return To Merchant Bankcd For 263.85 | 263.85 | 4,878.50 |
| 12-12 | Deposit - ACH Paid From Merchant Bankcd Deposit 121219 | 400.00 | 5,278.50 |
| 12-16 | POS Credit Adjustment 8787 Transaction 12-13-19 The Home Depot 473 | 214.81 | 5,493.31 |
| 12-16 | POS Debit - Business Debit Card 8787 Transaction 12-15-19 The Home Depot #4704 Issaquah WA | 4.28- | 5,489.03 |
| 12-16 | POS Debit- Business Debit Card 8787 12-14-19 Panda Express #102 Burien WA | 10.78- | 5,478.25 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 Panda Express #102 Burien WA | 25.08- | 5,453.17 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 The Home Depot #47 Covington WA | 59.55- | 5,393.62 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 Crt*creditrepair.C 800-2326499 UT | 99.95- | 5,293.67 |
| 12-16 | POS Debit- Business Debit Card 8787 12-13-19 The Home Depot #47 Kent WA | 181.87- | 5,111.80 |
| 12-16 | POS Debit- Business Debit Card 8787 12-14-19 International Food Kent WA | 222.29- | 4,889.51 |
| 12-17 | POS Debit- Business Debit Card 8787 12-15-19 The Home Depot 470 Issaquah WA | 227.14- | 4,662.37 |
| 12-18 | POS Credit Adjustment 8787 Transaction 12-16-19 The Home Depot #47 | 106.03 | 4,768.40 |
| 12-18 | Deposit 12-17-19 Becu Seattle WA | 195.56 | 4,963.96 |
| 12-18 | POS Debit- Business Debit Card 8787 12-17-19 Panda Express #102 Burien WA | 28.66- | 4,935.30 |
| 12-18 | POS Debit- Business Debit Card 8787 12-16-19 The Home Depot #47 Silverdale WA | 106.03- | 4,829.27 |
| 12-18 | POS Debit- Business Debit Card 8787 12-16-19 The Home Depot #47 Tukwila WA | 191.20- | 4,638.07 |
| 12-19 | POS Credit Adjustment 8787 Transaction 12-17-19 The Home Depot #47 | 145.42 | 4,783.49 |
| 12-19 | POS Debit- Business Debit Card 8787 12-17-19 The Home Depot 473 Covington WA | 255.84- | 4,527.65 |
| 12-20 | POS Credit Adjustment 8787 Transaction 12-18-19 The Home Depot #47 | 74.18 | 4,601.83 |
| 12-20 | POS Debit- Business Debit Card 8787 12-19-19 Panda Express 1649 Tukwila WA | 23.49- | 4,578.34 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 Shell Oil 57445757 Seattle WA | 50.28- | 4,528.06 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #89 Seattle WA | 52.91- | 4,475.15 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Redmond WA | 69.21- | 4,405.94 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 Safeway #1062 Seattle WA | 77.78- | 4,328.16 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Issaquah WA | 110.74- | 4,217.42 |
| 12-20 | POS Debit- Business Debit Card 8787 12-18-19 The Home Depot #47 Bothell WA | 132.52- | 4,084.90 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 8.81 | 4,093.71 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-20-19 The Home Depot #47 | 43.25 | 4,136.96 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 66.03 | 4,202.99 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #4702 Seattle WA | 71.29 | 4,274.28 |
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #47 | 134.66 | 4,408.94 |

DOJ-01-0000002609



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|---------------------|-----------|------------|
| 12-23 | POS Credit Adjustment 8787 Transaction 12-21-19 The Home Depot #89 | 134.66 | 4,543.60 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Dominic's Red Appl Seattle WA | 7.91- | 4,535.69 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 Panda Express #102 Burien WA | 10.78- | 4,524.91 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Panda Express 1209 Federal Way WA | 10.78- | 4,514.13 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 McDonald's F13369 Seattle WA | 11.97- | 4,502.16 |
| 12-23 | POS Debit- Business Debit Card 8787 12-19-19 The Home Depot #47 Tukwila WA | 19.80- | 4,482.36 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 The Home Depot #47 Federal Way WA | 21.96- | 4,460.40 |
| 12-23 | POS Debit- Business Debit Card 8787 12-22-19 Panda Express #102 Redmond WA | 22.94- | 4,437.46 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot #47 Seattle WA | 24.97- | 4,412.49 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Shell Oil 57444961 Seattle WA | 51.37- | 4,361.12 |
| 12-23 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot #89 Seattle WA | 108.35- | 4,252.77 |
| 12-23 | POS Debit- Business Debit Card 8787 12-19-19 The Home Depot #47 Seattle WA | 112.70- | 4,140.07 |
| 12-23 | POS Debit - Business Debit Card 8787 Transaction 12-21-19 The Home Depot #4711 Bellevue WA | 144.87- | 3,995.20 |
| 12-23 | POS Debit- Business Debit Card 8787 12-20-19 Tmobile*auto Pay 800-937-8997 WA | 292.30- | 3,702.90 |
| 12-24 | POS Credit Adjustment 8787 Transaction 12-23-19 The Home Depot 8944 Seattle WA | 27.20 | 3,730.10 |
| 12-24 | POS Credit Adjustment 8787 Transaction 12-22-19 The Home Depot #47 | 138.89 | 3,868.99 |
| 12-24 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 122419 | 280.29 | 4,149.28 |
| 12-24 | POS Debit- Business Debit Card 8787 12-23-19 McDonald's F13369 Seattle WA | 16.10- | 4,133.18 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 Safeway Fuel #3613 Snoqualmie WA | 46.17- | 4,087.01 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 The Home Depot #47 Redmond WA | 79.34- | 4,007.67 |
| 12-24 | POS Debit- Business Debit Card 8787 12-22-19 The Home Depot 470 Issaquah WA | 255.23- | 3,752.44 |
| 12-24 | POS Debit- Business Debit Card 8787 12-21-19 The Home Depot 473 Covington WA | 355.12- | 3,397.32 |
| 12-26 | POS Credit Adjustment 8787 Transaction 12-23-19 The Home Depot #89 | 17.57 | 3,414.89 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 J2 *metrofax 888-929-4141 CA | 12.95- | 3,401.94 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 McDonald's F13369 Seattle WA | 14.25- | 3,387.69 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 Tbt Towing Seattle WA | 145.00- | 3,242.69 |
| 12-26 | POS Debit- Business Debit Card 8787 12-24-19 King County Dja Seattle WA | 201.91- | 3,040.78 |
| 12-26 | POS Debit- Business Debit Card 8787 12-23-19 The Home Depot 894 Seattle WA | 296.30- | 2,744.48 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-27-19 The Home Depot #89 | 12.75 | 2,757.23 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot #47 | 108.91 | 2,866.14 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 471 | 231.87 | 3,098.01 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 470 | 252.99 | 3,351.00 |
| 12-30 | POS Credit Adjustment 8787 Transaction 12-28-19 The Home Depot 470 | 396.40 | 3,747.40 |
| 12-30 | Deposit 12-28-19 Becu Seattle WA | 413.60 | 4,161.00 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 McDonald's F13369 Seattle WA | 12.95- | 4,148.05 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 McDonald's F13369 Seattle WA | 16.10- | 4,131.95 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 28.30- | 4,103.65 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 32.14- | 4,071.51 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 Shell Oil 57444961 Seattle WA | 44.93- | 4,026.58 |
| 12-30 | POS Debit- Business Debit Card 8787 12-27-19 The Home Depot #89 Seattle WA | 64.45- | 3,962.13 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot 470 Tukwila WA | 231.87- | 3,730.26 |
| 12-30 | POS Debit- Business Debit Card 8787 12-26-19 International Food Kent WA | 232.93- | 3,497.33 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot 471 Bellevue WA | 292.57- | 3,204.76 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot #89 Seattle WA | 372.83- | 2,831.93 |
| 12-30 | POS Debit- Business Debit Card 8787 12-28-19 The Home Depot 470 Tukwila WA | 534.09- | 2,297.84 |
| 12-31 | POS Credit Adjustment 8787 Transaction 12-29-19 The Home Depot #47 | 46.22 | 2,344.06 |
| 12-31 | POS Credit Adjustment 8787 Transaction 12-29-19 The Home Depot 473 | 83.26 | 2,427.32 |

DOJ-01-0000002610



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #89 Seattle WA | 52.61- | 2,374.71 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #89 Seattle WA | 92.61- | 2,282.10 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot #47 Seattle WA | 190.23- | 2,091.87 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot 470 Seattle WA | 253.23- | 1,838.64 |
| 12-31 | POS Debit- Business Debit Card 8787 12-29-19 The Home Depot 470 Seattle WA | 292.87- | 1,545.77 |
| 12-31 | Dividend | 0.12 | 1,545.89 |
| 12-31 | **Ending Balance** | | **1,545.89** |

*Average Daily Balance - Current Cycle: $2,790.27*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 12-11 | ACH | 82.04 | 12-23 | POS | 10.78 |
| 12-11 | ACH | 104.74 | 12-23 | POS | 10.78 |
| 12-11 | ACH | 132.76 | 12-23 | POS | 11.97 |
| 12-11 | ACH | 263.85 | 12-23 | POS | 19.80 |
| 12-02 | POS | 79.81 | 12-23 | POS | 21.96 |
| 12-02 | POS | 83.58 | 12-23 | POS | 22.94 |
| 12-02 | POS | 124.00 | 12-23 | POS | 24.97 |
| 12-02 | POS | 238.70 | 12-23 | POS | 51.37 |
| 12-02 | POS | 2.29 | 12-23 | POS | 108.35 |
| 12-02 | POS | 4.00 | 12-23 | POS | 112.70 |
| 12-02 | POS | 15.96 | 12-23 | POS | 144.87 |
| 12-02 | POS | 26.51 | 12-23 | POS | 292.30 |
| 12-03 | POS | 86.88 | 12-24 | POS | 16.10 |
| 12-03 | POS | 89.69 | 12-24 | POS | 46.17 |
| 12-03 | POS | 2.15 | 12-24 | POS | 79.34 |
| 12-03 | POS | 2.61 | 12-24 | POS | 255.23 |
| 12-03 | POS | 17.82 | 12-24 | POS | 355.12 |
| 12-03 | POS | 74.17 | 12-26 | POS | 12.95 |
| 12-04 | POS | 100.66 | 12-26 | POS | 14.25 |
| 12-05 | POS | 23.95 | 12-26 | POS | 145.00 |
| 12-06 | POS | 3.45 | 12-26 | POS | 201.91 |
| 12-09 | POS | 40.04 | 12-26 | POS | 296.30 |
| 12-09 | POS | 334.50 | 12-30 | POS | 12.95 |
| 12-09 | POS | 4.61 | 12-30 | POS | 16.10 |
| 12-16 | POS | 4.28 | 12-30 | POS | 28.30 |
| 12-16 | POS | 10.78 | 12-30 | POS | 32.14 |
| 12-16 | POS | 25.08 | 12-30 | POS | 44.93 |
| 12-16 | POS | 59.55 | 12-30 | POS | 64.45 |
| 12-16 | POS | 99.95 | 12-30 | POS | 231.87 |
| 12-16 | POS | 181.87 | 12-30 | POS | 232.93 |
| 12-16 | POS | 222.29 | 12-30 | POS | 292.57 |
| 12-17 | POS | 227.14 | 12-30 | POS | 372.83 |
| 12-18 | POS | 28.66 | 12-30 | POS | 534.09 |
| 12-18 | POS | 106.03 | 12-31 | POS | 52.61 |
| 12-18 | POS | 191.20 | 12-31 | POS | 92.61 |
| 12-19 | POS | 255.84 | 12-31 | POS | 190.23 |
| 12-20 | POS | 23.49 | 12-31 | POS | 253.23 |
| 12-20 | POS | 50.28 | 12-31 | POS | 292.87 |
| 12-20 | POS | 52.91 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 69.21 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 77.78 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 110.74 | 12-12 | ACH | REVERSED |
| 12-20 | POS | 132.52 | 12-06 | 000160 - Check | 550.00 |
| 12-23 | POS | 7.91 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-01 | Beginning Balance | | 41.36 |
| 12-02 | eDeposit-Svc Fee | 1.00- | 40.36 |
| 12-03 | Transfer To Checking | 35.36- | 5.00 |
| 12-31 | **Ending Balance** | | **5.00** |

DOJ-01-0000002611

Page 6 of 6


**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002612

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JMA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1,545.89 | $1,275.35 | $2,722.95 | $98.29 | $0.05 |
| **Mbr Business Savings** 3037417528 | $5.00 | $500.06 | $1.00 | $504.06 | $0.06 |
| **Totals** | **$1,550.89** | **$1,775.41** | **$2,723.95** | **$602.35** | **$0.11** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 1,545.89 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤  ☐

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002613



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-02 | POS Credit Adjustment 8787 Transaction 12-30-19 The Home Depot 894 | 651.85 | 2,197.74 |
| 01-02 | Deposit - ACH Paid From Noridian Waorak Hcclaimpmt 010220 | 93.43 | 2,291.17 |
| 01-07 | POS Debit- Business Debit Card 8787 01-06-20 Advancedmd Https://Www.A UT | 334.50- | 1,956.67 |
| 01-10 | POS Debit- Business Debit Card 8787 01-09-20 Gensco-Seattle 253-926-2093 WA | 40.78- | 1,915.89 |
| 01-13 | POS Debit- Business Debit Card 8787 01-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,815.94 |
| 01-13 | POS Debit- Business Debit Card 8787 01-10-20 Sunbelt Rentals 11 Seattle WA | 462.38- | 1,353.56 |
| 01-14 | POS Debit- Business Debit Card 8787 01-13-20 Sunbelt Rentals 11 Seattle WA | 17.29- | 1,336.27 |
| 01-14 | Transfer To Shares<br>Eric R Shibley MD Pllc | 500.00- | 836.27 |
| 01-16 | Dispute - Permanent Refund | 17.29 | 853.56 |
| 01-16 | Dispute - Temp Credit | 462.38 | 1,315.94 |
| 01-17 | POS Debit- Business Debit Card 8787 01-16-20 Bartell Drug 66-LA Seattle WA | 33.33- | 1,282.61 |
| 01-21 | POS Credit Adjustment 8787 Transaction 01-18-20 The Home Depot #47 | 14.93 | 1,297.54 |
| 01-21 | POS Debit - Business Debit Card 8787 Transaction 01-18-20 0805/202105 Sees<br>Candy Tukwila WA | 12.46- | 1,285.08 |
| 01-21 | POS Debit- Business Debit Card 8787 01-20-20 McDonald's F13369 Seattle WA | 18.01- | 1,267.07 |
| 01-21 | POS Debit- Business Debit Card 8787 01-19-20 Shell Oil 57444961 Seattle WA | 20.00- | 1,247.07 |
| 01-21 | POS Debit- Business Debit Card 8787 01-17-20 Arco#07155Arco #07 Seattle WA | 20.10- | 1,226.97 |
| 01-21 | POS Debit- Business Debit Card 8787 01-19-20 Shell Oil 57444961 Seattle WA | 22.67- | 1,204.30 |
| 01-21 | POS Debit- Business Debit Card 8787 01-21-20 Chevron 0200587 Puyallup WA | 30.04- | 1,174.26 |
| 01-21 | POS Debit- Business Debit Card 8787 01-17-20 The Home Depot #89 Seattle WA | 88.38- | 1,085.88 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 The Home Depot 470 Seattle WA | 100.00- | 985.88 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 The Home Depot #89 Seattle WA | 141.97- | 843.91 |
| 01-21 | POS Debit- Business Debit Card 8787 01-18-20 International Food Kent WA | 197.13- | 646.78 |
| 01-21 | POS Debit- Business Debit Card 8787 01-20-20 Tmobile*auto Pay 800-937-8997 WA | 214.83- | 431.95 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 McDonald's F13369 Seattle WA | 6.78- | 425.17 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 McDonald's F13369 Seattle WA | 11.75- | 413.42 |
| 01-22 | POS Debit- Business Debit Card 8787 01-21-20 Chevron 0090636 Seattle WA | 19.86- | 393.56 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>-- -- -- | | HOME TELEPHONE NUMBER<br>(      ) | | DAYTIME TELEPHONE NUMBER<br>(      ) |

DOJ-01-0000002614

Page 3 of 4



NAVY FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-23 | POS Debit- Business Debit Card 8787 01-22-20 Ochar Thai Cuisine Issaquah WA | 21.65- | 371.91 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Sq *justus Cafe Seattle WA | 4.84- | 367.07 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 354.12 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 Best Meats Kent WA | 16.06- | 338.06 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 Mr Gyros Wallingfo Seattle WA | 17.70- | 320.36 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Shell Oil 57444961 Seattle WA | 20.38- | 299.98 |
| 01-27 | POS Debit- Business Debit Card 8787 01-25-20 King County Dja Seattle WA | 25.49- | 274.49 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 Attorney's Informa Seattle WA | 31.00- | 243.49 |
| 01-27 | POS Debit- Business Debit Card 8787 01-26-20 Safeway #1062 Seattle WA | 45.14- | 198.35 |
| 01-27 | POS Debit- Business Debit Card 8787 01-24-20 King CO Law Libry Seattle WA | 60.00- | 138.35 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-20 Shell Oil 57444961 Seattle WA | 8.76- | 129.59 |
| 01-28 | POS Debit- Business Debit Card 8787 01-26-20 Shell Oil 57444961 Seattle WA | 29.88- | 99.71 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-20 McDonald's F13369 Seattle WA | 7.47- | 92.24 |
| 01-29 | POS Debit- Business Debit Card 8787 01-28-20 Safeway #1062 Seattle WA | 29.42- | 62.82 |
| 01-30 | POS Credit Adjustment 8787 Transaction 01-28-20 The Home Depot #89 | 35.42 | 98.24 |
| 01-31 | Dividend | 0.05 | 98.29 |
| **01-31** | **Ending Balance** | | **98.29** |

*Average Daily Balance - Current Cycle: $1,190.40*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 01-07 | POS | 334.50 | 01-22 | POS | 6.78 |
| 01-10 | POS | 40.78 | 01-22 | POS | 11.75 |
| 01-13 | POS | 99.95 | 01-22 | POS | 19.86 |
| 01-13 | POS | 462.38 | 01-23 | POS | 21.65 |
| 01-14 | POS | 17.29 | 01-27 | POS | 4.84 |
| 01-17 | POS | 33.33 | 01-27 | POS | 12.95 |
| 01-21 | POS | 12.46 | 01-27 | POS | 16.06 |
| 01-21 | POS | 18.01 | 01-27 | POS | 17.70 |
| 01-21 | POS | 20.00 | 01-27 | POS | 20.38 |
| 01-21 | POS | 20.10 | 01-27 | POS | 25.49 |
| 01-21 | POS | 22.67 | 01-27 | POS | 31.00 |
| 01-21 | POS | 30.04 | 01-27 | POS | 45.14 |
| 01-21 | POS | 88.38 | 01-27 | POS | 60.00 |
| 01-21 | POS | 100.00 | 01-28 | POS | 8.76 |
| 01-21 | POS | 141.97 | 01-28 | POS | 29.88 |
| 01-21 | POS | 197.13 | 01-29 | POS | 7.47 |
| 01-21 | POS | 214.83 | 01-29 | POS | 29.42 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 5.00 |
| 01-02 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 01-14 | Transfer From Chk/MMSA | 500.00 | 504.00 |
| | Eric R Shibley MD Pllc | | |
| 01-31 | Dividend | 0.06 | 504.06 |
| **01-31** | **Ending Balance** | | **504.06** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002615

Page 4 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

• The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
• We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
• You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
• If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002616

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000FME90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $98.29 | $467.89 | $566.18 | $0.00 | $0.05 |
| **Mbr Business Savings** 3037417528 | $504.06 | $0.03 | $497.36 | $6.73 | $0.09 |
| **Totals** | **$602.35** | **$467.92** | **$1,063.54** | **$6.73** | **$0.14** |

## Checking
**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 98.29 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002617



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-03 | POS Debit- Business Debit Card 8787 02-01-20 Taqueria El Rincon Seattle WA | 7.50- | 90.79 |
| 02-03 | POS Debit- Business Debit Card 8787 02-02-20 McDonald's F13369 Seattle WA | 8.12- | 82.67 |
| 02-05 | ATM Withdrawal 02-04-20 Becu Tukwila WA | 40.00- | 42.67 |
| 02-05 | POS Debit- Business Debit Card 8787 02-03-20 Starbucks Store 57 Bremerton WA | 3.43- | 39.24 |
| 02-05 | POS Debit- Business Debit Card 8787 02-03-20 Wsferries-Bremerto Seattle WA | 15.75- | 23.49 |
| 02-06 | POS Credit Adjustment 8787 Transaction 02-04-20 The Home Depot #47 | 6.57 | 30.06 |
| 02-06 | POS Credit Adjustment 8787 Transaction 02-04-20 The Home Depot #47 | 15.40 | 45.46 |
| 02-07 | POS Credit Adjustment 8787 Transaction 02-05-20 The Home Depot #47 | 9.56 | 55.02 |
| 02-10 | Transfer From Shares | 407.36 | 462.38 |
| 02-10 | Dispute - Temp Credit Reversal | 462.38- | 0.00 |
| 02-12 | Transfer From Shares | 29.00 | 29.00 |
| 02-12 | Returned Item Fee 158 | 29.00- | 0.00 |
| **02-29** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $20.54*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-03 | POS | 7.50 | 02-05 | POS | 15.75 |
| 02-03 | POS | 8.12 | 02-05 | ATMO | 40.00 |
| 02-05 | POS | 3.43 | | | |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 504.06 |
| 02-03 | eDeposit-Svc Fee | 1.00- | 503.06 |
| 02-10 | Transfer To Checking | 407.36- | 95.70 |



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>--   --   -- | HOME TELEPHONE NUMBER<br>(    ) | | DAYTIME TELEPHONE NUMBER<br>(    ) | |

DOJ-01-0000002618



**NAVY FEDERAL Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Mbr Business Savings - 3037417528** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-10 | Withdrawal By Cash 02-09-20 Becu Tukwila WA | 60.00- | 35.70 |
| 02-12 | Transfer To Checking | 29.00- | 6.70 |
| 02-28 | Dividend | 0.03 | 6.73 |
| **02-29** | **Ending Balance** | | **6.73** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: navyfederal.org.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002619

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MQA90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $0.00 | $0.00 | $0.00 | $0.00 | $0.05 |
| **Mbr Business Savings** 3037417528 | $6.73 | $0.00 | $1.00 | $5.73 | $0.09 |
| **Totals** | **$6.73** | **$0.00** | **$1.00** | **$5.73** | **$0.14** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 0.00 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002620



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| | No Transactions This Period | | |
| 03-31 | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $0.00*

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-01 | Beginning Balance | | 6.73 |
| 03-02 | eDeposit-Svc Fee | 1.00- | 5.73 |
| 03-31 | **Ending Balance** | | **5.73** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002621

Page 3 of 3



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/20 - 03/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002622

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000AMP90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $0.00 | $982.11 | $840.00 | $142.11 | $0.06 |
| **Mbr Business Savings** 3037417528 | $5.73 | $3,200.13 | $2,761.00 | $444.86 | $0.22 |
| **Totals** | **$5.73** | **$4,182.24** | **$3,601.00** | **$586.97** | **$0.28** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 0.00 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

405704150997230374175280000000000000000000000000000000

DOJ-01-0000002623



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-08 | Transfer From Checking | 600.00 | 600.00 |
|  | Es1 LLC |  |  |
| 04-08 | Transfer To Checking | 500.00- | 100.00 |
|  | Eric R Shibley |  |  |
| 04-17 | Deposit - ACH Paid From US Hhs Stimulus Hhspayment 041720 | 382.10 | 482.10 |
| 04-20 | ATM Withdrawal 04-18-20 Becu Seattle WA | 40.00- | 442.10 |
| 04-28 | ATM Withdrawal 04-27-20 Becu Seattle WA | 300.00- | 142.10 |
| 04-30 | Dividend | 0.01 | 142.11 |
| **04-30** | **Ending Balance** |  | **142.11** |

*Average Daily Balance - Current Cycle: $210.31*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 04-20 | ATMO | 40.00 | 04-28 | ATMO | 300.00 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance |  | 5.73 |
| 04-01 | eDeposit-Svc Fee | 1.00- | 4.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 180.00 | 184.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 280.00 | 464.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 340.00 | 804.73 |
| 04-10 | Deposit 04-09-20 Becu Seattle WA | 2,000.00 | 2,804.73 |
| 04-10 | Transfer To Checking | 2,000.00- | 804.73 |
|  | Eric R Shibley |  |  |
| 04-22 | Deposit 04-21-20 Becu Seattle WA | 400.00 | 1,204.73 |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) |  |  |  |  |
| CITY |  | STATE | ZIP CODE |  |
| SIGNATURE OF NAVY FEDERAL MEMBER |  |  |  |  |
| EFFECTIVE DATE (MO., DAY, YR.)<br>--    --    -- | HOME TELEPHONE NUMBER<br>(        ) |  |  | DAYTIME TELEPHONE NUMBER<br>(        ) |

DOJ-01-0000002624



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/20 - 04/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Mbr Business Savings - 3037417528
(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-28 | Withdrawal By Cash 04-27-20 Becu Tukwila WA | 200.00- | 1,004.73 |
| 04-29 | Withdrawal By Cash 04-28-20 Becu Tukwila WA | 200.00- | 804.73 |
| 04-30 | Withdrawal By Cash 04-30-20 Becu Seattle WA | 60.00- | 744.73 |
| 04-30 | Withdrawal By Cash 04-29-20 Becu Burien WA | 300.00- | 444.73 |
| 04-30 | Dividend | 0.13 | 444.86 |
| **04-30** | **Ending Balance** | | **444.86** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.05 | | |
| CHECKING DIVIDENDS | 0.80 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days that the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit on other Navy Federal Credit Union accounts.

DOJ-01-0000002625

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000MMY90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $142.11 | $107,357.30 | $102,941.83 | $4,557.58 | $0.11 |
| **Mbr Business Savings** 3037417528 | $444.86 | $100,473.27 | $100,901.86 | $16.27 | $11.49 |
| **Totals** | **$586.97** | **$207,830.57** | **$203,843.69** | **$4,573.85** | **$11.60** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 142.11 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057041509972303741752800000000000000000000000000000000000

DOJ-01-0000002626



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-01 | Transfer From Shares | 400.00 | 542.11 |
| 05-04 | POS Credit Adjustment 8787 Transaction 05-01-20 Cash App*cash Out Visa Direct CA | 739.10 | 1,281.21 |
| 05-04 | POS Debit- Business Debit Card 8787 04-30-20 Shell Oil 57445757 Seattle WA | 16.40- | 1,264.81 |
| 05-04 | POS Debit- Business Debit Card 8787 05-03-20 Panda Express #102 Burien WA | 35.48- | 1,229.33 |
| 05-04 | POS Debit- Business Debit Card 8787 05-01-20 Shell Oil 57444961 Seattle WA | 37.11- | 1,192.22 |
| 05-04 | POS Debit- Business Debit Card 8787 05-02-20 Bartell Drug 42-Qu Seattle WA | 39.41- | 1,152.81 |
| 05-04 | POS Debit- Business Debit Card 8787 05-01-20 Cash App*thomas 8774174551 CA | 471.00- | 681.81 |
| 05-05 | POS Debit- Business Debit Card 8787 05-04-20 WA Vehicle Licensi 360-902-7470 WA | 13.65- | 668.16 |
| 05-06 | POS Debit - Business Debit Card 8787 Transaction 05-05-20 Rite Aid Store - 5223 Seattle WA | 47.76- | 620.40 |
| 05-08 | POS Debit- Business Debit Card 8787 05-06-20 The Home Depot #89 Seattle WA | 64.52- | 555.88 |
| 05-11 | Transfer From Checking Eric R Shibley | 1,500.00 | 2,055.88 |
| 05-11 | POS Debit- Business Debit Card 8787 05-09-20 7-Eleven 24404 Seattle WA | 62.46- | 1,993.42 |
| 05-11 | POS Debit- Business Debit Card 8787 05-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,893.47 |
| 05-11 | POS Debit- Business Debit Card 8787 05-09-20 Cash App*thomas 8774174551 CA | 200.00- | 1,693.47 |
| 05-11 | Transfer To Shares | 462.00- | 1,231.47 |
| 05-12 | Deposit - ACH Paid From Chem Bank Loan S ACH 051220 | 100,000.00 | 101,231.47 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 McDonald's F13369 Seattle WA | 10.65- | 101,220.82 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 Les Schwab Tires # Seattle WA | 276.06- | 100,944.76 |
| 05-12 | POS Debit- Business Debit Card 8787 05-11-20 Les Schwab Tires # Seattle WA | 455.23- | 100,489.53 |
| 05-12 | Transfer To Shares | 100,000.00- | 489.53 |
| 05-13 | POS Debit- Business Debit Card 8787 05-12-20 McDonald's F1364 Seattle WA | 7.25- | 482.28 |
| 05-13 | POS Debit- Business Debit Card 8787 05-11-20 Shell Oil 57444026 Seattle WA | 39.17- | 443.11 |
| 05-18 | ATM Withdrawal 05-16-20 Becu Seattle WA | 360.00- | 83.11 |
| 05-19 | Deposit | 218.15 | 301.26 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER |
| -- | -- | ( ) | | ( ) |

DOJ-01-0000002627



Page 3 of 4

**Navy Federal Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 05-21 | POS Debit- Business Debit Card 8787 05-20-20 Tmobile*auto Pay 800-937-8997 WA | 217.46- | 83.80 |
| 05-26 | Transfer From Checking | 4,500.00 | 4,583.80 |
| | Eric R Shibley | | |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Chevron 0301816 Redmond WA | 2.27- | 4,581.53 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Paw*aguilars Farm Sunnyside WA | 7.00- | 4,574.53 |
| 05-29 | POS Debit- Business Debit Card 8787 05-28-20 Paw*aguilars Farm Sunnyside WA | 17.00- | 4,557.53 |
| 05-29 | Dividend | 0.05 | 4,557.58 |
| **05-31** | **Ending Balance** | | **4,557.58** |

*Average Daily Balance - Current Cycle: $1,237.09*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-04 | POS | 16.40 | 05-12 | POS | 10.65 |
| 05-04 | POS | 35.48 | 05-12 | POS | 276.06 |
| 05-04 | POS | 37.11 | 05-12 | POS | 455.23 |
| 05-04 | POS | 39.41 | 05-13 | POS | 7.25 |
| 05-04 | POS | 471.00 | 05-13 | POS | 39.17 |
| 05-05 | POS | 13.65 | 05-21 | POS | 217.46 |
| 05-06 | POS | 47.76 | 05-29 | POS | 2.27 |
| 05-08 | POS | 64.52 | 05-29 | POS | 7.00 |
| 05-11 | POS | 62.46 | 05-29 | POS | 17.00 |
| 05-11 | POS | 99.95 | 05-18 | ATMO | 360.00 |
| 05-11 | POS | 200.00 | | | |

## Savings

### Mbr Business Savings - 3037417528

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 05-01 | Beginning Balance | | 444.86 |
| 05-01 | Transfer To Checking | 400.00- | 44.86 |
| 05-01 | eDeposit-Svc Fee | 1.00- | 43.86 |
| 05-04 | Withdrawal By Cash 05-03-20 Becu Seattle WA | 500.00- | 456.14- |
| 05-11 | Transfer From Checking | 462.00 | 5.86 |
| 05-12 | Transfer From Checking | 100,000.00 | 100,005.86 |
| 05-28 | Withdrawal By Cash 05-27-20 Becu Seattle WA | 500.00- | 99,505.86 |
| 05-28 | Withdrawal By Cash | 50,000.00- | 49,505.86 |
| 05-29 | Withdrawal By Check | 49,500.86- | 5.00 |
| 05-29 | Dividend | 11.27 | 16.27 |
| **05-31** | **Ending Balance** | | **16.27** |

DOJ-01-0000002628



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002629

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JQU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $4,557.58 | $9,567.14 | $14,123.57 | $1.15 | $0.19 |
| **Mbr Business Savings** 3037417528 | $16.27 | $23,000.28 | $23,016.00 | $0.55 | $11.77 |
| **Totals** | **$4,573.85** | **$32,567.42** | **$37,139.57** | **$1.70** | **$11.96** |

## Checking
### Business Checking - 7041509972

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 4,557.58 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057041509972303741752800000000000000000000000000000000

DOJ-01-0000002630



Page 2 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-01 | POS Debit- Business Debit Card 8787 05-29-20 Safeway #1923 Seattle WA | 110.86- | 4,446.72 |
| 06-03 | POS Credit Adjustment 8787 Transaction 06-02-20 Cash App*cash Out Visa Direct CA | 500.00 | 4,946.72 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-20 McDonald's F13369 Seattle WA | 4.61- | 4,942.11 |
| 06-03 | POS Debit- Business Debit Card 8787 06-02-20 Chipotle 2554 Seattle WA | 13.82- | 4,928.29 |
| 06-03 | POS Debit- Business Debit Card 8787 06-01-20 Safeway #1062 Seattle WA | 23.42- | 4,904.87 |
| 06-04 | POS Debit- Business Debit Card 8787 06-03-20 McDonald's F13369 Seattle WA | 10.65- | 4,894.22 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-20 Qfc #5883 Seattle WA | 11.12- | 4,883.10 |
| 06-04 | POS Debit- Business Debit Card 8787 06-02-20 Shell Oil 57444026 Seattle WA | 30.38- | 4,852.72 |
| 06-05 | POS Debit- Business Debit Card 8787 06-04-20 WA Secretary Of ST .WA.Gov WA | 20.00- | 4,832.72 |
| 06-05 | POS Debit- Business Debit Card 8787 06-03-20 Yen Wor Village Seattle WA | 29.71- | 4,803.01 |
| 06-05 | POS Debit- Business Debit Card 8787 06-03-20 Safeway #1062 Seattle WA | 125.30- | 4,677.71 |
| 06-05 | Transfer To Shares | 3,000.00- | 1,677.71 |
| 06-08 | POS Credit Adjustment 8787 Transaction 06-07-20 Cash App*cash Out Visa Direct CA | 220.99 | 1,898.70 |
| 06-08 | POS Debit- Business Debit Card 8787 06-07-20 McDonald's F10755 Seattle WA | 10.71- | 1,887.99 |
| 06-08 | POS Debit- Business Debit Card 8787 06-06-20 McDonald's F13369 Seattle WA | 11.42- | 1,876.57 |
| 06-08 | POS Debit- Business Debit Card 8787 06-06-20 McDonald's F435 Seattle WA | 22.54- | 1,854.03 |
| 06-08 | POS Debit- Business Debit Card 8787 06-05-20 Safeway #1062 Seattle WA | 28.61- | 1,825.42 |
| 06-08 | POS Debit- Business Debit Card 8787 06-04-20 Taco Time West Sea Seattle WA | 29.77- | 1,795.65 |
| 06-08 | POS Debit - Business Debit Card 8787 Transaction 06-20-20 T-Mobile 4755 Fauntler Seattle WA | 160.39- | 1,635.26 |
| 06-09 | POS Debit- Business Debit Card 8787 06-08-20 McDonald's F13369 Seattle WA | 13.60- | 1,621.66 |
| 06-09 | POS Debit- Business Debit Card 8787 06-07-20 Taco Time West Sea Seattle WA | 15.39- | 1,606.27 |
| 06-09 | POS Debit- Business Debit Card 8787 06-08-20 Panda Express #102 Burien WA | 21.89- | 1,584.38 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 11.78- | 1,572.60 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 29.80- | 1,542.80 |
| 06-10 | POS Debit- Business Debit Card 8787 06-09-20 Les Schwab Tires # Seattle WA | 71.55- | 1,471.25 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002631



Page 3 of 5

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #1062 Seattle WA | 86.12- | 1,385.13 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Lowes #00010* Tukwila WA | 131.79- | 1,253.34 |
| 06-10 | POS Debit- Business Debit Card 8787 06-08-20 Safeway #2932 Seattle WA | 212.00- | 1,041.34 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 McDonald's F10755 Seattle WA | 4.76- | 1,036.58 |
| 06-11 | POS Debit - Business Debit Card 8787 Transaction 06-10-20 Dominic's Red Apple MA Seattle WA | 10.38- | 1,026.20 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 Panda Express #102 Burien WA | 10.73- | 1,015.47 |
| 06-11 | POS Debit- Business Debit Card 8787 06-09-20 McDonald's F13369 Seattle WA | 26.68- | 988.79 |
| 06-11 | POS Debit- Business Debit Card 8787 06-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 888.84 |
| 06-12 | POS Debit- Business Debit Card 8787 06-11-20 McDonald's F13369 Seattle WA | 4.61- | 884.23 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 Krispy Kreme #1115 Seattle WA | 7.95- | 876.28 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 McDonald's F472 Seattle WA | 18.68- | 857.60 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 022 Alki Spud Seattle WA | 22.74- | 834.86 |
| 06-12 | POS Debit- Business Debit Card 8787 06-10-20 Shell Oil 57444026 Seattle WA | 46.27- | 788.59 |
| 06-15 | POS Credit Adjustment 8787 Transaction 06-13-20 Cash App*cash Out Visa Direct CA | 233.40 | 1,021.99 |
| 06-17 | POS Debit- Business Debit Card 8787 06-16-20 McDonald's F13369 Seattle WA | 11.42- | 1,010.57 |
| 06-18 | ATM Withdrawal 06-17-20 Becu Tukwila WA | 120.00- | 890.57 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 76 - Millennium Pe Seatac WA | 8.66- | 881.91 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 McDonald's F13369 Seattle WA | 11.85- | 870.06 |
| 06-18 | POS Debit- Business Debit Card 8787 06-17-20 Burger King #6972 Seattle WA | 13.48- | 856.58 |
| 06-18 | POS Debit- Business Debit Card 8787 06-16-20 Tram`s Salon Seattle WA | 70.00- | 786.58 |
| 06-19 | Deposit | 6,112.67 | 6,899.25 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 1.93- | 6,897.32 |
| 06-19 | POS Debit- Business Debit Card 8787 06-18-20 McDonald's F13369 Seattle WA | 9.22- | 6,888.10 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 12.55- | 6,875.55 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 Starbucks Store 24 Seattle WA | 41.23- | 6,834.32 |
| 06-19 | POS Debit- Business Debit Card 8787 06-17-20 The Home Depot #89 Seattle WA | 157.81- | 6,676.51 |
| 06-22 | Transfer From Shares | 2,500.00 | 9,176.51 |
| 06-22 | Withdrawal By Check | 8,000.00- | 1,176.51 |
| 06-22 | POS Debit- Business Debit Card 8787 06-21-20 McDonald's F13369 Seattle WA | 27.03- | 1,149.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-18-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,119.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-19-20 Practice Fusion 415-346-7700 CA | 109.00- | 1,010.48 |
| 06-22 | POS Debit- Business Debit Card 8787 06-18-20 The Home Depot #47 Seattle WA | 164.24- | 846.24 |
| 06-22 | POS Debit- Business Debit Card 8787 06-19-20 Les Schwab Tires # Seattle WA | 179.89- | 666.35 |
| 06-22 | POS Debit- Business Debit Card 8787 06-20-20 Tmobile*auto Pay 800-937-8997 WA | 219.51- | 446.84 |
| 06-22 | POS Debit- Business Debit Card 8787 06-20-20 Staples Seattle WA | 277.43- | 169.41 |
| 06-23 | POS Debit- Business Debit Card 8787 06-22-20 Sq *seattle Grand Seattle WA | 29.54- | 139.87 |
| 06-23 | POS Debit- Business Debit Card 8787 06-21-20 The Home Depot #47 Tukwila WA | 130.90- | 8.97 |
| 06-24 | POS Debit- Business Debit Card 8787 06-22-20 McDonald's F472 Seattle WA | 7.90- | 1.07 |
| 06-30 | Dividend | 0.08 | 1.15 |
| **06-30** | **Ending Balance** | | **1.15** |

*Average Daily Balance - Current Cycle: $1,841.87*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-01 | POS | 110.86 | 06-04 | POS | 11.12 |
| 06-03 | POS | 4.61 | 06-04 | POS | 30.38 |
| 06-03 | POS | 13.82 | 06-05 | POS | 20.00 |
| 06-03 | POS | 23.42 | 06-05 | POS | 29.71 |
| 06-04 | POS | 10.65 | 06-05 | POS | 125.30 |

DOJ-01-0000002632



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Items Paid** (Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-08 | POS | 10.71 | 06-12 | POS | 22.74 |
| 06-08 | POS | 11.42 | 06-12 | POS | 46.27 |
| 06-08 | POS | 22.54 | 06-17 | POS | 11.42 |
| 06-08 | POS | 28.61 | 06-18 | POS | 8.66 |
| 06-08 | POS | 29.77 | 06-18 | POS | 11.85 |
| 06-08 | POS | 160.39 | 06-18 | POS | 13.48 |
| 06-09 | POS | 13.60 | 06-18 | POS | 70.00 |
| 06-09 | POS | 15.39 | 06-19 | POS | 1.93 |
| 06-09 | POS | 21.89 | 06-19 | POS | 9.22 |
| 06-10 | POS | 11.78 | 06-19 | POS | 12.55 |
| 06-10 | POS | 29.80 | 06-19 | POS | 41.23 |
| 06-10 | POS | 71.55 | 06-19 | POS | 157.81 |
| 06-10 | POS | 86.12 | 06-22 | POS | 27.03 |
| 06-10 | POS | 131.79 | 06-22 | POS | 30.00 |
| 06-10 | POS | 212.00 | 06-22 | POS | 109.00 |
| 06-11 | POS | 4.76 | 06-22 | POS | 164.24 |
| 06-11 | POS | 10.38 | 06-22 | POS | 179.89 |
| 06-11 | POS | 10.73 | 06-22 | POS | 219.51 |
| 06-11 | POS | 26.68 | 06-22 | POS | 277.43 |
| 06-11 | POS | 99.95 | 06-23 | POS | 29.54 |
| 06-12 | POS | 4.61 | 06-23 | POS | 130.90 |
| 06-12 | POS | 7.95 | 06-24 | POS | 7.90 |
| 06-12 | POS | 18.68 | 06-18 | ATMO | 120.00 |

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-01 | Beginning Balance | | 16.27 |
| 06-01 | eDeposit-Svc Fee | 1.00- | 15.27 |
| 06-05 | Transfer From Checking | 3,000.00 | 3,015.27 |
| 06-05 | Transfer To Checking | 3,000.00- | 15.27 |
| | Eric R Shibley | | |
| 06-22 | Deposit | 20,000.00 | 20,015.27 |
| 06-24 | Sav Adjustment - DR | 15.00- | 20,000.27 |
| 06-24 | Sav Adjustment - DR | 20,000.00- | 0.27 |
| 06-30 | Dividend | 0.28 | 0.55 |
| **06-30** | **Ending Balance** | | **0.55** |

DOJ-01-0000002633



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002634

Page 1 of 4



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000JML90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7041509972 | $1.15 | $31,387.19 | $31,388.34 | $0.00 | $0.45 |
| 7107007721 | $0.00 | $4,263.03 | $3,094.68 | $1,168.35 | $0.01 |
| **Mbr Business Savings** 3037417528 | $0.55 | $5.45 | $1.00 | $5.00 | $11.77 |
| **Totals** | **$1.70** | **$35,655.67** | **$34,484.02** | **$1,173.35** | **$12.23** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 7107007721 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | TOTAL | | |

4057041509972710700772130374175280000000000000000000000

DOJ-02-0000008198

Page 2 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | Beginning Balance | | 1.15 |
| 07-01 | Deposit - ACH Paid From Sbad Treas 310 Misc Pay 070120 | 30,900.00 | 30,901.15 |
| 07-06 | Deposit | 70.00 | 30,971.15 |
| 07-06 | POS Debit- Business Debit Card 8787 07-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 30,862.15 |
| 07-06 | Transfer To Shares | 5.45- | 30,856.70 |
| 07-06 | Cash Withdrawal | 8,000.00- | 22,856.70 |
| 07-07 | Cash Withdrawal | 12,000.00- | 10,856.70 |
| 07-07 | Check 4 | 10,000.00- | 856.70 |
| 07-09 | eDeposit-Scan/Mobile 000000101616687 | 416.93 | 1,273.63 |
| 07-09 | POS Debit- Business Debit Card 8787 07-06-20 The Home Depot #89 Seattle WA | 28.95- | 1,244.68 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 McDonald's F13369 Seattle WA | 6.80- | 1,237.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jack In The Box 84 Tukwila WA | 13.73- | 1,224.15 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Arco#07045Arco #07 Seattle WA | 30.19- | 1,193.96 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jaes Asian Bistro Seattle WA | 39.08- | 1,154.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,054.93 |
| 07-13 | Paid To - Capital One Online Pmt Chk 5140551 | 39.00- | 1,015.93 |
| 07-16 | POS Debit- Business Debit Card 8787 07-15-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,002.98 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 Jack IN The Box 84 Tukwila WA | 15.70- | 987.28 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 The Home Depot #47 Tukwila WA | 218.10- | 769.18 |
| 07-20 | POS Debit- Business Debit Card 8787 07-17-20 The Home Depot #89 Seattle WA | 255.19- | 513.99 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 McDonald's F13369 Seattle WA | 6.80- | 507.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-19-20 Shell Oil 57444026 Seattle WA | 30.00- | 477.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 Tmobile*auto Pay 800-937-8997 WA | 381.96- | 95.23 |
| 07-21 | Transfer To Checking | 0.26- | 94.97 |
| | Eric R Shibley MD Pllc | | |
| 07-21 | Transfer To Checking | 95.23- | 0.26- |
| | Eric R Shibley MD Pllc | | |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE |
|------|-------|----------|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|-----------------------|--------------------------|
| —     —     | (          ) | (          ) |

DOJ-02-0000008199

Page 3 of 4



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Business Checking - 7041509972                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-21 | Dividend | 0.26 | 0.00 |
| **07-31** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $6,181.55*
Account Closed

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-13 | ACH | 39.00 | 07-16 | POS | 12.95 |
| 07-06 | POS | 109.00 | 07-20 | POS | 15.70 |
| 07-09 | POS | 28.95 | 07-20 | POS | 218.10 |
| 07-13 | POS | 13.73 | 07-20 | POS | 255.19 |
| 07-13 | POS | 30.19 | 07-21 | POS | 6.80 |
| 07-13 | POS | 39.08 | 07-21 | POS | 30.00 |
| 07-13 | POS | 99.95 | 07-21 | POS | 381.96 |
| 07-13 | POS | 6.80 | 07-07 | 000004  -  Check | 10,000.00 |

## Business Checking - 7107007721

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-21 | Beginning Balance | | 0.00 |
| 07-21 | Transfer From Checking | 0.26 | 0.26 |
| | Eric R Shibley MD Pllc | | |
| 07-21 | Transfer From Checking | 95.23 | 95.49 |
| | Eric R Shibley MD Pllc | | |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-20 White Center CO, I | 17.53 | 113.02 |
| 07-24 | POS Debit- Business Debit Card 8787 07-22-20 White Center CO, I Seattle WA | 32.22- | 80.80 |
| 07-27 | POS Debit- Business Debit Card 8787 07-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 67.85 |
| 07-28 | Deposit 07-27-20 Becu Tukwila WA | 750.00 | 817.85 |
| 07-29 | Transfer To Checking | 3,000.00- | 2,182.15- |
| | Eric R Shibley | | |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 317.85 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 817.85 |
| 07-30 | eDeposit-Scan/Mobile 000000102703755 | 400.00 | 1,217.85 |
| 07-30 | POS Debit- Business Debit Card 8787 07-29-20 Starbucks Store 00 Seattle WA | 11.56- | 1,206.29 |
| 07-30 | POS Debit- Business Debit Card 8787 07-28-20 Gyro Heroes Seattle WA | 37.95- | 1,168.34 |
| 07-31 | Dividend | 0.01 | 1,168.35 |
| **07-31** | **Ending Balance** | | **1,168.35** |

*Average Daily Balance - Current Cycle: $142.64*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-24 | POS | 32.22 | 07-30 | POS | 11.56 |
| 07-27 | POS | 12.95 | 07-30 | POS | 37.95 |

DOJ-02-0000008200

Page 4 of 4



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

# Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 0.55 |
| 07-01 | eDeposit-Svc Fee | 1.00- | 0.45- |
| 07-06 | Transfer From Checking | 5.45 | 5.00 |
| **07-31** | **Ending Balance** | | **5.00** |

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008201

**NAVY FEDERAL Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

#BWNLLSV
#000000P6Y6XXQ1A9#000AMU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7107007721 | $1,168.35 | $2,567.81 | $1,818.97 | $1,917.19 | $0.04 |
| **Mbr Business Savings** 3037417528 | $5.00 | $2,550.11 | $1.00 | $2,554.11 | $11.88 |
| **Totals** | **$1,173.35** | **$5,117.92** | **$1,819.97** | **$4,471.30** | **$11.92** |

## Checking
### Business Checking - 7107007721

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 1,168.35 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7107007721 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057107007721303741752800000000000000000000000000000007

DOJ-02-0000008202



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

## Business Checking - 7107007721 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-03 | POS Debit- Business Debit Card 8787 08-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 1,059.35 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 All-Star Auto Glas 206-255-7827 WA | 362.23- | 697.12 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 Puget Sound Energy 888-225-5773 WA | 513.47- | 183.65 |
| 08-07 | POS Credit Adjustment 8787 Transaction 08-06-20 Lowes #00010* | 67.78 | 251.43 |
| 08-11 | POS Debit- Business Debit Card 8787 08-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 151.48 |
| 08-18 | Transfer To Shares | 50.00- | 101.48 |
| 08-21 | Deposit | 1,000.00 | 1,101.48 |
| 08-25 | POS Debit- Business Debit Card 8787 08-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,088.53 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 1,500.00 | 2,588.53 |
| 08-28 | POS Debit- Business Debit Card 8787 08-26-20 The Home Depot #47 Seattle WA | 113.84- | 2,474.69 |
| 08-31 | POS Debit- Business Debit Card 8787 08-28-20 The Ups Store 2356 Seattle WA | 10.00- | 2,464.69 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 58.85- | 2,405.84 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 488.68- | 1,917.16 |
| 08-31 | Dividend | 0.03 | 1,917.19 |
| **08-31** | **Ending Balance** | | **1,917.19** |

*Average Daily Balance - Current Cycle: $821.11*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 08-03 | POS | 109.00 | 08-28 | POS | 113.84 |
| 08-03 | POS | 362.23 | 08-31 | POS | 10.00 |
| 08-03 | POS | 513.47 | 08-31 | POS | 58.85 |
| 08-11 | POS | 99.95 | 08-31 | POS | 488.68 |
| 08-25 | POS | 12.95 | | | |



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|

ADDRESS (NO. STREET)

CITY     STATE     ZIP CODE

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)   HOME TELEPHONE NUMBER   DAYTIME TELEPHONE NUMBER

DOJ-02-0000008203

Page 3 of 3



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 5.00 |
| 08-03 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 08-18 | Transfer From Checking | 50.00 | 54.00 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 2,500.00 | 2,554.00 |
| 08-31 | Dividend | 0.11 | 2,554.11 |
| **08-31** | **Ending Balance** | | **2,554.11** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008204

(Page 1 of 27)



For Office Use Only

Business Access No. _____
Business Savings No. _____
Business Checking No. _____

## Navy Federal®
## Business Services Membership Application

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch*

Name of Business: **ERIC R SHIBLEY PL.L.L**
DBA Name
Cannot be a
Post Office Box

Tax ID No. (EIN or SSN) **7052**
Business Phone No. **615-555-6485**
Alternate Phone No.

Physical Address of Business: Street **4925 Meridian Ave N. #6 Tulalip**   City   State **WA**   Zip Code **98271**
(If Different
from Above Address)
Mailing Address of Business: Street **Same as above**   City   State   Zip Code
(If Any)
List all additional locations of Business: Street   City   State   Zip Code

Business Email Address **shibleenyc@yahoo.com**   Web Site Address   Date Business Established (Mo., Day, Yr.)
Source of Funds to Open Account:  ☐ Personal Savings  ☒ Business Income  ☐ Business Investment from Third Party  ☐ Other _____
*Attach a separate sheet for additional Business locations.

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*
Legal Structure of Business
☐ Sole Proprietorship _____   Partnership: General _____ Limited _____   Corporation _____   Limited Liability Company (LLC) ☒
Required (two of the following):    Required:    Required:    Required:
☐ Business License    ☐ Partnership Agreement    ☐ Articles of Incorporation    ☒ Articles of Organization
☐ Trade Name Certificate    and one of the following:    and one of the following:    and one of the following:
☐ Sales Tax Certificate    ☐ Registered Business Entity Proof    ☐ Legal Proof of Ownership    ☒ Legal Proof of Ownership
☐ Sellers Permit    ☐ Federal Tax ID Number (TIN) Letter    ☐ Federal Tax ID Number (TIN) Letter    ☒ Federal Tax ID Number (TIN) Letter
☐ Federal Tax ID Number (TIN) Letter    Other _____

**Business Details** *Required information. Entire section must be completed or account may be restricted.*
Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume. **None**
☐ Money Orders $ _____   ☐ Check Cashing $ _____   ☐ Money Transmission $ _____
☐ Traveler's Checks $ _____   ☐ Currency Dealing or Exchange $ _____   ☐ Gift Cards $ _____

Is your Business any of the following? *(Check all that apply.)* **None**
☐ Finance & Insurance   ☐ Food Services _____   ☐ Retail _____   ☐ Transportation _____
☐ Money Services Business (MSB)   ☐ Restaurant   ☐ Consulting _____   ☐ Parking Garage
☐ Legal Service Provider   ☐ Liquor Store   ☐ Construction   ☐ Cigarette Distributor
☐ Real Estate   ☐ Convenience Store   ☐ Administrative Services   ☐ Internet gambling
☐ Privately Owned ATM   ☐ Vending Machine Operator   ☐ Charity or Non-Governmental Organization (NGO)   ☐ Other _____

Describe the nature of your Business **Physician / Medical care Provider**   NAICS Code

Estimated annual sales/revenue
☐ Less than $100,000   ☒ $100,000 – $500,000   ☐ $500,000 – $1,000,000   ☐ $1,000,000 – $3,000,000   ☐ Greater than $3,000,000

Anticipated monthly transaction amount
☐ Cash $ _____   ☐ Checks $ **8,000/=**   ☐ ACH Domestic $ _____   ☐ ACH Foreign $ _____
☐ Wire Domestic $ _____   ☐ Wire Foreign $ _____   ☐ Debit/Credit Cards $ _____

Business' primary trade area *(Check all that apply.)*   Do you have accounts for this Business with an institution other than Navy Federal?
☐ Local Community   ☐ Statewide   ☒ Domestic U.S.   ☐ International   **NO**

Purpose/type of transactions for which your Navy Federal account will be used   Is the Internet a major source of revenue for   How many employees do you have?
☒ Operating/General Purpose  ☐ Escrow Management  ☐ Savings/Investment   your Business? ☐ Yes ☒ No   **0**

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*
☐ Membership Savings Account** $ _____   ☐ Savings Account $ _____   ☐ Money Market Savings Account $ _____
☐ Basic Checking $ _____   ☐ Plus Checking $ _____   ☐ Jumbo Money Market Savings Account $ _____
(Owner and 1 signer allowed)   (Unlimited signers)
☐ Premium Checking $ _____   **A Membership Savings Account with minimum deposit of $5 is **required** for all Partnerships, LLCs, and Corporations.
(Unlimited signers)   By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.

Page 1 of 4

© 2012 Navy Federal
NFCU 978eq (8-12)

NAICS Code **62111**   Emp. No. **9102**   SOB Code **ELW**



Navy Federal Credit Union
**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 131**
**Admitted** _____

06/05/2020

**DOJ-01-0000002453**

(Page 2  of  27)

**Business Owner's Information** *If there is a Co-Owner, please complete Authorized Signers' boxes below*

Primary Owner's Name: First  *Eric*   MI  *R*   Last  *Shibley*   Suffix   Date of Birth *(Mo., Day, Yr.)*   Social Security No. *(ITIN)* ▮▮▮▮ *9052*

☐ Yes  ☐ No   *(If no, copy of ID and completion of the Additional*   ☐ Yes  ☐ No
Current Member?   *Business Owner Information section required.)*   If Yes, Give Access No.   Title   Issue Business Check Card?

**Business Owner's Additional Information** *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information*

Eligibility Category:

☐ Military   ☐ Navy   ☐ Marine Corps.   ☐ Army   ☐ Air Force   ☐ Civilian   ☐ DoD   ☐ Contractor   ☐ U.S. Government   ☐ Navy Federal Employee

☒ Family   *Tina M. Shibley*
   Name of Member through whom you are eligible   Access No.   Relationship

M/F   Owner: First  *Eric*   MI  *R*   Last  *Shibley*   Suffix

C urrent Rural   Current Home Address: Street   City   State   Zip Code
Post Office Box

If Different   Mailing Address: Street  *Same*   City   State  *Tulalip WA* ▮   Zip Code
from Above Address

Date of Birth *(Mo., Day, Yr.)*  *6/5-554-6485*   Driver's License or Government-Issued ID No.  *Same*   Expiration Date *(Mo., Day, Yr.)*   U.S. Citizen?  ☒ Yes  ☐ No

Home Phone No.   Office Phone No.   Extension

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information*  *None*

Employer's Name   Employer's Address

Type of Business   Job Title   No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

**Authorized Signers** *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

**Signer 1**

M/F   Signer (1): First   MI   Last   Suffix   Social Security No. *(ITIN)*

☐ Yes  ☐ No   ☐ Yes  ☐ No
Current Member?   If Yes, Give Access No.   Title   Issue Business Check Card?

C urrent Be a
Post Office Box   Current Home Address: Street   City   State   Zip Code

If Different   Mailing Address: Street   City   State   Zip Code
from Above Address

☐ Yes  ☐ No
Date of Birth *(Mo., Day, Yr.)*   Driver's License or Government-Issued ID No.   Expiration Date *(Mo., Day, Yr.)*   U.S. Citizen?

Home Phone No.   Mobile Phone No.   Office Phone No.   Extension

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

Employer's Name   Employer's Address

Type of Business   Job Title   No. of Years

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶
Authorized Signer's Name (1)   Date *(Mo., Day, Yr.)*

**Page 2 of 4**

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

| | |
|---|---|
| ▶ | 03/06/2013 |
| Signature for all Business Types | Date (Mo., Day, Yr.) |

---

## Sole Proprietorship Signature

By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.

| | | |
|---|---|---|
| ▶ | | |
| Signature | Printed Name | Date (Mo., Day, Yr.) |

---

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.

| | | | |
|---|---|---|---|
| ▶ | Eric R. Shibley | Owner | 03/06/2013 |
| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |
| ▶ | | | |
| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |
| ▶ | | | |
| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |
| ▶ | | | |
| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |
| ▶ | | | |
| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

---

## Corporation or Limited Liability Company Information

Please complete company name, date, and sign below.

ERIC R SHIBLEY MD PLLC
Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories. Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatories are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign in connection with said account(s).

This the 6th day of March , 20 13

| | |
|---|---|
| ▶ | |
| | Signature of Secretary or Managing Member |

Page 4 of 4

(Page 4 of 27)

**Authorized Signers** *(Continued)*
**Signer 2**

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|
| *Cannot be a Post Office Box* | | | ☐ Yes ☐ No |

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|
| *If Different from Above Address* | | | |

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (2) | Date *(Mo., Day, Yr.)* |
|---|---|

**Signer 3**

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|
| *Cannot be a Post Office Box* | | | ☐ Yes ☐ No |

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|
| *If Different from Above Address* | | | |

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (3) | Date *(Mo., Day, Yr.)* |
|---|---|

**How Did You Hear About Navy Federal Business Services?**

☐ Web site     ☐ Internet     ☐ TV/Radio     ☐ Coworker or friend     ☐ Employer
☒ Family member     ☐ Newspaper or magazine     ☐ Other

Page 3 of 4

DOJ-01-0000002456

Page 1 of 4

**NAVY FEDERAL Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000JML90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** | | | | | |
| 7041509972 | $1.15 | $31,387.19 | $31,388.34 | $0.00 | $0.45 |
| 7107007721 | $0.00 | $4,263.03 | $3,094.68 | $1,168.35 | $0.01 |
| **Mbr Business Savings** | | | | | |
| 3037417528 | $0.55 | $5.45 | $1.00 | $5.00 | $11.77 |
| **Totals** | **$1.70** | **$35,655.67** | **$34,484.02** | **$1,173.35** | **$12.23** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7041509972 | Checking | | |
| 7107007721 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | TOTAL | | |

4057041509972710700772130374175280000000000000000000000

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 132
Admitted _____

000028

09/29/2020

DOJ-02-0000008198

Page 2 of 4



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Checking

**Business Checking - 7041509972**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 1.15 |
| 07-01 | Deposit - ACH Paid From Sbad Treas 310 Misc Pay 070120 | 30,900.00 | 30,901.15 |
| 07-06 | Deposit | 70.00 | 30,971.15 |
| 07-06 | POS Debit- Business Debit Card 8787 07-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 30,862.15 |
| 07-06 | Transfer To Shares | 5.45- | 30,856.70 |
| 07-06 | Cash Withdrawal | 8,000.00- | 22,856.70 |
| 07-07 | Cash Withdrawal | 12,000.00- | 10,856.70 |
| 07-07 | Check 4 | 10,000.00- | 856.70 |
| 07-09 | eDeposit-Scan/Mobile 000000101616687 | 416.93 | 1,273.63 |
| 07-09 | POS Debit- Business Debit Card 8787 07-06-20 The Home Depot #89 Seattle WA | 28.95- | 1,244.68 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 McDonald's F13369 Seattle WA | 6.80- | 1,237.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jack IN The Box 84 Tukwila WA | 13.73- | 1,224.15 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Arco#07045Arco #07 Seattle WA | 30.19- | 1,193.96 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Jaes Asian Bistro Seattle WA | 39.08- | 1,154.88 |
| 07-13 | POS Debit- Business Debit Card 8787 07-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 1,054.93 |
| 07-13 | Paid To - Capital One Online Pmt Chk 5140551 | 39.00- | 1,015.93 |
| 07-16 | POS Debit- Business Debit Card 8787 07-15-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,002.98 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 Jack IN The Box 84 Tukwila WA | 15.70- | 987.28 |
| 07-20 | POS Debit- Business Debit Card 8787 07-18-20 The Home Depot #47 Tukwila WA | 218.10- | 769.18 |
| 07-20 | POS Debit- Business Debit Card 8787 07-17-20 The Home Depot #89 Seattle WA | 255.19- | 513.99 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 McDonald's F13369 Seattle WA | 6.80- | 507.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-19-20 Shell Oil 57444026 Seattle WA | 30.00- | 477.19 |
| 07-21 | POS Debit- Business Debit Card 8787 07-20-20 Tmobile*auto Pay 800-937-8997 WA | 381.96- | 95.23 |
| 07-21 | Transfer To Checking<br>Eric R Shibley MD Pllc | 0.26- | 94.97 |
| 07-21 | Transfer To Checking<br>Eric R Shibley MD Pllc | 95.23- | 0.26- |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-02-0000008199

Page 3 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7041509972**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-21 | Dividend | 0.26 | 0.00 |
| **07-31** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $6,181.55*
Account Closed

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-13 | ACH | 39.00 | 07-16 | POS | 12.95 |
| 07-06 | POS | 109.00 | 07-20 | POS | 15.70 |
| 07-09 | POS | 28.95 | 07-20 | POS | 218.10 |
| 07-13 | POS | 13.73 | 07-20 | POS | 255.19 |
| 07-13 | POS | 30.19 | 07-21 | POS | 6.80 |
| 07-13 | POS | 39.08 | 07-21 | POS | 30.00 |
| 07-13 | POS | 99.95 | 07-21 | POS | 381.96 |
| 07-13 | POS | 6.80 | 07-07 | 000004 - Check | 10,000.00 |

**Business Checking - 7107007721**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-21 | Beginning Balance | | 0.00 |
| 07-21 | Transfer From Checking | 0.26 | 0.26 |
| | Eric R Shibley MD Pllc | | |
| 07-21 | Transfer From Checking | 95.23 | 95.49 |
| | Eric R Shibley MD Pllc | | |
| 07-24 | POS Credit Adjustment 8787 Transaction 07-22-20 White Center CO, I | 17.53 | 113.02 |
| 07-24 | POS Debit- Business Debit Card 8787 07-22-20 White Center CO, I Seattle WA | 32.22- | 80.80 |
| 07-27 | POS Debit- Business Debit Card 8787 07-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 67.85 |
| 07-28 | Deposit 07-27-20 Becu Tukwila WA | 750.00 | 817.85 |
| 07-29 | Transfer To Checking | 3,000.00- | 2,182.15- |
| | Eric R Shibley | | |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 682.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 182.15- |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 317.85 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 817.85 |
| 07-30 | eDeposit-Scan/Mobile 000000102703755 | 400.00 | 1,217.85 |
| 07-30 | POS Debit- Business Debit Card 8787 07-29-20 Starbucks Store 00 Seattle WA | 11.56- | 1,206.29 |
| 07-30 | POS Debit- Business Debit Card 8787 07-28-20 Gyro Heroes Seattle WA | 37.95- | 1,168.34 |
| 07-31 | Dividend | 0.01 | 1,168.35 |
| **07-31** | **Ending Balance** | | **1,168.35** |

*Average Daily Balance - Current Cycle: $142.64*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-24 | POS | 32.22 | 07-30 | POS | 11.56 |
| 07-27 | POS | 12.95 | 07-30 | POS | 37.95 |

DOJ-02-0000008200

Page 4 of 4



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 0.55 |
| 07-01 | eDeposit-Svc Fee | 1.00- | 0.45- |
| 07-06 | Transfer From Checking | 5.45 | 5.00 |
| **07-31** | **Ending Balance** | | **5.00** |

**Disclosure Information**
• The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
• We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
• You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
• If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008201

Page 1 of 3

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6Y6XXQ1A9#000AMU90F
ERIC R SHIBLEY MD PLLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7107007721 | $1,168.35 | $2,567.81 | $1,818.97 | $1,917.19 | $0.04 |
| **Mbr Business Savings** 3037417528 | $5.00 | $2,550.11 | $1.00 | $2,554.11 | $11.88 |
| **Totals** | **$1,173.35** | **$5,117.92** | **$1,819.97** | **$4,471.30** | **$11.92** |

## Checking
### Business Checking - 7107007721

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 1,168.35 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY MD PLLC

6968811

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7107007721 | Checking | | |
| 3037417528 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

40571070077213037417528000000000000000000000000000000007

DOJ-02-0000008202

Page 2 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

**Business Checking - 7107007721**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-03 | POS Debit- Business Debit Card 8787 08-03-20 Practice Fusion 415-346-7700 CA | 109.00- | 1,059.35 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 All-Star Auto Glas 206-255-7827 WA | 362.23- | 697.12 |
| 08-03 | POS Debit- Business Debit Card 8787 07-31-20 Puget Sound Energy 888-225-5773 WA | 513.47- | 183.65 |
| 08-07 | POS Credit Adjustment 8787 Transaction 08-06-20 Lowes #00010* | 67.78 | 251.43 |
| 08-11 | POS Debit- Business Debit Card 8787 08-10-20 Crt*creditrepair.C 800-2326499 UT | 99.95- | 151.48 |
| 08-18 | Transfer To Shares | 50.00- | 101.48 |
| 08-21 | Deposit | 1,000.00 | 1,101.48 |
| 08-25 | POS Debit- Business Debit Card 8787 08-24-20 J2 *metrofax 888-929-4141 CA | 12.95- | 1,088.53 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 1,500.00 | 2,588.53 |
| 08-28 | POS Debit- Business Debit Card 8787 08-26-20 The Home Depot #47 Seattle WA | 113.84- | 2,474.69 |
| 08-31 | POS Debit- Business Debit Card 8787 08-28-20 The Ups Store 2356 Seattle WA | 10.00- | 2,464.69 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 58.85- | 2,405.84 |
| 08-31 | POS Debit - Business Debit Card 8787 Transaction 08-30-20 The Home Depot 8944 Seattle WA | 488.68- | 1,917.16 |
| 08-31 | Dividend | 0.03 | 1,917.19 |
| **08-31** | **Ending Balance** | | **1,917.19** |

*Average Daily Balance - Current Cycle: $821.11*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-03 | POS | 109.00 | 08-28 | POS | 113.84 |
| 08-03 | POS | 362.23 | 08-31 | POS | 10.00 |
| 08-03 | POS | 513.47 | 08-31 | POS | 58.85 |
| 08-11 | POS | 99.95 | 08-31 | POS | 488.68 |
| 08-25 | POS | 12.95 | | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| —     — | (     ) | | (     ) | |

DOJ-02-0000008203



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6968811

**Statement of Account**
For ERIC R SHIBLEY MD PLLC

## Savings

**Mbr Business Savings - 3037417528**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Beginning Balance | | 5.00 |
| 08-03 | eDeposit-Svc Fee | 1.00- | 4.00 |
| 08-18 | Transfer From Checking | 50.00 | 54.00 |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 2,500.00 | 2,554.00 |
| 08-31 | Dividend | 0.11 | 2,554.11 |
| **08-31** | **Ending Balance** | | **2,554.11** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008204

# STATEMENT OF ACCOUNTS



**Rate Changes on Your Statement**
Checking and savings account dividend/interest rates are changing, effective April 29 and May 5, 2020. You can view BECU's current rates at **becu.org/rates**. If you have questions about how rates are set, please visit **becu.org/rate-change.**

Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 04/01/2020 - 04/30/2020                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 04/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.01% dividends from 04/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 133**
**Admitted _____**

**DOJ-01-0000000283**

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 03/01/2020 - 03/31/2020                                         3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.10% dividends from 03/01/20 up to 03/17/20*
*0.05% dividends from 03/17/20*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

*0.05% dividends from 03/01/20 up to 03/17/20*
*0.01% dividends from 03/17/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000284

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 02/01/2020 - 02/29/2020                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 29 day period*          *0.10% dividends from 02/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 29 day period*          *0.05% dividends from 02/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Page 1 of 1
800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000285

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 01/01/2020 - 01/31/2020                                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 01/01/20*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 01/01/20*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328                PO Box 97050
becu.org                    Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000286

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 12/01/2019 - 12/31/2019                    3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 12/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 12/01/19*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000287

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 11/01/2019 - 11/30/2019                                                                          3200953

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 |  |  |  | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 |  |  |  | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings – 3612711495

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.10% dividends from 11/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.60*

### Business Interest Checking – 3614078158

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 11/01/19*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000288

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 10/01/2019 - 10/31/2019

3200953

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3612711536 | 659.77 | (3,093.98) | 2,434.20 | 0.01 | 0.00 |
| Business Interest Checking | 3614078158 | 0.00 | | 26.81 | | 26.81 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 25.00 | 125.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period
Average Daily Balance: $0.00
Year-to-date dividends: $0.60*

*0.10% dividends from 10/01/19*

### Business Interest Checking - 3612711536

*0.03% Annual Percentage Yield Earned for 25 day period
Average Daily Balance: $455.66
Year-to-date dividends: $0.53*

*0.05% dividends from 10/01/19*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 10/04 | 609.88 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000002838 | WAUS |
| 10/04 | 373.61 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000002935 | WAUS |
| 10/08 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000003324 | WAUS |
| 10/08 | 196.54 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478  Trace# 00000000000003325 | WAUS |
| 10/15 | 754.17 | Descriptive Deposit ACH return R29 KABBAGE | |
| 10/25 | 0.01 | Dividend/Interest | |

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000289

Eric R Shibley MD PLLC

Statement Period: 10/01/2019 - 10/31/2019

000000

## Deposit Account Activity (continued)

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 10/04 | (43.00) | Withdrawal Cashiers Check + Fee - Michelle Batistelli |
| 10/07 | (185.00) | POS Withdrawal  ALADDIN BAIL BONDS 005 1000 AVIARA DR STE 3   CARLSBAD       C Machine# 58189037   Trace# 00000000172799855990 |
| 10/09 | (1,900.00) | Withdrawal transfer to the A team savings |
| 10/15 | (754.17) | External Withdrawal KABBAGE  - PAYMENT  211103 |
| 10/15 | (25.00) | NSF  External Withdrawal (Paid)KABBAGE  - PAYMENT  211103 |
| 10/16 | (160.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS Machine# WA033478   Trace# 00000000000000004397 |
| 10/25 | (26.81) | Closeout Withdrawal |

**Business Interest Checking - 3614078158**

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 10/25/19*
*Average Daily Balance: $6.05*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 10/25 | 26.81 | Deposit Closeout Balance from Checking 1536 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000290

## STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 05/01/2020 - 05/31/2020                                    3200953

### Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | | | | 26.81 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

### Deposit Account Activity

#### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.05% dividends from 05/01/20 up to 05/05/20*
*0.02% dividends from 05/05/20*

#### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

*0.01% dividends from 05/01/20*

#### Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

#### Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006819

# STATEMENT OF ACCOUNTS



Eric R Shibley MD PLLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/01/2020 - 06/30/2020                                                          3200953

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3612711495 | 0.00 |  |  |  | 0.00 |
| Business Interest Checking | 3614078158 | 26.81 | (26.81) |  |  | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3612711495

*0.00% Annual Percentage Yield Earned for 3 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.02% dividends from 06/01/20*

### Business Interest Checking - 3614078158

*0.00% Annual Percentage Yield Earned for 3 day period*
*Average Daily Balance: $26.81*
*Year-to-date dividends: $0.00*

*0.01% dividends from 06/01/20*

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (26.81) | Closeout Withdrawal |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006820

# BUSINESS CHANGES - CORPORATIONS, LLCs, PARTNERSHIPS



If you have any questions, please contact Boeing Employees' Credit Union at 800.233.2328.

☐ To change business address, phone number, and/or email, complete sections 1, 2, and 8.
☐ To add or remove Agents, complete sections 1, 3, and 8.

☐ To add or remove Non-Authorized Agents, complete sections 1, 4, and 8.
☐ To close an account, complete sections 1, 5, and 8.
■ To open accounts closed due to fraud, complete sections 1, 5, 6, 7, and 8.

| 1. Business Information | | |
|---|---|---|
| **BUSINESS NAME (DBA, if applicable)**<br>Eric R Shibley MD PLLC | **FEDERAL TAX ID NUMBER**<br>█████9052 | ■ EIN  ☐ ITIN  ☐ SSN |

| 2. Change Address, Phone Number, or Email | |
|---|---|
| **NEW BUSINESS LOCATION / STREET ADDRESS** | **CITY** |
| **STATE / PROVINCE** — **ZIP / POSTAL CODE** | **COUNTRY** |
| **NEW MAILING ADDRESS (if different from above)** | **CITY** |
| **STATE / PROVINCE** — **ZIP / POSTAL CODE** | **COUNTRY** |
| **NEW BUSINESS PHONE** — **NEW EMAIL ADDRESS (optional)\*** | |
| *By providing your email address, you agree that BECU may electronically send you marketing information about our products and services. | |

| 3. Add or Remove Agents |
|---|
| Agents have no authority to act on behalf of the business. Agents may access information on all business accounts in person, in Online Banking, or by calling BECU, and may perform transfers between all accounts within the same business. Identification and address are required for authentication purposes. |

| NAME (1) | | ☐ Add ☐ Remove | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|---|
| VALID PICTURE ID NUMBER | ID TYPE | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | COUNTRY | |
| NAME (2) | | ☐ Add ☐ Remove | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
| VALID PICTURE ID NUMBER | ID TYPE | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | | CITY | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | COUNTRY | |

Continued on the next page.

BECU 6893 05/2019

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 134
Admitted _____

DOJ-02-0000006831

## 4. Add or Remove Non-Authorized Agents

Non-Authorized Agents have no authority to act on behalf of the business and no transaction authority on the business accounts. Non-Authorized Agents may only access information on all your business accounts in person, in Online Banking, or by calling BECU. Identification and address are required for authentication purposes.

| NAME (1) | ☐ Add ☐ Remove | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|
| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | CITY | |
| STATE / PROVINCE | ZIP / POSTAL CODE | | COUNTRY | |

| NAME (2) | ☐ Add ☐ Remove | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|
| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
| STREET ADDRESS | | | CITY | |
| STATE / PROVINCE | ZIP / POSTAL CODE | | COUNTRY | |

## 5. Close BECU Deposit Account(s)

This request will:
1. Cancel all ATM/debit cards assigned to this account.
2. Suspend your line of credit for the associated checking account.
3. NOT cancel any payroll deductions, direct deposits, and/or automatic withdrawals or debits associated with this account. (It is your responsibility to cancel such transactions.)
4. Result in any items presented after the closure date to be dishonored and returned.
5. Deduct the penalty from your total withdrawal if a CD account is selected for closure or early redemption.

**Indicate deposit account number(s)**

| ACCOUNT NUMBER(S) | CLOSURE DATE |
|---|---|
| 3612711536 | 10/25/19 |

**Indicate disbursement of balance**

| ■ Transfer balance to my BECU account | ACCOUNT NUMBER 3614078158 |
|---|---|

☐ Issue check   ☐ Mail to address below

| STREET ADDRESS | CITY |
|---|---|
| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |

**Indicate reason for closure**

| ☐ Competitor rates | ☐ Products and services selection | ☐ Fees | ■ Fraud / Compromise | ☐ Moving / Relocating |
| ☐ Inconvenient access | ☐ Member service | ☐ Deceased | ☐ Other (please explain): | |

## 6. Open new Deposit Products and Services (only if previous accounts were closed due to fraud)

This section can only be used to open accounts if prior accounts were closed due to fraud. Please refer to the BECU Business Account Disclosure for rates and fee schedule. Visit becu.org for additional information about our products and services.

**ACCOUNT (1)**
☐ Business Member Share Savings (Select this option if your previous Business Member Share Savings account was closed due to fraud.)

**ACCOUNT (2)**

| ☐ Business Basic Checking | ■ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (3)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

**ACCOUNT (4)**

| ☐ Business Basic Checking | ☐ Business Interest Checking | ☐ Business Money Market Account | ☐ Business Savings |
|---|---|---|---|

DOJ-02-0000006832

**7. Select ATM / Debit Cards for Authorized Signers** (only if previous accounts were closed due to fraud)

This section can only be used to open accounts if prior accounts were closed due to fraud. Use this section to select deposit account card types for Authorized Signers. **Note:** Selecting cards for Authorized Signers is optional.

| AUTHORIZED SIGNER NAME | Select card type: |
|---|---|
| Eric Shibley | ■ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |
| AUTHORIZED SIGNER NAME | Select card type: |
| | ☐ Debit Card    ☐ ATM Card    ☐ ATM Deposit-Only Card |

**8. Agreements and Signatures**

By signing below, the person(s) who completes this form ("You") certifies that You are authorized to request the above changes on behalf of the business and are authorized to take all other actions and steps reasonable or necessary to do so and deliver any instruments or agreements, as necessary to BECU. You acknowledge and agree that the information You provided is accurate, complete, and true and we may rely on the information in our dealings with You, now and in the future. You have reviewed and will retain for Your records the BECU Business Account Disclosure and Business Account Agreements, including Our Privacy Statement, Funds Availability Policy, and Electronic Funds Transfer Disclosure and You acknowledge their receipt and agree to their terms.

| NAME OF INDIVIDUAL COMPLETING THIS FORM | SIGNATURE |
|---|---|
| Eric  Shibley | |
| TITLE | DATE |
| Owner | 10/25/2019 |

| BECU Use Only | NEW SAVINGS NUMBER | NEW CHECKING NUMBER 3614078158 | DATE 10/25/2019 | REP INITIALS JDB |
|---|---|---|---|---|
| | ■ IDV verified    ⊠ QualiFile® (on Authorized Signers) | | | |

DOJ-02-0000006833

# Business Market Rate Savings

December 31, 2019 ▪ Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.



## IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

### Activity summary

| | |
|---|---|
| Beginning balance on 11/27 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$25.00** |
| | |
| Average ledger balance this period | $25.00 |

Account number:  **3220067247**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 135
Admitted _____

DOJ-01-0000006497

December 31, 2019   ▪   Page 2 of 3



---

**Interest summary**

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

**Transaction history**

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 11/27 | Etransfer IN Branch/Store - From Checking 4314 Sw Alaska St Seattle WA 9124 | 25.00 | | 25.00 |
| **Ending balance on 12/31** | | | | **25.00** |
| **Totals** | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/27/2019 - 11/30/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

DOJ-01-0000006498

December 31, 2019 ▪ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                      $ _____
register or transfers into                               $ _____
your account which are not                               $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

March 31, 2020 ▪ Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $25.00 |
| Deposits/Credits | 150.00 |
| Withdrawals/Debits | - 18.00 |
| **Ending balance on 3/31** | **$157.00** |
| Average ledger balance this period | $158.16 |

Account number:  **3220067247**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $68.45 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2019 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 1/31 | Monthly Service Fee | | 6.00 | 19.00 |
| 2/28 | Monthly Service Fee | | 6.00 | 13.00 |

DOJ-01-0000006500

March 31, 2020  ▪  Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 3/2 | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Qft4Gz on 02/29/20 | 150.00 | | 163.00 |
| 3/31 | Monthly Service Fee | | 6.00 | 157.00 |
| | Ending balance on 3/31 | | | **157.00** |
| **Totals** | | **$150.00** | **$18.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $19.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $158.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

DOJ-01-0000006501

March 31, 2020 ▪ Page 3 of 3



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

April 30, 2020 ▪ Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $157.00 |
| Deposits/Credits | 4,700.01 |
| Withdrawals/Debits | - 3,000.00 |
| **Ending balance on 4/30** | **$1,857.01** |
| Average ledger balance this period | $1,227.00 |

Account number: **3220067247**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,227.00 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/8 | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Xdzybj on 04/08/20 | 700.00 | | 857.00 |
| 4/21 | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Zfphvd on 04/21/20 | 4,000.00 | | 4,857.00 |

DOJ-01-0000006503

April 30, 2020  ▪  Page 2 of 3



---

### Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/23 | ※ Online Transfer to Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Zpmlst on 04/23/20 | | 3,000.00 | 1,857.00 |
| 4/30 | Interest Payment | 0.01 | | 1,857.01 |
| | Ending balance on 4/30 | | | 1,857.01 |
| **Totals** | | **$4,700.01** | **$3,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※  *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average collected balance | $500.00 | $1,227.00 ☑ |
| ·  Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YCYC

April 30, 2020   ▪   Page 3 of 3



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your               $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

DOJ-01-0000006505

# Business Market Rate Savings

May 31, 2020 ▪ Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,857.01 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 400.00 |
| **Ending balance on 5/31** | **$1,457.02** |
| Average ledger balance this period | $1,547.33 |

Account number:  **3220067247**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,547.33 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |

DOJ-01-0000006506

May 31, 2020 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/8 | ∗ Online Transfer to Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib0846Rg3Z on 05/08/20 | | 400.00 | 1,457.01 |
| 5/29 | Interest Payment | 0.01 | | 1,457.02 |
| | Ending balance on 5/31 | | | 1,457.02 |
| **Totals** | | **$0.01** | **$400.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

∗  *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $1,547.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
YCYC

# ☑ IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

DOJ-01-0000006507

May 31, 2020 ▪ Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                  $ _____
register or transfers into              $ _____
your account which are not           $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006508

# Wells Fargo Simple Business Checking

November 30, 2019  ▪  Page 1 of 4



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/27 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 11/30** | **$25.00** |
| Average ledger balance this period | $25.00 |

Account number:  **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

November 30, 2019 · Page 2 of 4



**WELLS FARGO**

---

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/27 | | Etransfer IN Branch/Store - From Checking 4314 Sw Alaska St Seattle WA 9124 | 25.00 | | 25.00 |
| **Ending balance on 11/30** | | | | | 25.00 |
| **Totals** | | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/27/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $25.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 # IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

DOJ-01-0000006510

November 30, 2019  ▪  Page 3 of 4



You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

DOJ-01-0000006511

November 30, 2019   ▪   Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into                 $ _____
your account which are not               $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Simple Business Checking

December 31, 2019   ▪   Page 1 of 4



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s)  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

---

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account
earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank
will automatically waive the monthly service fee for that period.

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $25.00 |
| Deposits/Credits | 7,132.48 |
| Withdrawals/Debits | - 3,140.31 |
| **Ending balance on 12/31** | **$4,017.17** |
| | |
| Average ledger balance this period | $2,031.28 |

Account number:  **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

DOJ-01-0000006513

December 31, 2019  ■  Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | Edeposit IN Branch/Store 12/02/19 03:34:55 Pm 4314 Sw Alaska St Seattle WA 1422 | 2,369.34 | | 2,394.34 |
| 12/9 | | Purchase authorized on 12/07 Starbucks Store 26 Covington WA S589341821180705 Card 1422 | | 5.16 | 2,389.18 |
| 12/10 | | Harland Clarke Check/Acc. 120919 00017407575482 Eric R Shibley MD Pllc | | 37.24 | 2,351.94 |
| 12/11 | | Purchase authorized on 12/10 Waste Mgmt WM Ezpa 866-834-2080 TX S389344773596623 Card 1422 | | 452.24 | |
| 12/11 | | Purchase authorized on 12/10 Chevron 0206670 Kent WA S309344823896235 Card 1422 | | 22.15 | |
| 12/11 | | Purchase authorized on 12/10 Panda Express #102 Burien WA S309345070517375 Card 1422 | | 15.57 | |
| 12/11 | 5026 | Check | | 316.25 | 1,545.73 |
| 12/12 | | Purchase authorized on 12/10 Reliable Wrenchers Kent WA S389344819634412 Card 1422 | | 578.20 | |
| 12/12 | | Purchase authorized on 12/10 Safeway #1062 Seattle WA S309345232993644 Card 1422 | | 30.33 | |
| 12/12 | | Purchase authorized on 12/11 Panda Express #102 Burien WA S389346068916241 Card 1422 | | 21.29 | |
| 12/12 | | Purchase authorized on 12/11 Panda Express #102 Burien WA S469346071104022 Card 1422 | | 4.29 | 911.62 |
| 12/13 | | Purchase authorized on 12/11 Shell Oil 57444961 Seattle WA S469345857944995 Card 1422 | | 30.01 | |
| 12/13 | | Purchase authorized on 12/11 The Home Depot #89 Seattle WA S589346043523299 Card 1422 | | 71.83 | |
| 12/13 | | Purchase authorized on 12/11 The Home Depot #47 Seattle WA S309346174387545 Card 1422 | | 45.36 | 764.42 |
| 12/16 | | Merchant Bankcd Deposit 191215 209210953888 Shibley Medical | 750.00 | | |
| 12/16 | < | Business to Business ACH Debit - Merchant Bankcd Fincl Adj 191215 209210953888 Shibley Medical | | 583.39 | 931.03 |
| 12/17 | 5032 | Check | | 47.00 | 884.03 |
| 12/18 | | Merchant Bankcd Deposit 191217 209210953888 Shibley Medical | 400.00 | | |
| 12/18 | | Wells Fargo Cashback Rewards | 4.00 | | 1,288.03 |
| 12/20 | | ATM Check Deposit on 12/20 West Seattle Seattle WA 0007277 ATM ID 1740A Card 1422 | 260.00 | | 1,548.03 |
| 12/23 | | Merchant Bankcd Deposit 191220 209210953888 Shibley Medical | 250.00 | | 1,798.03 |
| 12/24 | | Merchant Bankcd Deposit 191223 209210953888 Shibley Medical | 800.00 | | |
| 12/24 | | ATM Check Deposit on 12/24 West Seattle Seattle WA 0008074 ATM ID 1740A Card 1422 | 598.00 | | |
| 12/24 | < | Business to Business ACH Debit - Merchant Bankcd Chargeback 191223 209210953888 Shibley Medical | | 100.00 | 3,096.03 |
| 12/30 | | Merchant Bankcd Deposit 191227 209210953888 Shibley Medical | 600.00 | | |
| 12/30 | | Merchant Bankcd Deposit 191228 209210953888 Shibley Medical | 350.00 | | |

December 31, 2019 ▪ Page 3 of 4


WELLS FARGO

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | 5001 | Check | | 780.00 | 3,266.03 |
| 12/31 | | Edeposit IN Branch/Store 12/31/19 12:18:27 Pm 4314 Sw Alaska St Seattle WA 14ZZ | 751.14 | | 4,017.17 |
| **Ending balance on 12/31** | | | | | **4,017.17** |
| **Totals** | | | **$7,132.48** | **$3,140.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5001 | 12/30 | 780.00 | 5026 * | 12/11 | 316.25 | 5032 * | 12/17 | 47.00 |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $2,031.00 ☑ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

December 31, 2019   ▪   Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                        $ _____
register or transfers into                                     $ _____
your account which are not                               $ _____
shown on your statement.                              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 5



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $4,017.17 |
| Deposits/Credits | 6,333.11 |
| Withdrawals/Debits | - 8,861.90 |
| **Ending balance on 1/31** | **$1,488.38** |
| Average ledger balance this period | $2,932.48 |

Account number:  **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DOJ-01-0000006517

January 31, 2020 ▪ Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 1/2 | | Merchant Bankcd Deposit 200101 209210953888 Shibley Medical | 1,565.00 | | |
| 1/2 | | Purchase authorized on 12/31 The Home Depot #47 Bellevue WA S589365825726929 Card 1422 | | 120.93 | |
| 1/2 | 5028 | Check | | 250.00 | 5,211.24 |
| 1/3 | | Purchase Return authorized on 01/01 The Home Depot #47 Seattle WA S610003544693416 Card 1422 | 4.03 | | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot #47 Seattle WA S300001657497630 Card 1422 | | 159.42 | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot 894 Seattle WA S300001660097498 Card 1422 | | 896.69 | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot 470 Tukwila WA S460001784436710 Card 1422 | | 242.30 | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot 470 Seattle WA S380001837656010 Card 1422 | | 223.51 | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot #89 Seattle WA S580002008491204 Card 1422 | | 1.22 | |
| 1/3 | | Purchase authorized on 01/01 The Home Depot #47 Bellevue WA S380002069229527 Card 1422 | | 129.50 | |
| 1/3 | < | Business to Business ACH Debit - Merchant Bankcd Interchng 200102 209210953888 Shibley Medical | | 55.71 | |
| 1/3 | < | Business to Business ACH Debit - Merchant Bankcd Discount 200102 209210953888 Shibley Medical | | 94.70 | |
| 1/3 | < | Business to Business ACH Debit - Merchant Bankcd Fee 200102 209210953888 Shibley Medical | | 142.13 | 3,270.09 |
| 1/6 | | Merchant Bankcd Deposit 200104 209210953888 Shibley Medical | 400.00 | | |
| 1/6 | | Purchase authorized on 01/03 Practice Fusion 415-346-7700 CA S580003665504663 Card 1422 | | 109.00 | |
| 1/6 | | Purchase authorized on 01/04 Tram'S Salon Seattle WA S300004822485023 Card 1422 | | 22.00 | |
| 1/6 | | Purchase authorized on 01/04 The Home Depot 894 Seattle WA S380005040787658 Card 1422 | | 80.13 | |
| 1/6 | | Purchase authorized on 01/04 Arco#07155Arco #07 Seattle WA S380005098826918 Card 1422 | | 20.25 | |
| 1/6 | | Purchase authorized on 01/06 USPS PO 54764600 4412 Cal Seattle WA P00380006723288954 Card 1422 | | 8.10 | 3,430.61 |
| 1/7 | | Merchant Bankcd Deposit 200106 209210953888 Shibley Medical | 250.00 | | |
| 1/7 | | ATM Check Deposit on 01/07 West Seattle Seattle WA 0000160 ATM ID 1740A Card 1422 | 1,430.20 | | |
| 1/7 | | Purchase authorized on 01/06 Panda Express #102 Burien WA S380006821073574 Card 1422 | | 13.20 | |
| 1/7 | | ATM Withdrawal authorized on 01/07 West Seattle Seattle WA 0000161 ATM ID 1740A Card 1422 | | 40.00 | 5,057.61 |
| 1/8 | | Purchase Return authorized on 01/06 The Home Depot 894 Seattle WA S620008544266723 Card 1422 | 383.14 | | |
| 1/8 | | Purchase authorized on 01/06 Arco#07155Arco #07 Seattle WA S460006731428834 Card 1422 | | 16.57 | |
| 1/8 | | Purchase authorized on 01/06 The Home Depot #89 Seattle WA S580006793194548 Card 1422 | | 63.70 | |
| 1/8 | | Purchase authorized on 01/06 The Home Depot #89 Seattle WA S580007015251110 Card 1422 | | 180.08 | |
| 1/8 | | Purchase authorized on 01/06 The Home Depot #47 Seattle WA S460007143054949 Card 1422 | | 49.18 | |
| 1/8 | | Purchase authorized on 01/06 The Home Depot #89 Seattle WA S380007182272070 Card 1422 | | 2.98 | |
| 1/8 | | ATM Withdrawal authorized on 01/08 West Seattle Seattle WA 0000312 ATM ID 1740A Card 1422 | | 40.00 | 5,088.24 |

DOJ-01-0000006518

January 31, 2020 ▪ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/9 | | Purchase authorized on 01/07 The Home Depot #89 Seattle WA S380008051307955 Card 1422 | | 270.59 | |
| 1/9 | | Purchase authorized on 01/07 The Home Depot #89 Seattle WA S380008141172106 Card 1422 | | 57.66 | |
| 1/9 | | Purchase authorized on 01/07 Arco#07155Arco #07 Seattle WA S460008151146747 Card 1422 | | 25.01 | |
| 1/9 | | Purchase authorized on 01/08 King County Dja Seattle WA S460008816219161 Card 1422 | | 61.49 | 4,673.49 |
| 1/13 | | Merchant Bankcd Deposit 200111 209210953888 Shibley Medical | 350.00 | | |
| 1/13 | | Merchant Bankcd Deposit 200110 209210953888 Shibley Medical | 500.00 | | |
| 1/13 | | Merchant Bankcd Deposit 200112 209210953888 Shibley Medical | 600.00 | | |
| 1/13 | | Purchase authorized on 01/09 The Home Depot #89 Seattle WA S380009747602296 Card 1422 | | 258.81 | |
| 1/13 | | WF Bus Credit Auto Pay 200112 90225260033611 Shibley,Eric | | 266.54 | 5,598.14 |
| 1/17 | | Edeposit IN Branch/Store 01/17/20 05:08:07 Pm 4314 Sw Alaska St Seattle WA 7262 | 68.07 | | |
| 1/17 | | Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib07Hnh4Fm on 01/17/20 | | 4,500.00 | 1,166.21 |
| 1/21 | | Purchase Return authorized on 01/16 The Home Depot #47 Bothell WA S610018546087400 Card 1422 | 182.94 | | |
| 1/21 | | Purchase Return authorized on 01/17 The Home Depot #47 Issaquah WA S610019695611436 Card 1422 | 119.90 | | |
| 1/21 | | Purchase authorized on 01/16 The Home Depot 471 Bothell WA S580017198423208 Card 1422 | | 386.96 | |
| 1/21 | | Purchase authorized on 01/17 The Home Depot #47 Tukwila WA S380018198869895 Card 1422 | | 40.92 | |
| 1/21 | | Purchase authorized on 01/17 Shell Oil 57444961 Seattle WA S460018211055663 Card 1422 | | 30.29 | 1,010.88 |
| 1/24 | | Purchase authorized on 01/23 Ncourt *Waskagitsw Mount Vernon WA S300023788934083 Card 1422 | | 2.33 | 1,008.55 |
| 1/29 | | Deposit Made In A Branch/Store | 423.83 | | |
| 1/29 | | Deposit Made In A Branch/Store | 56.00 | | 1,488.38 |
| Ending balance on 1/31 | | | | | 1,488.38 |
| **Totals** | | | **$6,333.11** | **$8,861.90** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 5028 | 1/2 | 250.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |

DOJ-01-0000006519

January 31, 2020  ▪  Page 4 of 5



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| · Average ledger balance | $500.00 | $2,932.00 ☑ |
| C1/C1 | | |

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 20 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006520

January 31, 2020  ▪  Page 5 of 5



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                              $ _____
register or transfers into                                      $ _____
your account which are not                                   $ _____
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

DOJ-01-0000006521

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 4



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $1,488.38 |
| Deposits/Credits | 1,427.67 |
| Withdrawals/Debits | - 2,566.74 |
| **Ending balance on 2/29** | **$349.31** |
| Average ledger balance this period | $839.81 |

Account number:  **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

February 29, 2020 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 2/3 | | Purchase authorized on 01/31 Skagit Valley Food Mount Vernon WA S460031626150187 Card 1422 | | 7.88 | |
| 2/3 | | ATM Withdrawal authorized on 02/01 West Seattle Seattle WA 0003755 ATM ID 1740A Card 1422 | | 300.00 | |
| 2/3 | | Purchase authorized on 02/02 Practice Fusion 415-346-7700 CA S580033368263708 Card 1422 | | 109.00 | |
| 2/3 | < | Business to Business ACH Debit - Merchant Bankcd Fee 200202 209210953888 Shibley Medical | | 15.01 | |
| 2/3 | < | Business to Business ACH Debit - Merchant Bankcd Discount 200202 209210953888 Shibley Medical | | 57.95 | |
| 2/3 | < | Business to Business ACH Debit - Merchant Bankcd Interchng 200202 209210953888 Shibley Medical | | 114.39 | 884.15 |
| 2/7 | | Purchase Return authorized on 02/05 The Home Depot #47 Tukwila WA S610038545592812 Card 1422 | 24.66 | | 908.81 |
| 2/18 | | Purchase Return authorized on 02/14 The Home Depot #47 Bothell WA S610047544315472 Card 1422 | 18.47 | | |
| 2/18 | | Purchase Return authorized on 02/14 The Home Depot #47 Kent WA S610047544315474 Card 1422 | 78.00 | | |
| 2/18 | | Purchase Return authorized on 02/14 The Home Depot #47 Kent WA S610047544315473 Card 1422 | 111.38 | | |
| 2/18 | | Purchase Return authorized on 02/15 The Home Depot #47 Kent WA S610048552957291 Card 1422 | 59.56 | | |
| 2/18 | | Purchase Return authorized on 02/15 The Home Depot #47 Tukwila WA S610048552957290 Card 1422 | 135.60 | | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #85 Burlington WA S460045716482105 Card 1422 | | 133.81 | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #47 Bothell WA S380045811586239 Card 1422 | | 129.28 | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #47 Kent WA S460046197871965 Card 1422 | | 176.26 | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #47 Kent WA S580046216784522 Card 1422 | | 41.55 | |
| 2/18 | | Purchase authorized on 02/15 The Home Depot #47 Seattle WA S380046794750327 Card 1422 | | 163.39 | |
| 2/18 | | Purchase authorized on 02/15 The Home Depot #47 Tukwila WA S460047055785862 Card 1422 | | 122.16 | |
| 2/18 | | Purchase authorized on 02/15 Best Meats Kent WA S460047072460018 Card 1422 | | 71.22 | |
| 2/18 | | Purchase authorized on 02/15 The Home Depot #47 Kent WA S460047088296367 Card 1422 | | 32.25 | |
| 2/18 | | Purchase authorized on 02/16 McDonald's F13369 Seattle WA S460048016731147 Card 1422 | | 6.47 | 435.43 |
| 2/21 | | Online Transfer From The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib07P3V8B4 on 02/21/20 | 1,000.00 | | |
| 2/21 | | Purchase authorized on 02/20 McDonald's F13369 Seattle WA S580052045613205 Card 1422 | | 29.21 | 1,406.22 |
| 2/24 | | Purchase authorized on 02/21 Sq *Conaway Proper Granite Falls WA S580052765685211 Card 1422 | | 1,000.00 | 406.22 |
| 2/27 | | Purchase authorized on 02/26 Chevron 0375344 Seattle WA S380058099450977 Card 1422 | | 4.16 | 402.06 |

DOJ-01-0000006523

February 29, 2020   ▪   Page 3 of 4



WELLS FARGO

---

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/28 | | Purchase authorized on 02/26 South Park Food Ce Seattle WA S300058076072448 Card 1422 | | 5.50 | |
| 2/28 | | Purchase authorized on 02/26 The Home Depot #89 Seattle WA S380058151979171 Card 1422 | | 47.25 | 349.31 |
| **Ending balance on 2/29** | | | | | **349.31** |
| **Totals** | | | **$1,427.67** | **$2,566.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $840.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006524

February 29, 2020  ▪  Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

March 31, 2020 ▪ Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $349.31 |
| Deposits/Credits | 1,427.72 |
| Withdrawals/Debits | - 1,475.01 |
| **Ending balance on 3/31** | **$302.02** |
| Average ledger balance this period | $463.91 |

Account number: **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

March 31, 2020  ▪  Page 2 of 3


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Online Transfer to Eric R Shibley MD Pllc Business Market Rate Savings xxxxxx7247 Ref #Ib07Qft4Gz on 02/29/20 | | 150.00 | 199.31 |
| 3/3 | < | Business to Business ACH Debit - Merchant Bankcd Fee 200302 209210953888 Shibley Medical | | 12.78 | |
| 3/3 | < | Business to Business ACH Debit - Merchant Bankcd Discount 200302 209210953888 Shibley Medical | | 40.18 | |
| 3/3 | < | Business to Business ACH Debit - Merchant Bankcd Interchng 200302 209210953888 Shibley Medical | | 62.05 | 84.30 |
| 3/4 | | Card Provisional Credit 20304200163 | 1,000.00 | | |
| 3/4 | | Edeposit IN Branch/Store 03/04/20 02:21:44 Pm 4314 Sw Alaska St Seattle WA 7262 | 400.00 | | 1,484.30 |
| 3/6 | | Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib07Rjh9Sn on 03/06/20 | | 1,200.00 | 284.30 |
| 3/18 | | Wells Fargo Cashback Rewards | 27.72 | | 312.02 |
| 3/31 | | Monthly Service Fee | | 10.00 | 302.02 |
| Ending balance on 3/31 | | | | | 302.02 |
| Totals | | | $1,427.72 | $1,475.01 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**<   Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 3/25 | Merchant Bankcd Chargeback 200323 209210953888 Shibley Medical   Reference #   091000010166215 | 500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $464.00 ☐ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006527

# Wells Fargo Simple Business Checking

April 30, 2020  ▪  Page 1 of 3



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $302.02 |
| Deposits/Credits | 13,900.00 |
| Withdrawals/Debits | - 13,492.21 |
| **Ending balance on 4/30** | **$709.81** |
| Average ledger balance this period | $822.41 |

Account number:  **6621617262**

**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DOJ-01-0000006529

April 30, 2020 ▪ Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/6 | | ATM Check Deposit on 04/05 West Seattle Seattle WA 0002121 ATM ID 1740A Card 9205 | 900.00 | | 1,202.02 |
| 4/7 | | Purchase authorized on 04/05 Safeway #2932 Seattle WA S460097098179087 Card 9205 | | 38.32 | 1,163.70 |
| 4/8 | | Online Transfer to Eric R Shibley MD Pllc Business Market Rate Savings xxxxxx7247 Ref #Ib07Xdzybj on 04/08/20 | | 700.00 | 463.70 |
| 4/9 | | Purchase authorized on 04/07 Staples 0011 Seattle WA S380098818218446 Card 9205 | | 24.21 | |
| 4/9 | | Purchase authorized on 04/07 Safeway #2932 Seattle WA S580098831355735 Card 9205 | | 59.14 | 380.35 |
| 4/21 | | Sbad Treas 310 Misc Pay 042120 Eidg:3600262629 Nte*Pmt*Eidg:3600262629\ | 4,000.00 | | |
| 4/21 | | Online Transfer to Eric R Shibley MD Pllc Business Market Rate Savings xxxxxx7247 Ref #Ib07Zlphvd on 04/21/20 | | 4,000.00 | 380.35 |
| 4/22 | | Purchase authorized on 04/21 Les Schwab Tires # Seattle WA S380113026502236 Card 9205 | | 270.54 | 109.81 |
| 4/23 | | Online Transfer From Eric R Shibley MD Pllc Business Market Rate Savings xxxxxx7247 Ref #Ib07Zpmlst on 04/23/20 | 3,000.00 | | 3,109.81 |
| 4/27 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib08279Ctx on 04/27/20 | 6,000.00 | | |
| 4/27 | | Singh Accounting Acct Fee Yearly Fee Shibley Medical | | 8,400.00 | 709.81 |
| Ending balance on 4/30 | | | | | 709.81 |
| **Totals** | | | **$13,900.00** | **$13,492.21** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $822.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006530

April 30, 2020  ▪  Page 3 of 3



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your               $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006531

# Wells Fargo Simple Business Checking

May 31, 2020 ▪ Page 1 of 5



ERIC R SHIBLEY MD PLLC
DBA SHIBLEY MEDICAL CLINIC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $709.81 |
| Deposits/Credits | 1,630.06 |
| Withdrawals/Debits | - 2,209.46 |
| **Ending balance on 5/31** | **$130.41** |
| Average ledger balance this period | $473.81 |

Account number:  **6621617262**
**ERIC R SHIBLEY MD PLLC**
**DBA SHIBLEY MEDICAL CLINIC**
*Washington account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 125008547
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2020 ▪ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase authorized on 04/29 Staples 0011 Burien WA S300120852307838 Card 9205 | | 80.29 | 629.52 |
| 5/4 | | ATM Check Deposit on 05/04 Georgetown Business Cente Seattle WA 0002141 ATM ID 2593A Card 9205 | 149.40 | | |
| 5/4 | | Purchase authorized on 05/02 Panda Express #102 Burien WA S580124092808296 Card 9205 | | 26.40 | |
| 5/4 | | Purchase authorized on 05/02 Panda Express #102 Burien WA S380124097050211 Card 9205 | | 10.73 | |
| 5/4 | | Purchase authorized on 05/03 McDonald's F13369 Seattle WA S460124772263225 Card 9205 | | 15.92 | 725.87 |
| 5/5 | | Purchase authorized on 05/03 Shell Oil 57444961 Seattle WA S460124744460612 Card 9205 | | 33.21 | |
| 5/5 | | Purchase authorized on 05/04 Wholefds Mbd #1063 Seattle WA S380125793511588 Card 9205 | | 80.84 | 611.82 |
| 5/6 | | ATM Cash Deposit on 05/06 West Seattle Seattle WA 0005344 ATM ID 1740A Card 9205 | 440.00 | | |
| 5/6 | | ATM Cash Deposit on 05/06 West Seattle Seattle WA 0005345 ATM ID 1740A Card 9205 | 140.00 | | |
| 5/6 | | Purchase authorized on 05/04 Shell Oil 57444026 Seattle WA S380125752902898 Card 9205 | | 42.42 | |
| 5/6 | | Online Transfer to The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib083Tzgyv on 05/06/20 | | 600.00 | 549.40 |
| 5/7 | | Purchase authorized on 05/05 The Home Depot #89 Seattle WA S300126817231896 Card 9205 | | 128.17 | |
| 5/7 | | Purchase authorized on 05/05 McDonald's F472 Seattle WA S580127115002163 Card 9205 | | 20.31 | |
| 5/7 | | Purchase authorized on 05/06 Panda Express #102 Burien WA S580128154142425 Card 9205 | | 12.38 | 388.54 |
| 5/8 | | Overdraft Fee for a Transaction Posted on 05/07 $128.17 Purchase Authori Zed on 05/05 The Home Depot #89 Seattle | | 35.00 | |
| 5/8 | | Overdraft Fee for a Transaction Posted on 05/07 $20.31 Purchase Authori Zed on 05/05 McDonald's F472 Seattle | | 35.00 | |
| 5/8 | | Overdraft Fee for a Transaction Posted on 05/07 $12.38 Purchase Authori Zed on 05/06 Panda Express #102 Burien | | 35.00 | |
| 5/8 | | Online Transfer From Eric R Shibley MD Pllc Business Market Rate Savings xxxxxx7247 Ref #Ib0846Rg3Z on 05/08/20 | 400.00 | | |
| 5/8 | | Purchase authorized on 05/06 WA Secretary of St .WA.Gov WA S380127754643532 Card 9205 | | 100.00 | 583.54 |
| 5/11 | | 05/11Bankcard Deposit -0225132118 | 500.00 | | |
| 5/11 | | Purchase authorized on 05/07 Safeway #2932 Seattle WA S380129180958264 Card 9205 | | 393.08 | |
| 5/11 | | Purchase authorized on 05/08 Safeway #2932 Seattle WA S580130030389013 Card 9205 | | 46.60 | |
| 5/11 | | Purchase authorized on 05/10 Jiffy Lube 2079 Burien WA S300131846934315 Card 9205 | | 59.38 | |
| 5/11 | | Purchase authorized on 05/10 Panda Express #102 Burien WA S460132054212629 Card 9205 | | 11.00 | |
| 5/11 | | Clover App Mrkt Clover App 200511 899-9348095-000 Eric R Shibley MD Pllc | | 5.44 | 568.04 |
| 5/12 | | Bankcard Fee - 0225132118 | | 10.00 | 558.04 |
| 5/19 | | Purchase authorized on 05/17 Safeway #2932 Seattle WA S380138679779702 Card 9205 | | 55.64 | 502.40 |
| 5/22 | | Eric Shibley Acctconfrm 200521 Eric Shibley | 0.11 | | |
| 5/22 | | Eric Shibley Acctconfrm 200521 Eric Shibley | 0.55 | | |
| 5/22 | | Eric Shibley Acctconfrm 200521 Eric Shibley | | 0.66 | 502.40 |
| 5/26 | | Purchase authorized on 05/22 Dropbox*Nhtwpxq91H Db.TT/Cchelp DE S380143764443810 Card 9205 | | 131.99 | |

May 31, 2020 ▪ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/26 | | ATM Withdrawal authorized on 05/25 West Seattle Seattle WA 0007204 ATM ID 1740A Card 9205 | | 40.00 | |
| 5/26 | | ATM Withdrawal authorized on 05/25 West Seattle Seattle WA 0007205 ATM ID 1740A Card 9205 | | 200.00 | 130.41 |
| Ending balance on 5/31 | | | | | 130.41 |
| Totals | | | $1,630.06 | $2,209.46 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $474.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 500 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:

DOJ-01-0000006534

May 31, 2020 ▪ Page 4 of 5



---

- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

---

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.

DOJ-01-0000006535

May 31, 2020 ■ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your                  $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006536

# Business Account Application



WELLS FARGO

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | WEST SEATTLE |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| MCCLAIN, JUDAH | C0206 | 11/27/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 206/932-5065 | 03137 | 0001740 | P6510-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only     ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Wells Fargo Simple Business Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 6621617262 | $25.00 | INTX |

| Account 2 Product Name: | Purpose of Account 2: |
|---|---|
| Business Market Rate Savings | Savings |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 3220067247 | $25.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| BD-001415909 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| ERIC R SHIBLEY MD PLLC | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 383938612138265 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| ERIC R SHIBLEY | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| ████████8617 | Signer |

## Checking/Savings Statement Mailing Information



2W02-001322107812-01

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 137
Admitted _____

DOJ-01-0000006420

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| ERIC R SHIBLEY MD PLLC | 4700 36TH AVE SW | |
| | Address Line 2: | |
| DBA SHIBLEY MEDICAL CLINIC | | |
| | City: | State: |
| | SEATTLE | WA |
| | ZIP/Postal Code: | Country: |
| | 98126-2716 | US |

## Customer 1 Information

| Customer Name: | | |
|---|---|---|
| ERIC R SHIBLEY MD PLLC | | |
| Enterprise Customer Number (ECN): | Street Address: | |
| 383938612138265 | 4700 36TH AVE SW | |
| Account Relationship: | Address Line 2: | |
| Sole Owner | | |
| Taxpayer Identification Number (TIN):  TIN Type: | Address Line 3: | |
| ▮▮▮▮9052                     EIN | | |
| Business Type: | City: | State: |
| Limited Liability Company | SEATTLE | WA |
| Business Sub-Type/Tax Classification:   Non-Profit: | ZIP/Postal Code: | Country: |
| S Corporation                No | 98126-2716 | US |
| Date Originally Established:  Current Ownership Since:  Number of Employees: | Business Phone:              Fax: | |
| 12/12/2012                                2 | 206/938-4291 | |
| Annual Gross Sales:    Year Sales Reported:   Fiscal Year End: | Cellular Phone:              Pager: | |
| $220,000.00           12/31/2018 | | |
| Primary Financial Institution:   Number of Locations: | e-Mail Address: | |
|                         1 | | |
| Primary State 1:     Primary State 2:     Primary State 3: | Website: | |
| Primary Country 1:   Primary Country 2:   Primary Country 3: | Sales Market: | |
| | LOCAL | |
| Industry: | | |
| Health Care and Social Assistance | | |
| Description of Business: | | |
| PRIMARY CARE ADDICTION WEIGHT LOSS | | |
| Major Suppliers/Customers: | | |

## Bank Use Only

| Name/Entity Verification: | Address Verification: | |
|---|---|---|
| Secretary of State | REVERSE DIR | |
| BACC Reference Number: | | |
| 193310001442 | | |
| Document Filing Number/Description:  Filing Country:  Filing State:  Filing Date:  Expiration Date: | | |
| 603260109                        US          WA          12/12/2012 | | |
| Country of Registration:  State of Registration:  International Transactions:  Check Reporting: | | |
| US                      WA                                          NO RECORD | | |



2W02-001322107812-02

DOJ-01-0000006421

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ████/1978 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| ████████8617 | SEATTLE | WA |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ████-5264 | SSN | 98126-2716 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | ██████████ | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| WA | 07/11/2018 | 12/10/2019 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | NAVY FEDERAL CU 5151 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 09/28/2022 |

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| ERIC R SHIBLEY | |

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
11/27/2019

2W02-001322107812-03

DOJ-01-0000006422

Business Account Application

**Request for Taxpayer Identification Number and Certification**

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

ERIC R SHIBLEY MD PLLC

Taxpayer Identification Number (TIN):

██████9052

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date: 11/27/2019

---

**Authorized Signers - Signature Capture**

Authorized Signer 1 Name

ERIC R SHIBLEY

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date: 11/27/2019



2W02-001322107812-04

Page 4 of 6
Wells Fargo Confidential

DOJ-01-0000006423

Business Account Application

## Terms and Conditions for the Wells Fargo® Business Platinum Credit Card

**By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"),** if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee **in my individual capacity** (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** The bank may monitor or record calls. You agree, in order for Bank to service the Account or to collect any amount you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

## Features and Pricing

(i) **Annual Fee** $0.

(ii) **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

(iii) **Grace Period for Repayment of the Balance for Purchase** No less than 25 days.

(iv) **Minimum Payment** See the Customer Agreement for details.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| ERIC SHIBLEY | $5,000 | Yes |
| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $5,000 | |

Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Cash Back Advantage | Yes | No |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);



2W02-001322107812-05

DOJ-01-0000006424

Business Account Application

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the  personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001322107812-06

DOJ-01-0000006425



USAA
FEDERAL
SAVINGS
BANK

PAGE   1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 12/11/19 - 01/10/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 103.60 | 0 | 0.00 | 0 | 0.00 | .00 | 103.60 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.

ACCOUNT BALANCE SUMMARY
    DATE.........BALANCE   DATE.........BALANCE
    12/11     103.60

FDIC
INSURED

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 138
Admitted _____

93526-0814_05
BM1FRT

DOJ-01-0000004635

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                       $ _____

(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE          $ _____

## YOUR BALANCE

(6) CHECK REGISTER BALANCE         $ _____

(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)              + _____ *

(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)          + _____ *

(9) SUBTRACT OTHER CHARGES
    (IF ANY)                       - _____ *

(10) ADJUSTED CHECK REGISTER
     BALANCE                       $ _____
     * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.



FDIC
INSURED

126405-0714
BM1BCK

DOJ-01-0000004636



USAA
FEDERAL
SAVINGS
BANK

PAGE   1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 01/10/20 - 02/11/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 103.60 | 0 | 0.00 | 0 | 0.00 | .00 | 103.60 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


ACCOUNT BALANCE SUMMARY
     DATE.........BALANCE   DATE.........BALANCE
     01/10      103.60

FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-01-0000004637

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

**(1) BALANCE THIS STATEMENT**
     **(SHOWN ON FRONT PAGE)**      $ _____

**(2) ADD DEPOSITS NOT SHOWN ON**
     **THIS STATEMENT (IF ANY)**    + _____

**(3) SUBTOTAL**                    $ _____

**(4) SUBTRACT TOTAL OF CHECKS**
     **OUTSTANDING (IF ANY)**       - _____

**(5) ADJUSTED BANK BALANCE**       $ _____

### YOUR BALANCE

**(6) CHECK REGISTER BALANCE**      $ _____

**(7) ADD CREDITS WHICH APPEAR**
     **ON THIS STATEMENT THAT HAVE**
     **NOT BEEN RECORDED IN YOUR**
     **REGISTER (IF ANY)**          + _____ *

**(8) ADD INTEREST CREDITED TO**
     **YOUR ACCOUNT (IF ANY)**      + _____ *

**(9) SUBTRACT OTHER CHARGES**
     **(IF ANY)**                   - _____ *

**(10) ADJUSTED CHECK REGISTER**
      **BALANCE**                   $ _____
            * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS:  All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**


FDIC
INSURED

126405-0714
BM1BCK

DOJ-01-0000004638



USAA
FEDERAL
SAVINGS
BANK

PAGE   1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 02/11/20 - 03/11/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 103.60 | 0 | 0.00 | 0 | 0.00 | .00 | 103.60 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.

ACCOUNT BALANCE SUMMARY
      DATE.........BALANCE   DATE.........BALANCE
      02/11      103.60

FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-01-0000004639

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

**(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)**         $ _____

**(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)**       + _____

**(3) SUBTOTAL**                    $ _____

**(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)**          - _____

**(5) ADJUSTED BANK BALANCE**       $ _____

### YOUR BALANCE

**(6) CHECK REGISTER BALANCE**      $ _____

**(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)**             + _____ *

**(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)**         + _____ *

**(9) SUBTRACT OTHER CHARGES
    (IF ANY)**                      - _____ *

**(10) ADJUSTED CHECK REGISTER
    BALANCE**                       $ _____
                * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.



126405-0714
BM1BCK

## DOJ-01-0000004640



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 03/11/20 - 04/10/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 103.60 | 4 | 3,603.50 | 2 | 3,613.50 | .00 | 113.60 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


   DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
03/17     3,463.50 DEPOSIT @ MOBILE
04/06       150.00 DEPOSIT @ MOBILE

   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
03/20     3,463.50 RETURNED DEPOSIT ITEM
03/20         5.00 RETURNED ITEM FEE
04/03        45.00 DEBIT CARD PURCHASE    040220    7277040220
                   PAYPAL *PAULGESSLLC    402-935-7733 CA
04/09        90.00 DEBIT CARD PURCHASE    040820    7277040820
                   PAYPAL *PAULGESSLLC    402-935-7733 CA

   ACCOUNT BALANCE SUMMARY
        DATE.........BALANCE  DATE.........BALANCE
        03/11        103.60   04/03         53.60
        03/17      3,567.10   04/06        203.60
        03/20         98.60   04/09        113.60



FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-01-0000004641

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) **BALANCE THIS STATEMENT**
    **(SHOWN ON FRONT PAGE)**     $ _____

(2) **ADD DEPOSITS NOT SHOWN ON**
    **THIS STATEMENT (IF ANY)**    + _____

(3) **SUBTOTAL**                   $ _____

(4) **SUBTRACT TOTAL OF CHECKS**
    **OUTSTANDING (IF ANY)**       - _____

(5) **ADJUSTED BANK BALANCE**      $ _____

### YOUR BALANCE

(6) **CHECK REGISTER BALANCE**     $ _____

(7) **ADD CREDITS WHICH APPEAR**
    **ON THIS STATEMENT THAT HAVE**
    **NOT BEEN RECORDED IN YOUR**
    **REGISTER (IF ANY)**          + _____ *

(8) **ADD INTEREST CREDITED TO**
    **YOUR ACCOUNT (IF ANY)**      + _____ *

(9) **SUBTRACT OTHER CHARGES**
    **(IF ANY)**                   - _____ *

(10) **ADJUSTED CHECK REGISTER**
     **BALANCE**                   $ _____
     * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

**-Are all deposits accounted for?**
**-Are all amounts entered correctly?**
**-Are all automatic transactions accounted for?**
**-Are all additions and subtractions accurate?**



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK

DOJ-01-0000004642



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 04/10/20 - 05/11/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 113.60 | 2 | 82.36 | 0 | 0.00 | .00 | 31.24 |

Please examine immediately and report it incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
04/14        37.36 DEBIT CARD PURCHASE     041320    5411041320
                   SAFEWAY #2932           SEATTLE     WA
04/16        45.00 DEBIT CARD PURCHASE     041620    7277041620
                   PAYPAL *PAULGESSLLC     402-935-7733 CA

  ACCOUNT BALANCE SUMMARY
       DATE.........BALANCE   DATE.........BALANCE
       04/10        113.60    04/16        31.24
       04/14         76.24

FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-01-0000004643

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)            $ _____

(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)          + _____

(3) SUBTOTAL                         $ _____

(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)             - _____

(5) ADJUSTED BANK BALANCE            $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE           $ _____

(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)                + _____ *

(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)            + _____ *

(9) SUBTRACT OTHER CHARGES
    (IF ANY)                         - _____ *

(10) ADJUSTED CHECK REGISTER        $ _____
     BALANCE
        * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.



126405-0714
BM1BCK

DOJ-01-0000004644



USAA
FEDERAL
SAVINGS
BANK

PAGE   1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 05/11/20 - 06/11/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 31.24 | 3 | 31.24 | 0 | 0.00 | .00 | 0.00 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


   OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
06/01        8.54 DEBIT CARD PURCHASE     053020    5411053020
                  SAFEWAY #1062           SEATTLE      WA
06/01       11.26 DEBIT CARD PURCHASE     053020    5541053020
                  SHELL OIL 57445757305   SEATTLE      WA
06/01       11.44 DEBIT CARD PURCHASE     052920    5912052920
                  RITE AID STORE - 5223   SEATTLE      WA

   ACCOUNT BALANCE SUMMARY
      DATE..........BALANCE  DATE..........BALANCE
      05/11         31.24    06/01          .00



FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-01-0000004645

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544

800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) **BALANCE THIS STATEMENT**
   (SHOWN ON FRONT PAGE)   $ _____

(2) **ADD DEPOSITS NOT SHOWN ON
   THIS STATEMENT (IF ANY)**   + _____

(3) **SUBTOTAL**   $ _____

(4) **SUBTRACT TOTAL OF CHECKS
   OUTSTANDING (IF ANY)**   - _____

(5) **ADJUSTED BANK BALANCE**   $ _____

### YOUR BALANCE

(6) **CHECK REGISTER BALANCE**   $ _____

(7) **ADD CREDITS WHICH APPEAR
   ON THIS STATEMENT THAT HAVE
   NOT BEEN RECORDED IN YOUR
   REGISTER (IF ANY)**   + _____ *

(8) **ADD INTEREST CREDITED TO
   YOUR ACCOUNT (IF ANY)**   + _____ *

(9) **SUBTRACT OTHER CHARGES
   (IF ANY)**   - _____ *

(10) **ADJUSTED CHECK REGISTER
   BALANCE**   $ _____
   * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK

**DOJ-01-0000004646**



**USAA FEDERAL SAVINGS BANK**
10750 McDermott Fwy.
San Antonio TX 78288-0544

83679-1105

ACCOUNT NUMBER  **\*** 1 6 1 3 6 4 9 8 5

Subject to the terms and conditions of this bank's collection agreement now in effect.

Check ▶        3 4 6 3 5 0

Date    Mar 17, 2020
Member# 023712242

Check ▶

Check ▶

Name    ERIC R SHIBLEY
Address

Check ▶
Total From
Other Side ▶

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

$        3 4 6 3 5 0

USE OTHER SIDE FOR ADDITIONAL LISTING

**Deposit**

⑆314074269⑆        05

AccountNum: 161364985
Amount: 3,463.50
CheckNum: 47703663
Tracer: 12168893
Routing: 314074269
DatePosted: 2020/03/17

CENTS    20200317 21 017 045   USAA FSB - SAT 20200317 12168893
012168893 0207  .   .  >>314074269<<. 012168893  20200317  .   .   .

DOLLARS

CHECKS

ENTER TOTAL ON FRONT $

AccountNum: 161364985
Amount: 3,463.50
CheckNum: 47703663
Tracer: 12168893
Routing: 314074269
DatePosted: 2020/03/17

DOJ-01-0000004647



AccountNum: ▮1728
Amount: 3,463.50
CheckNum: 1510450
Tracer: 12168894
Routing: ▮3284
DatePosted: 2020/03/17



AccountNum: ▮1728
Amount: 3,463.50
CheckNum: 1510450
Tracer: 12168894
Routing: ▮3284
DatePosted: 2020/03/17

DOJ-01-0000004648



AccountNum: 161364985
Amount: 150.00
CheckNum: 53118099
Tracer: 12342867
Routing: 314074269
DatePosted: 2020/04/06



AccountNum: 161364985
Amount: 150.00
CheckNum: 53118099
Tracer: 12342867
Routing: 314074269
DatePosted: 2020/04/06

DOJ-01-0000004649



AccountNum: ▮4314
Amount: 150.00
CheckNum: 4321
Tracer: 12342868
Routing: ▮5576
DatePosted: 2020/04/06



AccountNum: ▮4314
Amount: 150.00
CheckNum: 4321
Tracer: 12342868
Routing: ▮5576
DatePosted: 2020/04/06



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 06/11/20 - 07/10/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 0.00 | 5 | 729.20 | 2 | 1,200.01 | .00 | 470.81 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


   DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/19    1,200.00 DEPOSIT @ MOBILE
07/10        0.01 INTEREST PAID

   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/07      265.95 POS DEBIT            070720   8043070720
                  AMERICA'S BEST         SEATTLE      WA
07/08       89.85 DEBIT CARD PURCHASE  070720   5411070720
                  UWAJIMAYA SEATTLE      SEATTLE      WA
07/08      299.21 DEBIT CARD PURCHASE  070720   5200070720
                  THE HOME DEPOT #8944   SEATTLE      WA
07/10        9.33 DEBIT CARD PURCHASE  070820   5814070820
                  MCDONALD'S F472        SEATTLE      WA
07/10       64.86 DEBIT CARD PURCHASE  070920   5411070920
                  UWAJIMAYA SEATTLE      SEATTLE      WA

  ACCOUNT BALANCE SUMMARY
     DATE.........BALANCE  DATE.........BALANCE
     06/11          .00    07/08       544.99
     06/19      1,200.00   07/10       470.81
     07/07       934.05

**FDIC**
INSURED

93526-0814_05
BM1FRT

DOJ-02-0000009280

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $     |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)                $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)             + _____

(3) SUBTOTAL                          $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)                - _____

(5) ADJUSTED BANK BALANCE             $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE            $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)                   + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)               + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)                            - _____ *

(10) ADJUSTED CHECK REGISTER
BALANCE                              $ _____
     * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.



126405-0714
BM1BCK

DOJ-02-0000009281



USAA
FEDERAL
SAVINGS
BANK

PAGE    2

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 06/11/20 - 07/10/20 |

    * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
   YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
  29 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.02%.  THIS
   BRINGS YOUR YTD INTEREST PAID TO        0.01.

**FDIC**
INSURED

105846-0814_06
BMFR1A

DOJ-02-0000009282



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 07/10/20 - 08/12/20 |

| BALANCE LAST STATEMENT | NO. OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 470.81 | 1 | 101.30 | 0 | 0.00 | .00 | 369.51 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/13         101.30 DEBIT CARD PURCHASE    071020    4812071020
                 T-MOBILE STORE # 2201    SEATTLE        WA

 ACCOUNT BALANCE SUMMARY
       DATE..........BALANCE   DATE..........BALANCE
       07/10         470.81   07/13          369.51



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- •   Tell us your name and account number (if any).
- •   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- •   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
   (SHOWN ON FRONT PAGE)                    $ _____

(2) ADD DEPOSITS NOT SHOWN ON
   THIS STATEMENT (IF ANY)                  + _____

(3) SUBTOTAL                                $ _____

(4) SUBTRACT TOTAL OF CHECKS
   OUTSTANDING (IF ANY)                     - _____

(5) ADJUSTED BANK BALANCE                   $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE                  $ _____

(7) ADD CREDITS WHICH APPEAR
   ON THIS STATEMENT THAT HAVE
   NOT BEEN RECORDED IN YOUR
   REGISTER (IF ANY)                        + _____ *

(8) ADD INTEREST CREDITED TO
   YOUR ACCOUNT (IF ANY)                    + _____ *

(9) SUBTRACT OTHER CHARGES
   (IF ANY)                                 - _____ *

(10) ADJUSTED CHECK REGISTER
   BALANCE                                  $ _____

   * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK

DOJ-02-0000009284



USAA
FEDERAL
SAVINGS
BANK

PAGE   1

ERIC SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

0
12

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01613-6498-5 | USAA CLASSIC CHECKING | 08/12/20 - 09/11/20 |

| BALANCE LAST STATEMENT | NO. OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 369.51 | 0 | 0.00 | 0 | 0.00 | .00 | 369.51 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.


ACCOUNT BALANCE SUMMARY
     DATE.........BALANCE    DATE.........BALANCE
     08/12        369.51



FDIC
INSURED

93526-0814_05
BM1FRT

DOJ-02-0000009285

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

**(1) BALANCE THIS STATEMENT (SHOWN ON FRONT PAGE)**    $ _____

**(2) ADD DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)**    + _____

**(3) SUBTOTAL**    $ _____

**(4) SUBTRACT TOTAL OF CHECKS OUTSTANDING (IF ANY)**    - _____

**(5) ADJUSTED BANK BALANCE**    $ _____

### YOUR BALANCE

**(6) CHECK REGISTER BALANCE**    $ _____

**(7) ADD CREDITS WHICH APPEAR ON THIS STATEMENT THAT HAVE NOT BEEN RECORDED IN YOUR REGISTER (IF ANY)**    + _____ *

**(8) ADD INTEREST CREDITED TO YOUR ACCOUNT (IF ANY)**    + _____ *

**(9) SUBTRACT OTHER CHARGES (IF ANY)**    - _____ *

**(10) ADJUSTED CHECK REGISTER BALANCE**    $ _____

* Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK

DOJ-02-0000009286



**USAA FEDERAL SAVINGS BANK**
10750 McDermott Fwy.
San Antonio TX 78288-0544

83679-1105

ACCOUNT ✱ 1 6 1 3 6 4 9 8 5
NUMBER
Subject to the terms and conditions of this bank's collection agreement now in effect.

Check ▶ 1 2 0 0 0 0

Date       Jun 19, 2020          Check ▶

Member# 023712242               Check ▶

Name      ERIC R SHIBLEY         Check ▶
Address                          Total From
                                 Other Side ▶

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL          $           1 2 0 0 0 0

**Deposit**

USE OTHER SIDE FOR ADDITIONAL LISTING

⑆314074269⑆                                      05

AccountNum: 161364985
Amount: 1,200.00
CheckNum: 75179411
Tracer: 12149944
Routing: 314074269
DatePosted: 2020/06/19



CENTS    20200619 21 004 039  USAA FSB - SAT 20200619 12149944
         012149944 0207  .  .  >>314074269<<. 012149944 20200619  .  .  .

DOLLARS

CHECKS                                                        ENTER
                                                             TOTAL
                                                           ON FRONT $

AccountNum: 161364985
Amount: 1,200.00
CheckNum: 75179411
Tracer: 12149944
Routing: 314074269
DatePosted: 2020/06/19



**WILLIAM D BUCKINGHAM**
**CONNIE BUCKINGHAM**

SEATTLE, WA

19-10/1250

18794

Date 6-14-20

Pay to D.R. Shibley — | $ 1200.00

the order of

One thousand two hundred & 00/ Dollars

**us bank.**

Memo MAy-JuN-July          Connie Buckgh

⑆ 0105⑆ 298 2⑈8794

LEDS FOR FRAUD DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK

AccountNum: 2982
Amount: 1,200.00
CheckNum: 0
Tracer: 12149945
Routing: 0105
DatePosted: 2020/06/19



20200619 21 004 039   USAA FSB - SAT
012149945 0290      <>>314074269<<

AccountNum: 2982
Amount: 1,200.00
CheckNum: 0
Tracer: 12149945
Routing: 0105
DatePosted: 2020/06/19



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544

# Signature Card

| | |
|---|---|
| **Account Number:** | 0161364985 |
| **Date Opened:** | August 12, 2013 |
| **Product Type:** | USAA CLASSIC CHECKING |
| | |
| **Account Styling:** | ERIC R SHIBLEY |
| | 4700 36TH AVE SW |
| | SEATTLE WA 98126-2716 |

## Address Information

| 4700 36TH AVE SW | SEATTLE | WA | 98126 |
|---|---|---|---|
| Physical Address | City | State | ZIP |
| 4700 36TH AVE SW | SEATTLE | WA | 98126-2716 |
| Mailing Address | City | State | ZIP |

## Acknowledgement

The undersigned acknowledges receipt of a copy of the USAA Federal Savings Bank Depository Agreement and agrees to all the terms contained therein. Federal laws and regulations and, to the extent that local law applies, the laws of the State of Texas shall govern all matters pertaining to this account. Account information may be shared with other USAA affiliates. If this is a joint Account, each Accountholder agrees that they own this Account as joint tenants with rights of survivorship.

e-Signed /s/ ERIC R SHIBLEY #023712242 06/19/2020 11:41

Signature of Primary Accountholder or Custodian for Uniform Transfer to Minor Account    Date

210-531-USAA (8722) ▪ 800-531-8722 ▪ Mobile #8722 ▪ Fax 800-531-5717 ▪ usaa.com

023712242



130629-1118

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 139
Admitted _____

DOJ-02-0000009279

[**Home**Street] *Bank®*

Page 1 of 1

ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 23, 2020
This statement: June 30, 2020
Total days in statement period: 8

5330812055
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Statement Savings

| | |
|---|---|
| Account number | 5330812055 |
| Low balance | $50.00 |
| Average balance | $68.75 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 06-23 | Beginning balance | | | $0.00 |
| 06-23 | ' Deposit | 200.00 | | 200.00 |
| | TLR26302 BR 263 | | | |
| 06-24 | ' Withdrawal | | -150.00 | 50.00 |
| | TLR26302 BR 263 | | | |
| 06-30 | **Ending totals** | **200.00** | **-150.00** | **$50.00** |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 0.00% |
| Interest-bearing days | 8 |
| Average balance for APY | $68.75 |
| Interest earned | $0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 140
Admitted _____

DOJ-02-0000007942



**ACCOUNT BALANCE**

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT    $ _____
+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK    + _____
+ _____

SUBTOTAL    $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS    − _____

ACCOUNT BALANCE    $ _____

ENTER HERE

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**REGISTER BALANCE**

ENTER YOUR CHECKBOOK BALANCE    $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)    + _____
+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)    + _____

**SUBTOTAL**    $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)    − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER)    − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)    − _____

**REGISTER BALANCE**    $ _____

THESE SHOULD EQUAL

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Rev. 1/15

[Home]Street[] *Bank*

Page 1 of 1

ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 30, 2020
This statement: July 06, 2020
Total days in statement period: 6

5330812055
( 0)

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

** Closed Account - Final Statement

## Business Statement Savings

| | |
|---|---|
| Account number | 5330812055 |
| Low balance | $0.00 |
| Average balance | $41.67 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | $50.00 |
| 07-06 | ' Withdrawal | | -50.00 | 0.00 |
| | TLR60006 BR 600 | | | |
| 07-06 | **Ending totals** | .00 | -50.00 | $0.00 |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 0.00% |
| Interest-bearing days | 5 |
| Average balance for APY | $50.00 |
| Interest earned | $0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007944



**ACCOUNT BALANCE**

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT $ _____

+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK

+ _____

+ _____

SUBTOTAL $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS − _____

ACCOUNT BALANCE $ _____

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

ENTER HERE

**REGISTER BALANCE**

ENTER YOUR CHECKBOOK BALANCE $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER) + _____

+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER) + _____

SUBTOTAL $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER) − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER) − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER) − _____

REGISTER BALANCE $ _____

THESE SHOULD EQUAL

TOTAL

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007945

**[HomeStreet]** *Bank*®

**New Account Agreement**
**For Business Accounts**

## ACCOUNT INFORMATION

| Complete Legal Business Name ("Business Unit") | | | | | Account Number |
|---|---|---|---|---|---|
| ES1 LLC | ☐ Checking | ☐ Money Market | ☒ Savings | ☐ Certificate of Deposit | 5330812055 |

| Physical Address | City | State | Zip |
|---|---|---|---|
| 4700 36th Ave Sw | Seattle | WA | 98126 |

| Mailing Address (if different) | City | State | Zip |
|---|---|---|---|

| ☐ Sole Proprietorship  ☐ Partnership  ☐ Corporation  ☒ LLC  ☐ Unincorporated Association | Specific Type of Business (e.g. pre-owned car dealership, dentist office, fishing vessel) |
|---|---|
| | Construction |

| Primary Phone | Secondary Phone | Business URL |
|---|---|---|
| 206-938-4291 | | |

| Business E-mail Address | Federal Tax Identification # |
|---|---|
| Ers98126@gmail.com | ███████5849 |

## SIGNATURES

Any one of the signers below has the authority to obligate this Business Unit to contracts and agreements with HomeStreet Bank. By signing on the signature line below you are certifying all information provided is true. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. You authorize HomeStreet Bank to verify credit and/or have a credit reporting agency prepare a credit report on the business and the signers.

| Printed Name | Title | Signature |
|---|---|---|
| Eric R Shibley | sole member | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |

## DISCLOSURES PROVIDED

The above signed also acknowledge(s) the receipt of the following disclosures and agree(s) to the terms contained therein.

☒ Deposit Agreement    ☒ Terms and Conditions for Business Accounts    ☒ Rate Sheet    ☒ Schedule of Fees

Revised 01/2019                                    Continued on Reverse

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 141
Admitted _____

DOJ-02-0000007652

**BUSINESS RESOLUTION/AUTHORIZATION AND AGREEMENT**

The undersigned Business Unit hereby agrees to all terms and conditions of this New Account Agreement ("Agreement"), the Deposit Agreement, Terms and Conditions, and any and all other agreements or disclosures provided to Business Unit by HomeStreet Bank ("Bank"), as may be amended from time to time.

The undersigned certifies that the Business Unit is in good standing and authorized to conduct business in all states in which it is operating, that all formation documents provided by Business Unit to Bank are complete, accurate, and current, and that the following resolutions/ authorizations have been adopted by the Business Unit's board of directors, partners, managers, members, partners, or owners (as the case may be):

1. Any ONE of the Authorized Signers named on this Agreement is authorized to (a) open or close one or more deposit accounts ("Accounts") with Bank; (b) execute in Business Unit's name this and any agreement(s) regarding the Accounts and the services related thereto; (c) authorize and execute transactions on the Accounts, including, without limitation, (i) checks and other instruments withdrawing funds from the Accounts, including those payable to cash or to persons who sign them, (ii) requests for transfer of funds to and from the Accounts, (iii) arrangements for automated clearing house ("ACH") debit and/or credit entries to and from the Accounts, (iv) endorse and otherwise negotiate checks/items payable to Business Unit; or (d) incur overdrafts and other obligations in the Accounts at Bank in connection with any of the products, services, or activities authorized by this resolution or authorization.
2. The Business Unit is authorized to enter into any other agreements, arrangements, and documents with respect to any of Bank's deposit and cash management products and services, in such form and on such terms and conditions as may be agreed by such Authorized Signer signing such agreements and documents.
3. Business Unit authorizes Bank to rely on any act or communication, including telephone, wire or electronic communication, purporting to be done by any Authorized Signer or other officer, employee or agent of Business Unit if such reliance is in good faith, and Business Unit shall be bound to Bank by any such act or communication relied on by Bank in good faith and provided Bank followed reasonable security procedures standard in the banking industry.

These resolutions/authorizations are in addition to, and not limitations of, any other resolutions/authorizations relating to Business Unit in favor of Bank, and shall (i) be deemed retroactive and applicable to acts prior to this Agreement; (ii) remain in full force and effect until Bank receives express written notice of revocation from the Business Unit.

**Note:  Except for sole proprietorships, the certifying officer of the Business Unit signing below should not be an authorized Signer on the Account(s) unless all owners of the Business Unit have signed this Agreement.**

☐ **CORPORATION**
The undersigned Secretary of the Business Unit certifies that the Resolutions in this Agreement were adopted by the Business Unit's Board of Directors on _____ (date), in accordance with the Business Unit's articles of incorporation and bylaws.

☑ **LIMITED LIABILITY COMPANY**
The undersigned officer, manager, or member of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's managers, members, or managing members on 6-15-20 (date), in accordance with the Business Unit's operating agreement and articles of organization.

☐ **PARTNERSHIP**
The undersigned officer or partner of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's partners, general partner, or managing partners on _____ (date), in accordance with the Business Unit's partnership agreement.

☐ **ASSOCIATION OR OTHER**
The undersigned representative of the Business Unit certifies that the authorizations in this Agreement are binding on the Business Unit and were duly approved by the appropriate authorities of the Business Unit on _____.

☐ **SOLE PROPRIETORSHIP**
The undersigned are all owners of the Business Unit. Select which account ownership applies.

☐ This is a single name    ☐ Joint with right of survivorship    ☐ Joint without right of survivorship

_____     _____     6-23-20
Signature                                  Title   Manager                  Date

# Business Market Rate Savings

October 31, 2019 ▪ Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 10/10 | $0.00 |
| Deposits/Credits | 60,025.45 |
| Withdrawals/Debits | - 7,000.00 |
| **Ending balance on 10/31** | **$53,025.45** |
| Average ledger balance this period | $25,070.45 |

Account number:  **3365502378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.45 |
| Average collected balance | $25,070.45 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.45 |
| Interest paid this year | $0.45 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 10/10 | Savings Opening Deposit | 25.00 | | 25.00 |
| 10/22 | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib0729Szyy on 10/21/19 | 60,000.00 | | 60,025.00 |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 142
Admitted _____

DOJ-01-0000006452

October 31, 2019   ▪   Page 2 of 3



---

## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 10/25 | Transfer IN Branch/Store - to Es1 LLC DDA xxxxxx9124 4314 Sw Alaska St Seattle WA | | 7,000.00 | 53,025.00 |
| 10/31 | Interest Payment | 0.45 | | 53,025.45 |
| | Ending balance on 10/31 | | | **53,025.45** |
| **Totals** | | **$60,025.45** | **$7,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/10/2019 - 10/31/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25,070.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

DOJ-01-0000006453

October 31, 2019   ▪   Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into                    $ _____
your account which are not              $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

November 30, 2019  ▪  Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $53,025.45 |
| Deposits/Credits | 1.08 |
| Withdrawals/Debits | - 16,500.00 |
| **Ending balance on 11/30** | **$36,526.53** |
| Average ledger balance this period | $43,842.11 |

Account number:  **3365502378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.08 |
| Average collected balance | $43,842.11 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $1.08 |
| Interest paid this year | $1.53 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 11/12 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib075Hg6Jf on 11/12/19 | | 4,000.00 | 49,025.45 |
| 11/13 | Transfer IN Branch/Store - to Es1 LLC DDA xxxxxx9124 4314 Sw Alaska St Seattle WA | | 3,000.00 | |

DOJ-01-0000006455

November 30, 2019  ▪ Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 11/13 | Transfer IN Branch/Store - to Es1 LLC DDA xxxxxx9124 4011 S 164th St Seatac WA | | 2,000.00 | 44,025.45 |
| 11/14 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib075Rrnsd on 11/14/19 | | 4,500.00 | 39,525.45 |
| 11/20 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib076Mv8Mk on 11/19/19 | | 3,000.00 | 36,525.45 |
| 11/29 | Interest Payment | 1.08 | | 36,526.53 |
| **Ending balance on 11/30** | | | | 36,526.53 |
| **Totals** | | **$1.08** | **$16,500.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*   \* Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·   Average collected balance | $500.00 | $43,842.00 ☑ |
| ·   Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YCYC



# ✔ IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

November 30, 2019 ▪ Page 3 of 3



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

December 31, 2019 ▪ Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.



## ☑ IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $36,526.53 |
| Deposits/Credits | 2,500.64 |
| Withdrawals/Debits | - 14,427.00 |
| **Ending balance on 12/31** | **$24,600.17** |
| Average ledger balance this period | $25,096.82 |

Account number: **3365602378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

DOJ-01-0000006458

December 31, 2019  ▪  Page 2 of 3



WELLS FARGO

---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.64 |
| Average collected balance | $25,096.82 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.64 |
| Interest paid this year | $2.17 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 12/4 | ✳ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib078Yf5Cn on 12/04/19 | | 5,000.00 | 31,526.53 |
| 12/9 | Transfer IN Branch/Store - to Es1 LLC DDA xxxxxx9124 4314 Sw Alaska St Seattle WA | | 4,427.00 | |
| 12/9 | ✳ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib079H7Yjt on 12/07/19 | | 5,000.00 | 22,099.53 |
| 12/31 | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Dwz3K5 on 12/31/19 | 2,500.00 | | |
| 12/31 | Interest Payment | 0.64 | | 24,600.17 |
| **Ending balance on 12/31** | | | | **24,600.17** |
| **Totals** | | **$2,500.64** | **$14,427.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25,097.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YC/YC | | |

DOJ-01-0000006459

December 31, 2019  ▪  Page 3 of 3



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

January 31, 2020 ▪ Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $24,600.17 |
| Deposits/Credits | 0.37 |
| Withdrawals/Debits | - 14,423.19 |
| **Ending balance on 1/31** | **$10,177.35** |
| Average ledger balance this period | $14,562.29 |

Account number:  **3365502378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.37 |
| Average collected balance | $14,562.29 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.37 |
| Interest paid this year | $0.37 |
| Total interest paid in 2019 | $2.17 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---:|---:|---:|
| 1/2 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07FbZVjl on 01/02/20 | | 2,000.00 | 22,600.17 |
| 1/6 | Withdrawal Made In A Branch/Store | | 4,427.00 | 18,173.17 |

DOJ-01-0000006461

January 31, 2020 ▪ Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 1/8 | ⁕ Overdraft Protection to 7621559124 | | 256.00 | 17,917.17 |
| 1/9 | ⁕ Overdraft Protection to 7621559124 | | 25.00 | 17,892.17 |
| 1/10 | ⁕ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Gfhskv on 01/09/20 | | 1,500.00 | |
| 1/10 | Transfer IN Branch/Store - to Es1 LLC DDA xxxxxx9124 4314 Sw Alaska St Seattle WA | | 2,000.00 | 14,392.17 |
| 1/17 | ⁕ Overdraft Protection to 7621559124 | | 1,001.78 | 13,390.39 |
| 1/21 | ⁕ Overdraft Protection to 7621559124 | | 1,012.50 | 12,377.89 |
| 1/23 | ⁕ Overdraft Protection to 7621559124 | | 1,639.42 | |
| 1/23 | Excess Activity Fee | | 15.00 | 10,723.47 |
| 1/27 | ⁕ Overdraft Protection to 7621559124 | | 531.49 | |
| 1/27 | Excess Activity Fee | | 15.00 | 10,176.98 |
| 1/31 | Interest Payment | 0.37 | | 10,177.35 |
| **Ending balance on 1/31** | | | | **10,177.35** |
| **Totals** | | **$0.37** | **$14,423.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*⁕ Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. One or more Excess Activity Fees have been assessed because the combined total limit of six (6) per monthly fee period has been exceeded. Except for outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $14,562.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YCYC | | |

January 31, 2020 ▪ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your     $ _____
register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006463

# Business Market Rate Savings

February 29, 2020 ▪ Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $10,177.35 |
| Deposits/Credits | 0.16 |
| Withdrawals/Debits | - 6,500.00 |
| **Ending balance on 2/29** | **$3,677.51** |
| Average ledger balance this period | $6,832.52 |

Account number:  **3365602378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.16 |
| Average collected balance | $6,832.52 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.16 |
| Interest paid this year | $0.53 |
| Total interest paid in 2019 | $2.17 |

DOJ-01-0000006464

February 29, 2020 ▪ Page 2 of 3



---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/7 | ⊛ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Lwtmtz on 02/07/20 | | 4,000.00 | 6,177.35 |
| 2/28 | ⊛ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Q75Ltn on 02/28/20 | | 2,500.00 | |
| 2/28 | Interest Payment | 0.16 | | 3,677.51 |
| **Ending balance on 2/29** | | | | **3,677.51** |
| **Totals** | | **$0.16** | **$6,500.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

⊛ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $6,833.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
YCYC

DOJ-01-0000006465

February 29, 2020  ▪  Page 3 of 3



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

March 31, 2020 ■ Page 1 of 3



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,677.51 |
| Deposits/Credits | 7,000.01 |
| Withdrawals/Debits | - 3,683.51 |
| **Ending balance on 3/31** | **$6,994.01** |
| Average ledger balance this period | $359.83 |

Account number: **3365502378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $359.83 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.54 |
| Total interest paid in 2019 | $2.17 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/2 | * Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib07Qfsj4G on 02/29/20 | | 3,200.00 | 477.51 |
| 3/4 | * Overdraft Protection to 7621559124 | | 477.51 | 0.00 |

DOJ-01-0000006467

March 31, 2020 ■ Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 3/31 | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Vyb96Z on 03/30/20 | 7,000.00 | | |
| 3/31 | Interest Payment | 0.01 | | |
| 3/31 | Monthly Service Fee | | 6.00 | 6,994.01 |
| **Ending balance on 3/31** | | | | 6,994.01 |
| **Totals** | | **$7,000.01** | **$3,683.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $360.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YCJYC | | |

March 31, 2020   ▪   Page 3 of 3



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
register or transfers into                              $ _____
your account which are not                           $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

April 30, 2020   ▪   Page 1 of 4



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $6,994.01 |
| Deposits/Credits | 22,254.82 |
| Withdrawals/Debits | - 22,387.75 |
| **Ending balance on 4/30** | **$6,861.08** |
| Average ledger balance this period | $9,438.13 |

Account number:  **3365502378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.07 |
| Average collected balance | $9,303.99 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.07 |
| Interest paid this year | $0.61 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/1 | ATM Check Deposit on 04/01 West Seattle Seattle WA 0001657 ATM ID 1740A Card 9012 | 4,924.75 | | 11,918.76 |
| 4/6 | * Online Transfer Ref #Ib07x26G9V to Business Card Xxxxxxxxxxxx3611 on 04/05/20 | | 3,487.03 | 8,431.73 |

DOJ-01-0000006470

April 30, 2020   ▪  Page 2 of 4


WELLS
FARGO

## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002307 ATM ID 1740A Card 9012 | 2,400.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002308 ATM ID 1740A Card 9012 | 300.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002309 ATM ID 1740A Card 9012 | 300.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002310 ATM ID 1740A Card 9012 | 420.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002311 ATM ID 1740A Card 9012 | 560.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002312 ATM ID 1740A Card 9012 | 600.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002313 ATM ID 1740A Card 9012 | 600.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002314 ATM ID 1740A Card 9012 | 580.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002315 ATM ID 1740A Card 9012 | 580.00 | | |
| 4/7 | ATM Cash Deposit on 04/07 West Seattle Seattle WA 0002316 ATM ID 1740A Card 9012 | 540.00 | | 15,311.73 |
| 4/10 | * Online Transfer Ref #Ib07Xkmdy3 to Business Card Xxxxxxxxxxxx3611 on 04/09/20 | | 788.72 | |
| 4/10 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Xqmnll on 04/10/20 | | 7,600.00 | 6,923.01 |
| 4/13 | * Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Y272Zb on 04/13/20 | | 4,500.00 | 2,423.01 |
| 4/14 | Edeposit IN Branch/Store 04/14/20 11:29:56 Am 4314 Sw Alaska St Seattle WA 9012 | 2,400.00 | | 4,823.01 |
| 4/17 | ATM Cash Deposit on 04/16 West Seattle Seattle WA 0003247 ATM ID 1740A Card 9012 | 1,600.00 | | |
| 4/17 | ATM Cash Deposit on 04/16 West Seattle Seattle WA 0003248 ATM ID 1740A Card 9012 | 200.00 | | 6,623.01 |
| 4/20 | ATM Check Deposit on 04/20 Georgetown Business Cente Seattle WA 0000577 ATM ID 2593A Card 9012 | 1,600.00 | | 8,223.01 |
| 4/21 | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Z/pkb5 on 04/21/20 | 4,000.00 | | 12,223.01 |
| 4/23 | ATM Check Deposit on 04/23 West Seattle Seattle WA 0003956 ATM ID 1740A Card 9012 | 650.00 | | 12,873.01 |
| 4/27 | * Online Transfer to Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib08279Ctx on 04/27/20 | | 6,000.00 | 6,873.01 |
| 4/30 | Interest Payment | 0.07 | | |
| 4/30 | Cash Deposit Processing Fee | | 12.00 | 6,861.08 |
| **Ending balance on 4/30** | | | | **6,861.08** |
| **Totals** | | **$22,254.82** | **$22,387.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

DOJ-01-0000006471



April 30, 2020  ▪  Page 3 of 4

**WELLS FARGO**

---

***Monthly service fee summary (continued)***

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $9,304.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

DOJ-01-0000006472

April 30, 2020   ▪   Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

May 31, 2020 ▪ Page 1 of 4



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $6,861.08 |
| Deposits/Credits | 100,600.27 |
| Withdrawals/Debits | - 103,700.00 |
| **Ending balance on 5/31** | **$3,761.35** |
| Average ledger balance this period | $31,190.11 |

Account number:  **3365602378**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.27 |
| Average collected balance | $31,170.75 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.27 |
| Interest paid this year | $0.88 |

DOJ-01-0000006474

May 31, 2020 ▪ Page 2 of 4



---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 5/1 | ※ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib0834x5K2 on 05/01/20 | | 1,000.00 | 5,861.08 |
| 5/4 | ATM Check Deposit on 05/04 Georgetown Business Cente Seattle WA 0002142 ATM ID 2593A Card 9012 | 500.00 | | |
| 5/4 | ATM Withdrawal authorized on 05/04 West Seattle Seattle WA 0005099 ATM ID 1740A Card 9012 | | 700.00 | 5,761.08 |
| 5/21 | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib0863N7Y5 on 05/21/20 | 100,000.00 | | 105,761.08 |
| 5/26 | ※ Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib086Qtg5R on 05/25/20 | | 2,000.00 | 103,761.08 |
| 5/29 | Legal Order Debit - Contact Wells Fargo Bank (480) 724-2000 - Case# 34510420 | | 100,000.00 | |
| 5/29 | Interest Payment | 0.27 | | 3,761.35 |
| | Ending balance on 5/31 | | | 3,761.35 |
| **Totals** | | **$100,600.27** | **$103,700.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|------------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $31,171.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

YCYC

 # IMPORTANT ACCOUNT INFORMATION

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:

May 31, 2020 ▪ Page 3 of 4



- The first $5,525 of a day's total deposits of cashier's, certified, teller's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

DOJ-01-0000006476

May 31, 2020 ▪ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your                      $ _____
register or transfers into                              $ _____
your account which are not                             $ _____
shown on your statement.                           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

October 31, 2019 ■ Page 1 of 4



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/10 | $0.00 |
| Deposits/Credits | 90,416.15 |
| Withdrawals/Debits | - 81,697.00 |
| **Ending balance on 10/31** | **$8,719.15** |
| Average ledger balance this period | $17,510.80 |

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
■ Savings - 000003365602378

Account number:  **7621559124**

ES1 LLC

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 143
Admitted _____

DOJ-01-0000006136

October 31, 2019  ▪  Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 10/10 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 10/15 | | Edeposit IN Branch/Store 10/15/19 04:20:41 Pm 4314 Sw Alaska St Seattle WA 4245 | 1,028.25 | | 1,053.25 |
| 10/18 | | WT Fed#03847 U.S. Bank, Nationa /Org=Ticor Title of Washington Inc IOLTA Srf# 191018039552 Trn#191018176070 Rfb# 191018039552 | 77,123.39 | | |
| 10/18 | | Wire Trans Svc Charge - Sequence: 191018176070 Srf# 191018039552 Trn#191018176070 Rfb# 191018039552 | | 15.00 | 78,161.64 |
| 10/22 | | Wire Trans Svc Charge - Sequence: 191022082347 Srf# 0001740294022742 Trn#191022082347 Rfb# | | 30.00 | |
| 10/22 | | Online Transfer to Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib0729Szyy on 10/21/19 | | 60,000.00 | |
| 10/22 | | WT Fed#02561 Boeing Employees C /Ftr/Bnf=Gabor Koves Srf# 0001740294022742 Trn#191022082347 Rfb# | | 15,000.00 | 3,131.64 |
| 10/23 | | Edeposit IN Branch/Store 10/23/19 01:39:02 Pm 4314 Sw Alaska St Seattle WA 9124 | 400.00 | | 3,531.64 |
| 10/24 | | Purchase authorized on 10/23 King County DC Mrj Kent WA S309296818617176 Card 4245 | | 50.00 | |
| 10/24 | | Purchase authorized on 10/23 King County DC Mrj Kent WA S469296833166858 Card 4245 | | 50.00 | |
| 10/24 | | Purchase authorized on 10/23 King County DC Mrj Kent WA S389296834546306 Card 4245 | | 50.00 | 3,381.64 |
| 10/25 | | Edeposit IN Branch/Store 10/25/19 04:27:54 Pm 4314 Sw Alaska St Seattle WA 4245 | 615.00 | | |
| 10/25 | | Transfer IN Branch/Store - From Es1 LLC DDA xxxxxx2378 4314 Sw Alaska St Seattle WA | 7,000.00 | | |
| 10/25 | | Purchase authorized on 10/24 Ncourt *Waskagitsw Mount Vernon WA S389297705293080 Card 4245 | | 52.00 | 10,944.64 |
| 10/28 | | Purchase authorized on 10/25 King County DC Mrj Kent WA S389298750123229 Card 4245 | | 50.00 | |
| 10/28 | | Check | | 3,500.00 | |
| 10/28 | | Check | | 2,900.00 | 4,494.64 |
| 10/30 | | Edeposit IN Branch/Store 10/30/19 11:54:38 Am 4314 Sw Alaska St Seattle WA 4245 | 4,224.51 | | 8,719.15 |
| **Ending balance on 10/31** | | | | | **8,719.15** |
| **Totals** | | | **$90,416.15** | **$81,697.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| | 10/28 | 3,500.00 | | 10/28 | 2,900.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/10/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

DOJ-01-0000006137

October 31, 2019  ▪  Page 3 of 4



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $17,511.00 ☑ |
| C1/C1 | | |

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

October 31, 2019 ▪ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into                   $ _____
your account which are not               $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

November 30, 2019  ▪  Page 1 of 5



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $8,719.15 |
| Deposits/Credits | 21,929.40 |
| Withdrawals/Debits | - 26,598.76 |
| **Ending balance on 11/30** | **$4,049.79** |
| Average ledger balance this period | $5,175.19 |

Account number:  **7621559124**

ES1 LLC

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
Your account is linked to the following for Overdraft Protection:
▪  Savings - 000003365602378

November 30, 2019  ▪  Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 11/4 | | Purchase authorized on 11/01 Fas Spu #880500 Seattle WA S309305824249216 Card 4245 | | 872.15 | |
| 11/4 | | Purchase authorized on 11/01 The Home Depot 470 Seattle WA S389306143844773 Card 4245 | | 262.51 | 7,584.48 |
| 11/5 | | Purchase Return authorized on 11/03 The Home Depot #89 Seattle WA S619309547275576 Card 4245 | 45.88 | | 7,630.37 |
| 11/6 | | Edeposit IN Branch/Store 11/06/19 11:58:41 Am 4314 Sw Alaska St Seattle WA 4245 | 2,400.00 | | |
| 11/6 | | Withdrawal Made In A Branch/Store | | 3,107.00 | 6,923.37 |
| 11/8 | | Purchase authorized on 11/06 The Home Depot 470 Seattle WA S309310794891462 Card 4245 | | 249.85 | 6,673.52 |
| 11/12 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib075Hg5Jf on 11/12/19 | 4,000.00 | | |
| 11/12 | | Purchase authorized on 11/07 The Home Depot 894 Seattle WA S469311679118598 Card 4245 | | 529.12 | |
| 11/12 | | Purchase authorized on 11/08 Comcast Bellingh C 800-266-2278 WA S389312628203547 Card 4245 | | 185.35 | |
| 11/12 | | Purchase authorized on 11/08 Comcast Bellingh C 800-266-2278 WA S309312635184299 Card 4245 | | 218.58 | |
| 11/12 | | Purchase authorized on 11/10 The Home Depot #89 Seattle WA S309314846705616 Card 4245 | | 75.76 | |
| 11/12 | | Purchase authorized on 11/10 The Home Depot #89 Seattle WA S589315090976279 Card 4245 | | 35.88 | |
| 11/12 | | Check | | 2,900.00 | 6,728.83 |
| 11/13 | | Purchase Return authorized on 11/11 The Home Depot 894 Seattle WA S629317543590961 Card 4245 | 480.02 | | |
| 11/13 | | Purchase Return authorized on 11/11 The Home Depot 470 Seattle WA S629317543593018 Card 4245 | 513.07 | | |
| 11/13 | | Transfer IN Branch/Store - From Es1 LLC DDA xxxxxx2378 4314 Sw Alaska St Seattle WA | 3,000.00 | | |
| 11/13 | | Transfer IN Branch/Store - From Es1 LLC DDA xxxxxx2378 4011 S 164th St Seatac WA | 2,000.00 | | |
| 11/13 | | Purchase authorized on 11/11 The Home Depot 894 Seattle WA S589315683473833 Card 4245 | | 513.07 | |
| 11/13 | | Purchase authorized on 11/11 The Home Depot 470 Seattle WA S469315751860323 Card 4245 | | 566.98 | |
| 11/13 | | Purchase authorized on 11/11 The Home Depot #47 Seattle WA S589315782582970 Card 4245 | | 192.29 | |
| 11/13 | | Purchase authorized on 11/11 Puget Sound Energy 888-225-5773 WA S469315830643973 Card 4245 | | 423.44 | |
| 11/13 | | Purchase authorized on 11/11 Puget Sound Energy 888-225-5773 WA S389315833524702 Card 4245 | | 58.14 | |
| 11/13 | | Purchase authorized on 11/11 Puget Sound Energy 888-225-5773 WA S389315836808435 Card 4245 | | 41.09 | |
| 11/13 | | Cashed Check | | 1,900.00 | |
| 11/13 | | Withdrawal Made In A Branch/Store | | 4,510.00 | 4,516.91 |
| 11/14 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib075Rnsd on 11/14/19 | 4,500.00 | | |
| 11/14 | | Purchase authorized on 11/11 Valley View Sewer 206-242-3236 WA S469315842353685 Card 4245 | | 402.41 | |
| 11/14 | | Cashed Check | | 1,200.00 | 7,414.50 |
| 11/15 | | Purchase authorized on 11/13 The Home Depot 894 Seattle WA S469318149931744 Card 4245 | | 222.45 | |
| 11/15 | | Purchase authorized on 11/13 The Home Depot #89 Seattle WA S309318154240119 Card 4245 | | 120.01 | |
| 11/15 | | Check | | 2,962.90 | 4,109.14 |
| 11/18 | | Purchase Return authorized on 11/14 The Home Depot #47 Seattle WA S619320589133466 Card 4245 | 136.53 | | |
| 11/18 | | Purchase Return authorized on 11/16 The Home Depot #47 Tukwila WA S619322548939069 Card 4245 | 29.35 | | |

November 30, 2019   .   Page 3 of 5


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 11/18 | | Purchase authorized on 11/13 Gary Merlino Const 206-768-1000 WA S589318006323921 Card 4245 | | 873.46 | |
| 11/18 | | Purchase authorized on 11/14 The Home Depot #47 Seattle WA S309318818917650 Card 4245 | | 45.63 | |
| 11/18 | | Purchase authorized on 11/14 The Home Depot #89 Seattle WA S469319033385090 Card 4245 | | 14.28 | |
| 11/18 | | Purchase authorized on 11/14 The Home Depot #89 Seattle WA S469319215145573 Card 4245 | | 56.34 | |
| 11/18 | | Purchase authorized on 11/16 The Home Depot #89 Seattle WA S309321097223325 Card 4245 | | 23.65 | |
| 11/18 | | Purchase authorized on 11/16 The Home Depot #47 Tukwila WA S389321188360583 Card 4245 | | 7.88 | 3,253.78 |
| 11/19 | | Purchase authorized on 11/17 The Home Depot #47 Tukwila WA S389322053009130 Card 4245 | | 70.29 | |
| 11/19 | | Purchase authorized on 11/17 The Home Depot #47 Tukwila WA S389322069380636 Card 4245 | | 23.62 | |
| 11/19 | | Cashed Check | | 3,000.00 | 159.87 |
| 11/20 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib076Mv8Mk on 11/19/19 | 3,000.00 | | |
| 11/20 | | Purchase authorized on 11/18 The Home Depot #47 Seattle WA S389322757510462 Card 4245 | | 19.73 | 3,140.14 |
| 11/21 | | Purchase authorized on 11/19 The Home Depot 894 Seattle WA S589323751411151 Card 4245 | | 91.74 | |
| 11/21 | | Purchase authorized on 11/19 The Home Depot #47 Seattle WA S309324173654099 Card 4245 | | 66.26 | 2,982.14 |
| 11/25 | | Purchase Return authorized on 11/22 The Home Depot #47 Seattle WA S619328545618404 Card 4245 | 136.52 | | 3,118.66 |
| 11/26 | | Edeposit IN Branch/Store 11/26/19 12:38:41 Pm 4314 Sw Alaska St Seattle WA 4245 | 1,600.00 | | |
| 11/26 | | Purchase authorized on 11/24 The Home Depot 894 Seattle WA S589328751668559 Card 4245 | | 251.55 | |
| 11/26 | | Purchase authorized on 11/24 The Home Depot 470 Seattle WA S589329003766888 Card 4245 | | 99.52 | |
| 11/26 | | Purchase authorized on 11/24 The Home Depot #89 Seattle WA S469329147165403 Card 4245 | | 116.14 | 4,251.45 |
| 11/27 | | Etransfer IN Branch/Store - to Checking 4314 Sw Alaska St Seattle WA 7262 | | 25.00 | |
| 11/27 | | Etransfer IN Branch/Store - to Savings 4314 Sw Alaska St Seattle WA 7247 | | 25.00 | 4,201.45 |
| 11/29 | | Purchase Return authorized on 11/26 The Home Depot 470 Seattle WA S629332544301294 Card 4245 | 88.03 | | |
| 11/29 | | Purchase authorized on 11/26 The Home Depot #89 Seattle WA S589330778727796 Card 4245 | | 156.86 | |
| 11/29 | | Purchase authorized on 11/27 The Home Depot 894 Seattle WA S589332216462165 Card 4245 | | 82.83 | 4,049.79 |
| **Ending balance on 11/30** | | | | | 4,049.79 |
| **Totals** | | | **$21,929.40** | **$26,598.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 11/14 | 1,200.00 | | 11/19 | 3,000.00 | | 11/13 | 1,900.00 |
| | 11/15 | 2,962.90 | | 11/12 | 2,900.00 | | | |

November 30, 2019  ▪  Page 4 of 5



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $5,175.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 14 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

---

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

November 30, 2019   ▪   Page 5 of 5



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your               $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006144

# Wells Fargo Simple Business Checking

December 31, 2019 ▪ Page 1 of 5



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |



# ✔ IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $4,049.79 |
| Deposits/Credits | 21,107.12 |
| Withdrawals/Debits | - 23,961.46 |
| **Ending balance on 12/31** | **$1,195.45** |
| Average ledger balance this period | $4,399.24 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

DOJ-01-0000006145

December 31, 2019 ▪ Page 2 of 5



**Overdraft Protection**

    Your account is linked to the following for Overdraft Protection:

▪    Savings - 000003365602378

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | Purchase Return authorized on 11/30 The Home Depot 472 Kent WA S629336546156565 Card 4245 | 90.94 | | |
| 12/2 | | Purchase Return authorized on 11/30 The Home Depot #47 Tukwila WA S619336549239736 Card 4245 | 194.09 | | |
| 12/2 | | Purchase authorized on 11/29 The Home Depot #89 Seattle WA S469333855627111 Card 4245 | | 194.36 | |
| 12/2 | | Purchase authorized on 11/30 The Home Depot 470 Tukwila WA S469334772649457 Card 4245 | | 96.41 | 4,044.05 |
| 12/4 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib078Yf6Cn on 12/04/19 | 5,000.00 | | |
| 12/4 | | Purchase authorized on 12/02 The Home Depot #47 Kent WA S309337190603672 Card 4245 | | 61.00 | 8,983.05 |
| 12/5 | | Purchase Return authorized on 12/03 The Home Depot #47 Seattle WA S619339770529855 Card 4245 | 140.75 | | |
| 12/5 | | Purchase authorized on 12/03 The Home Depot #47 Kent WA S469337828618673 Card 4245 | | 173.66 | |
| 12/5 | | Purchase authorized on 12/03 King County Water 206-243-3990 WA S469338015628030 Card 4245 | | 70.27 | |
| 12/5 | | Purchase authorized on 12/03 King County Water 206-243-3990 WA S389338016396412 Card 4245 | | 45.97 | |
| 12/5 | | Purchase authorized on 12/03 The Home Depot #47 Seattle WA S309338046972622 Card 4245 | | 54.65 | |
| 12/5 | 1200 | Check | | 1,500.00 | |
| 12/5 | 1201 | Check | | 2,000.00 | 5,279.25 |
| 12/6 | | Purchase Return authorized on 12/04 The Home Depot #47 Kent WA S619340546175808 Card 4245 | 65.95 | | |
| 12/6 | | Purchase authorized on 12/04 Staples 0011 Seattle WA S389339080530193 Card 4245 | | 251.00 | |
| 12/6 | | Purchase authorized on 12/04 The Home Depot #47 Covington WA S589339166049157 Card 4245 | | 119.88 | |
| 12/6 | | Purchase authorized on 12/04 The Home Depot #47 Covington WA S389339166602919 Card 4245 | | 3.98 | |
| 12/6 | | Purchase authorized on 12/04 The Home Depot 472 Kent WA S309339214995183 Card 4245 | | 273.24 | |
| 12/6 | 1202 | Check | | 2,500.00 | 2,197.10 |
| 12/9 | | Purchase Return authorized on 12/05 The Home Depot 894 Seattle WA S629341544311361 Card 4245 | 221.09 | | |
| 12/9 | | Purchase Return authorized on 12/05 The Home Depot 470 Seattle WA S629341544313429 Card 4245 | 236.47 | | |
| 12/9 | | Purchase Return authorized on 12/05 The Home Depot 470 Seattle WA S629341544313442 Card 4245 | 345.71 | | |
| 12/9 | | Purchase Return authorized on 12/07 The Home Depot #47 Covington WA S619343548999722 Card 4245 | 43.10 | | |
| 12/9 | | Transfer IN Branch/Store - From Es1 LLC DDA xxxxxx2378 4314 Sw Alaska St Seattle WA | 4,427.00 | | |
| 12/9 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib079H7Yjt on 12/07/19 | 5,000.00 | | |
| 12/9 | | Purchase authorized on 12/05 The Home Depot 894 Seattle WA S389340094259464 Card 4245 | | 239.32 | |
| 12/9 | | Purchase authorized on 12/05 The Home Depot 470 Seattle WA S309340210423057 Card 4245 | | 399.70 | |
| 12/9 | | Purchase authorized on 12/06 WA Dol Lic & Reg 1 Seattle WA S389340734326963 Card 4245 | | 56.25 | |

DOJ-01-0000006146

December 31, 2019   ▪   Page 3 of 5



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|---------|---------|---------|
| 12/9 | | Purchase authorized on 12/06 The Home Depot #47 Seattle WA S469340800958081 Card 4245 | | 189.36 | |
| 12/9 | | Withdrawal Made In A Branch/Store | | 4,427.00 | |
| 12/9 | | Purchase authorized on 12/07 The Home Depot #89 Seattle WA S309342194245184 Card 4245 | | 109.18 | |
| 12/9 | | Purchase authorized on 12/07 Sq *Conaway Proper Granite Falls WA S3093422658508887 Card 4245 | | 1,125.00 | 5,924.66 |
| 12/10 | | Harland Clarke Check/Acc. 120919 00017407575482 Est LLC | | 37.24 | 5,887.42 |
| 12/11 | | Promotion Bonus | 300.00 | | |
| 12/11 | 1026 | Check | | 229.25 | 5,958.17 |
| 12/12 | | Purchase Return authorized on 12/10 The Home Depot 470 Seattle WA S629346650823051 Card 4245 | 253.32 | | |
| 12/12 | | Purchase authorized on 12/10 The Home Depot 894 Seattle WA S589345157365705 Card 4245 | | 355.59 | 5,855.90 |
| 12/13 | | Purchase authorized on 12/12 Sq *Conaway Proper Seattle WA S309347097581490 Card 4245 | | 500.00 | 5,355.90 |
| 12/16 | | Purchase authorized on 12/14 The Home Depot #47 Kent WA S469349023546516 Card 4245 | | 105.14 | |
| 12/16 | | Purchase authorized on 12/14 The Home Depot #47 Kent WA S589349024109924 Card 4245 | | 7.10 | |
| 12/16 | 1028 | Check | | 392.96 | 4,850.70 |
| 12/17 | | Purchase authorized on 12/16 Panda Express 1709 Gig Harbor WA S3093507396343187 Card 4245 | | 15.03 | |
| 12/17 | | Purchase authorized on 12/16 Sq *Conaway Proper Seattle WA S309350828627787 Card 4245 | | 500.00 | 4,335.67 |
| 12/18 | | Purchase authorized on 12/16 The Home Depot #47 Gig Harbor WA S469350752788018 Card 4245 | | 25.94 | |
| 12/18 | | Purchase authorized on 12/16 Shell Oil 57444961 Seattle WA S389351047288162 Card 4245 | | 54.03 | 4,255.70 |
| 12/19 | | Purchase Return authorized on 12/12 Sq *Conaway Proper Seattle WA S629353549444292 Card 4245 | 500.00 | | |
| 12/19 | | Purchase Return authorized on 12/16 Sq *Conaway Proper Seattle WA S629353549522553 Card 4245 | 500.00 | | |
| 12/19 | | Purchase authorized on 12/18 Pp*Conawayserv 402-935-2244 WA S309352584015348 Card 4245 | | 500.00 | |
| 12/19 | | Purchase authorized on 12/18 Pp*Conawayserv 402-935-2244 WA S389352675079771 Card 4245 | | 500.00 | |
| 12/19 | | Purchase authorized on 12/18 Pp*Conawayserv 402-935-2244 WA S389353025740533 Card 4245 | | 485.00 | 3,770.70 |
| 12/20 | | Purchase Return authorized on 12/19 Pp*Conawayserv Granite Fal WA S629354549219377 Card 4245 | 625.00 | | |
| 12/20 | | ATM Check Deposit on 12/20 West Seattle Seattle WA 0007276 ATM ID 1740A Card 4245 | 1,600.00 | | |
| 12/20 | | Purchase authorized on 12/19 Sq *Conaway Proper Granite Falls WA S309353646462812 Card 4245 | | 485.00 | |
| 12/20 | | Purchase authorized on 12/19 Pp*Conawayserv 402-935-2244 WA S469353664833416 Card 4245 | | 625.00 | |
| 12/20 | | Purchase authorized on 12/19 Sq *Conaway Proper Seattle WA S309354039562455 Card 4245 | | 500.00 | 4,385.70 |
| 12/23 | | Purchase Return authorized on 12/21 Sq *Conaway Proper Gosq.Com WA S629356571836251 Card 4245 | 963.70 | | |
| 12/23 | | ATM Check Deposit on 12/23 West Seattle Seattle WA 0007755 ATM ID 1740A Card 4245 | 600.00 | | |
| 12/23 | | Purchase authorized on 12/20 Sq *Conaway Proper Gosq.Com WA S309355180750375 Card 4245 | | 963.70 | |
| 12/23 | | Purchase authorized on 12/20 Sq *Conaway Proper Gosq.Com WA S589355184027195 Card 4245 | | 500.00 | |
| 12/23 | | Purchase authorized on 12/21 Sq *Conaway Proper Gosq.Com WA S589355290568729 Card 4245 | | 463.70 | 4,022.00 |
| 12/30 | 1027 | Cashed Check | | 50.00 | 3,972.00 |
| 12/31 | | Purchase authorized on 12/29 The Home Depot 473 Covington WA S589364098742432 Card 4245 | | 260.55 | |

DOJ-01-0000006147

December 31, 2019 ▪ Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/31 | | Online Transfer to Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Dwz3K5 on 12/31/19 | | 2,500.00 | |
| 12/31 | 1029 | Check | | 16.00 | 1,195.45 |
| **Ending balance on 12/31** | | | | | 1,195.45 |
| **Totals** | | | **$21,107.12** | **$23,961.46** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1026 | 12/11 | 229.25 | 1029 | 12/31 | 16.00 | 1201 | 12/5 | 2,000.00 |
| 1027 | 12/30 | 50.00 | 1200 * | 12/5 | 1,500.00 | 1202 | 12/6 | 2,500.00 |
| 1028 | 12/16 | 392.96 | | | | | | |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $4,399.00 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 10 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006148

December 31, 2019  ▪  Page 5 of 5



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                      $ _____
register or transfers into                               $ _____
your account which are not                           $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DOJ-01-0000006149

# Wells Fargo Simple Business Checking

January 31, 2020 ▪ Page 1 of 5



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $1,195.45 |
| Deposits/Credits | 16,077.40 |
| Withdrawals/Debits | - 15,082.15 |
| **Ending balance on 1/31** | **$2,190.70** |
| Average ledger balance this period | $1,996.22 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
- Savings - 000003365602378

DOJ-01-0000006150

January 31, 2020 ▪ Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Purchase Return authorized on 12/30 The Home Depot 472 Kent WA S620001544375616 Card 4245 | 84.04 | | |
| 1/2 | | Purchase Return authorized on 12/30 The Home Depot 894 Seattle WA S620001544373869 Card 4245 | 84.63 | | |
| 1/2 | | Purchase Return authorized on 12/30 The Home Depot 472 Tacoma WA S620001544375622 Card 4245 | 88.57 | | |
| 1/2 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07FbZVjl on 01/02/20 | 2,000.00 | | |
| 1/2 | | Purchase authorized on 12/30 The Home Depot 472 Gig Harbor WA S309364834212723 Card 4245 | | 206.66 | |
| 1/2 | | Purchase authorized on 12/30 The Home Depot 472 Tacoma WA S589365012348631 Card 4245 | | 234.71 | |
| 1/2 | | Purchase authorized on 12/30 The Home Depot #47 Tukwila WA S309365132847152 Card 4245 | | 120.82 | |
| 1/2 | 1001 | Cashed Check | | 1,500.00 | 1,390.50 |
| 1/6 | | Purchase authorized on 01/04 The Home Depot 470 Issaquah WA S460005189325421 Card 8026 | | 225.87 | |
| 1/6 | | Purchase authorized on 01/04 McDonald's F13369 Seattle WA S380005223591628 Card 8026 | | 13.20 | |
| 1/6 | 1030 | Check | | 627.00 | 524.43 |
| 1/7 | 1002 | Check | | 725.00 | |
| 1/7 | | Overdraft Protection From 3365602378 | 256.00 | | |
| 1/7 | | Savings OD Protection Transfer Fee | | 12.50 | 42.93 |
| 1/8 | | Overdraft Protection From 3365602378 | 25.00 | | 67.93 |
| 1/9 | | Purchase authorized on 01/07 Safeway #1062 Seattle WA S380008194322002 Card 8026 | | 42.93 | |
| 1/9 | | Purchase authorized on 01/08 Attorney's Informa Seattle WA S580008807824008 Card 8026 | | 5.00 | |
| 1/9 | 1032 | Check | | 800.00 | -780.00 |
| 1/10 | | Card Provisional Credit 11231199420 | 3,433.70 | | |
| 1/10 | | Transfer IN Branch/Store - From Es1 LLC DDA xxxxxx2378 4314 Sw Alaska St Seattle WA | 2,000.00 | | |
| 1/10 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Gfhskv on 01/09/20 | 1,500.00 | | |
| 1/10 | 1033 | Cashed Check | | 3,000.00 | 3,153.70 |
| 1/13 | | Purchase authorized on 01/10 McDonald's F13369 Seattle WA S380010822811540 Card 8026 | | 11.20 | |
| 1/13 | | Purchase authorized on 01/10 McDonald's F13369 Seattle WA S300011127856452 Card 8026 | | 4.50 | |
| 1/13 | | Purchase authorized on 01/10 The Home Depot #47 Seattle WA S300011146253212 Card 8026 | | 199.82 | |
| 1/13 | | Purchase authorized on 01/10 McDonald's F13369 Seattle WA S300011168429148 Card 8026 | | 11.98 | |
| 1/13 | | Purchase authorized on 01/10 Arco#07155Arco #07 Seattle WA S580011176561094 Card 8026 | | 20.07 | |
| 1/13 | | Purchase authorized on 01/11 McDonald's F13369 Seattle WA S300011735211127 Card 8026 | | 5.37 | |
| 1/13 | | Purchase authorized on 01/12 Sq *Thaal Beaux Arts WA S580013107336106 Card 8026 | | 57.18 | 2,843.58 |
| 1/14 | | Purchase authorized on 01/12 International Food Bellevue WA S380013117602639 Card 8026 | | 129.03 | |
| 1/14 | | Purchase authorized on 01/12 International Food Bellevue WA S460013120358458 Card 8026 | | 5.68 | |
| 1/14 | | Purchase authorized on 01/12 The Home Depot 471 Bellevue WA S460013137789431 Card 8026 | | 212.42 | |
| 1/14 | | Purchase authorized on 01/12 Safeway #1062 Seattle WA S300013214231655 Card 8026 | | 40.85 | |
| 1/14 | 1031 | Check | | 600.00 | 1,855.60 |
| 1/15 | | Purchase authorized on 01/14 Comcast Bellingh C 800-266-2278 WA S380014710962679 Card 8026 | | 104.29 | 1,751.31 |

DOJ-01-0000006151

January 31, 2020 ▪ Page 3 of 5



WELLS FARGO

---

**Transaction history  (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/16 | | Purchase authorized on 01/14 The Home Depot #89 Seattle WA S300014764367608 Card 3793 | | 82.10 | |
| 1/16 | | Purchase authorized on 01/15 Ikea Seatle Rest Renton WA S580015823823929 Card 3793 | | 16.47 | |
| 1/16 | 1035 | Cashed Check | | 1,750.00 | |
| 1/16 | | Overdraft Protection From 3365602378 | 1,001.78 | | |
| 1/16 | | Savings OD Protection Transfer Fee | | 12.50 | 892.02 |
| 1/17 | | Purchase authorized on 01/15 The Home Depot 473 Covington WA S380016022052262 Card 3793 | | 241.27 | |
| 1/17 | | Purchase authorized on 01/15 76 - Jumbos Deli Tukwila WA S460016171310024 Card 3793 | | 30.00 | |
| 1/17 | | Purchase authorized on 01/16 Sq *Justus Cafe Seattle WA S460016605027050 Card 3793 | | 2.20 | |
| 1/17 | | Purchase authorized on 01/16 King County Dja Seattle WA S300016692093042 Card 3793 | | 31.49 | |
| 1/17 | | Purchase authorized on 01/16 McDonald's F10755 Seattle WA S300016702457192 Card 3793 | | 11.44 | |
| 1/17 | 1038 | Cashed Check | | 1,000.00 | |
| 1/17 | | Overdraft Protection From 3365602378 | 1,012.50 | | |
| 1/17 | | Savings OD Protection Transfer Fee | | 12.50 | 575.62 |
| 1/21 | | Purchase Return authorized on 01/16 The Home Depot 471 Bothell WA S620018544149063 Card 3793 | 229.57 | | |
| 1/21 | | Purchase authorized on 01/16 The Home Depot 894 Seattle WA S380016820256894 Card 3793 | | 214.85 | |
| 1/21 | | Purchase authorized on 01/16 The Home Depot #89 Seattle WA S580016826996764 Card 3793 | | 30.08 | |
| 1/21 | | Purchase authorized on 01/16 The Home Depot 471 Bellevue WA S580017010714106 Card 3793 | | 330.69 | 229.57 |
| 1/22 | | Purchase authorized on 01/21 King County Dja Seattle WA S580021656500442 Card 3793 | | 31.49 | |
| 1/22 | 1034 | Check | | 825.00 | |
| 1/22 | 1037 | Check | | 1,000.00 | |
| 1/22 | | Overdraft Protection From 3365602378 | 1,639.42 | | |
| 1/22 | | Savings OD Protection Transfer Fee | | 12.50 | 0.00 |
| 1/24 | | Purchase authorized on 01/23 Panda Express 1650 Seattle WA S580024170824793 Card 3793 | | 18.99 | |
| 1/24 | 1039 | Check | | 500.00 | |
| 1/24 | | Overdraft Protection From 3365602378 | 531.49 | | |
| 1/24 | | Savings OD Protection Transfer Fee | | 12.50 | 0.00 |
| 1/29 | | Edeposit IN Branch/Store 01/29/20 01:01:37 Pm 4314 Sw Alaska St Seattle WA 3793 | 650.00 | | 650.00 |
| 1/30 | | Purchase Return authorized on 01/28 The Home Depot 894 Seattle WA S620030631869785 Card 3793 | 85.70 | | |
| 1/30 | | Edeposit IN Branch/Store 01/30/20 12:54:51 Pm 4314 Sw Alaska St Seattle WA 3793 | 1,455.00 | | 2,190.70 |
| **Ending balance on 1/31** | | | | | **2,190.70** |
| **Totals** | | | **$16,077.40** | **$15,082.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 1/2 | 1,500.00 | 1030 * | 1/6 | 627.00 | 1032 | 1/9 | 800.00 |
| 1002 | 1/7 | 725.00 | 1031 | 1/14 | 600.00 | 1033 | 1/10 | 3,000.00 |

DOJ-01-0000006152

January 31, 2020 ▪ Page 4 of 5



---

### Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1034 | 1/22 | 825.00 | 1037 * | 1/22 | 1,000.00 | 1039 | 1/24 | 500.00 |
| 1035 | 1/16 | 1,750.00 | 1038 | 1/17 | 1,000.00 | | | |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,996.00 ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 18 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006153

January 31, 2020  ▪  Page 5 of 5



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020 ▪ Page 1 of 5



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

---

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $2,190.70 |
| Deposits/Credits | 15,615.97 |
| Withdrawals/Debits | - 12,166.61 |
| **Ending balance on 2/29** | **$5,640.06** |
| Average ledger balance this period | $2,365.25 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  **125008547**

For Wire Transfers use
Routing Number (RTN):  **121000248**

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - 000003365602378

DOJ-01-0000006155

February 29, 2020  ▪  Page 2 of 5



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/3 | | Purchase Return authorized on 01/31 The Home Depot #85 Burlington WA S610033544051272 Card 3793 | 147.13 | | |
| 2/3 | | Purchase authorized on 01/30 The Home Depot #47 Bellevue WA S380030861424827 Card 3793 | | 21.18 | |
| 2/3 | | Purchase authorized on 01/30 The Home Depot #47 Redmond WA S380031210786880 Card 3793 | | 147.13 | |
| 2/3 | | Purchase authorized on 01/30 Shell Oil 57446223 Redmond WA S460031217275298 Card 3793 | | 0.93 | |
| 2/3 | | Purchase authorized on 01/30 Shell Oil 57446223 Redmond WA S300031218282768 Card 3793 | | 20.20 | |
| 2/3 | | Purchase authorized on 01/31 The Home Depot #47 Tukwila WA S380032208522014 Card 3793 | | 138.91 | |
| 2/3 | | Purchase authorized on 02/01 Paypal *Conawayser 402-935-7733 CA S460032587280099 Card 3793 | | 2.63 | 2,005.85 |
| 2/4 | | Purchase authorized on 02/03 Panda Express #215 Issaquah WA S580035161921595 Card 3793 | | 18.04 | 1,987.81 |
| 2/5 | | Purchase authorized on 02/03 7-Eleven 22561 Seattle WA S300035026847423 Card 3793 | | 22.08 | |
| 2/5 | | Purchase authorized on 02/05 USPS PO 54764600 4412 Cal Seattle WA P00300036596941405 Card 3793 | | 9.50 | 1,956.23 |
| 2/6 | | Edeposit IN Branch/Store 02/06/20 03:06:16 Pm 5414 Point Fosdick Dr NW Gig Harbor WA 3793 | 1,800.00 | | |
| 2/6 | | Purchase authorized on 02/04 WA Secretary of St .WA.Gov WA S460036048419488 Card 3793 | | 85.00 | |
| 2/6 | | Purchase authorized on 02/05 Panda Express 1709 Gig Harbor WA S460036793858974 Card 3793 | | 13.89 | |
| 2/6 | | Purchase authorized on 02/05 Walgreens #12910 Gig Harbor WA S300036807201841 Card 3793 | | 10.84 | |
| 2/6 | 1036 | Cashed Check | | 400.00 | 3,246.50 |
| 2/7 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Lwtmtz on 02/07/20 | 4,000.00 | | |
| 2/7 | | Purchase authorized on 02/06 Panda Express 1709 Gig Harbor WA S300037774697921 Card 3793 | | 21.37 | |
| 2/7 | | Withdrawal Made In A Branch/Store | | 4,427.00 | 2,798.13 |
| 2/10 | | Purchase authorized on 02/07 76 - United Pacifi Snohomish WA S580038825768576 Card 3793 | | 21.11 | |
| 2/10 | | Purchase authorized on 02/07 Blazing Onion Snoh Snohomish WA S460038843436742 Card 3793 | | 15.06 | |
| 2/10 | | Purchase authorized on 02/07 Baskin Robbins # 3 Snohomish WA S580039002296958 Card 3793 | | 6.52 | |
| 2/10 | | Purchase authorized on 02/08 South Transfer Sta Seattle WA S460040012822343 Card 3793 | | 56.55 | |
| 2/10 | | Purchase authorized on 02/08 McDonald's F13369 Seattle WA S380040022831371 Card 3793 | | 9.88 | |
| 2/10 | | Purchase authorized on 02/08 Shell Oil 57444961 Seattle WA S580040089504261 Card 3793 | | 20.14 | |
| 2/10 | | ATM Withdrawal authorized on 02/08 Georgetown Business Cente Seattle WA 0002306 ATM ID 2593A Card 3793 | | 40.00 | |
| 2/10 | | Purchase authorized on 02/09 McDonald's F13369 Seattle WA S300040720204849 Card 3793 | | 13.83 | 2,615.04 |
| 2/11 | | Purchase authorized on 02/10 McDonald's F13369 Seattle WA S380041792387226 Card 3793 | | 12.95 | 2,602.09 |
| 2/12 | | Purchase authorized on 02/10 Shell Oil 57444035 Seattle WA S580042070645628 Card 3793 | | 23.50 | |
| 2/12 | | Purchase authorized on 02/11 Panda Express 1649 Tukwila WA S580042746503159 Card 3793 | | 38.34 | 2,540.25 |
| 2/13 | | Purchase authorized on 02/12 Puget Sound Energy 888-225-5773 WA S300043659000833 Card 3793 | | 294.85 | 2,245.40 |
| 2/14 | | Purchase authorized on 02/12 The Home Depot #89 Seattle WA S300044006004839 Card 3793 | | 77.75 | |

February 29, 2020 ▪ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/14 | | Purchase authorized on 02/13 Dropbox*Qzxcc32Lr2 Db.TT/Cchelp CA S580044657200489 Card 3793 | | 131.99 | |
| 2/14 | | Purchase authorized on 02/13 Panda Express 1650 Seattle WA S580045178173327 Card 3793 | | 20.37 | 2,015.29 |
| 2/18 | | Purchase Return authorized on 02/13 The Home Depot 470 Seattle WA S620046544575566 Card 3793 | 228.66 | | |
| 2/18 | | Purchase Return authorized on 02/14 The Home Depot #47 Bothell WA S610047544315468 Card 3793 | 40.18 | | |
| 2/18 | | Purchase authorized on 02/13 Shell Oil 57444961 Seattle WA S460044738119921 Card 3793 | | 16.56 | |
| 2/18 | | Purchase authorized on 02/13 The Home Depot 470 Seattle WA S300044822560268 Card 3793 | | 350.00 | |
| 2/18 | | Purchase authorized on 02/14 7-Eleven 22561 Seattle WA S460044561063556 Card 3793 | | 42.88 | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #47 Marysville WA S380045771645064 Card 3793 | | 113.65 | 1,761.04 |
| 2/20 | | Purchase authorized on 02/19 Safeway #1062 Seattle WA S580050299813691 Card 3793 | | 38.80 | |
| 2/20 | | Purchase authorized on 02/19 Ikea Seatle Rest Renton WA S300051098585898 Card 3793 | | 20.09 | 1,702.15 |
| 2/21 | | Purchase authorized on 02/19 Arco#82542East Hil Kent WA S580051157314087 Card 3793 | | 25.85 | 1,676.30 |
| 2/24 | | Purchase authorized on 02/21 Shell Oil 57444961 Seattle WA S380053102846699 Card 3793 | | 27.14 | |
| 2/24 | | Purchase authorized on 02/23 McDonald's F13369 Seattle WA S380055050775116 Card 3793 | | 15.26 | 1,633.90 |
| 2/26 | | Purchase authorized on 02/24 McDonald's F5686 Bremerton WA S380055632348489 Card 3793 | | 12.39 | |
| 2/26 | | Purchase authorized on 02/24 Safeway #1467 Bremerton WA S300055672120611 Card 3793 | | 43.95 | 1,577.56 |
| 2/27 | | ATM Check Deposit on 02/27 West Seattle Seattle WA 0007485 ATM ID 1740A Card 3793 | 600.00 | | 2,177.56 |
| 2/28 | | ATM Check Deposit on 02/28 West Seattle Seattle WA 0007661 ATM ID 1740A Card 3793 | 6,300.00 | | |
| 2/28 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Q75Ltn on 02/28/20 | 2,500.00 | | |
| 2/28 | | Purchase authorized on 02/27 Paypal *Conawayser 402-935-7733 CA S460058464044353 Card 3793 | | 300.00 | |
| 2/28 | | Purchase authorized on 02/27 Paypal *Amberconaw 402-935-7733 CA S460058464541729 Card 3793 | | 309.00 | |
| 2/28 | | Purchase authorized on 02/27 Paypal *Amberconaw 402-935-7733 CA S380058569133427 Card 3793 | | 400.00 | |
| 2/28 | | Purchase authorized on 02/27 Paypal *Conawayser 402-935-7733 CA S380058612835241 Card 3793 | | 300.00 | |
| 2/28 | | Purchase authorized on 02/28 Paypal *Conawayserv VISA Direct CA S00380059499823693 Card 3793 | | 514.80 | |
| 2/28 | | ATM Withdrawal authorized on 02/28 West Seattle Seattle WA 0007662 ATM ID 1740A Card 3793 | | 80.00 | |
| 2/28 | | Card Reversal of Credit 11231199420 | | 3,433.70 | 5,640.06 |
| Ending balance on 2/29 | | | | | 5,640.06 |
| Totals | | | $15,615.97 | $12,166.61 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|------|------|------|
| 1036 | 2/6 | 400.00 |

DOJ-01-0000006157

February 29, 2020  ▪  Page 4 of 5



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $2,365.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006158

February 29, 2020  ▪  Page 5 of 5



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

DOJ-01-0000006159

# Wells Fargo Simple Business Checking

March 31, 2020  ▪  Page 1 of 4



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $5,640.06 |
| Deposits/Credits | 10,534.28 |
| Withdrawals/Debits | - 15,295.63 |
| **Ending balance on 3/31** | **$878.71** |
| Average ledger balance this period | $2,495.15 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  **125008547**

For Wire Transfers use
Routing Number (RTN):  **121000248**

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - 000003365602378

DOJ-01-0000006160

March 31, 2020 ▪ Page 2 of 4



WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 3/2 | | Final Credit for Claim-Ref 2003010000104 | 2.63 | | |
| 3/2 | | Purchase authorized on 02/28 Arco#07155Arco #07 Seattle WA S460059780880369 Card 3793 | | 40.22 | |
| 3/2 | | Purchase authorized on 02/28 Seattle City Light 206-684-3000 WA S460060026195491 Card 3793 | | 528.75 | |
| 3/2 | | Purchase authorized on 02/28 Sq *Muzil468@Yahoo Seattle WA S580060042040500 Card 3793 | | 28.13 | |
| 3/2 | | Purchase authorized on 02/28 The Home Depot 470 Seattle WA S300060179059725 Card 3793 | | 92.33 | |
| 3/2 | | Purchase authorized on 02/29 Paypal *Conawayserv VISA Direct CA S004600607286672999 Card 3793 | | 576.54 | |
| 3/2 | | Purchase authorized on 02/29 Paypal *Conawayser 402-935-7733 CA S300060862984835 Card 3793 | | 500.00 | |
| 3/2 | | Online Transfer to The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib07Qfshnr on 02/29/20 | | 3,500.00 | 376.72 |
| 3/3 | | Card Provisional Credit 10301200073 | 1,823.80 | | |
| 3/3 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 3/3 | | Deposited Item Retn Unpaid - Paper 200303 | | 2,700.00 | |
| 3/3 | | Overdraft Protection From 3365602378 | 477.51 | | -33.97 |
| 3/4 | | Online Transfer From The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib07R4Jfv5 on 03/04/20 | 100.00 | | 66.03 |
| 3/5 | | Card Provisional Credit 10301200095 | 1,076.54 | | 1,142.57 |
| 3/11 | < | Business to Business ACH Debit - Capital One Online Prmt 200311 007139910310070 Shibleyeric | | 105.43 | 1,037.14 |
| 3/12 | | Genesisfs Card 8009582556 200311 000001169977461 Eric R Shibley | | 212.23 | 824.91 |
| 3/24 | | ATM Check Deposit on 03/24 West Seattle Seattle WA 0000865 ATM ID 1740A Card 9012 | 600.00 | | |
| 3/24 | | ATM Check Deposit on 03/24 West Seattle Seattle WA 0000866 ATM ID 1740A Card 9012 | 1,653.80 | | |
| 3/24 | | ATM Deposit Adjustment | 100.00 | | 3,178.71 |
| 3/26 | | ATM Check Deposit on 03/25 West Seattle Seattle WA 0001006 ATM ID 1740A Card 9012 | 2,700.00 | | |
| 3/26 | | ATM Check Deposit on 03/25 West Seattle Seattle WA 0001007 ATM ID 1740A Card 9012 | 2,000.00 | | 7,878.71 |
| 3/31 | | Online Transfer to Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Vyb96Z on 03/30/20 | | 7,000.00 | 878.71 |
| **Ending balance on 3/31** | | | | | 878.71 |
| **Totals** | | | **$10,534.28** | **$15,295.63** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $2,495.00 ☑ |

C1/C1

March 31, 2020 ▪ Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

March 31, 2020  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your              $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

April 30, 2020   ▪   Page 1 of 4



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
          P.O. Box 6995
          Portland, OR  97228-6995

---

### Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $878.71 |
| Deposits/Credits | 16,820.00 |
| Withdrawals/Debits | - 17,515.92 |
| **Ending balance on 4/30** | **$182.79** |
| Average ledger balance this period | $1,437.70 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  **125008547**

For Wire Transfers use
Routing Number (RTN):  **121000248**

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - 000003365602378

DOJ-01-0000006164

April 30, 2020  ▪  Page 2 of 4



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | | ATM Check Deposit on 04/01 West Seattle Seattle WA 0001655 ATM ID 1740A Card 9012 | 200.00 | | |
| 4/1 | | Purchase authorized on 04/01 Les Schwab Tires 3801 Sw Seattle WA P00580093013188205 Card 9012 | | 236.69 | 842.02 |
| 4/3 | | Purchase authorized on 04/01 Metropolitan Mkt 1 Seattle WA S300092778746338 Card 9012 | | 237.88 | |
| 4/3 | | Purchase authorized on 04/01 Safeway #1062 Seattle WA S460092822724570 Card 9012 | | 184.79 | 419.35 |
| 4/7 | | Genesisfs Card 8009582556 200406 0000011788504.20 Eric R Shibley | | 86.38 | 332.97 |
| 4/10 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Xqmnll on 04/10/20 | 7,600.00 | | |
| 4/10 | | Withdrawal Made In A Branch/Store | | 4,427.00 | 3,505.97 |
| 4/13 | | ATM Cash Deposit on 04/13 West Seattle Seattle WA 0002841 ATM ID 1740A Card 9012 | 520.00 | | |
| 4/13 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Y272Zb on 04/13/20 | 4,500.00 | | 8,525.97 |
| 4/14 | | Purchase authorized on 04/13 Rite Aid Store - 5 Seattle WA S460105086176182 Card 9012 | | 19.58 | 8,506.39 |
| 4/15 | | Purchase authorized on 04/13 Safeway #2932 Seattle WA S300104862239445 Card 9012 | | 73.97 | |
| 4/15 | | Fay Servicing ACH Pmts 041320 0888006560 Eric Shleby | | 7,648.59 | 783.83 |
| 4/21 | | Sbad Treas 310 Misc Pay 042120 Eidg:3600261356 Nte*Pmt*Eidg:3600261356\ | 4,000.00 | | |
| 4/21 | | Online Transfer to Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Zfpkb5 on 04/21/20 | | 4,000.00 | 783.83 |
| 4/24 | 1076 | Check | | 30.00 | 753.83 |
| 4/27 | | Purchase authorized on 04/24 Wholefds Wes#10524 Seattle WA S460116108601562 Card 9012 | | 96.17 | 657.66 |
| 4/29 | | Purchase authorized on 04/27 Comcast Bellingh C 800-266-2278 WA S460119171214197 Card 9012 | | 251.11 | 406.55 |
| 4/30 | | Purchase authorized on 04/28 McDonald's F13369 Seattle WA S580120820365349 Card 9012 | | 20.97 | |
| 4/30 | | Purchase authorized on 04/29 O'Reilly Auto Part Seattle WA S580120826124341 Card 9012 | | 52.79 | |
| 4/30 | | Purchase with Cash Back $ 40.00 authorized on 04/30 Wal-Mart Wal-Mart Sup Renten WA P00000000189014993 Card 9012 | | 150.00 | 182.79 |
| | | Ending balance on 4/30 | | | 182.79 |
| **Totals** | | | **$16,820.00** | **$17,515.92** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

#### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 1076 | 4/24 | 30.00 |

#### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

April 30, 2020 ▪ Page 3 of 4



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,438.00 ☑ |
| C1/C1 | | |

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 500 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006166

April 30, 2020   ■   Page 4 of 4



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your                          $ _____
register or transfers into                               $ _____
your account which are not                               $ _____
shown on your statement.                              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

May 31, 2020 ▪ Page 1 of 5



ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☑ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $182.79 |
| Deposits/Credits | 107,050.09 |
| Withdrawals/Debits | - 106,931.08 |
| **Ending balance on 5/31** | **$301.80** |
| Average ledger balance this period | $21,377.17 |

Account number:  **7621559124**

**ES1 LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
▪    Savings - 000003365602378

DOJ-01-0000006601

May 31, 2020  ▪  Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/1 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib0834x6K2 on 05/01/20 | 1,000.00 | | |
| 5/1 | | Purchase authorized on 04/29 Starbucks Store 11 Seattle WA S300120455814099 Card 9012 | | 9.36 | |
| 5/1 | | Purchase authorized on 04/30 Panda Express #102 Burien WA S380122077931343 Card 9012 | | 35.92 | 1,137.51 |
| 5/4 | | Purchase authorized on 04/30 Cream Dream Ice CR Burien WA S300122059977301 Card 9012 | | 15.35 | |
| 5/4 | | Purchase authorized on 05/01 WA Secretary of St .WA.Gov WA S580122563838950 Card 9012 | | 50.00 | |
| 5/4 | | Purchase authorized on 05/01 WA Secretary of St .WA.Gov WA S380122575643132 Card 9012 | | 50.00 | |
| 5/4 | | Purchase authorized on 05/01 WA Secretary of St .WA.Gov WA S380122665771470 Card 9012 | | 10.00 | |
| 5/4 | | Purchase authorized on 05/01 Panda Express #102 Burien WA S460123045854312 Card 9012 | | 23.10 | 989.06 |
| 5/6 | | Purchase authorized on 05/05 McDonald's F1364 Seattle WA S300126711676976 Card 9012 | | 21.54 | 967.52 |
| 5/11 | | Purchase authorized on 05/08 Dunn Lake Union Seattle WA S300129721332592 Card 9012 | | 14.27 | |
| 5/11 | | Purchase authorized on 05/08 Pp*Sodo Chicken Seattle WA S380129738439843 Card 9012 | | 11.73 | |
| 5/11 | | Purchase authorized on 05/08 WA Secretary of St .WA.Gov WA S580130067786308 Card 9012 | | 200.00 | |
| 5/11 | | Purchase authorized on 05/08 Autozone #1690 Seattle WA S300130122788385 Card 9012 | | 18.69 | |
| 5/11 | | Purchase authorized on 05/09 Bartell Drug 42-Qu Seattle WA S580130312558514 Card 9012 | | 85.92 | |
| 5/11 | | Purchase authorized on 05/09 Bartell Drug 42-Qu Seattle WA S580130318091854 Card 9012 | | 33.53 | 603.38 |
| 5/12 | | ATM Check Deposit on 05/12 Georgetown Business Cente Seattle WA 0002992 ATM ID 2593A Card 9012 | 2,400.00 | | 3,003.38 |
| 5/14 | | Recurring Payment authorized on 05/12 Comcast Cable Comm 800-Comcast WA S380134168174589 Card 9012 | | 260.81 | 2,742.57 |
| 5/15 | | Chem Bank Loan S ACH 200515 xxxxx3947 Sba Ppp Loan | 100,000.00 | | 102,742.57 |
| 5/18 | | Purchase authorized on 05/15 WA Secretary of St .WA.Gov WA S460137235541435 Card 9012 | | 20.00 | |
| 5/18 | | Purchase authorized on 05/16 Les Schwab Tires # Seattle WA S580137700665775 Card 9012 | | 170.64 | |
| 5/18 | | Purchase authorized on 05/16 McDonald's F1364 Seattle WA S460137708840733 Card 9012 | | 9.01 | |
| 5/18 | | Purchase authorized on 05/16 Shell Oil 57444035 Seattle WA S380138009464248 Card 9012 | | 18.54 | |
| 5/18 | | Purchase authorized on 05/16 Shell Oil 57444026 Seattle WA S300138020283597 Card 9012 | | 37.50 | |
| 5/18 | | Purchase authorized on 05/16 McDonald's F13369 Seattle WA S380138033340041 Card 9012 | | 12.20 | 102,474.68 |
| 5/19 | | ATM Check Deposit on 05/19 West Seattle Seattle WA 0006405 ATM ID 1740A Card 9012 | 1,000.00 | | 103,474.68 |
| 5/21 | | Online Transfer to Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib0863N7Y5 on 05/21/20 | | 100,000.00 | 3,474.68 |
| 5/22 | | ATM Check Deposit on 05/22 West Seattle Seattle WA 0006832 ATM ID 1740A Card 9012 | 650.00 | | |
| 5/22 | | Genesis/s Card 8009582556 200521 000001194307469 Eric R Shibley | | 356.14 | 3,768.54 |
| 5/26 | | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib086Qtg5R on 05/25/20 | 2,000.00 | | |
| 5/26 | | Purchase authorized on 05/20 The Home Depot #89 Seattle WA S380142045098279 Card 9012 | | 356.09 | |

DOJ-01-0000006602

May 31, 2020  ▪  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/26 | | Purchase authorized on 05/22 McDonald's F13369 Seattle WA S300144077673530 Card 9012 | | 10.65 | 5,401.80 |
| 5/27 | | Adam Wines Consu AR Verify 016Kciufn1F10Sy Es1 LLC | 0.09 | | |
| 5/27 | < | Business to Business ACH Debit - Adam Wines Consu AR Verify 016Kciufn1F10Sy Es1 LLC | | 0.09 | |
| 5/27 | < | Business to Business ACH Debit - Adam Wines Consu Bill.Com 016Anxbkd1F0Mhj Adam Wines Consulting LLC - Inv #161 | | 5,100.00 | 301.80 |
| Ending balance on 5/31 | | | | | 301.80 |
| **Totals** | | | **$107,050.09** | **$106,931.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $21,377.00 ☑ |

*The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.*
C1KC1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

May 31, 2020 ▪ Page 4 of 5



In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.

May 31, 2020 ▪ Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                  $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

# Business Account Application

**WELLS FARGO**

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | WEST SEATTLE |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| JAMES RADOVICH | F1690 | 10/10/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 206/932-5065 | 03137 | 0001740 | P6510-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Wells Fargo Simple Business Checking | General Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 7621559124 | $25.00 | CACK |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Market Rate Savings | General Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 3365602378 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|
| BD-001413769 | YES | 2ZGGT3 |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| ES1 LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 25777732102518 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| ERIC R SHIBLEY | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ████████38617 | Signer |

## Checking/Savings Statement Mailing Information



2W02-001293076708-01

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 144
Admitted _____

DOJ-01-0000006431

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| ES1 LLC | 4700 36TH AVE SW | |
| | Address Line 2: | |
| | City: | State: |
| | SEATTLE | WA |
| | ZIP/Postal Code: | Country: |
| | 98126-2716 | US |

## Customer 1 Information

| Customer Name: | | |
|---|---|---|
| ES1 LLC | | |
| Enterprise Customer Number (ECN): | Street Address: | |
| 25777732102518 | 4700 36TH AVE SW | |
| Account Relationship: | Address Line 2: | |
| Sole Owner | | |
| Taxpayer Identification Number (TIN): ████5849 | TIN Type: EIN | Address Line 3: |
| Business Type: | City: | State: |
| Limited Liability Company | SEATTLE | WA |
| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
| S Corporation | No | 98126-2716 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 10/25/2012 | | 5 | 206/938-4291 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $250,000.00 | 10/10/2019 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| WLLSFRG | 1 | ers98126@gmail.com |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

| Industry: |
|---|
| Real Estate, Rental and Leasing |

| Description of Business: |
|---|
| Real Estate Development |

| Major Suppliers/Customers: |
|---|
| Home Depot |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

| BACC Reference Number: |
|---|
| 6192830001804 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 603248905 | US | WA | 10/25/2012 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WA | | NO RECORD |



2W02-001293076708-02

DOJ-01-0000006432

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: ERIC R SHIBLEY | Residence Address: 4700 36TH AVE SW |
| Business Relationship: Owner with Control of the Entity | Address Line 2: |
| Position/Title:     Date of Birth: ████1978    Percent of Ownership: 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN): ████38617 | City: SEATTLE     State: WA |
| Taxpayer Identification Number (TIN): ████-5264    TIN Type: SSN | ZIP/Postal Code: 98126-2716    Country: US |
| Primary ID Type: DLIC    Primary ID Description: ████████ | Country of Citizenship: US    Permanently Resides in US: |
| Primary ID St/Ctry/Prov: WA    Primary ID Issue Date: 07/11/2018    Primary ID Expiration Date: 12/10/2019 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR DC    Secondary ID Description: NAVY FEDERAL CU 5151 | |
| Secondary ID State/Country:    Secondary ID Issue Date:    Secondary ID Expiration Date: 09/28/2022 | |



2W02-001293076708-03

DOJ-01-0000006433

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name | Position/Title:
ERIC R SHIBLEY

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
10/10/2019

2W02-001293076708-04

DOJ-01-0000006434

Business Account Application

**Request for Taxpayer Identification Number and Certification**

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

ES1 LLC

Taxpayer Identification Number (TIN):

███████5849

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
10/10/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
ERIC R SHIBLEY

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
10/10/2019



DOJ-01-0000006435



**ES1 LLC**
**as of: 02 July 2020 09:08:16 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-5849**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******4690 | Business Savings | 11/07/2012 | $ 0.00 | $ 0.00 | Closed - Zero Balance |
| ******4507 | Business Savings | 05/18/2020 | $ 1,000.25 | $ 1,000.25 | Active |
| ******2997 | Business Checking | 11/07/2012 | $ 0.00 | $ 0.00 | Closed - Compromised |
| ******7053 | Business Checking | 10/25/2019 | $ 1,339.63 | $ 1,339.63 | Active |

Navy Federal Credit Union
PO Box 3000 • Merrifield • VA • 22119-3000
Routing Number: 256074974

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 145
Admitted _____

000185

07/02/2020

DOJ-01-0000002673

(Page 1  of  29)

**Navy Federal®**
# Business Services Membership Application

**For Office Use Only:**

Business Access No. 68 12798
Business Savings No. 3035594690
Business Checking No. 70 27 320 97

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch.*

Name of Business: **ESI LLC**

Tax ID No. (EIN or SSN) ████ 5849

DBA Name
*Cannot Be a
Post Office Box*

Business Phone No. **615-554-6485**
Alternate Phone No.

Physical Address of Business: Street **4625 Meridian Ave N. #6**
*If Different
from Above Address*
City **Marysville**
State **WA**
Zip Code **98271**

Mailing Address of Business: Street
City
State
Zip Code

*If Any*
List all additional locations of Business: Street
City
State
Zip Code

Business Email Address: **shibleenyc@yahoo.com**
Web Site Address
Date Business Established (Mo., Day, Yr.)

Source of Funds to Open Account:  ☐ Personal Savings   ☒ Business Income   ☐ Business Investment from Third Party   ☐ Other ____
*Attach a separate sheet for additional Business locations.

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*

Legal Structure of Business

| Sole Proprietorship ____ | Partnership: General ____ Limited ____ | Corporation ____ | Limited Liability Company (LLC) ☒ |
|---|---|---|---|
| Required (two of the following): | Required: | Required: | Required: |
| ☐ Business License | ☐ Partnership Agreement | ☐ Articles of Incorporation | ☒ Articles of Organization |
| ☐ Trade Name Certificate | and one of the following: | and one of the following: | and one of the following: |
| ☐ Sales Tax Certificate | ☐ Registered Business Entity Proof | ☐ Legal Proof of Ownership | ☒ Legal Proof of Ownership |
| ☐ Sellers Permit | ☐ Federal Tax ID Number (TIN) Letter | ☐ Federal Tax ID Number (TIN) Letter | ☒ Federal Tax ID Number (TIN) Letter |
| ☐ Federal Tax ID Number (TIN) Letter | | | |

Other ____

**Business Details** *Required information. Entire section must be completed or account may be restricted.*

Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume.

☐ Money Orders $ ____    ☐ Check Cashing $ ____    ☐ Money Transmission $ ____
☐ Traveler's Checks $ ____   ☐ Currency Dealing or Exchange $ ____   ☐ Gift Cards $ ____

Is your Business any of the following? *(Check all that apply.)*

| ☐ Finance & Insurance | ☐ Food Services ____ | ☐ Retail ____ | ☐ Transportation ____ |
|---|---|---|---|
| ☐ Money Services Business (MSB) | ☐ Restaurant | ☐ Consulting ____ | ☐ Parking Garage |
| ☐ Legal Service Provider | ☐ Liquor Store | ☐ Construction ____ | ☐ Cigarette Distributor |
| ☒ Real Estate | ☐ Convenience Store | ☐ Administrative Services | ☐ Internet gambling |
| ☐ Privately Owned ATM | ☐ Vending Machine Operator | ☐ Charity or Non-Governmental Organization (NGO) | ☐ Other ____ |

Describe the nature of your Business: **Real estate /rentals**
NAICS Code

Estimated annual sales/revenue

☒ Less than $100,000   ☐ $100,000 - $500,000   ☐ $500,000 - $1,000,000   ☐ $1,000,000 - $3,000,000   ☐ Greater than $3,000,000

Anticipated monthly transaction amount **2 to 3 thousand dollars**

☒ Cash $ ____    ☐ Checks $ ____    ☐ ACH Domestic $ ____    ☐ ACH Foreign $ ____
☐ Wire Domestic $ ____   ☐ Wire Foreign $ ____   ☐ Debit/Credit Cards $ ____

Business' primary trade area *(Check all that apply.)*
☒ Local Community   ☐ Statewide   ☐ Domestic U.S.   ☐ International

Do you have accounts for this Business with an institution other than Navy Federal?

Purpose/type of transactions for which your Navy Federal account will be used
☒ Operating/General Purpose   ☐ Escrow Management   ☐ Savings/Investment

Is the Internet a major source of revenue for your Business?  ☐ Yes  ☒ No

How many employees do you have?
**None**

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*

| ☒ Membership Savings Account** $ ____ | ☐ Savings Account $ ____ | ☐ Money Market Savings Account $ ____ |
|---|---|---|
| ☒ Basic Checking $ ____ | ☐ Plus Checking $ ____ | ☐ Jumbo Money Market Savings Account $ ____ |
| *(Owner and 1 signer allowed)* | | |
| ☐ Premium Checking $ ____ | | |
| *(Unlimited signers)* | *(Unlimited signers)* | |

**A Membership Savings Account (with minimum deposit of $5) is *required* for all Partnerships, LLCs, and Corporation. By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.*

Page 1 of 4

© 2012 Navy Federal
NFCU 97Bep (8-12)

NAICS Code **531110**    Emp. No. **19106**    SOB Code **EUW**

## Business Owner's Information *If there is a Co-Owner, please complete Authorized Signers' boxes below.*

| Primary Owner's Name: First | MI | Last | Suffix | Date of Birth *(Mo., Day, Yr.)* | | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|---|

| ☐ Yes   ☐ No | *(If no, copy of ID and completion of the Additional Business Owner Information section required.)* | | | | ☐ Yes   ☐ No |
|---|---|---|---|---|---|
| Current Member? | If Yes, Give Access No. | Title | | Issue Business Check Card? |

### Business Owner's Additional Information *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information.*

Eligibility Category:

☐ Military   ☐ Navy   ☐ Marine Corps   ☐ Army   ☐ Air Force      ☐ Civilian   ☐ DoD   ☐ Contractor   ☐ U.S. Government   ☐ Navy Federal Employee

☐ Family

| Name of Member through whom you are eligible | Access No. | Relationship |
|---|---|---|

| M/F   Owner: First | MI | Last | Suffix |
|---|---|---|---|

Cannot Be a Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

| | | | ☐ Yes   ☐ No |
|---|---|---|---|
| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Office Phone No. | Extension |
|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information.*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

### Authorized Signers *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

#### Signer 1

| M/F   Signer (1): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|

| ☐ Yes   ☐ No | | | ☐ Yes   ☐ No |
|---|---|---|---|
| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |

Cannot Be a Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

| | | | ☐ Yes   ☐ No |
|---|---|---|---|
| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (1) | Date *(Mo., Day, Yr.)* |
|---|---|

**Page 2 of 4**

DOJ-01-0000002675

(Page 3 of 29)

## Authorized Signers *(Continued)*
**Signer 2**

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | ☐ Yes ☐ No |

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

Cannot Be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes   ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (2) | Date *(Mo., Day, Yr.)* |
|---|---|

**Signer 3**

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | ☐ Yes ☐ No |

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

Cannot Be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes   ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*
▶

| Authorized Signer's Name (3) | Date *(Mo., Day, Yr.)* |
|---|---|

## How Did You Hear About Navy Federal Business Services?

☐ Web site   ☐ Internet   ☐ TV/Radio   ☐ Coworker or friend   ☐ Employer
☐ Family member   ☐ Newspaper or magazine   ☐ Other

**Page 3 of 4**

DOJ-01-0000002676

(Page 4  of  29)

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. *What this means for you:* When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

▶ _____

Signature for all Business Types                                                                                          Date (Mo., Day, Yr.)

## Sole Proprietorship Signature

*By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.*

▶ _____

Signature                                         Printed Name                                Date (Mo., Day, Yr.)

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

*By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.*

▶ _____ Eric B. Shibley _____ 11/07/2022

Signature                                         Printed Name                      Title                    Date (Mo., Day, Yr.)

▶ _____

Signature                                         Printed Name                      Title                    Date (Mo., Day, Yr.)

▶ _____

Signature                                         Printed Name                      Title                    Date (Mo., Day, Yr.)

▶ _____

Signature                                         Printed Name                      Title                    Date (Mo., Day, Yr.)

▶ _____

Signature                                         Printed Name                      Title                    Date (Mo., Day, Yr.)

## Corporation or Limited Liability Company Information

*Please complete company name, date, and sign below.*

ESI LLC

Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories. Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatories are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign as indicated in connection with said account(s).

This the _____ day of _____, 20 _____        ▶ _____

                                                                                Signature of Secretary or Managing Member

Page 4 of 4

Navy Federal Credit Union                                    000189                                            07/02/2020

Page 1 of 6

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

Routing Number: 2560-7497-4

```
#BWNLLSV
#000000P6X1RWY8A6#000JMA90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716
```

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $5,104.95 | $22,388.78 | $24,925.82 | $2,567.91 | $0.13 |
| **Business Savings** 3035594690 | $10,112.67 | $19,351.15 | $22,262.57 | $7,201.25 | $1.15 |
| **Totals** | **$15,217.62** | **$41,739.93** | **$47,188.39** | **$9,769.16** | **$1.28** |

## Checking

### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 5,104.95 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

⑈405702713299⑈730355946900000000000000000000000000000000008

DOJ-01-0000002678



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-02 | POS Credit Adjustment 3287 Transaction 12-30-18 The Home Depot #89 | 17.08 | 5,122.03 |
| 01-02 | eDeposit-Svc Fee | 1.00- | 5,121.03 |
| 01-02 | ATM Withdrawal 12-31-18 Becu Burien WA | 400.00- | 4,721.03 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Burien Ace Hardwar Burien WA | 5.26- | 4,715.77 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Quick Stop Gas & F Burien WA | 6.30- | 4,709.47 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Chevron 0375344 Seattle WA | 7.24- | 4,702.23 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Chevron 0375344 Seattle WA | 8.86- | 4,693.37 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Sq *australian Pie Burien WA | 10.73- | 4,682.64 |
| 01-02 | POS Debit- Business Debit Card 3287 12-30-18 Shell Oil 57444026 Seattle WA | 14.02- | 4,668.62 |
| 01-02 | POS Debit- Business Debit Card 3287 01-01-19 Quick Stop Gas & F Burien WA | 14.18- | 4,654.44 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Spu So Recycling # Seattle WA | 30.00- | 4,624.44 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Subway Seattle WA | 37.73- | 4,586.71 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Safeway #0219 Seattle WA | 70.84- | 4,515.87 |
| 01-02 | POS Debit- Business Debit Card 3287 01-01-19 Sq *washington Asb 877-417-4551 WA | 515.00- | 4,000.87 |
| 01-03 | POS Credit Adjustment 3287 Transaction 01-01-19 The Home Depot #89 | 109.00 | 4,109.87 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 KFC/Aw #329 Seattle WA | 8.24- | 4,101.63 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 McDonald's F13369 Seattle WA | 15.81- | 4,085.82 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Starbucks Store 49 Seattle WA | 23.82- | 4,062.00 |
| 01-03 | POS Debit- Business Debit Card 3287 01-01-19 The Home Depot #89 Seattle WA | 26.29- | 4,035.71 |
| 01-03 | POS Debit- Business Debit Card 3287 01-03-19 Rite Aid Store - 5 Seattle WA | 27.53- | 4,008.18 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Spu So Recycling # Seattle WA | 56.55- | 3,951.63 |
| 01-03 | POS Debit- Business Debit Card 3287 01-01-19 The Home Depot #89 Seattle WA | 168.36- | 3,783.27 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Puget Sound Energy 888-225-5773 WA | 319.35- | 3,463.92 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 Shell Oil 57444026 Seattle WA | 11.48- | 3,452.44 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 Little Caesars 147 Seattle WA | 13.18- | 3,439.26 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 The Home Depot #89 Seattle WA | 16.42- | 3,422.84 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | ZIP CODE | | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>--    --    -- | HOME TELEPHONE NUMBER<br>(       ) | | | DAYTIME TELEPHONE NUMBER<br>(       ) |

DOJ-01-0000002679



Page 3 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Panda Express #102 Burien WA | 19.97- | 3,402.87 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Noodle Zen Seattle WA | 38.78- | 3,364.09 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Spu So Recycling # Seattle WA | 58.00- | 3,306.09 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 The Home Depot #89 Seattle WA | 67.65- | 3,238.44 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 White Ctr Glass & Seattle WA | 91.38- | 3,147.06 |
| 01-07 | Transfer From Shares | 2,500.00 | 5,647.06 |
|  | Es1 LLC |  |  |
| 01-07 | Transfer From Shares | 7,000.00 | 12,647.06 |
|  | Es1 LLC |  |  |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 Shell Oil 57444961 Seattle WA | 2.60- | 12,644.46 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Starbucks Store 00 Olympia WA | 12.85- | 12,631.61 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 McDonald's F13604 Seattle WA | 15.29- | 12,616.32 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 McDonald's F13369 Seattle WA | 19.56- | 12,596.76 |
| 01-07 | POS Debit- Business Debit Card 3287 01-06-19 Dominic's Red Appl Seattle WA | 21.96- | 12,574.80 |
| 01-07 | POS Debit - Business Debit Card 3287 Transaction 01-04-19 Arco#07063 Olympia WA | 26.49- | 12,548.31 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Costco Gas #0624 Gig Harbor WA | 27.14- | 12,521.17 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 McDonald's F13369 Seattle WA | 27.25- | 12,493.92 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Arco#07063Arco #07 Olympia WA | 30.00- | 12,463.92 |
| 01-07 | POS Debit- Business Debit Card 3287 01-06-19 Noodle Zen 206-7495451 WA | 42.24- | 12,421.68 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 Wells Fargo C/A #0 Seattle WA | 57.00- | 12,364.68 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 The Home Depot #89 Seattle WA | 106.69- | 12,257.99 |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 International Food Bellevue WA | 305.35- | 11,952.64 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 The Home Depot #89 Seattle WA | 772.22- | 11,180.42 |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 The Home Depot #47 Seattle WA | 1,108.25- | 10,072.17 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 The Home Depot #89 Seattle WA | 1,135.41- | 8,936.76 |
| 01-08 | POS Debit- Business Debit Card 3287 01-07-19 Spu So Recycling # Seattle WA | 37.70- | 8,899.06 |
| 01-08 | POS Debit- Business Debit Card 3287 01-06-19 Second Use Buildin Seattle WA | 137.63- | 8,761.43 |
| 01-08 | POS Debit- Business Debit Card 3287 01-06-19 Second Use Buildin Seattle WA | 314.89- | 8,446.54 |
| 01-09 | POS Debit- Business Debit Card 3287 01-07-19 Kitimat Seattle Gu Seattle WA | 51.33- | 8,395.21 |
| 01-10 | Check 1007 | 615.00- | 7,780.21 |
| 01-11 | Check 1037 | 6,580.64- | 1,199.57 |
| 01-14 | POS Debit- Business Debit Card 3287 01-12-19 The Home Depot #47 Seattle WA | 3.57- | 1,196.00 |
| 01-14 | POS Debit- Business Debit Card 3287 01-12-19 McDonald's F13369 Seattle WA | 32.84- | 1,163.16 |
| 01-14 | Check 1008 | 570.00- | 593.16 |
| 01-14 | Check 1038 | 188.00- | 405.16 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 McDonald's F13369 Seattle WA | 6.37- | 398.79 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 Pacific Plumbing S Seattle WA | 22.56- | 376.23 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 App Inc W Marginal Seattle WA | 38.80- | 337.43 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 Pacific Plumbing S Seattle WA | 309.39- | 28.04 |
| 01-22 | Transfer From Shares | 400.00 | 428.04 |
| 01-22 | POS Debit- Business Debit Card 3287 01-21-19 Lumber Market Inc Seattle WA | 76.49- | 351.55 |
| 01-23 | POS Debit- Business Debit Card 3287 01-22-19 Wsdot Good To Go 866-936-8246 WA | 6.00- | 345.55 |
| 01-25 | Transfer From Shares | 5,000.00 | 5,345.55 |
|  | Es1 LLC |  |  |
| 01-25 | POS Debit- Business Debit Card 3287 01-23-19 Shell Oil 57444035 Seattle WA | 22.64- | 5,322.91 |
| 01-28 | Transfer From Shares | 2,362.57 | 7,685.48 |
| 01-28 | POS Debit- Business Debit Card 3287 01-26-19 Joeys Restaurant ( Tukwila WA | 15.13- | 7,670.35 |

DOJ-01-0000002680



Page 4 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                          (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-28 | POS Debit- Business Debit Card 3287 01-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 7,653.85 |
| 01-28 | POS Debit- Business Debit Card 3287 01-25-19 Bang Bar Seattle WA | 35.12- | 7,618.73 |
| 01-28 | POS Debit- Business Debit Card 3287 01-26-19 Microsoft Msbill.Info WA | 77.06- | 7,541.67 |
| 01-28 | POS Debit- Business Debit Card 3287 01-25-19 The Home Depot #89 Seattle WA | 89.05- | 7,452.62 |
| 01-29 | Transfer From Shares | 5,000.00 | 12,452.62 |
| 01-29 | POS Debit- Business Debit Card 3287 01-28-19 Trader Joe's #157 West Seattle WA | 92.76- | 12,359.86 |
| 01-29 | POS Debit- Business Debit Card 3287 01-28-19 Burien Bark 206-2426567 WA | 178.20- | 12,181.66 |
| 01-29 | POS Debit- Business Debit Card 3287 01-29-19 Ad Iq 1-888-402-23 888-402-2347 NV | 1,699.99- | 10,481.67 |
| 01-29 | Check 1041 | 5,000.00- | 5,481.67 |
| 01-30 | POS Debit- Business Debit Card 3287 01-29-19 Lzc* Legalzoom.Com 866-6980053 CA | 88.95- | 5,392.72 |
| 01-30 | POS Debit- Business Debit Card 3287 01-28-19 The Home Depot #89 Seattle WA | 481.67- | 4,911.05 |
| 01-30 | Check 1042 | 1,900.00- | 3,011.05 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Whitepages Premium 800-9529005 WA | 4.99- | 3,006.06 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Starbucks Store 00 Tukwila WA | 10.67- | 2,995.39 |
| 01-31 | POS Debit- Business Debit Card 3287 01-29-19 Safeway #1062 Seattle WA | 22.38- | 2,973.01 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Spu So Recycling # Seattle WA | 59.45- | 2,913.56 |
| 01-31 | Paid To - Capital One Mobile Pmt Chk 5140551 | 345.78- | 2,567.78 |
| 01-31 | Dividend | 0.13 | 2,567.91 |
| **01-31** | **Ending Balance** | | **2,567.91** |

*Average Daily Balance - Current Cycle: $3,086.17*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-31 | ACH | 345.78 | 01-07 | POS | 106.69 |
| 01-02 | POS | 6.30 | 01-07 | POS | 305.35 |
| 01-02 | POS | 7.24 | 01-07 | POS | 772.22 |
| 01-02 | POS | 8.86 | 01-07 | POS | 1,108.25 |
| 01-02 | POS | 10.73 | 01-07 | POS | 1,135.41 |
| 01-02 | POS | 14.02 | 01-07 | POS | 2.60 |
| 01-02 | POS | 14.18 | 01-08 | POS | 137.63 |
| 01-02 | POS | 30.00 | 01-08 | POS | 314.89 |
| 01-02 | POS | 37.73 | 01-08 | POS | 37.70 |
| 01-02 | POS | 70.84 | 01-09 | POS | 51.33 |
| 01-02 | POS | 515.00 | 01-14 | POS | 32.84 |
| 01-03 | POS | 5.26 | 01-14 | POS | 3.57 |
| 01-03 | POS | 15.81 | 01-16 | POS | 22.56 |
| 01-03 | POS | 23.82 | 01-16 | POS | 38.80 |
| 01-03 | POS | 26.29 | 01-16 | POS | 309.39 |
| 01-03 | POS | 27.53 | 01-16 | POS | 6.37 |
| 01-03 | POS | 56.55 | 01-22 | POS | 76.49 |
| 01-03 | POS | 168.36 | 01-23 | POS | 6.00 |
| 01-03 | POS | 319.35 | 01-25 | POS | 22.64 |
| 01-03 | POS | 8.24 | 01-28 | POS | 16.50 |
| 01-04 | POS | 13.18 | 01-28 | POS | 35.12 |
| 01-04 | POS | 16.42 | 01-28 | POS | 77.06 |
| 01-04 | POS | 19.97 | 01-28 | POS | 89.05 |
| 01-04 | POS | 38.78 | 01-28 | POS | 15.13 |
| 01-04 | POS | 58.00 | 01-29 | POS | 178.20 |
| 01-04 | POS | 67.65 | 01-29 | POS | 1,699.99 |
| 01-04 | POS | 91.38 | 01-29 | POS | 92.76 |
| 01-04 | POS | 11.48 | 01-30 | POS | 481.67 |
| 01-07 | POS | 12.85 | 01-30 | POS | 88.95 |
| 01-07 | POS | 15.29 | 01-31 | POS | 10.67 |
| 01-07 | POS | 19.56 | 01-31 | POS | 22.38 |
| 01-07 | POS | 21.96 | 01-31 | POS | 59.45 |
| 01-07 | POS | 26.49 | 01-31 | POS | 4.99 |
| 01-07 | POS | 27.14 | 01-02 | ATMO | 400.00 |
| 01-07 | POS | 27.25 | 01-10 | 001007 - Check | 615.00 |
| 01-07 | POS | 30.00 | 01-14 | 001008 - Check | 570.00 |
| 01-07 | POS | 42.24 | 01-11 | 001037 - Check | 6,580.64 |
| 01-07 | POS | 57.00 | 01-14 | 001038 - Check | 188.00 |

DOJ-01-0000002681



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-29 | 001041 - Check | 5,000.00 | 01-30 | 001042 - Check | 1,900.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-01 | Beginning Balance | | 10,112.67 |
| 01-07 | Transfer To Checking | 2,500.00- | 7,612.67 |
| | Es1 LLC | | |
| 01-07 | Transfer To Checking | 7,000.00- | 612.67 |
| | Es1 LLC | | |
| 01-22 | Transfer To Checking | 400.00- | 212.67 |
| 01-24 | Bank Wire Deposit | 6,350.00 | 6,562.67 |
| 01-24 | Bank Wire Deposit | 13,000.00 | 19,562.67 |
| 01-25 | Transfer To Checking | 5,000.00- | 14,562.67 |
| | Es1 LLC | | |
| 01-28 | Transfer To Checking | 2,362.57- | 12,200.10 |
| 01-29 | Transfer To Checking | 5,000.00- | 7,200.10 |
| 01-31 | Dividend | 1.15 | 7,201.25 |
| **01-31** | **Ending Balance** | | **7,201.25** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|------|------|------|------|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002682

Page 6 of 6


**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002683

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000FME90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7027132997 | $2,567.91 | $6,700.07 | $8,859.00 | $408.98 | $0.20 |
| Business Savings 3035594690 | $7,201.25 | $0.30 | $6,700.00 | $501.55 | $1.45 |
| **Totals** | **$9,769.16** | **$6,700.37** | **$15,559.00** | **$910.53** | **$1.65** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 2,567.91 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

⑈405702713299730355946900000000000000000000000000000008

DOJ-01-0000002684



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-01 | Transfer From Shares | 1,500.00 | 4,067.91 |
| | Es1 LLC | | |
| 02-01 | Transfer From Shares | 4,000.00 | 8,067.91 |
| | Es1 LLC | | |
| 02-01 | eDeposit-Svc Fee | 1.00- | 8,066.91 |
| 02-01 | POS Debit- Business Debit Card 3287 01-31-19 Arco#83138Bir Sing Arlington WA | 36.82- | 8,030.09 |
| 02-04 | POS Debit- Business Debit Card 3287 02-02-19 The Home Depot #89 Seattle WA | 154.77- | 7,875.32 |
| 02-04 | POS Debit- Business Debit Card 3287 01-31-19 The Home Depot #47 Seattle WA | 330.58- | 7,544.74 |
| 02-04 | POS Debit- Business Debit Card 3287 02-01-19 The Home Depot #89 Seattle WA | 661.39- | 6,883.35 |
| 02-04 | Check 1010 | 2,500.00- | 4,383.35 |
| 02-06 | POS Debit- Business Debit Card 3287 02-05-19 App Inc W Marginal Seattle WA | 35.00- | 4,348.35 |
| 02-07 | Check 1043 | 3,465.00- | 883.35 |
| 02-19 | POS Debit- Business Debit Card 3287 02-15-19 The Home Depot #47 Seattle WA | 115.25- | 768.10 |
| 02-19 | POS Debit- Business Debit Card 3287 02-14-19 The Home Depot #89 Seattle WA | 212.07- | 556.03 |
| 02-25 | POS Debit- Business Debit Card 3287 02-24-19 Chevron 0205006 Seattle WA | 15.36- | 540.67 |
| 02-25 | POS Debit- Business Debit Card 3287 02-23-19 The Home Depot #47 Tukwila WA | 59.73- | 480.94 |
| 02-26 | Transfer From Shares | 1,200.00 | 1,680.94 |
| | Es1 LLC | | |
| 02-26 | Paid To - Capital One Mobile Pmt Chk 5140551 | 140.95- | 1,539.99 |
| 02-27 | POS Debit- Business Debit Card 3287 02-26-19 CT-MT-Vernon-Util- 360-336-6211 WA | 241.23- | 1,298.76 |
| 02-27 | POS Debit- Business Debit Card 3287 02-27-19 County-Skagit-Pud- 360-424-7104 WA | 291.40- | 1,007.36 |
| 02-27 | POS Debit- Business Debit Card 3287 02-26-19 Puget Sound Energy 866-3981141 WA | 581.95- | 425.41 |
| 02-28 | POS Debit- Business Debit Card 3287 02-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 408.91 |
| 02-28 | Dividend | 0.07 | 408.98 |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- | -- | ( ) | | ( ) |

DOJ-01-0000002685



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Business Checking - 7027132997**                        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-28 | **Ending Balance** | | **408.98** |

*Average Daily Balance - Current Cycle: $1,928.46*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-26 | ACH | 140.95 | 02-25 | POS | 59.73 |
| 02-01 | POS | 36.82 | 02-25 | POS | 15.36 |
| 02-04 | POS | 330.58 | 02-27 | POS | 241.23 |
| 02-04 | POS | 661.39 | 02-27 | POS | 291.40 |
| 02-04 | POS | 154.77 | 02-27 | POS | 581.95 |
| 02-06 | POS | 35.00 | 02-28 | POS | 16.50 |
| 02-19 | POS | 212.07 | 02-04 | 001010 - Check | 2,500.00 |
| 02-19 | POS | 115.25 | 02-07 | 001043 - Check | 3,465.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 7,201.25 |
| 02-01 | Transfer To Checking | 1,500.00- | 5,701.25 |
| | Es1 Llc | | |
| 02-01 | Transfer To Checking | 4,000.00- | 1,701.25 |
| | Es1 Llc | | |
| 02-26 | Transfer To Checking | 1,200.00- | 501.25 |
| | Es1 Llc | | |
| 02-28 | Dividend | 0.30 | 501.55 |
| 02-28 | **Ending Balance** | | **501.55** |

| **2018 Year to Date Federal Income Tax Information** | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002686

Page 4 of 4



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002687

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000MQA90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $408.98 | $686.25 | $984.68 | $110.55 | $0.21 |
| **Business Savings** 3035594690 | $501.55 | $0.02 | $500.00 | $1.57 | $1.47 |
| **Totals** | **$910.53** | **$686.27** | **$1,484.68** | **$112.12** | **$1.68** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 408.98 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL)
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

⑆05702713299⑈730355946900000000000000000000000000000000008

DOJ-01-0000002688



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | eDeposit-Svc Fee | 1.00- | 407.98 |
| 03-01 | POS Debit- Business Debit Card 3287 02-27-19 Toshi Teriyaki 206-9379442 WA | 52.63- | 355.35 |
| 03-04 | POS Credit Adjustment 3287 Transaction 03-01-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 598.47 |
| 03-04 | POS Debit- Business Debit Card 3287 03-01-19 Whitepages Premium 800-9529005 WA | 4.99- | 593.48 |
| 03-04 | POS Debit- Business Debit Card 3287 02-28-19 The Home Depot #89 Seattle WA | 17.59- | 575.89 |
| 03-04 | POS Debit- Business Debit Card 3287 02-28-19 Chipotle 1144 Tukwila WA | 23.05- | 552.84 |
| 03-04 | POS Debit- Business Debit Card 3287 03-01-19 The Home Depot #47 Seattle WA | 282.90- | 269.94 |
| 03-05 | POS Debit- Business Debit Card 3287 03-04-19 Good2Goreplenish 866-936-8246 WA | 30.00- | 239.94 |
| 03-05 | POS Debit- Business Debit Card 3287 03-04-19 Good2Go-Bellevue Bellevue WA | 63.00- | 176.94 |
| 03-06 | POS Debit- Business Debit Card 3287 03-05-19 Costco Whse #0001 Seattle WA | 126.76- | 50.18 |
| 03-07 | POS Debit - Business Debit Card 3287 Transaction 03-06-19 The Home Depot #4702 Seattle WA | 5.47- | 44.71 |
| 03-07 | POS Debit- Business Debit Card 3287 03-07-19 Quick Stop Gas & F Burien WA | 39.34- | 5.37 |
| 03-08 | Transfer From Shares | 200.00 | 205.37 |
| 03-08 | POS Debit - Business Debit Card 3287 Transaction 03-07-19 Snohomish County Clerk Everett WA | 4.75- | 200.62 |
| 03-12 | Paid To - Capital One Mobile Pmt Chk 5140551 | 25.00- | 175.62 |
| 03-14 | POS Credit Adjustment 3287 Transaction 03-14-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 418.74 |
| 03-18 | POS Debit- Business Debit Card 3287 03-17-19 Tst* Cactus - Alki Seattle WA | 30.29- | 388.45 |
| 03-28 | POS Debit- Business Debit Card 3287 03-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 371.95 |
| 03-29 | Paid To - Capital One Mobile Pmt Chk 5140551 | 261.41- | 110.54 |
| 03-29 | Dividend | 0.01 | 110.55 |
| **03-31** | **Ending Balance** | | **110.55** |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002689



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

*Average Daily Balance - Current Cycle: $289.84*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 03-12 | ACH | 25.00 | 03-05 | POS | 63.00 |
| 03-29 | ACH | 261.41 | 03-06 | POS | 126.76 |
| 03-01 | POS | 52.63 | 03-07 | POS | 5.47 |
| 03-04 | POS | 23.05 | 03-07 | POS | 39.34 |
| 03-04 | POS | 282.90 | 03-08 | POS | 4.75 |
| 03-04 | POS | 4.99 | 03-18 | POS | 30.29 |
| 03-04 | POS | 17.59 | 03-28 | POS | 16.50 |
| 03-05 | POS | 30.00 | | | |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-01 | Beginning Balance | | 501.55 |
| 03-08 | Transfer To Checking | 200.00- | 301.55 |
| 03-08 | Transfer To Checking | 300.00- | 1.55 |
| | Eric R Shibley MD Pllc | | |
| 03-29 | Dividend | 0.02 | 1.57 |
| **03-31** | **Ending Balance** | | **1.57** |

**2018 Year to Date Federal Income Tax Information**

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002690

Page 4 of 4



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002691

Page 1 of 6

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

#BWNLLSV
#000000P6X1RWY8A6#000AMP90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $110.55 | $30,200.61 | $30,086.49 | $224.67 | $0.27 |
| **Business Savings** 3035594690 | $1.57 | $36,831.70 | $27,949.03 | $8,884.24 | $2.25 |
| **Totals** | **$112.12** | **$67,032.31** | **$58,035.52** | **$9,108.91** | **$2.52** |

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 110.55 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002692



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | POS Credit Adjustment 3287 Transaction 03-30-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 353.67 |
| 04-01 | eDeposit-Svc Fee | 1.00- | 352.67 |
| 04-01 | POS Debit- Business Debit Card 3287 03-31-19 Whitepages Premium 800-9529005 WA | 4.99- | 347.68 |
| 04-11 | ATM Fee - Withdrawal 04-10-19 Columbia Bank Seattle WA | 1.00- | 346.68 |
| 04-11 | ATM Fee - Inquiry 04-10-19 Columbia Bank Seattle WA | 1.00- | 345.68 |
| 04-11 | ATM Withdrawal 04-10-19 Columbia Bank Seattle WA | 203.00- | 142.68 |
| 04-12 | POS Credit Adjustment 3287 Transaction 04-11-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 385.80 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 Shell Oil 57445757 Seattle WA | 9.41- | 376.39 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 Taco Time White Ce Seattle WA | 14.18- | 362.21 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 McDonald's F1364 Seattle WA | 15.39- | 346.82 |
| 04-15 | POS Debit- Business Debit Card 3287 04-12-19 App Inc W Marginal Seattle WA | 46.62- | 300.20 |
| 04-16 | Transfer From Shares Es1 LLC | 5,000.00 | 5,300.20 |
| 04-16 | Transfer From Shares | 6,000.00 | 11,300.20 |
| 04-16 | Check 1 | 6,000.00- | 5,300.20 |
| 04-17 | Check 2 | 4,000.00- | 1,300.20 |
| 04-18 | POS Debit- Business Debit Card 3287 04-16-19 New Standard Build Seattle WA | 134.92- | 1,165.28 |
| 04-18 | Paid To - Capital One Mobile Pmt Chk 5140551 | 495.69- | 669.59 |
| 04-19 | POS Credit Adjustment 3287 Transaction 04-17-19 The Home Depot #85 | 10.18 | 679.77 |
| 04-19 | POS Debit- Business Debit Card 3287 04-17-19 The Home Depot #85 Burlington WA | 282.95- | 396.82 |
| 04-22 | Transfer From Shares | 4,000.00 | 4,396.82 |
| 04-22 | Transfer From Shares Es1 LLC | 5,000.00 | 9,396.82 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 Costco Whse #0001 Seattle WA | 26.68- | 9,370.14 |
| 04-22 | POS Debit- Business Debit Card 3287 04-21-19 Sq *3 Hermanas Taq Seattle WA | 30.86- | 9,339.28 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|

ADDRESS (NO. STREET)

CITY / STATE / ZIP CODE

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)   HOME TELEPHONE NUMBER   DAYTIME TELEPHONE NUMBER

DOJ-01-0000002693



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Business Checking - 7027132997**                                          (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot #89 Seattle WA | 85.99- | 9,253.29 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 Lowes #00010* Tukwila WA | 143.80- | 9,109.49 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot #47 Seattle WA | 169.88- | 8,939.61 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot 470 Seattle WA | 303.28- | 8,636.33 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot 470 Seattle WA | 384.73- | 8,251.60 |
| 04-23 | Transfer From Shares Es1 LLC | 1,500.00 | 9,751.60 |
| 04-23 | eDeposit-Scan/Mobile 000000078862857 | 134.91 | 9,886.51 |
| 04-23 | POS Debit - Business Debit Card 3287 Transaction 04-23-19 7-Eleven Burien WA | 8.11- | 9,878.40 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 Spu So Recycling # Seattle WA | 30.00- | 9,848.40 |
| 04-23 | POS Debit- Business Debit Card 3287 04-21-19 Saars Super Saver Seattle WA | 40.44- | 9,807.96 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 App Inc W Marginal Seattle WA | 46.50- | 9,761.46 |
| 04-23 | POS Debit - Business Debit Card 3287 Transaction 04-22-19 Quick Stop Gas & Food Seattle WA | 58.97- | 9,702.49 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 Spu So Recycling # Seattle WA | 60.90- | 9,641.59 |
| 04-23 | POS Debit- Business Debit Card 3287 04-21-19 The Home Depot #47 Seattle WA | 64.98- | 9,576.61 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 McLendons - White Seattle WA | 281.28- | 9,295.33 |
| 04-23 | Check 1045 | 860.00- | 8,435.33 |
| 04-23 | Check 1047 | 1,000.00- | 7,435.33 |
| 04-23 | Check 1048 | 1,000.00- | 6,435.33 |
| 04-24 | POS Credit Adjustment 3287 Transaction 04-22-19 The Home Depot #47 | 24.18 | 6,459.51 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F13369 Seattle WA | 4.61- | 6,454.90 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F411 Burien WA | 23.72- | 6,431.18 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 Spu So Recycling # Seattle WA | 33.35- | 6,397.83 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 33.48- | 6,364.35 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 37.15- | 6,327.20 |
| 04-24 | POS Debit - Business Debit Card 3287 Transaction 04-23-19 International Food Baz Kent WA | 43.21- | 6,283.99 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 51.10- | 6,232.89 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 142.03- | 6,090.86 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot 470 Seattle WA | 509.55- | 5,581.31 |
| 04-24 | Check 1011 | 1,000.00- | 4,581.31 |
| 04-24 | Check 1012 | 2,000.00- | 2,581.31 |
| 04-24 | Check 1046 | 600.00- | 1,981.31 |
| 04-25 | Transfer From Shares Es1 LLC | 900.00 | 2,881.31 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building MA Seattle WA | 5.51- | 2,875.80 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F411 Burien WA | 21.30- | 2,854.50 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building MA Seattle WA | 22.02- | 2,832.48 |
| 04-25 | POS Debit- Business Debit Card 3287 04-24-19 Sq *burien Press Burien WA | 25.67- | 2,806.81 |
| 04-25 | POS Debit- Business Debit Card 3287 04-24-19 South Park Food Ce Seattle WA | 31.91- | 2,774.90 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 McLendons - White Cntr Seattle WA | 32.91- | 2,741.99 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 41.52- | 2,700.47 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building MA Seattle WA | 60.56- | 2,639.91 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 Safeway #1923 Seattle WA | 116.24- | 2,523.67 |

DOJ-01-0000002694

Page 4 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|---------------------|-----------:|-----------:|
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 140.72- | 2,382.95 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 143.42- | 2,239.53 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 The Home Depot 470 Tukwila WA | 201.83- | 2,037.70 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 387.85- | 1,649.85 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 The Home Depot #47 Seattle WA | 516.10- | 1,133.75 |
| 04-25 | Paid To - Capital One Mobile Pmt Chk 5140551 | 250.00- | 883.75 |
| 04-26 | POS Credit Adjustment 3287 Transaction 04-24-19 The Home Depot #47 | 29.98 | 913.73 |
| 04-26 | POS Credit Adjustment 3287 Transaction 04-25-19 The Home Depot #4702 Seattle WA | 66.03 | 979.76 |
| 04-26 | Transfer From Shares Es1 Llc | 5,000.00 | 5,979.76 |
| 04-26 | POS Debit- Business Debit Card 3287 04-24-19 Kitimat Seattle Gu Seattle WA | 55.88- | 5,923.88 |
| 04-26 | POS Debit- Business Debit Card 3287 04-24-19 The Home Depot 470 Seattle WA | 220.84- | 5,703.04 |
| 04-26 | Check 1049 | 1,000.00- | 4,703.04 |
| 04-29 | Transfer From Shares | 549.03 | 5,252.07 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 IKEA Seattle Renton WA | 15.36- | 5,236.71 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 5,220.21 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 Lowes #00010* Tukwila WA | 41.71- | 5,178.50 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-27-19 T-Mobile 3820 Rainier Seattle WA | 44.03- | 5,134.47 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 The Home Depot #89 Seattle WA | 162.18- | 4,972.29 |
| 04-29 | POS Debit- Business Debit Card 3287 04-27-19 Sq *iplaypower - I Seattle WA | 332.11- | 4,640.18 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 The Home Depot #47 Seattle WA | 347.79- | 4,292.39 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 The Home Depot #4702 Seattle WA | 540.40- | 3,751.99 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 The Home Depot #4702 Seattle WA | 611.80- | 3,140.19 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 IKEA Seattle Renton WA | 857.78- | 2,282.41 |
| 04-29 | Paid To - Capital One Mobile Pmt Chk 5140551 | 250.00- | 2,032.41 |
| 04-29 | Check 3 | 400.00- | 1,632.41 |
| 04-30 | Deposit 04-29-19 Becu Seattle WA | 1,500.00 | 3,132.41 |
| 04-30 | POS Debit- Business Debit Card 3287 04-29-19 McDonald's F13369 Seattle WA | 11.21- | 3,121.20 |
| 04-30 | POS Debit - Business Debit Card 3287 Transaction 04-29-19 Safeway Store Seattle WA | 13.14- | 3,108.06 |
| 04-30 | POS Debit- Business Debit Card 3287 04-28-19 The Home Depot #47 Seattle WA | 254.36- | 2,853.70 |
| 04-30 | POS Debit- Business Debit Card 3287 04-29-19 Tbt Towing Seattle WA | 500.00- | 2,353.70 |
| 04-30 | POS Debit - Business Debit Card 3287 Transaction 04-29-19 IKEA Seattle Renton WA | 629.09- | 1,724.61 |
| 04-30 | Check 1052 | 1,500.00- | 224.61 |
| 04-30 | Dividend | 0.06 | 224.67 |
| **04-30** | **Ending Balance** | | **224.67** |

*Average Daily Balance - Current Cycle: $1,564.62*

DOJ-01-0000002695



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-18 | ACH | 495.69 | 04-25 | POS | 60.56 |
| 04-18 | ACH | 250.00 | 04-25 | POS | 116.24 |
| 04-29 | ACH | 250.00 | 04-25 | POS | 140.72 |
| 04-01 | POS | 4.99 | 04-25 | POS | 143.42 |
| 04-12 | POS | 9.41 | 04-25 | POS | 201.83 |
| 04-12 | POS | 14.18 | 04-25 | POS | 387.85 |
| 04-12 | POS | 15.39 | 04-25 | POS | 516.10 |
| 04-15 | POS | 46.62 | 04-25 | POS | 5.51 |
| 04-18 | POS | 134.92 | 04-25 | POS | 21.30 |
| 04-19 | POS | 282.95 | 04-26 | POS | 220.84 |
| 04-22 | POS | 85.99 | 04-26 | POS | 55.88 |
| 04-22 | POS | 143.80 | 04-29 | POS | 16.50 |
| 04-22 | POS | 169.88 | 04-29 | POS | 41.71 |
| 04-22 | POS | 303.28 | 04-29 | POS | 44.03 |
| 04-22 | POS | 384.73 | 04-29 | POS | 162.18 |
| 04-22 | POS | 26.68 | 04-29 | POS | 332.11 |
| 04-22 | POS | 30.86 | 04-29 | POS | 347.79 |
| 04-23 | POS | 40.44 | 04-29 | POS | 540.40 |
| 04-23 | POS | 46.50 | 04-29 | POS | 611.80 |
| 04-23 | POS | 58.97 | 04-29 | POS | 857.78 |
| 04-23 | POS | 60.90 | 04-29 | POS | 15.36 |
| 04-23 | POS | 64.98 | 04-30 | POS | 11.21 |
| 04-23 | POS | 281.28 | 04-30 | POS | 13.14 |
| 04-23 | POS | 8.11 | 04-30 | POS | 254.36 |
| 04-23 | POS | 30.00 | 04-30 | POS | 500.00 |
| 04-24 | POS | 33.35 | 04-30 | POS | 629.09 |
| 04-24 | POS | 33.48 | 04-11 | ATMO | 203.00 |
| 04-24 | POS | 37.15 | 04-16 | 000001 - Check | 6,000.00 |
| 04-24 | POS | 43.21 | 04-17 | 000002 - Check | 4,000.00 |
| 04-24 | POS | 51.10 | 04-23 | 000003 - Check | 400.00 |
| 04-24 | POS | 142.03 | 04-24 | 001011 - Check | 1,000.00 |
| 04-24 | POS | 509.55 | 04-24 | 001012 - Check | 2,000.00 |
| 04-24 | POS | 4.61 | 04-24 | 001045 - Check | 860.00 |
| 04-24 | POS | 23.72 | 04-24 | 001046 - Check | 600.00 |
| 04-25 | POS | 22.02 | 04-23 | 001047 - Check | 1,000.00 |
| 04-25 | POS | 25.67 | 04-23 | 001048 - Check | 1,000.00 |
| 04-25 | POS | 31.91 | 04-26 | 001049 - Check | 1,000.00 |
| 04-25 | POS | 32.91 | 04-30 | 001052 - Check | 1,500.00 |
| 04-25 | POS | 41.52 | | | |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 04-01 | Beginning Balance | | 1.57 |
| 04-16 | Bank Wire Deposit | 11,350.00 | 11,351.57 |
| 04-16 | Transfer To Checking | 5,000.00- | 6,351.57 |
| | Es1 LLC | | |
| 04-16 | Transfer To Checking | 6,000.00- | 351.57 |
| 04-18 | Bank Wire Deposit | 11,350.00 | 11,701.57 |
| 04-22 | eDeposit-Scan/Mobile 00000078761974 | 80.92 | 11,782.49 |
| 04-22 | Transfer To Checking | 4,000.00- | 7,782.49 |
| 04-22 | Transfer To Checking | 5,000.00- | 2,782.49 |
| | Es1 LLC | | |
| 04-23 | Transfer To Checking | 1,500.00- | 1,282.49 |
| | Es1 LLC | | |
| 04-25 | Bank Wire Deposit | 14,050.00 | 15,332.49 |
| 04-25 | Transfer To Checking | 900.00- | 14,432.49 |
| | Es1 LLC | | |
| 04-26 | Transfer To Checking | 5,000.00- | 9,432.49 |
| | Es1 LLC | | |
| 04-29 | Transfer To Checking | 549.03- | 8,883.46 |
| 04-30 | Dividend | 0.78 | 8,884.24 |
| **04-30** | **Ending Balance** | | **8,884.24** |

DOJ-01-0000002696

Page 6 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002697

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000MMY90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $224.67 | $16,155.77 | $16,155.41 | $225.03 | $0.31 |
| **Business Savings** 3035594690 | $8,884.24 | $0.02 | $8,884.24 | $0.02 | $2.27 |
| **Totals** | **$9,108.91** | **$16,155.79** | **$25,039.65** | **$225.05** | **$2.58** |

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 224.67 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ➤    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057027132997303559469000000000000000000000000000000000008

DOJ-01-0000002698



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Business Checking - 7027132997**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 05-01 | Deposit 04-30-19 Becu Seattle WA | 1,630.00 | 1,854.67 |
| 05-01 | Transfer From Shares 04-30-19 Becu Seattle WA | 3,000.00 | 4,854.67 |
| 05-01 | Transfer From Shares 04-30-19 Becu Seattle WA | 5,000.00 | 9,854.67 |
| 05-01 | eDeposit-Svc Fee | 1.00- | 9,853.67 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 46.43- | 9,807.24 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 King CO Water Dist Seattle WA | 56.53- | 9,750.71 |
| 05-01 | POS Debit- Business Debit Card 3287 04-29-19 Safeway #2932 Seattle WA | 65.85- | 9,684.86 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 King CO Water Dist Seattle WA | 86.64- | 9,598.22 |
| 05-01 | POS Debit- Business Debit Card 3287 04-29-19 The Home Depot #47 Seattle WA | 237.75- | 9,360.47 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 301.28- | 9,059.19 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 333.27- | 8,725.92 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Seattle Public Uti 206-684-3000 WA | 862.71- | 7,863.21 |
| 05-01 | POS Debit - Business Debit Card 3287 Transaction 04-30-19 Mill Outlet Lumber Tacoma WA | 1,818.96- | 6,044.25 |
| 05-01 | Check 1013 | 400.00- | 5,644.25 |
| 05-01 | Check 1014 | 400.00- | 5,244.25 |
| 05-01 | Check 1015 | 500.00- | 4,744.25 |
| 05-02 | POS Credit Adjustment 3287 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 82.05 | 4,826.30 |
| 05-02 | POS Debit- Business Debit Card 3287 05-01-19 Whitepages 800-9529005 WA | 4.99- | 4,821.31 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 7-Eleven 23931 Seattle WA | 15.00- | 4,806.31 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 The Home Depot #47 Everett WA | 248.38- | 4,557.93 |
| 05-02 | POS Debit - Business Debit Card 3287 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 269.51- | 4,288.42 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|---|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|----------------------|--------------------------|
| -- -- -- | ( ) | ( ) |

DOJ-01-0000002699



Page 3 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-02 | POS Debit - Business Debit Card 3287 Transaction 05-01-19 The Home Depot #4702 Seattle WA | 319.07- | 3,969.35 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 The Home Depot #89 Seattle WA | 355.04- | 3,614.31 |
| 05-03 | POS Credit Adjustment 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 25.30 | 3,639.61 |
| 05-03 | POS Credit Adjustment 3287 Transaction 04-27-19 Sq *iplaypower - I | 127.13 | 3,766.74 |
| 05-03 | Transfer From Shares | 650.00 | 4,416.74 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 Opc WA Dept. Of Re 925-855-5000 WA | 0.60- | 4,416.14 |
| 05-03 | POS Debit - Business Debit Card 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 10.73- | 4,405.41 |
| 05-03 | POS Debit - Business Debit Card 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 78.56- | 4,326.85 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 91.95- | 4,234.90 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 178.68- | 4,056.22 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 240.33- | 3,815.89 |
| 05-03 | Check 1054 | 2,500.00- | 1,315.89 |
| 05-06 | POS Credit Adjustment 3287 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 17.59 | 1,333.48 |
| 05-06 | Transfer From Shares Es1 LLC | 200.00 | 1,533.48 |
| 05-06 | POS Debit- Business Debit Card 3287 05-02-19 7-Eleven 22561 Seattle WA | 12.66- | 1,520.82 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 20.05- | 1,500.77 |
| 05-06 | POS Debit- Business Debit Card 3287 05-02-19 Arco#07155Arco #07 Seattle WA | 46.17- | 1,454.60 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 Costco Gas #0001 Seattle WA | 50.50- | 1,404.10 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 69.84- | 1,334.26 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 The Home Depot #89 Seattle WA | 119.65- | 1,214.61 |
| 05-06 | POS Debit- Business Debit Card 3287 05-03-19 The Home Depot #89 Seattle WA | 217.84- | 996.77 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 The Home Depot #89 Seattle WA | 271.18- | 725.59 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 324.39- | 401.20 |
| 05-07 | Returned Item Fee 1053 | 29.00- | 372.20 |
| 05-08 | POS Debit - Business Debit Card 3287 Transaction 05-07-19 The Home Depot 8944 Seattle WA | 22.69- | 349.51 |
| 05-09 | POS Debit- Business Debit Card 3287 05-08-19 Fedex 787112874170 Memphis TN | 36.65- | 312.86 |
| 05-10 | POS Credit Adjustment 3287 Transaction 05-10-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 555.98 |
| 05-10 | POS Credit Adjustment 3287 Transaction 05-09-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 799.10 |
| 05-10 | POS Debit- Business Debit Card 3287 05-08-19 New Standard Build Seattle WA | 24.60- | 774.50 |
| 05-13 | POS Debit- Business Debit Card 3287 05-10-19 Papas Mexican Gril Everett WA | 23.76- | 750.74 |
| 05-13 | POS Debit- Business Debit Card 3287 05-09-19 The Home Depot #89 Seattle WA | 77.87- | 672.87 |
| 05-13 | Check 1055 | 600.00- | 72.87 |
| 05-14 | Transfer From Checking Eric R Shibley MD Pllc | 700.00 | 772.87 |
| 05-14 | ATM Withdrawal 05-13-19 Becu Seattle WA | 600.00- | 172.87 |
| 05-14 | POS Debit- Business Debit Card 3287 05-12-19 Safeway #1477 Seattle WA | 6.44- | 166.43 |
| 05-16 | Transfer From Checking | 800.00 | 966.43 |

DOJ-01-0000002700



Page 4 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

### Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| | Eric R Shibley MD Pllc | | |
| 05-17 | Deposit 05-16-19 Becu Seattle WA | 800.00 | 1,766.43 |
| 05-17 | Transfer From Checking | 900.00 | 2,666.43 |
| | Eric R Shibley MD Pllc | | |
| 05-17 | Paid To - Capital One Online Pmt Chk 5140551 | 25.00- | 2,641.43 |
| 05-17 | Paid To - Capital One Online Pmt Chk 5140551 | 245.98- | 2,395.45 |
| 05-17 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 286.10- | 2,109.35 |
| 05-17 | Check 4 | 260.00- | 1,849.35 |
| 05-17 | Check 1017 | 300.00- | 1,549.35 |
| 05-20 | Transfer From Checking | 1,200.00 | 2,749.35 |
| | Eric R Shibley MD Pllc | | |
| 05-20 | POS Debit- Business Debit Card 3287 05-16-19 Mod Pizza West Sea Seattle WA | 15.85- | 2,733.50 |
| 05-20 | Check 1058 | 1,000.00- | 1,733.50 |
| 05-21 | Check 1016 | 475.00- | 1,258.50 |
| 05-21 | Check 1056 | 200.00- | 1,058.50 |
| 05-23 | POS Debit- Business Debit Card 3287 05-22-19 Aaa Washington 800-562-2582 WA | 97.00- | 961.50 |
| 05-23 | Paid To - Capital One Online Pmt Chk 5140551 | 206.51- | 754.99 |
| 05-23 | Check 1057 | 250.00- | 504.99 |
| 05-24 | POS Debit- Business Debit Card 3287 05-23-19 WA Secretary Of ST .WA.Gov WA | 2.50- | 502.49 |
| 05-24 | Check 1050 | 400.00- | 102.49 |
| 05-28 | POS Credit Adjustment 3287 Transaction 05-25-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 345.61 |
| 05-28 | POS Debit- Business Debit Card 3287 05-01-19 WA Dept. Of Revenu 9258555000 WA | 24.00- | 321.61 |
| 05-28 | POS Debit - Business Debit Card 3287 Transaction 05-24-19 WA Dol Lic & Reg 81780 Seattle WA | 361.92- | 40.31- |
| 05-29 | Transfer From Shares | 34.24 | 6.07- |
| 05-29 | eDeposit-Scan/Mobile 000000080590314 | 260.06 | 253.99 |
| 05-29 | Business Debit Card Overdraft Fee 05-29-19 WA Dept. Of Revenu | 29.00- | 224.99 |
| 05-31 | Dividend | 0.04 | 225.03 |
| **05-31** | **Ending Balance** | | **225.03** |

*Average Daily Balance - Current Cycle: $886.64*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-17 | ACH | 25.00 | 05-06 | POS | 69.84 |
| 05-17 | ACH | 245.98 | 05-06 | POS | 119.65 |
| 05-17 | ACH | 286.10 | 05-06 | POS | 217.84 |
| 05-23 | ACH | 206.51 | 05-06 | POS | 271.18 |
| 05-01 | POS | 237.75 | 05-06 | POS | 324.39 |
| 05-01 | POS | 301.28 | 05-06 | POS | 12.66 |
| 05-01 | POS | 333.27 | 05-06 | POS | 20.05 |
| 05-01 | POS | 862.71 | 05-06 | POS | 46.17 |
| 05-01 | POS | 1,818.96 | 05-06 | POS | 50.50 |
| 05-01 | POS | 46.43 | 05-08 | POS | 22.69 |
| 05-01 | POS | 56.53 | 05-09 | POS | 36.65 |
| 05-01 | POS | 65.85 | 05-10 | POS | 24.60 |
| 05-01 | POS | 86.64 | 05-13 | POS | 23.76 |
| 05-02 | POS | 319.07 | 05-13 | POS | 77.87 |
| 05-02 | POS | 355.04 | 05-14 | POS | 6.44 |
| 05-02 | POS | 4.99 | 05-20 | POS | 15.85 |
| 05-02 | POS | 15.00 | 05-23 | POS | 97.00 |
| 05-02 | POS | 248.38 | 05-24 | POS | 2.50 |
| 05-02 | POS | 269.51 | 05-28 | POS | 24.00 |
| 05-03 | POS | 178.68 | 05-28 | POS | 361.92 |
| 05-03 | POS | 240.33 | 05-14 | ATMO | 600.00 |
| 05-03 | POS | 0.60 | 05-17 | 000004 - Check | 260.00 |
| 05-03 | POS | 10.73 | 05-01 | 001013 - Check | 400.00 |
| 05-03 | POS | 78.56 | 05-01 | 001014 - Check | 400.00 |
| 05-03 | POS | 91.95 | 05-01 | 001015 - Check | 500.00 |

DOJ-01-0000002701

Page 5 of 5



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-21 | 001016 - Check | 475.00 | 05-13 | 001055 - Check | 600.00 |
| 05-17 | 001017 - Check | 300.00 | 05-21 | 001056 - Check | 200.00 |
| 05-24 | 001050 - Check | 400.00 | 05-23 | 001057 - Check | 250.00 |
| 05-03 | 001054 - Check | 2,500.00 | 05-20 | 001058 - Check | 1,000.00 |

# Savings

## Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-01 | Beginning Balance | | 8,884.24 |
| 05-01 | Transfer To Checking 04-30-19 Becu Seattle WA | 3,000.00- | 5,884.24 |
| 05-01 | Transfer To Checking 04-30-19 Becu Seattle WA | 5,000.00- | 884.24 |
| 05-03 | Transfer To Checking | 650.00- | 234.24 |
| 05-06 | Transfer To Checking | 200.00- | 34.24 |
| | Es1 Llc | | |
| 05-29 | Transfer To Checking | 34.24- | 0.00 |
| 05-31 | Dividend | 0.02 | 0.02 |
| **05-31** | **Ending Balance** | | **0.02** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002702

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 4

**Statement of Account**

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JQU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $225.03 | $23,667.75 | $23,756.03 | $136.75 | $0.44 |
| **Business Savings** 3035594690 | $0.02 | $20,000.96 | $0.02 | $20,000.96 | $3.23 |
| **Totals** | **$225.05** | **$43,668.71** | **$23,756.05** | **$20,137.71** | **$3.67** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 225.03 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➡   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

⑈405702713299⑈730355946900000000000000000000000000000000000008

DOJ-01-0000002703



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-03 | eDeposit-Svc Fee | 1.00- | 224.03 |
| 06-03 | POS Debit- Business Debit Card 3287 05-31-19 Whitepages 800-9529005 WA | 4.99- | 219.04 |
| 06-03 | Check 1077 | 500.00- | 280.96- |
| 06-04 | Transfer From Shares | 0.02 | 280.94- |
| 06-04 | Deposit 06-03-19 Becu Seattle WA | 1,500.00 | 1,219.06 |
| 06-04 | POS Debit- Business Debit Card 3287 06-03-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 1,202.56 |
| 06-04 | Check 1076 | 1,000.00- | 202.56 |
| 06-06 | Transfer From Checking Eric R Shibley MD Pllc | 1,000.00 | 1,202.56 |
| 06-06 | POS Debit- Business Debit Card 3287 06-04-19 The Home Depot #47 Seattle WA | 896.03- | 306.53 |
| 06-07 | POS Credit Adjustment 3287 Transaction 06-06-19 Sqc*cash App Shibl Visa Direct CA | 243.12 | 549.65 |
| 06-10 | Deposit 06-07-19 Becu Seattle WA | 96.00 | 645.65 |
| 06-12 | POS Debit- Business Debit Card 3287 06-11-19 Chevron 0208417 Mount Vernon WA | 56.60- | 589.05 |
| 06-13 | POS Debit - Business Debit Card 3287 Transaction 06-12-19 7-Eleven Burien WA | 4.38- | 584.67 |
| 06-13 | POS Debit- Business Debit Card 3287 06-12-19 McDonald's F13369 Seattle WA | 6.37- | 578.30 |
| 06-14 | POS Debit- Business Debit Card 3287 06-13-19 McDonald's F13369 Seattle WA | 4.61- | 573.69 |
| 06-14 | POS Debit- Business Debit Card 3287 06-13-19 Apl*itunes.Com/Bil 866-712-7753 CA | 16.50- | 557.19 |
| 06-14 | POS Debit - Business Debit Card 3287 Transaction 06-13-19 The Home Depot #4702 Seattle WA | 68.83- | 488.36 |
| 06-14 | Check 1080 | 48.40- | 439.96 |
| 06-17 | POS Credit Adjustment 3287 Transaction 06-15-19 The Home Depot 8944 Seattle WA | 66.66 | 506.62 |
| 06-17 | POS Credit Adjustment 3287 Transaction 06-13-19 The Home Depot 470 | 93.70 | 600.32 |
| 06-17 | POS Debit - Business Debit Card 3287 Transaction 06-15-19 The Home Depot 8944 Seattle WA | 34.58- | 565.74 |
| 06-17 | POS Debit- Business Debit Card 3287 06-13-19 The Home Depot #47 Seattle WA | 150.00- | 415.74 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002704



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997
(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| | Check 1059 | 200.00- | 215.74 |
| 06-20 | Bank Wire Deposit | 20,425.00 | 20,640.74 |
| 06-24 | POS Credit Adjustment 3287 Transaction 06-21-19 Sqc*cash App Shibl Visa Direct | | |
| | CA | 243.12 | 20,883.86 |
| 06-24 | POS Debit- Business Debit Card 3287 06-24-19 Lowes #00149* 425-259-2017 WA | 291.62- | 20,592.24 |
| 06-24 | Transfer To Shares | 20,000.00- | 592.24 |
| | Es1 LLC | | |
| 06-25 | POS Debit- Business Debit Card 3287 06-24-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 575.74 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-19 King CO Solid Wast Seattle WA | 140.48- | 435.26 |
| 06-26 | POS Debit- Business Debit Card 3287 06-25-19 Waste Mgmt Wm Ezpa | | |
| | 866-834-2080 TX | 148.76- | 286.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 Snohomish County | | |
| | Clerk Everett WA | 1.00- | 285.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 USPS PO 54764600 | | |
| | 4412 Seattle WA | 2.00- | 283.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 The Home Depot 8944 | | |
| | Seattle WA | 11.54- | 271.96 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 The Home Depot 8944 | | |
| | Seattle WA | 118.84- | 153.12 |
| 06-28 | POS Debit- Business Debit Card 3287 06-27-19 Adobe *acropro Sub 800-833-6687 | | |
| | CA | 16.50- | 136.62 |
| 06-28 | Dividend | 0.13 | 136.75 |
| **06-30** | **Ending Balance** | | **136.75** |

*Average Daily Balance - Current Cycle: $3,046.51*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-03 | POS | 4.99 | 06-25 | POS | 16.50 |
| 06-04 | POS | 16.50 | 06-25 | POS | 140.48 |
| 06-06 | POS | 896.03 | 06-26 | POS | 148.76 |
| 06-12 | POS | 56.60 | 06-27 | POS | 1.00 |
| 06-13 | POS | 4.38 | 06-27 | POS | 2.00 |
| 06-13 | POS | 6.37 | 06-27 | POS | 11.54 |
| 06-14 | POS | 4.61 | 06-27 | POS | 118.84 |
| 06-14 | POS | 16.50 | 06-28 | POS | 16.50 |
| 06-14 | POS | 68.83 | 06-17 | 001059 - Check | 200.00 |
| 06-17 | POS | 34.58 | 06-04 | 001076 - Check | 1,000.00 |
| 06-17 | POS | 150.00 | 06-03 | 001077 - Check | 500.00 |
| 06-24 | POS | 291.62 | 06-14 | 001080 - Check | 48.40 |

## Savings
### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 06-01 | Beginning Balance | | 0.02 |
| 06-04 | Transfer To Checking | 0.02- | 0.00 |
| 06-24 | Transfer From Checking | 20,000.00 | 20,000.00 |
| | Es1 LLC | | |
| 06-28 | Dividend | 0.96 | 20,000.96 |
| **06-30** | **Ending Balance** | | **20,000.96** |

DOJ-01-0000002705



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002706

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/01/19 - 07/31/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000JML90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7027132997 | $136.75 | $598.85 | $447.89 | $287.71 | $0.44 |
| Business Savings 3035594690 | $20,000.96 | $0.00 | $20,000.96 | $0.00 | $3.23 |
| **Totals** | **$20,137.71** | **$598.85** | **$20,448.85** | **$287.71** | **$3.67** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 136.75 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002707



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/01/19 - 07/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | eDeposit-Svc Fee | 1.00- | 135.75 |
| 07-01 | POS Debit- Business Debit Card 3287 06-27-19 King County Dja Seattle WA | 4.49- | 131.26 |
| 07-01 | POS Debit- Business Debit Card 3287 06-30-19 Sq *kurt Tonnemake Bellevue WA | 16.00- | 115.26 |
| 07-01 | POS Debit- Business Debit Card 3287 07-01-19 Shell Oil 57444961 Seattle WA | 57.41- | 57.85 |
| 07-02 | POS Debit- Business Debit Card 3287 06-30-19 The Home Depot #89 Seattle WA | 64.66- | 6.81- |
| 07-03 | Transfer From Shares | 0.96 | 5.85- |
| 07-03 | Business Debit Card Overdraft Fee 07-03-19 The Home Depot #89 | 29.00- | 34.85- |
| 07-03 | POS Debit- Business Debit Card 3287 07-01-19 Shell Oil 57444961 Seattle WA | 6.69- | 41.54- |
| 07-05 | Business Debit Card Overdraft Fee 07-04-19 Shell Oil 57444961 | 29.00- | 70.54- |
| 07-08 | POS Credit Adjustment 3287 Transaction 07-07-19 Sqc*cash App Shibl Visa Direct CA | 243.12 | 172.58 |
| 07-08 | POS Debit- Business Debit Card 3287 06-12-19 Taco Time West Sea Seattle WA | 14.96- | 157.62 |
| 07-09 | POS Debit- Business Debit Card 3287 07-08-19 Whitepages 800-9529005 WA | 5.49- | 152.13 |
| 07-09 | POS Debit- Business Debit Card 3287 07-07-19 Shell Oil 57444961 Seattle WA | 14.20- | 137.93 |
| 07-10 | POS Credit Adjustment 3287 Transaction 07-09-19 The Home Depot 8944 Seattle WA | 34.58 | 172.51 |
| 07-10 | POS Debit - Business Debit Card 3287 Transaction 07-09-19 The Home Depot 8944 Seattle WA | 114.79- | 57.72 |
| 07-11 | POS Debit- Business Debit Card 3287 07-10-19 Chevron 0205006 Seattle WA | 40.70- | 17.02 |
| 07-19 | POS Debit- Business Debit Card 3287 07-18-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 0.52 |
| 07-22 | POS Credit Adjustment 3287 Transaction 07-21-19 Sqc*cash App Shibl Visa Direct CA | 170.19 | 170.71 |
| 07-26 | POS Debit- Business Debit Card 3287 07-25-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 154.21 |
| 07-29 | POS Debit- Business Debit Card 3287 07-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 137.71 |
| 07-31 | Transfer From Checking Eric R Shibley MD Pllc | 150.00 | 287.71 |
| **07-31** | **Ending Balance** | | **287.71** |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>-- -- -- | HOME TELEPHONE NUMBER<br>(    ) | | | DAYTIME TELEPHONE NUMBER<br>(    ) |

DOJ-01-0000002708

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

*Average Daily Balance - Current Cycle: $63.09*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-01 | POS | 4.49 | 07-09 | POS | 14.20 |
| 07-01 | POS | 16.00 | 07-10 | POS | 114.79 |
| 07-01 | POS | 57.41 | 07-11 | POS | 40.70 |
| 07-02 | POS | 64.66 | 07-19 | POS | 16.50 |
| 07-03 | POS | 6.69 | 07-26 | POS | 16.50 |
| 07-08 | POS | 14.96 | 07-29 | POS | 16.50 |
| 07-09 | POS | 5.49 | | | |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | Beginning Balance | | 20,000.96 |
| 07-01 | Transfer To Savings | 20,000.00- | 0.96 |
| 07-03 | Transfer To Checking | 0.96- | 0.00 |
| **07-31** | **Ending Balance** | | **0.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher form at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002709

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000AMU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $287.71 | $23,506.69 | $20,569.47 | $3,224.93 | $0.52 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$287.71** | **$23,506.69** | **$20,569.47** | **$3,224.93** | **$3.75** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 287.71 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤  ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7027132997 | Checking | |
| 3035594690 | Savings | |
| | | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002710



Page 2 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-01 | Bank Wire Deposit | 5,000.00 | 5,287.71 |
| 08-01 | eDeposit-Svc Fee | 1.00- | 5,286.71 |
| 08-01 | POS Debit- Business Debit Card 3287 07-31-19 Whitepages 800-9529005 WA | 5.49- | 5,281.22 |
| 08-01 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 14.93- | 5,266.29 |
| 08-01 | Paid To - Capital One Online Pmt Chk 5140551 | 137.51- | 5,128.78 |
| 08-02 | Transfer To Checking | 5,000.00- | 128.78 |
| 08-06 | POS Debit- Business Debit Card 3287 08-05-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 112.28 |
| 08-09 | POS Credit Adjustment 3287 Transaction 08-08-19 Cash App*cash Out Visa Direct CA | 194.50 | 306.78 |
| 08-09 | Transfer From Checking | 8,000.00 | 8,306.78 |
| 08-09 | POS Debit- Business Debit Card 3287 08-08-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 8,290.28 |
| 08-09 | Check 1 | 7,000.00- | 1,290.28 |
| 08-12 | POS Credit Adjustment 3287 Transaction 08-11-19 Cash App*cash Out Visa Direct CA | 243.12 | 1,533.40 |
| 08-13 | Transfer From Checking | 5,000.00 | 6,533.40 |
| 08-13 | Check 100 | 5,000.00- | 1,533.40 |
| 08-16 | POS Credit Adjustment 3287 Transaction 08-16-19 Cash App*cash Out Visa Direct CA | 243.12 | 1,776.52 |
| 08-19 | ATM Withdrawal 08-16-19 Becu Seattle WA | 600.00- | 1,176.52 |
| 08-19 | POS Debit- Business Debit Card 3287 08-18-19 Panda Express #102 Burien WA | 12.82- | 1,163.70 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-18-19 IKEA Seattle Renton WA | 21.45- | 1,142.25 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-18-19 The Home Depot 8944 Seattle WA | 121.53- | 1,020.72 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-17-19 The Home Depot 8944 Seattle WA | 164.82- | 855.90 |
| 08-20 | POS Debit- Business Debit Card 3287 08-19-19 Seattle City Light 206-684-3000 WA | 338.78- | 517.12 |
| 08-21 | ATM Withdrawal 08-20-19 Becu Seattle WA | 300.00- | 217.12 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002711



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-22 | Transfer From Checking | 3,500.00 | 3,717.12 |
| | Eric R Shibley MD Pllc | | |
| 08-22 | POS Debit- Business Debit Card 3287 08-20-19 Matador West Seatt Seattle WA | 15.96- | 3,701.16 |
| 08-26 | POS Debit- Business Debit Card 3287 08-24-19 Mikou Teriyaki Seattle WA | 19.25- | 3,681.91 |
| 08-26 | POS Debit - Business Debit Card 3287 Transaction 08-24-19 T-Mobile 4755 Fauntler Seattle WA | 47.73- | 3,634.18 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 Shell Oil 57444961 Seattle WA | 9.28- | 3,624.90 |
| 08-27 | POS Debit - Business Debit Card 3287 Transaction 08-26-19 The Home Depot 8944 Seattle WA | 28.59- | 3,596.31 |
| 08-27 | POS Debit - Business Debit Card 3287 Transaction 08-26-19 The Home Depot #4702 Seattle WA | 67.77- | 3,528.54 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 The Home Depot 470 Seattle WA | 81.39- | 3,447.15 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 The Home Depot 894 Seattle WA | 85.72- | 3,361.43 |
| 08-27 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 71.45- | 3,289.98 |
| 08-27 | Paid To - Capital One Online Pmt Chk 5140551 | 247.37- | 3,042.61 |
| 08-28 | POS Credit Adjustment 3287 Transaction 08-26-19 The Home Depot #89 | 15.27 | 3,057.88 |
| 08-28 | POS Credit Adjustment 3287 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 107.10 | 3,164.98 |
| 08-28 | POS Debit- Business Debit Card 3287 08-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 3,148.48 |
| 08-28 | POS Debit- Business Debit Card 3287 08-26-19 Chontong Thai Cuis Seatac WA | 21.69- | 3,126.79 |
| 08-28 | POS Debit- Business Debit Card 3287 08-27-19 The Home Depot 470 Seattle WA | 100.00- | 3,026.79 |
| 08-28 | POS Debit - Business Debit Card 3287 Transaction 08-27-19 The Home Depot 8944 Seattle WA | 126.15- | 2,900.64 |
| 08-28 | POS Debit- Business Debit Card 3287 08-26-19 Seatown Electric 206-9053690 WA | 273.90- | 2,626.74 |
| 08-29 | POS Credit Adjustment 3287 Transaction 08-27-19 The Home Depot #47 | 22.93 | 2,649.67 |
| 08-29 | POS Debit- Business Debit Card 3287 08-27-19 Starbucks Store 03 Seattle WA | 12.06- | 2,637.61 |
| 08-29 | POS Debit- Business Debit Card 3287 08-28-19 Les Schwab Tires # Seattle WA | 155.40- | 2,482.21 |
| 08-29 | POS Debit- Business Debit Card 3287 08-28-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 299.01- | 2,183.20 |
| 08-30 | POS Credit Adjustment 3287 Transaction 08-28-19 The Home Depot #47 | 37.45 | 2,220.65 |
| 08-30 | POS Credit Adjustment 3287 Transaction 08-29-19 Cash App*cash Out Visa Direct CA | 243.12 | 2,463.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 200.00 | 2,663.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 200.00 | 2,863.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 500.00 | 3,363.77 |
| 08-30 | POS Debit- Business Debit Card 3287 08-29-19 McDonald's F13604 Seattle WA | 11.42- | 3,352.35 |
| 08-30 | POS Debit- Business Debit Card 3287 08-28-19 The Home Depot #47 Seattle WA | 27.50- | 3,324.85 |
| 08-30 | POS Debit- Business Debit Card 3287 08-28-19 The Home Depot 470 Seattle WA | 100.00- | 3,224.85 |
| 08-30 | Dividend | 0.08 | 3,224.93 |
| **08-31** | **Ending Balance** | | **3,224.93** |

*Average Daily Balance - Current Cycle: $1,795.03*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 08-01 | ACH | 14.93 | 08-19 | POS | 121.53 |
| 08-01 | ACH | 137.51 | 08-19 | POS | 164.82 |
| 08-27 | ACH | 71.45 | 08-19 | POS | 12.82 |
| 08-27 | ACH | 247.37 | 08-19 | POS | 21.45 |
| 08-01 | POS | 5.49 | 08-20 | POS | 338.78 |
| 08-06 | POS | 16.50 | 08-22 | POS | 15.96 |
| 08-09 | POS | 16.50 | 08-26 | POS | 19.25 |

DOJ-01-0000002712

Page 4 of 4



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-26 | POS | 47.73 | 08-29 | POS | 12.06 |
| 08-27 | POS | 67.77 | 08-29 | POS | 155.40 |
| 08-27 | POS | 81.39 | 08-29 | POS | 299.01 |
| 08-27 | POS | 85.72 | 08-30 | POS | 11.42 |
| 08-27 | POS | 9.28 | 08-30 | POS | 27.50 |
| 08-27 | POS | 28.59 | 08-30 | POS | 100.00 |
| 08-28 | POS | 16.50 | 08-19 | ATMO | 600.00 |
| 08-28 | POS | 21.69 | 08-21 | ATMO | 300.00 |
| 08-28 | POS | 100.00 | 08-09 | 000001 - Check | 7,000.00 |
| 08-28 | POS | 126.15 | 08-13 | 000100 - Check | 5,000.00 |
| 08-28 | POS | 273.90 | | | |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **08-31** | **Ending Balance** | | **0.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002713

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000SQE90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $3,224.93 | $19,192.63 | $21,935.65 | $481.91 | $0.62 |
| **Business Savings** 3035594690 | $0.00 | $600.00 | $600.00 | $0.00 | $3.23 |
| **Totals** | **$3,224.93** | **$19,792.63** | **$22,535.65** | **$481.91** | **$3.85** |

## Checking
**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-01 | Beginning Balance | | 3,224.93 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

⑆057027132997⑉3035594690⑆00000000000000000000000000000000000008

DOJ-01-0000002714



Page 2 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-03 | Transfer From Checking | 750.00 | 3,974.93 |
| | Eric R Shibley MD Pllc | | |
| 09-03 | eDeposit-Svc Fee | 1.00- | 3,973.93 |
| 09-03 | POS Debit- Business Debit Card 3287 08-31-19 Whitepages 800-9529005 WA | 5.49- | 3,968.44 |
| 09-03 | POS Debit- Business Debit Card 3287 09-02-19 Tst* Cactus - Madi Seattle WA | 26.53- | 3,941.91 |
| 09-03 | POS Debit - Business Debit Card 3287 Transaction 08-30-19 The Home Depot 8944 Seattle WA | 165.68- | 3,776.23 |
| 09-03 | POS Debit - Business Debit Card 3287 Transaction 09-02-19 The Home Depot #4702 Seattle WA | 1,071.99- | 2,704.24 |
| 09-03 | Transfer To Checking | 160.00- | 2,544.24 |
| | Eric R Shibley MD Pllc | | |
| 09-03 | Stop Payment Fee | 25.00- | 2,519.24 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot #4702 Seattle WA | 109.24 | 2,628.48 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 116.99 | 2,745.47 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 450.41 | 3,195.88 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 533.42 | 3,729.30 |
| 09-04 | POS Debit- Business Debit Card 3287 09-03-19 The Home Depot 470 Seattle WA | 460.63- | 3,268.67 |
| 09-05 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot #47 | 76.19 | 3,344.86 |
| 09-05 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 894 | 384.44 | 3,729.30 |
| 09-05 | Transfer From Checking | 1,000.00 | 4,729.30 |
| | Eric R Shibley | | |
| 09-05 | POS Debit- Business Debit Card 3287 09-02-19 U-Haul Moving & ST Seattle WA | 198.70- | 4,530.60 |
| 09-05 | Transfer To Checking | 900.00- | 3,630.60 |
| | Eric R Shibley MD Pllc | | |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002715



Page 3 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Business Checking - 7027132997**                                                (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-06 | POS Credit Adjustment 3287 Transaction 09-04-19 The Home Depot 894 | 100.00 | 3,730.60 |
| 09-06 | Transfer From Checking | 500.00 | 4,230.60 |
|  | Eric R Shibley |  |  |
| 09-06 | ATM Withdrawal 09-05-19 Becu Seattle WA | 600.00- | 3,630.60 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 Panera Bread #2022 Kent WA | 8.34- | 3,622.26 |
| 09-06 | POS Debit- Business Debit Card 3287 09-05-19 Fedex 789589889535 Memphis TN | 10.50- | 3,611.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-06-19 Comcast Bellingh C 800-266-2278 |  |  |
|  | WA | 25.00- | 3,586.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 The Home Depot 894 Seattle WA | 100.00- | 3,486.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 The Home Depot 894 Seattle WA | 100.00- | 3,386.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-05-19 City Lgt Cl So. #6 Seattle WA | 728.00- | 2,658.76 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-05-19 The Home Depot #89 | 36.14 | 2,694.90 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-07-19 The Home Depot #4702 Seattle |  |  |
|  | WA | 137.13 | 2,832.03 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-07-19 Cash App*cash Out Visa Direct |  |  |
|  | CA | 194.50 | 3,026.53 |
| 09-09 | Deposit 09-06-19 Becu Seattle WA | 100.00 | 3,126.53 |
| 09-09 | Deposit 09-06-19 Becu Seattle WA | 400.00 | 3,526.53 |
| 09-09 | POS Debit- Business Debit Card 3287 Transaction 09-07-19 The Home Depot #4705 |  |  |
|  | Tukwila WA | 143.15- | 3,383.38 |
| 09-10 | POS Debit- Business Debit Card 3287 Transaction 09-09-19 The Home Depot 8944 |  |  |
|  | Seattle WA | 20.74- | 3,362.64 |
| 09-10 | POS Debit- Business Debit Card 3287 09-09-19 City Lgt Cl So. #6 Seattle WA | 372.00- | 2,990.64 |
| 09-11 | POS Credit Adjustment 3287 Transaction 09-09-19 The Home Depot #89 | 150.00 | 3,140.64 |
| 09-11 | Transfer From Checking | 500.00 | 3,640.64 |
|  | Eric R Shibley MD Pllc |  |  |
| 09-11 | POS Debit- Business Debit Card 3287 09-09-19 The Home Depot #89 Seattle WA | 150.00- | 3,490.64 |
| 09-11 | POS Debit- Business Debit Card 3287 Transaction 09-10-19 The Home Depot 8944 |  |  |
|  | Seattle WA | 228.34- | 3,262.30 |
| 09-11 | POS Debit- Business Debit Card 3287 09-10-19 Seattle Public Uti 206-684-3000 WA | 596.82- | 2,665.48 |
| 09-12 | Deposit - ACH Paid From Last Chance Fund Funding 091219 | 4,655.00 | 7,320.48 |
| 09-12 | Deposit - ACH Paid From Fox Capital Grou ACH Prnt 091219 | 5,400.00 | 12,720.48 |
| 09-12 | POS Debit- Business Debit Card 3287 Transaction 09-11-19 The Home Depot #4702 |  |  |
|  | Seattle WA | 44.39- | 12,676.09 |
| 09-12 | Stop Payment Fee | 40.00- | 12,636.09 |
| 09-12 | Check 10 | 7,500.00- | 5,136.09 |
| 09-13 | POS Debit- Business Debit Card 3287 09-11-19 The Home Depot #47 Seattle WA | 5.33- | 5,130.76 |
| 09-13 | POS Debit- Business Debit Card 3287 09-12-19 Simply Thai Tukwila WA | 16.50- | 5,114.26 |
| 09-13 | POS Debit- Business Debit Card 3287 09-11-19 The Home Depot 470 Seattle WA | 100.00- | 5,014.26 |
| 09-16 | POS Credit Adjustment 3287 Transaction 09-12-19 The Home Depot #89 | 6.57 | 5,020.83 |
| 09-16 | POS Credit Adjustment 3287 Transaction 09-13-19 Cash App*cash Out Visa Direct |  |  |
|  | CA | 243.12 | 5,263.95 |
| 09-16 | POS Debit- Business Debit Card 3287 09-13-19 The Home Depot #47 Seattle WA | 1.34- | 5,262.61 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 6.57- | 5,256.04 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 Panera Bread #2022 Kent WA | 6.58- | 5,249.46 |
| 09-16 | POS Debit- Business Debit Card 3287 09-15-19 Panera Bread #2022 Kent WA | 6.81- | 5,242.65 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 6.87- | 5,235.78 |
| 09-16 | POS Debit- Business Debit Card 3287 09-13-19 McDonald's F2934 Auburn WA | 10.32- | 5,225.46 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 Panera Bread #2022 Kent WA | 33.06- | 5,192.40 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 33.65- | 5,158.75 |

DOJ-01-0000002716



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-16 | POS Debit- Business Debit Card 3287 09-14-19 The Home Depot 470 Seattle WA | 100.00- | 5,058.75 |
| 09-16 | POS Debit - Business Debit Card 3287 Transaction 09-14-19 The Home Depot 8944 Seattle WA | 267.67- | 4,791.08 |
| 09-16 | POS Debit- Business Debit Card 3287 Transaction 09-13-19 Reliable Wrenchers Kent WA | 914.55- | 3,876.53 |
| 09-17 | Deposit 09-16-19 Becu Seattle WA | 800.00 | 4,676.53 |
| 09-18 | POS Credit Adjustment 3287 Transaction 09-17-19 The Home Depot 8944 Seattle WA | 165.66 | 4,842.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 3,792.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 2,742.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 1,692.19 |
| 09-19 | Transfer From Checking Eric R Shibley MD Pllc | 700.00 | 2,392.19 |
| 09-20 | POS Debit- Business Debit Card 3287 09-18-19 The Home Depot #47 Seattle WA | 50.12- | 2,342.07 |
| 09-23 | POS Credit Adjustment 3287 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 62.60 | 2,404.67 |
| 09-23 | Paid To - Kabbage Payment Chk 9100001 | 1,508.34- | 896.33 |
| 09-25 | Transfer From Shares Es1 LLC | 600.00 | 1,496.33 |
| 09-25 | POS Debit- Business Debit Card 3287 09-24-19 Good2Goreplenish 866-936-8246 WA | 30.00- | 1,466.33 |
| 09-25 | Transfer To Checking Eric R Shibley MD Pllc | 200.00- | 1,266.33 |
| 09-25 | Transfer To Shares | 600.00- | 666.33 |
| 09-26 | ATM Withdrawal 09-25-19 Becu Seattle WA | 600.00- | 66.33 |
| 09-27 | POS Credit Adjustment 3287 Transaction 09-26-19 Cash App*cash Out Visa Direct CA | 243.12 | 309.45 |
| 09-27 | Returned Item Fee 11 | 29.00- | 280.45 |
| 09-30 | POS Credit Adjustment 3287 Transaction 09-28-19 Cash App*cash Out Visa Direct CA | 778.00 | 1,058.45 |
| 09-30 | ATM Withdrawal 09-27-19 Becu Seattle WA | 280.00- | 778.45 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Panda Express #102 Burien WA | 10.78- | 767.67 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 McDonald's F13369 Seattle WA | 14.83- | 752.84 |
| 09-30 | POS Debit- Business Debit Card 3287 09-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 736.34 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Panera Bread #2022 Tukwila WA | 23.29- | 713.05 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Chevron 0205006 Seattle WA | 55.21- | 657.84 |
| 09-30 | POS Debit- Business Debit Card 3287 09-30-19 Comcast Cable Comm 800-Comcast WA | 79.29- | 578.55 |
| 09-30 | POS Debit - Business Debit Card 3287 Transaction 09-27-19 International Food Baz Kent WA | 96.74- | 481.81 |
| 09-30 | Dividend | 0.10 | 481.91 |
| **09-30** | **Ending Balance** | | **481.91** |

*Average Daily Balance - Current Cycle: $2,552.50*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 09-23 | ACH | 1,508.34 | 09-04 | POS | 460.63 |
| 09-03 | POS | 26.53 | 09-05 | POS | 198.70 |
| 09-03 | POS | 165.68 | 09-06 | POS | 10.50 |
| 09-03 | POS | 1,071.99 | 09-06 | POS | 25.00 |
| 09-03 | POS | 5.49 | 09-06 | POS | 100.00 |

DOJ-01-0000002717



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-06 | POS | 100.00 | 09-16 | POS | 100.00 |
| 09-06 | POS | 728.00 | 09-16 | POS | 267.67 |
| 09-06 | POS | 8.34 | 09-16 | POS | 914.55 |
| 09-09 | POS | 143.15 | 09-16 | POS | 1.34 |
| 09-10 | POS | 372.00 | 09-18 | POS | 1,050.00 |
| 09-10 | POS | 20.74 | 09-18 | POS | 1,050.00 |
| 09-11 | POS | 228.34 | 09-18 | POS | 1,050.00 |
| 09-11 | POS | 596.82 | 09-20 | POS | 50.12 |
| 09-11 | POS | 150.00 | 09-25 | POS | 30.00 |
| 09-12 | POS | 44.39 | 09-30 | POS | 10.78 |
| 09-13 | POS | 16.50 | 09-30 | POS | 14.83 |
| 09-13 | POS | 100.00 | 09-30 | POS | 16.50 |
| 09-13 | POS | 5.33 | 09-30 | POS | 23.29 |
| 09-16 | POS | 6.57 | 09-30 | POS | 55.21 |
| 09-16 | POS | 6.58 | 09-30 | POS | 79.29 |
| 09-16 | POS | 6.81 | 09-30 | POS | 96.74 |
| 09-16 | POS | 6.87 | 09-06 | ATMO | 600.00 |
| 09-16 | POS | 10.32 | 09-26 | ATMO | 600.00 |
| 09-16 | POS | 33.06 | 09-30 | ATMO | 280.00 |
| 09-16 | POS | 33.65 | 09-12 | 000010  -  Check | 7,500.00 |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-01 | Beginning Balance | | 0.00 |
| 09-25 | Transfer From Checking | 600.00 | 600.00 |
| 09-25 | Transfer To Checking | 600.00- | 0.00 |
| | Es1 LLC | | |
| **09-30** | **Ending Balance** | | **0.00** |

DOJ-01-0000002718

Page 6 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002719

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000OMC90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** | | | | | |
| 7027132997 | $481.91 | $861.75 | $1,343.66 | $0.00 | $0.63 |
| 7096277053 | $0.00 | $29.00 | $24.42 | $4.58 | $0.00 |
| **Business Savings** | | | | | |
| 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$481.91** | **$890.75** | **$1,368.08** | **$4.58** | **$3.86** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7027132997 | Checking | |
| 7096277053 | Checking | |
| 3035594690 | Savings | |
| | | |
| | TOTAL | |

4057027132997709627705330355946900000000000000000000004

DOJ-01-0000002720

Page 2 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 481.91 |
| 10-01 | eDeposit-Svc Fee | 1.00- | 480.91 |
| 10-01 | POS Debit- Business Debit Card 3287 09-29-19 The Home Depot #47 Seattle WA | 30.82- | 450.09 |
| 10-02 | POS Debit- Business Debit Card 3287 10-01-19 McDonald's F13369 Seattle WA | 3.73- | 446.36 |
| 10-02 | POS Debit- Business Debit Card 3287 10-01-19 Whitepages 800-9529005 WA | 4.99- | 441.37 |
| 10-02 | POS Debit- Business Debit Card 3287 09-30-19 App Inc W Marginal Seattle WA | 46.15- | 395.22 |
| 10-03 | POS Debit- Business Debit Card 3287 10-02-19 McDonald's F27796 Gig Harbor WA | 5.40- | 389.82 |
| 10-03 | POS Debit- Business Debit Card 3287 10-02-19 Franz Family Baker Bremerton WA | 5.58- | 384.24 |
| 10-03 | POS Debit- Business Debit Card 3287 10-01-19 Arco#07155Arco #07 Seattle WA | 44.90- | 339.34 |
| 10-07 | POS Debit- Business Debit Card 3287 10-05-19 Panera Bread #2022 Kent WA | 23.29- | 316.05 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 McDonald's F13369 Seattle WA | 3.73- | 312.32 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 Main ST Gyros Seattle WA | 16.48- | 295.84 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 Seattle Public Uti 206-684-3000 WA | 202.00- | 93.84 |
| 10-09 | Transfer From Checking | 600.00 | 693.84 |
| | Eric R Shibley MD Pllc | | |
| 10-09 | POS Debit- Business Debit Card 3287 10-07-19 MacRina Sodo Seattle WA | 6.50- | 687.34 |
| 10-09 | Paid To - Capital One Online Pmt Chk 5140551 | 80.00- | 607.34 |
| 10-10 | POS Credit Adjustment 3287 Transaction 10-10-19 Cash App*cash Out Visa Direct CA | 194.50 | 801.84 |
| 10-10 | ATM Withdrawal 10-09-19 Becu Seattle WA | 600.00- | 201.84 |
| 10-15 | POS Debit- Business Debit Card 3287 10-14-19 Apl*itunes.Com/Bil 866-712-7753 CA | 16.50- | 185.34 |
| 10-15 | POS Debit- Business Debit Card 3287 10-14-19 Dropbox*81Zbslc5Dl Dropbox.Com CA | 131.99- | 53.35 |
| 10-16 | POS Debit- Business Debit Card 3287 10-14-19 The Home Depot #89 Seattle WA | 4.60- | 48.75 |
| 10-16 | Returned Item Fee 9100001 | 29.00- | 19.75 |
| 10-17 | Returned Item Fee 5100001 | 29.00- | 9.25- |
| 10-22 | Returned Item Fee 5100001 | 29.00- | 38.25- |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002721



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-24 | Returned Item Fee 9100001 | 29.00- | 67.25- |
| 10-25 | Refund - ACH Item Fees | 58.00 | 9.25- |
| 10-25 | Transfer From Checking | 9.24 | 0.01- |
| | Es1 Llc | | |
| 10-25 | Dividend | 0.01 | 0.00 |
| **10-31** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $132.65*
*Account Closed*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 10-09 | ACH | 80.00 | 10-08 | POS | 16.48 |
| 10-01 | POS | 30.82 | 10-08 | POS | 202.00 |
| 10-02 | POS | 4.99 | 10-08 | POS | 3.73 |
| 10-02 | POS | 46.15 | 10-09 | POS | 6.50 |
| 10-02 | POS | 3.73 | 10-15 | POS | 16.50 |
| 10-03 | POS | 5.58 | 10-15 | POS | 131.99 |
| 10-03 | POS | 44.90 | 10-16 | POS | 4.60 |
| 10-03 | POS | 5.40 | 10-10 | ATMO | 600.00 |
| 10-07 | POS | 23.29 | | | |

## Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-25 | Beginning Balance | | 0.00 |
| 10-25 | Refund - ACH Item Fees | 29.00 | 29.00 |
| 10-25 | Transfer To Checking | 9.24- | 19.76 |
| | Es1 Llc | | |
| 10-28 | POS Debit- Business Debit Card 3287 10-25-19 Panda Express 1649 Tukwila WA | 15.18- | 4.58 |
| **10-31** | **Ending Balance** | | **4.58** |

*Average Daily Balance - Current Cycle: $11.08*

### Items Paid

| Date | Item | Amount($) |
|---|---|---|
| 10-28 | POS | 15.18 |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **10-31** | **Ending Balance** | | **0.00** |

DOJ-01-0000002722



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002723

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/01/19 - 11/30/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000NMO90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $4.58 | $736.00 | $514.29 | $226.29 | $0.00 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$4.58** | **$736.00** | **$514.29** | **$226.29** | **$3.23** |

## Checking
### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Beginning Balance | | 4.58 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7096277053 | Checking | |
| 3035594690 | Savings | |
| | | |
| | | |
| | | |
| | TOTAL | |

4057096277053303559469000000000000000000000000000000000000

DOJ-01-0000002724



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-04 | POS Credit Adjustment 3287 Transaction 11-02-19 Cash App*cash Out Visa Direct CA | 145.88 | 150.46 |
| 11-04 | POS Debit- Business Debit Card 3287 11-03-19 Whitepages 800-9529005 WA | 5.49- | 144.97 |
| 11-04 | POS Debit- Business Debit Card 3287 11-04-19 Practice Fusion 415-346-7700 CA | 109.00- | 35.97 |
| 11-05 | POS Debit- Business Debit Card 3287 11-03-19 The Home Depot #89 Seattle WA | 4.97- | 31.00 |
| 11-05 | POS Debit- Business Debit Card 3287 11-04-19 Apple.Com/Bill 866-712-7753 CA | 16.50- | 14.50 |
| 11-05 | POS Debit- Business Debit Card 3287 11-03-19 Arco#07155Arco #07 Seattle WA | 34.46- | 19.96- |
| 11-06 | Business Debit Card Overdraft Fee 11-06-19 Arco#07155Arco #07 | 29.00- | 48.96- |
| 11-12 | POS Credit Adjustment 3287 Transaction 11-08-19 Cash App*cash Out Visa Direct CA | 243.12 | 194.16 |
| 11-12 | POS Debit- Business Debit Card 3287 11-10-19 Adobe Acropro Subs 800-833-6687 CA | 16.50- | 177.66 |
| 11-13 | POS Debit- Business Debit Card 3287 11-12-19 McDonald's F13369 Seattle WA | 9.11- | 168.55 |
| 11-14 | POS Debit- Business Debit Card 3287 11-13-19 McDonald's F13369 Seattle WA | 17.45- | 151.10 |
| 11-21 | POS Debit- Business Debit Card 3287 11-20-19 Good2Goreplenish 866-936-8246 WA | 30.00- | 121.10 |
| 11-25 | POS Credit Adjustment 3287 Transaction 11-22-19 Cash App*cash Out Visa Direct CA | 243.12 | 364.22 |
| 11-25 | POS Debit- Business Debit Card 3287 11-24-19 T-Mobile Store # 2 Seattle WA | 11.00- | 353.22 |
| 11-25 | POS Debit- Business Debit Card 3287 11-24-19 Panda Express #102 Burien WA | 19.20- | 334.02 |
| 11-26 | POS Debit- Business Debit Card 3287 11-25-19 Ncourt *waskagitsw Mount Vernon WA | 22.25- | 311.77 |
| 11-26 | POS Debit- Business Debit Card 3287 11-25-19 Panda Express #102 Burien WA | 28.60- | 283.17 |
| 11-27 | POS Debit- Business Debit Card 3287 11-25-19 The Home Depot #89 Seattle WA | 123.81- | 159.36 |
| 11-29 | POS Credit Adjustment 3287 Transaction 11-26-19 The Home Depot #89 | 103.88 | 263.24 |
| 11-29 | POS Debit- Business Debit Card 3287 11-27-19 Adobe Acropro Subs 800-833-6687 CA | 16.50- | 246.74 |
| 11-29 | POS Debit- Business Debit Card 3287 11-26-19 Safeway #1062 Seattle WA | 20.45- | 226.29 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| __  __  __ | (       ) | | (       ) | |

DOJ-01-0000002725

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/01/19 - 11/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 11-30 | Ending Balance | | 226.29 |

*Average Daily Balance - Current Cycle: $100.42*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-04 | POS | 5.49 | 11-21 | POS | 30.00 |
| 11-04 | POS | 109.00 | 11-25 | POS | 11.00 |
| 11-05 | POS | 4.97 | 11-25 | POS | 19.20 |
| 11-05 | POS | 16.50 | 11-26 | POS | 22.25 |
| 11-05 | POS | 34.46 | 11-26 | POS | 28.60 |
| 11-12 | POS | 16.50 | 11-27 | POS | 123.81 |
| 11-13 | POS | 9.11 | 11-29 | POS | 16.50 |
| 11-14 | POS | 17.45 | 11-29 | POS | 20.45 |

# Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 11-01 | Beginning Balance | | 0.00 |
| | **No Transactions This Period** | | |
| 11-30 | **Ending Balance** | | **0.00** |

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 5 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002726

Page 1 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
12/01/19 - 12/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000DQE90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $226.29 | $713.59 | $832.47 | $107.41 | $0.00 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$226.29** | **$713.59** | **$832.47** | **$107.41** | **$3.23** |

## Checking
### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-01 | Beginning Balance | | 226.29 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057096277053303559469000000000000000000000000000000000

DOJ-01-0000002727



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7096277053

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 12-02 | POS Credit Adjustment 3287 Transaction 11-30-19 The Home Depot 8944 Seattle WA | 3.81 | 230.10 |
| 12-02 | POS Debit- Business Debit Card 3287 12-01-19 Whitepages 800-9529005 WA | 5.49- | 224.61 |
| 12-02 | POS Debit- Business Debit Card 3287 12-01-19 Panda Express #102 Burien WA | 14.30- | 210.31 |
| 12-02 | POS Debit- Business Debit Card 3287 11-30-19 Arco#07155Arco #07 Seattle WA | 20.02- | 190.29 |
| 12-02 | POS Debit- Business Debit Card 3287 11-30-19 Panda Express #102 Burien WA | 30.03- | 160.26 |
| 12-02 | POS Debit- Business Debit Card 3287 11-30-19 Shell Oil 57444961 Seattle WA | 35.00- | 125.26 |
| 12-03 | POS Debit- Business Debit Card 3287 12-02-19 Panda Express 1649 Tukwila WA | 14.36- | 110.90 |
| 12-03 | POS Debit- Business Debit Card 3287 12-03-19 Practice Fusion 415-346-7700 CA | 109.00- | 1.90 |
| 12-04 | Deposit 12-03-19 Becu Tukwila WA | 150.00 | 151.90 |
| 12-04 | POS Debit- Business Debit Card 3287 12-02-19 Mod Pizza Snoqualm Snoqualmie WA | 13.29- | 138.61 |
| 12-05 | POS Debit- Business Debit Card 3287 12-04-19 McDonald's F13369 Seattle WA | 6.15- | 132.46 |
| 12-06 | POS Credit Adjustment 3287 Transaction 12-06-19 Cash App*cash Out Visa Direct CA | 291.75 | 424.21 |
| 12-06 | POS Debit- Business Debit Card 3287 12-05-19 Panda Express 1650 Seattle WA | 1.65- | 422.56 |
| 12-06 | POS Debit- Business Debit Card 3287 12-04-19 Starbucks Store 10 Redmond WA | 5.92- | 416.64 |
| 12-06 | POS Debit- Business Debit Card 3287 12-05-19 Panda Express 1650 Seattle WA | 28.68- | 387.96 |
| 12-09 | POS Debit- Business Debit Card 3287 12-06-19 Panda Express #102 Burien WA | 12.16- | 375.80 |
| 12-09 | POS Debit- Business Debit Card 3287 12-07-19 Speedway 2188 Renton WA | 23.13- | 352.67 |
| 12-09 | POS Debit- Business Debit Card 3287 12-06-19 The Home Depot #47 Kent WA | 25.52- | 327.15 |
| 12-09 | POS Debit- Business Debit Card 3287 12-07-19 Mizu Japanese Stea Covington WA | 38.55- | 288.60 |
| 12-09 | POS Debit- Business Debit Card 3287 12-06-19 Safeway #1062 Seattle WA | 50.23- | 238.37 |
| 12-09 | Transfer To Checking Eric R Shibley MD Pllc | 250.00- | 11.63- |
| 12-10 | Business Debit Card Overdraft Fee 12-10-19 Safeway #1062 | 29.00- | 40.63- |
| 12-23 | POS Credit Adjustment 3287 Transaction 12-20-19 Cash App*cash Out Visa Direct CA | 243.12 | 202.49 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| --    --    -- | (        ) | | | (        ) |

DOJ-01-0000002728



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
12/01/19 - 12/31/19

Access No. 6812798

**Business Checking - 7096277053**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 12-24 | POS Debit- Business Debit Card 3287 12-23-19 Good2Goreplenish 866-936-8246 | | |
| | WA | 30.00- | 172.49 |
| 12-26 | POS Debit- Business Debit Card 3287 12-26-19 Netflix.Com Netflix.Com CA | 17.60- | 154.89 |
| 12-27 | POS Debit- Business Debit Card 3287 12-25-19 Shell Oil 57444961 Seattle WA | 40.05- | 114.84 |
| 12-30 | POS Credit Adjustment 3287 Transaction 12-29-19 The Home Depot #4702 Seattle | | |
| | WA | 24.91 | 139.75 |
| 12-30 | POS Debit- Business Debit Card 3287 12-27-19 Adobe Acropro Subs 800-833-6687 | | |
| | CA | 16.50- | 123.25 |
| 12-31 | POS Debit- Business Debit Card 3287 12-30-19 Panda Express 1709 Gig Harbor WA | 15.84- | 107.41 |
| **12-31** | **Ending Balance** | | **107.41** |

*Average Daily Balance - Current Cycle: $81.48*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 12-02 | POS | 5.49 | 12-06 | POS | 28.68 |
| 12-02 | POS | 14.30 | 12-09 | POS | 12.16 |
| 12-02 | POS | 20.02 | 12-09 | POS | 23.13 |
| 12-02 | POS | 30.03 | 12-09 | POS | 25.52 |
| 12-02 | POS | 35.00 | 12-09 | POS | 38.55 |
| 12-03 | POS | 14.36 | 12-09 | POS | 50.23 |
| 12-03 | POS | 109.00 | 12-24 | POS | 30.00 |
| 12-04 | POS | 13.29 | 12-26 | POS | 17.60 |
| 12-05 | POS | 6.15 | 12-27 | POS | 40.05 |
| 12-06 | POS | 1.65 | 12-30 | POS | 16.50 |
| 12-06 | POS | 5.92 | 12-31 | POS | 15.84 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 12-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **12-31** | **Ending Balance** | | **0.00** |

DOJ-01-0000002729



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/01/19 - 12/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002730

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/20 - 01/31/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JMA90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $107.41 | $583.51 | $398.04 | $292.88 | $0.01 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$107.41** | **$583.51** | **$398.04** | **$292.88** | **$0.01** |

## Checking

### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 107.41 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057096277053303559469000000000000000000000000000000000

DOJ-01-0000002731



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                                       (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-02 | POS Debit- Business Debit Card 3287 12-31-19 Whitepages 800-9529005 WA | 5.49- | 101.92 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-19 Shell Oil 57444961 Seattle WA | 32.04- | 69.88 |
| 01-03 | POS Credit Adjustment 3287 Transaction 01-02-20 Cash App*cash Out Visa Direct CA | 243.12 | 313.00 |
| 01-06 | POS Debit- Business Debit Card 3287 01-05-20 Panda Express #102 Burien WA | 23.93- | 289.07 |
| 01-06 | POS Debit- Business Debit Card 3287 01-03-20 Safeway #1062 Seattle WA | 50.05- | 239.02 |
| 01-06 | POS Debit- Business Debit Card 3287 01-04-20 Safeway #1062 Seattle WA | 52.68- | 186.34 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-20 Best Meats Kent WA | 48.75- | 137.59 |
| 01-14 | POS Debit- Business Debit Card 3287 01-13-20 Dri*id.Mycommerce. ID.Mycommerce MN | 31.93- | 105.66 |
| 01-22 | POS Credit Adjustment 3287 Transaction 01-21-20 Cash App*cash Out Visa Direct CA | 145.88 | 251.54 |
| 01-22 | POS Debit- Business Debit Card 3287 01-21-20 McDonald's F13369 Seattle WA | 6.04- | 245.50 |
| 01-23 | POS Debit- Business Debit Card 3287 01-21-20 Shell Oil 57444961 Seattle WA | 26.02- | 219.48 |
| 01-23 | POS Debit- Business Debit Card 3287 01-22-20 McDonald's F13369 Seattle WA | 26.11- | 193.37 |
| 01-24 | ATM Withdrawal 01-23-20 Becu Seattle WA | 40.00- | 153.37 |
| 01-27 | POS Debit- Business Debit Card 3287 01-25-20 Netflix.Com Netflix.Com CA | 17.60- | 135.77 |
| 01-28 | POS Debit- Business Debit Card 3287 01-27-20 Adobe Acroprop Subs 800-833-6687 CA | 16.50- | 119.27 |
| 01-30 | POS Credit Adjustment 3287 Transaction 01-30-20 Cash App*cash Out Visa Direct CA | 194.50 | 313.77 |
| 01-31 | POS Debit- Business Debit Card 3287 01-29-20 Safeway #1062 Seattle WA | 20.90- | 292.87 |
| 01-31 | Dividend | 0.01 | 292.88 |
| **01-31** | **Ending Balance** | | **292.88** |

*Average Daily Balance - Current Cycle: $160.99*

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|--|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|-----------------------|--------------------------|
| --    --    -- | (          ) | (          ) |

DOJ-01-0000002732



Page 3 of 3

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/20 - 01/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-02 | POS | 5.49 | 01-22 | POS | 6.04 |
| 01-02 | POS | 32.04 | 01-23 | POS | 26.02 |
| 01-06 | POS | 23.93 | 01-23 | POS | 26.11 |
| 01-06 | POS | 50.05 | 01-27 | POS | 17.60 |
| 01-06 | POS | 52.68 | 01-28 | POS | 16.50 |
| 01-07 | POS | 48.75 | 01-31 | POS | 20.90 |
| 01-14 | POS | 31.93 | 01-24 | ATMO | 40.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 01-31 | **Ending Balance** | | **0.00** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 3.23 | | |
| CHECKING DIVIDENDS | 0.00 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do If You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org**.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002733

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/20 - 02/29/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000FME90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $292.88 | $194.50 | $521.85 | $34.47- | $0.01 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$292.88** | **$194.50** | **$521.85** | **$34.47-** | **$0.01** |

## Checking
**Business Checking - 7096277053**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 292.88 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ➤     ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

405709627705330355946900000000000000000000000000000000

DOJ-01-0000002734



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-03 | POS Debit- Business Debit Card 3287 01-31-20 Whitepages 800-9529005 WA | 5.49- | 287.39 |
| 02-03 | POS Debit- Business Debit Card 3287 01-30-20 The Halal Guys Seattle WA | 13.20- | 274.19 |
| 02-03 | POS Debit- Business Debit Card 3287 02-01-20 Good2Goreplenish 866-936-8246 WA | 30.00- | 244.19 |
| 02-03 | POS Debit- Business Debit Card 3287 01-31-20 Safeway #1062 Seattle WA | 50.03- | 194.16 |
| 02-07 | POS Debit- Business Debit Card 3287 02-06-20 Wm Supercenter #24 Puyallup WA | 15.66- | 178.50 |
| 02-10 | POS Debit- Business Debit Card 3287 02-07-20 Safeway #1062 Seattle WA | 21.79- | 156.71 |
| 02-10 | POS Debit- Business Debit Card 3287 02-06-20 Safeway #1062 Seattle WA | 51.46- | 105.25 |
| 02-11 | POS Debit- Business Debit Card 3287 02-09-20 Safeway #1062 Seattle WA | 34.40- | 70.85 |
| 02-24 | POS Credit Adjustment 3287 Transaction 02-21-20 Cash App*cash Out Visa Direct CA | 194.50 | 265.35 |
| 02-25 | POS Debit- Business Debit Card 3287 02-23-20 Taqueria El Rincon Seattle WA | 9.00- | 256.35 |
| 02-25 | POS Debit- Business Debit Card 3287 02-24-20 Chevron 0375344 Seattle WA | 18.10- | 238.25 |
| 02-25 | POS Debit- Business Debit Card 3287 02-24-20 Good2Goreplenish 866-936-8246 WA | 30.00- | 208.25 |
| 02-25 | POS Debit- Business Debit Card 3287 02-23-20 Shell Oil 57444961 Seattle WA | 31.63- | 176.62 |
| 02-25 | POS Debit- Business Debit Card 3287 02-23-20 Safeway #1062 Seattle WA | 92.35- | 84.27 |
| 02-26 | POS Debit- Business Debit Card 3287 02-25-20 Netflix.Com Netflix.Com CA | 17.60- | 66.67 |
| 02-26 | POS Debit- Business Debit Card 3287 02-24-20 Safeway #1062 Seattle WA | 72.14- | 5.47- |
| 02-27 | Business Debit Card Overdraft Fee 02-27-20 Safeway #1062 | 29.00- | 34.47- |
| **02-29** | **Ending Balance** | | **34.47-** |

*Average Daily Balance - Current Cycle: $109.13*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 02-03 | POS | 5.49 | 02-07 | POS | 15.66 |
| 02-03 | POS | 13.20 | 02-10 | POS | 21.79 |
| 02-03 | POS | 30.00 | 02-10 | POS | 51.46 |
| 02-03 | POS | 50.03 | 02-11 | POS | 34.40 |



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|--|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|-----------------------|--------------------------|
| -- -- | ( ) | ( ) |

DOJ-01-0000002735

Page 3 of 3



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/20 - 02/29/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 02-25 | POS | 9.00 | 02-25 | POS | 92.35 |
| 02-25 | POS | 18.10 | 02-26 | POS | 17.60 |
| 02-25 | POS | 30.00 | 02-26 | POS | 72.14 |
| 02-25 | POS | 31.63 | | | |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **02-29** | **Ending Balance** | | **0.00** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|------|------|------|------|
| SAVINGS DIVIDENDS | 3.23 | | |
| CHECKING DIVIDENDS | 0.00 | FINANCE CHARGE CHECKING LOC | 0.00 |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002736



**ES1 LLC**
**as of: 02 July 2020 09:08:16 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-5849**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******4690 | Business Savings | 11/07/2012 | $ 0.00 | $ 0.00 | Closed - Zero Balance |
| ******4507 | Business Savings | 05/18/2020 | $ 1,000.25 | $ 1,000.25 | Active |
| ******2997 | Business Checking | 11/07/2012 | $ 0.00 | $ 0.00 | Closed - Compromised |
| ******7053 | Business Checking | 10/25/2019 | $ 1,339.63 | $ 1,339.63 | Active |

Navy Federal Credit Union
PO Box 3000 • Merrifield • VA • 22119-3000
Routing Number: 256074974

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 146
Admitted _____

DOJ-01-0000002673

(Page 1 of 29)

## Navy Federal®
## Business Services Membership Application

**For Office Use Only:**
Business Access No. 68612798
Business Savings No. 3035594690
Business Checking No. 70273099?

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch.*

Name of Business: ES1 LLC

Tax ID No. (EIN or SSN): ▮▮▮5849

DBA Name:
Business Phone No. 615-554-6485
Alternate Phone No.

Physical Address of Business: Street 4625 Meridian Ave N. #6   City Marysville   State WA   Zip Code 98271

Mailing Address of Business: Street   City   State   Zip Code

List all additional locations of Business: Street shibleenyc@yahoo.com   City   State   Zip Code

Business Email Address   Web Site Address   Date Business Established (Mo., Day, Yr.)

Source of Funds to Open Account: ☐ Personal Savings  ☒ Business Income  ☐ Business Investment from Third Party  ☐ Other

*Attach a separate sheet for additional Business locations.

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*

Legal Structure of Business
Sole Proprietorship ___  Partnership: General ___ Limited ___  Corporation ___  Limited Liability Company (LLC) ☒

Required (two of the following):
☐ Business License
☐ Trade Name Certificate
☐ Sales Tax Certificate
☐ Sellers Permit
☐ Federal Tax ID Number (TIN) Letter

Partnership — Required:
☐ Partnership Agreement
and one of the following:
☐ Registered Business Entity Proof
☐ Federal Tax ID Number (TIN) Letter

Corporation — Required:
☐ Articles of Incorporation
and one of the following:
☐ Legal Proof of Ownership
☐ Federal Tax ID Number (TIN) Letter

LLC — Required:
☒ Articles of Organization
and one of the following:
☒ Legal Proof of Ownership
☒ Federal Tax ID Number (TIN) Letter

Other

**Business Details** *Required information. Entire section must be completed or account may be restricted.*

Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume.
☐ Money Orders $   ☐ Check Cashing $   ☐ Money Transmission $
☐ Traveler's Checks $   ☐ Currency Dealing or Exchange $   ☐ Gift Cards $

Is your Business any of the following? *(Check all that apply.)*
☐ Finance & Insurance   ☐ Food Services   ☐ Retail   ☐ Transportation
☐ Money Services Business (MSB)   ☐ Restaurant   ☐ Consulting   ☐ Parking Garage
☐ Legal Service Provider   ☐ Liquor Store   ☐ Construction   ☐ Cigarette Distributor
☒ Real Estate   ☐ Convenience Store   ☐ Administrative Services   ☐ Internet gambling
☐ Privately Owned ATM   ☐ Vending Machine Operator   ☐ Charity or Non-Governmental Organization (NGO)   ☐ Other

Describe the nature of your Business: Real estate / rentals   NAICS Code

Estimated annual sales/revenue
☒ Less than $100,000   ☐ $100,000 - $500,000   ☐ $500,000 - $1,000,000   ☐ $1,000,000 - $3,000,000   ☐ Greater than $3,000,000

Anticipated monthly transaction amount: 2 to 3 thousand dollars
☒ Cash $   ☐ Checks $   ☐ ACH Domestic $   ☐ ACH Foreign $
☐ Wire Domestic $   ☐ Wire Foreign $   ☐ Debit/Credit Cards $

Business' primary trade area *(Check all that apply.)*
☒ Local Community   ☐ Statewide   ☐ Domestic U.S.   ☐ International

Do you have accounts for this Business with an institution other than Navy Federal?

Purpose/type of transactions for which your Navy Federal account will be used
☒ Operating/General Purpose   ☐ Escrow Management   ☐ Savings/Investment

Is the Internet a major source of revenue for your Business? ☐ Yes ☒ No

How many employees do you have? None

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*

☒ Membership Savings Account** $   ☐ Savings Account $   ☐ Money Market Savings Account $
☒ Basic Checking $   ☐ Plus Checking $   ☐ Jumbo Money Market Savings Account $
(Owner and 1 signer allowed)
☐ Premium Checking $
(Unlimited signers)

**A Membership Savings Account (with minimum deposit of $5) is required for all Partnerships, LLCs, and Corporation. By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.

Page 1 of 4

© 2012 Navy Federal
NFCU 978ep (8-12)

NAICS Code 531110   Emp. No. 19106   SOB Code EUW

(Page 2  of  29)

## Business Owner's Information *If there is a Co-Owner, please complete Authorized Signers' boxes below.*

| Primary Owner's Name: First | MI | Last | Suffix | Date of Birth *(Mo., Day, Yr.)* | | Social Security No. *(ITIN)* | |

| ☐ Yes   ☐ No | *(If no, copy of ID and completion of the Additional Business Owner Information section required.)* | | | | | ☐ Yes   ☐ No | |
| Current Member? | | If Yes, Give Access No. | | Title | | Issue Business Check Card? | |

### Business Owner's Additional Information *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information.*

Eligibility Category:

☐ Military   ☐ Navy   ☐ Marine Corps   ☐ Army   ☐ Air Force      ☐ Civilian   ☐ DoD   ☐ Contractor   ☐ U.S. Government   ☐ Navy Federal Employee

☐ Family

| | Name of Member through whom you are eligible | | Access No. | | Relationship | |

| M/F | Owner: First | MI | Last | Suffix |
| Cannot Be a Post Office Box | Current Home Address: Street | City | State | Zip Code |
| If Different from Above Address | Mailing Address: Street | City | State | Zip Code |
| | | | | ☐ Yes   ☐ No |
| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Office Phone No. | Extension |

NOTE: *If you earn income from another employer besides the Business, please provide the following information.*

| Employer's Name | Employer's Address |

| Type of Business | Job Title | No. of Years |

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

### Authorized Signers *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

#### Signer 1

| M/F | Signer (1): First | MI | Last | Suffix | Social Security No. *(ITIN)* |

| ☐ Yes   ☐ No | | | | | ☐ Yes   ☐ No |
| Current Member? | If Yes, Give Access No. | | Title | | Issue Business Check Card? |
| Cannot Be a Post Office Box | Current Home Address: Street | City | | State | Zip Code |
| If Different from Above Address | Mailing Address: Street | City | | State | Zip Code |
| | | | | | ☐ Yes   ☐ No |
| Date of Birth *(Mo., Day, Yr.)* | | Driver's License or Government-Issued ID No. | | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |

| Type of Business | Job Title | No. of Years |

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (1) | Date *(Mo., Day, Yr.)* |

**Page 2 of 4**

DOJ-01-0000002675

(Page 3 of 29)

## Authorized Signers *(Continued)*
### Signer 2

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

Cannot Be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (2) | Date *(Mo., Day, Yr.)* |
|---|---|

### Signer 3

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|

☐ Yes ☐ No

| Current Member? | If Yes, Give Access No. | Title | Issue Business Check Card? |
|---|---|---|---|

Cannot Be a
Post Office Box

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|

If Different
from Above Address

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|

☐ Yes ☐ No

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (3) | Date *(Mo., Day, Yr.)* |
|---|---|

## How Did You Hear About Navy Federal Business Services?

☐ Web site       ☐ Internet       ☐ TV/Radio       ☐ Coworker or friend       ☐ Employer

☐ Family member       ☐ Newspaper or magazine       ☐ Other _____

**Page 3 of 4**

DOJ-01-0000002676

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. *What this means for you:* When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

▶ _____

Signature for all Business Types                                                                                                    Date (Mo., Day, Yr.)

## Sole Proprietorship Signature

*By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.*

▶ _____

Signature                                              Printed Name                                              Date (Mo., Day, Yr.)

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

*By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.*

▶ _____   Eric R. Shibley                    11/07/2022
Signature                                              Printed Name                    Title              Date (Mo., Day, Yr.)

▶ _____
Signature                                              Printed Name                    Title              Date (Mo., Day, Yr.)

▶ _____
Signature                                              Printed Name                    Title              Date (Mo., Day, Yr.)

▶ _____
Signature                                              Printed Name                    Title              Date (Mo., Day, Yr.)

▶ _____
Signature                                              Printed Name                    Title              Date (Mo., Day, Yr.)

## Corporation or Limited Liability Company Information

*Please complete company name, date, and sign below.*

ESI LLC
Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories. Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatures are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign as indicated in connection with said account(s).

This the _____ day of _____, 20 _____        ▶ _____
                                                                                 Signature of Secretary or Managing Member

DOJ-01-0000002677

Page 1 of 6

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JMA90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $5,104.95 | $22,388.78 | $24,925.82 | $2,567.91 | $0.13 |
| **Business Savings** 3035594690 | $10,112.67 | $19,351.15 | $22,262.57 | $7,201.25 | $1.15 |
| **Totals** | **$15,217.62** | **$41,739.93** | **$47,188.39** | **$9,769.16** | **$1.28** |

## Checking
**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-01 | Beginning Balance | | 5,104.95 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➡ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002678



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 01-02 | POS Credit Adjustment 3287 Transaction 12-30-18 The Home Depot #89 | 17.08 | 5,122.03 |
| 01-02 | eDeposit-Svc Fee | 1.00- | 5,121.03 |
| 01-02 | ATM Withdrawal 12-31-18 Becu Burien WA | 400.00- | 4,721.03 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Burien Ace Hardwar Burien WA | 5.26- | 4,715.77 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Quick Stop Gas & F Burien WA | 6.30- | 4,709.47 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Chevron 0375344 Seattle WA | 7.24- | 4,702.23 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Chevron 0375344 Seattle WA | 8.86- | 4,693.37 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Sq *australian Pie Burien WA | 10.73- | 4,682.64 |
| 01-02 | POS Debit- Business Debit Card 3287 12-30-18 Shell Oil 57444026 Seattle WA | 14.02- | 4,668.62 |
| 01-02 | POS Debit- Business Debit Card 3287 01-01-19 Quick Stop Gas & F Burien WA | 14.18- | 4,654.44 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Spu So Recycling # Seattle WA | 30.00- | 4,624.44 |
| 01-02 | POS Debit- Business Debit Card 3287 12-31-18 Subway Seattle WA | 37.73- | 4,586.71 |
| 01-02 | POS Debit- Business Debit Card 3287 01-01-19 Safeway #0219 Seattle WA | 70.84- | 4,515.87 |
| 01-02 | POS Debit- Business Debit Card 3287 01-01-19 Sq *washington Asb 877-417-4551 WA | 515.00- | 4,000.87 |
| 01-03 | POS Credit Adjustment 3287 Transaction 01-01-19 The Home Depot #89 | 109.00 | 4,109.87 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 KFC/Aw #329 Seattle WA | 8.24- | 4,101.63 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 McDonald's F13369 Seattle WA | 15.81- | 4,085.82 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Starbucks Store 49 Seattle WA | 23.82- | 4,062.00 |
| 01-03 | POS Debit- Business Debit Card 3287 01-01-19 The Home Depot #89 Seattle WA | 26.29- | 4,035.71 |
| 01-03 | POS Debit- Business Debit Card 3287 01-03-19 Rite Aid Store - 5 Seattle WA | 27.53- | 4,008.18 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Spu So Recycling # Seattle WA | 56.55- | 3,951.63 |
| 01-03 | POS Debit- Business Debit Card 3287 01-01-19 The Home Depot #89 Seattle WA | 168.36- | 3,783.27 |
| 01-03 | POS Debit- Business Debit Card 3287 01-02-19 Puget Sound Energy 888-225-5773 WA | 319.35- | 3,463.92 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 Shell Oil 57444026 Seattle WA | 11.48- | 3,452.44 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 Little Caesars 147 Seattle WA | 13.18- | 3,439.26 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 The Home Depot #89 Seattle WA | 16.42- | 3,422.84 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| | | | | |

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|---|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|-------------------------------|------------------------|--------------------------|
| — — — | ( ) | ( ) |

DOJ-01-0000002679



Page 3 of 6

NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Business Checking - 7027132997**                                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Panda Express #102 Burien WA | 19.97- | 3,402.87 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Noodle Zen Seattle WA | 38.78- | 3,364.09 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 Spu So Recycling # Seattle WA | 58.00- | 3,306.09 |
| 01-04 | POS Debit- Business Debit Card 3287 01-02-19 The Home Depot #89 Seattle WA | 67.65- | 3,238.44 |
| 01-04 | POS Debit- Business Debit Card 3287 01-03-19 White Ctr Glass & Seattle WA | 91.38- | 3,147.06 |
| 01-07 | Transfer From Shares | 2,500.00 | 5,647.06 |
|  | Es1 LLC |  |  |
| 01-07 | Transfer From Shares | 7,000.00 | 12,647.06 |
|  | Es1 LLC |  |  |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 Shell Oil 57444961 Seattle WA | 2.60- | 12,644.46 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Starbucks Store 00 Olympia WA | 12.85- | 12,631.61 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 McDonald's F13604 Seattle WA | 15.29- | 12,616.32 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 McDonald's F13369 Seattle WA | 19.56- | 12,596.76 |
| 01-07 | POS Debit- Business Debit Card 3287 01-06-19 Dominic's Red Appl Seattle WA | 21.96- | 12,574.80 |
| 01-07 | POS Debit - Business Debit Card 3287 Transaction 01-04-19 Arco#07063 Olympia WA | 26.49- | 12,548.31 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Costco Gas #0624 Gig Harbor WA | 27.14- | 12,521.17 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 McDonald's F13369 Seattle WA | 27.25- | 12,493.92 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 Arco#07063Arco #07 Olympia WA | 30.00- | 12,463.92 |
| 01-07 | POS Debit- Business Debit Card 3287 01-06-19 Noodle Zen 206-7495451 WA | 42.24- | 12,421.68 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 Wells Fargo C/A #0 Seattle WA | 57.00- | 12,364.68 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 The Home Depot #89 Seattle WA | 106.69- | 12,257.99 |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 International Food Bellevue WA | 305.35- | 11,952.64 |
| 01-07 | POS Debit- Business Debit Card 3287 01-04-19 The Home Depot #89 Seattle WA | 772.22- | 11,180.42 |
| 01-07 | POS Debit- Business Debit Card 3287 01-03-19 The Home Depot #47 Seattle WA | 1,108.25- | 10,072.17 |
| 01-07 | POS Debit- Business Debit Card 3287 01-05-19 The Home Depot #89 Seattle WA | 1,135.41- | 8,936.76 |
| 01-08 | POS Debit- Business Debit Card 3287 01-07-19 Spu So Recycling # Seattle WA | 37.70- | 8,899.06 |
| 01-08 | POS Debit- Business Debit Card 3287 01-06-19 Second Use Buildin Seattle WA | 137.63- | 8,761.43 |
| 01-08 | POS Debit- Business Debit Card 3287 01-06-19 Second Use Buildin Seattle WA | 314.89- | 8,446.54 |
| 01-09 | POS Debit- Business Debit Card 3287 01-07-19 Kitimat Seattle Gu Seattle WA | 51.33- | 8,395.21 |
| 01-10 | Check 1007 | 615.00- | 7,780.21 |
| 01-11 | Check 1037 | 6,580.64- | 1,199.57 |
| 01-14 | POS Debit- Business Debit Card 3287 01-12-19 The Home Depot #47 Seattle WA | 3.57- | 1,196.00 |
| 01-14 | POS Debit- Business Debit Card 3287 01-12-19 McDonald's F13369 Seattle WA | 32.84- | 1,163.16 |
| 01-14 | Check 1008 | 570.00- | 593.16 |
| 01-14 | Check 1038 | 188.00- | 405.16 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 McDonald's F13369 Seattle WA | 6.37- | 398.79 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 Pacific Plumbing S Seattle WA | 22.56- | 376.23 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 App Inc W Marginal Seattle WA | 38.80- | 337.43 |
| 01-16 | POS Debit- Business Debit Card 3287 01-15-19 Pacific Plumbing S Seattle WA | 309.39- | 28.04 |
| 01-22 | Transfer From Shares | 400.00 | 428.04 |
| 01-22 | POS Debit- Business Debit Card 3287 01-21-19 Lumber Market Inc Seattle WA | 76.49- | 351.55 |
| 01-23 | POS Debit- Business Debit Card 3287 01-22-19 Wsdot Good To Go 866-936-8246 WA | 6.00- | 345.55 |
| 01-25 | Transfer From Shares | 5,000.00 | 5,345.55 |
|  | Es1 LLC |  |  |
| 01-25 | POS Debit- Business Debit Card 3287 01-23-19 Shell Oil 57444035 Seattle WA | 22.64- | 5,322.91 |
| 01-28 | Transfer From Shares | 2,362.57 | 7,685.48 |
| 01-28 | POS Debit- Business Debit Card 3287 01-26-19 Joeys Restaurant ( Tukwila WA | 15.13- | 7,670.35 |

DOJ-01-0000002680



Page 4 of 6

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-28 | POS Debit- Business Debit Card 3287 01-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 7,653.85 |
| 01-28 | POS Debit- Business Debit Card 3287 01-25-19 Bang Bar Seattle WA | 35.12- | 7,618.73 |
| 01-28 | POS Debit- Business Debit Card 3287 01-26-19 Microsoft Msbill.Info WA | 77.06- | 7,541.67 |
| 01-28 | POS Debit- Business Debit Card 3287 01-25-19 The Home Depot #89 Seattle WA | 89.05- | 7,452.62 |
| 01-29 | Transfer From Shares | 5,000.00 | 12,452.62 |
| 01-29 | POS Debit- Business Debit Card 3287 01-28-19 Trader Joe's #157 West Seattle WA | 92.76- | 12,359.86 |
| 01-29 | POS Debit- Business Debit Card 3287 01-28-19 Burien Bark 206-2426567 WA | 178.20- | 12,181.66 |
| 01-29 | POS Debit- Business Debit Card 3287 01-29-19 Ad Iq 1-888-402-23 888-402-2347 NV | 1,699.99- | 10,481.67 |
| 01-29 | Check 1041 | 5,000.00- | 5,481.67 |
| 01-30 | POS Debit- Business Debit Card 3287 01-29-19 Lzc* Legalzoom.Com 866-6980053 CA | 88.95- | 5,392.72 |
| 01-30 | POS Debit- Business Debit Card 3287 01-28-19 The Home Depot #89 Seattle WA | 481.67- | 4,911.05 |
| 01-30 | Check 1042 | 1,900.00- | 3,011.05 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Whitepages Premium 800-9529005 WA | 4.99- | 3,006.06 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Starbucks Store 00 Tukwila WA | 10.67- | 2,995.39 |
| 01-31 | POS Debit- Business Debit Card 3287 01-29-19 Safeway #1062 Seattle WA | 22.38- | 2,973.01 |
| 01-31 | POS Debit- Business Debit Card 3287 01-30-19 Spu So Recycling # Seattle WA | 59.45- | 2,913.56 |
| 01-31 | Paid To - Capital One Mobile Pmt Chk 5140551 | 345.78- | 2,567.78 |
| 01-31 | Dividend | 0.13 | 2,567.91 |
| 01-31 | **Ending Balance** | | **2,567.91** |

*Average Daily Balance - Current Cycle: $3,086.17*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 01-31 | ACH | 345.78 | 01-07 | POS | 106.69 |
| 01-02 | POS | 6.30 | 01-07 | POS | 305.35 |
| 01-02 | POS | 7.24 | 01-07 | POS | 772.22 |
| 01-02 | POS | 8.86 | 01-07 | POS | 1,108.25 |
| 01-02 | POS | 10.73 | 01-07 | POS | 1,135.41 |
| 01-02 | POS | 14.02 | 01-07 | POS | 2.60 |
| 01-02 | POS | 14.18 | 01-08 | POS | 137.63 |
| 01-02 | POS | 30.00 | 01-08 | POS | 314.89 |
| 01-02 | POS | 37.73 | 01-08 | POS | 37.70 |
| 01-02 | POS | 70.84 | 01-09 | POS | 51.33 |
| 01-02 | POS | 515.00 | 01-14 | POS | 32.84 |
| 01-02 | POS | 5.26 | 01-14 | POS | 3.57 |
| 01-03 | POS | 15.81 | 01-16 | POS | 22.56 |
| 01-03 | POS | 23.82 | 01-16 | POS | 38.80 |
| 01-03 | POS | 26.29 | 01-16 | POS | 309.39 |
| 01-03 | POS | 27.53 | 01-16 | POS | 6.37 |
| 01-03 | POS | 56.55 | 01-22 | POS | 76.49 |
| 01-03 | POS | 168.36 | 01-23 | POS | 6.00 |
| 01-03 | POS | 319.35 | 01-25 | POS | 22.64 |
| 01-03 | POS | 8.24 | 01-28 | POS | 16.50 |
| 01-04 | POS | 13.18 | 01-28 | POS | 35.12 |
| 01-04 | POS | 16.42 | 01-28 | POS | 77.06 |
| 01-04 | POS | 19.97 | 01-28 | POS | 89.05 |
| 01-04 | POS | 38.78 | 01-28 | POS | 15.13 |
| 01-04 | POS | 58.00 | 01-29 | POS | 178.20 |
| 01-04 | POS | 67.65 | 01-29 | POS | 1,699.99 |
| 01-04 | POS | 91.38 | 01-29 | POS | 92.76 |
| 01-04 | POS | 11.48 | 01-30 | POS | 481.67 |
| 01-07 | POS | 12.85 | 01-30 | POS | 88.95 |
| 01-07 | POS | 15.29 | 01-31 | POS | 10.67 |
| 01-07 | POS | 19.56 | 01-31 | POS | 22.38 |
| 01-07 | POS | 21.96 | 01-31 | POS | 59.45 |
| 01-07 | POS | 26.49 | 01-31 | POS | 4.99 |
| 01-07 | POS | 27.14 | 01-02 | ATMO | 400.00 |
| 01-07 | POS | 27.25 | 01-10 | 001007 - Check | 615.00 |
| 01-07 | POS | 30.00 | 01-14 | 001008 - Check | 570.00 |
| 01-07 | POS | 42.24 | 01-11 | 001037 - Check | 6,580.64 |
| 01-07 | POS | 57.00 | 01-14 | 001038 - Check | 188.00 |

DOJ-01-0000002681



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

## Items Paid
(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 01-29 | 001041 - Check | 5,000.00 | 01-30 | 001042 - Check | 1,900.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-01 | Beginning Balance | | 10,112.67 |
| 01-07 | Transfer To Checking | 2,500.00- | 7,612.67 |
| | Es1 LLC | | |
| 01-07 | Transfer To Checking | 7,000.00- | 612.67 |
| | Es1 LLC | | |
| 01-22 | Transfer To Checking | 400.00- | 212.67 |
| 01-24 | Bank Wire Deposit | 6,350.00 | 6,562.67 |
| 01-24 | Bank Wire Deposit | 13,000.00 | 19,562.67 |
| 01-25 | Transfer To Checking | 5,000.00- | 14,562.67 |
| | Es1 LLC | | |
| 01-28 | Transfer To Checking | 2,362.57- | 12,200.10 |
| 01-29 | Transfer To Checking | 5,000.00- | 7,200.10 |
| 01-31 | Dividend | 1.15 | 7,201.25 |
| **01-31** | **Ending Balance** | | **7,201.25** |

### 2018 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002682



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/01/19 - 01/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002683

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000FME90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7027132997 | $2,567.91 | $6,700.07 | $8,859.00 | $408.98 | $0.20 |
| Business Savings 3035594690 | $7,201.25 | $0.30 | $6,700.00 | $501.55 | $1.45 |
| **Totals** | **$9,769.16** | **$6,700.37** | **$15,559.00** | **$910.53** | **$1.65** |

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 2,567.91 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002684



Page 2 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 02-01 | Transfer From Shares | 1,500.00 | 4,067.91 |
| | Es1 LLC | | |
| 02-01 | Transfer From Shares | 4,000.00 | 8,067.91 |
| | Es1 LLC | | |
| 02-01 | eDeposit-Svc Fee | 1.00- | 8,066.91 |
| 02-01 | POS Debit- Business Debit Card 3287 01-31-19 Arco#83138Bir Sing Arlington WA | 36.82- | 8,030.09 |
| 02-04 | POS Debit- Business Debit Card 3287 02-02-19 The Home Depot #89 Seattle WA | 154.77- | 7,875.32 |
| 02-04 | POS Debit- Business Debit Card 3287 01-31-19 The Home Depot #47 Seattle WA | 330.58- | 7,544.74 |
| 02-04 | POS Debit- Business Debit Card 3287 02-01-19 The Home Depot #89 Seattle WA | 661.39- | 6,883.35 |
| 02-04 | Check 1010 | 2,500.00- | 4,383.35 |
| 02-06 | POS Debit- Business Debit Card 3287 02-05-19 App Inc W Marginal Seattle WA | 35.00- | 4,348.35 |
| 02-07 | Check 1043 | 3,465.00- | 883.35 |
| 02-19 | POS Debit- Business Debit Card 3287 02-15-19 The Home Depot #47 Seattle WA | 115.25- | 768.10 |
| 02-19 | POS Debit- Business Debit Card 3287 02-14-19 The Home Depot #89 Seattle WA | 212.07- | 556.03 |
| 02-25 | POS Debit- Business Debit Card 3287 02-24-19 Chevron 0205006 Seattle WA | 15.36- | 540.67 |
| 02-25 | POS Debit- Business Debit Card 3287 02-23-19 The Home Depot #47 Tukwila WA | 59.73- | 480.94 |
| 02-26 | Transfer From Shares | 1,200.00 | 1,680.94 |
| | Es1 LLC | | |
| 02-26 | Paid To - Capital One Mobile Pmt Chk 5140551 | 140.95- | 1,539.99 |
| 02-27 | POS Debit- Business Debit Card 3287 02-26-19 CT-MT-Vernon-Util- 360-336-6211 WA | 241.23- | 1,298.76 |
| 02-27 | POS Debit- Business Debit Card 3287 02-27-19 County-Skagit-Pud- 360-424-7104 WA | 291.40- | 1,007.36 |
| 02-27 | POS Debit- Business Debit Card 3287 02-26-19 Puget Sound Energy 866-3981141 WA | 581.95- | 425.41 |
| 02-28 | POS Debit- Business Debit Card 3287 02-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 408.91 |
| 02-28 | Dividend | 0.07 | 408.98 |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| --   -- | (     ) | | | (     ) |

DOJ-01-0000002685



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Business Checking - 7027132997**                                        (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-28 | Ending Balance | | **408.98** |

*Average Daily Balance - Current Cycle: $1,928.46*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-26 | ACH | 140.95 | 02-25 | POS | 59.73 |
| 02-01 | POS | 36.82 | 02-25 | POS | 15.36 |
| 02-04 | POS | 330.58 | 02-27 | POS | 241.23 |
| 02-04 | POS | 661.39 | 02-27 | POS | 291.40 |
| 02-04 | POS | 154.77 | 02-27 | POS | 581.95 |
| 02-06 | POS | 35.00 | 02-28 | POS | 16.50 |
| 02-19 | POS | 212.07 | 02-04 | 001010 - Check | 2,500.00 |
| 02-19 | POS | 115.25 | 02-07 | 001043 - Check | 3,465.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 7,201.25 |
| 02-01 | Transfer To Checking | 1,500.00- | 5,701.25 |
| | Es1 LLC | | |
| 02-01 | Transfer To Checking | 4,000.00- | 1,701.25 |
| | Es1 LLC | | |
| 02-26 | Transfer To Checking | 1,200.00- | 501.25 |
| | Es1 LLC | | |
| 02-28 | Dividend | 0.30 | 501.55 |
| 02-28 | Ending Balance | | **501.55** |

| **2018 Year to Date Federal Income Tax Information** | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002686

NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/19 - 02/28/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

Page 1 of 4

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000MQA90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $408.98 | $686.25 | $984.68 | $110.55 | $0.21 |
| **Business Savings** 3035594690 | $501.55 | $0.02 | $500.00 | $1.57 | $1.47 |
| **Totals** | **$910.53** | **$686.27** | **$1,484.68** | **$112.12** | **$1.68** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 408.98 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002688



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-01 | eDeposit-Svc Fee | 1.00- | 407.98 |
| 03-01 | POS Debit- Business Debit Card 3287 02-27-19 Toshi Teriyaki 206-9379442 WA | 52.63- | 355.35 |
| 03-04 | POS Credit Adjustment 3287 Transaction 03-01-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 598.47 |
| 03-04 | POS Debit- Business Debit Card 3287 03-01-19 Whitepages Premium 800-9529005 WA | 4.99- | 593.48 |
| 03-04 | POS Debit- Business Debit Card 3287 02-28-19 The Home Depot #89 Seattle WA | 17.59- | 575.89 |
| 03-04 | POS Debit- Business Debit Card 3287 02-28-19 Chipotle 1144 Tukwila WA | 23.05- | 552.84 |
| 03-04 | POS Debit- Business Debit Card 3287 03-01-19 The Home Depot #47 Seattle WA | 282.90- | 269.94 |
| 03-05 | POS Debit- Business Debit Card 3287 03-04-19 Good2Goreplenish 866-936-8246 WA | 30.00- | 239.94 |
| 03-05 | POS Debit- Business Debit Card 3287 03-04-19 Good2Go-Bellevue Bellevue WA | 63.00- | 176.94 |
| 03-06 | POS Debit- Business Debit Card 3287 03-05-19 Costco Whse #0001 Seattle WA | 126.76- | 50.18 |
| 03-07 | POS Debit - Business Debit Card 3287 Transaction 03-06-19 The Home Depot #4702 Seattle WA | 5.47- | 44.71 |
| 03-07 | POS Debit- Business Debit Card 3287 03-07-19 Quick Stop Gas & F Burien WA | 39.34- | 5.37 |
| 03-08 | Transfer From Shares | 200.00 | 205.37 |
| 03-08 | POS Debit - Business Debit Card 3287 Transaction 03-07-19 Snohomish County Clerk Everett WA | 4.75- | 200.62 |
| 03-12 | Paid To - Capital One Mobile Pmt Chk 5140551 | 25.00- | 175.62 |
| 03-14 | POS Credit Adjustment 3287 Transaction 03-14-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 418.74 |
| 03-18 | POS Debit- Business Debit Card 3287 03-17-19 Tst* Cactus - Alki Seattle WA | 30.29- | 388.45 |
| 03-28 | POS Debit- Business Debit Card 3287 03-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 371.95 |
| 03-29 | Paid To - Capital One Mobile Pmt Chk 5140551 | 261.41- | 110.54 |
| 03-29 | Dividend | 0.01 | 110.55 |
| **03-31** | **Ending Balance** | | **110.55** |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | (        ) | | | (        ) |

DOJ-01-0000002689



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/19 - 03/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

*Average Daily Balance - Current Cycle: $289.84*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 03-12 | ACH | 25.00 | 03-05 | POS | 63.00 |
| 03-29 | ACH | 261.41 | 03-06 | POS | 126.76 |
| 03-01 | POS | 52.63 | 03-07 | POS | 5.47 |
| 03-04 | POS | 23.05 | 03-07 | POS | 39.34 |
| 03-04 | POS | 282.90 | 03-08 | POS | 4.75 |
| 03-04 | POS | 4.99 | 03-18 | POS | 30.29 |
| 03-04 | POS | 17.59 | 03-28 | POS | 16.50 |
| 03-05 | POS | 30.00 | | | |

## Savings
**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 03-01 | Beginning Balance | | 501.55 |
| 03-08 | Transfer To Checking | 200.00- | 301.55 |
| 03-08 | Transfer To Checking | 300.00- | 1.55 |
| | Eric R Shibley MD Pllc | | |
| 03-29 | Dividend | 0.02 | 1.57 |
| **03-31** | **Ending Balance** | | **1.57** |

**2018 Year to Date Federal Income Tax Information**

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 46.98 | | |
| CHECKING DIVIDENDS | 1.31 | FINANCE CHARGE CHECKING LOC | 0.00 |

DOJ-01-0000002690



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
03/01/19 - 03/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002691

## NAVY FEDERAL Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000AMP90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the International Service Assessment fee. Please see enclosed disclosure or go to **navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13 and 15.

### Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7027132997 | $110.55 | $30,200.61 | $30,086.49 | $224.67 | $0.27 |
| Business Savings 3035594690 | $1.57 | $36,831.70 | $27,949.03 | $8,884.24 | $2.25 |
| **Totals** | **$112.12** | **$67,032.31** | **$58,035.52** | **$9,108.91** | **$2.52** |

### Checking
**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-01 | Beginning Balance | | 110.55 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE ADDRESS/ORDER ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002692



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                           (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 04-01 | POS Credit Adjustment 3287 Transaction 03-30-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 353.67 |
| 04-01 | eDeposit-Svc Fee | 1.00- | 352.67 |
| 04-01 | POS Debit- Business Debit Card 3287 03-31-19 Whitepages Premium 800-9529005 WA | 4.99- | 347.68 |
| 04-11 | ATM Fee - Withdrawal 04-10-19 Columbia Bank Seattle WA | 1.00- | 346.68 |
| 04-11 | ATM Fee - Inquiry 04-10-19 Columbia Bank Seattle WA | 1.00- | 345.68 |
| 04-11 | ATM Withdrawal 04-10-19 Columbia Bank Seattle WA | 203.00- | 142.68 |
| 04-12 | POS Credit Adjustment 3287 Transaction 04-11-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 385.80 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 Shell Oil 57445757 Seattle WA | 9.41- | 376.39 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 Taco Time White Ce Seattle WA | 14.18- | 362.21 |
| 04-12 | POS Debit- Business Debit Card 3287 04-10-19 McDonald's F1364 Seattle WA | 15.39- | 346.82 |
| 04-15 | POS Debit- Business Debit Card 3287 04-12-19 App Inc W Marginal Seattle WA | 46.62- | 300.20 |
| 04-16 | Transfer From Shares Es1 LLC | 5,000.00 | 5,300.20 |
| 04-16 | Transfer From Shares | 6,000.00 | 11,300.20 |
| 04-16 | Check 1 | 6,000.00- | 5,300.20 |
| 04-17 | Check 2 | 4,000.00- | 1,300.20 |
| 04-18 | POS Debit- Business Debit Card 3287 04-16-19 New Standard Build Seattle WA | 134.92- | 1,165.28 |
| 04-18 | Paid To - Capital One Mobile Pmt Chk 5140551 | 495.69- | 669.59 |
| 04-19 | POS Credit Adjustment 3287 Transaction 04-17-19 The Home Depot #85 | 10.18 | 679.77 |
| 04-19 | POS Debit- Business Debit Card 3287 04-17-19 The Home Depot #85 Burlington WA | 282.95- | 396.82 |
| 04-22 | Transfer From Shares | 4,000.00 | 4,396.82 |
| 04-22 | Transfer From Shares Es1 LLC | 5,000.00 | 9,396.82 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 Costco Whse #0001 Seattle WA | 26.68- | 9,370.14 |
| 04-22 | POS Debit- Business Debit Card 3287 04-21-19 Sq *3 Hermanas Taq Seattle WA | 30.86- | 9,339.28 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|--------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)          HOME TELEPHONE NUMBER                  DAYTIME TELEPHONE NUMBER
     --       --                        (          )                            (          )

DOJ-01-0000002693



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot #89 Seattle WA | 85.99- | 9,253.29 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 Lowes #00010* Tukwila WA | 143.80- | 9,109.49 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot #47 Seattle WA | 169.88- | 8,939.61 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot 470 Seattle WA | 303.28- | 8,636.33 |
| 04-22 | POS Debit- Business Debit Card 3287 04-20-19 The Home Depot 470 Seattle WA | 384.73- | 8,251.60 |
| 04-23 | Transfer From Shares | 1,500.00 | 9,751.60 |
|  | Es1 LLC |  |  |
| 04-23 | eDeposit-Scan/Mobile 000000078862857 | 134.91 | 9,886.51 |
| 04-23 | POS Debit - Business Debit Card 3287 Transaction 04-23-19 7-Eleven Burien WA | 8.11- | 9,878.40 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 Spu So Recycling # Seattle WA | 30.00- | 9,848.40 |
| 04-23 | POS Debit- Business Debit Card 3287 04-21-19 Saars Super Saver Seattle WA | 40.44- | 9,807.96 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 App Inc W Marginal Seattle WA | 46.50- | 9,761.46 |
| 04-23 | POS Debit - Business Debit Card 3287 Transaction 04-22-19 Quick Stop Gas & Food |  |  |
|  | Seattle WA | 58.97- | 9,702.49 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 Spu So Recycling # Seattle WA | 60.90- | 9,641.59 |
| 04-23 | POS Debit- Business Debit Card 3287 04-21-19 The Home Depot #47 Seattle WA | 64.98- | 9,576.61 |
| 04-23 | POS Debit- Business Debit Card 3287 04-22-19 McLendons - White Seattle WA | 281.28- | 9,295.33 |
| 04-23 | Check 1045 | 860.00- | 8,435.33 |
| 04-23 | Check 1047 | 1,000.00- | 7,435.33 |
| 04-23 | Check 1048 | 1,000.00- | 6,435.33 |
| 04-24 | POS Credit Adjustment 3287 Transaction 04-22-19 The Home Depot #47 | 24.18 | 6,459.51 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F13369 Seattle WA | 4.61- | 6,454.90 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F411 Burien WA | 23.72- | 6,431.18 |
| 04-24 | POS Debit- Business Debit Card 3287 04-23-19 Spu So Recycling # Seattle WA | 33.35- | 6,397.83 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 33.48- | 6,364.35 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 37.15- | 6,327.20 |
| 04-24 | POS Debit - Business Debit Card 3287 Transaction 04-23-19 International Food Baz |  |  |
|  | Kent WA | 43.21- | 6,283.99 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 51.10- | 6,232.89 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot #89 Seattle WA | 142.03- | 6,090.86 |
| 04-24 | POS Debit- Business Debit Card 3287 04-22-19 The Home Depot 470 Seattle WA | 509.55- | 5,581.31 |
| 04-24 | Check 1011 | 1,000.00- | 4,581.31 |
| 04-24 | Check 1012 | 2,000.00- | 2,581.31 |
| 04-24 | Check 1046 | 600.00- | 1,981.31 |
| 04-25 | Transfer From Shares | 900.00 | 2,881.31 |
|  | Es1 LLC |  |  |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building |  |  |
|  | MA Seattle WA | 5.51- | 2,875.80 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 McDonald's F411 Burien WA | 21.30- | 2,854.50 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building |  |  |
|  | MA Seattle WA | 22.02- | 2,832.48 |
| 04-25 | POS Debit- Business Debit Card 3287 04-24-19 Sq *burien Press Burien WA | 25.67- | 2,806.81 |
| 04-25 | POS Debit- Business Debit Card 3287 04-24-19 South Park Food Ce Seattle WA | 31.91- | 2,774.90 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 McLendons - White Cntr |  |  |
|  | Seattle WA | 32.91- | 2,741.99 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 |  |  |
|  | Seattle WA | 41.52- | 2,700.47 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 Second Use Building |  |  |
|  | MA Seattle WA | 60.56- | 2,639.91 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 Safeway #1923 Seattle WA | 116.24- | 2,523.67 |

DOJ-01-0000002694



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 140.72- | 2,382.95 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 143.42- | 2,239.53 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 The Home Depot 470 Tukwila WA | 201.83- | 2,037.70 |
| 04-25 | POS Debit - Business Debit Card 3287 Transaction 04-24-19 The Home Depot #4702 Seattle WA | 387.85- | 1,649.85 |
| 04-25 | POS Debit- Business Debit Card 3287 04-23-19 The Home Depot #47 Seattle WA | 516.10- | 1,133.75 |
| 04-25 | Paid To - Capital One Mobile Pmt Chk 5140551 | 250.00- | 883.75 |
| 04-26 | POS Credit Adjustment 3287 Transaction 04-24-19 The Home Depot #47 | 29.98 | 913.73 |
| 04-26 | POS Credit Adjustment 3287 Transaction 04-25-19 The Home Depot #4702 Seattle WA | 66.03 | 979.76 |
| 04-26 | Transfer From Shares Es1 Llc | 5,000.00 | 5,979.76 |
| 04-26 | POS Debit- Business Debit Card 3287 04-24-19 Kitimat Seattle Gu Seattle WA | 55.88- | 5,923.88 |
| 04-26 | POS Debit- Business Debit Card 3287 04-24-19 The Home Depot 470 Seattle WA | 220.84- | 5,703.04 |
| 04-26 | Check 1049 | 1,000.00- | 4,703.04 |
| 04-29 | Transfer From Shares | 549.03 | 5,252.07 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 IKEA Seattle Renton WA | 15.36- | 5,236.71 |
| 04-29 | POS Debit- Business Debit Card 3287 04-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 5,220.21 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 Lowes #00010* Tukwila WA | 41.71- | 5,178.50 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-27-19 T-Mobile 3820 Rainier Seattle WA | 44.03- | 5,134.47 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 The Home Depot #89 Seattle WA | 162.18- | 4,972.29 |
| 04-29 | POS Debit- Business Debit Card 3287 04-27-19 Sq *iplaypower - I Seattle WA | 332.11- | 4,640.18 |
| 04-29 | POS Debit- Business Debit Card 3287 04-26-19 The Home Depot #47 Seattle WA | 347.79- | 4,292.39 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 The Home Depot #4702 Seattle WA | 540.40- | 3,751.99 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 The Home Depot #4702 Seattle WA | 611.80- | 3,140.19 |
| 04-29 | POS Debit - Business Debit Card 3287 Transaction 04-28-19 IKEA Seattle Renton WA | 857.78- | 2,282.41 |
| 04-29 | Paid To - Capital One Mobile Pmt Chk 5140551 | 250.00- | 2,032.41 |
| 04-29 | Check 3 | 400.00- | 1,632.41 |
| 04-30 | Deposit 04-29-19 Becu Seattle WA | 1,500.00 | 3,132.41 |
| 04-30 | POS Debit- Business Debit Card 3287 04-29-19 McDonald's F13369 Seattle WA | 11.21- | 3,121.20 |
| 04-30 | POS Debit - Business Debit Card 3287 Transaction 04-29-19 Safeway Store Seattle WA | 13.14- | 3,108.06 |
| 04-30 | POS Debit- Business Debit Card 3287 04-28-19 The Home Depot #47 Seattle WA | 254.36- | 2,853.70 |
| 04-30 | POS Debit- Business Debit Card 3287 04-29-19 Tbt Towing Seattle WA | 500.00- | 2,353.70 |
| 04-30 | POS Debit - Business Debit Card 3287 Transaction 04-29-19 IKEA Seattle Renton WA | 629.09- | 1,724.61 |
| 04-30 | Check 1052 | 1,500.00- | 224.61 |
| 04-30 | Dividend | 0.06 | 224.67 |
| **04-30** | **Ending Balance** | | **224.67** |

*Average Daily Balance - Current Cycle: $1,564.62*

DOJ-01-0000002695



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-18 | ACH | 495.69 | 04-25 | POS | 60.56 |
| 04-18 | ACH | 250.00 | 04-25 | POS | 116.24 |
| 04-29 | ACH | 250.00 | 04-25 | POS | 140.72 |
| 04-01 | POS | 4.99 | 04-25 | POS | 143.42 |
| 04-12 | POS | 9.41 | 04-25 | POS | 201.83 |
| 04-12 | POS | 14.18 | 04-25 | POS | 387.85 |
| 04-12 | POS | 15.39 | 04-25 | POS | 516.10 |
| 04-15 | POS | 46.62 | 04-25 | POS | 5.51 |
| 04-18 | POS | 134.92 | 04-25 | POS | 21.30 |
| 04-19 | POS | 282.95 | 04-26 | POS | 220.84 |
| 04-22 | POS | 85.99 | 04-26 | POS | 55.88 |
| 04-22 | POS | 143.80 | 04-29 | POS | 16.50 |
| 04-22 | POS | 169.88 | 04-29 | POS | 41.71 |
| 04-22 | POS | 303.28 | 04-29 | POS | 44.03 |
| 04-22 | POS | 384.73 | 04-29 | POS | 162.18 |
| 04-22 | POS | 26.68 | 04-29 | POS | 332.11 |
| 04-22 | POS | 30.86 | 04-29 | POS | 347.79 |
| 04-23 | POS | 40.44 | 04-29 | POS | 540.40 |
| 04-23 | POS | 46.50 | 04-29 | POS | 611.80 |
| 04-23 | POS | 58.97 | 04-29 | POS | 857.78 |
| 04-23 | POS | 60.90 | 04-29 | POS | 15.36 |
| 04-23 | POS | 64.98 | 04-30 | POS | 11.21 |
| 04-23 | POS | 281.28 | 04-30 | POS | 13.14 |
| 04-23 | POS | 8.11 | 04-30 | POS | 254.36 |
| 04-24 | POS | 30.00 | 04-30 | POS | 500.00 |
| 04-24 | POS | 33.35 | 04-30 | POS | 629.09 |
| 04-24 | POS | 33.48 | 04-11 | ATMO | 203.00 |
| 04-24 | POS | 37.15 | 04-16 | 000001 - Check | 6,000.00 |
| 04-24 | POS | 43.21 | 04-17 | 000002 - Check | 4,000.00 |
| 04-24 | POS | 51.10 | 04-29 | 000003 - Check | 400.00 |
| 04-24 | POS | 142.03 | 04-24 | 001011 - Check | 1,000.00 |
| 04-24 | POS | 509.55 | 04-24 | 001012 - Check | 2,000.00 |
| 04-24 | POS | 4.61 | 04-23 | 001045 - Check | 860.00 |
| 04-24 | POS | 23.72 | 04-24 | 001046 - Check | 600.00 |
| 04-25 | POS | 22.02 | 04-23 | 001047 - Check | 1,000.00 |
| 04-25 | POS | 25.67 | 04-23 | 001048 - Check | 1,000.00 |
| 04-25 | POS | 31.91 | 04-26 | 001049 - Check | 1,000.00 |
| 04-25 | POS | 32.91 | 04-30 | 001052 - Check | 1,500.00 |
| 04-25 | POS | 41.52 | | | |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-01 | Beginning Balance | | 1.57 |
| 04-16 | Bank Wire Deposit | 11,350.00 | 11,351.57 |
| 04-16 | Transfer To Checking | 5,000.00- | 6,351.57 |
| | Es1 LLC | | |
| 04-16 | Transfer To Checking | 6,000.00- | 351.57 |
| 04-18 | Bank Wire Deposit | 11,350.00 | 11,701.57 |
| 04-22 | eDeposit-Scan/Mobile 000000078761974 | 80.92 | 11,782.49 |
| 04-22 | Transfer To Checking | 4,000.00- | 7,782.49 |
| 04-22 | Transfer To Checking | 5,000.00- | 2,782.49 |
| | Es1 LLC | | |
| 04-23 | Transfer To Checking | 1,500.00- | 1,282.49 |
| | Es1 LLC | | |
| 04-25 | Bank Wire Deposit | 14,050.00 | 15,332.49 |
| 04-25 | Transfer To Checking | 900.00- | 14,432.49 |
| | Es1 LLC | | |
| 04-26 | Transfer To Checking | 5,000.00- | 9,432.49 |
| | Es1 LLC | | |
| 04-29 | Transfer To Checking | 549.03- | 8,883.46 |
| 04-30 | Dividend | 0.78 | 8,884.24 |
| **04-30** | **Ending Balance** | | **8,884.24** |

DOJ-01-0000002696

Page 6 of 6


**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/01/19 - 04/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## 2018 Year to Date Federal Income Tax Information

SAVINGS DIVIDENDS                          46.98
CHECKING DIVIDENDS                          1.31    FINANCE CHARGE CHECKING LOC                  0.00

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002697

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000MMY90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $224.67 | $16,155.77 | $16,155.41 | $225.03 | $0.31 |
| **Business Savings** 3035594690 | $8,884.24 | $0.02 | $8,884.24 | $0.02 | $2.27 |
| **Totals** | **$9,108.91** | **$16,155.79** | **$25,039.65** | **$225.05** | **$2.58** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 224.67 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ▶     ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

⑈05702713299⑈730355946900000000000000000000000000000000000008

DOJ-01-0000002698



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-01 | Deposit 04-30-19 Becu Seattle WA | 1,630.00 | 1,854.67 |
| 05-01 | Transfer From Shares 04-30-19 Becu Seattle WA | 3,000.00 | 4,854.67 |
| 05-01 | Transfer From Shares 04-30-19 Becu Seattle WA | 5,000.00 | 9,854.67 |
| 05-01 | eDeposit-Svc Fee | 1.00- | 9,853.67 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 46.43- | 9,807.24 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 King CO Water Dist Seattle WA | 56.53- | 9,750.71 |
| 05-01 | POS Debit- Business Debit Card 3287 04-29-19 Safeway #2932 Seattle WA | 65.85- | 9,684.86 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 King CO Water Dist Seattle WA | 86.64- | 9,598.22 |
| 05-01 | POS Debit- Business Debit Card 3287 04-29-19 The Home Depot #47 Seattle WA | 237.75- | 9,360.47 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 301.28- | 9,059.19 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Puget Sound Energy 866-3981141 WA | 333.27- | 8,725.92 |
| 05-01 | POS Debit- Business Debit Card 3287 04-30-19 Seattle Public Uti 206-684-3000 WA | 862.71- | 7,863.21 |
| 05-01 | POS Debit - Business Debit Card 3287 Transaction 04-30-19 Mill Outlet Lumber Tacoma WA | 1,818.96- | 6,044.25 |
| 05-01 | Check 1013 | 400.00- | 5,644.25 |
| 05-01 | Check 1014 | 400.00- | 5,244.25 |
| 05-01 | Check 1015 | 500.00- | 4,744.25 |
| 05-02 | POS Credit Adjustment 3287 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 82.05 | 4,826.30 |
| 05-02 | POS Debit- Business Debit Card 3287 05-01-19 Whitepages 800-9529005 WA | 4.99- | 4,821.31 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 7-Eleven 23931 Seattle WA | 15.00- | 4,806.31 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 The Home Depot #47 Everett WA | 248.38- | 4,557.93 |
| 05-02 | POS Debit - Business Debit Card 3287 Transaction 05-01-19 The Home Depot 8944 Seattle WA | 269.51- | 4,288.42 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-01-0000002699



Page 3 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-02 | POS Debit - Business Debit Card 3287 Transaction 05-01-19 The Home Depot #4702 Seattle WA | 319.07- | 3,969.35 |
| 05-02 | POS Debit- Business Debit Card 3287 04-30-19 The Home Depot #89 Seattle WA | 355.04- | 3,614.31 |
| 05-03 | POS Credit Adjustment 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 25.30 | 3,639.61 |
| 05-03 | POS Credit Adjustment 3287 Transaction 04-27-19 Sq *iplaypower - I | 127.13 | 3,766.74 |
| 05-03 | Transfer From Shares | 650.00 | 4,416.74 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 Opc WA Dept. Of Re 925-855-5000 WA | 0.60- | 4,416.14 |
| 05-03 | POS Debit - Business Debit Card 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 10.73- | 4,405.41 |
| 05-03 | POS Debit - Business Debit Card 3287 Transaction 05-02-19 The Home Depot 8944 Seattle WA | 78.56- | 4,326.85 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 91.95- | 4,234.90 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 178.68- | 4,056.22 |
| 05-03 | POS Debit- Business Debit Card 3287 05-01-19 The Home Depot #89 Seattle WA | 240.33- | 3,815.89 |
| 05-03 | Check 1054 | 2,500.00- | 1,315.89 |
| 05-06 | POS Credit Adjustment 3287 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 17.59 | 1,333.48 |
| 05-06 | Transfer From Shares Es1 LLC | 200.00 | 1,533.48 |
| 05-06 | POS Debit- Business Debit Card 3287 05-02-19 7-Eleven 22561 Seattle WA | 12.66- | 1,520.82 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 20.05- | 1,500.77 |
| 05-06 | POS Debit- Business Debit Card 3287 05-02-19 Arco#07155Arco #07 Seattle WA | 46.17- | 1,454.60 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 Costco Gas #0001 Seattle WA | 50.50- | 1,404.10 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-03-19 The Home Depot #4702 Seattle WA | 69.84- | 1,334.26 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 The Home Depot #89 Seattle WA | 119.65- | 1,214.61 |
| 05-06 | POS Debit- Business Debit Card 3287 05-03-19 The Home Depot #89 Seattle WA | 217.84- | 996.77 |
| 05-06 | POS Debit- Business Debit Card 3287 05-04-19 The Home Depot #89 Seattle WA | 271.18- | 725.59 |
| 05-06 | POS Debit - Business Debit Card 3287 Transaction 05-04-19 The Home Depot #4702 Seattle WA | 324.39- | 401.20 |
| 05-07 | Returned Item Fee 1053 | 29.00- | 372.20 |
| 05-08 | POS Debit - Business Debit Card 3287 Transaction 05-07-19 The Home Depot 8944 Seattle WA | 22.69- | 349.51 |
| 05-09 | POS Debit- Business Debit Card 3287 05-08-19 Fedex 787112874170 Memphis TN | 36.65- | 312.86 |
| 05-10 | POS Credit Adjustment 3287 Transaction 05-10-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 555.98 |
| 05-10 | POS Credit Adjustment 3287 Transaction 05-09-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 799.10 |
| 05-10 | POS Debit- Business Debit Card 3287 05-08-19 New Standard Build Seattle WA | 24.60- | 774.50 |
| 05-13 | POS Debit- Business Debit Card 3287 05-10-19 Papas Mexican Gril Everett WA | 23.76- | 750.74 |
| 05-13 | POS Debit- Business Debit Card 3287 05-09-19 The Home Depot #89 Seattle WA | 77.87- | 672.87 |
| 05-13 | Check 1055 | 600.00- | 72.87 |
| 05-14 | Transfer From Checking Eric R Shibley MD Pllc | 700.00 | 772.87 |
| 05-14 | ATM Withdrawal 05-13-19 Becu Seattle WA | 600.00- | 172.87 |
| 05-14 | POS Debit- Business Debit Card 3287 05-12-19 Safeway #1477 Seattle WA | 6.44- | 166.43 |
| 05-16 | Transfer From Checking | 800.00 | 966.43 |

DOJ-01-0000002700



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Business Checking - 7027132997**                                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| | Eric R Shibley MD Pllc | | |
| 05-17 | Deposit 05-16-19 Becu Seattle WA | 800.00 | 1,766.43 |
| 05-17 | Transfer From Checking | 900.00 | 2,666.43 |
| | Eric R Shibley MD Pllc | | |
| 05-17 | Paid To - Capital One Online Pmt Chk 5140551 | 25.00- | 2,641.43 |
| 05-17 | Paid To - Capital One Online Pmt Chk 5140551 | 245.98- | 2,395.45 |
| 05-17 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 286.10- | 2,109.35 |
| 05-17 | Check 4 | 260.00- | 1,849.35 |
| 05-17 | Check 1017 | 300.00- | 1,549.35 |
| 05-20 | Transfer From Checking | 1,200.00 | 2,749.35 |
| | Eric R Shibley MD Pllc | | |
| 05-20 | POS Debit- Business Debit Card 3287 05-16-19 Mod Pizza West Sea Seattle WA | 15.85- | 2,733.50 |
| 05-20 | Check 1058 | 1,000.00- | 1,733.50 |
| 05-21 | Check 1016 | 475.00- | 1,258.50 |
| 05-21 | Check 1056 | 200.00- | 1,058.50 |
| 05-23 | POS Debit- Business Debit Card 3287 05-22-19 Aaa Washington 800-562-2582 WA | 97.00- | 961.50 |
| 05-23 | Paid To - Capital One Online Pmt Chk 5140551 | 206.51- | 754.99 |
| 05-23 | Check 1057 | 250.00- | 504.99 |
| 05-24 | POS Debit- Business Debit Card 3287 05-23-19 WA Secretary Of ST .WA.Gov WA | 2.50- | 502.49 |
| 05-24 | Check 1050 | 400.00- | 102.49 |
| 05-28 | POS Credit Adjustment 3287 Transaction 05-25-19 Sqc*shibley Medica Visa Direct CA | 243.12 | 345.61 |
| 05-28 | POS Debit- Business Debit Card 3287 05-01-19 WA Dept. Of Revenu 9258555000 WA | 24.00- | 321.61 |
| 05-28 | POS Debit - Business Debit Card 3287 Transaction 05-24-19 WA Dol Lic & Reg 81780 Seattle WA | 361.92- | 40.31- |
| 05-29 | Transfer From Shares | 34.24 | 6.07- |
| 05-29 | eDeposit-Scan/Mobile 000000080590314 | 260.06 | 253.99 |
| 05-29 | Business Debit Card Overdraft Fee 05-29-19 WA Dept. Of Revenu | 29.00- | 224.99 |
| 05-31 | Dividend | 0.04 | 225.03 |
| **05-31** | **Ending Balance** | | **225.03** |

*Average Daily Balance - Current Cycle: $886.64*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 05-17 | ACH | 25.00 | 05-06 | POS | 69.84 |
| 05-17 | ACH | 245.98 | 05-06 | POS | 119.65 |
| 05-17 | ACH | 286.10 | 05-06 | POS | 217.84 |
| 05-23 | ACH | 206.51 | 05-06 | POS | 271.18 |
| 05-01 | POS | 237.75 | 05-06 | POS | 324.39 |
| 05-01 | POS | 301.28 | 05-06 | POS | 12.66 |
| 05-01 | POS | 333.27 | 05-06 | POS | 20.05 |
| 05-01 | POS | 862.71 | 05-06 | POS | 46.17 |
| 05-01 | POS | 1,818.96 | 05-06 | POS | 50.50 |
| 05-01 | POS | 46.43 | 05-08 | POS | 22.69 |
| 05-01 | POS | 56.53 | 05-09 | POS | 36.65 |
| 05-01 | POS | 65.85 | 05-10 | POS | 24.60 |
| 05-01 | POS | 86.64 | 05-13 | POS | 23.76 |
| 05-02 | POS | 319.07 | 05-13 | POS | 77.87 |
| 05-02 | POS | 355.04 | 05-14 | POS | 6.44 |
| 05-02 | POS | 4.99 | 05-20 | POS | 15.85 |
| 05-02 | POS | 15.00 | 05-23 | POS | 97.00 |
| 05-02 | POS | 248.38 | 05-24 | POS | 2.50 |
| 05-02 | POS | 269.51 | 05-28 | POS | 24.00 |
| 05-03 | POS | 178.68 | 05-28 | POS | 361.92 |
| 05-03 | POS | 240.33 | 05-14 | ATMO | 600.00 |
| 05-03 | POS | 0.60 | 05-17 | 000004 - Check | 260.00 |
| 05-03 | POS | 10.73 | 05-01 | 001013 - Check | 400.00 |
| 05-03 | POS | 78.56 | 05-01 | 001014 - Check | 400.00 |
| 05-03 | POS | 91.95 | 05-01 | 001015 - Check | 500.00 |

DOJ-01-0000002701



Page 5 of 5

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/19 - 05/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-21 | 001016 - Check | 475.00 | 05-13 | 001055 - Check | 600.00 |
| 05-17 | 001017 - Check | 300.00 | 05-21 | 001056 - Check | 200.00 |
| 05-24 | 001050 - Check | 400.00 | 05-23 | 001057 - Check | 250.00 |
| 05-03 | 001054 - Check | 2,500.00 | 05-20 | 001058 - Check | 1,000.00 |

# Savings

## Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-01 | Beginning Balance | | 8,884.24 |
| 05-01 | Transfer To Checking 04-30-19 Becu Seattle WA | 3,000.00- | 5,884.24 |
| 05-01 | Transfer To Checking 04-30-19 Becu Seattle WA | 5,000.00- | 884.24 |
| 05-03 | Transfer To Checking | 650.00- | 234.24 |
| 05-06 | Transfer To Checking | 200.00- | 34.24 |
| | Es1 Llc | | |
| 05-29 | Transfer To Checking | 34.24- | 0.00 |
| 05-31 | Dividend | 0.02 | 0.02 |
| **05-31** | **Ending Balance** | | **0.02** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002702

Page 1 of 4

**NAVY FEDERAL**
**Credit Union®**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000JQU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7027132997 | $225.03 | $23,667.75 | $23,756.03 | $136.75 | $0.44 |
| Business Savings 3035594690 | $0.02 | $20,000.96 | $0.02 | $20,000.96 | $3.23 |
| **Totals** | **$225.05** | **$43,668.71** | **$23,756.05** | **$20,137.71** | **$3.67** |

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 225.03 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002703



Page 2 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-03 | eDeposit-Svc Fee | 1.00- | 224.03 |
| 06-03 | POS Debit- Business Debit Card 3287 05-31-19 Whitepages 800-9529005 WA | 4.99- | 219.04 |
| 06-03 | Check 1077 | 500.00- | 280.96- |
| 06-04 | Transfer From Shares | 0.02 | 280.94- |
| 06-04 | Deposit 06-03-19 Becu Seattle WA | 1,500.00 | 1,219.06 |
| 06-04 | POS Debit- Business Debit Card 3287 06-03-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 1,202.56 |
| 06-04 | Check 1076 | 1,000.00- | 202.56 |
| 06-06 | Transfer From Checking Eric R Shibley MD Pllc | 1,000.00 | 1,202.56 |
| 06-06 | POS Debit- Business Debit Card 3287 06-04-19 The Home Depot #47 Seattle WA | 896.03- | 306.53 |
| 06-07 | POS Credit Adjustment 3287 Transaction 06-06-19 Sqc*cash App Shibl Visa Direct CA | 243.12 | 549.65 |
| 06-10 | Deposit 06-07-19 Becu Seattle WA | 96.00 | 645.65 |
| 06-12 | POS Debit- Business Debit Card 3287 06-11-19 Chevron 0208417 Mount Vernon WA | 56.60- | 589.05 |
| 06-13 | POS Debit - Business Debit Card 3287 Transaction 06-12-19 7-Eleven Burien WA | 4.38- | 584.67 |
| 06-13 | POS Debit- Business Debit Card 3287 06-12-19 McDonald's F13369 Seattle WA | 6.37- | 578.30 |
| 06-14 | POS Debit- Business Debit Card 3287 06-13-19 McDonald's F13369 Seattle WA | 4.61- | 573.69 |
| 06-14 | POS Debit- Business Debit Card 3287 06-13-19 Apl*itunes.Com/Bil 866-712-7753 CA | 16.50- | 557.19 |
| 06-14 | POS Debit - Business Debit Card 3287 Transaction 06-13-19 The Home Depot #4702 Seattle WA | 68.83- | 488.36 |
| 06-14 | Check 1080 | 48.40- | 439.96 |
| 06-17 | POS Credit Adjustment 3287 Transaction 06-15-19 The Home Depot 8944 Seattle WA | 66.66 | 506.62 |
| 06-17 | POS Credit Adjustment 3287 Transaction 06-13-19 The Home Depot 470 | 93.70 | 600.32 |
| 06-17 | POS Debit - Business Debit Card 3287 Transaction 06-15-19 The Home Depot 8944 Seattle WA | 34.58- | 565.74 |
| 06-17 | POS Debit- Business Debit Card 3287 06-13-19 The Home Depot #47 Seattle WA | 150.00- | 415.74 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002704



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 4

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| | Check 1059 | 200.00- | 215.74 |
| 06-20 | Bank Wire Deposit | 20,425.00 | 20,640.74 |
| 06-24 | POS Credit Adjustment 3287 Transaction 06-21-19 Sqc*cash App Shibl Visa Direct | | |
| | CA | 243.12 | 20,883.86 |
| 06-24 | POS Debit- Business Debit Card 3287 06-24-19 Lowes #00149* 425-259-2017 WA | 291.62- | 20,592.24 |
| 06-24 | Transfer To Shares | 20,000.00- | 592.24 |
| | Es1 LLC | | |
| 06-25 | POS Debit- Business Debit Card 3287 06-24-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 575.74 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-19 King CO Solid Wast Seattle WA | 140.48- | 435.26 |
| 06-26 | POS Debit- Business Debit Card 3287 06-25-19 Waste Mgmt Wm Ezpa | | |
| | 866-834-2080 TX | 148.76- | 286.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 Snohomish County | | |
| | Clerk Everett WA | 1.00- | 285.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 USPS PO 54764600 | | |
| | 4412 Seattle WA | 2.00- | 283.50 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 The Home Depot 8944 | | |
| | Seattle WA | 11.54- | 271.96 |
| 06-27 | POS Debit - Business Debit Card 3287 Transaction 06-26-19 The Home Depot 8944 | | |
| | Seattle WA | 118.84- | 153.12 |
| 06-28 | POS Debit- Business Debit Card 3287 06-27-19 Adobe *acropro Sub 800-833-6687 | | |
| | CA | 16.50- | 136.62 |
| 06-28 | Dividend | 0.13 | 136.75 |
| **06-30** | **Ending Balance** | | **136.75** |

*Average Daily Balance - Current Cycle: $3,046.51*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 06-03 | POS | 4.99 | 06-25 | POS | 16.50 |
| 06-04 | POS | 16.50 | 06-25 | POS | 140.48 |
| 06-06 | POS | 896.03 | 06-26 | POS | 148.76 |
| 06-12 | POS | 56.60 | 06-27 | POS | 1.00 |
| 06-13 | POS | 4.38 | 06-27 | POS | 2.00 |
| 06-13 | POS | 6.37 | 06-27 | POS | 11.54 |
| 06-14 | POS | 4.61 | 06-27 | POS | 118.84 |
| 06-14 | POS | 16.50 | 06-28 | POS | 16.50 |
| 06-14 | POS | 68.83 | 06-17 | 001059 - Check | 200.00 |
| 06-17 | POS | 34.58 | 06-04 | 001076 - Check | 1,000.00 |
| 06-17 | POS | 150.00 | 06-03 | 001077 - Check | 500.00 |
| 06-24 | POS | 291.62 | 06-14 | 001080 - Check | 48.40 |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 0.02 |
| 06-04 | Transfer To Checking | 0.02- | 0.00 |
| 06-24 | Transfer From Checking | 20,000.00 | 20,000.00 |
| | Es1 LLC | | |
| 06-28 | Dividend | 0.96 | 20,000.96 |
| **06-30** | **Ending Balance** | | **20,000.96** |

DOJ-01-0000002705



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/19 - 06/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002706

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 3

**Statement of Account**

Statement Period
07/01/19 - 07/31/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000JML90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

We've updated our Navy Federal Business Debit Card Disclosure with changes to the
International Service Assessment fee. Please see enclosed disclosure or go to
**navyfederal.org/bdisc** to see this update and other important changes in sections 3, 7, 8, 13
and 15.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $136.75 | $598.85 | $447.89 | $287.71 | $0.44 |
| **Business Savings** 3035594690 | $20,000.96 | $0.00 | $20,000.96 | $0.00 | $3.23 |
| **Totals** | **$20,137.71** | **$598.85** | **$20,448.85** | **$287.71** | **$3.67** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 136.75 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4057027132997303559469000000000000000000000000000000000008

DOJ-01-0000002707



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
07/01/19 - 07/31/19

Access No. 6812798

**Business Checking - 7027132997**                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 07-01 | eDeposit-Svc Fee | 1.00- | 135.75 |
| 07-01 | POS Debit- Business Debit Card 3287 06-27-19 King County Dja Seattle WA | 4.49- | 131.26 |
| 07-01 | POS Debit- Business Debit Card 3287 06-30-19 Sq *kurt Tonnemake Bellevue WA | 16.00- | 115.26 |
| 07-01 | POS Debit- Business Debit Card 3287 06-29-19 Shell Oil 57444961 Seattle WA | 57.41- | 57.85 |
| 07-02 | POS Debit- Business Debit Card 3287 06-30-19 The Home Depot #89 Seattle WA | 64.66- | 6.81- |
| 07-03 | Transfer From Shares | 0.96 | 5.85- |
| 07-03 | Business Debit Card Overdraft Fee 07-03-19 The Home Depot #89 | 29.00- | 34.85- |
| 07-03 | POS Debit- Business Debit Card 3287 07-01-19 Shell Oil 57444961 Seattle WA | 6.69- | 41.54- |
| 07-05 | Business Debit Card Overdraft Fee 07-04-19 Shell 57444961 | 29.00- | 70.54- |
| 07-08 | POS Credit Adjustment 3287 Transaction 07-07-19 Sqc*cash App Shibl Visa Direct CA | 243.12 | 172.58 |
| 07-08 | POS Debit- Business Debit Card 3287 06-12-19 Taco Time West Sea Seattle WA | 14.96- | 157.62 |
| 07-09 | POS Debit- Business Debit Card 3287 07-08-19 Whitepages 800-9529005 WA | 5.49- | 152.13 |
| 07-09 | POS Debit- Business Debit Card 3287 07-07-19 Shell Oil 57444961 Seattle WA | 14.20- | 137.93 |
| 07-10 | POS Credit Adjustment 3287 Transaction 07-09-19 The Home Depot 8944 Seattle WA | 34.58 | 172.51 |
| 07-10 | POS Debit - Business Debit Card 3287 Transaction 07-09-19 The Home Depot 8944 Seattle WA | 114.79- | 57.72 |
| 07-11 | POS Debit- Business Debit Card 3287 07-10-19 Chevron 0205006 Seattle WA | 40.70- | 17.02 |
| 07-19 | POS Debit- Business Debit Card 3287 07-18-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 0.52 |
| 07-22 | POS Credit Adjustment 3287 Transaction 07-21-19 Sqc*cash App Shibl Visa Direct CA | 170.19 | 170.71 |
| 07-26 | POS Debit- Business Debit Card 3287 07-25-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 154.21 |
| 07-29 | POS Debit- Business Debit Card 3287 07-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 137.71 |
| 07-31 | Transfer From Checking Eric R Shibley MD Pllc | 150.00 | 287.71 |
| **07-31** | **Ending Balance** | | **287.71** |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| — — | ( ) | | | ( ) |

DOJ-01-0000002708

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/19 - 07/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

*Average Daily Balance - Current Cycle: $63.09*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-01 | POS | 4.49 | 07-09 | POS | 14.20 |
| 07-01 | POS | 16.00 | 07-10 | POS | 114.79 |
| 07-01 | POS | 57.41 | 07-11 | POS | 40.70 |
| 07-02 | POS | 64.66 | 07-19 | POS | 16.50 |
| 07-03 | POS | 6.69 | 07-26 | POS | 16.50 |
| 07-08 | POS | 14.96 | 07-29 | POS | 16.50 |
| 07-09 | POS | 5.49 | | | |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | Beginning Balance | | 20,000.96 |
| 07-01 | Transfer To Savings | 20,000.00- | 0.96 |
| 07-03 | Transfer To Checking | 0.96- | 0.00 |
| **07-31** | **Ending Balance** | | **0.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002709

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000AMU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $287.71 | $23,506.69 | $20,569.47 | $3,224.93 | $0.52 |
| **Business Savings** 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$287.71** | **$23,506.69** | **$20,569.47** | **$3,224.93** | **$3.75** |

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 287.71 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7027132997 | Checking | | |
| 3035594690 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057027132997303559469000000000000000000000000000000008

DOJ-01-0000002710



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Bank Wire Deposit | 5,000.00 | 5,287.71 |
| 08-01 | eDeposit-Svc Fee | 1.00- | 5,286.71 |
| 08-01 | POS Debit- Business Debit Card 3287 07-31-19 Whitepages 800-9529005 WA | 5.49- | 5,281.22 |
| 08-01 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 14.93- | 5,266.29 |
| 08-01 | Paid To - Capital One Online Pmt Chk 5140551 | 137.51- | 5,128.78 |
| 08-02 | Transfer To Checking | 5,000.00- | 128.78 |
| 08-06 | POS Debit- Business Debit Card 3287 08-05-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 112.28 |
| 08-09 | POS Credit Adjustment 3287 Transaction 08-08-19 Cash App*cash Out Visa Direct CA | 194.50 | 306.78 |
| 08-09 | Transfer From Checking | 8,000.00 | 8,306.78 |
| 08-09 | POS Debit- Business Debit Card 3287 08-08-19 Apl* Itunes.Com/Bi 866-712-7753 CA | 16.50- | 8,290.28 |
| 08-09 | Check 1 | 7,000.00- | 1,290.28 |
| 08-12 | POS Credit Adjustment 3287 Transaction 08-11-19 Cash App*cash Out Visa Direct CA | 243.12 | 1,533.40 |
| 08-13 | Transfer From Checking | 5,000.00 | 6,533.40 |
| 08-13 | Check 100 | 5,000.00- | 1,533.40 |
| 08-16 | POS Credit Adjustment 3287 Transaction 08-16-19 Cash App*cash Out Visa Direct CA | 243.12 | 1,776.52 |
| 08-19 | ATM Withdrawal 08-16-19 Becu Seattle WA | 600.00- | 1,176.52 |
| 08-19 | POS Debit- Business Debit Card 3287 08-18-19 Panda Express #102 Burien WA | 12.82- | 1,163.70 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-18-19 IKEA Seattle Renton WA | 21.45- | 1,142.25 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-18-19 The Home Depot 8944 Seattle WA | 121.53- | 1,020.72 |
| 08-19 | POS Debit - Business Debit Card 3287 Transaction 08-17-19 The Home Depot 8944 Seattle WA | 164.82- | 855.90 |
| 08-20 | POS Debit- Business Debit Card 3287 08-19-19 Seattle City Light 206-684-3000 WA | 338.78- | 517.12 |
| 08-21 | ATM Withdrawal 08-20-19 Becu Seattle WA | 300.00- | 217.12 |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)     --    --    -- | | HOME TELEPHONE NUMBER  (      ) | | DAYTIME TELEPHONE NUMBER  (      ) |

DOJ-01-0000002711



Page 3 of 4

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997                                              (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-22 | Transfer From Checking | 3,500.00 | 3,717.12 |
| | Eric R Shibley MD Pllc | | |
| 08-22 | POS Debit- Business Debit Card 3287 08-20-19 Matador West Seatt Seattle WA | 15.96- | 3,701.16 |
| 08-26 | POS Debit- Business Debit Card 3287 08-24-19 Mikou Teriyaki Seattle WA | 19.25- | 3,681.91 |
| 08-26 | POS Debit - Business Debit Card 3287 Transaction 08-24-19 T-Mobile 4755 Fauntler Seattle WA | 47.73- | 3,634.18 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 Shell Oil 57444961 Seattle WA | 9.28- | 3,624.90 |
| 08-27 | POS Debit - Business Debit Card 3287 Transaction 08-26-19 The Home Depot 8944 Seattle WA | 28.59- | 3,596.31 |
| 08-27 | POS Debit - Business Debit Card 3287 Transaction 08-26-19 The Home Depot #4702 Seattle WA | 67.77- | 3,528.54 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 The Home Depot 470 Seattle WA | 81.39- | 3,447.15 |
| 08-27 | POS Debit- Business Debit Card 3287 08-25-19 The Home Depot 894 Seattle WA | 85.72- | 3,361.43 |
| 08-27 | Paid To - Genesisfs Card 8009582556 Chk 5100001 | 71.45- | 3,289.98 |
| 08-27 | Paid To - Capital One Online Pmt Chk 5140551 | 247.37- | 3,042.61 |
| 08-28 | POS Credit Adjustment 3287 Transaction 08-26-19 The Home Depot #89 | 15.27 | 3,057.88 |
| 08-28 | POS Credit Adjustment 3287 Transaction 08-27-19 The Home Depot #4702 Seattle WA | 107.10 | 3,164.98 |
| 08-28 | POS Debit- Business Debit Card 3287 08-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 3,148.48 |
| 08-28 | POS Debit- Business Debit Card 3287 08-26-19 Chontong Thai Cuis Seatac WA | 21.69- | 3,126.79 |
| 08-28 | POS Debit- Business Debit Card 3287 08-27-19 The Home Depot 470 Seattle WA | 100.00- | 3,026.79 |
| 08-28 | POS Debit - Business Debit Card 3287 Transaction 08-27-19 The Home Depot 8944 Seattle WA | 126.15- | 2,900.64 |
| 08-28 | POS Debit- Business Debit Card 3287 08-26-19 Seatown Electric 206-9053690 WA | 273.90- | 2,626.74 |
| 08-29 | POS Credit Adjustment 3287 Transaction 08-27-19 The Home Depot #47 | 22.93 | 2,649.67 |
| 08-29 | POS Debit- Business Debit Card 3287 08-27-19 Starbucks Store 03 Seattle WA | 12.06- | 2,637.61 |
| 08-29 | POS Debit- Business Debit Card 3287 08-28-19 Les Schwab Tires # Seattle WA | 155.40- | 2,482.21 |
| 08-29 | POS Debit- Business Debit Card 3287 08-28-19 Waste Mgmt Wm Ezpa 866-834-2080 TX | 299.01- | 2,183.20 |
| 08-30 | POS Credit Adjustment 3287 Transaction 08-28-19 The Home Depot #47 | 37.45 | 2,220.65 |
| 08-30 | POS Credit Adjustment 3287 Transaction 08-29-19 Cash App*cash Out Visa Direct CA | 243.12 | 2,463.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 200.00 | 2,663.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 200.00 | 2,863.77 |
| 08-30 | Deposit 08-29-19 Becu Seattle WA | 500.00 | 3,363.77 |
| 08-30 | POS Debit- Business Debit Card 3287 08-29-19 McDonald's F13604 Seattle WA | 11.42- | 3,352.35 |
| 08-30 | POS Debit- Business Debit Card 3287 08-28-19 The Home Depot #47 Seattle WA | 27.50- | 3,324.85 |
| 08-30 | POS Debit- Business Debit Card 3287 08-28-19 The Home Depot 470 Seattle WA | 100.00- | 3,224.85 |
| 08-30 | Dividend | 0.08 | 3,224.93 |
| **08-31** | **Ending Balance** | | **3,224.93** |

*Average Daily Balance - Current Cycle: $1,795.03*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-01 | ACH | 14.93 | 08-19 | POS | 121.53 |
| 08-01 | ACH | 137.51 | 08-19 | POS | 164.82 |
| 08-27 | ACH | 71.45 | 08-19 | POS | 12.82 |
| 08-27 | ACH | 247.37 | 08-19 | POS | 21.45 |
| 08-01 | POS | 5.49 | 08-20 | POS | 338.78 |
| 08-06 | POS | 16.50 | 08-22 | POS | 15.96 |
| 08-09 | POS | 16.50 | 08-26 | POS | 19.25 |

DOJ-01-0000002712

Page 4 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/19 - 08/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-26 | POS | 47.73 | 08-29 | POS | 12.06 |
| 08-27 | POS | 67.77 | 08-29 | POS | 155.40 |
| 08-27 | POS | 81.39 | 08-29 | POS | 299.01 |
| 08-27 | POS | 85.72 | 08-30 | POS | 11.42 |
| 08-27 | POS | 9.28 | 08-30 | POS | 27.50 |
| 08-27 | POS | 28.59 | 08-30 | POS | 100.00 |
| 08-28 | POS | 16.50 | 08-19 | ATMO | 600.00 |
| 08-28 | POS | 21.69 | 08-21 | ATMO | 300.00 |
| 08-28 | POS | 100.00 | 08-09 | 000001 - Check | 7,000.00 |
| 08-28 | POS | 126.15 | 08-13 | 000100 - Check | 5,000.00 |
| 08-28 | POS | 273.90 | | | |

## Savings

### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **08-31** | **Ending Balance** | | **0.00** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
- If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002713

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000SQE90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### GET A BONUS WHEN YOU REFINANCE WITH US
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7027132997 | $3,224.93 | $19,192.63 | $21,935.65 | $481.91 | $0.62 |
| **Business Savings** 3035594690 | $0.00 | $600.00 | $600.00 | $0.00 | $3.23 |
| **Totals** | **$3,224.93** | **$19,792.63** | **$22,535.65** | **$481.91** | **$3.85** |

## Checking
### Business Checking - 7027132997

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-01 | Beginning Balance | | 3,224.93 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7027132997 | Checking | |
| 3035594690 | Savings | |
| | | |
| | | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

⑃05702713299730355946900000000000000000000000000000000008

DOJ-01-0000002714



**NAVY FEDERAL Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ES1 LLC

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-03 | Transfer From Checking | 750.00 | 3,974.93 |
|       | Eric R Shibley MD Pllc | | |
| 09-03 | eDeposit-Svc Fee | 1.00- | 3,973.93 |
| 09-03 | POS Debit- Business Debit Card 3287 08-31-19 Whitepages 800-9529005 WA | 5.49- | 3,968.44 |
| 09-03 | POS Debit- Business Debit Card 3287 09-02-19 Tst* Cactus - Madi Seattle WA | 26.53- | 3,941.91 |
| 09-03 | POS Debit - Business Debit Card 3287 Transaction 08-30-19 The Home Depot 8944 Seattle WA | 165.68- | 3,776.23 |
| 09-03 | POS Debit - Business Debit Card 3287 Transaction 09-02-19 The Home Depot #4702 Seattle WA | 1,071.99- | 2,704.24 |
| 09-03 | Transfer To Checking | 160.00- | 2,544.24 |
|       | Eric R Shibley MD Pllc | | |
| 09-03 | Stop Payment Fee | 25.00- | 2,519.24 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot #4702 Seattle WA | 109.24 | 2,628.48 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 116.99 | 2,745.47 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 450.41 | 3,195.88 |
| 09-04 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 8944 Seattle WA | 533.42 | 3,729.30 |
| 09-04 | POS Debit- Business Debit Card 3287 09-03-19 The Home Depot 470 Seattle WA | 460.63- | 3,268.67 |
| 09-05 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot #47 | 76.19 | 3,344.86 |
| 09-05 | POS Credit Adjustment 3287 Transaction 09-03-19 The Home Depot 894 | 384.44 | 3,729.30 |
| 09-05 | Transfer From Checking | 1,000.00 | 4,729.30 |
|       | Eric R Shibley | | |
| 09-05 | POS Debit- Business Debit Card 3287 09-02-19 U-Haul Moving & ST Seattle WA | 198.70- | 4,530.60 |
| 09-05 | Transfer To Checking | 900.00- | 3,630.60 |
|       | Eric R Shibley MD Pllc | | |

## CHANGE OF ADDRESS

PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002715



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-06 | POS Credit Adjustment 3287 Transaction 09-04-19 The Home Depot 894 | 100.00 | 3,730.60 |
| 09-06 | Transfer From Checking | 500.00 | 4,230.60 |
|  | Eric R Shibley |  |  |
| 09-06 | ATM Withdrawal 09-05-19 Becu Seattle WA | 600.00- | 3,630.60 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 Panera Bread #2022 Kent WA | 8.34- | 3,622.26 |
| 09-06 | POS Debit- Business Debit Card 3287 09-05-19 Fedex 789589889535 Memphis TN | 10.50- | 3,611.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-06-19 Comcast Bellingh C 800-266-2278 |  |  |
|  | WA | 25.00- | 3,586.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 The Home Depot 894 Seattle WA | 100.00- | 3,486.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-04-19 The Home Depot 894 Seattle WA | 100.00- | 3,386.76 |
| 09-06 | POS Debit- Business Debit Card 3287 09-05-19 City Lgt Cl So. #6 Seattle WA | 728.00- | 2,658.76 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-05-19 The Home Depot #89 | 36.14 | 2,694.90 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-07-19 The Home Depot #4702 Seattle |  |  |
|  | WA | 137.13 | 2,832.03 |
| 09-09 | POS Credit Adjustment 3287 Transaction 09-07-19 Cash App*cash Out Visa Direct |  |  |
|  | CA | 194.50 | 3,026.53 |
| 09-09 | Deposit 09-06-19 Becu Seattle WA | 100.00 | 3,126.53 |
| 09-09 | Deposit 09-06-19 Becu Seattle WA | 400.00 | 3,526.53 |
| 09-09 | POS Debit - Business Debit Card 3287 Transaction 09-07-19 The Home Depot #4705 |  |  |
|  | Tukwila WA | 143.15- | 3,383.38 |
| 09-10 | POS Debit - Business Debit Card 3287 Transaction 09-09-19 The Home Depot 8944 |  |  |
|  | Seattle WA | 20.74- | 3,362.64 |
| 09-10 | POS Debit- Business Debit Card 3287 09-09-19 City Lgt Cl So. #6 Seattle WA | 372.00- | 2,990.64 |
| 09-11 | POS Credit Adjustment 3287 Transaction 09-09-19 The Home Depot #89 | 150.00 | 3,140.64 |
| 09-11 | Transfer From Checking | 500.00 | 3,640.64 |
|  | Eric R Shibley MD Pllc |  |  |
| 09-11 | POS Debit- Business Debit Card 3287 09-09-19 The Home Depot #89 Seattle WA | 150.00- | 3,490.64 |
| 09-11 | POS Debit - Business Debit Card 3287 Transaction 09-10-19 The Home Depot 8944 |  |  |
|  | Seattle WA | 228.34- | 3,262.30 |
| 09-11 | POS Debit- Business Debit Card 3287 09-10-19 Seattle Public Uti 206-684-3000 WA | 596.82- | 2,665.48 |
| 09-12 | Deposit - ACH Paid From Last Chance Fund Funding 091219 | 4,655.00 | 7,320.48 |
| 09-12 | Deposit - ACH Paid From Fox Capital Grou ACH Pmt 091219 | 5,400.00 | 12,720.48 |
| 09-12 | POS Debit - Business Debit Card 3287 Transaction 09-11-19 The Home Depot #4702 |  |  |
|  | Seattle WA | 44.39- | 12,676.09 |
| 09-12 | Stop Payment Fee | 40.00- | 12,636.09 |
| 09-12 | Check 10 | 7,500.00- | 5,136.09 |
| 09-13 | POS Debit- Business Debit Card 3287 09-11-19 The Home Depot #47 Seattle WA | 5.33- | 5,130.76 |
| 09-13 | POS Debit- Business Debit Card 3287 09-12-19 Simply Thai Tukwila WA | 16.50- | 5,114.26 |
| 09-13 | POS Debit- Business Debit Card 3287 09-11-19 The Home Depot 470 Seattle WA | 100.00- | 5,014.26 |
| 09-16 | POS Credit Adjustment 3287 Transaction 09-12-19 The Home Depot #89 | 6.57 | 5,020.83 |
| 09-16 | POS Credit Adjustment 3287 Transaction 09-13-19 Cash App*cash Out Visa Direct |  |  |
|  | CA | 243.12 | 5,263.95 |
| 09-16 | POS Debit- Business Debit Card 3287 09-13-19 The Home Depot #47 Seattle WA | 1.34- | 5,262.61 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 6.57- | 5,256.04 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 Panera Bread #2022 Kent WA | 6.58- | 5,249.46 |
| 09-16 | POS Debit- Business Debit Card 3287 09-15-19 Panera Bread #2022 Kent WA | 6.81- | 5,242.65 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 6.87- | 5,235.78 |
| 09-16 | POS Debit- Business Debit Card 3287 09-13-19 McDonald's F2934 Auburn WA | 10.32- | 5,225.46 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 Panera Bread #2022 Kent WA | 33.06- | 5,192.40 |
| 09-16 | POS Debit- Business Debit Card 3287 09-12-19 The Home Depot #89 Seattle WA | 33.65- | 5,158.75 |

DOJ-01-0000002716



Page 4 of 6

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7027132997**                                      (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-16 | POS Debit- Business Debit Card 3287 09-14-19 The Home Depot 470 Seattle WA | 100.00- | 5,058.75 |
| 09-16 | POS Debit - Business Debit Card 3287 Transaction 09-14-19 The Home Depot 8944 Seattle WA | 267.67- | 4,791.08 |
| 09-16 | POS Debit- Business Debit Card 3287 Transaction 09-13-19 Reliable Wrenchers Kent WA | 914.55- | 3,876.53 |
| 09-17 | Deposit 09-16-19 Becu Seattle WA | 800.00 | 4,676.53 |
| 09-18 | POS Credit Adjustment 3287 Transaction 09-17-19 The Home Depot 8944 Seattle WA | 165.66 | 4,842.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 3,792.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 2,742.19 |
| 09-18 | POS Debit- Business Debit Card 3287 09-17-19 Civic Financial SE 424-3367940 CA | 1,050.00- | 1,692.19 |
| 09-19 | Transfer From Checking Eric R Shibley MD Pllc | 700.00 | 2,392.19 |
| 09-20 | POS Debit- Business Debit Card 3287 09-18-19 The Home Depot #47 Seattle WA | 50.12- | 2,342.07 |
| 09-23 | POS Credit Adjustment 3287 Transaction 09-22-19 The Home Depot 8944 Seattle WA | 62.60 | 2,404.67 |
| 09-23 | Paid To - Kabbage Payment Chk 9100001 | 1,508.34- | 896.33 |
| 09-25 | Transfer From Shares Es1 LLC | 600.00 | 1,496.33 |
| 09-25 | POS Debit- Business Debit Card 3287 09-24-19 Good2Goreplenish 866-936-8246 WA | 30.00- | 1,466.33 |
| 09-25 | Transfer To Checking Eric R Shibley MD Pllc | 200.00- | 1,266.33 |
| 09-25 | Transfer To Shares | 600.00- | 666.33 |
| 09-26 | ATM Withdrawal 09-25-19 Becu Seattle WA | 600.00- | 66.33 |
| 09-27 | POS Credit Adjustment 3287 Transaction 09-26-19 Cash App*cash Out Visa Direct CA | 243.12 | 309.45 |
| 09-27 | Returned Item Fee 11 | 29.00- | 280.45 |
| 09-30 | POS Credit Adjustment 3287 Transaction 09-28-19 Cash App*cash Out Visa Direct CA | 778.00 | 1,058.45 |
| 09-30 | ATM Withdrawal 09-27-19 Becu Seattle WA | 280.00- | 778.45 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Panda Express #102 Burien WA | 10.78- | 767.67 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 McDonald's F13369 Seattle WA | 14.83- | 752.84 |
| 09-30 | POS Debit- Business Debit Card 3287 09-27-19 Adobe *acropro Sub 800-833-6687 CA | 16.50- | 736.34 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Panera Bread #2022 Tukwila WA | 23.29- | 713.05 |
| 09-30 | POS Debit- Business Debit Card 3287 09-28-19 Chevron 0205006 Seattle WA | 55.21- | 657.84 |
| 09-30 | POS Debit- Business Debit Card 3287 09-30-19 Comcast Cable Comm 800-Comcast WA | 79.29- | 578.55 |
| 09-30 | POS Debit - Business Debit Card 3287 Transaction 09-27-19 International Food Baz Kent WA | 96.74- | 481.81 |
| 09-30 | Dividend | 0.10 | 481.91 |
| **09-30** | **Ending Balance** | | **481.91** |

*Average Daily Balance - Current Cycle: $2,552.50*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-23 | ACH | 1,508.34 | 09-04 | POS | 460.63 |
| 09-03 | POS | 26.53 | 09-05 | POS | 198.70 |
| 09-03 | POS | 165.68 | 09-06 | POS | 10.50 |
| 09-03 | POS | 1,071.99 | 09-06 | POS | 25.00 |
| 09-03 | POS | 5.49 | 09-06 | POS | 100.00 |

DOJ-01-0000002717



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 5 of 6

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-06 | POS | 100.00 | 09-16 | POS | 100.00 |
| 09-06 | POS | 728.00 | 09-16 | POS | 267.67 |
| 09-06 | POS | 8.34 | 09-16 | POS | 914.55 |
| 09-09 | POS | 143.15 | 09-16 | POS | 1.34 |
| 09-10 | POS | 372.00 | 09-18 | POS | 1,050.00 |
| 09-10 | POS | 20.74 | 09-18 | POS | 1,050.00 |
| 09-11 | POS | 228.34 | 09-18 | POS | 1,050.00 |
| 09-11 | POS | 596.82 | 09-20 | POS | 50.12 |
| 09-11 | POS | 150.00 | 09-25 | POS | 30.00 |
| 09-12 | POS | 44.39 | 09-30 | POS | 10.78 |
| 09-13 | POS | 16.50 | 09-30 | POS | 14.83 |
| 09-13 | POS | 100.00 | 09-30 | POS | 16.50 |
| 09-13 | POS | 5.33 | 09-30 | POS | 23.29 |
| 09-16 | POS | 6.57 | 09-30 | POS | 55.21 |
| 09-16 | POS | 6.58 | 09-30 | POS | 79.29 |
| 09-16 | POS | 6.81 | 09-30 | POS | 96.74 |
| 09-16 | POS | 6.87 | 09-06 | ATMO | 600.00 |
| 09-16 | POS | 10.32 | 09-26 | ATMO | 600.00 |
| 09-16 | POS | 33.06 | 09-30 | ATMO | 280.00 |
| 09-16 | POS | 33.65 | 09-12 | 000010 - Check | 7,500.00 |

## Savings

**Business Savings - 3035594690**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-01 | Beginning Balance | | 0.00 |
| 09-25 | Transfer From Checking | 600.00 | 600.00 |
| 09-25 | Transfer To Checking | 600.00- | 0.00 |
| | Es1 LLC | | |
| **09-30** | **Ending Balance** | | **0.00** |

DOJ-01-0000002718

Page 6 of 6



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/19 - 09/30/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002719

Page 1 of 4

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000OMC90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**GET A BONUS WHEN YOU REFINANCE WITH US**
Refinance your current auto loan from another lender with us and you can earn a great bonus.
• Easy application and fast approval process • Flexible terms and payment options
Easily apply with our mobile app,* online or at your local branch. **navyfederal.org/auto**
Federally insured by NCUA. *Message and data rates may apply. Visit navyfederal.org for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** | | | | | |
| 7027132997 | $481.91 | $861.75 | $1,343.66 | $0.00 | $0.63 |
| 7096277053 | $0.00 | $29.00 | $24.42 | $4.58 | $0.00 |
| **Business Savings** | | | | | |
| 3035594690 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 |
| **Totals** | **$481.91** | **$890.75** | **$1,368.08** | **$4.58** | **$3.86** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7027132997 | Checking | |
| 7096277053 | Checking | |
| 3035594690 | Savings | |
| | | |
| | TOTAL | |

4057027132997709627705330355946900000000000000000000000004

DOJ-01-0000002720

Page 2 of 4



NAVY FEDERAL Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Checking

**Business Checking - 7027132997**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-01 | Beginning Balance | | 481.91 |
| 10-01 | eDeposit-Svc Fee | 1.00- | 480.91 |
| 10-01 | POS Debit- Business Debit Card 3287 09-29-19 The Home Depot #47 Seattle WA | 30.82- | 450.09 |
| 10-02 | POS Debit- Business Debit Card 3287 10-01-19 McDonald's F13369 Seattle WA | 3.73- | 446.36 |
| 10-02 | POS Debit- Business Debit Card 3287 10-01-19 Whitepages 800-9529005 WA | 4.99- | 441.37 |
| 10-02 | POS Debit- Business Debit Card 3287 09-30-19 App Inc W Marginal Seattle WA | 46.15- | 395.22 |
| 10-03 | POS Debit- Business Debit Card 3287 10-02-19 McDonald's F27796 Gig Harbor WA | 5.40- | 389.82 |
| 10-03 | POS Debit- Business Debit Card 3287 10-02-19 Franz Family Baker Bremerton WA | 5.58- | 384.24 |
| 10-03 | POS Debit- Business Debit Card 3287 10-01-19 Arco#07155Arco #07 Seattle WA | 44.90- | 339.34 |
| 10-07 | POS Debit- Business Debit Card 3287 10-05-19 Panera Bread #2022 Kent WA | 23.29- | 316.05 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 McDonald's F13369 Seattle WA | 3.73- | 312.32 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 Main ST Gyros Seattle WA | 16.48- | 295.84 |
| 10-08 | POS Debit- Business Debit Card 3287 10-07-19 Seattle Public Uti 206-684-3000 WA | 202.00- | 93.84 |
| 10-09 | Transfer From Checking | 600.00 | 693.84 |
| | Eric R Shibley MD Pllc | | |
| 10-09 | POS Debit- Business Debit Card 3287 10-07-19 MacRina Sodo Seattle WA | 6.50- | 687.34 |
| 10-09 | Paid To - Capital One Online Pmt Chk 5140551 | 80.00- | 607.34 |
| 10-10 | POS Credit Adjustment 3287 Transaction 10-10-19 Cash App*cash Out Visa Direct CA | 194.50 | 801.84 |
| 10-10 | ATM Withdrawal 10-09-19 Becu Seattle WA | 600.00- | 201.84 |
| 10-15 | POS Debit- Business Debit Card 3287 10-14-19 Apl*itunes.Com/Bil 866-712-7753 CA | 16.50- | 185.34 |
| 10-15 | POS Debit- Business Debit Card 3287 10-14-19 Dropbox*81Zbslc5Dl Dropbox.Com CA | 131.99- | 53.35 |
| 10-16 | POS Debit- Business Debit Card 3287 10-14-19 The Home Depot #89 Seattle WA | 4.60- | 48.75 |
| 10-16 | Returned Item Fee 9100001 | 29.00- | 19.75 |
| 10-17 | Returned Item Fee 5100001 | 29.00- | 9.25- |
| 10-22 | Returned Item Fee 5100001 | 29.00- | 38.25- |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| --   --   -- | ( ) | | ( ) | |

DOJ-01-0000002721



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7027132997 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-24 | Returned Item Fee 9100001 | 29.00- | 67.25- |
| 10-25 | Refund - ACH Item Fees | 58.00 | 9.25- |
| 10-25 | Transfer From Checking | 9.24 | 0.01- |
| | Es1 LLC | | |
| 10-25 | Dividend | 0.01 | 0.00 |
| **10-31** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $132.65*
*Account Closed*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 10-09 | ACH | 80.00 | 10-08 | POS | 16.48 |
| 10-01 | POS | 30.82 | 10-08 | POS | 202.00 |
| 10-02 | POS | 4.99 | 10-08 | POS | 3.73 |
| 10-02 | POS | 46.15 | 10-09 | POS | 6.50 |
| 10-02 | POS | 3.73 | 10-15 | POS | 16.50 |
| 10-03 | POS | 5.58 | 10-15 | POS | 131.99 |
| 10-03 | POS | 44.90 | 10-16 | POS | 4.60 |
| 10-03 | POS | 5.40 | 10-10 | ATMO | 600.00 |
| 10-07 | POS | 23.29 | | | |

## Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-25 | Beginning Balance | | 0.00 |
| 10-25 | Refund - ACH Item Fees | 29.00 | 29.00 |
| 10-25 | Transfer To Checking | 9.24- | 19.76 |
| | Es1 LLC | | |
| 10-28 | POS Debit- Business Debit Card 3287 10-25-19 Panda Express 1649 Tukwila WA | 15.18- | 4.58 |
| **10-31** | **Ending Balance** | | **4.58** |

*Average Daily Balance - Current Cycle: $11.08*

### Items Paid

| Date | Item | Amount($) |
|---|---|---|
| 10-28 | POS | 15.18 |

## Savings
### Business Savings - 3035594690

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| **10-31** | **Ending Balance** | | **0.00** |

DOJ-01-0000002722



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/19 - 10/31/19

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002723

(Page 1 of 29)

**For Office Use Only:**
Business Access No. 6812798
Business Savings No. 30355946 90
Business Checking No. 70 2713 2997

# Navy Federal®
# Business Services Membership Application

**Business Information** *Please include appropriate proof of existence of your Business when mailing or bring it in with you when opening account at branch.*

Name of Business: **ES1 LLC**    Tax ID No. (EIN or SSN): ████5849

DBA Name: _____   Business Phone No. **615-554-6485**   Alternate Phone No. _____
*Cannot Be a Post Office Box*

Physical Address of Business: Street **4625 Meridian Ave N. #6**   City   State **Marysville WA**   Zip Code **98271**
*(if Different from Above Address)*

Mailing Address of Business: Street _____   City   State   Zip Code

List all additional locations of Business: Street _____   City   State   Zip Code
*If Any*

Business Email Address: **shibleenyc@yahoo.com**   Web Site Address _____   Date Business Established (Mo., Day, Yr.) _____

Source of Funds to Open Account: ☐ Personal Savings  ☒ Business Income  ☐ Business Investment from Third Party  ☐ Other _____
*Attach a separate sheet for additional Business locations.*

**Type of Business** *(Legal Structure of the Business). Additional documentation may be required.*

Legal Structure of Business

Sole Proprietorship _____   Partnership: General _____ Limited _____   Corporation _____   Limited Liability Company (LLC) ☒

| | | | |
|---|---|---|---|
| Required (two of the following): | Required: | Required: | Required: |
| ☐ Business License | ☐ Partnership Agreement | ☐ Articles of Incorporation | ☒ Articles of Organization |
| ☐ Trade Name Certificate | and one of the following: | and one of the following: | and one of the following: |
| ☐ Sales Tax Certificate | ☐ Registered Business Entity Proof | ☐ Legal Proof of Ownership | ☒ Legal Proof of Ownership |
| ☐ Sellers Permit | ☐ Federal Tax ID Number (TIN) Letter | ☐ Federal Tax ID Number (TIN) Letter | ☒ Federal Tax ID Number (TIN) Letter |
| ☐ Federal Tax ID Number (TIN) Letter | Other _____ | | |

**Business Details** *Required information. Entire section must be completed or account may be restricted.*

Does your Business provide one or more of the following products or services? Check all that apply and indicate the anticipated monthly transactional volume.

☐ Money Orders $ _____   ☐ Check Cashing $ _____   ☐ Money Transmission $ _____
☐ Traveler's Checks $ _____   ☐ Currency Dealing or Exchange $ _____   ☐ Gift Cards $ _____

Is your Business any of the following? *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ Finance & Insurance | ☐ Food Services _____ | ☐ Retail _____ | ☐ Transportation |
| ☐ Money Services Business (MSB) | ☐ Restaurant | ☐ Consulting _____ | ☐ Parking Garage |
| ☐ Legal Service Provider | ☐ Liquor Store | ☐ Construction | ☐ Cigarette Distributor |
| ☒ Real Estate | ☐ Convenience Store | ☐ Administrative Services | ☐ Internet gambling |
| ☐ Privately Owned ATM | ☐ Vending Machine Operator | ☐ Charity or Non-Governmental Organization (NGO) | ☐ Other _____ |

Describe the nature of your Business **Real estate (rentals**   NAICS Code _____

Estimated annual sales/revenue

☒ Less than $100,000   ☐ $100,000 - $500,000   ☐ $500,000 - $1,000,000   ☐ $1,000,000 - $3,000,000   ☐ Greater than $3,000,000

Anticipated monthly transaction amount **thousand dollars**

☒ Cash $ **2 to 3 thousand**   ☐ Checks $ _____   ☐ ACH Domestic $ _____   ☐ ACH Foreign $ _____
☐ Wire Domestic $ _____   ☐ Wire Foreign $ _____   ☐ Debit/Credit Cards $ _____

Business' primary trade area *(Check all that apply.)*   Do you have accounts for this Business with an institution other than Navy Federal?
☒ Local Community   ☐ Statewide   ☐ Domestic U.S.   ☐ International

Purpose/type of transactions for which your Navy Federal account will be used   Is the Internet a major source of revenue for your Business? ☐ Yes ☒ No   How many employees do you have? **None**
☒ Operating/General Purpose   ☐ Escrow Management   ☐ Savings/Investment

**Business Products and Services** *Please indicate the account(s) you are interested in establishing as well as the amount of the initial deposit(s). Please note fees may apply to the Basic, Plus, and Premium Checking Accounts. Refer to the Business Services Schedule of Fees and Charges for more information.*

☒ Membership Savings Account** $ _____   ☐ Savings Account $ _____   ☐ Money Market Savings Account $ _____
☒ Basic Checking $ _____   ☐ Plus Checking $ _____   ☐ Jumbo Money Market Savings Account $ _____
*(Owner and 1 signer allowed)*   *(Unlimited signers)*
☐ Premium Checking $ _____   **A Membership Savings Account (with minimum deposit of $5) is required for all Partnerships, LLCs, and Corporation.*
*(Unlimited signers)*   *By signing this application, I verify that all owners of the Business are eligible for Navy Federal membership.*

Page 1 of 4

© 2012 Navy Federal
NFCU 97Bep (8-12)

NAICS Code **5 3 1 1 1 0**   Emp. No. **1 9 1 0 6**   SOB Code **E U W**



Navy Federal Credit Union    06/05/2020

**U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 147
Admitted _____**

DOJ-01-0000002473

**Business Owner's Information** *If there is a Co-Owner, please complete Authorized Signers' boxes below.*

| Primary Owner's Name: First | MI | Last | Suffix | Date of Birth *(Mo., Day, Yr.)* | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes   ☐ No | *(If no, copy of ID and completion of the Additional Business Owner Information section required.)* | | | | ☐ Yes   ☐ No |
| Current Member? | | If Yes, Give Access No. | Title | | Issue Business Check Card? |

**Business Owner's Additional Information** *If you are not a member of Navy Federal and you are the owner of the Business, you are also required to fill out this information.*

Eligibility Category:

☐ Military   ☐ Navy   ☐ Marine Corps   ☐ Army   ☐ Air Force        ☐ Civilian   ☐ DoD   ☐ Contractor   ☐ U.S. Government   ☐ Navy Federal Employee

☐ Family

| | Name of Member through whom you are eligible | | Access No. | | Relationship |
|---|---|---|---|---|---|

| M/F | Owner: First | MI | Last | Suffix |
|---|---|---|---|---|
| Cannot Be a Post Office Box | | | | |

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|
| If Different from Above Address | | | |

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|
| | | | ☐ Yes   ☐ No |

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Office Phone No. | Extension |
|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information.*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

**Authorized Signers** *In addition to the Business Owner, the following named persons are authorized, on behalf of the Business, to execute any document required by Navy Federal to transact business, including to sign or endorse any order for the payment or withdrawal of funds from this account. A Business Owner is the only individual entitled to add and delete Authorized Signers. (Check the appropriate box to indicate if the Authorized Signer is also a current Member.)*

**Signer 1**

| M/F | Signer (1): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes   ☐ No | | | | | ☐ Yes   ☐ No |
| Current Member? | If Yes, Give Access No. | | Title | | Issue Business Check Card? |
| Cannot Be a Post Office Box | | | | | |

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|
| If Different from Above Address | | | |

| Mailing Address: Street | City | State | Zip Code |
|---|---|---|---|
| | | | ☐ Yes   ☐ No |

| Date of Birth *(Mo., Day, Yr.)* | Driver's License or Government-Issued ID No. | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |
|---|---|---|---|

| Home Phone No. | Mobile Phone No. | Office Phone No. | Extension |
|---|---|---|---|

**NOTE:** *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | Employer's Address |
|---|---|

| Type of Business | Job Title | No. of Years |
|---|---|---|

Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)*

▶

| Authorized Signer's Name (1) | Date *(Mo., Day, Yr.)* |
|---|---|

**Page 2 of 4**

**Authorized Signers** *(Continued)*
**Signer 2**

| M/F | Signer (2): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | ☐ Yes ☐ No |
| Current Member? | If Yes, Give Access No. | | Title | | Issue Business Check Card? |

Cannot Be a
Post Office Box

| Current Home Address: Street | | City | | State | | Zip Code |

If Different
from Above Address

| Mailing Address: Street | | City | | State | | Zip Code |
| | | | | | ☐ Yes ☐ No |
| Date of Birth *(Mo., Day, Yr.)* | | Driver's License or Government Issued ID No. | | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Mobile Phone No. | Office Phone No. | | Extension |

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | | Employer's Address |

| Type of Business | | Job Title | | No. of Years |

| Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)* |

▶

| Authorized Signer's Name (2) | | Date *(Mo., Day, Yr.)* |

**Signer 3**

| M/F | Signer (3): First | MI | Last | Suffix | Social Security No. *(ITIN)* |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | ☐ Yes ☐ No |
| Current Member? | If Yes, Give Access No. | | Title | | Issue Business Check Card? |

Cannot Be a
Post Office Box

| Current Home Address: Street | | City | | State | | Zip Code |

If Different
from Above Address

| Mailing Address: Street | | City | | State | | Zip Code |
| | | | | | ☐ Yes ☐ No |
| Date of Birth *(Mo., Day, Yr.)* | | Driver's License or Government-Issued ID No. | | Expiration Date *(Mo., Day, Yr.)* | U.S. Citizen? |

| Home Phone No. | Mobile Phone No. | Office Phone No. | | Extension |

NOTE: *If you earn income from another employer besides the Business, please provide the following information:*

| Employer's Name | | Employer's Address |

| Type of Business | | Job Title | | No. of Years |

| Additional Source(s) of Income *(Employment, Stocks, Alimony, etc.)* |

▶

| Authorized Signer's Name (3) | | Date *(Mo., Day, Yr.)* |

## How Did You Hear About Navy Federal Business Services?

☐ Web site     ☐ Internet     ☐ TV/Radio     ☐ Coworker or friend     ☐ Employer

☐ Family member     ☐ Newspaper or magazine     ☐ Other _____

**Page 3 of 4**

(Page 4   of   29)

## Disclosure and Agreement

I understand that this Agreement is not valid without my signature. The words "my," "me," "I," "you," or "your" refer to either the Business Owner or the business entity.

I confirm I have received and agree with the Business Disclosure Packet.

Membership at Navy Federal comes with certain ongoing responsibilities. By signing this document, I agree to abide by the properly disclosed terms and conditions of all business accounts and services that I may receive at Navy Federal. These terms and conditions will be disclosed in accordance with applicable state and federal laws. I agree to accept communications from Navy Federal, including account statements, at the mailing address I have provided in the Business Information section of this application, unless I instruct Navy Federal otherwise in writing. I also agree to notify Navy Federal of any change to this address.

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. *What this means for you:* When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Property may be transferred to the appropriate state if there has been no activity within the time period specified by state law.

▶ _____

| Signature for all Business Types | | Date (Mo., Day, Yr.) |

## Sole Proprietorship Signature

*By signing below, I agree that I have received all disclosures contained in this Account Application Packet. I also certify that I do not participate in any Internet gambling services.*

▶ _____

| Signature | Printed Name | Date (Mo., Day, Yr.) |

## General Partners/Owners for Partnership, Corporation, and Limited Liability Company (LLC) Signatures

*By signing below, I (we) agree that I (we) have received all disclosures contained in this Account Application Packet. I (we) also certify that I (we) do not participate in any Internet gambling services.*

▶ _____ Eric R. Shibley _____ 11/07/2022

| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

▶ _____

| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

▶ _____

| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

▶ _____

| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

▶ _____

| Signature | Printed Name | Title | Date (Mo., Day, Yr.) |

## Corporation or Limited Liability Company Information

*Please complete company name, date, and sign below.*

ESI LLC
_____
Company

Resolved, that the funds of Company are hereby authorized to be paid into the account(s) identified on the Account Application delivered to Navy Federal by the Company, and Navy Federal is hereby authorized to pay withdrawals signed in the name of the Company by any person whose signature appears as an Authorized Signer. Navy Federal further is authorized to accept pledges of all or any part of said account(s) as security for any loan made by it to the Company which shall be executed in the name of the Company by any of the signatories, Navy Federal is authorized to supply any endorsement for the Company and any signatory on any check or other instrument tendered for said account(s), and it is hereby relieved of any liability in connection with the collection of such items which are handled by Navy Federal without negligence, and it shall not be liable for the acts of its agents, subagents, or others or for any casualty. Withdrawals may not be made on account of such items until collected, and any amount not collected may be charged back to said account(s), including expenses incurred, and any other outside expenses relative to said account(s) may be charged to the Company. The Authorized Signatures are identified on this Account Application. I certify that I am the duly elected, qualified, and acting Secretary or Managing Member as the case may be of the above named Company, that the foregoing is a true and correct copy of a resolution adopted by the Company at a regular or duly called special meeting at which a quorum was present, that said resolution is recorded in its minutes, and that the Company is authorized to take such action, and that the signatures contained in this document are the true signatures of the persons authorized to sign as indicated in connection with said account(s).

This the _____ day of _____, 20 _____   ▶ _____

Signature of Secretary or Managing Member

Page 4 of 4

DOJ-01-0000002476

[HomeStreet] Bank®

Page 1 of 3

ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 15, 2020
This statement: June 30, 2020
Total days in statement period: 16

5329943109
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Basics Checking

| | | | | | |
|---|---|---|---|---|---|
| Account number | | 5329943109 | Beginning balance | | $0.00 |
| Low balance | | $3.80 | Total additions | | 7,003.80 |
| Average balance | | $1,709.81 | Total subtractions | | 7,000.00 |
| | | | Ending balance | | $3.80 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1003 | 06-22 | 2,000.00 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 06-19 | ' Withdrawal | 5,000.00 |
| | TLR26302 BR 263 | |

**CREDITS**

| Date | Description | Store/Location # | Additions |
|---|---|---|---|
| 06-15 | ' Deposit | | 300.00 |
| | TLR26304 BR 263 | | |
| 06-16 | ' Deposit | | 6,703.80 |
| | TLR26302 BR 263 | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-15 | 300.00 | 06-19 | 2,003.80 | | |
| 06-16 | 7,003.80 | 06-22 | 3.80 | | |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 148
Admitted _____

DOJ-02-0000007858

ES1 LLC
June 30, 2020                                                                    5329943109

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007859



### ACCOUNT BALANCE

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT   $ _____

\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK   \+ _____

\+ _____

SUBTOTAL   $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS   − _____

ACCOUNT BALANCE   $ _____

**ENTER HERE**

### REGISTER BALANCE

ENTER YOUR CHECKBOOK BALANCE   $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)   \+ _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)   \+ _____

**SUBTOTAL**   $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)   − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER)   − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)   − _____

**REGISTER BALANCE**   $ _____

**THESE SHOULD EQUAL**

### LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007860

Account:5329943109
Period:June 15, 2020 - June 30, 2020
Page:4 of 3



06/22/2020   1003   $2,000.00

[**Home**Street] *Bank*®

Page 1 of 1

ES1 LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 30, 2020
This statement: July 06, 2020
Total days in statement period: 6

5329943109
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

** Closed Account - Final Statement

## Business Basics Checking

| Account number | 5329943109 | Beginning balance | $3.80 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $3.17 | Total subtractions | 3.80 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Description | Subtractions |
|------|-------------|--------------|
| 07-06 | ' Withdrawal | 3.80 |
| | TLR60006 BR 600 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-30 | 3.80 | 07-06 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007862



**ACCOUNT BALANCE**

| | | |
|---|---|---|
| ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT | $ | _____ |
| | + | _____ |
| ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK | + | _____ |
| | + | _____ |
| SUBTOTAL | $ | _____ |
| ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS | − | _____ |
| ACCOUNT BALANCE | $ | _____ |

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

ENTER HERE

**REGISTER BALANCE**

| | | |
|---|---|---|
| ENTER YOUR CHECKBOOK BALANCE | $ | _____ |
| ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER) | + | _____ |
| | + | _____ |
| ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER) | + | _____ |
| **SUBTOTAL** | $ | _____ |
| SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER) | − | _____ |
| SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER) | − | _____ |
| SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER) | − | _____ |
| **REGISTER BALANCE** | $ | _____ |

THESE SHOULD EQUAL

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8ᵗʰ Ave S, Suite 100, Federal Way, WA 98003

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Rev. 1/15

DOJ-02-0000007863

**[HomeStreet] Bank·**

**New Account Agreement
For Business Accounts**

## ACCOUNT INFORMATION

Complete Legal Business Name ("Business Unit")
ES1 LLC

☒ Checking ☐ Money Market ☐ Savings ☐ Certificate of Deposit

Account Number
5329943109

| Physical Address | City | State | Zip |
|---|---|---|---|
| 4700 36th Ave Sw | Seattle | WA | 98126 |

| Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

☐ Sole Proprietorship ☐ Partnership ☐ Corporation ☐ LLC ☐ Unincorporated Association

Specific Type of Business (e.g. pre-owned car dealership, dentist office, fishing vessel)
residental construction

| Primary Phone | Secondary Phone | Business URL |
|---|---|---|
| 206-938-4291 | | |

| Business E-mail Address | Federal Tax Identification # |
|---|---|
| ers98126@gmail.com | ███5849 |

## SIGNATURES

Any one of the signers below has the authority to obligate this Business Unit to contracts and agreements with HomeStreet Bank. By signing on the signature line below you are certifying all information provided is true. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. You authorize HomeStreet Bank to verify credit and/or have a credit reporting agency prepare a credit report on the business and the signers.

| Printed Name | Title | Signature |
|---|---|---|
| Eric R Shibley | Member | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |

## DISCLOSURES PROVIDED

The above signed also acknowledge(s) the receipt of the following disclosures and agree(s) to the terms contained therein.

☒ Deposit Agreement   ☒ Terms and Conditions for Business Accounts   ☒ Rate Sheet   ☒ Schedule of Fees

Revised 01/2019

Continued on Reverse

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 149
Admitted _____

DOJ-02-0000007688

## BUSINESS RESOLUTION/AUTHORIZATION AND AGREEMENT

The undersigned Business Unit hereby agrees to all terms and conditions of this New Account Agreement ("Agreement"), the Deposit Agreement, Terms and Conditions, and any and all other agreements or disclosures provided to Business Unit by HomeStreet Bank ("Bank"), as may be amended from time to time.

The undersigned certifies that the Business Unit is in good standing and authorized to conduct business in all states in which it is operating, that all formation documents provided by Business Unit to Bank are complete, accurate, and current, and that the following resolutions/ authorizations have been adopted by the Business Unit's board of directors, partners, managers, members, partners, or owners (as the case may be):

1. Any ONE of the Authorized Signers named on this Agreement is authorized to (a) open or close one or more deposit accounts ("Accounts") with Bank; (b) execute in Business Unit's name this and any agreement(s) regarding the Accounts and the services related thereto; (c) authorize and execute transactions on the Accounts, including, without limitation, (i) checks and other instruments withdrawing funds from the Accounts, including those payable to cash or to persons who sign them, (ii) requests for transfer of funds to and from the Accounts, (iii) arrangements for automated clearing house ("ACH") debit and/or credit entries to and from the Accounts, (iv) endorse and otherwise negotiate checks/items payable to Business Unit; or (d) incur overdrafts and other obligations in the Accounts at Bank in connection with any of the products, services, or activities authorized by this resolution or authorization.

2. The Business Unit is authorized to enter into any other agreements, arrangements, and documents with respect to any of Bank's deposit and cash management products and services, in such form and on such terms and conditions as may be agreed by such Authorized Signer signing such agreements and documents.

3. Business Unit authorizes Bank to rely on any act or communication, including telephone, wire or electronic communication, purporting to be done by any Authorized Signer or other officer, employee or agent of Business Unit if such reliance is in good faith, and Business Unit shall be bound to Bank by any such act or communication relied on by Bank in good faith and provided Bank followed reasonable security procedures standard in the banking industry.

These resolutions/authorizations are in addition to, and not limitations of, any other resolutions/authorizations relating to Business Unit in favor of Bank, and shall (i) be deemed retroactive and applicable to acts prior to this Agreement; (ii) remain in full force and effect until Bank receives express written notice of revocation from the Business Unit.

**Note:  Except for sole proprietorships, the certifying officer of the Business Unit signing below should not be an authorized Signer on the Account(s) unless all owners of the Business Unit have signed this Agreement.**

☐  **CORPORATION**
The undersigned Secretary of the Business Unit certifies that the Resolutions in this Agreement were adopted by the Business Unit's Board of Directors on _____ (date), in accordance with the Business Unit's articles of incorporation and bylaws.

☒  **LIMITED LIABILITY COMPANY**
The undersigned officer, manager, or member of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's managers, members, or managing members on _6/15/20_ (date), in accordance with the Business Unit's operating agreement and articles of organization.

☐  **PARTNERSHIP**
The undersigned officer or partner of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's partners, general partner, or managing partners on _____ (date), in accordance with the Business Unit's partnership agreement.

☐  **ASSOCIATION OR OTHER**
The undersigned representative of the Business Unit certifies that the authorizations in this Agreement are binding on the Business Unit and were duly approved by the appropriate authorities of the Business Unit on _____.

☐  **SOLE PROPRIETORSHIP**
The undersigned are all owners of the Business Unit. Select which account ownership applies.

☐ This is a single name   ☐ Joint with right of survivorship   ☐ Joint without right of survivorship

| Signature | Title Maneger | Date 6/15/2020 |
|---|---|---|

DOJ-02-0000007689

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/01/20 - 05/31/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000MMY90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA                     98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $125.03 | $390.01 | $550.95 | $35.91- | $0.07 |
| **Business Savings** 3126944507 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$125.03** | **$390.01** | **$550.95** | **$35.91-** | **$0.07** |

## Checking
**Business Checking - 7096277053**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-01 | Beginning Balance | | 125.03 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3126944507 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709627705331269445070000000000000000000000000000000

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 150
Admitted _____

07/02/2020

DOJ-01-0000002743



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7096277053 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-04 | POS Debit- Business Debit Card 3287 05-01-20 Whitepages 800-9529005 WA | 5.49- | 119.54 |
| 05-11 | Deposit 05-10-20 Becu Seattle WA | 390.00 | 509.54 |
| 05-11 | POS Debit- Business Debit Card 3287 05-10-20 Apple.Com/Bill 866-712-7753 CA | 44.03- | 465.51 |
| 05-13 | POS Debit- Business Debit Card 3287 05-12-20 Chipotle 2554 Seattle WA | 9.08- | 456.43 |
| 05-14 | POS Debit- Business Debit Card 3287 05-12-20 Pabla Indian Cuisi Renton WA | 16.58- | 439.85 |
| 05-14 | POS Debit- Business Debit Card 3287 05-13-20 McDonald's F13369 Seattle WA | 21.32- | 418.53 |
| 05-14 | POS Debit- Business Debit Card 3287 05-12-20 Buxx Teriyaki Seattle WA | 25.55- | 392.98 |
| 05-14 | POS Debit- Business Debit Card 3287 05-13-20 McDonald's F13369 Seattle WA | 39.78- | 353.20 |
| 05-15 | POS Debit- Business Debit Card 3287 05-14-20 McDonald's F13369 Seattle WA | 33.07- | 320.13 |
| 05-15 | POS Debit- Business Debit Card 3287 05-13-20 The Home Depot #89 Seattle WA | 75.59- | 244.54 |
| 05-26 | ATM Withdrawal 05-25-20 Becu Seattle WA | 200.00- | 44.54 |
| 05-26 | POS Debit- Business Debit Card 3287 05-25-20 Netflix.Com Netflix.Com CA | 17.60- | 26.94 |
| 05-28 | POS Debit- Business Debit Card 3287 05-27-20 Adobe Acropro Subs 408-536-6000 CA | 16.50- | 10.44 |
| 05-29 | POS Debit- Business Debit Card 3287 05-28-20 Chevron 0301816 Redmond WA | 46.36- | 35.92- |
| 05-29 | Dividend | 0.01 | 35.91- |
| **05-31** | **Ending Balance** | | **35.91-** |

*Average Daily Balance - Current Cycle: $180.61*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 05-04 | POS | 5.49 | 05-15 | POS | 33.07 |
| 05-11 | POS | 44.03 | 05-15 | POS | 75.59 |
| 05-13 | POS | 9.08 | 05-26 | POS | 17.60 |
| 05-14 | POS | 16.58 | 05-28 | POS | 16.50 |
| 05-14 | POS | 21.32 | 05-29 | POS | 46.36 |
| 05-14 | POS | 25.55 | 05-26 | ATMO | 200.00 |
| 05-14 | POS | 39.78 | | | |

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>--  --  -- | HOME TELEPHONE NUMBER<br>(      ) | | DAYTIME TELEPHONE NUMBER<br>(      ) | |

DOJ-01-0000002744

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/01/20 - 05/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Savings

**Business Savings - 3126944507**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-18 | Beginning Balance | | 0.00 |
| | **No Transactions This Period** | | |
| **05-31** | **Ending Balance** | | **0.00** |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002745

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JQU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA                    98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $35.91- | $4,063.19 | $2,686.65 | $1,340.63 | $0.10 |
| **Business Savings** 3126944507 | $0.00 | $23,515.25 | $22,515.00 | $1,000.25 | $0.25 |
| **Totals** | **$35.91-** | **$27,578.44** | **$25,201.65** | **$2,340.88** | **$0.35** |

## Checking
### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-01 | Beginning Balance | | 35.91- |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE                    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3126944507 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4057096277053312694450700000000000000000000000000000000000

DOJ-01-0000002746



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7096277053 <span style="float:right">(Continued from previous page)</span>

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-01 | Business Debit Card Overdraft Fee 05-30-20 Chevron 0301816 | 29.00- | 64.91- |
| 06-22 | eDeposit-Scan/Mobile 000000100579786 | 301.80 | 236.89 |
| 06-22 | eDeposit-Scan/Mobile 000000100579690 | 3,761.36 | 3,998.25 |
| 06-22 | POS Debit- Business Debit Card 3287 06-21-20 T-Mobile Store # 2 Seattle WA | 11.00- | 3,987.25 |
| 06-22 | POS Debit- Business Debit Card 3287 06-20-20 Nikos Gyros Seattle WA | 19.27- | 3,967.98 |
| 06-22 | POS Debit- Business Debit Card 3287 06-20-20 The Home Depot #89 Seattle WA | 37.75- | 3,930.23 |
| 06-24 | POS Debit- Business Debit Card 3287 06-22-20 Taco Time West Sea Seattle WA | 15.93- | 3,914.30 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-20 Opc WA Dept. Of Re 925-855-5000 WA | 0.60- | 3,913.70 |
| 06-25 | POS Debit- Business Debit Card 3287 06-23-20 WA Dept. Of Revenu 925-855-5000 WA | 24.00- | 3,889.70 |
| 06-25 | Transfer To Shares Es1 LLC | 2,515.00- | 1,374.70 |
| 06-26 | POS Debit- Business Debit Card 3287 06-25-20 Netflix.Com Netflix.Com CA | 17.60- | 1,357.10 |
| 06-29 | POS Debit- Business Debit Card 3287 06-27-20 Adobe Acropro Subs 408-536-6000 CA | 16.50- | 1,340.60 |
| 06-30 | Dividend | 0.03 | 1,340.63 |
| **06-30** | **Ending Balance** | | **1,340.63** |

*Average Daily Balance - Current Cycle: $617.96*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-22 | POS | 11.00 | 06-25 | POS | 0.60 |
| 06-22 | POS | 19.27 | 06-25 | POS | 24.00 |
| 06-22 | POS | 37.75 | 06-26 | POS | 17.60 |
| 06-24 | POS | 15.93 | 06-29 | POS | 16.50 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002747



Page 3 of 3

**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/01/20 - 06/30/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Savings

**Business Savings - 3126944507**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-01 | Beginning Balance | | 0.00 |
| 06-22 | Deposit | 20,000.00 | 20,000.00 |
| 06-22 | Transfer To Checking | 2,500.00- | 17,500.00 |
| 06-24 | Sav Adjustment - DR | 15.00- | 17,485.00 |
| 06-24 | Sav Adjustment - DR | 20,000.00- | 2,515.00- |
| 06-25 | Transfer From Chk/MMSA | 2,515.00 | 0.00 |
| | Es1 LLC | | |
| 06-30 | eDeposit-Scan/Mobile 000000101083720 | 1,000.00 | 1,000.00 |
| 06-30 | Dividend | 0.25 | 1,000.25 |
| **06-30** | **Ending Balance** | | **1,000.25** |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002748

Page 1 of 4

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/01/20 - 07/31/20

Access No. 6812798

Routing Number: 2560-7497-4

#BWNLLSV
#000000P6X1RWY8A6#000JML90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA                98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $1,340.63 | $12,021.93 | $11,937.31 | $1,425.25 | $0.17 |
| **Business Savings** 3126944507 | $1,000.25 | $0.14 | $1,000.00 | $0.39 | $0.39 |
| **Totals** | **$2,340.88** | **$12,022.07** | **$12,937.31** | **$1,425.64** | **$0.56** |

## Checking
### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-01 | Beginning Balance | | 1,340.63 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3126944507 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057096277053312694450700000000000000000000000000000000

DOJ-02-0000008247

Page 2 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

## Business Checking - 7096277053
(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-01 | eDeposit-Svc Fee | 1.00- | 1,339.63 |
| 07-06 | Deposit | 500.00 | 1,839.63 |
| 07-06 | Deposit | 1,000.00 | 2,839.63 |
| 07-06 | Deposit | 5,500.00 | 8,339.63 |
| 07-06 | POS Debit- Business Debit Card 3287 07-03-20 Shell Oil 57444961 Seattle WA | 35.00- | 8,304.63 |
| 07-06 | POS Debit- Business Debit Card 3287 07-03-20 Jiffy Lube 2232 Seattle WA | 59.43- | 8,245.20 |
| 07-06 | POS Debit- Business Debit Card 3287 07-03-20 Jiffy Lube 2232 Seattle WA | 128.88- | 8,116.32 |
| 07-06 | POS Debit- Business Debit Card 3287 07-02-20 The Home Depot #89 Seattle WA | 221.73- | 7,894.59 |
| 07-07 | Deposit | 2,700.00 | 10,594.59 |
| 07-08 | Paid To - Fay Servicing ACH Pmts Chk 24207175 | 7,648.59- | 2,946.00 |
| 07-09 | POS Credit Adjustment 3287 Transaction 07-06-20 The Home Depot #89 | 21.86 | 2,967.86 |
| 07-09 | ATM Withdrawal 07-08-20 Becu Tukwila WA | 100.00- | 2,867.86 |
| 07-09 | ATM Withdrawal 07-08-20 Becu Tukwila WA | 100.00- | 2,767.86 |
| 07-09 | POS Debit- Business Debit Card 3287 07-08-20 Panda Express #102 Burien WA | 30.14- | 2,737.72 |
| 07-10 | POS Debit- Business Debit Card 3287 07-09-20 McDonald's F13369 Seattle WA | 4.61- | 2,733.11 |
| 07-10 | POS Debit- Business Debit Card 3287 07-09-20 Starbucks Store 03 Burien WA | 17.33- | 2,715.78 |
| 07-10 | POS Debit- Business Debit Card 3287 07-08-20 The Home Depot #89 Seattle WA | 50.58- | 2,665.20 |
| 07-10 | POS Debit- Business Debit Card 3287 07-08-20 The Home Depot #89 Seattle WA | 98.26- | 2,566.94 |
| 07-10 | POS Debit- Business Debit Card 3287 07-08-20 The Home Depot #89 Seattle WA | 387.52- | 2,179.42 |
| 07-13 | POS Debit- Business Debit Card 3287 07-10-20 Microsoft*microsof Msbill.Info WA | 77.06- | 2,102.36 |
| 07-13 | POS Debit- Business Debit Card 3287 07-10-20 The Home Depot #47 Tukwila WA | 238.51- | 1,863.85 |
| 07-13 | POS Debit- Business Debit Card 3287 07-09-20 The Home Depot #89 Seattle WA | 617.82- | 1,246.03 |
| 07-15 | POS Debit- Business Debit Card 3287 07-13-20 The Home Depot #47 Tukwila WA | 73.66- | 1,172.37 |
| 07-16 | POS Debit- Business Debit Card 3287 07-15-20 Chevron 0210106 Tukwila WA | 29.76- | 1,142.61 |
| 07-16 | POS Debit- Business Debit Card 3287 07-14-20 The Home Depot #47 Seattle WA | 174.58- | 968.03 |
| 07-16 | POS Debit- Business Debit Card 3287 07-14-20 The Home Depot #47 Tukwila WA | 219.08- | 748.95 |
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 703.95 |
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 658.95 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-02-0000008248



Page 3 of 4

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053** (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 613.95 |
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 568.95 |
| 07-20 | POS Debit- Business Debit Card 3287 07-17-20 IKEA Seatle Rest Renton WA | 54.65- | 514.30 |
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 Paypal *paulgessll 402-935-7733 CA | 90.00- | 424.30 |
| 07-20 | POS Debit- Business Debit Card 3287 07-16-20 The Home Depot #47 Seattle WA | 186.67- | 237.63 |
| 07-21 | Transfer From Shares | 700.00 | 937.63 |
| 07-22 | Transfer From Shares | 300.00 | 1,237.63 |
| 07-23 | POS Debit- Business Debit Card 3287 07-21-20 Jack IN The Box 84 Tukwila WA | 11.54- | 1,226.09 |
| 07-23 | POS Debit- Business Debit Card 3287 07-21-20 The Home Depot #89 Seattle WA | 248.40- | 977.69 |
| 07-24 | POS Debit- Business Debit Card 3287 07-22-20 White Center CO, I Seattle WA | 20.00- | 957.69 |
| 07-24 | POS Debit- Business Debit Card 3287 07-22-20 The Home Depot #89 Seattle WA | 742.02- | 215.67 |
| 07-27 | POS Debit- Business Debit Card 3287 07-25-20 Netflix.Com 866-5797172 CA | 17.60- | 198.07 |
| 07-27 | POS Debit- Business Debit Card 3287 07-25-20 Goodwill - Seattle Seattle WA | 26.39- | 171.68 |
| 07-28 | POS Debit- Business Debit Card 3287 07-27-20 Adobe Acropro Subs 408-536-6000 CA | 16.50- | 155.18 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 300.00 | 455.18 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 955.18 |
| 07-30 | Deposit 07-29-20 Becu Seattle WA | 500.00 | 1,455.18 |
| 07-31 | POS Debit- Business Debit Card 3287 07-30-20 Good2Goreplenish 866-936-8246 WA | 30.00- | 1,425.18 |
| 07-31 | Dividend | 0.07 | 1,425.25 |
| **07-31** | **Ending Balance** | | **1,425.25** |

*Average Daily Balance - Current Cycle: $1,660.30*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-08 | ACH | 7,648.59 | 07-20 | POS | 45.00 |
| 07-06 | POS | 59.43 | 07-20 | POS | 45.00 |
| 07-06 | POS | 128.88 | 07-20 | POS | 45.00 |
| 07-06 | POS | 221.73 | 07-20 | POS | 54.65 |
| 07-06 | POS | 35.00 | 07-20 | POS | 90.00 |
| 07-09 | POS | 30.14 | 07-20 | POS | 186.67 |
| 07-10 | POS | 4.61 | 07-23 | POS | 11.54 |
| 07-10 | POS | 17.33 | 07-23 | POS | 248.40 |
| 07-10 | POS | 50.58 | 07-24 | POS | 20.00 |
| 07-10 | POS | 98.26 | 07-24 | POS | 742.02 |
| 07-13 | POS | 387.52 | 07-27 | POS | 17.60 |
| 07-13 | POS | 77.06 | 07-27 | POS | 26.39 |
| 07-13 | POS | 238.51 | 07-28 | POS | 16.50 |
| 07-15 | POS | 617.82 | 07-31 | POS | 30.00 |
| 07-16 | POS | 73.66 | 07-09 | ATMO | 100.00 |
| 07-16 | POS | 29.76 | 07-09 | ATMO | 100.00 |
| 07-16 | POS | 174.58 | | | |
| 07-16 | POS | 219.08 | | | |

## Savings

**Business Savings - 3126944507**

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-01 | Beginning Balance | | 1,000.25 |
| 07-21 | Transfer To Checking | 700.00- | 300.25 |
| 07-22 | Transfer To Checking | 300.00- | 0.25 |
| 07-31 | Dividend | 0.14 | 0.39 |
| **07-31** | **Ending Balance** | | **0.39** |

DOJ-02-0000008249



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/01/20 - 07/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008250

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/01/20 - 08/31/20

Access No. 6812798

#BWNLLSV
#000000P6X1RWY8A6#000AMU90F
ES1 LLC
4700 36TH AVE SW
SEATTLE WA                98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Business Checking** 7096277053 | $1,425.25 | $24,600.14 | $24,331.20 | $1,694.19 | $0.31 |
| **Business Savings** 3126944507 | $0.39 | $0.00 | $0.00 | $0.39 | $0.39 |
| **Totals** | **$1,425.64** | **$24,600.14** | **$24,331.20** | **$1,694.58** | **$0.70** |

## Checking
### Business Checking - 7096277053

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-01 | Beginning Balance | | 1,425.25 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ES1 LLC

6812798

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7096277053 | Checking | | |
| 3126944507 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

4057096277053312694450700000000000000000000000000000000

DOJ-02-0000008251



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                                      (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-03 | Deposit | 4,700.00 | 6,125.25 |
| 08-03 | eDeposit-Svc Fee | 1.00- | 6,124.25 |
| 08-03 | POS Debit- Business Debit Card 3287 07-30-20 The Home Depot #89 Seattle WA | 208.77- | 5,915.48 |
| 08-05 | POS Debit- Business Debit Card 3287 08-04-20 King County DC Sea 888-8916064 WA | 93.00- | 5,822.48 |
| 08-05 | POS Debit- Business Debit Card 3287 08-04-20 Wells Fargo Card P 800-869-3557 IA | 500.00- | 5,322.48 |
| 08-05 | POS Debit- Business Debit Card 3287 08-03-20 The Home Depot #47 Seattle WA | 1,065.73- | 4,256.75 |
| 08-05 | POS Debit- Business Debit Card 3287 08-03-20 The Home Depot #89 Seattle WA | 1,299.57- | 2,957.18 |
| 08-06 | POS Debit- Business Debit Card 3287 08-05-20 King County DC Sea 888-8916064 WA | 93.00- | 2,864.18 |
| 08-06 | POS Debit- Business Debit Card 3287 08-04-20 The Home Depot #47 Tukwila WA | 292.85- | 2,571.33 |
| 08-07 | Deposit | 4,100.00 | 6,671.33 |
| 08-07 | POS Debit- Business Debit Card 3287 08-05-20 The Home Depot #89 Seattle WA | 158.05- | 6,513.28 |
| 08-07 | POS Debit- Business Debit Card 3287 08-05-20 The Home Depot #47 Tukwila WA | 608.54- | 5,904.74 |
| 08-10 | Deposit 08-08-20 FC9J Marysville,Washington | 2,800.00 | 8,704.74 |
| 08-11 | Deposit | 7,500.00 | 16,204.74 |
| 08-11 | POS Debit- Business Debit Card 3287 08-09-20 The Home Depot #89 Seattle WA | 264.30- | 15,940.44 |
| 08-11 | Paid To - Fay Servicing ACH Pmts Chk 24207175 | 7,648.59- | 8,291.85 |
| 08-12 | POS Debit- Business Debit Card 3287 08-10-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,246.85 |
| 08-12 | POS Debit- Business Debit Card 3287 08-10-20 The Home Depot #89 Seattle WA | 141.10- | 8,105.75 |
| 08-12 | POS Debit- Business Debit Card 3287 08-11-20 IN *pinnacle Signa 386-6756595 FL | 3,775.00- | 4,330.75 |
| 08-13 | ATM Withdrawal 08-12-20 Becu Seattle WA | 200.00- | 4,130.75 |
| 08-14 | POS Debit- Business Debit Card 3287 08-12-20 The Home Depot #89 Seattle WA | 186.15- | 3,944.60 |
| 08-17 | ATM Withdrawal 08-16-20 Becu Tukwila WA | 400.00- | 3,544.60 |
| 08-17 | POS Debit- Business Debit Card 3287 08-14-20 North City Law Pc 206-4137288 WA | 500.00- | 3,044.60 |
| 08-18 | ATM Withdrawal 08-17-20 Becu Kent WA | 400.00- | 2,644.60 |
| 08-18 | POS Debit- Business Debit Card 3287 08-17-20 Whitepages 800-9529005 WA | 5.49- | 2,639.11 |
| 08-18 | POS Debit- Business Debit Card 3287 08-16-20 Autozone #1690 Seattle WA | 40.67- | 2,598.44 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|-----------------------|--------------------------|
| __ — __ — __ | ( ) | ( ) |

DOJ-02-0000008252

Page 3 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

**Business Checking - 7096277053**                                                    (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-18 | Transfer To Checking | 2,000.00- | 598.44 |
|  | Eric R Shibley |  |  |
| 08-19 | POS Debit- Business Debit Card 3287 08-18-20 McDonald's F13369 Seattle WA | 11.42- | 587.02 |
| 08-20 | ATM Withdrawal 08-19-20 Becu Seattle WA | 200.00- | 387.02 |
| 08-20 | POS Debit- Business Debit Card 3287 08-18-20 The Home Depot #89 Seattle WA | 211.62- | 175.40 |
| 08-21 | Deposit | 3,000.00 | 3,175.40 |
| 08-24 | POS Debit- Business Debit Card 3287 08-22-20 The Home Depot #89 Seattle WA | 1,054.10- | 2,121.30 |
| 08-24 | Check 1 | 2,000.00- | 121.30 |
| 08-25 | POS Debit- Business Debit Card 3287 08-24-20 T-Mobile Store # 5 Seattle WA | 64.68- | 56.62 |
| 08-25 | POS Debit- Business Debit Card 3287 08-24-20 T-Mobile Store # 5 Seattle WA | 387.71- | 331.09- |
| 08-26 | Deposit 08-25-20 FC9J Marysville,Washington | 2,500.00 | 2,168.91 |
| 08-26 | POS Debit- Business Debit Card 3287 08-24-20 7-Eleven 14463 Seattle WA | 10.00- | 2,158.91 |
| 08-26 | POS Debit- Business Debit Card 3287 08-24-20 Panera Bread #2022 Kent WA | 36.10- | 2,122.81 |
| 08-26 | POS Debit- Business Debit Card 3287 08-24-20 The Home Depot #89 Seattle WA | 112.26- | 2,010.55 |
| 08-27 | POS Debit- Business Debit Card 3287 08-26-20 Sea Dci Online Per 180-095-0129 |  |  |
|  | WA | 100.00- | 1,910.55 |
| 08-28 | ACH Paid To Sfc LLC | 200.00- | 1,710.55 |
| 08-28 | POS Debit- Business Debit Card 3287 08-27-20 Adobe Acropro Subs 408-536-6000 |  |  |
|  | CA | 16.50- | 1,694.05 |
| 08-31 | Dividend | 0.14 | 1,694.19 |
| **08-31** | **Ending Balance** |  | **1,694.19** |

*Average Daily Balance - Current Cycle: $3,214.04*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-11 | ACH | 7,648.59 | 08-18 | POS | 40.67 |
| 08-03 | POS | 208.77 | 08-19 | POS | 11.42 |
| 08-05 | POS | 500.00 | 08-20 | POS | 211.62 |
| 08-05 | POS | 1,065.73 | 08-24 | POS | 1,054.10 |
| 08-05 | POS | 1,299.57 | 08-25 | POS | 64.68 |
| 08-05 | POS | 93.00 | 08-25 | POS | 387.71 |
| 08-06 | POS | 292.85 | 08-26 | POS | 10.00 |
| 08-06 | POS | 93.00 | 08-26 | POS | 36.10 |
| 08-07 | POS | 608.54 | 08-26 | POS | 112.26 |
| 08-07 | POS | 158.05 | 08-27 | POS | 100.00 |
| 08-11 | POS | 264.30 | 08-28 | POS | 16.50 |
| 08-12 | POS | 45.00 | 08-13 | ATMO | 200.00 |
| 08-12 | POS | 141.10 | 08-17 | ATMO | 400.00 |
| 08-12 | POS | 3,775.00 | 08-18 | ATMO | 400.00 |
| 08-14 | POS | 186.15 | 08-20 | ATMO | 200.00 |
| 08-17 | POS | 500.00 | 08-24 | 000001 - Check | 2,000.00 |
| 08-18 | POS | 5.49 |  |  |  |

## Savings

### Business Savings - 3126944507

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-01 | Beginning Balance |  | 0.39 |
|  | **No Transactions This Period** |  |  |
| **08-31** | **Ending Balance** |  | **0.39** |

DOJ-02-0000008253



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/01/20 - 08/31/20

Access No. 6812798

**Statement of Account**
For ES1 LLC

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008254