**WaFd** Bank

**Statement of Account Activity**

**The A Team Holdings, LLC**
**4700 36th Ave SW**
**Seattle  WA  98126**

| | |
|---|---|
| Ending Date: | 06/09/2020 |
| Tax ID: | ███7088 |
| Branch: | Dakota & California |

| | | | |
|---|---|---|---|
| Account #: 62763623006 | | APY: | 0.10% |
| Limited Liability Company | | Interest Rate: | 0.10% |
| Plan#: | | Maturity Date: | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/04/2020 | Beginning Balance | | $0.00 |
| 06/04/2020 | New Account Deposit Closed Lobby - New Acct | $500.00 | |
| 06/16/2020 | Credit Interest | $0.02 | |
| 06/16/2020 | Closeout Withdrawal Closed Lobby Closeout With | -$500.02 | |

| | |
|---|---|
| Ending Balance | $0.00 |

Please direct all inquiries to: 800-324-9375 or stop by your local branch.

Updated 12.14.15

© 2015 Washington Federal. All rights reserved.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 181
Admitted _____

DOJ-01-0000005974



## WaFd Bank

| | |
|---|---|
| **WaFd** Bank | **Business Deposit Account**<br>**Signature Card** |

### I. ACCOUNT INFORMATION

Select One:  ■ New Account   ☐ Replace Existing Signature Card

Primary Account Owner Name:  The A Team Holdings LLC

■ Accounts on attached **Exhibit A**

Entity Type:

Account Owner Address:  4700 36th Ave SW

Seattle, WA 98126-2716

☐ Sole Proprietorship   ☐ Partnership
☐ Corporation   ☐ Nonprofit Corp
■ LLC   ☐ LLP
☐ Government Agency
☐ Other: _____

Account Owner Phone:  (206)938-4291

Primary Account Owner TIN:  ▉7088

### II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN | Entity Type |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Additional affiliated entities listed on attached **Exhibit B**

### III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes Washington Federal ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes:  (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card.  Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

| | | |
|---|---|---|
| Signature | 6/4/2020<br>Date | Eric Ryan Shibley - President<br>Printed Name and Title |

Updated 5.5.20

© 2018 Washington Federal Bank. All rights reserved.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 182
Admitted _____

DOJ-01-0000005980

 WaFd Bank

## IV. BACKUP WITHHOLDING CERTIFICATION
(if foreign entity, leave blank and use IRS Form W-8)

Exemptions:  N/A                     Exempt Payee Code:  N/A          Exemption from
FATCA reporting Code:   N/A

Under penalties of perjury I certify that:

1. The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)

2. The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;

3. The account owner is a United States person

4. Any FATCA code(s) entered on this form indicating that the account owner is exempt from FATCA reporting is correct.

Instructions: Line out and initial item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

_____          6/4/2020          Eric Ryan Shibley - President
Signature                             Date             Printed Name and Title

*Attention New Customers:  The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

## FOR BANK USE ONLY

Date:  6/4/2020          Branch #:  1225          Employee Initials:  JY

Updated 5.5.20

© 2018 Washington Federal Bank. All rights reserved.

**WaFd** Bank

| **WaFd** Bank | **Business Deposit Account Signature Card** |

Primary Account Owner:  The A Team Holdings LLC

## V. AUTHORIZED SIGNERS

Authorized Signer Name and Title:    Eric Ryan Shibley - President

Update:    ☒ Add    ☐ Delete

*Entity Name and/or Account Numbers:    ☒ All Entities    ☐ List Entities: _____
                                        ☒ All Accounts    ☐ List Accounts: _____

**Authority: _E_          Signature: _____ 6/4/2020_____

---

Authorized Signer Name and Title:    _____

Update:    ☐ Add    ☐ Delete

*Entity Name and/or Account Numbers:    ☐ All Entities    ☐ List Entities: _____
                                        ☐ All Accounts    ☐ List Accounts: _____

**Authority: _____          Signature: _____

---

Authorized Signer Name and Title:    _____

Update:    ☐ Add    ☐ Delete

*Entity Name and/or Account Numbers:    ☐ All Entities    ☐ List Entities: _____
                                        ☐ All Accounts    ☐ List Accounts: _____

**Authority: _____          Signature: _____

---

Authorized Signer Name and Title:    _____

Update:    ☐ Add    ☐ Delete

*Entity Name and/or Account Numbers:    ☐ All Entities    ☐ List Entities: _____
                                        ☐ All Accounts    ☐ List Accounts: _____

**Authority: _____          Signature: _____

---

Authorized Signer Name and Title:    _____

Update:    ☐ Add    ☐ Delete

*Entity Name and/or Account Numbers:    ☐ All Entities    ☐ List Entities: _____
                                        ☐ All Accounts    ☐ List Accounts: _____

**Authority: _____          Signature: _____

---

☐ Check box if additional signatures are on an additional page.

\*    Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\*   Description of Authority:  **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under **A**, **B**, **C**, and **D**.

☐ Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.

Date of Original Signature Card: _____    Effective Date of Amendment: _____

_____                                      _____
Signature                                            Printed Name and Title

Updated 5.5.20                                       © 2018 Washington Federal Bank. All rights reserved.

DOJ-01-0000005982

**WaFd** Bank

## V. AUTHORIZED SIGNERS CONTINUED

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

Updated 5.5.20

© 2018 Washington Federal Bank. All rights reserved.

DOJ-01-0000005983

## Exhibit A – Accounts Listing

**WaFd** Bank

**Business Deposit Account**
**Signature Card**
**Exhibit A – Accounts Listing**

Primary Account Owner:  The A Team Holdings, LLC

### Accounts Listing

| Account Number | Update | Account Number | Update |
|---|---|---|---|
| 62763622958 | ☑ Add ☐ Delete | | ☐ Add ☐ Delete |
| 62763623006 | ☑ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |

☐ *Check box if Exhibit A – Multiple Accounts amends a prior Exhibit A.*

**FOR BANK USE ONLY**

Date: 6/15/2020     Branch #: 225     Employee Initials: RJS

© 2018 Washington Federal Bank. All rights reserved.

DOJ-01-0000005984

# STATEMENT OF ACCOUNTS



**Rate Changes on Your Statement**
Checking and savings account dividend/interest rates are changing, effective April 29 and May 5, 2020. You can view BECU's current rates at **becu.org/rates**. If you have questions about how rates are set, please visit **becu.org/rate-change.**

The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 04/01/2020 - 04/30/2020                                                3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | (14.75) | 100.00 | | 165.29 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.05% dividends from 04/01/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $105.62*
*Year-to-date dividends: $0.00*

*0.01% dividends from 04/01/20*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 04/21 | 100.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS  Machine# WA033478   Trace# 0000000000000004766 |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 04/22 | (14.75) | Withdrawal Transfer to SS1 LLC |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 183
Admitted _____

**DOJ-01-0000000337**

The A Team Holdings LLC

Statement Period: 04/01/2020 - 04/30/2020

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000338

DOJ-01-0000000339

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 03/01/2020 - 03/31/2020                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.10% dividends from 03/01/20 up to 03/17/20*
*0.05% dividends from 03/17/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

*0.05% dividends from 03/01/20 up to 03/17/20*
*0.01% dividends from 03/17/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000340

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 02/01/2020 - 02/29/2020

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 29 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.10% dividends from 02/01/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 29 day period*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

*0.05% dividends from 02/01/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000341

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 01/01/2020 - 01/31/2020                                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 01/01/20*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 01/01/20*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328                    PO Box 97050
becu.org                        Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000342

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 12/01/2019 - 12/31/2019                                3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 12/01/19*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $1.12*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 12/01/19*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.01*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000343

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 11/01/2019 - 11/30/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.10% dividends from 11/01/19*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $1.12*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 11/01/19*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.01*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000344

## STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 10/01/2019 - 10/31/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 25,000.43 | (29,400.43) | 4,400.00 | 0.69 | 0.69 |
| Business Interest Checking | 3611833357 | 0.04 | (2,500.00) | 2,580.00 | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.10% Annual Percentage Yield Earned for 31 day period*            *0.10% dividends from 10/01/19*
*Average Daily Balance: $8,122.72*
*Year-to-date dividends: $1.12*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/09 | 1,600.00 | Deposit transfer from the A Team checking |
| 10/09 | 1,900.00 | Deposit transfer from Eric Shibley Checking |
| 10/09 | 900.00 | Deposit transfer from the A team checking |
| 10/31 | 0.69 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/10 | (7,000.00) | Withdrawal Transfer to ES1 LLC - 9960 |
| 10/11 | (22,400.43) | Withdrawal Cashier's Check - The A Team Holdings LLC |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*            *0.05% dividends from 10/01/19*
*Average Daily Balance: $56.81*
*Year-to-date dividends: $0.01*

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000345

The A Team Holdings LLC

Statement Period: 10/01/2019 - 10/31/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description | |
|------|--------|-------------------------|---|
| 10/09 | 500.00 | Deposit transfer from ES1 checking | |
| 10/09 | 580.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000003509 | WAUS |
| 10/09 | 600.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000003510 | WAUS |
| 10/09 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000003511 | WAUS |
| 10/09 | 400.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000003512 | WAUS |

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 10/09 | (1,600.00) | Withdrawal transfer to the A team savings |
| 10/09 | (900.00) | Withdrawal transfer to the A team savings |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000346

DOJ-01-0000000347

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 09/01/2019 - 09/30/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | 25,000.00 | 0.41 | 25,000.43 |
| Business Interest Checking | 3611833357 | 80.04 | (25,000.00) | 24,920.00 | | 0.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.10% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $5,000.02*
*Year-to-date dividends: $0.43*

*0.10% dividends from 09/01/19*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/25 | 25,000.00 | Deposit Online Banking Transfer from 3611833357 CK |
| 09/30 | 0.41 | Dividend/Interest |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $64.04*
*Year-to-date dividends: $0.01*

*0.05% dividends from 09/01/19*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 09/25 | 2,200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000001745 | WAUS |
| 09/25 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000001746 | WAUS |
| 09/25 | 1,000.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000001747 | WAUS |
| 09/25 | 640.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000001748 | WAUS |
| 09/25 | 640.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 0000000000000001749 | WAUS |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000348

The A Team Holdings LLC

Statement Period: 09/01/2019 - 09/30/2019

000000

## Deposit Account Activity (continued)

### Deposits (continued)

| Date | Amount | Transaction Description | |
|------|--------|------------------------|---|
| 09/25 | 100.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000001750 | WAUS |
| 09/25 | 19,000.00 | Deposit transfer from ES1 LLC 9952 | |
| 09/25 | 300.00 | Deposit transfer from ES1 LLC 9960 | |
| 09/25 | 540.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000001752 | WAUS |

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 09/25 | (25,000.00) | Withdrawal Online Banking Transfer To 3611833331 SAV |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000349

DOJ-01-0000000350

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 08/01/2019 - 08/31/2019                                                                 3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 96.00 | (15.96) | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 08/01/19*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 08/01/19*
*Average Daily Balance: $84.16*
*Year-to-date dividends: $0.01*

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 08/08 | (15.96) | POS Withdrawal  MATADOR WEST SEATTLE 4546 CALIFORNIA AVE   SEATTLE     WAU  Machine# 345000   Trace# 00000000700159796520 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | *becu.org*

DOJ-01-0000000351

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC                                    000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 07/01/2019 - 07/31/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 126.30 | (30.30) | | | 96.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 07/01/19*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 07/01/19*
*Average Daily Balance: $102.41*
*Year-to-date dividends: $0.01*

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 07/06 | (12.16) | POS Withdrawal  PANDA EXPRESS #1961 14000 SE PETROVITSKY RDRENTON          WAUS  Machine# 0010   Trace# 000000008380000021100 |
| 07/08 | (7.16) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S          SEATTLE     WA  Machine# 0000   Trace# 00000000547828011730 |
| 07/09 | (10.98) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI SEATTLE          WAUS  Machine# 203000   Trace# 00000000000026396282 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328          PO Box 97050          Please direct inquiries to:
becu.org          Seattle, WA 98124-9750          Boeing Employees' Credit Union
                                                  PO Box 97050, Seattle, Washington 98124-9750
                                                  206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000352

The A Team Holdings LLC

Statement Period: 07/01/2019 - 07/31/2019

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000353

DOJ-01-0000000354

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

*Statement Period: 06/01/2019 - 06/30/2019*                                                      3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 126.29 | | | 0.01 | 126.30 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*          *0.10% dividends from 06/01/19*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

### Business Interest Checking - 3611833357

*0.10% Annual Percentage Yield Earned for 30 day period*          *0.05% dividends from 06/01/19*
*Average Daily Balance: $126.29*
*Year-to-date dividends: $0.01*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 06/30 | 0.01 | Dividend/Interest |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000355

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 05/01/2019 - 05/31/2019                                3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | (3,465.00) | 3,465.00 | 0.02 | 0.02 |
| Business Interest Checking | 3611833357 | 0.00 | (1,838.71) | 1,965.00 | | 126.29 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.12% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 05/01/19*
*Average Daily Balance: $191.29*
*Year-to-date dividends: $0.02*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/13 | 3,465.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE       WAUS Machine# WA033478  Trace# 00000000000000005979 |
| 05/31 | 0.02 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/13 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE      WAUS Machine# WA033478  Trace# 00000000000000005990 |
| 05/16 | (1,000.00) | Descriptive Withdrawal Transfer to Checking 9960 |
| 05/16 | (1,000.00) | Descriptive Withdrawal Transfer to Checking 3357 |
| 05/16 | (965.00) | Descriptive Withdrawal Transfer to Checking 3357 |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 05/01/19*
*Average Daily Balance: $89.01*
*Year-to-date dividends: $0.00*

800.233.2328                    PO Box 97050
becu.org                        Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000356

The A Team Holdings LLC

Statement Period: 05/01/2019 - 05/31/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/16 | 1,000.00 | Descriptive Deposit Transfer from Savings 3331 |
| 05/16 | 965.00 | Descriptive Deposit Transfer from Savings 3331 |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/16 | (1,500.00) | On Us Check Cashed 101 0101 |
| 05/18 | (80.00) | ATM Withdrawal  BECU 205 10TH ST. NE       AUBURN       WAUS<br>Machine# WA033497  Trace# 00000000000000003719 |
| 05/18 | (120.00) | ATM Withdrawal  BECU 601 S. GRADY WAY       RENTON       WAUS<br>Machine# WA033210  Trace# 00000000000000002863 |
| 05/18 | (115.40) | POS Withdrawal  300008957785 MCLENDONS - WHITE CNTR SEATTLE       WAUS<br>Machine# 1611  Trace# 00000000014572000000 |
| 05/20 | (8.56) | POS Withdrawal  MCDONALD'S M7992 OF 401 S GRADY WAY       RENTON       WAUS<br>Machine# 354000  Trace# 00000000000045000555 |
| 05/21 | (14.75) | External Withdrawal DELUXE CHECK  - CHECK/ACC. |

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 05/16 | 1,500.00 | | | | | | |

*(\* next to number indicates skipped numbers)*
*Point of Sale cleared checks are displayed in the Checking Withdrawals section above.*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000357

DOJ-01-0000000358

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 04/01/2019 - 04/30/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | (100.00) | 100.00 | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.10% dividends from 04/01/19*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.05% dividends from 04/01/19*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 04/24 | 100.00 | ATM Deposit  BECU 508 SW 152ND STREET   BURIEN      WAUS  Machine# WA033473   Trace# 0000000000000003698 |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 04/24 | (100.00) | ATM Withdrawal  BECU 508 SW 152ND STREET   BURIEN      WAUS  Machine# WA033473   Trace# 0000000000000003699 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

Page 1 of 2
800.233.2328
becu.org
PO Box 97050
Seattle, WA 98124-9750
Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000359

The A Team Holdings LLC

Statement Period: 04/01/2019 - 04/30/2019

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000360

DOJ-01-0000000361

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 03/01/2019 - 03/31/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 03/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 03/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000362

## STATEMENT OF ACCOUNTS



The A Team Holdings LLC                          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 02/28/2019 - 02/28/2019                                           3169118

### Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

### Deposit Account Activity

#### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 1 day period*          *0.10% dividends from 02/28/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

#### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 1 day period*          *0.05% dividends from 02/28/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328              PO Box 97050
becu.org                   Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000363

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 05/01/2020 - 05/31/2020

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 165.29 | | | | 165.29 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.05% dividends from 05/01/20 up to 05/05/20*
*0.02% dividends from 05/05/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $165.29*
*Year-to-date dividends: $0.00*

*0.01% dividends from 05/01/20*

### Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

### Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006861

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC                                000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 06/01/2020 - 06/30/2020                                                     3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | (165.98) | 165.29 | | 0.00 |
| Business Interest Checking | 3611833357 | 165.29 | (165.29) | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 3 day period*          *0.02% dividends from 06/01/20*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | 165.29 | Deposit |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (165.98) | Closeout Withdrawal |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 3 day period*          *0.01% dividends from 06/01/20*
*Average Daily Balance: $165.29*
*Year-to-date dividends: $0.00*

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (165.29) | Closeout Withdrawal |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328          PO Box 97050
becu.org               Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006862

## STATEMENT OF ACCOUNTS



**Rate Changes on Your Statement**
Checking and savings account dividend/interest rates are changing, effective April 29 and May 5, 2020. You can view BECU's current rates at **becu.org/rates**. If you have questions about how rates are set, please visit **becu.org/rate-change.**

The A Team Holdings LLC          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 04/01/2020 - 04/30/2020                                    3169118

### Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | (14.75) | 100.00 | | 165.29 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

### Deposit Account Activity

#### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*      0.05% dividends from 04/01/20
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

#### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*      0.01% dividends from 04/01/20
*Average Daily Balance: $105.62*
*Year-to-date dividends: $0.00*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 04/21 | 100.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE        WAUS Machine# WA033478   Trace# 0000000000000004766 |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 04/22 | (14.75) | Withdrawal Transfer to SS1 LLC |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 184**
**Admitted _____**

DOJ-01-0000000337

The A Team Holdings LLC

Statement Period: 04/01/2020 - 04/30/2020

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000338

DOJ-01-0000000339

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 03/01/2020 - 03/31/2020

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.10% dividends from 03/01/20 up to 03/17/20*
*0.05% dividends from 03/17/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

*0.05% dividends from 03/01/20 up to 03/17/20*
*0.01% dividends from 03/17/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000340

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 02/01/2020 - 02/29/2020                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 29 day period*          *0.10% dividends from 02/01/20*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 29 day period*          *0.05% dividends from 02/01/20*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000341

## STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 01/01/2020 - 01/31/2020

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*        *0.10% dividends from 01/01/20*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*        *0.05% dividends from 01/01/20*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000342

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 12/01/2019 - 12/31/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*                *0.10% dividends from 12/01/19*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $1.12*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*                *0.05% dividends from 12/01/19*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.01*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000343

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 11/01/2019 - 11/30/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 80.04 | | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*        *0.10% dividends from 11/01/19*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $1.12*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*        *0.05% dividends from 11/01/19*
*Average Daily Balance: $80.04*
*Year-to-date dividends: $0.01*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org          Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000344

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 10/01/2019 - 10/31/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 25,000.43 | (29,400.43) | 4,400.00 | 0.69 | 0.69 |
| Business Interest Checking | 3611833357 | 0.04 | (2,500.00) | 2,580.00 | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.10% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $8,122.72*
*Year-to-date dividends: $1.12*

0.10% dividends from 10/01/19

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/09 | 1,600.00 | Deposit transfer from the A  Team checking |
| 10/09 | 1,900.00 | Deposit transfer from Eric Shibley Checking |
| 10/09 | 900.00 | Deposit transfer from the A team checking |
| 10/31 | 0.69 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/10 | (7,000.00) | Withdrawal Transfer to ES1 LLC - 9960 |
| 10/11 | (22,400.43) | Withdrawal Cashier's Check - The A Team Holdings LLC |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $56.81*
*Year-to-date dividends: $0.01*

0.05% dividends from 10/01/19

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000345

The A Team Holdings LLC

Statement Period: 10/01/2019 - 10/31/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 10/09 | 500.00 | Deposit transfer from ES1 checking | |
| 10/09 | 580.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 00000000000000003509 | WAUS |
| 10/09 | 600.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 00000000000000003510 | WAUS |
| 10/09 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 00000000000000003511 | WAUS |
| 10/09 | 400.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE Machine# WA033478   Trace# 00000000000000003512 | WAUS |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 10/09 | (1,600.00) | Withdrawal transfer to the A team savings |
| 10/09 | (900.00) | Withdrawal transfer to the A team savings |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000346

DOJ-01-0000000347

## STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

*Statement Period: 09/01/2019 - 09/30/2019*

3169118

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 |  | 25,000.00 | 0.41 | 25,000.43 |
| Business Interest Checking | 3611833357 | 80.04 | (25,000.00) | 24,920.00 |  | 0.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.10% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $5,000.02*
*Year-to-date dividends: $0.43*

*0.10% dividends from 09/01/19*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/25 | 25,000.00 | Deposit Online Banking Transfer from 3611833357 CK |
| 09/30 | 0.41 | Dividend/Interest |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $64.04*
*Year-to-date dividends: $0.01*

*0.05% dividends from 09/01/19*

**Deposits**

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 09/25 | 2,200.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE  Machine# WA033478   Trace# 0000000000000001745 | WAUS |
| 09/25 | 500.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE  Machine# WA033478   Trace# 0000000000000001746 | WAUS |
| 09/25 | 1,000.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE  Machine# WA033478   Trace# 0000000000000001747 | WAUS |
| 09/25 | 640.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE  Machine# WA033478   Trace# 0000000000000001748 | WAUS |
| 09/25 | 640.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE  Machine# WA033478   Trace# 0000000000000001749 | WAUS |

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000348

The A Team Holdings LLC

Statement Period: 09/01/2019 - 09/30/2019

000000

## Deposit Account Activity (continued)

### Deposits (continued)

| Date | Amount | Transaction Description | |
|------|--------|------------------------|---|
| 09/25 | 100.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000001750 | WAUS |
| 09/25 | 19,000.00 | Deposit transfer from ES1 LLC 9952 | |
| 09/25 | 300.00 | Deposit transfer from ES1 LLC 9960 | |
| 09/25 | 540.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE<br>Machine# WA033478   Trace# 00000000000000001752 | WAUS |

### Withdrawals

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| 09/25 | (25,000.00) | Withdrawal Online Banking Transfer To 3611833331 SAV |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000349

DOJ-01-0000000350

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 08/01/2019 - 08/31/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 96.00 | (15.96) | | | 80.04 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

*0.10% dividends from 08/01/19*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $84.16*
*Year-to-date dividends: $0.01*

*0.05% dividends from 08/01/19*

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 08/08 | (15.96) | POS Withdrawal  MATADOR WEST SEATTLE 4546 CALIFORNIA AVE   SEATTLE       WAU Machine# 345000   Trace# 0000000700159796520 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000351

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 07/01/2019 - 07/31/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 126.30 | (30.30) | | | 96.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 07/01/19*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 07/01/19*
*Average Daily Balance: $102.41*
*Year-to-date dividends: $0.01*

### Withdrawals

| Date | Amount | Transaction Description | |
|---|---|---|---|
| 07/06 | (12.16) | POS Withdrawal  PANDA EXPRESS #1961 14000 SE PETROVITSKY RDRENTON  Machine# 0010   Trace# 000000008380000021100 | WAUS |
| 07/08 | (7.16) | POS Withdrawal  SHELL OIL 57444961601 9525 14TH AVE S          SEATTLE      WA  Machine# 0000   Trace# 000000054782801173 | |
| 07/09 | (10.98) | POS Withdrawal  MCDONALD'S F13369 9610 DES MOINES MEMORI Seattle      WAUS  Machine# 203000   Trace# 00000000000026396282 | |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000352

The A Team Holdings LLC

Statement Period: 07/01/2019 - 07/31/2019

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000353

DOJ-01-0000000354

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/01/2019 - 06/30/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.02 | | | | 0.02 |
| Business Interest Checking | 3611833357 | 126.29 | | | 0.01 | 126.30 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.02*
*Year-to-date dividends: $0.02*

*0.10% dividends from 06/01/19*

### Business Interest Checking - 3611833357

*0.10% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $126.29*
*Year-to-date dividends: $0.01*

*0.05% dividends from 06/01/19*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 06/30 | 0.01 | Dividend/Interest |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000355

## STATEMENT OF ACCOUNTS



The A Team Holdings LLC          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 05/01/2019 - 05/31/2019                                    3169118

## Summary of Deposit Account Activity

|  | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | (3,465.00) | 3,465.00 | 0.02 | 0.02 |
| Business Interest Checking | 3611833357 | 0.00 | (1,838.71) | 1,965.00 |  | 126.29 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.12% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 05/01/19*
*Average Daily Balance: $191.29*
*Year-to-date dividends: $0.02*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/13 | 3,465.00 | ATM Deposit  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS Machine# WA033478  Trace# 00000000000000005979 |
| 05/31 | 0.02 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 05/13 | (500.00) | ATM Withdrawal  BECU 4755 FAUNTLEROY WAY SW SEATTLE          WAUS Machine# WA033478  Trace# 00000000000000005990 |
| 05/16 | (1,000.00) | Descriptive Withdrawal Transfer to Checking 9960 |
| 05/16 | (1,000.00) | Descriptive Withdrawal Transfer to Checking 3357 |
| 05/16 | (965.00) | Descriptive Withdrawal Transfer to Checking 3357 |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 05/01/19*
*Average Daily Balance: $89.01*
*Year-to-date dividends: $0.00*

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000356

The A Team Holdings LLC

Statement Period: 05/01/2019 - 05/31/2019

000000

## Deposit Account Activity (continued)

**Deposits**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 05/16 | 1,000.00 | Descriptive Deposit Transfer from Savings 3331 |
| 05/16 | 965.00 | Descriptive Deposit Transfer from Savings 3331 |

**Withdrawals**

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 05/16 | (1,500.00) | On Us Check Cashed 101 0101 |
| 05/18 | (80.00) | ATM Withdrawal  BECU 205 10TH ST. NE        AUBURN        WAUS  Machine# WA033497   Trace# 00000000000000003719 |
| 05/18 | (120.00) | ATM Withdrawal  BECU 601 S. GRADY WAY        RENTON        WAUS  Machine# WA033210   Trace# 00000000000000002863 |
| 05/18 | (115.40) | POS Withdrawal  300008957785 MCLENDONS - WHITE CNTR SEATTLE        WAUS  Machine# 1611   Trace# 00000000014572000000 |
| 05/20 | (8.56) | POS Withdrawal  MCDONALD'S M7992 OF 401 S GRADY WAY        RENTON        WAUS  Machine# 354000   Trace# 00000000000045000555 |
| 05/21 | (14.75) | External Withdrawal DELUXE CHECK  - CHECK/ACC. |

**Checks Paid**

| Check # | Date | Amount | | Check # | Date | Amount | | Check # | Date | Amount |
|---------|------|--------|--|---------|------|--------|--|---------|------|--------|
| 101 | 05/16 | 1,500.00 | | | | | | | | |

(* next to number indicates skipped numbers)
*Point of Sale cleared checks are displayed in the Checking Withdrawals section above.*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000357

DOJ-01-0000000358

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 04/01/2019 - 04/30/2019

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | (100.00) | 100.00 | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.10% dividends from 04/01/19*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 30 day period*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

*0.05% dividends from 04/01/19*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 04/24 | 100.00 | ATM Deposit  BECU 508 SW 152ND STREET   BURIEN       WAUS Machine# WA033473   Trace# 00000000000000003698 |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 04/24 | (100.00) | ATM Withdrawal  BECU 508 SW 152ND STREET   BURIEN       WAUS Machine# WA033473   Trace# 00000000000000003699 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000359

The A Team Holdings LLC

Statement Period: 04/01/2019 - 04/30/2019

000000

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

DOJ-01-0000000360

DOJ-01-0000000361

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC          000000
4700 36th Ave SW
Seattle, WA 98126-2716

Statement Period: 03/01/2019 - 03/31/2019                                    3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.10% dividends from 03/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*          *0.05% dividends from 03/01/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org          Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000362

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 02/28/2019 - 02/28/2019                                            3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.00 | | | | 0.00 |
| Business Interest Checking | 3611833357 | 0.00 | | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 1 day period*          *0.10% dividends from 02/28/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 1 day period*          *0.05% dividends from 02/28/19*
*Average Daily Balance: $0.00*
*Year-to-date dividends: $0.00*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328          PO Box 97050
becu.org              Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-01-0000000363

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 05/01/2020 - 05/31/2020

3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | | | | 0.69 |
| Business Interest Checking | 3611833357 | 165.29 | | | | 165.29 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.05% dividends from 05/01/20 up to 05/05/20*
*0.02% dividends from 05/05/20*

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 31 day period*
*Average Daily Balance: $165.29*
*Year-to-date dividends: $0.00*

*0.01% dividends from 05/01/20*

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006861

# STATEMENT OF ACCOUNTS



The A Team Holdings LLC
4700 36th Ave SW
Seattle, WA 98126-2716

000000

Statement Period: 06/01/2020 - 06/30/2020                                           3169118

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 3611833331 | 0.69 | (165.98) | 165.29 | | 0.00 |
| Business Interest Checking | 3611833357 | 165.29 | (165.29) | | | 0.00 |

| *Including the following Fees | Statement Period Total | 2020 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 0.00 |

## Deposit Account Activity

### Business Member Share Savings - 3611833331

*0.00% Annual Percentage Yield Earned for 3 day period*
*Average Daily Balance: $0.69*
*Year-to-date dividends: $0.00*

*0.02% dividends from 06/01/20*

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | 165.29 | Deposit |

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (165.98) | Closeout Withdrawal |

### Business Interest Checking - 3611833357

*0.00% Annual Percentage Yield Earned for 3 day period*
*Average Daily Balance: $165.29*
*Year-to-date dividends: $0.00*

*0.01% dividends from 06/01/20*

#### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 06/03 | (165.29) | Closeout Withdrawal |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

800.233.2328
becu.org

PO Box 97050
Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

DOJ-02-0000006862

# BUSINESS MEMBERSHIP APPLICATION - CORPORATIONS, LLCs, PARTNERSHIPS



Welcome to Boeing Employees' Credit Union (BECU). All information is required unless otherwise noted. Please complete application, sign in ink, and bring to a BECU location to apply. If you have any questions, please contact a BECU representative at 800.233.2328.

Select your business type:

☐ General Partnership
■ Limited Partnership / Limited Liability Partnership / Limited Liability Limited Partnership / Professional Limited Liability Partnership
☐ S. Corporation

☐ C. Corporation (Profit and Non-Profit)
☐ Limited Liability Company / Professional Limited Liability Company
☐ Other (please specify): _____

## 1. Business Information and Ownership

| BUSINESS NAME | DBA (if applicable) |
|---|---|
| The A Team Holdings LLC | |

| FEDERAL TAX ID NUMBER ■ EIN ☐ ITIN ☐ SSN | STATE UNIFIED BUSINESS IDENTIFIER (UBI) NUMBER: |
|---|---|
| ▮7088 | 604330288 |

| BUSINESS LOCATION / STREET ADDRESS | CITY |
|---|---|
| 4700 36th Ave SW | Seattle |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| WA | 98126 | USA |

| MAILING ADDRESS (if different from above) | CITY |
|---|---|
| | |

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|
| | | |

| BUSINESS PHONE | EMAIL ADDRESS (optional)* |
|---|---|
| (206) 938-4291 | ers98126@gmail.com |

*By providing your email address, you agree that BECU may electronically send you marketing information about our products and services.

## 2. Government Required Information

Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each business that opens a membership.

ESTIMATED ANNUAL SALES / REVENUE
☐ Less than $100,000   ■ $100,000 - $499,000   ☐ $500,000-$999,999   ☐ $1,000,000-$3,000,000   ☐ Greater than $3,000,000

| Is your business a non-profit, not-for-profit, or charitable organization? ☐ Yes ■ No | NUMBER OF EMPLOYEES 0 |
|---|---|

| STATE OF ENTITY FORMATION | DATE BUSINESS ESTABLISHED | COUNTRY WHERE BUSINESS ESTABLISHED |
|---|---|---|
| WA | 12/10/2018 | USA |

| NAICS CODE* 531130 | TYPE OF BUSINESS / PRIMARY FUNCTION Real Estate Development |
|---|---|

■ I acknowledge my business does not operate in any of the following restricted industries: money transfer services, businesses operating Internet gambling sites or marijuana dispensaries/businesses. Initials _ER5_

| Does the business receive revenue from a marijuana related business? ☐ Yes ■ No | What is the % of income or revenue from a marijuana related business? 0 |
|---|---|

### Anticipated transaction information

| | | |
|---|---|---|
| Will your business send domestic wire transfers? ■ Yes ☐ No or N/A | Monthly number of domestic wires sent: 1 | Monthly $ amount of domestic wires sent: $ 400,000.00 |
| Will your business send international wire transfers? ☐ Yes ■ No or N/A | Monthly number of international wires sent: NA | Monthly $ amount of international wires sent: NA |
| Will your business have cash deposits? ☐ Yes ■ No or N/A | Monthly number of cash deposits: NA | Monthly $ amount of cash deposits: NA |
| Will your business have cash withdrawals? ☐ Yes ■ No or N/A | Monthly number of cash withdrawals: NA | Monthly $ amount of cash withdrawals: NA |

What is the purpose or types of transactions for which your BECU account(s) will be used?
■ Operating / General purpose   ☐ Savings / Investment

Do you have accounts for this business with an institution other than BECU?
☐ Yes ■ No

*North American Industry Classification System is the standard used by Federal Statistic Agencies to classify business establishments.

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 185
Admitted _____

DOJ-02-0000006850

## 3. Certificate of Authority (persons authorized to open this membership with BECU on behalf of the business)

By signing below, whether the business is a corporation, partnership, limited partnership, limited liability company, or other entity separate from its owner(s), you certify that the business, by Resolution or otherwise, duly adopted in accordance with its charter, bylaws, and applicable law, are authorized to enter into this Agreement, apply for and maintain membership, sign up for additional products and services with BECU, and to take all other actions and steps reasonable or necessary to do so, and deliver any instruments, or agreements as necessary to BECU. Any action hereto taken by you is hereby ratified and confirmed by the business. Unless or until BECU is given written notice otherwise, you shall have full power and authority to act on behalf of the business. It shall not be necessary for BECU to inquire further into your powers or powers of the business's officers, directors, partners, managers, members, or agents purporting to act on its behalf.

| SIGNATURE | FULL LEGAL NAME |
| --- | --- |
| | Eric Shibley |
| TITLE / POSITION | DATE |
| Owner | 2/28/2019 |

| BECU Use Only | NFC verification (select one): | Business Services Specialist verification (select one): |
| --- | --- | --- |
| | ☐ Individual shown as governor on the Washington Secretary of State or My DOR website | ☐ BECU Resolution of Banking Authority - Corporations |
| | ☐ BECU Delegation of Banking Authority | ☐ Resolution of Banking Authority (provided by the business) |
| | ■ BECU Resolution of Banking Authority - Limited Partnerships and LLCs | ☐ Partnership agreements |

## 4. Membership Agreements (Continued on the next page.)

SECTION 4 REQUIRED SIGNATURES

■ Corporation / LLC
   ■ Single owned: Owners' signature
   ☐ Multi-owned: All owner's with 25% or more ownership
   ☐ Multi-owned (where no one has 25% or more ownership): Person opening the business membership

☐ General Partnership / Limited Partnership
   ☐ Single owned: Owners' signature
   ☐ Multi-owned: All owner's with 25% or more ownership
   ☐ Non-Profit: Person opening the business membership

By signing below, you, the business, Business Owner, and each Authorized Signer(s), (collectively "You"), acknowledge and agree; that the information You provided is accurate, complete, and true and that You have instructed BECU as to the proper title of the account and we may rely on the information in our dealings with You, now, and in the future; that BECU may receive information about Your credit history and performance from others, including credit reporting agencies; to the terms and conditions contained in this application; that You have reviewed and will retain for Your records the BECU Business Account Disclosure and Business Account Agreements, including Our Privacy Statement, Funds Availability Policy, and Electronic Funds Transfer Disclosure, and by signing below You acknowledge their receipt and agree to their terms and the business authorizes the persons identified in section 5 below as Authorized Signers.

**Taxpayer Identification Number Certification and Backup Withholding Information**
By signing below, You certify in accordance with the IRS W-9 instructions and under penalties of perjury that: 1. The number shown on this form is Your correct taxpayer identification number (or You are waiting for a number to be issued to you), and 2. You are not subject to backup withholding because: (a) You are exempt from backup withholding, or (b) You have not been notified by the Internal Revenue Service (IRS) that You are subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified You that You are no longer subject to backup withholding, and 3. You are a U.S. person (including a U.S. resident alien).

**Certification Instructions:** Cross out item 2 above if You have been notified by the IRS that You are currently subject to backup withholding because You have failed to report all interest and dividends on Your tax return. Cross out item 3 and complete a W-8 BEN if You are not a U.S. person.
**The Internal Revenue Service does not require Your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**IMPORTANT INFORMATION ABOUT YOUR PROCEDURES FOR OPENING A NEW ACCOUNT.** Federal law requires all financial institutions to help the government fight the funding of terrorism and money laundering activities by obtaining, verifying, and recording information that identifies each person who opens an account. **What this means to you:** When you open an account we ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## MEMBERSHIP AGREEMENT SIGNATURES (Continued on the next page.)

| INDIVIDUAL (1) | | | | SSN / TIN |
| --- | --- | --- | --- | --- |
| Eric Shibley | | | | ▓▓▓-5264 |
| CONTACT NUMBER | ☐ Home  ■ Mobile  ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | |
| 2067717868 | | 78 Jahan | | |
| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE ⊺ STATE & COUNTRY ISSUED | |
| ▓▓▓▓▓▓ | DL | 07/11/2018 | 12/10/2018 19  WA USA | |
| STREET ADDRESS | | | CITY | |
| 4700 36th Ave SW | | | Seattle | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | COUNTRY | |
| WA | | 98126 | USA | |
| Non-resident alien? ☐ Yes  ■ No | If non-resident alien, country of origin: | | Business ownership percentage: 100 | Authorized Signer? ■ Yes  ☐ No |
| SIGNATURE | | TITLE Owner | | DATE 2/28/2019 |

BECU 6873 10/2018

DOJ-02-0000006851

**MEMBERSHIP AGREEMENT SIGNATURES** (Continued from the previous page.)

| INDIVIDUAL (2) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (3) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (4) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

| INDIVIDUAL (5) | | | | | SSN / TIN | | |
|---|---|---|---|---|---|---|---|
| CONTACT NUMBER | ☐ Home | ☐ Mobile | ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME | | |
| VALID PICTURE ID NUMBER | ID TYPE | | | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED | |
| STREET ADDRESS | | | | | CITY | | |
| STATE / PROVINCE | | ZIP / POSTAL CODE | | | COUNTRY | | |
| Non-resident alien? ☐ Yes ☐ No | If non-resident alien, country of origin: | | | | Business ownership percentage: | Authorized Signer? ☐ Yes ☐ No | |
| SIGNATURE | | | TITLE | | | DATE | |

DOJ-02-0000006852

## 5. Additional Authorized Signers (optional)

Authorized Signers are able to perform transactions, open or close deposit accounts or services, and add or remove Agents or Non-Authorized Agents on **all business deposit accounts**. Authorized Signers can view and access information on **all business deposit and loan accounts**. See Business Account Agreements for responsibilities, restrictions, and limitations on Authorized Signers. Each new Authorized Signer must sign below.

**AUTHORIZED SIGNER (1)**

| | | SSN / TIN |
|---|---|---|

| CONTACT NUMBER | ☐ Home  ☐ Mobile  ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|

| STREET ADDRESS | CITY |
|---|---|

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|

Non-resident alien?   ☐ Yes   ☐ No     If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |
|---|---|---|

**AUTHORIZED SIGNER (2)**

| | | SSN / TIN |
|---|---|---|

| CONTACT NUMBER | ☐ Home  ☐ Mobile  ☐ Work | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|

| STREET ADDRESS | CITY |
|---|---|

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|

Non-resident alien?   ☐ Yes   ☐ No     If non-resident alien, country of origin:

| SIGNATURE | TITLE | DATE |
|---|---|---|

## 6. Agents* and Non-Authorized Agents** (ID and address for authentication purposes)

*Agents have no authority to act on behalf of the business. Agents may access information on all business accounts in person, in Online Banking, or by calling BECU, and may perform transfers between all accounts within the same business.
**Non-Authorized Agents have no authority to act on behalf of the business and no transaction authority on the business accounts. Non-Authorized Agents may only access information on all your business accounts in person, in Online Banking, or by calling BECU.

| NAME (1) | ☐ Agent  ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|

| STREET ADDRESS | CITY |
|---|---|

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|

| NAME (2) | ☐ Agent  ☐ Non-Authorized Agent | SSN / TIN | DATE OF BIRTH | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|

| VALID PICTURE ID NUMBER | ID TYPE | ISSUE DATE | EXPIR. DATE | STATE & COUNTRY ISSUED |
|---|---|---|---|---|

| STREET ADDRESS | CITY |
|---|---|

| STATE / PROVINCE | ZIP / POSTAL CODE | COUNTRY |
|---|---|---|

DOJ-02-0000006853

## 7. Deposit Products and Services

A Business Members Share Savings account is required to establish membership at BECU. Please refer to the BECU Business Account Disclosure for rates and fee schedule. Visit becu.org for additional information about our products and services.

**ACCOUNT (1)**

■ Business Member Share Savings (required)

**ACCOUNT (2)**

☐ Business Basic Checking ■ Business Interest Checking ☐ Business Money Market Account ☐ Business Savings

**ACCOUNT (3)**

☐ Business Basic Checking ☐ Business Interest Checking ☐ Business Money Market Account ☐ Business Savings

**ACCOUNT (4)**

☐ Business Basic Checking ☐ Business Interest Checking ☐ Business Money Market Account ☐ Business Savings

## 8. ATM / Debit Cards for Authorized Signers

Use this section to select deposit account card types for Authorized Signers. **Note:** Selecting cards for Authorized Signers is optional.

| INDIVIDUAL (1) | | | INDIVIDUAL (2) | | |
| --- | --- | --- | --- | --- | --- |
| ■ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | | ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | |
| **INDIVIDUAL (3)** | | | **INDIVIDUAL (4)** | | |
| ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | | ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | |
| **INDIVIDUAL (5)** | | | **AUTHORIZED SIGNER (1)** | | |
| ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | | ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | |
| **AUTHORIZED SIGNER (2)** | | | | | |
| ☐ Debit Card  ☐ ATM Card  ☐ ATM Deposit-Only Card | | | | | |

| BECU Use Only | BASIS FOR ELIGIBILITY | *Entity located in WA* | | |
| --- | --- | --- | --- | --- |
| | NEW ACCOUNT NUMBERS | *3611833331 , 3611833357* | | |
| | DATE *3/2/19* | REP *TB* | Owners and authorized signers:<br>■ IDV verified   ☒ QualiFile®  | ☒ OFAC on business name<br>☒ ID verified |

DOJ-02-0000006854

# Business Market Rate Savings

December 31, 2019 ■ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

 IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

### Activity summary

| | |
|---|---|
| Beginning balance on 10/11 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 12/31** | **$19.00** |
| | |
| Average ledger balance this period | $25.00 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 186
Admitted _____

DOJ-01-0000006478

December 31, 2019   ▪   Page 2 of 3



---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 10/11 | Savings Opening Deposit | 25.00 | | 25.00 |
| 12/31 | Monthly Service Fee | | 6.00 | 19.00 |
| **Ending balance on 12/31** | | | | **19.00** |
| **Totals** | | **$25.00** | **$6.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/11/2019 - 10/31/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $6.00 | You paid $6.00 |
|---|---|---|

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $25.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

December 31, 2019   ▪   Page 3 of 3



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                      $ _____
register or transfers into                      $ _____
your account which are not                      $ _____
shown on your statement.                      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

DOJ-01-0000006480

# Business Market Rate Savings

January 31, 2020 ▪ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $19.00 |
| Deposits/Credits | 4,500.05 |
| Withdrawals/Debits | - 600.00 |
| **Ending balance on 1/31** | **$3,919.05** |
| Average ledger balance this period | $2,002.87 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.05 |
| Average collected balance | $2,002.87 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.05 |
| Interest paid this year | $0.05 |
| Total interest paid in 2019 | $0.00 |

DOJ-01-0000006481

January 31, 2020 ▪ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 1/17 | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Hnh4Fm on 01/17/20 | 4,500.00 | | 4,519.00 |
| 1/21 | ATM Withdrawal authorized on 01/21 Tukwila Tukwila WA 0001967 ATM ID 1716A Card 5124 | | 300.00 | 4,219.00 |
| 1/23 | ATM Withdrawal authorized on 01/22 1763 4th Ave South Seattle WA 0004383 ATM ID 1691A Card 5124 | | 300.00 | 3,919.00 |
| 1/31 | Interest Payment | 0.05 | | 3,919.05 |
| | Ending balance on 1/31 | | | 3,919.05 |
| | **Totals** | **$4,500.05** | **$600.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $2,003.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

DOJ-01-0000006482

January 31, 2020  ▪  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

February 29, 2020 ▪ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $3,919.05 |
| Deposits/Credits | 0.08 |
| Withdrawals/Debits | - 1,000.00 |
| **Ending balance on 2/29** | **$2,919.13** |
| Average ledger balance this period | $3,608.70 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.08 |
| Average collected balance | $3,608.70 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.08 |
| Interest paid this year | $0.13 |
| Total interest paid in 2019 | $0.00 |

DOJ-01-0000006484

February 29, 2020 ▪ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/21 | ✳ Online Transfer to Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07P3V8B4 on 02/21/20 | | 1,000.00 | 2,919.05 |
| 2/28 | Interest Payment | 0.08 | | 2,919.13 |
| | Ending balance on 2/29 | | | 2,919.13 |
| **Totals** | | **$0.08** | **$1,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $5.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $3,609.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
YCYC

DOJ-01-0000006485

February 29, 2020  ▪  Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

March 31, 2020  ▪  Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,919.13 |
| Deposits/Credits | 4,400.06 |
| Withdrawals/Debits | - 4,427.00 |
| **Ending balance on 3/31** | **$2,892.19** |
| Average ledger balance this period | $2,738.16 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.06 |
| Average collected balance | $2,738.16 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.06 |
| Interest paid this year | $0.19 |
| Total interest paid in 2019 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/2 | Online Transfer From Es1 LLC Business Market Rate Savings xxxxxx2378 Ref #Ib07Qfsj4G on 02/29/20 | 3,200.00 | | |
| 3/2 | Withdrawal Made In A Branch/Store | | 4,427.00 | 1,692.13 |

DOJ-01-0000006487

March 31, 2020 ▪ Page 2 of 3



---

### Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 3/6 | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib07Rjh9Sn on 03/06/20 | 1,200.00 | | 2,892.13 |
| 3/31 | Interest Payment | 0.06 | | 2,892.19 |
| | Ending balance on 3/31 | | | 2,892.19 |
| **Totals** | | **$4,400.06** | **$4,427.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|------------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $2,738.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

March 31, 2020  ▪  Page 3 of 3



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your       $ _____
register or transfers into       $ _____
your account which are not       $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

April 30, 2020 ▪ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,892.19 |
| Deposits/Credits | 4,000.03 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$6,892.22** |
| Average ledger balance this period | $4,225.52 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $4,225.52 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.22 |

DOJ-01-0000006490

April 30, 2020   ▪   Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/21 | Online Transfer From The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib07Zjplw5 on 04/21/20 | 4,000.00 | | 6,892.19 |
| 4/30 | Interest Payment | 0.03 | | 6,892.22 |
| | Ending balance on 4/30 | | | 6,892.22 |
| | **Totals** | **$4,000.03** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|--------------------------------------|-----------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average collected balance | $500.00 | $4,226.00 ☑ |
| ·  Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

April 30, 2020  ▪  Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your             $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

May 31, 2020   ■   Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $6,892.22 |
| Deposits/Credits | 960,006.01 |
| Withdrawals/Debits | - 966,892.22 |
| **Ending balance on 5/31** | **$6.01** |
| Average ledger balance this period | $707,395.78 |

Account number:  **3365593536**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $6.01 |
| Average collected balance | $707,395.78 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $6.01 |
| Interest paid this year | $6.23 |

May 31, 2020  ▪  Page 2 of 4



---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 5/4 | Online Transfer From The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib083Gmd3F on 05/04/20 | 960,000.00 | | 966,892.22 |
| 5/11 | ✱ Online Transfer to The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib084Ln24P on 05/11/20 | | 7,648.59 | 959,243.63 |
| 5/14 | Withdrawal Made In A Branch/Store | | 4,427.00 | 954,816.63 |
| 5/26 | Withdrawal Made In A Branch/Store | | 150,000.00 | 804,816.63 |
| 5/27 | Legal Order Debit - Contact Wells Fargo Bank (480) 724-2000 - Case# 34391920 | | 804,816.63 | 0.00 |
| 5/29 | Interest Payment | 6.01 | | 6.01 |
| | **Ending balance on 5/31** | | | **6.01** |
| **Totals** | | **$960,006.01** | **$966,892.22** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✱ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|------------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average collected balance | $500.00 | $707,396.00 ☑ |
| ·  Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
YGYC

---

## ☑ IMPORTANT ACCOUNT INFORMATION

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

May 31, 2020  ▪  Page 3 of 4



- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

DOJ-01-0000006495

May 31, 2020  ▪  Page 4 of 4



**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                      $ _____
register or transfers into                              $ _____
your account which are not                             $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

October 31, 2019 ▪ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

---

## Activity summary

| | |
|---|---|
| Beginning balance on 10/11 | $0.00 |
| Deposits/Credits | 22,397.43 |
| Withdrawals/Debits | - 34.43 |
| **Ending balance on 10/31** | **$22,363.00** |
| Average ledger balance this period | $22,382.67 |

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- Savings - 000003365593536

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 187
Admitted _____

October 31, 2019   ▪   Page 2 of 3



**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/11 | | Checking Opening Deposit | 22,397.43 | | 22,397.43 |
| 10/23 | | Purchase authorized on 10/21 Arco#07155Arco #07 Seattle WA S389295084210500 Card 5124 | | 0.42 | |
| 10/23 | | Purchase authorized on 10/21 Arco#07155Arco #07 Seattle WA S589295087409766 Card 5124 | | 34.01 | 22,363.00 |
| **Ending balance on 10/31** | | | | | **22,363.00** |
| **Totals** | | | **$22,397.43** | **$34.43** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/11/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $22,383.00 ☑ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006538

October 31, 2019  ▪  Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                             $ _____
your account which are not                         $ _____
shown on your statement.                       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

November 30, 2019   ■   Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $22,363.00 |
| Deposits/Credits | 347.71 |
| Withdrawals/Debits | - 1,770.76 |
| **Ending balance on 11/30** | **$20,939.95** |
| Average ledger balance this period | $21,391.93 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

■   Savings - 000003365593536

DOJ-01-0000006540

November 30, 2019   ▪   Page 2 of 4


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 11/4 | | Purchase authorized on 11/02 International Food Kent WA S389307094814163 Card 5124 | | 171.05 | 22,191.95 |
| 11/7 | | Purchase authorized on 11/05 Prosource Tax Lien Henderson NV S589310163692155 Card 5124 | | 597.00 | |
| 11/7 | | Purchase authorized on 11/06 Wal-Mart #2516 Renton WA S469311183623552 Card 5124 | | 91.19 | |
| 11/7 | | Purchase authorized on 11/07 Costco Gas #0624 Gig Harbor WA P00469311770019060 Card 5124 | | 47.95 | 21,455.81 |
| 11/12 | | Purchase authorized on 11/08 Wal-Mart #2516 Renton WA S589313035026083 Card 5124 | | 24.00 | |
| 11/12 | | Purchase authorized on 11/08 Ikea Seatle Rest Renton WA S589313061132892 Card 5124 | | 11.85 | |
| 11/12 | | Purchase authorized on 11/09 Arco#07155Arco #07 Seattle WA S589314164194583 Card 5124 | | 44.26 | 21,375.70 |
| 11/15 | | Purchase authorized on 11/13 Pmi Sea Dh Clinic Seattle WA S389318067779153 Card 5124 | | 50.00 | |
| 11/15 | | Purchase authorized on 11/13 Rite Aid Store - 5 Seattle WA S589318193150069 Card 5124 | | 24.19 | |
| 11/15 | | Purchase authorized on 11/14 Wal-Mart #2516 Renton WA S589319173042353 Card 5124 | | 48.00 | |
| 11/15 | | Purchase authorized on 11/14 McDonald's F13369 Seattle WA S309319231720915 Card 5124 | | 9.11 | 21,244.40 |
| 11/18 | | Purchase authorized on 11/14 Arco#07155Arco #07 Seattle WA S589319036207254 Card 5124 | | 32.05 | |
| 11/18 | | Purchase authorized on 11/16 Panda Express #102 Burien WA S589321122828727 Card 5124 | | 17.88 | |
| 11/18 | | Purchase authorized on 11/17 Arco#82941West Coa Tukwila WA S589321786768384 Card 5124 | | 26.20 | |
| 11/18 | | Purchase authorized on 11/17 McDonald's F13369 Seattle WA S309322153837776 Card 5124 | | 9.11 | 21,159.16 |
| 11/19 | | Purchase authorized on 11/17 Safeway #3120 Burien WA S309321736665573 Card 5124 | | 40.00 | |
| 11/19 | | Purchase authorized on 11/17 Seafood City Super Tukwila WA S309322095332126 Card 5124 | | 15.76 | |
| 11/19 | | Purchase authorized on 11/18 O'Reilly Auto Part Seattle WA S389322735888613 Card 5124 | | 64.89 | 21,038.51 |
| 11/21 | | Purchase authorized on 11/20 Ncourt*Wasnohomish Everett WA S309324794578680 Card 5124 | | 58.80 | 20,979.71 |
| 11/29 | | Purchase Return authorized on 11/27 The Home Depot 894 Seattle WA S629333543983667 Card 5124 | 347.71 | | |
| 11/29 | | Purchase authorized on 11/26 The Home Depot #89 Seattle WA S309331195579200 Card 5124 | | 24.37 | |
| 11/29 | | Purchase authorized on 11/27 The Home Depot 470 Tukwila WA S589332190088990 Card 5124 | | 363.10 | 20,939.95 |
| **Ending balance on 11/30** | | | | | **20,939.95** |
| **Totals** | | | **$347.71** | **$1,770.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|

DOJ-01-0000006541

November 30, 2019   ▪   Page 3 of 4



---

*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived.
For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $21,392.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

November 30, 2019   ▪   Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                              $ _____
your account which are not                              $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

December 31, 2019   ▪   Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995



## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## ☑ IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $20,939.95 |
| Deposits/Credits | 1,373.01 |
| Withdrawals/Debits | - 4,577.19 |
| **Ending balance on 12/31** | **$17,735.77** |
| Average ledger balance this period | $19,128.33 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

DOJ-01-0000006544

December 31, 2019 ▪ Page 2 of 4



**WELLS FARGO**

---

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

▪ Savings - 000003365593536

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/2 | | Purchase authorized on 11/29 M & J Mart Seattle WA S389334055245570 Card 5124 | | 20.62 | |
| 12/2 | | Purchase authorized on 11/30 Genkimix Httpsgenkimix CA S469334661170829 Card 5124 | | 214.00 | 20,705.33 |
| 12/3 | | Purchase Return authorized on 12/01 The Home Depot 472 Kent WA S829337544032945 Card 5124 | 100.91 | | |
| 12/3 | | Purchase authorized on 11/29 U-Haul Storage of Seattle WA S589334046992118 Card 5124 | | 147.44 | |
| 12/3 | | Purchase authorized on 12/01 The Home Depot #47 Covington WA S589336105423476 Card 5124 | | 124.68 | 20,534.12 |
| 12/4 | | Purchase Return authorized on 12/02 The Home Depot #47 Tukwila WA S619338545536784 Card 5124 | 192.79 | | |
| 12/4 | | Purchase Return authorized on 12/02 The Home Depot 472 Kent WA S629338544316357 Card 5124 | 522.19 | | |
| 12/4 | | Purchase authorized on 12/02 The Home Depot #47 Tukwila WA S589337135369058 Card 5124 | | 192.79 | |
| 12/4 | | Purchase authorized on 12/02 The Home Depot 470 Tukwila WA S389337141422357 Card 5124 | | 722.78 | 20,333.53 |
| 12/5 | | Purchase authorized on 12/03 Shell Oil 57444961 Seattle WA S469337779005093 Card 5124 | | 53.67 | |
| 12/5 | | Purchase authorized on 12/03 The Home Depot #89 Seattle WA S469338144241685 Card 5124 | | 24.00 | 20,255.86 |
| 12/9 | 1001 | Check | | 466.49 | 19,789.37 |
| 12/10 | | Harland Clarke Check/Acc. 120919 00017407575482 The A Team Holdings, L | | 32.83 | 19,756.54 |
| 12/13 | | Purchase authorized on 12/12 Panda Express 1650 Seattle WA S309347169618427 Card 5124 | | 27.80 | 19,728.74 |
| 12/16 | | Purchase Return authorized on 12/12 The Home Depot #47 Seattle WA S619348545063975 Card 5124 | 2.68 | | |
| 12/16 | | Purchase Return authorized on 12/12 The Home Depot #47 Seattle WA S619348545063974 Card 5124 | 121.86 | | |
| 12/16 | | Purchase Return authorized on 12/13 The Home Depot #47 Seattle WA S619349543783861 Card 5124 | 56.97 | | |
| 12/16 | | Purchase authorized on 12/12 Arco#07155Arco #07 Seattle WA S389347045200980 Card 5124 | | 39.10 | |
| 12/16 | | Purchase authorized on 12/12 The Home Depot #89 Seattle WA S309347066989050 Card 5124 | | 124.54 | |
| 12/16 | | Purchase authorized on 12/12 The Home Depot #47 Seattle WA S309347211146931 Card 5124 | | 56.97 | 19,689.64 |
| 12/17 | | Card Provisional Credit 11207196641 | 214.00 | | |
| 12/17 | 1002 | Check | | 2,000.00 | 17,903.64 |
| 12/30 | | Purchase authorized on 12/29 Second Use Building MA Seattle WA P00000000735940269 Card 5124 | | 71.57 | |
| 12/30 | | Purchase authorized on 12/29 Panda Express 1161 Covington WA S389364049208983 Card 5124 | | 17.97 | 17,814.10 |
| 12/31 | | Purchase Return authorized on 12/29 The Home Depot #47 Covington WA S619365544006018 Card 5124 | 161.61 | | |

December 31, 2019  ▪  Page 3 of 4



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-----------|-----------|---------|
| 12/31 | | Purchase authorized on 12/29 The Home Depot 470 Issaquah WA S309364019128793 Card 5124 | | 229.05 | |
| 12/31 | | Purchase authorized on 12/29 The Home Depot #47 Issaquah WA S589364019692953 Card 5124 | | 10.89 | 17,735.77 |
| **Ending balance on 12/31** | | | | | **17,735.77** |
| **Totals** | | | **$1,373.01** | **$4,577.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1001 | 12/9 | 466.49 | 1002 | 12/17 | 2,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $19,128.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006546

December 31, 2019   ▪   Page 4 of 4



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020  ▪  Page 1 of 5



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $17,735.77 |
| Deposits/Credits | 1,964.09 |
| Withdrawals/Debits | - 11,849.57 |
| **Ending balance on 1/31** | **$7,850.29** |
| Average ledger balance this period | $11,899.43 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

▪  Savings - 000003365593536

DOJ-01-0000006548

January 31, 2020  ▪  Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/2 | | Purchase authorized on 12/30 The Home Depot #89 Seattle WA S589364785987431 Card 5124 | | 462.35 | |
| 1/2 | | Purchase authorized on 12/31 The Home Depot #47 Bellevue WA S589365835321922 Card 5124 | | 47.25 | 17,226.17 |
| 1/3 | | Purchase authorized on 12/31 Best Meats Kent WA S300001133320257 Card 5124 | | 45.61 | 17,180.56 |
| 1/6 | | Purchase Return authorized on 01/03 The Home Depot 473 Covington WA S620005543964973 Card 5124 | 257.03 | | |
| 1/6 | | Purchase Return authorized on 01/03 The Home Depot 894 Seattle WA S620005543963348 Card 5124 | 426.78 | | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot 894 Seattle WA S580002775530914 Card 5124 | | 270.82 | |
| 1/6 | | Purchase authorized on 01/02 Arco#07155Arco #07 Seattle WA S300002783899174 Card 5124 | | 25.68 | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot #89 Seattle WA S580002805673397 Card 5124 | | 33.03 | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot #89 Seattle WA S460002831832649 Card 5124 | | 116.50 | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot #47 Tukwila WA S380003067961880 Card 5124 | | 153.65 | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot #89 Seattle WA S460003157123710 Card 5124 | | 59.20 | |
| 1/6 | | Purchase authorized on 01/02 The Home Depot #47 Bothell WA S580003202687165 Card 5124 | | 1,013.83 | |
| 1/6 | | Purchase authorized on 01/03 The Home Depot #89 Seattle WA S380003707277393 Card 5124 | | 79.55 | |
| 1/6 | | Purchase authorized on 01/03 USAA Insurance Pym 800-531-8111 TX S300003765901039 Card 5124 | | 1,376.50 | |
| 1/6 | | Purchase authorized on 01/03 The Home Depot #47 Covington WA S380004161201263 Card 5124 | | 128.94 | 14,606.67 |
| 1/7 | | Purchase authorized on 01/05 The Home Depot #89 Seattle WA S580005658446437 Card 5124 | | 159.86 | |
| 1/7 | | Purchase authorized on 01/05 The Home Depot #89 Seattle WA S580005724323449 Card 5124 | | 9.84 | |
| 1/7 | | Purchase authorized on 01/05 The Home Depot #47 Covington WA S380006121682931 Card 5124 | | 75.04 | |
| 1/7 | 1026 | Check | | 1,500.00 | 12,861.83 |
| 1/13 | | Purchase authorized on 01/09 The Home Depot #89 Seattle WA S380009834777660 Card 5124 | | 56.07 | |
| 1/13 | | Purchase authorized on 01/11 The Home Depot #89 Seattle WA S380011761375631 Card 5124 | | 198.59 | |
| 1/13 | | Purchase authorized on 01/11 The Home Depot #47 Seattle WA S380012034868322 Card 5124 | | 199.59 | 12,407.58 |
| 1/14 | | Purchase authorized on 01/13 Chevron 0206670 Kent WA S300014037965180 Card 5124 | | 48.48 | |
| 1/14 | | Purchase authorized on 01/13 Chevron 0206670 Kent WA S580014040287886 Card 5124 | | 29.85 | 12,329.25 |
| 1/15 | | Purchase Return authorized on 01/13 The Home Depot #47 Kent WA S610015545623236 Card 5124 | 75.58 | | |
| 1/15 | | Purchase authorized on 01/13 Reliable Wrenchers Kent WA S580014033813598 Card 5124 | | 337.97 | |
| 1/15 | | Purchase authorized on 01/13 The Home Depot 473 Covington WA S380014183469218 Card 5124 | | 472.99 | |
| 1/15 | | Purchase authorized on 01/13 The Home Depot 472 Kent WA S300014210328176 Card 5124 | | 220.62 | |
| 1/15 | | Purchase authorized on 01/14 McDonald's F13369 Seattle WA S380015001469112 Card 5124 | | 4.39 | 11,368.86 |
| 1/16 | | Purchase Return authorized on 01/14 The Home Depot 470 Issaquah WA S620016544867527 Card 5124 | 85.80 | | |

January 31, 2020  ▪  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|--------|
| 1/16 | | Purchase Return authorized on 01/14 The Home Depot 470 Issaquah WA S620015544867525 Card 5124 | 215.02 | | |
| 1/16 | | Purchase authorized on 01/14 The Home Depot 470 Issaquah WA S380015067542821 Card 5124 | | 386.31 | |
| 1/16 | | Purchase authorized on 01/14 The Home Depot #47 Redmond WA S580015113107351 Card 5124 | | 178.71 | |
| 1/16 | | Purchase authorized on 01/14 Safeway #1062 Seattle WA S380015177491826 Card 5124 | | 54.86 | |
| 1/16 | | Purchase authorized on 01/14 Shell Oil 57444961 Seattle WA S300015227697212 Card 5124 | | 26.74 | |
| 1/16 | | Purchase authorized on 01/15 McDonald's F13369 Seattle WA S460015753120310 Card 5124 | | 10.11 | 11,012.95 |
| 1/17 | | Purchase authorized on 01/15 The Home Depot #89 Seattle WA S580015678185532 Card 5124 | | 1,020.36 | |
| 1/17 | | Purchase authorized on 01/15 The Home Depot 470 Tukwila WA S460015808415810 Card 5124 | | 84.10 | 9,908.49 |
| 1/21 | | Purchase authorized on 01/19 The Home Depot #89 Seattle WA S460019807133139 Card 5124 | | 79.78 | |
| 1/21 | | Purchase authorized on 01/19 Panda Express 1709 Gig Harbor WA S300019842217341 Card 5124 | | 15.24 | |
| 1/21 | | Purchase authorized on 01/19 Shell Oil 57444961 Seattle WA S300020182127042 Card 5124 | | 25.08 | |
| 1/21 | | Purchase authorized on 01/19 Safeway #1062 Seattle WA S380020214137360 Card 5124 | | 47.36 | |
| 1/21 | | Purchase authorized on 01/20 King County Solid Seattle WA S300021009401947 Card 5124 | | 47.30 | 9,693.73 |
| 1/22 | | Purchase Return authorized on 01/20 The Home Depot #47 Puyallup WA S610022545028928 Card 5124 | 144.88 | | |
| 1/22 | | Purchase Return authorized on 01/20 The Home Depot 470 Seattle WA S620022544558303 Card 5124 | 218.17 | | |
| 1/22 | | Purchase authorized on 01/20 South Transfer Sta Seattle WA S580021041331703 Card 5124 | | 30.00 | 10,026.78 |
| 1/24 | | Purchase authorized on 01/22 The Home Depot #89 Seattle WA S300023195225294 Card 5124 | | 42.95 | |
| 1/24 | | Purchase authorized on 01/22 76 - Lake Sammamis Issaquah WA S460023195915275 Card 5124 | | 25.23 | |
| 1/24 | | Purchase authorized on 01/23 Chevron 0208417 Mount Vernon WA S380023858241083 Card 5124 | | 30.02 | 9,928.58 |
| 1/27 | | Purchase authorized on 01/25 Jiffy Lube 2051 Seattle WA P0000000176865131 Card 5124 | | 95.93 | |
| 1/27 | | Purchase authorized on 01/25 Shell Oil 57444961 Seattle WA S300026089441481 Card 5124 | | 30.01 | 9,802.64 |
| 1/28 | | Purchase Return authorized on 01/26 The Home Depot #47 Bellevue WA S610028544056910 Card 5124 | 193.56 | | |
| 1/28 | | Purchase authorized on 01/26 The Home Depot 471 Bellevue WA S300026847895221 Card 5124 | | 297.90 | |
| 1/28 | | Purchase authorized on 01/27 Wal-Mart #2516 Renton WA S580027770449495 Card 5124 | | 110.00 | |
| 1/28 | | Purchase authorized on 01/27 Wal-Mart #2516 Renton WA S580027781587670 Card 5124 | | 25.14 | 9,563.16 |
| 1/29 | | Purchase authorized on 01/27 Panera Bread #2022 Kent WA S460027719855767 Card 5124 | | 21.97 | |
| 1/29 | | Purchase authorized on 01/27 The Home Depot #47 Bellevue WA S460028218858406 Card 5124 | | 51.23 | 9,489.96 |
| 1/30 | | Purchase Return authorized on 01/28 The Home Depot #89 Seattle WA S610030784928957 Card 5124 | 106.43 | | |
| 1/30 | | Purchase authorized on 01/28 America's Best # 5 Seattle WA S580028751077555 Card 5124 | | 286.95 | |

January 31, 2020 ▪ Page 4 of 5



**WELLS FARGO**

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/30 | | Purchase authorized on 01/29 Ad Iq 1-888-402-23 888-402-2347 NV S300029708213559 Card 5124 | | 1,699.99 | 7,609.45 |
| 1/31 | | Purchase Return authorized on 01/29 The Home Depot 471 Bothell WA S620031544603072 Card 5124 | 240.84 | | 7,850.29 |
| **Ending balance on 1/31** | | | | | **7,850.29** |
| **Totals** | | | **$1,964.09** | **$11,849.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1026 | 1/7 | 1,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $11,899.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

January 31, 2020 ▪ Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 5



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $7,850.29 |
| Deposits/Credits | 2,273.19 |
| Withdrawals/Debits | - 9,737.34 |
| **Ending balance on 2/29** | **$386.14** |
| | |
| Average ledger balance this period | $2,134.88 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
- Savings - 000003365593536

DOJ-01-0000006553

February 29, 2020 ▪ Page 2 of 5



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 2/3 | | Purchase Return authorized on 01/31 The Home Depot #89 Seattle WA S610033544051273 Card 5124 | 59.40 | | |
| 2/3 | | Purchase Return authorized on 02/01 The Home Depot #47 Covington WA S610034613214589 Card 5124 | 7.58 | | |
| 2/3 | | Purchase Return authorized on 02/01 The Home Depot #47 Bellevue WA S610034613214888 Card 5124 | 36.62 | | |
| 2/3 | | Purchase Return authorized on 02/01 The Home Depot 471 Bellevue WA S620034545102878 Card 5124 | 231.85 | | |
| 2/3 | | Purchase Return authorized on 02/01 The Home Depot 472 Kent WA S620034545102785 Card 5124 | 365.29 | | |
| 2/3 | | Purchase authorized on 01/31 Tst* Whidbey Coffe Burlington WA S380031674483199 Card 5124 | | 6.29 | |
| 2/3 | | Purchase authorized on 01/31 The Home Depot #47 Snohomish WA S380031767890985 Card 5124 | | 59.40 | |
| 2/3 | | Purchase authorized on 01/31 Baskin Robbins # 3 Snohomish WA S380031781587944 Card 5124 | | 6.52 | |
| 2/3 | | Purchase authorized on 01/31 Shell Oil 57444961 Seattle WA S380032022635004 Card 5124 | | 20.06 | |
| 2/3 | | Purchase authorized on 01/31 Ikea Seattle Rest Renton WA S300032162674929 Card 5124 | | 16.21 | |
| 2/3 | | Purchase authorized on 02/01 The Home Depot 473 Covington WA S460033037574197 Card 5124 | | 580.47 | |
| 2/3 | | Purchase authorized on 02/01 The Home Depot 472 Kent WA S580033070498905 Card 5124 | | 95.65 | |
| 2/3 | | Purchase authorized on 02/01 Shell Oil 57444961 Seattle WA S300033102418941 Card 5124 | | 15.21 | |
| 2/3 | | Purchase authorized on 02/02 Comcast Bellingh C 800-266-2278 WA S580033547599350 Card 5124 | | 491.88 | 7,259.34 |
| 2/4 | | Purchase Return authorized on 02/02 The Home Depot #47 Seattle WA S610035544816760 Card 5124 | 28.22 | | |
| 2/4 | | Purchase Return authorized on 02/02 The Home Depot #47 Tukwila WA S610035544816761 Card 5124 | 183.03 | | |
| 2/4 | | Purchase authorized on 02/02 Shell Oil 57444961 Seattle WA S380034079396783 Card 5124 | | 20.16 | |
| 2/4 | | Purchase authorized on 02/02 The Home Depot 470 Tukwila WA S580034138990700 Card 5124 | | 828.29 | |
| 2/4 | 1001 | Check | | 5,000.00 | 1,622.14 |
| 2/5 | | Purchase authorized on 02/03 Anthony's at Sincl Bremerton WA S580034816035725 Card 5124 | | 55.04 | |
| 2/5 | | Purchase authorized on 02/03 The Home Depot #47 Bellevue WA S460035088877177 Card 5124 | | 131.30 | 1,435.80 |
| 2/6 | | Purchase Return authorized on 02/04 The Home Depot #47 Bellevue WA S610037545702977 Card 5124 | 32.31 | | |
| 2/6 | | Purchase Return authorized on 02/04 The Home Depot #47 Bellevue WA S610037545702976 Card 5124 | 46.15 | | |
| 2/6 | | Purchase Return authorized on 02/04 The Home Depot #47 Tukwila WA S610037545702975 Card 5124 | 76.77 | | |
| 2/6 | | Purchase Return authorized on 02/04 The Home Depot 471 Bellevue WA S620037544116244 Card 5124 | 201.59 | | |
| 2/6 | | Purchase Return authorized on 02/04 The Home Depot 472 Kent WA S620037544116187 Card 5124 | 560.94 | | |
| 2/6 | | Purchase authorized on 02/04 Best Meats Kent WA S380035813022316 Card 5124 | | 1.99 | |
| 2/6 | | Purchase authorized on 02/04 Alexandria Mediter Kent WA S380035828869838 Card 5124 | | 21.49 | |
| 2/6 | | Purchase authorized on 02/04 Shell Oil 57444961 Seattle WA S580036216950321 Card 5124 | | 21.14 | |
| 2/6 | | Purchase authorized on 02/05 McDonald's F13369 Seattle WA S460037224080167 Card 5124 | | 8.78 | 2,300.16 |

February 29, 2020 ▪ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/7 | | Purchase Return authorized on 02/05 The Home Depot #47 Tukwila WA S610038545592410 Card 5124 | 135.09 | | |
| 2/7 | | Purchase authorized on 02/05 Shell Oil 57444961 Seattle WA S300037158816898 Card 5124 | | 25.29 | |
| 2/7 | | Purchase authorized on 02/05 Shell Oil 57444961 Seattle WA S380037160141306 Card 5124 | | 9.34 | |
| 2/7 | | Purchase authorized on 02/05 The Home Depot #47 Tukwila WA S580037207241338 Card 5124 | | 281.30 | 2,119.32 |
| 2/13 | | Purchase Return authorized on 02/11 The Home Depot #89 Seattle WA S610044544379943 Card 5124 | 54.85 | | |
| 2/13 | | Purchase authorized on 02/11 The Home Depot 894 Seattle WA S300043043543760 Card 5124 | | 100.00 | |
| 2/13 | | Purchase authorized on 02/11 Matador West Seatt Seattle WA S460043225774985 Card 5124 | | 28.63 | 2,045.54 |
| 2/14 | | Purchase authorized on 02/11 Shell Oil 57444961 Seattle WA S300043284266547 Card 5124 | | 15.27 | 2,030.27 |
| 2/18 | | Purchase Return authorized on 02/15 The Home Depot #47 Seattle WA S610048552957289 Card 5124 | 9.25 | | |
| 2/18 | | Purchase authorized on 02/14 The Home Depot #89 Seattle WA S580046024309948 Card 5124 | | 44.27 | |
| 2/18 | | Purchase authorized on 02/14 Pmi Sea Dh Clinic Seattle WA S460046027184184 Card 5124 | | 210.00 | |
| 2/18 | | Purchase authorized on 02/16 The Home Depot 471 Bellevue WA S380048083882127 Card 5124 | | 83.30 | |
| 2/18 | | Purchase authorized on 02/16 The Home Depot 472 Redmond WA S380048098389578 Card 5124 | | 350.00 | |
| 2/18 | | Purchase authorized on 02/16 The Home Depot #47 Redmond WA S300048117568368 Card 5124 | | 69.22 | |
| 2/18 | | Purchase authorized on 02/16 Chevron 0375344 Seattle WA S300048187777582 Card 5124 | | 2.19 | 1,280.54 |
| 2/19 | | Purchase Return authorized on 02/17 The Home Depot #47 Seattle WA S610050543917828 Card 5124 | 45.50 | | |
| 2/19 | | Purchase Return authorized on 02/17 The Home Depot #47 Redmond WA S610050543917829 Card 5124 | 198.75 | | |
| 2/19 | | Purchase authorized on 02/17 7-Eleven 23931 Seattle WA S460048820118922 Card 5124 | | 22.34 | |
| 2/19 | | Purchase authorized on 02/17 The Home Depot #47 Redmond WA S580049019983099 Card 5124 | | 45.50 | |
| 2/19 | | Purchase authorized on 02/17 The Home Depot #47 Seattle WA S380049167193080 Card 5124 | | 56.07 | 1,400.88 |
| 2/20 | | Purchase authorized on 02/18 The Home Depot #47 Tukwila WA S460049848829161 Card 5124 | | 71.02 | |
| 2/20 | | Purchase authorized on 02/18 Shell Oil 57444961 Seattle WA S300050126326040 Card 5124 | | 27.77 | |
| 2/20 | | Purchase authorized on 02/18 The Home Depot #47 Bellevue WA S380050209689615 Card 5124 | | 109.54 | 1,192.55 |
| 2/21 | | Purchase authorized on 02/19 The Home Depot #47 Kent WA S580051197625583 Card 5124 | | 41.62 | |
| 2/21 | | Purchase authorized on 02/20 Bartell Drug 66-LA Seattle WA S460052159272378 Card 5124 | | 54.10 | 1,096.83 |
| 2/24 | | Purchase authorized on 02/20 Safeway #1062 Seattle WA S380052209517497 Card 5124 | | 114.34 | |
| 2/24 | | Purchase authorized on 02/21 McDonald's F13369 Seattle WA S460053088638866 Card 5124 | | 15.26 | |
| 2/24 | | Purchase authorized on 02/21 Safeway #1062 Seattle WA S580053254263472 Card 5124 | | 105.06 | |
| 2/24 | | Purchase authorized on 02/22 Dominic's Red Apple Mark Seattle WA P0038005410090797 Card 5124 | | 20.09 | |
| 2/24 | | Purchase authorized on 02/22 McDonald's F13369 Seattle WA S300054103524166 Card 5124 | | 15.26 | |
| 2/24 | | Purchase authorized on 02/22 Safeway #1062 Seattle WA S460054199182404 Card 5124 | | 115.20 | 711.62 |

February 29, 2020  ▪  Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/27 | | Purchase authorized on 02/25 Safeway #3120 Burien WA S580057236466984 Card 5124 | | 41.01 | |
| 2/27 | | Purchase authorized on 02/25 Speedway 2165 Burien WA S300057244978341 Card 5124 | | 31.19 | 639.42 |
| 2/28 | | Purchase authorized on 02/26 Safeway #3120 Burien WA S460057810147208 Card 5124 | | 126.91 | |
| 2/28 | | Purchase authorized on 02/26 Safeway #3120 Burien WA S460057817145491 Card 5124 | | 11.84 | |
| 2/28 | | Purchase authorized on 02/26 Shell Oil 57444961 Seattle WA S300057834019344 Card 5124 | | 23.79 | |
| 2/28 | | Purchase authorized on 02/26 Safeway #1062 Seattle WA S580058263033410 Card 5124 | | 90.74 | 386.14 |
| **Ending balance on 2/29** | | | | | **386.14** |
| **Totals** | | | **$2,273.19** | **$9,737.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1001 | 2/4 | 5,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $2,135.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1IC1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DOJ-01-0000006556

February 29, 2020  ▪  Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

March 31, 2020   ■   Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $386.14 |
| Deposits/Credits | 3,500.00 |
| Withdrawals/Debits | - 2,539.77 |
| **Ending balance on 3/31** | **$1,346.37** |
| Average ledger balance this period | $1,531.94 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

March 31, 2020 ■ Page 2 of 4



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 3/2 | | Online Transfer From Es1 LLC Business Checking xxxxxx9124 Ref #Ib07Qfshnr on 02/29/20 | 3,500.00 | | |
| 3/2 | | Purchase authorized on 02/28 Safeway #1062 Seattle WA S380059328450401 Card 5124 | | 82.34 | |
| 3/2 | | Purchase authorized on 02/28 Safeway #3120 Burien WA S380060242774458 Card 5124 | | 98.93 | |
| 3/2 | | Purchase authorized on 02/29 Safeway #1062 Seattle WA S460061253632457 Card 5124 | | 64.75 | |
| 3/2 | | Online Transfer Ref #Ib07Qfvqmc to Business Card Xxxxxxxxxxxx3611 on 03/01/20 | | 145.35 | |
| 3/2 | | Purchase authorized on 03/01 Tmobile Postpaid W 800-937-8997 WA S380061353989997 Card 5124 | | 214.83 | |
| 3/2 | | Purchase authorized on 03/01 Comcast Bellingh C 800-266-2278 WA S380061375271890 Card 5124 | | 535.60 | |
| 3/2 | | Purchase authorized on 03/02 O'Reilly Auto Parts 2810 Seattle WA P00460062819097417 Card 5124 | | 19.79 | |
| 3/2 | | Purchase authorized on 03/02 O'Reilly Auto Parts 2810 Seattle WA P00580062822149365 Card 5124 | | 19.79 | 2,704.76 |
| 3/3 | | Purchase authorized on 03/02 Practice Fusion 415-346-7700 CA S380062367450889 Card 5124 | | 109.00 | |
| 3/3 | | Purchase authorized on 03/02 Advancedmd Https://WWW.A UT S580063027585592 Card 5124 | | 334.50 | 2,261.26 |
| 3/4 | | Purchase authorized on 03/02 Shell Oil 57444961 Seattle WA S460063105692959 Card 5124 | | 48.01 | |
| 3/4 | | Online Transfer to Es1 LLC Business Checking xxxxxx9124 Ref #Ib07R4Jfv5 on 03/04/20 | | 100.00 | |
| 3/4 | | ATM Withdrawal authorized on 03/04 Georgetown Business Cente Seattle WA 0005485 ATM ID 2593A Card 5124 | | 100.00 | 2,013.25 |
| 3/6 | | Purchase authorized on 03/04 The Home Depot #47 Seattle WA S300064852183536 Card 5124 | | 16.28 | |
| 3/6 | | Purchase authorized on 03/04 Shell Oil 57444961 Seattle WA S300065023636861 Card 5124 | | 24.48 | |
| 3/6 | | Recurring Payment authorized on 03/04 J2 *Metrofax 888-929-4141 CA S460065120934230 Card 5124 | | 17.90 | |
| 3/6 | | Purchase authorized on 03/05 McDonald's F13369 Seattle WA S460065862041938 Card 5124 | | 25.14 | 1,929.45 |
| 3/9 | | Purchase authorized on 03/06 Advancedmd Https://WWW.A UT S300066551591954 Card 5124 | | 334.50 | |
| 3/9 | | ATM Withdrawal authorized on 03/07 Georgetown Business Cente Seattle WA 0005992 ATM ID 2593A Card 5124 | | 50.00 | 1,544.95 |
| 3/11 | | Purchase authorized on 03/10 McDonald's F13369 Seattle WA S580071095838261 Card 5124 | | 14.82 | 1,530.13 |
| 3/12 | | Purchase authorized on 03/10 Shell Oil 57444961 Seattle WA S460071068774087 Card 5124 | | 47.57 | 1,482.56 |
| 3/16 | | Purchase authorized on 03/13 McDonald's F13369 Seattle WA S380073853816834 Card 5124 | | 8.56 | 1,474.00 |
| 3/17 | | Purchase authorized on 03/15 Safeway #1062 Seattle WA S460075595930431 Card 5124 | | 44.51 | |
| 3/17 | | Purchase authorized on 03/16 Denny Way Shell Seattle WA S580076316558831 Card 5124 | | 43.25 | |
| 3/17 | | Purchase authorized on 03/16 Safeway #1062 Seattle WA P00000000086390542 Card 5124 | | 26.92 | 1,359.32 |
| 3/25 | | Recurring Payment authorized on 03/24 J2 *Metrofax 888-929-4141 CA S380084589400514 Card 5124 | | 12.95 | 1,346.37 |
| **Ending balance on 3/31** | | | | | 1,346.37 |
| **Totals** | | | **$3,500.00** | **$2,539.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

March 31, 2020 ▪ Page 3 of 4



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,532.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

March 31, 2020  ▪ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount**  $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Simple Business Checking

April 30, 2020 ▪ Page 1 of 3



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,346.37 |
| Deposits/Credits | 4,000.00 |
| Withdrawals/Debits | - 4,916.84 |
| **Ending balance on 4/30** | **$429.53** |
| Average ledger balance this period | $642.19 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

April 30, 2020   ▪   Page 2 of 3


**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|---------------------|
| 4/3 | | Purchase authorized on 04/02 Practice Fusion 415-346-7700 CA S460093329674799 Card 5124 | | 109.00 | 1,237.37 |
| 4/7 | | Purchase authorized on 04/06 Advancedmd Https://WWW.A UT S300097494039776 Card 5124 | | 330.64 | 906.73 |
| 4/8 | | Purchase authorized on 04/07 Tmobile Postpaid W 800-937-8997 WA S460098844000086 Card 5124 | | 434.66 | 472.07 |
| 4/21 | | Sbad Treas 310 Misc Pay 042120 Eidg:3600260002 Nte*Pmt*Eidg:3600260002\ | 4,000.00 | | |
| 4/21 | | Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib07Z/plw5 on 04/21/20 | | 4,000.00 | 472.07 |
| 4/27 | | Recurring Payment authorized on 04/24 J2 *Metrofax 888-929-4141 CA S580115586449527 Card 5124 | | 12.95 | 459.12 |
| 4/28 | | Purchase authorized on 04/27 Panda Express #102 Burien WA S380119086489528 Card 5124 | | 29.59 | 429.53 |
| **Ending balance on 4/30** | | | | | **429.53** |
| **Totals** | | | **$4,000.00** | **$4,916.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $642.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

April 30, 2020   ▪   Page 3 of 3



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
register or transfers into                            $ _____
your account which are not                          $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

May 31, 2020  ▪  Page 1 of 4



THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

---

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $429.53 |
| Deposits/Credits | 968,248.59 |
| Withdrawals/Debits | - 968,183.47 |
| **Ending balance on 5/31** | **$494.65** |
| Average ledger balance this period | $1,226.46 |

Account number:  **7621559116**

**THE A TEAM HOLDINGS, LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

DOJ-01-0000006565

May 31, 2020 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase authorized on 04/29 Pabla Indian Cuisi Renton WA S380121038090306 Card 5124 | | 25.61 | |
| 5/1 | | Purchase authorized on 04/29 Arco#07155Arco #07 Seattle WA S300121050024361 Card 5124 | | 25.28 | 378.64 |
| 5/4 | | Customers Bank Ppp Funds 200504 App-1120098 The A Team Holdings Ll | 960,000.00 | | |
| 5/4 | | Purchase authorized on 05/01 Super Deli Mart Seattle WA S380122706097007 Card 5124 | | 27.54 | |
| 5/4 | | Purchase authorized on 05/02 Practice Fusion 415-346-7700 CA S580123329318844 Card 5124 | | 109.00 | |
| 5/4 | | Online Transfer to The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib083Gmd3F on 05/04/20 | | 960,000.00 | 242.10 |
| 5/6 | | Online Transfer From Eric R Shibley MD Pllc Business Checking xxxxxx7262 Ref #Ib083Tzgyv on 05/06/20 | 600.00 | | 842.10 |
| 5/7 | | Purchase authorized on 05/06 Advancedmd Https://WWW.A UT S460127484961853 Card 5124 | | 334.50 | 507.60 |
| 5/11 | | Online Transfer From The A Team Holdings, LLC Business Market Rate Savings xxxxxx3536 Ref #Ib084Ln24P on 05/11/20 | 7,648.59 | | 8,156.19 |
| 5/14 | | Fay Servicing ACH Pmts 051220 0888006560 Eric Shebly | | 7,648.59 | 507.60 |
| 5/26 | | Recurring Payment authorized on 05/24 J2 *Metrofax 888-928-4141 CA S460145586761960 Card 5124 | | 12.95 | 494.65 |
| **Ending balance on 5/31** | | | | | **494.65** |
| **Totals** | | | **$968,248.59** | **$968,183.47** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,226.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

May 31, 2020 ▪ Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.

May 31, 2020  ▪  Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
   register or transfers into                        $ _____
   your account which are not                        $ _____
   shown on your statement.                        + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Account Application

**WELLS FARGO**

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | WEST SEATTLE |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| JAMES RADOVICH | F1690 | 10/11/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 206/932-5065 | 03137 | 0001740 | P6510-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Wells Fargo Simple Business Checking | Operating Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 7621559116 | $22,397.00 | CACK |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Market Rate Savings | General Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 120 | DDA | 3365593536 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| BD-002121589 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| THE A TEAM HOLDINGS, LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 90863942035361 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| ERIC R SHIBLEY | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ███████████8617 | Signer |

## Checking/Savings Statement Mailing Information



2W02-001293897682-01

BBG2307 (12-18 SVP)

Page 1 of 5
Wells Fargo Confidential

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 188**
**Admitted _____**

DOJ-01-0000006410

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| THE A TEAM HOLDINGS, LLC | 4700 36TH AVE SW | |
| | Address Line 2: | |
| | City:<br>SEATTLE | State:<br>WA |
| | ZIP/Postal Code:<br>98126-2716 | Country:<br>US |

## Customer 1 Information

| Customer Name: | | | |
|---|---|---|---|
| THE A TEAM HOLDINGS, LLC | | | |
| Enterprise Customer Number (ECN):<br>90863942035361 | | Street Address:<br>4700 36TH AVE SW | |
| Account Relationship:<br>Sole Owner | | Address Line 2: | |
| Taxpayer Identification Number (TIN):<br>███7088 | TIN Type:<br>EIN | Address Line 3: | |
| Business Type:<br>Limited Liability Company | | City:<br>SEATTLE | State:<br>WA |
| Business Sub-Type/Tax Classification:<br>S Corporation | Non-Profit:<br>No | ZIP/Postal Code:<br>98126-2716 | Country:<br>US |
| Date Originally Established:<br>12/10/2018 | Current Ownership Since:<br>2018 | Number of Employees:<br>1 | Business Phone:<br>206/938-4291 | Fax: |
| Annual Gross Sales:<br>$150,000.00 | Year Sales Reported:<br>10/11/2019 | Fiscal Year End:<br>12/19 | Cellular Phone: | Pager: |
| Primary Financial Institution:<br>WLLSFRG | Number of Locations:<br>1 | | e-Mail Address:<br>ers98126@gmail.com | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market:<br>LOCAL | |
| Industry:<br>Real Estate, Rental and Leasing | | | | |
| Description of Business:<br>Property Development | | | | |
| Major Suppliers/Customers:<br>Home Depot | | | | |

## Bank Use Only

| Name/Entity Verification:<br>Secretary of State | | Address Verification:<br>NONE | | |
|---|---|---|---|---|
| BACC Reference Number:<br>6192840001692 | | | | |
| Document Filing Number/Description:<br>604330288 | Filing Country:<br>US | Filing State:<br>WA | Filing Date:<br>12/10/2018 | Expiration Date:<br>12/31/2019 |
| Country of Registration:<br>US | State of Registration:<br>WA | International Transactions: | | Check Reporting:<br>NO RECORD |



2W02-001293897682-02

Page 2 of 5<br>Wells Fargo Confidential

DOJ-01-0000006411

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name:<br>ERIC R SHIBLEY | Residence Address:<br>4700 36TH AVE SW |
| Business Relationship:<br>Owner with Control of the Entity | Address Line 2: |
| Position/Title:    Date of Birth: ▮▮▮▮ 1978    Percent of Ownership: 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN):<br>▮▮▮▮▮38617 | City:<br>SEATTLE     State: WA |
| Taxpayer Identification Number (TIN): ▮▮▮-5264    TIN Type: SSN | ZIP/Postal Code:<br>98126-2716    Country: US |
| Primary ID Type:<br>DLIC    Primary ID Description: ▮▮▮▮▮ | Country of Citizenship: US    Permanently Resides in US: |
| Primary ID St/Ctry/Prov:<br>WA   Primary ID Issue Date: 07/11/2018   Primary ID Expiration Date: 12/10/2019 | Check Reporting:<br>NO RECORD |
| Secondary ID Type:<br>OTHR DC    Secondary ID Description: NAVY FEDERAL CU 5151 | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: 09/28/2022 | |



2W02-001293897682-03

DOJ-01-0000006412

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name | Position/Title:
ERIC R SHIBLEY

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
10/11/2019

DOJ-01-0000006413

Business Account Application

**Request for Taxpayer Identification Number and Certification**

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.  ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

THE A TEAM HOLDINGS, LLC

Taxpayer Identification Number (TIN):

███████7088

TIN Certification Signature:

ERIC R SHIBLEY

☐ Submit manually
☐ Signature not required

Date:
10/11/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name

ERIC R SHIBLEY

Position/Title:

Authorized Signer 1 Signature

ERIC R SHIBLEY

☐ Submit manually
☐ Signature not required

Date:
10/11/2019



2W02-001293897682-05

BBG2307 (12-18 SVP)

Page 5 of 5
Wells Fargo Confidential

DOJ-01-0000006414

**[HomeStreet] *Bank*®**

Page 1 of 1

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: April 16, 2020
This statement: April 30, 2020
Total days in statement period: 15

5315264333
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Basics Checking

| | | | |
|---|---|---|---|
| Account number | 5315264333 | Beginning balance | $0.00 |
| Low balance | $300.00 | Total additions | 300.00 |
| Average balance | $300.00 | Total subtractions | .00 |
| | | Ending balance | $300.00 |

**CREDITS**

| Date | Description | Store/Location # | Additions |
|---|---|---|---|
| 04-16 | ' Deposit | | 300.00 |
| | TLR26302 BR 263 | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-16 | 300.00 | | | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 189
Admitted _____
```

DOJ-02-0000007690



### ACCOUNT BALANCE

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT $ _____
\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK \+ _____

\+ _____

SUBTOTAL $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS − _____

ACCOUNT BALANCE $ _____

### REGISTER BALANCE

ENTER YOUR CHECKBOOK BALANCE $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER) \+ _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER) \+ _____

**SUBTOTAL** $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER) − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER) − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER) − _____

**REGISTER BALANCE** $ _____

ENTER HERE

THESE SHOULD EQUAL

### LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,

33405 8th Ave S, Ste 250, Federal Way, WA 98003

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Rev. 1/15

# [HomeStreet] Bank®

Page 1 of 1

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: April 30, 2020
This statement: May 31, 2020
Total days in statement period: 31

5315264333
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Basics Checking

| | | | |
|---|---|---|---|
| Account number | 5315264333 | Beginning balance | $300.00 |
| Low balance | $300.00 | Total additions | .00 |
| Average balance | $300.00 | Total subtractions | .00 |
| | | Ending balance | $300.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007692



**ACCOUNT BALANCE**

| | |
|---|---|
| ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT | $ _____ |
| | + _____ |
| ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK | + _____ |
| | + _____ |
| SUBTOTAL | $ _____ |
| ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS | − _____ |
| ACCOUNT BALANCE | $ _____ |

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

ENTER HERE

**REGISTER BALANCE**

| | |
|---|---|
| ENTER YOUR CHECKBOOK BALANCE | $ _____ |
| ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER) | + _____ |
| | + _____ |
| ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER) | + _____ |
| **SUBTOTAL** | $ _____ |
| SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER) | − _____ |
| SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER) | − _____ |
| SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER) | − _____ |
| **REGISTER BALANCE** | $ _____ |

THESE SHOULD EQUAL

## IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Ste 250, Federal Way, WA 98003

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Rev. 1/15

DOJ-02-0000007693

Page 1 of 1

Last statement: April 30, 2020
This statement: May 31, 2020
Total days in statement period: 31

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

5315264333
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Basics Checking

| | | | |
|---|---|---|---|
| Account number | 5315264333 | Beginning balance | $300.00 |
| Low balance | $300.00 | Total additions | .00 |
| Average balance | $300.00 | Total subtractions | .00 |
| | | Ending balance | $300.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007694

# [HomeStreet] Bank

Page 1 of 3

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: May 31, 2020
This statement: June 30, 2020
Total days in statement period: 30

5315264333
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Basics Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5315264333 | Beginning balance | | $300.00 |
| Low balance | $17.41 | Total additions | | 8,666.00 |
| Average balance | $923.66 | Total subtractions | | 8,958.59 |
| | | Ending balance | | $7.41 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 06-22 | 1,300.00 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 06-17 | ' ACH Debit | 7,648.59 |
| | FAY SERVICING ACH PMTS 200616 | |
| 06-30 | ' Service Charge For | 10.00 |
| | LOW BALANCE FEE | |

**CREDITS**

| Date | Description | Store/Location # | Additions |
|---|---|---|---|
| 06-15 | ' Deposit | | 7,500.00 |
| | TLR26304 BR 263 | | |
| 06-16 | ' Deposit | | 1,166.00 |
| | TLR26304 BR 263 | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 300.00 | 06-16 | 8,966.00 | 06-22 | 17.41 |
| 06-15 | 7,800.00 | 06-17 | 1,317.41 | 06-30 | 7.41 |

THE A TEAM HOLDINGS, LLC
June 30, 2020                                            5315264333

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007865



**ACCOUNT BALANCE**

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT $ _____

\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK

\+ _____

\+ _____

SUBTOTAL $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS − _____

ACCOUNT BALANCE $ _____

ENTER HERE

**REGISTER BALANCE**

ENTER YOUR CHECKBOOK BALANCE $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER) + _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER) + _____

**SUBTOTAL** $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER) − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER) − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER) − _____

**REGISTER BALANCE** $ _____

THESE SHOULD EQUAL

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007866

Account:5315264333
Period:June 01, 2020 - June 30, 2020
Page:4 of 3



06/22/2020   1001   $1,300.00

DOJ-02-0000007867

[Home**Street**] *Bank*

Page 1 of 1

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 30, 2020
This statement: July 06, 2020
Total days in statement period: 6

5315264333
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

** Closed Account - Final Statement

## Business Basics Checking

| | | | |
|---|---|---|---|
| Account number | 5315264333 | Beginning balance | $7.41 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $6.18 | Total subtractions | 7.41 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 07-06 | ' Withdrawal | 7.41 |
| | TLR60006 BR 600 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 7.41 | 07-06 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*



### ACCOUNT BALANCE

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT   $ _____

+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK   + _____

+ _____

SUBTOTAL   $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS   − _____

ACCOUNT BALANCE   $ _____

### LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

ENTER HERE

THESE SHOULD EQUAL

### REGISTER BALANCE

ENTER YOUR CHECKBOOK BALANCE   $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)   + _____

+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)   + _____

SUBTOTAL   $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)   − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER)   − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)   − _____

REGISTER BALANCE   $ _____

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007869

**[HomeStreet] Bank®**

**New Account Agreement
For Business Accounts**

## ACCOUNT INFORMATION

| Complete Legal Business Name ("Business Unit") | | | | | |
|---|---|---|---|---|---|
| The A Team Holdings, LLC | ☒ Checking | ☐ Money Market | ☐ Savings | ☐ Certificate of Deposit | Account Number 5315264333 |

| Physical Address | | | |
|---|---|---|---|
| 4700 36th Ave Sw | City Seattle | State WA | Zip 98126 |

| Mailing Address (if different) | City | State | Zip |
|---|---|---|---|

| ☐ Sole Proprietorship ☐ Partnership ☐ Corporation ☒ LLC ☐ Unincorporated Association | Specific Type of Business (e.g. pre-owned car dealership, dentist office, fishing vessel) property holding company |
|---|---|

| Primary Phone 206-938-4291 | Secondary Phone | Business URL |
|---|---|---|

| Business E-mail Address | Federal Tax Identification # 7088 |
|---|---|

## SIGNATURES

Any one of the signers below has the authority to obligate this Business Unit to contracts and agreements with HomeStreet Bank. By signing on the signature line below you are certifying all information provided is true. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. You authorize HomeStreet Bank to verify credit and/or have a credit reporting agency prepare a credit report on the business and the signers.

| Printed Name | Title | Signature |
|---|---|---|
| Eric R Shibley | Managing Member | |
| Printed Name | Title | Signature |
| Printed Name | Title | Signature |
| Printed Name | Title | Signature |
| Printed Name | Title | Signature |
| Printed Name | Title | Signature |
| Printed Name | Title | Signature |

## DISCLOSURES PROVIDED

The above signed also acknowledge(s) the receipt of the following disclosures and agree(s) to the terms contained therein.

☒ Deposit Agreement   ☒ Terms and Conditions for Business Accounts   ☒ Rate Sheet   ☒ Schedule of Fees

Revised 01/2019

Continued on Reverse

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 190
Admitted _____

DOJ-02-0000007668

## BUSINESS RESOLUTION/AUTHORIZATION AND AGREEMENT

The undersigned Business Unit hereby agrees to all terms and conditions of this New Account Agreement ("Agreement"), the Deposit Agreement, Terms and Conditions, and any and all other agreements or disclosures provided to Business Unit by HomeStreet Bank ("Bank"), as may be amended from time to time.

The undersigned certifies that the Business Unit is in good standing and authorized to conduct business in all states in which it is operating, that all formation documents provided by Business Unit to Bank are complete, accurate, and current, and that the following resolutions/ authorizations have been adopted by the Business Unit's board of directors, partners, managers, members, partners, or owners (as the case may be):

1. Any ONE of the Authorized Signers named on this Agreement is authorized to (a) open or close one or more deposit accounts ("Accounts") with Bank; (b) execute in Business Unit's name this and any agreement(s) regarding the Accounts and the services related thereto; (c) authorize and execute transactions on the Accounts, including, without limitation, (i) checks and other instruments withdrawing funds from the Accounts, including those payable to cash or to persons who sign them, (ii) requests for transfer of funds to and from the Accounts, (iii) arrangements for automated clearing house ("ACH") debit and/or credit entries to and from the Accounts, (iv) endorse and otherwise negotiate checks/items payable to Business Unit; or (d) incur overdrafts and other obligations in the Accounts at Bank in connection with any of the products, services, or activities authorized by this resolution or authorization.
2. The Business Unit is authorized to enter into any other agreements, arrangements, and documents with respect to any of Bank's deposit and cash management products and services, in such form and on such terms and conditions as may be agreed by such Authorized Signer signing such agreements and documents.
3. Business Unit authorizes Bank to rely on any act or communication, including telephone, wire or electronic communication, purporting to be done by any Authorized Signer or other officer, employee or agent of Business Unit. If such reliance is in good faith, and Business Unit shall be bound to Bank by any such act or communication relied on by Bank in good faith and provided Bank followed reasonable security procedures standard in the banking industry.

These resolutions/authorizations are in addition to, and not limitations of, any other resolutions/authorizations relating to Business Unit in favor of Bank, and shall (i) be deemed retroactive and applicable to acts prior to this Agreement; (ii) remain in full force and effect until Bank receives express written notice of revocation from the Business Unit.

**Note:  Except for sole proprietorships, the certifying officer of the Business Unit signing below should not be an authorized Signer on the Account(s) unless all owners of the Business Unit have signed this Agreement.**

☐ **CORPORATION**
The undersigned Secretary of the Business Unit certifies that the Resolutions in this Agreement were adopted by the Business Unit's Board of Directors on _____(date), in accordance with the Business Unit's articles of incorporation and bylaws.

☒ **LIMITED LIABILITY COMPANY**
The undersigned officer, manager, or member of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's managers, members, or managing members on _12-10-18_ (date), in accordance with the Business Unit's operating agreement and articles of organization.

☐ **PARTNERSHIP**
The undersigned officer or partner of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's partners, general partner, or managing partners on _____(date), in accordance with the Business Unit's partnership agreement.

☐ **ASSOCIATION OR OTHER**
The undersigned representative of the Business Unit certifies that the authorizations in this Agreement are binding on the Business Unit and were duly approved by the appropriate authorities of the Business Unit on _____.

☐ **SOLE PROPRIETORSHIP**
The undersigned are all owners of the Business Unit. Select which account ownership applies.

☐ This is a single name    ☐ Joint with right of survivorship    ☐ Joint without right of survivorship

X _____          _Manager_____          _4/16/2020_
Signature                                                Title                                              Date

DOJ-02-0000007669

**[Home**Street**]** *Bank*®

Page 1 of 1

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 23, 2020
This statement: June 30, 2020
Total days in statement period: 8

5335548005
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Business Statement Savings

| Account number | 5335548005 |
|---|---|
| Low balance | $50.66 |
| Average balance | $106.91 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-23 | Beginning balance | | | $0.00 |
| 06-23 | ' Deposit | 500.66 | | 500.66 |
| | TLR26302 BR 263 | | | |
| 06-24 | ' Withdrawal | | -450.00 | 50.66 |
| | TLR26302 BR 263 | | | |
| 06-30 | **Ending totals** | **500.66** | **-450.00** | **$50.66** |

### INTEREST INFORMATION

| Annual percentage yield earned | 0.00% |
|---|---|
| Interest-bearing days | 8 |
| Average balance for APY | $44.41 |
| Interest earned | $0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 191
Admitted _____

DOJ-02-0000007927



**ACCOUNT BALANCE**

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT     $ _____

\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK     \+ _____

\+ _____

SUBTOTAL     $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS     − _____

ACCOUNT BALANCE     $ _____

**LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT**

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

ENTER HERE

**REGISTER BALANCE**

ENTER YOUR CHECKBOOK BALANCE     $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)     \+ _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)     \+ _____

**SUBTOTAL**     $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)     − _____

SUBTRACT WITHHOLDING, IF ANY, (POST IN YOUR REGISTER)     − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)     − _____

**REGISTER BALANCE**     $ _____

THESE SHOULD EQUAL

---

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007928

# [Home]Street[ ] Bank®

Page 1 of 1

THE A TEAM HOLDINGS, LLC
4700 36TH AVE SW
SEATTLE WA 98126

Last statement: June 30, 2020
This statement: July 06, 2020
Total days in statement period: 6

5335548005
( 0)

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

** Closed Account - Final Statement

## Business Statement Savings

| Account number | 5335548005 |
|---|---|
| Low balance | $0.00 |
| Average balance | $42.22 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | $50.66 |
| 07-06 | ' Withdrawal | | -50.66 | 0.00 |
| | TLR60006 BR 600 | | | |
| 07-06 | **Ending totals** | .00 | -50.66 | **$0.00** |

**INTEREST INFORMATION**

| Annual percentage yield earned | 0.00% |
|---|---|
| Interest-bearing days | 5 |
| Average balance for APY | $50.66 |
| Interest earned | $0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*



## ACCOUNT BALANCE

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT

$ _____

\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK

\+ _____

\+ _____

SUBTOTAL    $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS

− _____

ACCOUNT BALANCE    $ _____

## REGISTER BALANCE

ENTER YOUR CHECKBOOK BALANCE

$ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)

\+ _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)

\+ _____

**SUBTOTAL**    $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)

− _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER)

− _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)

− _____

**REGISTER BALANCE**    $ _____

ENTER HERE

THESE SHOULD EQUAL

## LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support, 33405 8ᵗʰ Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007930

**[Home**Street**]** *Bank®*

**New Account Agreement**
**For Business Accounts**

## ACCOUNT INFORMATION

| Complete Legal Business Name ("Business Unit") | | | | | Account Number |
|---|---|---|---|---|---|
| The A Team Holdings LLC | ☐ Checking | ☐ Money Market ☒ Savings ☐ Certificate of Deposit | | | 5335548005 |

| Physical Address | | City | State | Zip |
|---|---|---|---|---|
| 4700 36th Ave Sw | | Seattle | WA | 98126 |

| Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| ☐ Sole Proprietorship ☐ Partnership ☐ Corporation ☒ LLC ☐ Unincorporated Association | | Specific Type of Business (e.g. pre-owned car dealership, dentist office, fishing vessel) |
|---|---|---|
| | | construction |

| Primary Phone | Secondary Phone | Business URL |
|---|---|---|
| 206-938-4291 | | |

| Business E-mail Address | Federal Tax Identification # |
|---|---|
| | 7088 |

## SIGNATURES

Any one of the signers below has the authority to obligate this Business Unit to contracts and agreements with HomeStreet Bank. By signing on the signature line below you are certifying all information provided is true. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. You authorize HomeStreet Bank to verify credit and/or have a credit reporting agency prepare a credit report on the business and the signers.

| Printed Name | Title | Signature |
|---|---|---|
| Eric R Shibley | sole member | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |
| Printed Name | Title | Signature |
| | | |

## DISCLOSURES PROVIDED

The above signed also acknowledge(s) the receipt of the following disclosures and agree(s) to the terms contained therein.

☒ Deposit Agreement    ☒ Terms and Conditions for Business Accounts    ☒ Rate Sheet    ☒ Schedule of Fees

Revised 01/2019    Continued on Reverse

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 192
Admitted _____
```

DOJ-02-0000007893

**BUSINESS RESOLUTION/AUTHORIZATION AND AGREEMENT**

The undersigned Business Unit hereby agrees to all terms and conditions of this New Account Agreement ("Agreement"), the Deposit Agreement, Terms and Conditions, and any and all other agreements or disclosures provided to Business Unit by HomeStreet Bank ("Bank"), as may be amended from time to time.

The undersigned certifies that the Business Unit is in good standing and authorized to conduct business in all states in which it is operating, that all formation documents provided by Business Unit to Bank are complete, accurate, and current, and that the following resolutions/ authorizations have been adopted by the Business Unit's board of directors, partners, managers, members, partners, or owners (as the case may be):

1.  Any ONE of the Authorized Signers named on this Agreement is authorized to (a) open or close one or more deposit accounts ("Accounts") with Bank; (b) execute in Business Unit's name this and any agreement(s) regarding the Accounts and the services related thereto; (c) authorize and execute transactions on the Accounts, including, without limitation, (i) checks and other instruments withdrawing funds from the Accounts, including those payable to cash or to persons who sign them, (ii) requests for transfer of funds to and from the Accounts, (iii) arrangements for automated clearing house ("ACH") debit and/or credit entries to and from the Accounts, (iv) endorse and otherwise negotiate checks/items payable to Business Unit; or (d) incur overdrafts or other obligations in the Accounts at Bank in connection with any of the products, services, or activities authorized by this resolution or authorization.

2.  The Business Unit is authorized to enter into any other agreements, arrangements, and documents with respect to any of Bank's deposit and cash management products and services, in such form and on such terms and conditions as may be agreed by such Authorized Signer signing such agreements and documents.

3.  Business Unit authorizes Bank to rely on any act or communication, including telephone, wire or electronic communication, purporting to be done by any Authorized Signer or other officer, employee or agent of Business Unit if such reliance is in good faith, and Business Unit shall be bound to Bank by any such act or communication relied on by Bank in good faith and provided Bank followed reasonable security procedures standard in the banking industry.

These resolutions/authorizations are in addition to, and not limitations of, any other resolutions/authorizations relating to Business Unit in favor of Bank, and shall (i) be deemed retroactive and applicable to acts prior to this Agreement; (ii) remain in full force and effect until Bank receives express written notice of revocation from the Business Unit.

**Note: Except for sole proprietorships, the certifying officer of the Business Unit signing below should not be an authorized Signer on the Account(s) unless all owners of the Business Unit have signed this Agreement.**

☐ **CORPORATION**
The undersigned Secretary of the Business Unit certifies that the Resolutions in this Agreement were adopted by the Business Unit's Board of Directors on _____ (date), in accordance with the Business Unit's articles of incorporation and bylaws.

☒ **LIMITED LIABILITY COMPANY**
The undersigned officer, manager, or member of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's managers, members, or managing members on _12-101y_ (date), in accordance with the Business Unit's operating agreement and articles of organization.

☐ **PARTNERSHIP**
The undersigned officer or partner of the Business Unit certifies that the Authorizations in this Agreement were adopted by the Business Unit's partners, general partner, or managing partners on _____ (date), in accordance with the Business Unit's partnership agreement.

☐ **ASSOCIATION OR OTHER**
The undersigned representative of the Business Unit certifies that the authorizations in this Agreement are binding on the Business Unit and were duly approved by the appropriate authorities of the Business Unit on _____.

☐ **SOLE PROPRIETORSHIP**
The undersigned are all owners of the Business Unit. Select which account ownership applies.

☐ This is a single name      ☐ Joint with right of survivorship      ☐ Joint without right of survivorship

Signature _____      Title _Manager_      Date _6/23/2020_

DOJ-02-0000007894

**[Home**Street**] *Bank***

Last statement: June 22, 2020
This statement: July 05, 2020
Total days in statement period: 14

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

1356
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

## Choice Checking

| Account number | 1356 | Beginning balance | $0.00 |
|---|---|---|---|
| Low balance | $10.00 | Total additions | 83,250.00 |
| Average balance | $11,255.00 | Total subtractions | 83,240.00 |
| | | Ending balance | $10.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 06-23 | ' Withdrawal | 200.00 |
| | TLR26302 BR 263 | |
| 06-23 | ' Withdrawal | 3,000.00 |
| | TLR26302 BR 263 | |
| 06-24 | ' Deposit Return Item | 20,000.00 |
| 06-24 | ' Direct S/C For | 10.00 |
| | DEP ITEM RETURNED | |
| 06-24 | ' Deposit Return Item | 20,000.00 |
| 06-24 | ' Direct S/C For | 10.00 |
| | DEP ITEM RETURNED | |
| 06-24 | ' Deposit Return Item | 20,000.00 |
| 06-24 | ' Direct S/C For | 10.00 |
| | DEP ITEM RETURNED | |
| 06-24 | ' Deposit Return Item | 20,000.00 |
| 06-24 | ' Direct S/C For | 10.00 |
| | DEP ITEM RETURNED | |

**CREDITS**

| Date | Description | Store/Location # | Additions |
|---|---|---|---|
| 06-22 | ' Deposit | | 80,000.00 |
| | TLR26302 BR 263 | | |

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 193**
**Admitted _____**

DOJ-02-0000007937

Page 2 of 2

ERIC R SHIBLEY
July 05, 2020

1356

| Date | Description | Store/Location # | Additions |
|------|-------------|------------------|-----------|
| 06-23 | ' Deposit | | 650.00 |
| | TLR26302 BR 263 | | |
| 06-24 | ' Deposit | | 600.00 |
| | TLR26302 BR 263 | | |
| 06-24 | ' Deposit | | 2,000.00 |
| | TLR26302 BR 263 | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-22 | 80,000.00 | 06-23 | 77,450.00 | 06-24 | 10.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007938



## ACCOUNT BALANCE

ENTER ENDING CHECKING ACCOUNT BALANCE FROM THE FRONT OF THIS STATEMENT   $ _____

\+ _____

ADD CHECKING DEPOSIT MADE BUT NOT SHOWN BY BANK   \+ _____

\+ _____

SUBTOTAL   $ _____

ENTER TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS   − _____

ACCOUNT BALANCE   $ _____

## REGISTER BALANCE

ENTER YOUR CHECKBOOK BALANCE   $ _____

ADD DEPOSITS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER (POST IN YOUR REGISTER)   \+ _____

\+ _____

ADD ANY INTEREST PAID THIS PERIOD (POST IN YOUR REGISTER)   \+ _____

**SUBTOTAL**   $ _____

SUBTRACT CHECKS AND WITHDRAWALS SHOWN BY BANK BUT NOT SHOWN IN YOUR REGISTER. (POST IN REGISTER)   − _____

SUBTRACT WITHHOLDING, IF ANY. (POST IN YOUR REGISTER)   − _____

SUBTRACT TOTAL SERVICES CHARGES AND FEES FROM FRONT OF THIS STATEMENT (POST IN YOUR REGISTER)   − _____

**REGISTER BALANCE**   $ _____

ENTER HERE

THESE SHOULD EQUAL

## LIST CHECKS AND OTHER WITHDRAWALS MADE BUT NOT SHOWN ON STATEMENT

| CHECK NUMBER OR DATE OF TRANSACTION | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1.  Compare dollar amount of cancelled checks shown on your statement to your register.
2.  Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3.  Be sure you subtracted all bank service charges and fees from your check register.
4.  Be sure you recorded all cash machine and other transactions in your register.
5.  For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6.  Check all additions and subtractions in your check register.
7.  If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support, 33405 8th Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007939

**[Home**Street**]** *Bank*®

Page 1 of 1

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Last statement: July 05, 2020
This statement: July 06, 2020
Total days in statement period: 1

█████1356
( 0 )

Direct inquiries to:
800 719-8080

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

** Closed Account - Final Statement

## Choice Checking

| | | | |
|---|---|---|---|
| Account number | █████1356 | Beginning balance | $10.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | 10.00 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 07-06 | ' Withdrawal | 10.00 |
| | TLR60006 BR 600 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-05 | 10.00 | 07-06 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with HomeStreet Bank*

DOJ-02-0000007940



**IF THE ACCOUNT BALANCE DOES NOT BALANCE TO YOUR REGISTER BALANCE.**

1. Compare dollar amount of cancelled checks shown on your statement to your register.
2. Compare the dollar amount of your deposits shown on your statement to your register. If there is a difference, refer to your deposit receipts.
3. Be sure you subtracted all bank service charges and fees from your check register.
4. Be sure you recorded all cash machine and other transactions in your register.
5. For interest-earning checking account customers, be sure you added interest paid this period or subtracted withholding (if any).
6. Check all additions and subtractions in your check register.
7. If your account is still out of balance, notify your branch right away.

**Call 800-719-8080 toll free (TTY/TDD 855-584-0256) or visit homestreet.com**

HomeStreetBank, Operations Support,
33405 8th Ave S, Suite 100, Federal Way, WA 98003

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY IRREGULARITIES TO US. THIS STATEMENT WILL BE CONSIDERED CORRECT FOR ALL PURPOSES UNLESS YOU NOTIFY US.**

**(CONSUMERS ONLY) IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-719-8080 or Write to us at the address on the bottom of your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts*), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*An account is considered new if the electronic transfer occurs within 30 days after the first deposit is made.

Copyright 2015 HomeStreet, Inc. All Rights Reserved. HOMESTREET and the HOMESTREET LOGO are registered trademarks of HomeStreet Inc.

Rev. 1/15

DOJ-02-0000007941

# [HomeStreet] Bank®

NEW ACCOUNT AGREEMENT
FOR PERSONAL ACCOUNTS

Eric R Shibley

Legal Account Name/Title

Eric R Shibley

Primary Owner

The certification below is related to the taxpayer identification number listed above for the primary owner.

If the person signing this form is not the primary owner, check this box. By checking this box I certify that I have the capacity to sign for the individual identified as the primary owner. ☐

## TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION

Under penalties of perjury, I certify that:
1   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2   I am not subject to backup withholding because
(a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to back up withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified
me that I am no longer subject to backup withholding; and
3   I am a U.S. citizen or other U.S. person (defined in Form W-9 instructions).

_____
Signature of Certifier/Taxpayer            Date

## TYPE OF OWNERSHIP (Check one box only)

☒  Single Name

☐  Joint Account with Right of Survivorship

☐  Joint Account without Right of Survivorship

☐  Uniform Transfer to Minor (Irrevocable)

Successor Custodian: _____

Relationship to Minor: _____

Contact Information: _____

☐  Fiduciary (Trusts, Estates, Guardianships, Representative Payees): Provide excerpts of legal documents or certifications, as appropriate.

## ACH AUTHORIZATION

By signing below, the account holder authorizes Harland Clarke to debit his or her account through the Automated Clearing House ("ACH") for the price of ordered products and/or services.

Signature _____ N/A _____

Date _____

Taxpayer ID Number of Primary Owner

███████

SIGNATURES

1  _____      ███████
   Customer Signature            Taxpayer ID Number

2  _____
   Customer Signature            Taxpayer ID Number

3  _____
   Customer Signature            Taxpayer ID Number

4  _____
   Customer Signature            Taxpayer ID Number

As indicated by the above signatures, I ("I" hereafter meaning "we" if more than one signer above) request that you open a deposit account(s) with the form of ownership designated on this new account agreement as of the date shown. I understand that any future accounts opened under this new account agreement must have the same ownership, signatures and POD beneficiaries and that if I wish to open an account with any different ownership or signing authority, I will need to execute a different new account agreement. I authorize HomeStreet Bank to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the above-signers. I also agree to and acknowledge receipt of a copy of the Deposit Agreement, Schedule of Fees, Privacy Policy, Terms and Conditions for Personal Accounts and other applicable disclosures.

## POD BENEFICIARY INFORMATION (only available to Single Name or Joint with Right of Survivorship accounts)

| | Name | Date of Birth |
|---|---|---|
| 1 | | |
| | Contact Information | |
| 2 | Name | Date of Birth |
| | Contact Information | |
| 3 | Name | Date of Birth |
| | Contact Information | |
| 4 | Name | Date of Birth |
| | Contact Information | |
| 5 | Name | Date of Birth |
| | Contact Information | |

**Note:** The designation of a beneficiary assigns this ownership to all accounts covered by this signature card agreement.

Continued on Reverse

Revised 11/10/2017

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 194
Admitted _____

DOJ-02-0000007654

**This Signature Card Pertains to the Following Account Numbers with the Same Ownership**

| Account Number | Open Date | UserID | Close Date |
|---|---|---|---|
| ████1356 | 06/22/2020 | W420413 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Bank Use Only | Date | Initial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Set Your Own Goal Certificate # | Goal |
|---|---|
| | $ |
| | $ |

DOJ-02-0000007655

# USbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303    TRN        S       X    ST01

000049482 01  SP  0.500  000638296638434 P  Y
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Uni-Statement**

Account Number:
████████1741
Statement Period:
Nov 13, 2019
through
Dec 10, 2019

Page 1 of 1



☎              *To Contact U.S. Bank*

*By Phone:*                1-800-US BANKS
                        (1-800-872-2657)

*Portland*
*Metro Area:*                503-US BANKS
                        (503-872-2657)

*U.S. Bank accepts Relay Calls*
*Internet:*                usbank.com

## INFORMATION YOU SHOULD KNOW

Protecting your accounts is our highest priority.  We have many safeguards in place to help ensure your accounts are secure.  One of these is to close long-term inactive cards.  If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

## U.S. BANK GOLD CHECKING                                   *Member FDIC*

### ACCOUNT CLOSED

U.S. Bank National Association                                **Account Number** ████1741

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov 13 | $ | 28.66- | Number of Days in Statement Period | 26 |
| Deposits / Credits | | 28.66 | | |
| **Ending Balance on  Dec 10, 2019** | **$** | **0.00** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec  9 | Account Closed | | $ | 28.66 |
| | **Total Deposits / Credits** | | **$** | **28.66** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Dec  9 | 0.00 |

Balances only appear for days reflecting change.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK        USB1379-01-0000051

DOJ-01-0000004588

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 195
Admitted _____



**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be resolved within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about consumer account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING
LENDER

 **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN           S        X      ST01

**Uni-Statement**

Account Number:
████████1741
Statement Period:
Oct 10, 2019
through
Nov 12, 2019

Page 1 of 1



00011887 01  SP     000638263967083 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*
*By Phone:*                1-800-US BANKS
                           (1-800-872-2657)

*Portland*
*Metro Area:*              503-US BANKS
                           (503-872-2657)

*U.S. Bank accepts Relay Calls*
*Internet:*                usbank.com

---

## U.S. BANK GOLD CHECKING                                  *Member FDIC*

U.S. Bank National Association                    **Account Number** ████████-1741

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct 10 | $ | 13.71- | Number of Days in Statement Period | | 34 |
| Other Withdrawals | | 14.95- | Average Account Balance | $ | 13.71- |
| **Ending Balance on  Nov 12, 2019** | **$** | **28.66-** | | | |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov 12 | Monthly Maintenance Fee | | $ | 14.95- |
| | **Total Other Withdrawals** | | **$** | **14.95-** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Nov 12 | 28.66- |

Balances only appear for days reflecting change.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000053



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

3.  Enter the ending balance shown on this statement.                                  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.             $_____

5.  Total lines 3 and 4.                                                                $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7.  Subtract line 6 from line 5.  This is your balance.                                 $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
       *Please note: Paper draft and paper check claims must be settled within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING
LENDER

# **US bank**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN              S            X       ST01

**Uni-Statement**
Account Number:
████1741
Statement Period:
Sep 12, 2019
through
Oct 9, 2019

Page 1 of 2



|||||||||||||||||||||||||||||||||||||||||||||||||||
000093221 01  SP     000638230392883 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                     *To Contact U.S. Bank*

**By Phone:**                              1-800-US BANKS
                                          (1-800-872-2657)

**Portland**
**Metro Area:**                            503-US BANKS
                                          (503-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include several updates and may affect your rights. The main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - Available Balance and Insufficient Funds sub-sections
    - Clarification of pending merchant transactions regarding posting and impact to available balances
  - Our Fees sub-section
    - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - Interest Charges and Fees sub-section
    - Change to Late Payment Fee language

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:
- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

## U.S. BANK GOLD CHECKING                                              *Member FDIC*

U.S. Bank National Association                                    Account Number  ████-1741

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 12 | $ | 1.24 | Number of Days in Statement Period | 28 |
| Other Withdrawals | | 14.95- | Average Account Balance    $ | 1.24 |
| **Ending Balance on  Oct 9, 2019**  $ | | **13.71-** | | |

---

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

USB1379-01-0000055
DOJ-01-0000004592



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5.  Total lines 3 and 4.                                                                                                $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                            $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be investigated within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about consumer account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

 **usbank.**

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Uni-Statement**
Account Number:
▉▉▉▉1741
Statement Period:
Sep 12, 2019
through
Oct 9, 2019

Page 2 of 2



## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U.S. Bank National Association                         **Account Number** ▉▉▉▉-1741

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|---|--------|
| Oct   9 | Monthly Maintenance Fee | | $ | 14.95- |
| | | **Total Other Withdrawals** | **$** | **14.95-** |

### Balance Summary

| Date | Ending Balance |
|------|---------------|
| Oct   9 | 13.71- |

Balances only appear for days reflecting change.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK            USB1379-01-0000057

DOJ-01-0000004594



This page intentionally left blank

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN          S          X      ST01

**Uni-Statement**
Account Number:
████████1741
Statement Period:
Aug 10, 2019
through
Sep 11, 2019

Page 1 of 1

0001233221 01 SP    000638198191534 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

☎                        *To Contact U.S. Bank*

*By Phone:*                      1-800-US BANKS
                                  (1-800-872-2657)

*Portland*
*Metro Area:*                      503-US BANKS
                                  (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                          usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include several updates and may affect your rights. The main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - Available Balance and Insufficient Funds sub-sections
    - Clarification of pending merchant transactions regarding posting and impact to available balances
  - Our Fees sub-section
    - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - Interest Charges and Fees sub-section
    - Change to Late Payment Fee language

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:
- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

## U.S. BANK GOLD CHECKING                                          *Member FDIC*

U.S. Bank National Association                                    Account Number    ████████1741

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Aug 10 | $ | 1.24 | Number of Days in Statement Period | 33 |
| | | | Average Account Balance        $ | 1.24 |
| **Ending Balance on  Sep 11, 2019** | **$** | **1.24** | | |

---



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                             $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                            $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be resolved within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK                    USB1379-01-0000060

DOJ-01-0000004597

 **US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN              S          X      ST01

**Uni-Statement**

Account Number:
████████1741
Statement Period:
Jul 11, 2019
through
Aug 9, 2019

Page 1 of 1

000024504 01 SP    000638164911318 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716



☎                        *To Contact U.S. Bank*

*By Phone:*                      *1-800-US BANKS*
                                *(1-800-872-2657)*

*Portland*
*Metro Area:*                    *503-US BANKS*
                                *(503-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                      *usbank.com*

---

## U.S. BANK GOLD CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ████-1741

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 11 | $ | 1.24 | Number of Days in Statement Period | | 30 |
| | | | Average Account Balance | $ | 1.24 |
| **Ending Balance on Aug 9, 2019** | **$** | **1.24** | | | |

---



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.           $_____

5.  Total lines 3 and 4.                                                                                             $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                            $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be resolved within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar Amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The \*\*\*INTEREST CHARGE\*\*\* begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about consumer account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

 **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN              S          X      ST01

**Uni-Statement**

Account Number:
▇▇▇1741

Statement Period:
Jun 12, 2019
through
Jul 10, 2019

Page 1 of 1



000014730 01  SP      000638132400616 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

☎     *To Contact U.S. Bank*

*By Phone:*                        1-800-US BANKS
                                   (1-800-872-2657)

*Portland*
*Metro Area:*                      503-US BANKS
                                   (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                        usbank.com

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

## U.S. BANK GOLD CHECKING     *Member FDIC*

U.S. Bank National Association     Account Number ▇▇▇-1741

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 12 | $ | 1.24 | Number of Days in Statement Period | | 29 |
| | | | Average Account Balance | $ | 1.24 |
| **Ending Balance on  Jul 10, 2019** | **$** | **1.24** | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK     USB1379-01-0000063

DOJ-01-0000004600



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                            $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                       $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5.  This is your balance.                                          $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be resolved within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about consumer account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

USB1379-01-0000064
DOJ-01-0000004601

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN              S          X      ST01

**Uni-Statement**

Account Number:
█████1741

Statement Period:
May 10, 2019
through
Jun 11, 2019

Page 1 of 1



000004848 01  SP     000638100221776 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                        *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                              (1-800-872-2657)

*Portland*
*Metro Area:*                  503-US BANKS
                              (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

---

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

---

## U.S. BANK GOLD CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                          Account Number     █████1741

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on May 10 | $ | 8.69 |
| Other Withdrawals | | 7.45- |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 33 |
| Average Account Balance | $ | 8.69 |

**Ending Balance on  Jun 11, 2019  $          1.24**

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 11 | Monthly Maintenance Fee | | $ | 7.45- |
| | **Total Other Withdrawals** | | **$** | **7.45-** |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Jun 11 | 1.24 |

Balances only appear for days reflecting change.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000065



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be processed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN          S          X      ST01

**Uni-Statement**
Account Number:
▓▓▓▓1741
Statement Period:
Apr 10, 2019
through
May 9, 2019

Page 1 of 1



000065481 01  SP      000638067206019 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                               (1-800-872-2657)

*Portland*
*Metro Area:*                  503-US BANKS
                               (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

We also wanted to make you aware of upcoming changes specific to your Gold Checking package:

- Effective March 31, 2019, Gold Checking Package accounts are eligible for 100 no commission trades[1] per calendar year with a self-directed brokerage account through our affiliate, U.S. Bancorp Investments.* Offer applies to online trades of equities and exchange-traded funds only and requires enrollment in paperless documents for a self-directed brokerage account.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

[1] Offer is for 100 no commission trades per calendar year (January 1 - December 31). No commission trades will be applied once funding is confirmed. This offer is not designed to support day trading or active trading and may be revoked if there is excessive or unreasonable activity. Additional fees may apply. Please refer to the Schedule of Commissions and Fees for more information at https://wm.usbank.com/uploads/PDFs/schedule-of-commissions-and-fees.pdf.

**Investment and Insurance products and services including annuities are:**
NOT A DEPOSIT ● NOT FDIC INSURED ● MAY LOSE VALUE ● NOT BANK GUARANTEED ●
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## U.S. BANK GOLD CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                    Account Number ▓▓▓1741

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Apr 10 | $ | 8.69 | Number of Days in Statement Period | | 30 |
| | | | Average Account Balance | $ | 8.69 |
| **Ending Balance on  May 9, 2019** | **$** | **8.69** | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK            USB1379-01-0000067
DOJ-01-0000004604



### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                              $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                            $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5.  This is your balance.                                         $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be finalized within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

 **us bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN            S            X      ST01

**Uni-Statement**
Account Number:
████████1741
Statement Period:
Mar 12, 2019
through
Apr 9, 2019



Page 1 of 2

000137728 01 SP    106481975024617 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*
*By Phone:*                  1-800-US BANKS
                            (1-800-872-2657)
*Portland*
*Metro Area:*                503-US BANKS
                            (503-872-2657)
*U.S. Bank accepts Relay Calls*
*Internet:*                  usbank.com

## NEWS FOR YOU

Did you know... if you have a U.S. Bank Gold Checking Account, you pay no monthly maintenance fee if you also have an open U.S. Bank Credit Card] From Travel to Cash Back to Low Interest Credit Cards, visit usbank.com/newcard or your local U.S. Bank branch to find the best card for you.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

We also wanted to make you aware of upcoming changes specific to your Gold Checking package:

- Effective March 31, 2019, Gold Checking Package accounts are eligible for 100 no commission trades[1] per calendar year with a self-directed brokerage account through our affiliate, U.S. Bancorp Investments.* Offer applies to online trades of equities and exchange-traded funds only and requires enrollment in paperless documents for a self-directed brokerage account.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

[1] Offer is for 100 no commission trades per calendar year (January 1 - December 31). No commission trades will be applied once funding is confirmed. This offer is not designed to support day trading or active trading and may be revoked if there is excessive or unreasonable activity. Additional fees may apply. Please refer to the Schedule of Commissions and Fees for more information at https://wm.usbank.com/uploads/PDFs/schedule-of-commissions-and-fees.pdf.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

\* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.                $_____

5.  Total lines 3 and 4.                                                                   $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $_____

7.  Subtract line 6 from line 5.  This is your balance.                                   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be investigated within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000070
                                                              DOJ-01-0000004607

 ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Uni-Statement**
Account Number:
 1741

Statement Period:
Mar 12, 2019
through
Apr 9, 2019

Page 2 of 2



**U.S. BANK GOLD CHECKING**                                                                     *Member FDIC*

U.S. Bank National Association                                          **Account Number** ███-1741

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 12 | $ | 8.69 | Number of Days in Statement Period | 29 |
| | | | Average Account Balance | $ 8.69 |
| **Ending Balance on Apr 9, 2019** | **$** | **8.69** | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK            USB1379-01-0000071

DOJ-01-0000004608



This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN           S           X      ST01

**Uni-Statement**
Account Number:
████████1741
Statement Period:
Feb 12, 2019
through
Mar 11, 2019

Page 1 of 1

00014874601 SP    106481941265327 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                                       *To Contact U.S. Bank*
*By Phone:*                                             1-800-US BANKS
                                                        (1-800-872-2657)
*Portland*
*Metro Area:*                                           503-US BANKS
                                                        (503-872-2657)

*U.S. Bank accepts Relay Calls*
*Internet:*                                             usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13. The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

We also wanted to make you aware of upcoming changes specific to your Gold Checking package:

- Effective March 31, 2019, Gold Checking Package accounts are eligible for 100 no commission trades[1] per calendar year with a self-directed brokerage account through our affiliate, U.S. Bancorp Investments.* Offer applies to online trades of equities and exchange-traded funds only and requires enrollment in paperless documents for a self-directed brokerage account.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

[1] Offer is for 100 no commission trades per calendar year (January 1 - December 31). No commission trades will be applied once funding is confirmed. This offer is not designed to support day trading or active trading and may be revoked if there is excessive or unreasonable activity. Additional fees may apply. Please refer to the Schedule of Commissions and Fees for more information at https://wm.usbank.com/uploads/PDFs/schedule-of-commissions-and-fees.pdf.

**Investment and Insurance products and services including annuities are:**
NOT A DEPOSIT ● NOT FDIC INSURED ● MAY LOSE VALUE ● NOT BANK GUARANTEED ●
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

\* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## U.S. BANK GOLD CHECKING                                              *Member FDIC*

U.S. Bank National Association                              Account Number ████████1741

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Feb 12 | $ | 8.69 | Number of Days in Statement Period | 28 |
| | | | Average Account Balance $ | 8.69 |
| **Ending Balance on  Mar 11, 2019** $ | | 8.69 | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000073



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.             $_____

5.  Total lines 3 and 4.                                                               $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7.  Subtract line 6 from line 5.  This is your balance.                                $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be resolved within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about consumer account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

# **us**bank.

**Uni-Statement**
Account Number:
███████1741
Statement Period:
Jan 11, 2019
through
Feb 11, 2019

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN           S        X      ST01

Page 1 of 1



000004713 01  SP      106481907598335 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

☎                       *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                              (1-800-872-2657)

*Portland*
*Metro Area:*                   503-US BANKS
                              (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

---

## U.S. BANK GOLD CHECKING                               *Member FDIC*

U.S. Bank National Association                    **Account Number**      ████1741

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jan 11 | $ | 145.36 | Number of Days in Statement Period | | 32 |
| Card Withdrawals | | 136.67- | Average Account Balance | $ | 21.91 |
| **Ending Balance on Feb 11, 2019** | **$** | **8.69** | | | |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9935

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 14 | Debit Purchase - VISA STARBUCKS STORE | On 011219 SEATTLE WA REF # 24692169012100608016010 | 2100608016 | $ | 5.45- |
| Jan 14 | Debit Purchase - VISA SQ *BURIEN PRESS | On 011319 Burien WA REF # 24692169013100315360197 | 3100315360 | | 24.29- |
| Jan 14 | Debit Purchase - VISA SQ *FALAFEL SALA | On 011119 SEATTLE WA REF # 24492159012741415831423 | 2741415831 | | 31.93- |
| Jan 14 | Debit Purchase - VISA TRAM`S SALON | On 011219 SEATTLE WA REF # 24412899013030039751564 | 3030039751 | | 75.00- |
| | | **Card 9935  Withdrawals Subtotal** | | **$** | **136.67-** |
| | | **Total Card Withdrawals** | | **$** | **136.67-** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Jan 14 | 8.69 |

Balances only appear for days reflecting change.

---

DOJ-01-0000004612



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5.  Total lines 3 and 4.                                                                 $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $_____

7.  Subtract line 6 from line 5.  This is your balance.                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be completed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.
**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
LENDER

Member FDIC

# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303       TRN              S             X         ST01

**Uni-Statement**
Account Number:
████████1741
Statement Period:
Dec 12, 2018
through
Jan 10, 2019

Page 1 of 2



000025597 01  SP       106481868008154 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎            *To Contact U.S. Bank*
**By Phone:**                 1-800-US BANKS
                                      (1-800-872-2657)
**Portland**
**Metro Area:**               503-US BANKS
                                      (503-872-2657)
**U.S. Bank accepts Relay Calls**
**Internet:**                       usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (800.872.2657) to request copies. The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, includes:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- Additional rate benefits for all U.S. Bank personal checking accounts
- Updated disclosure regarding online banking with free credit score access
- Additional Monthly Maintenance Fee waive criteria for Easy Checking and Standard Savings accounts
- Updated Paper Statement Fee waive criteria for Easy Checking
- Additional benefit to military service members

Protecting your accounts is our highest priority.  We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards.  If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed.  You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

## U.S. BANK GOLD CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                    Account Number  ████1741

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 12 | $ | 6.25- | Number of Days in Statement Period | 30 |
| Deposits / Credits | | 200.00 | Average Account Balance           $ | 155.03 |
| Card Withdrawals | | 40.94- | | |
| Other Withdrawals | | 7.45- | | |
| **Ending Balance on  Jan 10, 2019** | **$** | **145.36** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 17 | Mobile Banking Transfer | From Account ████1766 | | $ | 200.00 |
| | | **Total Deposits / Credits** | | **$** | **200.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9935

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 7 | Debit Purchase - VISA | On 010519 SEATTLE WA | 6100972658 | $ | 3.60- |
| | RITE AID STORE - | REF # 24692169006100972658999 | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000077
DOJ-01-0000004614



**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5.  Total lines 3 and 4.                                                                 $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $_____

7.  Subtract line 6 from line 5.  This is your balance.                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
        *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING
**LENDER**

Member FDIC

 **U.S. bank.**

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Uni-Statement**
Account Number:
████████ 1741

Statement Period:
Dec 12, 2018
through
Jan 10, 2019

Page 2 of 2



## U.S. BANK GOLD CHECKING                                     (CONTINUED)

U.S. Bank National Association                        **Account Number** ████████ **1741**

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-9935

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 7 | Debit Purchase - VISA | On 010619 SEATTLE WA | 6100013013 | 37.34- |
|       | RITE AID STORE – | REF # 2469216900610001301 3013642 | | |

|  | **Card 9935  Withdrawals Subtotal** | $ | **40.94-** |
|--|--|--|--|
|  | **Total Card Withdrawals** | $ | **40.94-** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Jan 10 | Monthly Maintenance Fee | | $    7.45- |

|  | **Total Other Withdrawals** | $ | **7.45-** |
|--|--|--|--|

|  | Total for Statement Period | 2019 Total Year to Date | 2018 Total Year to Date |
|--|--|--|--|
| Total Returned Item Fees | $      0.00 | $      0.00 | $      0.00 |
| Total Overdraft Fees | $      0.00 | $      0.00 | $    144.00 |
| TOTAL | $      0.00 | $      0.00 | $    144.00 |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec 17 | 193.75 | Jan 7 | 152.81 | Jan 10 | 145.36 |

Balances only appear for days reflecting change.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK          USB1379-01-0000079

DOJ-01-0000004616

 **usbank.**          **SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| ERIC R SHIBLEY, IND | ▮▮▮1741 |

**CUSTOMER NAME: ERIC R SHIBLEY**

| TIN:▮▮▮5264      DOB:▮▮▮1978 | MOTHER'S MAIDEN NAME:  KAMRUZ JAHAN |
|---|---|
| ADDRESS: 4700 36TH AVE SW | PRIMARY PHONE:  (206) 771-7868 |
| SEATTLE, WA 98126-2716 | EMPLOYED BY: SELF-EMPLOYED |

TYPE OF ACCOUNT: Silver Package Checking

OWNERSHIP: Individual

DATE OPENED: 02/02/2017  TIME OPENED:  12:49 PM  OPENED BY:  Nathaniel A Engstrom   OFFICE: WEST SEATTLE

**Certification:**  Under penalties of perjury, I certify that:

(1)     ▮▮▮5264) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and

(2)     I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3)     I am a U.S. Citizen or other U.S. person, and

(4)     The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA is correct.

**Certification Instructions.**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transaction, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 02/02/2017 by    ERIC R SHIBLEY

ERIC R SHIBLEY                                Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 02/02/2017 by    ERIC R SHIBLEY

ERIC R SHIBLEY                                Date:

Page 1 of 1

153568031741  276  Form CSIGCD 112015

U.S. Bank
Customer Confidential



FOIA CONFIDENTIAL TREATMENT REQUESTED BY U.S. BANK

USB1379-01-0000050

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 196**
**Admitted _____**

DOJ-01-0000004587

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

IMPORTANT NOTICE: Effective July 1, 2020, Navy Federal Credit Union is updating our funds availability policy to:
• Increase the amount of funds available on the first business day after a deposit is made in branch or by mail with personal or business checks from $200 to $225; and
  increase funds available immediately after a deposit is made at a Navy Federal ATM with personal or business checks from $200 to $225.
• Increase the amount of funds available from next-day items deposited into new accounts from $5,000 to $5,525; and increase the large deposit threshold from $5,000
  to $5,525.
• Shorten the general hold time from seven to five business days; and add "on-us" checks (checks written from Navy Federal accounts)
  deposited in person at a Navy Federal branch to our transactions allowing next-day availability.
• Clarify that messaging on Navy Federal ATMs will notify members of its cutoff time; and provide an address for mailed deposits: P.O. Box 3100, Merrifield, VA 20119-3100.
• Clarify that this policy does not extend to deposits made into IRAs; and to indicate longer delays may apply to deposits made outside the continental U.S.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $8,417.97 | $3,418.29 | $8,810.54 | $3,025.72 | $0.37 |
| 3669 | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 |
| **Membership Savings** | | | | | |
| 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$8,422.99** | **$3,918.29** | **$8,810.54** | **$3,530.74** | **$0.37** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 3669 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505271045536693024556122000000000000000000000002

Navy Federal Credit Union

000053

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 197**
**Admitted _____**

07/02/2020

DOJ-01-0000002541



Page 2 of 4

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - █████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-15 | Beginning Balance | | 8,417.97 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 McDonald's F13369 Seattle WA | 12.31- | 8,405.66 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 Panda Express #102 Burien WA | 23.38- | 8,382.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,337.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,292.28 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 McDonald's F35934 Tacoma WA | 11.22- | 8,281.06 |
| 05-20 | POS Debit- Debit Card 5151 05-19-20 Rite Aid Store - 5 Seattle WA | 56.14- | 8,224.92 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Safeway #1923 Seattle WA | 63.87- | 8,161.05 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Abc Legal Services 206-5219000 WA | 124.50- | 8,036.55 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 International Food Kent WA | 313.33- | 7,723.22 |
| 05-21 | POS Debit- Debit Card 5151 05-20-20 McDonald's F13369 Seattle WA | 15.58- | 7,707.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 40.00- | 7,667.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 300.00- | 7,367.64 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 13.79- | 7,353.85 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 20.20- | 7,333.65 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Rite Aid Store - 5 Burien WA | 40.15- | 7,293.50 |
| 05-26 | ATM Withdrawal 05-22-20 Becu Tukwila WA | 400.00- | 6,893.50 |
| 05-26 | ATM Withdrawal 05-23-20 Becu Seattle WA | 600.00- | 6,293.50 |
| 05-26 | Transfer To Checking | 4,500.00- | 1,793.50 |
| | Eric R Shibley MD Pllc | | |
| 05-29 | Federal Withholding | 0.07- | 1,793.43 |
| 05-29 | Dividend | 0.29 | 1,793.72 |
| 06-05 | Transfer From Shares | 3,000.00 | 4,793.72 |
| | Eric R Shibley MD Pllc | | |
| 06-05 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,107.72 |
| 06-11 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 418.00 | 3,525.72 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| — — | ( ) | | | ( ) |

DOJ-01-0000002542



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ████**5052**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-12 | Transfer To Checking | 500.00- | 3,025.72 |
| **06-14** | **Ending Balance** | | **3,025.72** |
| | YTD Fed Tax Withheld | 0.09 | |

*Average Daily Balance - Current Cycle: $4,375.11*
*Your account earned $0.29, with an annual percentage yield earned of 0.05%, for the dividend period from 05-01-2020 through 05-30-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 06-05 | ACH | 1,686.00 | 05-20 | POS | 11.22 |
| 05-18 | POS | 23.38 | 05-21 | POS | 15.58 |
| 05-18 | POS | 45.00 | 05-22 | POS | 20.20 |
| 05-18 | POS | 45.00 | 05-22 | POS | 40.15 |
| 05-18 | POS | 12.31 | 05-22 | POS | 13.79 |
| 05-20 | POS | 56.14 | 05-22 | ATMO | 40.00 |
| 05-20 | POS | 63.87 | 05-22 | ATMO | 300.00 |
| 05-20 | POS | 124.50 | 05-26 | ATMO | 600.00 |
| 05-20 | POS | 313.33 | 05-26 | ATMO | 400.00 |

**EveryDay Checking -** ████**3669**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-29 | Beginning Balance | | 0.00 |
| 06-12 | Transfer From Checking | 500.00 | 500.00 |
| **06-14** | **Ending Balance** | | **500.00** |

*Average Daily Balance - Current Cycle: $88.23*

## Savings

**Membership Savings -** ████**5122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **06-14** | **Ending Balance** | | **5.02** |

DOJ-01-0000002543

Page 4 of 4



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002544



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 4

**Statement of Account**

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JML90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** ████ 5052 | $3,025.72 | $2,923.98 | $3,821.35 | $2,128.35 | $0.48 |
| ████ 3669 | $500.00 | $2,371.72 | $2,367.70 | $504.02 | $0.01 |
| **Membership Savings** ████ 6122 | $5.02 | $21,015.25 | $21,015.06 | $5.21 | $0.27 |
| **Totals** | **$3,530.74** | **$26,310.95** | **$27,204.11** | **$2,637.58** | **$0.76** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ████ 5052 | Checking | | |
| ████ 3669 | Checking | | |
| ████ 6122 | Savings | | |
| | | | |
| | TOTAL | | |

40570944050527104553669302455612200000000000000000000002

DOJ-02-0000008288

Page 2 of 4



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 3,025.72 |
| 06-18 | POS Debit- Debit Card 6825 06-17-20 McDonald's F13369 Seattle WA | 6.35- | 3,019.37 |
| 06-19 | POS Debit- Debit Card 6825 06-17-20 031 Ivars Burien S Burien WA | 26.40- | 2,992.97 |
| 06-22 | POS Debit- Debit Card 6825 06-19-20 Taco Time Sea Tac Tukwila WA | 22.62- | 2,970.35 |
| 06-24 | POS Credit Adjustment 6825 Transaction 06-23-20 Cash App*cash Out Visa Direct CA | 680.75 | 3,651.10 |
| 06-25 | Transfer To Shares | 1,014.98- | 2,636.12 |
| | Eric R Shibley | | |
| 06-26 | POS Debit- Debit Card 6825 06-24-20 The Home Depot #47 Tukwila WA | 275.29- | 2,360.83 |
| 06-29 | POS Debit- Debit Card 6825 06-26-20 The Home Depot #89 Seattle WA | 57.02- | 2,303.81 |
| 06-30 | POS Debit- Debit Card 6825 06-28-20 The Home Depot #89 Seattle WA | 6.14- | 2,297.67 |
| 06-30 | Federal Withholding | 0.03- | 2,297.64 |
| 06-30 | Dividend | 0.11 | 2,297.75 |
| 07-01 | POS Debit- Debit Card 6825 06-29-20 Gyro Heroes Seattle WA | 24.20- | 2,273.55 |
| 07-02 | POS Debit- Debit Card 6825 07-01-20 McDonald's F13369 Seattle WA | 18.23- | 2,255.32 |
| 07-02 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 569.32 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 McDonald's F13369 Seattle WA | 20.87- | 548.45 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 Jb* 1Bgae WA Locks Viewinvoice.C CA | 275.00- | 273.45 |
| 07-06 | Transfer To Checking | 273.45- | 0.00 |
| 07-08 | Transfer From Checking | 2,000.00 | 2,000.00 |
| 07-10 | POS Credit Adjustment 6825 Transaction 07-10-20 Cash App*cash Out Visa Direct CA | 243.12 | 2,243.12 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Nikos Gyros Seattle WA | 23.07- | 2,220.05 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Safeway #1062 Seattle WA | 80.29- | 2,139.76 |
| 07-14 | POS Debit- Debit Card 6825 07-13-20 McDonald's F13369 Seattle WA | 11.41- | 2,128.35 |
| **07-14** | **Ending Balance** | | **2,128.35** |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-02-0000008289

Page 3 of 4

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ████5052

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| YTD Fed Tax Withheld | 0.12 | | |

*Average Daily Balance - Current Cycle: $2,151.19*
*Your account earned $0.11, with an annual percentage yield earned of 0.05%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 07-02 | ACH | 1,686.00 | 07-01 | POS | 24.20 |
| 06-18 | POS | 6.35 | 07-02 | POS | 18.23 |
| 06-19 | POS | 26.40 | 07-06 | POS | 20.87 |
| 06-22 | POS | 22.62 | 07-06 | POS | 275.00 |
| 06-26 | POS | 275.29 | 07-13 | POS | 23.07 |
| 06-29 | POS | 57.02 | 07-13 | POS | 80.29 |
| 06-30 | POS | 6.14 | 07-14 | POS | 11.41 |

## EveryDay Checking - ████3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 500.00 |
| 06-15 | POS Debit- Debit Card 5850 06-12-20 McDonald's F13369 Seattle WA | 10.65- | 489.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 444.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 399.35 |
| 06-19 | POS Debit- Debit Card 5850 06-18-20 Chipotle 2554 Seattle WA | 23.12- | 376.23 |
| 06-22 | POS Debit- Debit Card 5850 06-19-20 McDonald's F35934 Tacoma WA | 6.92- | 369.31 |
| 06-23 | POS Debit- Debit Card 5850 06-21-20 Taco Time West Sea Seattle WA | 13.29- | 356.02 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 Safeway #1062 Seattle WA | 19.81- | 336.21 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 The Home Depot #89 Seattle WA | 203.91- | 132.30 |
| 06-30 | Dividend | 0.01 | 132.31 |
| 07-06 | Transfer From Checking | 273.45 | 405.76 |
| 07-06 | Deposit | 1,600.00 | 2,005.76 |
| 07-08 | Transfer To Checking | 2,000.00- | 5.76 |
| 07-13 | eDeposit-Scan/Mobile 000000101828176 | 498.26 | 504.02 |
| **07-14** | **Ending Balance** | | **504.02** |

*Average Daily Balance - Current Cycle: $343.70*
*Your account earned $0.01, with an annual percentage yield earned of 0.06%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 06-15 | POS | 10.65 | 06-22 | POS | 6.92 |
| 06-15 | POS | 45.00 | 06-23 | POS | 13.29 |
| 06-15 | POS | 45.00 | 06-25 | POS | 19.81 |
| 06-19 | POS | 23.12 | 06-25 | POS | 203.91 |

## Savings

### Membership Savings - ████6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 5.02 |
| 06-22 | Deposit | 20,000.00 | 20,005.02 |
| 06-23 | Withdrawal By Cash | 1,000.00- | 19,005.02 |
| 06-24 | Sav Adjustment - DR | 15.00- | 18,990.02 |

DOJ-02-0000008290



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 4 of 4

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ████6122**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 06-24 | Sav Adjustment - DR | 20,000.00- | 1,009.98- |
| 06-25 | Transfer From Chk/MMSA<br>Eric R Shibley | 1,014.98 | 5.00 |
| 06-30 | Federal Withholding | 0.06- | 4.94 |
| 06-30 | Dividend | 0.27 | 5.21 |
| **07-14** | **Ending Balance** | | **5.21** |
| **YTD Fed Tax Withheld** | **0.06** | | |

*Your account earned $0.27, with an annual percentage yield of 0.25%, for the dividend period from 06-01-2020 through 06-29-2020*

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008291



Page 1 of 5

**Statement of Account**

NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000AMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Navy Federal Annual Meeting Rescheduled to Thursday, 24 September 2020 at 6 pm**
at our headquarters in Vienna, VA. In keeping with CDC guidelines, space will be limited, and masks will be
required for all attendees. Register at **navyfederal.org/events**. If you need assistance with registration,
call 1-888-842-6328. Because of safety concerns, we must forego the reception following the meeting.
The date is subject to change, depending on an updated health/safety assessment nearer to 24 September.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $2,128.35 | $3,680.83 | $3,181.64 | $2,627.54 | $0.56 |
| 3669 | $504.02 | $0.02 | $70.68 | $433.36 | $0.03 |
| **Membership Savings** | | | | | |
| 6122 | $5.21 | $0.00 | $0.00 | $5.21 | $0.27 |
| **Totals** | **$2,637.58** | **$3,680.85** | **$3,252.32** | **$3,066.11** | **$0.86** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505271045536693024556122000000000000000000000002

DOJ-02-0000008292

Page 2 of 5


**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-15 | Beginning Balance | | 2,128.35 |
| 07-15 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 18.34- | 2,110.01 |
| 07-16 | POS Debit- Debit Card 6825 07-15-20 McDonald's F13369 Seattle WA | 6.80- | 2,103.21 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 13.39- | 2,089.82 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 America's Best # 5 Seattle WA | 130.00- | 1,959.82 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 McDonald's F13369 Seattle WA | 6.80- | 1,953.02 |
| 07-17 | POS Debit- Debit Card 6825 07-15-20 Jack IN The Box 84 Tukwila WA | 11.97- | 1,941.05 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Seattle WA | 24.62- | 1,916.43 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Chevron 0090374 Bellevue WA | 6.48- | 1,909.95 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 USPS PO 5476460048 Seattle WA | 7.50- | 1,902.45 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 8.79- | 1,893.66 |
| 07-20 | POS Debit- Debit Card 6825 07-19-20 McDonald's F13369 Seattle WA | 8.99- | 1,884.67 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Seattle WA | 11.97- | 1,872.70 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 13.07- | 1,859.63 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,829.63 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Best Meat Shop - L Kent WA | 33.56- | 1,796.07 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Irashai Sushi Seattle WA | 35.21- | 1,760.86 |
| 07-20 | POS Debit- Debit Card 6825 07-18-20 International Food Kent WA | 54.94- | 1,705.92 |
| 07-21 | POS Debit- Debit Card 6825 07-20-20 Nikos Gyros Seattle WA | 9.63- | 1,696.29 |
| 07-21 | POS Debit- Debit Card 6825 07-19-20 Jaes Asian Bistro Seattle WA | 14.31- | 1,681.98 |
| 07-22 | POS Debit- Debit Card 6825 07-21-20 McDonald's F13369 Seattle WA | 6.80- | 1,675.18 |
| 07-23 | POS Debit- Debit Card 6825 07-21-20 Metropolitan Mkt 1 Seattle WA | 52.57- | 1,622.61 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Cream Dream Ice CR Burien WA | 6.03- | 1,616.58 |
| 07-27 | POS Debit- Debit Card 6825 07-24-20 McDonald's F13366 Seattle WA | 7.13- | 1,609.45 |
| 07-27 | POS Debit- Debit Card 6825 07-26-20 Jack IN The Box 84 Burien WA | 12.53- | 1,596.92 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Taco Time West Sea Seattle WA | 13.53- | 1,583.39 |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-02-0000008293

Page 3 of 5



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

## EveryDay Checking – ▮▮▮▮5052

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Jack IN The Box 84 Tukwila WA | 15.70- | 1,567.69 |
| 07-27 | POS Debit- Debit Card 6825 07-23-20 Shell Oil 57444026 Seattle WA | 20.00- | 1,547.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,517.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Goodwill Ballard - Seattle WA | 37.96- | 1,479.73 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 The Home Depot #89 Seattle WA | 271.86- | 1,207.87 |
| 07-28 | POS Debit- Debit Card 6825 07-26-20 The Home Depot #89 Seattle WA | 5.48- | 1,202.39 |
| 07-28 | Paid To - Genesisfs Card 8009582556 Chk 9100001 | 379.14- | 823.25 |
| 07-29 | Transfer From Checking | 3,000.00 | 3,823.25 |
| | Eric R Shibley MD Pllc | | |
| 07-30 | POS Credit Adjustment 6825 Transaction 07-29-20 Cash App*cash Out Visa Direct CA | 680.75 | 4,504.00 |
| 07-31 | Federal Withholding | 0.02- | 4,503.98 |
| 07-31 | Dividend | 0.08 | 4,504.06 |
| 08-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 2,818.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 Wsferries-Anacorte Seattle WA | 29.00- | 2,789.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 7-Eleven 22561 Seattle WA | 30.00- | 2,759.06 |
| 08-07 | POS Debit- Debit Card 6825 08-05-20 Pabla Indian Cuisi Renton WA | 66.14- | 2,692.92 |
| 08-12 | POS Debit- Debit Card 6825 08-10-20 037 Ivars Maryvill Marysville WA | 18.85- | 2,674.07 |
| 08-12 | POS Debit- Debit Card 6825 08-11-20 Chevron 0370013 Tulalip WA | 41.70- | 2,632.37 |
| 08-14 | POS Debit- Debit Card 6825 08-13-20 Rite Aid Store - 5 Seattle WA | 4.83- | 2,627.54 |
| **08-14** | **Ending Balance** | | **2,627.54** |
| **YTD Fed Tax Withheld** | **0.14** | | |

*Average Daily Balance - Current Cycle: $2,506.30*
*Your account earned $0.08, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-28 | ACH | 379.14 | 07-21 | POS | 14.31 |
| 08-03 | ACH | 1,686.00 | 07-22 | POS | 6.80 |
| 07-15 | POS | 18.34 | 07-23 | POS | 52.57 |
| 07-16 | POS | 130.00 | 07-27 | POS | 12.53 |
| 07-16 | POS | 6.80 | 07-27 | POS | 13.53 |
| 07-16 | POS | 13.39 | 07-27 | POS | 15.70 |
| 07-17 | POS | 24.62 | 07-27 | POS | 20.00 |
| 07-17 | POS | 6.80 | 07-27 | POS | 30.00 |
| 07-17 | POS | 11.97 | 07-27 | POS | 37.96 |
| 07-20 | POS | 8.79 | 07-27 | POS | 271.86 |
| 07-20 | POS | 8.99 | 07-27 | POS | 6.03 |
| 07-20 | POS | 11.97 | 07-27 | POS | 7.13 |
| 07-20 | POS | 13.07 | 07-28 | POS | 5.48 |
| 07-20 | POS | 30.00 | 08-04 | POS | 29.00 |
| 07-20 | POS | 33.56 | 08-04 | POS | 30.00 |
| 07-20 | POS | 35.21 | 08-07 | POS | 66.14 |
| 07-20 | POS | 54.94 | 08-12 | POS | 18.85 |
| 07-20 | POS | 6.48 | 08-12 | POS | 41.70 |
| 07-20 | POS | 7.50 | 08-14 | POS | 4.83 |
| 07-21 | POS | 9.63 | | | |

## EveryDay Checking – ▮▮▮▮3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 504.02 |
| 07-31 | Dividend | 0.02 | 504.04 |
| 08-05 | POS Debit- Debit Card 4681 08-04-20 Baskin #361844 Bellevue WA | 7.24- | 496.80 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #0533 Woodinville WA | 9.22- | 487.58 |

DOJ-02-0000008294

Page 4 of 5



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ███3669

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Taj Palace Bellevue WA | 17.55- | 470.03 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #1062 Seattle WA | 36.67- | 433.36 |
| **08-14** | **Ending Balance** | | **433.36** |

*Average Daily Balance - Current Cycle: $483.27*
*Your account earned $0.02, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-05 | POS | 7.24 | 08-06 | POS | 17.55 |
| 08-06 | POS | 9.22 | 08-06 | POS | 36.67 |

## Savings

### Membership Savings - ███6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 5.21 |
| | No Transactions This Period | | |
| **08-14** | **Ending Balance** | | **5.21** |
| **YTD Fed Tax Withheld** | | **0.06** | |

DOJ-02-0000008295

Page 5 of 5



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days to resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008296



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000SME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your**
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $2,627.54 | $5,815.61 | $5,095.26 | $3,347.89 | $0.69 |
| 3669 | $433.36 | $3,000.06 | $3,433.42 | $0.00 | $0.09 |
| **Membership Savings** | | | | | |
| 6122 | $5.21 | $2.01 | $0.00 | $7.22 | $0.27 |
| **Totals** | **$3,066.11** | **$8,817.68** | **$8,528.68** | **$3,355.11** | **$1.05** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | TOTAL | |

40570944050527104553669302455612200000000000000000000002

DOJ-02-0000008297

Page 2 of 6


## NAVY FEDERAL
### Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

# Checking

**EveryDay Checking -** ████5052

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-15 | Beginning Balance | | 2,627.54 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 USPS PO 5476460048 Seattle WA | 0.55- | 2,626.99 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Mod Pizza West Sea Seattle WA | 2.50- | 2,624.49 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 6.59- | 2,617.90 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 10.26- | 2,607.64 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Shell Oil 93004215 Seattle WA | 11.77- | 2,595.87 |
| 08-17 | POS Debit- Debit Card 6825 08-13-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,583.57 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 20.37- | 2,563.20 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Rite Aid Store - 5 Seattle WA | 25.34- | 2,537.86 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 McDonald's F13369 Seattle WA | 27.97- | 2,509.89 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Shell Oil 57444026 Seattle WA | 33.38- | 2,476.51 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 44.43- | 2,432.08 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Uwajimaya Seattle Seattle WA | 107.57- | 2,324.51 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway #1965 Seattle WA | 17.28- | 2,307.23 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway Fuel1965 Seattle WA | 19.03- | 2,288.20 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Shell Oil 57444961 Seattle WA | 23.51- | 2,264.69 |
| 08-18 | POS Debit- Debit Card 6825 08-17-20 Tst* Pinto Bistro Seattle WA | 63.12- | 2,201.57 |
| 08-19 | POS Debit- Debit Card 6825 08-17-20 Safeway #1062 Seattle WA | 35.57- | 2,166.00 |
| 08-20 | POS Debit- Debit Card 6825 08-19-20 Fred M Fuel #9028 Burien WA | 29.84- | 2,136.16 |
| 08-21 | Deposit | 2,000.00 | 4,136.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 Safeway #3120 Burien WA | 11.00- | 4,125.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 The Home Depot #89 Seattle WA | 436.90- | 3,688.26 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 McDonald's F1364 Seattle WA | 4.62- | 3,683.64 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Taco Bell 031346 Kent WA | 7.17- | 3,676.47 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,664.38 |
| 08-24 | POS Debit- Debit Card 6825 08-21-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,652.29 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| —    — | (    ) | | (    ) | |

DOJ-02-0000008298



Page 3 of 6

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ████5052

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Safeway #3120 Burien WA | 27.99- | 3,624.30 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 8.45- | 3,615.85 |
| 08-27 | POS Debit- Debit Card 6825 08-25-20 037 Ivars Maryvill Marysville WA | 12.24- | 3,603.61 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 21.18- | 3,582.43 |
| 08-28 | ATM Withdrawal 08-27-20 Becu Seattle WA | 120.00- | 3,462.43 |
| 08-28 | POS Debit- Debit Card 6825 08-26-20 Safeway #3120 Burien WA | 4.99- | 3,457.44 |
| 08-31 | Federal Withholding | 0.03- | 3,457.41 |
| 08-31 | Dividend | 0.13 | 3,457.54 |
| 09-01 | Transfer From Checking | 2,315.48 | 5,773.02 |
| 09-02 | ATM Withdrawal 09-01-20 Wsecu Tacoma WA | 200.00- | 5,573.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Cash App*eric R Sh 8774174551 CA | 50.00- | 5,523.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Rite Aid Store - 5 Seattle WA | 60.32- | 5,462.70 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Paypal *paulgessll 402-935-7733 CA | 315.00- | 5,147.70 |
| 09-03 | POS Debit- Debit Card 6825 09-01-20 Jack In The Box 84 Tukwila WA | 11.86- | 5,135.84 |
| 09-03 | POS Debit- Debit Card 6825 09-02-20 Chevron 0375344 Seattle WA | 19.26- | 5,116.58 |
| 09-03 | POS Debit - Debit Card 6825 Transaction 09-02-20 M & J Mart Seattle WA | 30.50- | 5,086.08 |
| 09-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,400.08 |
| 09-08 | POS Debit- Debit Card 6825 09-07-20 McDonald's F1364 Seattle WA | 4.62- | 3,395.46 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 Jack IN The Box 84 Tukwila WA | 6.92- | 3,388.54 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 McDonald's F13369 Seattle WA | 8.66- | 3,379.88 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 McDonald's F13369 Seattle WA | 12.50- | 3,367.38 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Shell Oil 57444961 Seattle WA | 17.16- | 3,350.22 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Wholefds Mbd #1063 Seattle WA | 21.84- | 3,328.38 |
| 09-09 | POS Debit- Debit Card 6825 09-07-20 Taco Time White Ce Seattle WA | 15.83- | 3,312.55 |
| 09-09 | POS Debit- Debit Card 6825 09-09-20 Safeway #1062 Seattle WA | 55.57- | 3,256.98 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 McDonald's F1364 Seattle WA | 4.62- | 3,252.36 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 Chipotle 3490 Bellevue WA | 11.94- | 3,240.42 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Taco Time Tukwila Tukwila WA | 13.74- | 3,226.68 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Shell Oil 57444961 Seattle WA | 49.04- | 3,177.64 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Tram's Salon Seattle WA | 268.00- | 2,909.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 2,409.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 1,909.64 |
| 09-11 | POS Debit- Debit Card 6825 09-09-20 Safeway #3120 Burien WA | 5.89- | 1,903.75 |
| 09-14 | Deposit 09-11-20 Fcv6 Tacoma, WA | 1,500.00 | 3,403.75 |
| 09-14 | POS Debit- Debit Card 6825 09-11-20 McDonald's F35934 Tacoma WA | 4.62- | 3,399.13 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 McDonald's F4917 Seattle WA | 5.70- | 3,393.43 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 McDonald's F13369 Seattle WA | 9.66- | 3,383.77 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 Jack IN The Box 84 Tukwila WA | 11.31- | 3,372.46 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Jack IN The Box 84 Burien WA | 12.19- | 3,360.27 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Panda Express #102 Burien WA | 12.38- | 3,347.89 |
| **09-14** | **Ending Balance** | | **3,347.89** |
| YTD Fed Tax Withheld | **0.17** | | |

*Average Daily Balance - Current Cycle: $3,222.85*
*Your account earned $0.13, with an annual percentage yield earned of 0.05%, for the dividend period from 08-01-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-03 | ACH | 1,686.00 | 08-17 | POS | 10.26 |
| 08-17 | POS | 2.50 | 08-17 | POS | 11.77 |
| 08-17 | POS | 6.59 | 08-17 | POS | 12.30 |

DOJ-02-0000008299



Page 4 of 6

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-17 | POS | 20.37 | 09-03 | POS | 19.26 |
| 08-17 | POS | 25.34 | 09-03 | POS | 30.50 |
| 08-17 | POS | 27.97 | 09-03 | POS | 11.86 |
| 08-17 | POS | 33.38 | 09-08 | POS | 4.62 |
| 08-17 | POS | 44.43 | 09-08 | POS | 6.92 |
| 08-17 | POS | 107.57 | 09-08 | POS | 8.66 |
| 08-17 | POS | 0.55 | 09-08 | POS | 12.50 |
| 08-18 | POS | 19.03 | 09-08 | POS | 17.16 |
| 08-18 | POS | 23.51 | 09-08 | POS | 21.84 |
| 08-18 | POS | 63.12 | 09-09 | POS | 15.83 |
| 08-18 | POS | 17.28 | 09-09 | POS | 55.57 |
| 08-19 | POS | 35.57 | 09-10 | POS | 4.62 |
| 08-20 | POS | 29.84 | 09-10 | POS | 11.94 |
| 08-21 | POS | 436.90 | 09-10 | POS | 13.74 |
| 08-21 | POS | 11.00 | 09-10 | POS | 49.04 |
| 08-24 | POS | 7.17 | 09-10 | POS | 268.00 |
| 08-24 | POS | 12.09 | 09-11 | POS | 5.89 |
| 08-24 | POS | 12.09 | 09-14 | POS | 4.62 |
| 08-24 | POS | 27.99 | 09-14 | POS | 5.70 |
| 08-24 | POS | 4.62 | 09-14 | POS | 9.66 |
| 08-27 | POS | 12.24 | 09-14 | POS | 11.31 |
| 08-27 | POS | 21.18 | 09-14 | POS | 12.19 |
| 08-27 | POS | 8.45 | 09-14 | POS | 12.38 |
| 08-28 | POS | 4.99 | 08-28 | ATMO | 120.00 |
| 09-02 | POS | 60.32 | 09-02 | ATMO | 200.00 |
| 09-02 | POS | 315.00 | 09-11 | ATMO | 500.00 |
| 09-02 | POS | 50.00 | 09-11 | ATMO | 500.00 |

### EveryDay Checking ▇▇▇3669

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-15 | Beginning Balance | | 433.36 |
| 08-18 | Transfer From Checking | 2,000.00 | 2,433.36 |
| | Es1 LLC | | |
| 08-18 | POS Debit- Debit Card 4681 08-17-20 Teriyaki Seven Seattle WA | 50.99- | 2,382.37 |
| 08-20 | ATM Withdrawal 08-19-20 Becu Seattle WA | 200.00- | 2,182.37 |
| 08-21 | Deposit | 1,000.00 | 3,182.37 |
| 08-24 | POS Debit- Debit Card 4681 08-20-20 Jack IN The Box 84 Seattle WA | 16.70- | 3,165.67 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Shell Oil 57444026 Seattle WA | 21.34- | 3,144.33 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Best Meat Shop - L Kent WA | 46.03- | 3,098.30 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Safeway #1062 Seattle WA | 200.42- | 2,897.88 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Kona Kai Express Kent WA | 4.84- | 2,893.04 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 McDonald's F4917 Seattle WA | 6.36- | 2,886.68 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 8.12- | 2,878.56 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,866.26 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Jack IN The Box 84 Burien WA | 24.16- | 2,842.10 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Safeway #1062 Seattle WA | 33.83- | 2,808.27 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 7-Eleven 34475 Seattle WA | 42.07- | 2,766.20 |
| 08-26 | POS Debit- Debit Card 4681 08-25-20 Jack IN The Box 84 Burien WA | 13.08- | 2,753.12 |
| 08-28 | POS Debit- Debit Card 4681 08-27-20 Jack IN The Box 84 Tukwila WA | 11.86- | 2,741.26 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Taco Time West Sea Seattle WA | 14.39- | 2,726.87 |
| 08-31 | POS Debit- Debit Card 4681 08-30-20 Wholefds Wes#10524 Seattle WA | 34.05- | 2,692.82 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1923 Seattle WA | 36.80- | 2,656.02 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 40.57- | 2,615.45 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 116.06- | 2,499.39 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Safeway #1062 Seattle WA | 121.64- | 2,377.75 |
| 08-31 | Federal Withholding | 0.01- | 2,377.74 |
| 08-31 | Dividend | 0.06 | 2,377.80 |
| 09-01 | POS Debit- Debit Card 4681 09-01-20 Rite Aid Store - 5 Seattle WA | 27.67- | 2,350.13 |
| 09-01 | Transfer To Checking | 2,315.48- | 34.65 |

DOJ-02-0000008300

**NAVY ⊕ FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ████**3669**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Safeway #3120 Burien WA | 14.65- | 20.00 |
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Shell Oil 57444026 Seattle WA | 17.99- | 2.01 |
| 09-14 | Adjustment - DR | 2.01- | 0.00 |
| **09-14** | **Ending Balance** | | **0.00** |
| YTD Fed Tax Withheld | 0.01 | | |

*Average Daily Balance - Current Cycle: $1,278.22*
*Account Closed*
*Your account earned $0.06, with an annual percentage yield earned of 0.05%, for the dividend period from 07-18-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-18 | POS | 50.99 | 08-26 | POS | 13.08 |
| 08-24 | POS | 16.70 | 08-28 | POS | 11.86 |
| 08-24 | POS | 21.34 | 08-31 | POS | 14.39 |
| 08-24 | POS | 46.03 | 08-31 | POS | 34.05 |
| 08-24 | POS | 200.42 | 08-31 | POS | 36.80 |
| 08-25 | POS | 4.84 | 08-31 | POS | 40.57 |
| 08-25 | POS | 6.36 | 08-31 | POS | 116.06 |
| 08-25 | POS | 8.12 | 08-31 | POS | 121.64 |
| 08-25 | POS | 12.30 | 09-01 | POS | 27.67 |
| 08-25 | POS | 24.16 | 09-02 | POS | 14.65 |
| 08-25 | POS | 33.83 | 09-02 | POS | 17.99 |
| 08-25 | POS | 42.07 | 08-20 | ATMO | 200.00 |

## Savings

**Membership Savings -** ████**6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-15 | Beginning Balance | | 5.21 |
| 09-14 | Adjustment - CR | 2.01 | 7.22 |
| **09-14** | **Ending Balance** | | **7.22** |
| YTD Fed Tax Withheld | 0.06 | | |

DOJ-02-0000008301



**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
08/15/20 - 09/14/20

**Access No. 5811830**

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008302



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303       TRN                S          X      ST01

**Uni-Statement**
Account Number:
█████ 4522
Statement Period:
Mar 25, 2020
through
Apr 23, 2020

Page 1 of 2



000123615 01  SP  0.500  000638444104036 P  Y
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                                    *To Contact U.S. Bank*
**By Phone:**                                         1-800-US BANKS
                                                      (1-800-872-2657)
**Portland**
**Metro Area:**                                       503-US BANKS
                                                      (503-872-2657)

**U.S. Bank accepts Relay Calls**
**Internet:**                                         usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Effective May 11, 2020** the *"Your Deposit Account Agreement"* booklet and *"Consumer Pricing Information"* document will include several updates and may affect your rights.
The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Included in multiple sections
    o Clarification around reoccurring or one-time merchant debit card transactions
    o Rebranding of the Premier Line of Credit product to Personal Line of Credit
    o Clarification on ATM deposit availability
- Addition of "Special Provisions for Third Party Accounts" section
- Definitions section
    o Added the definition for "account" or "statement" cycle
- Savings Account section
    o Clarification on "Transfer and/or Withdrawal Restrictions"
    o Clarification on "Excessive Transfers and/or Withdrawals"
- Levies, Garnishments and other Legal Process section
    o Additional language and clarity on the legal process
- Funds Availability section
    o Changes to the Funds Availability section to reflect inflationary adjustments to certain specified dollar amounts for deposited funds:

| Funds Availability Section | Current Amounts | Amounts effective as of May 11, 2020 |
|---|---|---|
| Immediate Availability - All Accounts | Up to first $200 | Up to first $225 |
| Longer Delays May Apply - Case by Case Delays | The first $200 of your deposit | (Increases to) $225 |
| Longer Delays May Apply - Safeguard Exceptions | Deposit of Check(s) greater than $5,000 | (Increases to) $5,525 |
| Special Rules for New Accounts - Retail Consumer and Business Accounts | All references of $5,000 | (Increases to) $5,525 |

    o Determining the Availability of a Deposit - All Accounts sub-section
        ▪ Updated timing on deposits done at an ATM
    o Deposits at Automated Teller Machines sub-section
        ▪ Addition of Partner ATMs section
- Removed the following content and will be distributed upon individual product purchase
    o Safe Deposit Box Agreement
    o Consumer Reserve Line Agreement
    o Business Reserve Line Agreement

The main updates to note in the revised *"Consumer Pricing Information"* document include:

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 198
Admitted _____

DOJ-02-0000009223



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                          $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                            $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                              $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Uni-Statement**

Account Number:
████████4522

Statement Period:
Mar 25, 2020
through
Apr 23, 2020



Page 2 of 2

## INFORMATION YOU SHOULD KNOW                                   (CONTINUED)

- Mobile access to free credit score[1]
- Clarification on ATM network access
- Rebranding of the Premier Line of Credit product to Personal Line of Credit
- Clarification on the assignment of benefits for military and senior checking customers
- International Processing Fee for U.S. Bank Visa Debit Card will increase from **2%** to **3%** of the purchase amount. This fee occurs when international purchases are made in U.S. dollars with your debit card
- Cashier's Check fee will increase from **$8** to **$10** each

Starting May 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

[1] Free credit score access, Alerts and Score Simulator through TransUnion's CreditView™ Dashboard are available to U.S. Bank online banking customers only. Alerts require a TransUnion database match. It is possible that some enrolled members may not qualify for the Alert functionality. The free VantageScore® credit score from TransUnion® is for educational purposes only and not used by U.S. Bank to make credit decisions.

---

## STANDARD SAVINGS                                              *Member FDIC*

### ACCOUNT CLOSED

U.S. Bank National Association                          **Account Number** ██████4522

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 25 | $ | 3.78- | Number of Days in Statement Period | 28 |
| Deposits / Credits | | 3.78 | | |
| **Ending Balance on Apr 23, 2020** | **$** | **0.00** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Apr 22 | Account Closed | | $ | 3.78 |
| | | **Total Deposits / Credits** | **$** | **3.78** |



This page intentionally left blank

DOJ-02-0000009226



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN                    S            X        ST01

**Uni-Statement**
Account Number:
▮▮▮▮4522
Statement Period:
Feb 27, 2020
through
Mar 24, 2020

Page 1 of 2



ılıılıⵏ|lılⵏlⵏ|lⵏⵏlⵏⵏ|lⵏⵏⵏⵏ|lⵏⵏ|ⵏⵏⵏⵏ|lⵏⵏⵏ|ⵏⵏ
000179556 01  SP        000638410987481 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                *To Contact U.S. Bank*

**By Phone:**                          *1-800-US BANKS*
                                     *(1-800-872-2657)*

**Portland**
**Metro Area:**                         *503-US BANKS*
                                     *(503-872-2657)*

**U.S. Bank accepts Relay Calls**
**Internet:**                            *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

**Effective May 11, 2020** the *"Your Deposit Account Agreement"* booklet and *"Consumer Pricing Information"* document will include several updates and may affect your rights.
The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Included in multiple sections
  - Clarification around reoccurring or one-time merchant debit card transactions
  - Rebranding of the Premier Line of Credit product to Personal Line of Credit
  - Clarification on ATM deposit availability
- Addition of "Special Provisions for Third Party Accounts" section
- Definitions section
  - Added the definition for "account" or "statement" cycle
- Savings Account section
  - Clarification on "Transfer and/or Withdrawal Restrictions"
  - Clarification on "Excessive Transfers and/or Withdrawals"
- Levies, Garnishments and other Legal Process section
  - Additional language and clarity on the legal process
- Funds Availability section
  - Changes to the Funds Availability section to reflect inflationary adjustments to certain specified dollar amounts for deposited funds:

| Funds Availability Section | Current Amounts | Amounts effective as of May 11, 2020 |
|---|---|---|
| Immediate Availability - All Accounts | Up to first $200 | Up to first $225 |
| Longer Delays May Apply - Case by Case Delays | The first $200 of your deposit | (Increases to) $225 |
| Longer Delays May Apply - Safeguard Exceptions | Deposit of Check(s) greater than $5,000 | (Increases to) $5,525 |
| Special Rules for New Accounts - Retail Consumer and Business Accounts | All references of $5,000 | (Increases to) $5,525 |

DOJ-02-0000009227



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• **Account information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

DOJ-02-0000009228

 ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

**Uni-Statement**

Account Number:
████████4522

Statement Period:
Feb 27, 2020
through
Mar 24, 2020

Page 2 of 2



## INFORMATION YOU SHOULD KNOW                                      (CONTINUED)

- o Determining the Availability of a Deposit - All Accounts sub-section
  - ▪ Updated timing on deposits done at an ATM
- o Deposits at Automated Teller Machines sub-section
  - ▪ Addition of Partner ATMs section
- Removed the following content and will be distributed upon individual product purchase
  - o Safe Deposit Box Agreement
  - o Consumer Reserve Line Agreement
  - o Business Reserve Line Agreement

The main updates to note in the revised *"Consumer Pricing Information"* document include:

- Mobile access to free credit score[1]
- Clarification on ATM network access
- Rebranding of the Premier Line of Credit product to Personal Line of Credit
- Clarification on the assignment of benefits for military and senior checking customers
- International Processing Fee for U.S. Bank Visa Debit Card will increase from **2%** to **3%** of the purchase amount. This fee occurs when international purchases are made in U.S. dollars with your debit card
- Cashier's Check fee will increase from **$8** to **$10** each

Starting May 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

[1] Free credit score access, Alerts and Score Simulator through TransUnion's CreditView™ Dashboard are available to U.S. Bank online banking customers only. Alerts require a TransUnion database match. It is possible that some enrolled members may not qualify for the Alert functionality. The free VantageScore® credit score from TransUnion® is for educational purposes only and not used by U.S. Bank to make credit decisions.

---

## STANDARD SAVINGS                                             *Member FDIC*

U.S. Bank National Association                                    **Account Number** ████████4522

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Feb 27 | $ | 3.78- | Number of Days in Statement Period | 27 |
| **Ending Balance on  Mar 24, 2020** | **$** | **3.78-** | | |

DOJ-02-0000009229



This page intentionally left blank



**Uni-Statement**

Account Number:
█████████4522

Statement Period:
Jan 28, 2020
through
Feb 26, 2020

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN                S             X      ST01



000057421 01  SP      000638380226022 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                   ***To Contact U.S. Bank***

**By Phone:**                           *1-800-US BANKS*
                                        *(1-800-872-2657)*

**Portland**
**Metro Area:**                         *503-US BANKS*
                                        *(503-872-2657)*

***U.S. Bank accepts Relay Calls***

**Internet:**                           *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## STANDARD SAVINGS                                    *Member FDIC*

U.S. Bank National Association                         Account Number  █████████4522

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Jan 28 | $ | 0.22 | Number of Days in Statement Period | 30 |
| Other Withdrawals | | 4.00- | | |
| **Ending Balance on  Feb 26, 2020** | **$** | **3.78-** | | |

Your low balance of $0.22 was below the requirements.

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Feb 26 | Monthly Maintenance Fee | 2600043567 | $ | 4.00- |
| | **Total Other Withdrawals** | | **$** | **4.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5.  This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

DOJ-02-0000009232



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN              S         X      ST01

**Uni-Statement**

Account Number:

███████4522

Statement Period:

Dec 25, 2019

through

Jan 27, 2020

Page 1 of 1

000143618 01  SP      000638348114771 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                    *To Contact U.S. Bank*

*By Phone:*                    *1-800-US BANKS*
                               *(1-800-872-2657)*

*Portland*
*Metro Area:*                  *503-US BANKS*
                               *(503-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                    *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## U.S. BANK PACKAGE MONEY MARKET SAVINGS

*Member FDIC*

U.S. Bank National Association                    **Account Number** ███████**4522**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 25 | $ | 0.22 | Number of Days in Statement Period | 34 |
| **Ending Balance on  Jan 27, 2020** | **$** | **0.22** | | |



### BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

DOJ-02-0000009234



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN                    S                X        ST01

**Uni-Statement**
Account Number:
███████4522
Statement Period:
Nov 27, 2019
through
Dec 24, 2019

Page 1 of 1

llılıılıılıılıııllıllıılıllıılıılıılılıı
000045032 01  SP       000638313219925 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716



☎                           *To Contact U.S. Bank*

*By Phone:*                          *1-800-US BANKS*
                                     *(1-800-872-2657)*

*Portland*
*Metro Area:*                        *503-US BANKS*
                                     *(503-872-2657)*

*U.S. Bank accepts Relay Calls*
*Internet:*                                  *usbank.com*

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                    *Member FDIC*

U.S. Bank National Association                                    Account Number    ████4522

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Nov 27 | $ | 0.22 | Number of Days in Statement Period | 28 |
| **Ending Balance on  Dec 24, 2019**  $ | | **0.22** | | |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5.  This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN                S              X        ST01

**Uni-Statement**

Account Number:

████4522

Statement Period:

Oct 25, 2019

through

Nov 26, 2019

Page 1 of 1



000203538 01  SP       000638281809174 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*

*By Phone:*                1-800-US BANKS
                           *(1-800-872-2657)*

*Portland*
*Metro Area:*              503-US BANKS
                           *(503-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                usbank.com

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                                *Member FDIC*

U.S. Bank National Association                                 Account Number ████4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 25 | $ | 0.22 | Number of Days in Statement Period | 33 |
| **Ending Balance on  Nov 26, 2019  $** | | **0.22** | | |

DOJ-02-0000009237



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5.  This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN            S          X      ST01

**Uni-Statement**

Account Number:
▓▓▓▓4522

Statement Period:
Sep 26, 2019
through
Oct 24, 2019

Page 1 of 1



000056532 01  SP      000638248410956 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                  ***To Contact U.S. Bank***

***By Phone:***                        1-800-US BANKS
                                       (1-800-872-2657)

***Portland***
***Metro Area:***                      503-US BANKS
                                       (503-872-2657)

***U.S. Bank accepts Relay Calls***

***Internet:***                        usbank.com

# INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the ***"Your Deposit Account Agreement"*** booklet and ***"Consumer Pricing Information"*** brochure will include several updates and may affect your rights. The main updates to note in the revised ***"Your Deposit Account Agreement"*** booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - Available Balance and Insufficient Funds sub-sections
    - Clarification of pending merchant transactions regarding posting and impact to available balances
  - Our Fees sub-section
    - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - Interest Charges and Fees sub-section
    - Change to Late Payment Fee language

The main updates to note in the revised ***"Consumer Pricing Information"*** brochure include:

- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

# U.S. BANK PACKAGE MONEY MARKET SAVINGS

U.S. Bank National Association

***Member FDIC***

Account Number ▓▓▓▓4522

## Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 26 | $ | 0.22 | Number of Days in Statement Period | 29 |
| **Ending Balance on  Oct 24, 2019** | **$** | **0.22** | | |

DOJ-02-0000009239



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement. $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section. $_____

5.  Total lines 3 and 4. $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5.  This is your balance. $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

DOJ-02-0000009240



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN           S        X    ST01

**Uni-Statement**

Account Number:

▮▮▮▮▮▮4522

Statement Period:
Aug 24, 2019
through
Sep 25, 2019

Page 1 of 1



||||ₙ||ₙ||ₙₙ||ₙₙₙ||ₙₙₙₙₙₙ||ₙₙₙₙₙ||||ₙ||
000254330 01  SP       000638216426852 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*

**By Phone:**                     1-800-US BANKS
                                    (1-800-872-2657)

**Portland**
**Metro Area:**                   503-US BANKS
                                    (503-872-2657)

***U.S. Bank accepts Relay Calls***

***Internet:***                   usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the ***"Your Deposit Account Agreement"*** booklet and ***"Consumer Pricing Information"*** brochure will include several updates and may affect your rights. The main updates to note in the revised ***"Your Deposit Account Agreement"*** booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
    - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
    - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
    - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
    - Available Balance and Insufficient Funds sub-sections
        - Clarification of pending merchant transactions regarding posting and impact to available balances
    - Our Fees sub-section
        - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
    - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
    - Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
    - Interest Charges and Fees sub-section
        - Change to Late Payment Fee language

The main updates to note in the revised ***"Consumer Pricing Information"*** brochure include:

- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS

U.S. Bank National Association

*Member FDIC*

**Account Number**             ▮▮▮▮4522

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Aug 24 | $ | 0.22 | Number of Days in Statement Period | 33 |
| **Ending Balance on  Sep 25, 2019** | **$** | **0.22** | | |

DOJ-02-0000009241



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                        $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                                                                          $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5.  This is your balance.                                         $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

DOJ-02-0000009242



**Uni-Statement**

Account Number:

�the▮▮▮-4522

Statement Period:

Jul 25, 2019

through

Aug 23, 2019

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN                    S                    X        ST01

Page 1 of 1



000140080 01  SP        000638182502397 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                    *To Contact U.S. Bank*

*By Phone:*                        *1-800-US BANKS*
                                      *(1-800-872-2657)*

*Portland*
*Metro Area:*                        *503-US BANKS*
                                      *(503-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                            *usbank.com*

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                    *Member FDIC*

U.S. Bank National Association                    Account Number ▮▮▮▮-4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jul 25 | $ | 0.22 | Number of Days in Statement Period | 30 |
| **Ending Balance on  Aug 23, 2019  $** | | **0.22** | | |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.          $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.                                       $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.          $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC

DOJ-02-0000009244



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3303      TRN             S          X      ST01

**Uni-Statement**

Account Number:
▮▮▮▮▮▮4522

Statement Period:
Jun 26, 2019
through
Jul 24, 2019

Page 1 of 1



ԵրիրԵլՈիլԵրիԵլլՈրՈրԵրԵրԵրԵրԵրԵրԵրԵրԵ
000117984 01  SP      000638150089430 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              _____  ***To Contact U.S. Bank***

***By Phone:***                        *1-800-US BANKS*
                                       *(1-800-872-2657)*

***Portland***
***Metro Area:***                      *503-US BANKS*
                                       *(503-872-2657)*

***U.S. Bank accepts Relay Calls***

***Internet:***                        *usbank.com*

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS

U.S. Bank National Association

***Member FDIC***

**Account Number** ▮▮▮▮▮4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jun 26 | $ | 0.22 | Number of Days in Statement Period | 29 |
| **Ending Balance on  Jul 24, 2019** | **$** | **0.22** | | |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.                                                                                  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.                                        $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

DOJ-02-0000009246



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN            S        X     ST01

**Uni-Statement**

Account Number:

▮▮▮▮▮4522

Statement Period:

May 24, 2019
through
Jun 25, 2019

Page 1 of 1

000018554 01  SP      000638117238514 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎          *To Contact U.S. Bank*

*By Phone:*                1-800-US BANKS
                          (1-800-872-2657)

*Portland*
*Metro Area:*              503-US BANKS
                          (503-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                   usbank.com

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                                    *Member FDIC*

U.S. Bank National Association                              Account Number ▮▮▮▮4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 24 | $ | 0.22 | Number of Days in Statement Period | 33 |
| **Ending Balance on  Jun 25, 2019** | **$** | **0.22** | | |

DOJ-02-0000009247



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5.  Total lines 3 and 4.   $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• **Account information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



**Uni-Statement**

Account Number:

████████4522

Statement Period:

Apr 24, 2019

through

May 23, 2019

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN                    S           X      ST01

Page 1 of 1



000014973 01  SP        000638083525295 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                    *To Contact U.S. Bank*

*By Phone:*                          *1-800-US BANKS*
                                     *(1-800-872-2657)*

*Portland*
*Metro Area:*                        *503-US BANKS*
                                     *(503-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                                *usbank.com*

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                    *Member FDIC*

U.S. Bank National Association                          Account Number ████████4522

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Apr 24 | $ | 0.22 | Number of Days in Statement Period | 30 |
| **Ending Balance on  May 23, 2019** | **$** | **0.22** | | |



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.           $_____

5.  Total lines 3 and 4.                                                              $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                               $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
  • Tell us your name and account number.
  • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  • Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
  • **Account information:** Your name and account number.
  • **Dollar Amount:** The dollar amount of the suspected error.
  • **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount.
  • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303       TRN                    S              X       ST01

**Uni-Statement**

Account Number:

████████4522

Statement Period:

Mar 26, 2019

through

Apr 23, 2019

Page 1 of 1



oᵖᴵᵖᴵᵖᴵᴵᴵᴵᴵᴵᵖᵉᵖʳᵖᴵᵈᵖᴵᵖᴵᴵᴵᵖᴵᴵᴵᴵᵖᴵᴵᴵᵈᵖᴵᴵᴵᵖᴵᵖᴵᴵᴵᵖᴵᴵᴵᴵᵖᴵᴵᴵᴵᵖ
000035795 01  SP      106481989693297 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                              ***To Contact U.S. Bank***

***By Phone:***                      *1-800-US BANKS*
                                     *(1-800-872-2657)*

***Portland***
***Metro Area:***                        *503-US BANKS*
                                     *(503-872-2657)*

***U.S. Bank accepts Relay Calls***
***Internet:***                           *usbank.com*

## NEWS FOR YOU

Possible is in the cards]  From Travel to Cash Back to Low Interest Credit Cards, visit usbank.com/newcard or your local U.S. Bank branch to find the best card for you.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13. The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                                    *Member FDIC*

U.S. Bank National Association                                    Account Number ████████4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 26 | $ | 0.22 | Number of Days in Statement Period | 29 |
| **Ending Balance on  Apr 23, 2019** | **$** | **0.22** | | |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                      $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.           $_____

5. Total lines 3 and 4.                                                                                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.                                           $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



**Uni-Statement**

Account Number:
████4522

Statement Period:
Feb 27, 2019
through
Mar 25, 2019

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303        TRN              S            X      ST01



Page 1 of 1

000407284 01  SP        106481960982440 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*

**By Phone:**                    1-800-US BANKS
                                  (1-800-872-2657)

**Portland**
**Metro Area:**                   503-US BANKS
                                  (503-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                     usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

\* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                              *Member FDIC*

U.S. Bank National Association                                    Account Number ████-4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Feb 27 | $ | 0.22 | Number of Days in Statement Period | 27 |
| **Ending Balance on  Mar 25, 2019** | **$** | **0.22** | | |

DOJ-02-0000009253



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left.  Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5.  Total lines 3 and 4.    $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5.  This is your balance.    $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  ***Account information:*** Your name and account number.
•  ***Dollar Amount:*** The dollar amount of the suspected error.
•  ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

DOJ-02-0000009254



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303      TRN                    S              X        ST01

**Uni-Statement**
Account Number:
███████4522
Statement Period:
Jan 26, 2019
through
Feb 26, 2019

Page 1 of 1



000015015 01  SP        106481927557543 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                          *To Contact U.S. Bank*

*By Phone:*                      *1-800-US BANKS*
                                *(1-800-872-2657)*

*Portland*
*Metro Area:*                     *503-US BANKS*
                                *(503-872-2657)*

*U.S. Bank accepts Relay Calls*
*Internet:*                          *usbank.com*

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                                  *Member FDIC*

U.S. Bank National Association                                      Account Number  ████4522

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jan 26 | $ | 0.22 | Number of Days in Statement Period | 32 |
| **Ending Balance on Feb 26, 2019**  $ | | **0.22** | | |

DOJ-02-0000009255



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.      $_____

5.  Total lines 3 and 4.                                                                               $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC

DOJ-02-0000009256



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3303       TRN            S          X    ST01

**Uni-Statement**
Account Number:
▉▉▉▉▉▉4522
Statement Period:
Dec 27, 2018
through
Jan 25, 2019



Page 1 of 1

000077568 01  SP       106481891513632 E
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA  98126-2716

☎                                  *To Contact U.S. Bank*

**By Phone:**                           *1-800-US BANKS*
                                        *(1-800-872-2657)*
**Portland**
**Metro Area:**                         *503-US BANKS*
                                        *(503-872-2657)*
**U.S. Bank accepts Relay Calls**
**Internet:**                           *usbank.com*

## INFORMATION YOU SHOULD KNOW

As a U.S. Bank customer, we are committed to informing you about any changes that could impact your savings or money market account. We would like to take this opportunity to share the following:

- As a reminder, your consumer savings or money market account may be converted to an Easy Checking account due to continually exceeding the allowable types of transfers or withdrawals (i.e. Federal Regulation D[1] limits).
- Beginning February 11, 2019, we will waive the $2.00 Paper Statement Fee[2] for account holders age 65 or older if you have an Easy Checking account. The monthly maintenance fee is also waived for any account holder age 65 or older.

**Please note, this is not a notification that your account is being converted.** We are simply required to provide you this information.

If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657).

[1] Federal Regulation D limits certain types of withdrawals and transfers made from a savings or money market account to a combined total of six per account cycle. This includes withdrawals made by check or draft to third parties; debit or ATM card point-of-sale (POS) purchases; and pre-authorized withdrawals such as automatic transfers for overdraft protection and transfers made by telephone, online banking, mobile banking, bill pay, wire and facsimile. Withdrawals and/or transfers exceeding the six per account cycle allowance, will result in a $15.00 excessive withdrawal fee per transaction. If limitations are continuously exceeded, it may result in conversion to an Easy Checking account. Withdrawals and transfers made in person at a U.S. Bank branch or at an ATM are not included in the limit of six per account cycle.

[2] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with the Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (800.872.2657) to request copies. The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, includes:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- Additional rate benefits for all U.S. Bank personal checking accounts
- Updated disclosure regarding online banking with free credit score access
- Additional Monthly Maintenance Fee waive criteria for Easy Checking and Standard Savings accounts
- Updated Paper Statement Fee waive criteria for Easy Checking
- Additional benefit to military service members

## U.S. BANK PACKAGE MONEY MARKET SAVINGS                                      *Member FDIC*

U.S. Bank National Association                                    Account Number ▉▉▉▉4522
**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 27 | $ | 0.22 | Number of Days in Statement Period | 30 |
| **Ending Balance on  Jan 25, 2019** | **$** | **0.22** | | |

DOJ-02-0000009257



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.              $_____

5.  Total lines 3 and 4.                                                                 $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7.  Subtract line 6 from line 5.  This is your balance.                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar Amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

DOJ-02-0000009258



**ERIC R SHIBLEY**
**as of: 02 July 2020 08:42:47 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-5264**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******6122 | Membership Share Savings | 11/23/2010 | $ 5.21 | $ 0.21 | Active |
| ******6819 | EveryDay Checking | 11/23/2010 | $ 0.00 | $ 0.00 | Closed - Charged-off Checking |
| ******1748 | EveryDay Checking | 01/18/2017 | $ 0.00 | $ 0.00 | Closed - Unsatisfactory |
| ******5052 | EveryDay Checking | 09/03/2019 | $ 2,273.55 | $ 2,255.32 | Active |
| ******3669 | EveryDay Checking | 05/29/2020 | $ 132.31 | $ 132.31 | Active |
| ******3950 | e-Checking | 06/22/2020 | $ 0.00 | $ 0.00 | Active |
| ******3968 | EveryDay Checking | 06/22/2020 | $ 0.00 | $ 0.00 | Active |

Navy Federal Credit Union
PO Box 3000 • Merrifield • VA • 22119-3000
Routing Number: 256074974

U.S. v. Shibley
CR20-174 JCC          000001
Government Exhibit No. 199
Admitted _____

07/02/2020

**DOJ-01-0000002489**

Page 1 of 3



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/15/18 - 01/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

## STAY CURRENT!

It's fast and easy to keep your account up to date. You can verify or update your address and personal info by using our mobile app.*

**>** Sign in to your account   **>** Tap "View Profile"   **>** Update your profile information

Federally insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings 3024556122 |  |  |  | $1,507.37 | $0.00 |
| **Totals** |  |  |  | **$1,507.37** | **$0.00** |

## Savings

**Membership Savings - ▓▓▓▓6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-15 | | | |
| 12-31 | | | |
| 12-31 | | | |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▓▓6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000008

DOJ-01-0000002490



**NAVY FEDERAL**
**Credit Union**®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
12/15/18 - 01/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ████ 6122

(Continued from previous page)

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-14 | Ending Balance | | 1,507.37 |

███████████████████████████████████████████████████████

### 2018 Year to Date Federal Income Tax Information

████████████████████████████████████████████████████████

### CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>__   __   __ | HOME TELEPHONE NUMBER<br>(    ) | | | DAYTIME TELEPHONE NUMBER<br>(    ) |

DOJ-01-0000002491



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
12/15/18 - 01/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002492



Page 1 of 3

**Statement of Account**

Statement Period
01/15/19 - 02/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000FME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

Effective April 13, 2019, Visa® will revise the International Service Assessment Fee for
international Point of Sale (the location where you make a purchase) and ATM transactions,
from 0.8% to 1.0%. This change is applicable for international transactions charged in U.S.
currency. You can see the updated debit card disclosures at **navyfederal.org**.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings 6122 | $1,507.37 | $0.32 | $0.08 | $1,507.61 | $0.32 |
| **Totals** | **$1,507.37** | **$0.32** | **$0.08** | **$1,507.61** | **$0.32** |

## Savings
**Membership Savings -** ████6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-15 | Beginning Balance | | 1,507.37 |
| 01-31 | Federal Withholding | 0.08- | 1,507.29 |
| 01-31 | Dividend | 0.32 | 1,507.61 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ████6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000008

DOJ-01-0000002493



Page 2 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/19 - 02/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ██████ 6122

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-14 | Ending Balance | | 1,507.61 |
| | YTD Fed Tax Withheld | 0.08 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 01-01-2019 through 01-31-2019*

**2018 Year to Date Federal Income Tax Information**

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-01-0000002494



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/19 - 02/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002495



Page 1 of 3

**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/19 - 03/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
digital statements via Mobile or
Navy Federal Online Banking.

Effective April 13, 2019, Visa® will revise the International Service Assessment Fee for
international Point of Sale (the location where you make a purchase) and ATM transactions,
from 0.8% to 1.0%. This change is applicable for international transactions charged in U.S.
currency. You can see the updated debit card disclosures at **navyfederal.org**.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings - ⬛6122 | $1,507.61 | $0.29 | $0.07 | $1,507.83 | $0.61 |
| **Totals** | **$1,507.61** | **$0.29** | **$0.07** | **$1,507.83** | **$0.61** |

## Savings
**Membership Savings - ⬛6122**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-15 | Beginning Balance | | 1,507.61 |
| 02-28 | Federal Withholding | 0.07- | 1,507.54 |
| 02-28 | Dividend | 0.29 | 1,507.83 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ⬛6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405302455612200000000000000000000000000000000000008

DOJ-01-0000002496



Page 2 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/19 - 03/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ████6122**

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| **03-14** | **Ending Balance** | | **1,507.83** |
| | YTD Fed Tax Withheld | 0.15 | |

*Your account earned $0.29, with an annual percentage yield earned of 0.25%, for the dividend period from 02-01-2019 through 02-28-2019*

**2018 Year to Date Federal Income Tax Information**

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER ( ) | | DAYTIME TELEPHONE NUMBER ( ) | |

DOJ-01-0000002497



NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 3

Statement Period
02/15/19 - 03/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002498

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/15/19 - 04/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000AMP90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** ▮▮▮6122 | $1,507.83 | $0.32 | $0.08 | $1,508.07 | $0.93 |
| **Totals** | **$1,507.83** | **$0.32** | **$0.08** | **$1,508.07** | **$0.93** |

## Savings

**Membership Savings -** ▮▮▮▮6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-15 | Beginning Balance | | 1,507.83 |
| 03-29 | Federal Withholding | 0.08- | 1,507.75 |
| 03-29 | Dividend | 0.32 | 1,508.07 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▮▮▮6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000000008

DOJ-01-0000002499



Page 2 of 3

NAVY
FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/15/19 - 04/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ████6122**

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| **04-14** | **Ending Balance** | | **1,508.07** |
| | YTD Fed Tax Withheld | 0.23 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 03-01-2019 through 03-31-2019*

**2018 Year to Date Federal Income Tax Information**

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|------------------------|--------------------------|
| --    --    -- | (          ) | (          ) |

DOJ-01-0000002500



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
03/15/19 - 04/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002501

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000MMY90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** 6122 | $1,508.07 | $0.31 | $0.07 | $1,508.31 | $1.24 |
| **Totals** | **$1,508.07** | **$0.31** | **$0.07** | **$1,508.31** | **$1.24** |

## Savings
**Membership Savings - █████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-15 | Beginning Balance | | 1,508.07 |
| 04-30 | Federal Withholding | 0.07- | 1,508.00 |
| 04-30 | Dividend | 0.31 | 1,508.31 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ████6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002502



Page 2 of 3

**NAVY FEDERAL** Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings** ████6122

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| **05-14** | **Ending Balance** | | **1,508.31** |
| | YTD Fed Tax Withheld | 0.30 | |

*Your account earned $0.31, with an annual percentage yield earned of 0.25%, for the dividend period from 04-01-2019 through 04-30-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|------------------------|--------------------------|
| -- -- -- | (    ) | (    ) |

DOJ-01-0000002503



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.



NAVY
FEDERAL
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 3

**Statement of Account**

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** ▆6122 | $1,508.31 | $0.32 | $0.08 | $1,508.55 | $1.56 |
| **Totals** | **$1,508.31** | **$0.32** | **$0.08** | **$1,508.55** | **$1.56** |

## Savings
**Membership Savings - ▆6122**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-15 | Beginning Balance | | 1,508.31 |
| 05-31 | Federal Withholding | 0.08- | 1,508.23 |
| 05-31 | Dividend | 0.32 | 1,508.55 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ➤    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▆6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4053024556122000000000000000000000000000000000000000000000008

DOJ-01-0000002505



Page 2 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

**Membership Savings -** ███ **6122**

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-14 | **Ending Balance** | | **1,508.55** |
| | **YTD Fed Tax Withheld** | 0.38 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 05-01-2019 through 05-31-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |

DOJ-01-0000002506



Page 3 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002507

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/15/19 - 07/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000JML90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** ▬6122 | $1,508.55 | $0.31 | $0.07 | $1,508.79 | $1.87 |
| **Totals** | **$1,508.55** | **$0.31** | **$0.07** | **$1,508.79** | **$1.87** |

## Savings
**Membership Savings -** ▬**6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 1,508.55 |
| 06-28 | Federal Withholding | 0.07- | 1,508.48 |
| 06-28 | Dividend | 0.31 | 1,508.79 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ▶  ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▬6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000000008

DOJ-01-0000002508



Page 2 of 3

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/19 - 07/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ███6122                                       (Continued from previous page)

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-14 | **Ending Balance** | | **1,508.79** |
| | YTD Fed Tax Withheld | 0.45 | |

*Your account earned $0.31, with an annual percentage yield earned of 0.25%, for the dividend period from 06-01-2019 through 06-30-2019*



## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER ( ) | | | DAYTIME TELEPHONE NUMBER ( ) |

DOJ-01-0000002509



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
06/15/19 - 07/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002510

Page 1 of 3

**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000AMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings ▆6122 | $1,508.79 | $0.32 | $0.08 | $1,509.03 | $2.19 |
| **Totals** | **$1,508.79** | **$0.32** | **$0.08** | **$1,509.03** | **$2.19** |

## Savings
**Membership Savings** ▆6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-15 | Beginning Balance | | 1,508.79 |
| 07-31 | Federal Withholding | 0.08- | 1,508.71 |
| 07-31 | Dividend | 0.32 | 1,509.03 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▆6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002511



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ▪▪▪▪5122

(Continued from previous page)

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-14 | **Ending Balance** | | **1,509.03** |
| | **YTD Fed Tax Withheld** | 0.53 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 07-01-2019 through 07-31-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| --  --  -- | (        ) | | (        ) | |

DOJ-01-0000002512



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 3

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002513

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000SME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Banking on the Go

Use our mobile app* to transfer funds, pay bills, check your balance and more. Don't have the app?
To download, text "MOBILE" to 39227.

*Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $0.00 | $1,504.27 | $1,500.00 | $4.27 | $0.00 |
| **Membership Savings** 6122 | $1,509.03 | $0.32 | $1,504.35 | $5.00 | $2.51 |
| **Totals** | **$1,509.03** | **$1,504.59** | **$3,004.35** | **$9.27** | **$2.51** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ████ 5052 | Checking | | |
| ████ 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002514



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ███5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-03 | Beginning Balance | | 0.00 |
| 09-03 | Transfer From Shares | 1,504.27 | 1,504.27 |
| | Eric R Shibley | | |
| 09-05 | Transfer To Checking | 1,000.00- | 504.27 |
| | Es1 LLC | | |
| 09-06 | Transfer To Checking | 500.00- | 4.27 |
| | Es1 LLC | | |
| **09-14** | **Ending Balance** | | **4.27** |

*Average Daily Balance - Current Cycle: $295.93*

## Savings

**Membership Savings - ███6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-15 | Beginning Balance | | 1,509.03 |
| 08-30 | Federal Withholding | 0.08- | 1,508.95 |
| 08-30 | Dividend | 0.32 | 1,509.27 |
| 09-03 | Transfer To Checking | 1,504.27- | 5.00 |
| | Eric R Shibley | | |
| **09-14** | **Ending Balance** | | **5.00** |
| **YTD Fed Tax Withheld** | **0.61** | | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 08-01-2019 through 08-31-2019*

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002515



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002516

Page 1 of 3

## NAVY FEDERAL
### Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000OMC90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Day Checking 5052 | $4.27 | $600.00 | $0.00 | $604.27 | $0.00 |
| Membership Savings 6122 | $5.00 | $0.02 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$9.27** | **$600.02** | **$0.00** | **$609.29** | **$2.53** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002517



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ███5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-15 | Beginning Balance | | 4.27 |
| 10-09 | Transfer From Checking | 600.00 | 604.27 |
| | Eric R Shibley MD Pllc | | |
| **10-14** | **Ending Balance** | | **604.27** |

*Average Daily Balance - Current Cycle: $124.27*

## Savings

**Membership Savings - ███6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-15 | Beginning Balance | | 5.00 |
| 09-30 | Dividend | 0.02 | 5.02 |
| **10-14** | **Ending Balance** | | **5.02** |
| YTD Fed Tax Withheld | 0.61 | | |

*Your account earned $0.02, with an annual percentage yield earned of 0.23%, for the dividend period from 09-01-2019 through 09-30-2019*

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- | ( ) | | ( ) | |

DOJ-01-0000002518



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002519

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000NMO90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking ▮5052 | $604.27 | $0.02 | $600.00 | $4.29 | $0.02 |
| ▮ership Savings ▮6122 | $5.02 | $0.00 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$609.29** | **$0.02** | **$600.00** | **$9.31** | **$2.55** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▮5052 | Checking | | |
| ▮6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505230245561220000000000000000000000000000006

DOJ-01-0000002520

Page 2 of 3


## NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ▮▮▮**5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|----------:|-----------:|
| 10-15 | Beginning Balance | | 604.27 |
| 10-30 | Transfer To Checking | 600.00- | 4.27 |
| | Eric R Shibley MD Pllc | | |
| 10-31 | Dividend | 0.02 | 4.29 |
| **11-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $294.60*
*Your account earned $0.02, with an annual percentage yield earned of 0.06%, for the dividend period from 10-01-2019 through 10-31-2019*

## Savings

**Membership Savings -** ▮▮▮**6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|----------:|-----------:|
| 10-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **11-14** | **Ending Balance** | | **5.02** |
| **YTD Fed Tax Withheld** | | 0.61 | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002521



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 3 of 3

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002522

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/15/19 - 12/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000DME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.02 |
| **Membership Savings** 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$2.55** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000006

DOJ-01-0000002523



Page 2 of 3

**NAVY FEDERAL**
**Credit Union** ®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/15/19 - 12/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ██████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **12-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings - ██████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **12-14** | **Ending Balance** | | **5.02** |
| | **YTD Fed Tax Withheld** | 0.61 | |



### CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002524



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/15/19 - 12/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002525

Page 1 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Day Checking ▆5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| Membership Savings ▆6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▆5052 | Checking | | |
| ▆6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002526



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 12-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| 01-14 | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings - ████5122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 12-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| 01-14 | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002527



Page 3 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002528

Page 1 of 3

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/15/20 - 02/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000FME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| **Membership Savings** 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ▶   ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▬5052 | Checking | | |
| ▬6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000000006

DOJ-01-0000002529



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/20 - 02/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **02-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings - ████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **02-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-01-0000002530



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
01/15/20 - 02/14/20

**Access No. 5811830**

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002531

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| Membership Savings 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000000006

DOJ-01-0000002532



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ████ **052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **03-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings -** ████ **6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 02-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **03-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | |
|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002533



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002534

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/15/20 - 04/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000AMP90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $2,500.00 | $0.00 | $2,504.29 | $0.00 |
| **Membership Savings** 56122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$2,500.00** | **$0.00** | **$2,509.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ➤  ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002535



**NAVY FEDERAL**
**Credit Union®**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
03/15/20 - 04/14/20

Access No. 5811830

## Checking

**EveryDay Checking - ▉5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-15 | Beginning Balance | | 4.29 |
| 04-08 | Transfer From Checking | 500.00 | 504.29 |
| | Eric R Shibley MD Pllc | | |
| 04-10 | Transfer From Shares | 2,000.00 | 2,504.29 |
| | Eric R Shibley MD Pllc | | |
| **04-14** | **Ending Balance** | | **2,504.29** |

*Average Daily Balance - Current Cycle: $439.77*

## Savings

**Membership Savings - ▉6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 03-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **04-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)  --   --   -- | HOME TELEPHONE NUMBER  (     ) | | | DAYTIME TELEPHONE NUMBER  (     ) |

DOJ-01-0000002536



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
03/15/20 - 04/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002537

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMY90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

IMPORTANT NOTICE: Effective July 1, 2020, Navy Federal Credit Union is updating our funds availability policy to:
• Increase the amount of funds available on the first business day after a deposit is made in branch or by mail with personal or business checks from $200 to $225; and increase funds available immediately after a deposit is made at a Navy Federal ATM with personal or business checks from $200 to $225.
• Increase the amount of funds available from next-day items deposited into new accounts from $5,000 to $5,525; and increase the large deposit threshold from $5,000 to $5,525.
• Shorten the general hold time from seven to five business days; and add "on-us" checks (checks written from Navy Federal accounts) deposited in person at a Navy Federal branch to our transactions allowing next-day availability.
• Clarify that messaging on Navy Federal ATMs will notify members of its cutoff time; and provide an address for mailed deposits: P.O. Box 3100, Merrifield, VA 20119-3100.
• Clarify that this policy does not extend to deposits made into IRAs; and to indicate longer delays may apply to deposits made outside the continental US.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking 5052 | $2,504.29 | $9,582.08 | $3,668.40 | $8,417.97 | $0.08 |
| Membership Savings 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$2,509.31** | **$9,582.08** | **$3,668.40** | **$8,422.99** | **$0.08** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505230245561220000000000000000000000000000006

DOJ-01-0000002538



Page 2 of 3

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-15 | Beginning Balance | | 2,504.29 |
| 04-23 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 1,927.00 | 4,431.29 |
| 04-23 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 2,745.29 |
| 04-28 | Deposit - ACH Paid From IRS Treas 310 Tax Ref 01Afd9 | 1,200.00 | 3,945.29 |
| 04-30 | Federal Withholding | 0.02 | 3,945.27 |
| 04-30 | Dividend | 0.08 | 3,945.35 |
| 05-01 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 4,430.35 |
| 05-04 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 4,915.35 |
| 05-05 | Deposit - ACH Paid From Sbad Treas 310 Misc Pay 050520 | 5,000.00 | 9,915.35 |
| 05-11 | POS Debit- Debit Card 5151 05-09-20 Autozone #1690 Seattle WA | 22.00- | 9,893.35 |
| 05-11 | Transfer To Checking | 1,500.00- | 8,393.35 |
| | Eric R Shibley MD Pllc | | |
| 05-12 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 8,878.35 |
| 05-12 | POS Debit- Debit Card 5151 05-11-20 Wholefds Wes#10524 Seattle WA | 11.55- | 8,866.80 |
| 05-12 | POS Debit- Debit Card 5151 05-11-20 Capco Beverages Ll Seattle WA | 60.46- | 8,806.34 |
| 05-13 | ATM Withdrawal 05-12-20 Becu Seattle WA | 160.00- | 8,646.34 |
| 05-13 | POS Debit- Debit Card 5151 05-12-20 Carquest 3709 Seattle WA | 46.22- | 8,600.12 |
| 05-13 | POS Debit- Debit Card 5151 05-12-20 Pp*idaho Central C 800-4565067 ID | 130.00- | 8,470.12 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 Espresso Change-O Tukwila WA | 2.00- | 8,468.12 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 McDonald's F1364 Seattle WA | 8.36- | 8,459.76 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 Carquest 3709 Seattle WA | 41.79- | 8,417.97 |
| **05-14** | **Ending Balance** | | **8,417.97** |
| **YTD Fed Tax Withheld** | **0.02** | | |

*Average Daily Balance - Current Cycle: $5,246.09*
*Your account earned $0.08, with an annual percentage yield earned of 0.05%, for the dividend period from 04-01-2020 through 04-29-2020*

## CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002539

Page 3 of 3


**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-23 | ACH | 1,686.00 | 05-13 | POS | 130.00 |
| 05-11 | POS | 22.00 | 05-14 | POS | 2.00 |
| 05-12 | POS | 11.55 | 05-14 | POS | 8.36 |
| 05-12 | POS | 60.46 | 05-14 | POS | 41.79 |
| 05-13 | POS | 46.22 | 05-13 | ATMO | 160.00 |

## Savings

**Membership Savings - ████ 6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 04-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **05-14** | **Ending Balance** | | **5.02** |

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What To Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002540

Page 1 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

IMPORTANT NOTICE: Effective July 1, 2020, Navy Federal Credit Union is updating our funds availability policy to:
• Increase the amount of funds available on the first business day after a deposit is made in branch or by mail with personal or business checks from $200 to $225; and increase funds available immediately after a deposit is made at a Navy Federal ATM with personal or business checks from $200 to $225.
• Increase the amount of funds available from next-day items deposited into new accounts from $5,000 to $5,525; and increase the large deposit threshold from $5,000 to $5,525.
• Shorten the general hold time from seven to five business days; and add "on-us" checks (checks written from Navy Federal accounts) deposited in person at a Navy Federal branch to our transactions allowing next-day availability.
• Clarify that messaging on Navy Federal ATMs will notify members of its cutoff time; and provide an address for mailed deposits: P.O. Box 3100, Merrifield, VA 20119-3100.
• Clarify that this policy does not extend to deposits made into IRAs; and to indicate longer delays may apply to deposits made outside the continental US.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $8,417.97 | $3,418.29 | $8,810.54 | $3,025.72 | $0.37 |
| 3669 | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 |
| **Membership Savings** | | | | | |
| 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$8,422.99** | **$3,918.29** | **$8,810.54** | **$3,530.74** | **$0.37** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 3669 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505271045536693024556122000000000000000000000002

DOJ-01-0000002541



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ▬▬ **5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-15 | Beginning Balance | | 8,417.97 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 McDonald's F13369 Seattle WA | 12.31- | 8,405.66 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 Panda Express #102 Burien WA | 23.38- | 8,382.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,337.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,292.28 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 McDonald's F35934 Tacoma WA | 11.22- | 8,281.06 |
| 05-20 | POS Debit- Debit Card 5151 05-19-20 Rite Aid Store - 5 Seattle WA | 56.14- | 8,224.92 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Safeway #1923 Seattle WA | 63.87- | 8,161.05 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Abc Legal Services 206-5219000 WA | 124.50- | 8,036.55 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 International Food Kent WA | 313.33- | 7,723.22 |
| 05-21 | POS Debit- Debit Card 5151 05-20-20 McDonald's F13369 Seattle WA | 15.58- | 7,707.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 40.00- | 7,667.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 300.00- | 7,367.64 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 13.79- | 7,353.85 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 20.20- | 7,333.65 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Rite Aid Store - 5 Burien WA | 40.15- | 7,293.50 |
| 05-26 | ATM Withdrawal 05-22-20 Becu Tukwila WA | 400.00- | 6,893.50 |
| 05-26 | ATM Withdrawal 05-23-20 Becu Seattle WA | 600.00- | 6,293.50 |
| 05-26 | Transfer To Checking | 4,500.00- | 1,793.50 |
| | Eric R Shibley MD Pllc | | |
| 05-29 | Federal Withholding | 0.07- | 1,793.43 |
| 05-29 | Dividend | 0.29 | 1,793.72 |
| 06-05 | Transfer From Shares | 3,000.00 | 4,793.72 |
| | Eric R Shibley MD Pllc | | |
| 06-05 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,107.72 |
| 06-11 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 418.00 | 3,525.72 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

CITY · STATE · ZIP CODE

SIGNATURE OF NAVY FEDERAL MEMBER

EFFECTIVE DATE (MO., DAY, YR.)  HOME TELEPHONE NUMBER  DAYTIME TELEPHONE NUMBER
--   --  (        )  (        )

DOJ-01-0000002542



Page 3 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ████5052

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-12 | Transfer To Checking | 500.00- | 3,025.72 |
| **06-14** | **Ending Balance** | | **3,025.72** |
| YTD Fed Tax Withheld | 0.09 | | |

*Average Daily Balance - Current Cycle: $4,375.11*
*Your account earned $0.29, with an annual percentage yield earned of 0.05%, for the dividend period from 05-01-2020 through 05-30-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-05 | ACH | 1,686.00 | 05-20 | POS | 11.22 |
| 05-18 | POS | 23.38 | 05-21 | POS | 15.58 |
| 05-18 | POS | 45.00 | 05-22 | POS | 20.20 |
| 05-18 | POS | 45.00 | 05-22 | POS | 40.15 |
| 05-18 | POS | 12.31 | 05-22 | POS | 13.79 |
| 05-20 | POS | 56.14 | 05-22 | ATMO | 40.00 |
| 05-20 | POS | 63.87 | 05-22 | ATMO | 300.00 |
| 05-20 | POS | 124.50 | 05-26 | ATMO | 600.00 |
| 05-20 | POS | 313.33 | 05-26 | ATMO | 400.00 |

## EveryDay Checking - ████3669

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-29 | Beginning Balance | | 0.00 |
| 06-12 | Transfer From Checking | 500.00 | 500.00 |
| **06-14** | **Ending Balance** | | **500.00** |

*Average Daily Balance - Current Cycle: $88.23*

## Savings

### Membership Savings - ████6122

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-15 | Beginning Balance | | 5.02 |
| | **No Transactions This Period** | | |
| **06-14** | **Ending Balance** | | **5.02** |

DOJ-01-0000002543



NAVY
FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002544

27 December 2018

5811830

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Account Number(s) ending 1460

Dear Member:

We received your credit bureau dispute regarding the reporting of your Navy Federal account.
Your dispute did not include one or more of the following items which we require to appropriately
investigate your claim:

    -A description of the item and why you are disputing the item
    -The date of the disputed item
    -The full Navy Federal account number in question

It is important that you submit this information to us so that we can understand your specific
concern and conduct a timely investigation. Without this information, your claim may not be
processed.

Additionally, if you are able to provide any of the following information, it may expedite the review
of your dispute:

    -A copy of the single credit report (e.g., from Equifax, Experian, or TransUnion) with
     the disputed item circled
    -Any documentation that supports your dispute

Please resubmit your dispute with the information requested above to: Navy Federal Credit Union,
PO Box 3700, Merrifield, VA 22119-3700.

Alternatively, you may submit your dispute directly to the credit reporting agency or agencies. We
report to the nationwide credit reporting agencies listed below and work closely with them to
respond to disputes.

Equifax Credit Information Services at www.equifax.com or P.O. Box 740241, Atlanta, GA 30374

TransUnion Consumer Solutions at www.transunion.com or P.O. Box 2000, Chester, PA 19022

DOJ-01-0000002545

(Page 2 of 2)

Experian, Inc., Consumer Assistance Center at www.experian.com or P.O. Box 4500, Allen, TX 75013

Innovis Consumer Assistance at www.innovis.com or P.O. Box 1640, Pittsburgh, PA 15230

Please understand that Navy Federal follows federal guidelines in reporting credit information to the credit reporting agencies. If the information being reported is accurate, it cannot be changed or removed.

If you have requested that we "validate" your account(s) with Navy Federal, please review your most recent account statement(s), which demonstrate that your accounts are with Navy Federal and accurately reflect the status of your accounts.

Should you have any questions, please call us toll-free at 1-888-842-6328. Representatives are available 24 hours a day, 7 days a week to assist you. If preferred, you may send us a secure message via Navy Federal Online® Account Access.

Sincerely,

Carrie Matthews
Supervisor, Consumer Loan Services

DOJ-01-0000002546



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JML90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $3,025.72 | $2,923.98 | $3,821.35 | $2,128.35 | $0.48 |
| 3669 | $500.00 | $2,371.72 | $2,367.70 | $504.02 | $0.01 |
| **Membership Savings** 6122 | $5.02 | $21,015.25 | $21,015.06 | $5.21 | $0.27 |
| **Totals** | **$3,530.74** | **$26,310.95** | **$27,204.11** | **$2,637.58** | **$0.76** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | | |
| | TOTAL | |

40570944050527104553669302455612200000000000000000000002

DOJ-02-0000008288



Page 2 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ▮▮▮▮▮**5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-15 | Beginning Balance | | 3,025.72 |
| 06-18 | POS Debit- Debit Card 6825 06-17-20 McDonald's F13369 Seattle WA | 6.35- | 3,019.37 |
| 06-19 | POS Debit- Debit Card 6825 06-17-20 031 Ivars Burien S Burien WA | 26.40- | 2,992.97 |
| 06-22 | POS Debit- Debit Card 6825 06-19-20 Taco Time Sea Tac Tukwila WA | 22.62- | 2,970.35 |
| 06-24 | POS Credit Adjustment 6825 Transaction 06-23-20 Cash App*cash Out Visa Direct CA | 680.75 | 3,651.10 |
| 06-25 | Transfer To Shares<br>Eric R Shibley | 1,014.98- | 2,636.12 |
| 06-26 | POS Debit- Debit Card 6825 06-24-20 The Home Depot #47 Tukwila WA | 275.29- | 2,360.83 |
| 06-29 | POS Debit- Debit Card 6825 06-26-20 The Home Depot #89 Seattle WA | 57.02- | 2,303.81 |
| 06-30 | POS Debit- Debit Card 6825 06-28-20 The Home Depot #89 Seattle WA | 6.14- | 2,297.67 |
| 06-30 | Federal Withholding | 0.03- | 2,297.64 |
| 06-30 | Dividend | 0.11 | 2,297.75 |
| 07-01 | POS Debit- Debit Card 6825 06-29-20 Gyro Heroes Seattle WA | 24.20- | 2,273.55 |
| 07-02 | POS Debit- Debit Card 6825 07-01-20 McDonald's F13369 Seattle WA | 18.23- | 2,255.32 |
| 07-02 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 569.32 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 McDonald's F13369 Seattle WA | 20.87- | 548.45 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 Jb* 1Bgae WA Locks Viewinvoice.C CA | 275.00- | 273.45 |
| 07-06 | Transfer To Checking | 273.45- | 0.00 |
| 07-08 | Transfer From Checking | 2,000.00 | 2,000.00 |
| 07-10 | POS Credit Adjustment 6825 Transaction 07-10-20 Cash App*cash Out Visa Direct CA | 243.12 | 2,243.12 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Nikos Gyros Seattle WA | 23.07- | 2,220.05 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Safeway #1062 Seattle WA | 80.29- | 2,139.76 |
| 07-14 | POS Debit- Debit Card 6825 07-13-20 McDonald's F13369 Seattle WA | 11.41- | 2,128.35 |
| **07-14** | **Ending Balance** | | **2,128.35** |



**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| —       — | ( ) | | ( ) | |

DOJ-02-0000008289

Page 3 of 4



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ▮▮▮5052 (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| YTD Fed Tax Withheld | 0.12 | | |

*Average Daily Balance - Current Cycle: $2,151.19*
*Your account earned $0.11, with an annual percentage yield earned of 0.05%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 07-02 | ACH | 1,686.00 | 07-01 | POS | 24.20 |
| 06-18 | POS | 6.35 | 07-02 | POS | 18.23 |
| 06-19 | POS | 26.40 | 07-06 | POS | 20.87 |
| 06-22 | POS | 22.62 | 07-06 | POS | 275.00 |
| 06-26 | POS | 275.29 | 07-13 | POS | 23.07 |
| 06-29 | POS | 57.02 | 07-13 | POS | 80.29 |
| 06-30 | POS | 6.14 | 07-14 | POS | 11.41 |

## EveryDay Checking - ▮▮▮3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 500.00 |
| 06-15 | POS Debit- Debit Card 5850 06-12-20 McDonald's F13369 Seattle WA | 10.65- | 489.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 444.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 399.35 |
| 06-19 | POS Debit- Debit Card 5850 06-18-20 Chipotle 2554 Seattle WA | 23.12- | 376.23 |
| 06-22 | POS Debit- Debit Card 5850 06-19-20 McDonald's F35934 Tacoma WA | 6.92- | 369.31 |
| 06-23 | POS Debit- Debit Card 5850 06-21-20 Taco Time West Sea Seattle WA | 13.29- | 356.02 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 Safeway #1062 Seattle WA | 19.81- | 336.21 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 The Home Depot #89 Seattle WA | 203.91- | 132.30 |
| 06-30 | Dividend | 0.01 | 132.31 |
| 07-06 | Transfer From Checking | 273.45 | 405.76 |
| 07-06 | Deposit | 1,600.00 | 2,005.76 |
| 07-08 | Transfer To Checking | 2,000.00- | 5.76 |
| 07-13 | eDeposit-Scan/Mobile 000000101828176 | 498.26 | 504.02 |
| **07-14** | **Ending Balance** | | **504.02** |

*Average Daily Balance - Current Cycle: $343.70*
*Your account earned $0.01, with an annual percentage yield earned of 0.06%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 06-15 | POS | 10.65 | 06-22 | POS | 6.92 |
| 06-15 | POS | 45.00 | 06-23 | POS | 13.29 |
| 06-15 | POS | 45.00 | 06-25 | POS | 19.81 |
| 06-19 | POS | 23.12 | 06-25 | POS | 203.91 |

## Savings
### Membership Savings - ▮▮▮6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 5.02 |
| 06-22 | Deposit | 20,000.00 | 20,005.02 |
| 06-23 | Withdrawal By Cash | 1,000.00- | 19,005.02 |
| 06-24 | Sav Adjustment - DR | 15.00- | 18,990.02 |

DOJ-02-0000008290



Page 4 of 4

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Membership Savings -** ████6122

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-24 | Sav Adjustment - DR | 20,000.00- | 1,009.98- |
| 06-25 | Transfer From Chk/MMSA | 1,014.98 | 5.00 |
|       | Eric R Shibley | | |
| 06-30 | Federal Withholding | 0.06- | 4.94 |
| 06-30 | Dividend | 0.27 | 5.21 |
| **07-14** | **Ending Balance** | | **5.21** |
| **YTD Fed Tax Withheld** | **0.06** | | |

*Your account earned $0.27, with an annual percentage yield earned of 0.25%, for the dividend period from 06-01-2020 through 06-29-2020*

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect any amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008291



Page 1 of 5

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000AMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Navy Federal Annual Meeting Rescheduled to Thursday, 24 September 2020 at 6 pm**
at our headquarters in Vienna, VA. In keeping with CDC guidelines, space will be limited, and masks will be
required for all attendees. Register at **navyfederal.org/events**. If you need assistance with registration,
call 1-888-842-6328. Because of safety concerns, we must forego the reception following the meeting.
The date is subject to change, depending on an updated health/safety assessment nearer to 24 September.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Every Day Checking** | | | | | |
| 5052 | $2,128.35 | $3,680.83 | $3,181.64 | $2,627.54 | $0.56 |
| 3669 | $504.02 | $0.02 | $70.68 | $433.36 | $0.03 |
| **Membership Savings** | | | | | |
| 6122 | $5.21 | $0.00 | $0.00 | $5.21 | $0.27 |
| **Totals** | **$2,637.58** | **$3,680.85** | **$3,252.32** | **$3,066.11** | **$0.86** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052710455366930245561220000000000000000000000002

DOJ-02-0000008292



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ▓▓▓ 5052

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 2,128.35 |
| 07-15 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 18.34- | 2,110.01 |
| 07-16 | POS Debit- Debit Card 6825 07-15-20 McDonald's F13369 Seattle WA | 6.80- | 2,103.21 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 13.39- | 2,089.82 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 America's Best # 5 Seattle WA | 130.00- | 1,959.82 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 McDonald's F13369 Seattle WA | 6.80- | 1,953.02 |
| 07-17 | POS Debit- Debit Card 6825 07-15-20 Jack IN The Box 84 Tukwila WA | 11.97- | 1,941.05 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Seattle WA | 24.62- | 1,916.43 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Chevron 0090374 Bellevue WA | 6.48- | 1,909.95 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 USPS PO 5476460048 Seattle WA | 7.50- | 1,902.45 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 8.79- | 1,893.66 |
| 07-20 | POS Debit- Debit Card 6825 07-19-20 McDonald's F13369 Seattle WA | 8.99- | 1,884.67 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Seattle WA | 11.97- | 1,872.70 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 13.07- | 1,859.63 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,829.63 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Best Meat Shop - L Kent WA | 33.56- | 1,796.07 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Irashai Sushi Seattle WA | 35.21- | 1,760.86 |
| 07-20 | POS Debit- Debit Card 6825 07-18-20 International Food Kent WA | 54.94- | 1,705.92 |
| 07-21 | POS Debit- Debit Card 6825 07-20-20 Nikos Gyros Seattle WA | 9.63- | 1,696.29 |
| 07-21 | POS Debit- Debit Card 6825 07-19-20 Jaes Asian Bistro Seattle WA | 14.31- | 1,681.98 |
| 07-22 | POS Debit- Debit Card 6825 07-21-20 McDonald's F13369 Seattle WA | 6.80- | 1,675.18 |
| 07-23 | POS Debit- Debit Card 6825 07-21-20 Metropolitan Mkt 1 Seattle WA | 52.57- | 1,622.61 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Cream Dream Ice CR Burien WA | 6.03- | 1,616.58 |
| 07-27 | POS Debit- Debit Card 6825 07-24-20 McDonald's F13366 Seattle WA | 7.13- | 1,609.45 |
| 07-27 | POS Debit- Debit Card 6825 07-26-20 Jack IN The Box 84 Burien WA | 12.53- | 1,596.92 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Taco Time West Sea Seattle WA | 13.53- | 1,583.39 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|-------------------------------|----------------------|--------------------------|
| — — | ( ) | ( ) |

DOJ-02-0000008293



Page 3 of 5

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ███ **5052**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Jack IN The Box 84 Tukwila WA | 15.70- | 1,567.69 |
| 07-27 | POS Debit- Debit Card 6825 07-23-20 Shell Oil 57444026 Seattle WA | 20.00- | 1,547.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,517.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Goodwill Ballard - Seattle WA | 37.96- | 1,479.73 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 The Home Depot #89 Seattle WA | 271.86- | 1,207.87 |
| 07-28 | POS Debit- Debit Card 6825 07-26-20 The Home Depot #89 Seattle WA | 5.48- | 1,202.39 |
| 07-28 | Paid To - Genesisfs Card 8009582556 Chk 9100001 | 379.14- | 823.25 |
| 07-29 | Transfer From Checking | 3,000.00 | 3,823.25 |
|  | Eric R Shibley MD Pllc |  |  |
| 07-30 | POS Credit Adjustment 6825 Transaction 07-29-20 Cash App*cash Out Visa Direct CA | 680.75 | 4,504.00 |
| 07-31 | Federal Withholding | 0.02- | 4,503.98 |
| 07-31 | Dividend | 0.08 | 4,504.06 |
| 08-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 2,818.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 Wsferries-Anacorte Seattle WA | 29.00- | 2,789.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 7-Eleven 22561 Seattle WA | 30.00- | 2,759.06 |
| 08-07 | POS Debit- Debit Card 6825 08-05-20 Pabla Indian Cuisi Renton WA | 66.14- | 2,692.92 |
| 08-12 | POS Debit- Debit Card 6825 08-10-20 037 Ivars Maryvill Marysville WA | 18.85- | 2,674.07 |
| 08-12 | POS Debit- Debit Card 6825 08-11-20 Chevron 0370013 Tulalip WA | 41.70- | 2,632.37 |
| 08-14 | POS Debit- Debit Card 6825 08-13-20 Rite Aid Store - 5 Seattle WA | 4.83- | 2,627.54 |
| **08-14** | **Ending Balance** |  | **2,627.54** |
| **YTD Fed Tax Withheld** | **0.14** |  |  |

*Average Daily Balance - Current Cycle: $2,506.30*
*Your account earned $0.08, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-28 | ACH | 379.14 | 07-21 | POS | 14.31 |
| 08-03 | ACH | 1,686.00 | 07-22 | POS | 6.80 |
| 07-15 | POS | 18.34 | 07-23 | POS | 52.57 |
| 07-16 | POS | 130.00 | 07-27 | POS | 12.53 |
| 07-16 | POS | 6.80 | 07-27 | POS | 13.53 |
| 07-16 | POS | 13.39 | 07-27 | POS | 15.70 |
| 07-17 | POS | 24.62 | 07-27 | POS | 20.00 |
| 07-17 | POS | 6.80 | 07-27 | POS | 30.00 |
| 07-17 | POS | 11.97 | 07-27 | POS | 37.96 |
| 07-20 | POS | 8.79 | 07-27 | POS | 271.86 |
| 07-20 | POS | 8.99 | 07-27 | POS | 6.03 |
| 07-20 | POS | 11.97 | 07-27 | POS | 7.13 |
| 07-20 | POS | 13.07 | 07-28 | POS | 5.48 |
| 07-20 | POS | 30.00 | 08-04 | POS | 29.00 |
| 07-20 | POS | 33.56 | 08-04 | POS | 30.00 |
| 07-20 | POS | 35.21 | 08-07 | POS | 66.14 |
| 07-20 | POS | 54.94 | 08-12 | POS | 18.85 |
| 07-20 | POS | 6.48 | 08-12 | POS | 41.70 |
| 07-20 | POS | 7.50 | 08-14 | POS | 4.83 |
| 07-21 | POS | 9.63 |  |  |  |

**EveryDay Checking - 7104553669**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance |  | 504.02 |
| 07-31 | Dividend | 0.02 | 504.04 |
| 08-05 | POS Debit- Debit Card 4681 08-04-20 Baskin #361844 Bellevue WA | 7.24- | 496.80 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #0533 Woodinville WA | 9.22- | 487.58 |

DOJ-02-0000008294



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ▮▮▮▮3669                                      (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Taj Palace Bellevue WA | 17.55- | 470.03 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #1062 Seattle WA | 36.67- | 433.36 |
| **08-14** | **Ending Balance** | | **433.36** |

*Average Daily Balance - Current Cycle: $483.27*
*Your account earned $0.02, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-05 | POS | 7.24 | 08-06 | POS | 17.55 |
| 08-06 | POS | 9.22 | 08-06 | POS | 36.67 |

## Savings

**Membership Savings -** ▮▮▮▮6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 07-15 | Beginning Balance | | 5.21 |
| | No Transactions This Period | | |
| **08-14** | **Ending Balance** | | **5.21** |
| **YTD Fed Tax Withheld** | 0.06 | | |

DOJ-02-0000008295

Page 5 of 5



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008296



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000SME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking 5052 | $2,627.54 | $5,815.61 | $5,095.26 | $3,347.89 | $0.69 |
| 3669 | $433.36 | $3,000.06 | $3,433.42 | $0.00 | $0.09 |
| Membership Savings 6122 | $5.21 | $2.01 | $0.00 | $7.22 | $0.27 |
| **Totals** | **$3,066.11** | **$8,817.68** | **$8,528.68** | **$3,355.11** | **$1.05** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | TOTAL | |

40570944050527104553669302455612200000000000000000000002

DOJ-02-0000008297



Page 2 of 6

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ▇▇▇▇5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-15 | Beginning Balance | | 2,627.54 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 USPS PO 5476460048 Seattle WA | 0.55- | 2,626.99 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Mod Pizza West Sea Seattle WA | 2.50- | 2,624.49 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 6.59- | 2,617.90 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 10.26- | 2,607.64 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Shell Oil 93004215 Seattle WA | 11.77- | 2,595.87 |
| 08-17 | POS Debit- Debit Card 6825 08-13-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,583.57 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 20.37- | 2,563.20 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Rite Aid Store - 5 Seattle WA | 25.34- | 2,537.86 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 McDonald's F13369 Seattle WA | 27.97- | 2,509.89 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Shell Oil 57444026 Seattle WA | 33.38- | 2,476.51 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 44.43- | 2,432.08 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Uwajimaya Seattle Seattle WA | 107.57- | 2,324.51 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway #1965 Seattle WA | 17.28- | 2,307.23 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway Fuel1965 Seattle WA | 19.03- | 2,288.20 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Shell Oil 57444961 Seattle WA | 23.51- | 2,264.69 |
| 08-18 | POS Debit- Debit Card 6825 08-17-20 Tst* Pinto Bistro Seattle WA | 63.12- | 2,201.57 |
| 08-19 | POS Debit- Debit Card 6825 08-17-20 Safeway #1062 Seattle WA | 35.57- | 2,166.00 |
| 08-20 | POS Debit- Debit Card 6825 08-19-20 Fred M Fuel #9028 Burien WA | 29.84- | 2,136.16 |
| 08-21 | Deposit | 2,000.00 | 4,136.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 Safeway #3120 Burien WA | 11.00- | 4,125.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 The Home Depot #89 Seattle WA | 436.90- | 3,688.26 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 McDonald's F1364 Seattle WA | 4.62- | 3,683.64 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Taco Bell 031346 Kent WA | 7.17- | 3,676.47 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,664.38 |
| 08-24 | POS Debit- Debit Card 6825 08-21-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,652.29 |

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-02-0000008298

Page 3 of 6



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ⬛5052                                          (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Safeway #3120 Burien WA | 27.99- | 3,624.30 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 8.45- | 3,615.85 |
| 08-27 | POS Debit- Debit Card 6825 08-25-20 037 Ivars Maryvill Marysville WA | 12.24- | 3,603.61 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 21.18- | 3,582.43 |
| 08-28 | ATM Withdrawal 08-27-20 Becu Seattle WA | 120.00- | 3,462.43 |
| 08-28 | POS Debit- Debit Card 6825 08-26-20 Safeway #3120 Burien WA | 4.99- | 3,457.44 |
| 08-31 | Federal Withholding | 0.03- | 3,457.41 |
| 08-31 | Dividend | 0.13 | 3,457.54 |
| 09-01 | Transfer From Checking | 2,315.48 | 5,773.02 |
| 09-02 | ATM Withdrawal 09-01-20 Wsecu Tacoma WA | 200.00- | 5,573.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Cash App*eric R Sh 8774174551 CA | 50.00- | 5,523.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Rite Aid Store - 5 Seattle WA | 60.32- | 5,462.70 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Paypal *paulgessll 402-935-7733 CA | 315.00- | 5,147.70 |
| 09-03 | POS Debit- Debit Card 6825 09-01-20 Jack IN The Box 84 Tukwila WA | 11.86- | 5,135.84 |
| 09-03 | POS Debit- Debit Card 6825 09-02-20 Chevron 0375344 Seattle WA | 19.26- | 5,116.58 |
| 09-03 | POS Debit - Debit Card 6825 Transaction 09-02-20 M & J Mart Seattle WA | 30.50- | 5,086.08 |
| 09-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,400.08 |
| 09-08 | POS Debit- Debit Card 6825 09-07-20 McDonald's F1364 Seattle WA | 4.62- | 3,395.46 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 Jack IN The Box 84 Tukwila WA | 6.92- | 3,388.54 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 McDonald's F13369 Seattle WA | 8.66- | 3,379.88 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 McDonald's F13369 Seattle WA | 12.50- | 3,367.38 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Shell Oil 57444961 Seattle WA | 17.16- | 3,350.22 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Wholefds Mbd #1063 Seattle WA | 21.84- | 3,328.38 |
| 09-09 | POS Debit- Debit Card 6825 09-07-20 Taco Time White Ce Seattle WA | 15.83- | 3,312.55 |
| 09-09 | POS Debit- Debit Card 6825 09-09-20 Safeway #1062 Seattle WA | 55.57- | 3,256.98 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 McDonald's F1364 Seattle WA | 4.62- | 3,252.36 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 Chipotle 3490 Bellevue WA | 11.94- | 3,240.42 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Taco Time Tukwila Tukwila WA | 13.74- | 3,226.68 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Shell Oil 57444961 Seattle WA | 49.04- | 3,177.64 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Tram`s Salon Seattle WA | 268.00- | 2,909.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 2,409.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 1,909.64 |
| 09-11 | POS Debit- Debit Card 6825 09-09-20 Safeway #3120 Burien WA | 5.89- | 1,903.75 |
| 09-14 | Deposit 09-11-20 Fcv6 Tacoma, WA | 1,500.00 | 3,403.75 |
| 09-14 | POS Debit- Debit Card 6825 09-11-20 McDonald's F35934 Tacoma WA | 4.62- | 3,399.13 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 McDonald's F4917 Seattle WA | 5.70- | 3,393.43 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 McDonald's F13369 Seattle WA | 9.66- | 3,383.77 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 Jack IN The Box 84 Tukwila WA | 11.31- | 3,372.46 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Jack IN The Box 84 Burien WA | 12.19- | 3,360.27 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Panda Express #102 Burien WA | 12.38- | 3,347.89 |
| **09-14** | **Ending Balance** | | **3,347.89** |
| **YTD Fed Tax Withheld** | **0.17** | | |

*Average Daily Balance - Current Cycle: $3,222.85*
*Your account earned $0.13, with an annual percentage yield earned of 0.05%, for the dividend period from 08-01-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 09-03 | ACH | 1,686.00 | 08-17 | POS | 10.26 |
| 08-17 | POS | 2.50 | 08-17 | POS | 11.77 |
| 08-17 | POS | 6.59 | 08-17 | POS | 12.30 |

DOJ-02-0000008299



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 08-17 | POS | 20.37 | 09-03 | POS | 19.26 |
| 08-17 | POS | 25.34 | 09-03 | POS | 30.50 |
| 08-17 | POS | 27.97 | 09-03 | POS | 11.86 |
| 08-17 | POS | 33.38 | 09-08 | POS | 4.62 |
| 08-17 | POS | 44.43 | 09-08 | POS | 6.92 |
| 08-17 | POS | 107.57 | 09-08 | POS | 8.66 |
| 08-17 | POS | 0.55 | 09-08 | POS | 12.50 |
| 08-18 | POS | 19.03 | 09-08 | POS | 17.16 |
| 08-18 | POS | 23.51 | 09-08 | POS | 21.84 |
| 08-18 | POS | 63.12 | 09-09 | POS | 15.83 |
| 08-18 | POS | 17.28 | 09-09 | POS | 55.57 |
| 08-19 | POS | 35.57 | 09-10 | POS | 4.62 |
| 08-20 | POS | 29.84 | 09-10 | POS | 11.94 |
| 08-21 | POS | 436.90 | 09-10 | POS | 13.74 |
| 08-21 | POS | 11.00 | 09-10 | POS | 49.04 |
| 08-24 | POS | 7.17 | 09-10 | POS | 268.00 |
| 08-24 | POS | 12.09 | 09-11 | POS | 5.89 |
| 08-24 | POS | 12.09 | 09-14 | POS | 4.62 |
| 08-24 | POS | 27.99 | 09-14 | POS | 5.70 |
| 08-24 | POS | 4.62 | 09-14 | POS | 9.66 |
| 08-27 | POS | 12.24 | 09-14 | POS | 11.31 |
| 08-27 | POS | 21.18 | 09-14 | POS | 12.19 |
| 08-27 | POS | 8.45 | 09-14 | POS | 12.38 |
| 08-28 | POS | 4.99 | 08-28 | ATMO | 120.00 |
| 09-02 | POS | 60.32 | 09-02 | ATMO | 200.00 |
| 09-02 | POS | 315.00 | 09-11 | ATMO | 500.00 |
| 09-02 | POS | 50.00 | 09-11 | ATMO | 500.00 |

## EveryDay Checking - ■■■3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-15 | Beginning Balance | | 433.36 |
| 08-18 | Transfer From Checking | 2,000.00 | 2,433.36 |
| | Es1 LLC | | |
| 08-18 | POS Debit- Debit Card 4681 08-17-20 Teriyaki Seven Seattle WA | 50.99- | 2,382.37 |
| 08-20 | ATM Withdrawal 08-19-20 Becu Seattle WA | 200.00- | 2,182.37 |
| 08-21 | Deposit | 1,000.00 | 3,182.37 |
| 08-24 | POS Debit- Debit Card 4681 08-20-20 Jack IN The Box 84 Seattle WA | 16.70- | 3,165.67 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Shell Oil 57444026 Seattle WA | 21.34- | 3,144.33 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Best Meat Shop - L Kent WA | 46.03- | 3,098.30 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Safeway #1062 Seattle WA | 200.42- | 2,897.88 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Kona Kai Express Kent WA | 4.84- | 2,893.04 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 McDonald's F4917 Seattle WA | 6.36- | 2,886.68 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 8.12- | 2,878.56 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,866.26 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Jack IN The Box 84 Burien WA | 24.16- | 2,842.10 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Safeway #1062 Seattle WA | 33.83- | 2,808.27 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 7-Eleven 34475 Seattle WA | 42.07- | 2,766.20 |
| 08-26 | POS Debit- Debit Card 4681 08-25-20 Jack IN The Box 84 Burien WA | 13.08- | 2,753.12 |
| 08-28 | POS Debit- Debit Card 4681 08-27-20 Jack IN The Box 84 Tukwila WA | 11.86- | 2,741.26 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Taco Time West Sea Seattle WA | 14.39- | 2,726.87 |
| 08-31 | POS Debit- Debit Card 4681 08-30-20 Wholefds Wes#10524 Seattle WA | 34.05- | 2,692.82 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1923 Seattle WA | 36.80- | 2,656.02 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 40.57- | 2,615.45 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 116.06- | 2,499.39 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Safeway #1062 Seattle WA | 121.64- | 2,377.75 |
| 08-31 | Federal Withholding | 0.01- | 2,377.74 |
| 08-31 | Dividend | 0.06 | 2,377.80 |
| 09-01 | POS Debit- Debit Card 4681 09-01-20 Rite Aid Store - 5 Seattle WA | 27.67- | 2,350.13 |
| 09-01 | Transfer To Checking | 2,315.48- | 34.65 |

DOJ-02-0000008300



Page 5 of 6

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ███3669 | (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Safeway #3120 Burien WA | 14.65- | 20.00 |
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Shell Oil 57444026 Seattle WA | 17.99- | 2.01 |
| 09-14 | Adjustment - DR | 2.01- | 0.00 |
| **09-14** | **Ending Balance** | | **0.00** |
| YTD Fed Tax Withheld | 0.01 | | |

*Average Daily Balance - Current Cycle: $1,278.22*
*Account Closed*
*Your account earned $0.06, with an annual percentage yield earned of 0.05%, for the dividend period from 07-18-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-18 | POS | 50.99 | 08-26 | POS | 13.08 |
| 08-24 | POS | 16.70 | 08-28 | POS | 11.86 |
| 08-24 | POS | 21.34 | 08-31 | POS | 14.39 |
| 08-24 | POS | 46.03 | 08-31 | POS | 34.05 |
| 08-24 | POS | 200.42 | 08-31 | POS | 36.80 |
| 08-25 | POS | 4.84 | 08-31 | POS | 40.57 |
| 08-25 | POS | 6.36 | 08-31 | POS | 116.06 |
| 08-25 | POS | 8.12 | 08-31 | POS | 121.64 |
| 08-25 | POS | 12.30 | 09-01 | POS | 27.67 |
| 08-25 | POS | 24.16 | 09-02 | POS | 14.65 |
| 08-25 | POS | 33.83 | 09-02 | POS | 17.99 |
| 08-25 | POS | 42.07 | 08-20 | ATMO | 200.00 |

## Savings

**Membership Savings -** ███6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-15 | Beginning Balance | | 5.21 |
| 09-14 | Adjustment - CR | 2.01 | 7.22 |
| **09-14** | **Ending Balance** | | **7.22** |
| YTD Fed Tax Withheld | 0.06 | | |

DOJ-02-0000008301



**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008302



Page 1 of 3

**Statement of Account**

NAVY FEDERAL Credit Union

PO Box 3000 • Merrified, VA • 22119-3000
navyfederal.org

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#0000MC90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Every Day Checking ███5052 | $3,347.89 | $0.11 | $1,429.45 | $1,918.55 | $0.80 |
| Membership Savings ███6122 | $7.22 | $0.00 | $0.00 | $7.22 | $0.27 |
| **Totals** | **$3,355.11** | **$0.11** | **$1,429.45** | **$1,925.77** | **$1.07** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT.

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ███5052 | Checking | | |
| ███6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570940405052302455612200000000000000000000000000006

DOJ-04-0000012734

Page 2 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-15 | Beginning Balance | | 3,347.89 |
| 09-15 | POS Debit- Debit Card 6825 09-13-20 Shell Oil 57444026 Seattle WA | 43.87- | 3,304.02 |
| 09-15 | POS Debit- Debit Card 6825 09-13-20 Safeway #1062 Seattle WA | 68.90- | 3,235.12 |
| 09-16 | POS Debit- Debit Card 6825 09-14-20 McDonald's F411 Burien WA | 7.02- | 3,228.10 |
| 09-16 | POS Debit- Debit Card 6825 09-14-20 The Home Depot #89 Seattle WA | 309.63- | 2,918.47 |
| 09-21 | POS Debit- Debit Card 6825 09-18-20 Lacey O'Malley Bai 206-622-2668 WA | 1,000.00- | 1,918.47 |
| 09-30 | Federal Withholding | 0.03- | 1,918.44 |
| 09-30 | Dividend | 0.11 | 1,918.55 |
| **10-14** | **Ending Balance** | | **1,918.55** |
| YTD Fed Tax Withheld | 0.20 | | |

*Average Daily Balance - Current Cycle: $2,129.06*
*Your account earned $0.11, with an annual percentage yield earned of 0.05%, for the dividend period from 09-01-2020 through 09-30-2020*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-15 | POS | 43.87 | 09-16 | POS | 309.63 |
| 09-15 | POS | 68.90 | 09-21 | POS | 1,000.00 |
| 09-16 | POS | 7.02 | | | |

## Savings

**Membership Savings - ████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-15 | Beginning Balance | | 7.22 |
| | No Transactions This Period | | |
| **10-14** | **Ending Balance** | | **7.22** |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-04-0000012735



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ███ **6122**                              (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| **YTD Fed Tax Withheld** | 0.06 | | |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org**.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement of receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-04-0000012736



**NAVY FEDERAL CREDIT UNION**

**ERIC R SHIBLEY**
**as of: 02 July 2020 08:42:47 EST**

**4700 36TH AVE SW**
**SEATTLE WA 98126-2716**

**SSN: ***-**-5264**

## Deposits

| Account Number | Type of Account | Open Date | Current Balance | Available Balance | Account Status |
|---|---|---|---|---|---|
| ******6122 | Membership Share Savings | 11/23/2010 | $ 5.21 | $ 0.21 | Active |
| ******6819 | EveryDay Checking | 11/23/2010 | $ 0.00 | $ 0.00 | Closed - Charged-off Checking |
| ******1748 | EveryDay Checking | 01/18/2017 | $ 0.00 | $ 0.00 | Closed - Unsatisfactory |
| ******5052 | EveryDay Checking | 09/03/2019 | $ 2,273.55 | $ 2,255.32 | Active |
| ******3669 | EveryDay Checking | 05/29/2020 | $ 132.31 | $ 132.31 | Active |
| ******3950 | e-Checking | 06/22/2020 | $ 0.00 | $ 0.00 | Active |
| ******3968 | EveryDay Checking | 06/22/2020 | $ 0.00 | $ 0.00 | Active |

000001

07/02/2020

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 200
Admitted _____

**DOJ-01-0000002489**

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
12/15/18 - 01/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

## STAY CURRENT!

It's fast and easy to keep your account up to date. You can verify or update your
address and personal info by using our mobile app.*

> Sign in to your account  > Tap "View Profile"  > Update your profile information

Federally insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings 6122 | | | | $1,507.37 | $0.00 |
| **Totals** | | | | **$1,507.37** | **$0.00** |

## Savings
**Membership Savings - 6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-15 | | | |
| 12-31 | | | |
| 12-31 | | | |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002490



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
12/15/18 - 01/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ██████ 6122**

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 01-14 | Ending Balance | | 1,507.37 |

### 2018 Year to Date Federal Income Tax Information



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | ZIP CODE | | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-01-0000002491



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/15/18 - 01/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002492

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/15/19 - 02/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000FME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

Effective April 13, 2019, Visa® will revise the International Service Assessment Fee for
international Point of Sale (the location where you make a purchase) and ATM transactions,
from 0.8% to 1.0%. This change is applicable for international transactions charged in U.S.
currency. You can see the updated debit card disclosures at **navyfederal.org**.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings 6122 | $1,507.37 | $0.32 | $0.08 | $1,507.61 | $0.32 |
| **Totals** | **$1,507.37** | **$0.32** | **$0.08** | **$1,507.61** | **$0.32** |

## Savings
**Membership Savings - ░░░6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-15 | Beginning Balance | | 1,507.37 |
| 01-31 | Federal Withholding | 0.08- | 1,507.29 |
| 01-31 | Dividend | 0.32 | 1,507.61 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ░░░6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

⑃053024556122000000000000000000000000000000000000008

DOJ-01-0000002493



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/19 - 02/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ████ 6122                         (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| **02-14** | **Ending Balance** | | **1,507.61** |
| | YTD Fed Tax Withheld | 0.08 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 01-01-2019 through 01-31-2019*

**2018 Year to Date Federal Income Tax Information**

████████████████████████████████████

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|--------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |

DOJ-01-0000002494



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
01/15/19 - 02/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002495

Page 1 of 3



**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/19 - 03/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

Effective April 13, 2019, Visa® will revise the International Service Assessment Fee for
international Point of Sale (the location where you make a purchase) and ATM transactions,
from 0.8% to 1.0%. This change is applicable for international transactions charged in U.S.
currency. You can see the updated debit card disclosures at **navyfederal.org.**

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings ████6122 | $1,507.61 | $0.29 | $0.07 | $1,507.83 | $0.61 |
| **Totals** | **$1,507.61** | **$0.29** | **$0.07** | **$1,507.83** | **$0.61** |

## Savings
**Membership Savings - ████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-15 | Beginning Balance | | 1,507.61 |
| 02-28 | Federal Withholding | 0.07- | 1,507.54 |
| 02-28 | Dividend | 0.29 | 1,507.83 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| ████6122 | Savings | |
| | | |
| | | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002496



Page 2 of 3

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/19 - 03/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ███████6122**

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| **03-14** | **Ending Balance** | | **1,507.83** |
| | YTD Fed Tax Withheld | 0.15 | |

*Your account earned $0.29, with an annual percentage yield earned of 0.25%, for the dividend period from 02-01-2019 through 02-28-2019*

**2018 Year to Date Federal Income Tax Information**

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- | ( ) | | ( ) | |

DOJ-01-0000002497



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
02/15/19 - 03/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002498

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/15/19 - 04/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000AMP90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings ▬6122 | $1,507.83 | $0.32 | $0.08 | $1,508.07 | $0.93 |
| **Totals** | **$1,507.83** | **$0.32** | **$0.08** | **$1,508.07** | **$0.93** |

## Savings

**Membership Savings - ▬6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-15 | Beginning Balance | | 1,507.83 |
| 03-29 | Federal Withholding | 0.08- | 1,507.75 |
| 03-29 | Dividend | 0.32 | 1,508.07 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▬6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002499

Page 2 of 3



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/15/19 - 04/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings - ████6122**

(Continued from previous page)

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| **04-14** | **Ending Balance** | | **1,508.07** |
| | YTD Fed Tax Withheld | 0.23 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 03-01-2019 through 03-31-2019*

**2018 Year to Date Federal Income Tax Information**

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |

DOJ-01-0000002500

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/15/19 - 04/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002501

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000MMY90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
digital statements via Mobile or
Navy Federal Online Banking.

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** 6122 | $1,508.07 | $0.31 | $0.07 | $1,508.31 | $1.24 |
| **Totals** | **$1,508.07** | **$0.31** | **$0.07** | **$1,508.31** | **$1.24** |

## Savings

**Membership Savings -** ███ **6122**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 04-15 | Beginning Balance | | 1,508.07 |
| 04-30 | Federal Withholding | 0.07- | 1,508.00 |
| 04-30 | Dividend | 0.31 | 1,508.31 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE   ➤   ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ███6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002502



Page 2 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ███ 6122

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-14 | **Ending Balance** | | **1,508.31** |
| | YTD Fed Tax Withheld | 0.30 | |

*Your account earned $0.31, with an annual percentage yield earned of 0.25%, for the dividend period from 04-01-2019 through 04-30-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002503



Page 3 of 3

**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/19 - 05/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002504

Page 1 of 3

**Statement of Account**

**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000JMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

### Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| ▇▇▇ership Savings ▇▇6122 | $1,508.31 | $0.32 | $0.08 | $1,508.55 | $1.56 |
| **Totals** | **$1,508.31** | **$0.32** | **$0.08** | **$1,508.55** | **$1.56** |

### Savings

**Membership Savings - ▇▇▇▇6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-15 | Beginning Balance | | 1,508.31 |
| 05-31 | Federal Withholding | 0.08- | 1,508.23 |
| 05-31 | Dividend | 0.32 | 1,508.55 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ▇▇▇6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002505



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ████ **6122**

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| **06-14** | **Ending Balance** | | **1,508.55** |
| | YTD Fed Tax Withheld | 0.38 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 05-01-2019 through 05-31-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- -- | ( ) | | | ( ) |

DOJ-01-0000002506



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/19 - 06/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002507

Page 1 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
06/15/19 - 07/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000JML90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.

To get started, select "Statements" in digital banking.*

It's an easy way to reduce the risk of identity theft and cut down on paper clutter.

Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Membership Savings** 6122 | $1,508.55 | $0.31 | $0.07 | $1,508.79 | $1.87 |
| **Totals** | **$1,508.55** | **$0.31** | **$0.07** | **$1,508.79** | **$1.87** |

## Savings

**Membership Savings -** ███ 6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 1,508.55 |
| 06-28 | Federal Withholding | 0.07- | 1,508.48 |
| 06-28 | Dividend | 0.31 | 1,508.79 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE     ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ███ 6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000000008

DOJ-01-0000002508



Page 2 of 3

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/19 - 07/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ▇▇▇▇6122

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| **07-14** | **Ending Balance** | | **1,508.79** |
| | YTD Fed Tax Withheld | 0.45 | |

*Your account earned $0.31, with an annual percentage yield earned of 0.25%, for the dividend period from 06-01-2019 through 06-30-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002509



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
06/15/19 - 07/14/19

Access No. 5811830

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002510

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000AMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Membership Savings 6122 | $1,508.79 | $0.32 | $0.08 | $1,509.03 | $2.19 |
| **Totals** | **$1,508.79** | **$0.32** | **$0.08** | **$1,509.03** | **$2.19** |

## Savings
**Membership Savings - ████6122**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-15 | Beginning Balance | | 1,508.79 |
| 07-31 | Federal Withholding | 0.08- | 1,508.71 |
| 07-31 | Dividend | 0.32 | 1,509.03 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| ████6122 | Savings | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4053024556122000000000000000000000000000000000000008

DOJ-01-0000002511



Page 2 of 3

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ███6122

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| **08-14** | **Ending Balance** | | **1,509.03** |
| | YTD Fed Tax Withheld | 0.53 | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 07-01-2019 through 07-31-2019*



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | ZIP CODE | | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-01-0000002512



**Navy Federal Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/19 - 08/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002513

Page 1 of 3



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000SME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Banking on the Go

Use our mobile app* to transfer funds, pay bills, check your balance and more. Don't have the app?
To download, text "MOBILE" to 39227.

*Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 052 | $0.00 | $1,504.27 | $1,500.00 | $4.27 | $0.00 |
| **Membership Savings** 5122 | $1,509.03 | $0.32 | $1,504.35 | $5.00 | $2.51 |
| **Totals** | **$1,509.03** | **$1,504.59** | **$3,004.35** | **$9.27** | **$2.51** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002514



Page 2 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-03 | Beginning Balance | | 0.00 |
| 09-03 | Transfer From Shares | 1,504.27 | 1,504.27 |
| | Eric R Shibley | | |
| 09-05 | Transfer To Checking | 1,000.00- | 504.27 |
| | Es1 LLC | | |
| 09-06 | Transfer To Checking | 500.00- | 4.27 |
| | Es1 LLC | | |
| **09-14** | **Ending Balance** | | **4.27** |

*Average Daily Balance - Current Cycle: $295.93*

## Savings

**Membership Savings ████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-15 | Beginning Balance | | 1,509.03 |
| 08-30 | Federal Withholding | 0.08- | 1,508.95 |
| 08-30 | Dividend | 0.32 | 1,509.27 |
| 09-03 | Transfer To Checking | 1,504.27- | 5.00 |
| | Eric R Shibley | | |
| **09-14** | **Ending Balance** | | **5.00** |
| **YTD Fed Tax Withheld** | **0.61** | | |

*Your account earned $0.32, with an annual percentage yield earned of 0.25%, for the dividend period from 08-01-2019 through 08-31-2019*



### CHANGE OF ADDRESS
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002515



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/19 - 09/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002516

Page 1 of 3

## NAVY FEDERAL
## Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000OMC90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| ▪▪ay Checking 5052 | $4.27 | $600.00 | $0.00 | $604.27 | $0.00 |
| Membership Savings 6122 | $5.00 | $0.02 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$9.27** | **$600.02** | **$0.00** | **$609.29** | **$2.53** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-01-0000002517



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ███ 5052

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-15 | Beginning Balance | | 4.27 |
| 10-09 | Transfer From Checking | 600.00 | 604.27 |
| | Eric R Shibley MD Pllc | | |
| **10-14** | **Ending Balance** | | **604.27** |

*Average Daily Balance - Current Cycle: $124.27*

## Savings

**Membership Savings -** ███ 6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-15 | Beginning Balance | | 5.00 |
| 09-30 | Dividend | 0.02 | 5.02 |
| **10-14** | **Ending Balance** | | **5.02** |
| **YTD Fed Tax Withheld** | 0.61 | | |

*Your account earned $0.02, with an annual percentage yield earned of 0.23%, for the dividend period from 09-01-2019 through 09-30-2019*

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| — — — | ( ) | | | ( ) |

DOJ-01-0000002518



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
09/15/19 - 10/14/19

Access No. 5811830

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002519

Page 1 of 3



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000NMO90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking 5052 | $604.27 | $0.02 | $600.00 | $4.29 | $0.02 |
| Membership Savings 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$609.29** | **$0.02** | **$600.00** | **$9.31** | **$2.55** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000000006

DOJ-01-0000002520



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

## Checking

**EveryDay Checking -** ███**5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 10-15 | Beginning Balance | | 604.27 |
| 10-30 | Transfer To Checking | 600.00- | 4.27 |
| | Eric R Shibley MD Pllc | | |
| 10-31 | Dividend | 0.02 | 4.29 |
| **11-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $294.60*
*Your account earned $0.02, with an annual percentage yield earned of 0.06%, for the dividend period from 10-01-2019 through 10-31-2019*

## Savings

**Membership Savings -** ███**6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 10-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **11-14** | **Ending Balance** | | **5.02** |
| **YTD Fed Tax Withheld** | | 0.61 | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE | |
|------|-------|----------|---|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|----------------------|--------------------------|
| -- -- | ( ) | ( ) |

DOJ-01-0000002521

Page 3 of 3



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/15/19 - 11/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002522

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/15/19 - 12/14/19

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000DME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.02 |
| **Membership Savings** 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $2.53 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$2.55** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000006

DOJ-01-0000002523



Page 2 of 3

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/15/19 - 12/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking –** ██████ **052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 11-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **12-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings** ██████ **6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 11-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **12-14** | **Ending Balance** | | **5.02** |
| | YTD Fed Tax Withheld | 0.61 | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| -- -- | ( ) | | | ( ) |

DOJ-01-0000002524



Page 3 of 3

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
11/15/19 - 12/14/19

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002525



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 1 of 3

**Statement of Account**

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| **Membership Savings** 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000006

DOJ-01-0000002526



**NAVY FEDERAL**
Credit Union®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ███5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 12-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **01-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings - ███6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 12-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **01-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|--|--|--|--|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002527



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/15/19 - 01/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002528

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrified, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
01/15/20 - 02/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000FME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| **Membership Savings** 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505230245561220000000000000000000000000000006

Navy Federal Credit Union

000041

07/02/2020

DOJ-01-0000002529



Page 2 of 3

**NAVY FEDERAL** Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/20 - 02/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ███5052**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **02-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings - ███6122**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **02-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | ZIP CODE | | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.)<br>-- -- -- | HOME TELEPHONE NUMBER<br>( ) | | DAYTIME TELEPHONE NUMBER<br>( ) | |

DOJ-01-0000002530



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/15/20 - 02/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002531

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMA90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

### Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking 5052 | $4.29 | $0.00 | $0.00 | $4.29 | $0.00 |
| Membership Savings 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$0.00** | **$0.00** | **$9.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000006

DOJ-01-0000002532



**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ████**5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 02-15 | Beginning Balance | | 4.29 |
| | No Transactions This Period | | |
| **03-14** | **Ending Balance** | | **4.29** |

*Average Daily Balance - Current Cycle: $4.29*

## Savings

**Membership Savings -** ████**6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|-----------|
| 02-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **03-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | (      ) | | (      ) | |

DOJ-01-0000002533



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/15/20 - 03/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002534

Page 1 of 3

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/15/20 - 04/14/20

Access No. 5811830

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

#BWNLLSV
#000000P5X1QXS0A9#000AMP90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

### Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **Every Day Checking** 5052 | $4.29 | $2,500.00 | $0.00 | $2,504.29 | $0.00 |
| **Membership Savings** 122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$9.31** | **$2,500.00** | **$0.00** | **$2,509.31** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000000000006

DOJ-01-0000002535



PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
03/15/20 - 04/14/20

Access No. 5811830

## Checking

**EveryDay Checking -** ▮▮▮5052

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-15 | Beginning Balance | | 4.29 |
| 04-08 | Transfer From Checking | 500.00 | 504.29 |
| | Eric R Shibley MD Pllc | | |
| 04-10 | Transfer From Shares | 2,000.00 | 2,504.29 |
| | Eric R Shibley MD Pllc | | |
| **04-14** | **Ending Balance** | | **2,504.29** |

*Average Daily Balance - Current Cycle: $439.77*

## Savings

**Membership Savings -** ▮▮▮6122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **04-14** | **Ending Balance** | | **5.02** |

### 2019 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 2.53 | | |
| CHECKING DIVIDENDS | 0.02 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 0.61 | | |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| -- -- -- | ( ) | | ( ) | |

DOJ-01-0000002536



NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/15/20 - 04/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

## What to Do if You Think You Find a Mistake on Your Statement

### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002537

Page 1 of 3

## NAVY FEDERAL
### Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000MMY90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

IMPORTANT NOTICE: Effective July 1, 2020, Navy Federal Credit Union is updating our funds availability policy to:
• Increase the amount of funds available on the first business day after a deposit is made in branch or by mail with personal or business checks from $200 to $225; and increase funds available immediately after a deposit is made at a Navy Federal ATM with personal or business checks from $200 to $225.
• Increase the amount of funds available from next-day items deposited into new accounts from $5,000 to $5,525; and increase the large deposit threshold from $5,000 to $5,525.
• Shorten the general hold time from seven to five business days; and add "on-us" checks (checks written from Navy Federal accounts) deposited in person at a Navy Federal branch to our transactions allowing next-day availability.
• Clarify that messaging on Navy Federal ATMs will notify members of its cutoff time; and provide an address for mailed deposits: P.O. Box 3100, Merrifield, VA 20119-3100.
• Clarify that this policy does not extend to deposits made into IRAs; and to indicate longer delays may apply to deposits made outside the continental U.S.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| ay Checking 052 | $2,504.29 | $9,582.08 | $3,668.40 | $8,417.97 | $0.08 |
| Membership Savings 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$2,509.31** | **$9,582.08** | **$3,668.40** | **$8,422.99** | **$0.08** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

40570944050523024556122000000000000000000000000000006

Navy Federal Credit Union

000050

07/02/2020

DOJ-01-0000002538



**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ████**5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-15 | Beginning Balance | | 2,504.29 |
| 04-23 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 1,927.00 | 4,431.29 |
| 04-23 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 2,745.29 |
| 04-28 | Deposit - ACH Paid From IRS Treas 310 Tax Ref 01Afd9 | 1,200.00 | 3,945.29 |
| 04-30 | Federal Withholding | 0.02- | 3,945.27 |
| 04-30 | Dividend | 0.08 | 3,945.35 |
| 05-01 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 4,430.35 |
| 05-04 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 4,915.35 |
| 05-05 | Deposit - ACH Paid From Sbad Treas 310 Misc Pay 050520 | 5,000.00 | 9,915.35 |
| 05-11 | POS Debit- Debit Card 5151 05-09-20 Autozone #1690 Seattle WA | 22.00- | 9,893.35 |
| 05-11 | Transfer To Checking | 1,500.00- | 8,393.35 |
| | Eric R Shibley MD Pllc | | |
| 05-12 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 485.00 | 8,878.35 |
| 05-12 | POS Debit- Debit Card 5151 05-11-20 Wholefds Wes#10524 Seattle WA | 11.55- | 8,866.80 |
| 05-12 | POS Debit- Debit Card 5151 05-11-20 Capco Beverages Ll Seattle WA | 60.46- | 8,806.34 |
| 05-13 | ATM Withdrawal 05-12-20 Becu Seattle WA | 160.00- | 8,646.34 |
| 05-13 | POS Debit- Debit Card 5151 05-12-20 Carquest 3709 Seattle WA | 46.22- | 8,600.12 |
| 05-13 | POS Debit- Debit Card 5151 05-12-20 Pp*idaho Central C 800-4565067 ID | 130.00- | 8,470.12 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 Espresso Change-O Tukwila WA | 2.00- | 8,468.12 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 McDonald's F1364 Seattle WA | 8.36- | 8,459.76 |
| 05-14 | POS Debit- Debit Card 5151 05-13-20 Carquest 3709 Seattle WA | 41.79- | 8,417.97 |
| **05-14** | **Ending Balance** | | **8,417.97** |
| **YTD Fed Tax Withheld** | **0.02** | | |

*Average Daily Balance - Current Cycle: $5,246.09*
*Your account earned $0.08, with an annual percentage yield earned of 0.05%, for the dividend period from 04-01-2020 through 04-29-2020*

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| --  -- | ( ) | | ( ) | |

DOJ-01-0000002539

Page 3 of 3



**NAVY FEDERAL**
**Credit Union**®
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
04/15/20 - 05/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 04-23 | ACH | 1,686.00 | 05-13 | POS | 130.00 |
| 05-11 | POS | 22.00 | 05-14 | POS | 2.00 |
| 05-12 | POS | 11.55 | 05-14 | POS | 8.36 |
| 05-12 | POS | 60.46 | 05-14 | POS | 41.79 |
| 05-13 | POS | 46.22 | 05-13 | ATMO | 160.00 |

## Savings

**Membership Savings -** ███████6122

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 04-15 | Beginning Balance | | 5.02 |
| | No Transactions This Period | | |
| **05-14** | **Ending Balance** | | **5.02** |

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002540

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000JMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

IMPORTANT NOTICE: Effective July 1, 2020, Navy Federal Credit Union is updating our funds availability policy to:
• Increase the amount of funds available on the first business day after a deposit is made in branch or by mail with personal or business checks from $200 to $225; and increase funds available immediately after a deposit is made at a Navy Federal ATM with personal or business checks from $200 to $225.
• Increase the amount of funds available from next-day items deposited into new accounts from $5,000 to $5,525; and increase the large deposit threshold from $5,000 to $5,525.
• Shorten the general hold time from seven to five business days; and add "on-us" checks (checks written from Navy Federal accounts) deposited in person at a Navy Federal branch to our transactions allowing next-day availability.
• Clarify that messaging on Navy Federal ATMs will notify members of its cutoff time; and provide an address for mailed deposits: P.O. Box 3100, Merrifield, VA 20119-3100.
• Clarify that this policy does not extend to deposits made into IRAs; and to indicate longer delays may apply to deposits made outside the continental US.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $8,417.97 | $3,418.29 | $8,810.54 | $3,025.72 | $0.37 |
| 3669 | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 |
| **Membership Savings** | | | | | |
| 6122 | $5.02 | $0.00 | $0.00 | $5.02 | $0.00 |
| **Totals** | **$8,422.99** | **$3,918.29** | **$8,810.54** | **$3,530.74** | **$0.37** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 3669 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

405709440505271045536693024556122000000000000000000000002

DOJ-01-0000002541



Page 2 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking – ███ 052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 05-15 | Beginning Balance | | 8,417.97 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 McDonald's F13369 Seattle WA | 12.31- | 8,405.66 |
| 05-18 | POS Debit- Debit Card 5151 05-15-20 Panda Express #102 Burien WA | 23.38- | 8,382.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,337.28 |
| 05-18 | POS Debit- Debit Card 5151 05-14-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 8,292.28 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 McDonald's F35934 Tacoma WA | 11.22- | 8,281.06 |
| 05-20 | POS Debit- Debit Card 5151 05-19-20 Rite Aid Store - 5 Seattle WA | 56.14- | 8,224.92 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Safeway #1923 Seattle WA | 63.87- | 8,161.05 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 Abc Legal Services 206-5219000 WA | 124.50- | 8,036.55 |
| 05-20 | POS Debit- Debit Card 5151 05-18-20 International Food Kent WA | 313.33- | 7,723.22 |
| 05-21 | POS Debit- Debit Card 5151 05-20-20 McDonald's F13369 Seattle WA | 15.58- | 7,707.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 40.00- | 7,667.64 |
| 05-22 | ATM Withdrawal 05-21-20 Becu Burien WA | 300.00- | 7,367.64 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 13.79- | 7,353.85 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Dino's Gyro Seattle WA | 20.20- | 7,333.65 |
| 05-22 | POS Debit- Debit Card 5151 05-21-20 Rite Aid Store - 5 Burien WA | 40.15- | 7,293.50 |
| 05-26 | ATM Withdrawal 05-22-20 Becu Tukwila WA | 400.00- | 6,893.50 |
| 05-26 | ATM Withdrawal 05-23-20 Becu Seattle WA | 600.00- | 6,293.50 |
| 05-26 | Transfer To Checking | 4,500.00- | 1,793.50 |
| | Eric R Shibley MD Pllc | | |
| 05-29 | Federal Withholding | 0.07- | 1,793.43 |
| 05-29 | Dividend | 0.29 | 1,793.72 |
| 06-05 | Transfer From Shares | 3,000.00 | 4,793.72 |
| | Eric R Shibley MD Pllc | | |
| 06-05 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,107.72 |
| 06-11 | Deposit - ACH Paid From WA ST Employ Sec Ui Benefit 01Afd1 | 418.00 | 3,525.72 |

## CHANGE OF ADDRESS

PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER |
| — — — | | ( ) | | ( ) |

DOJ-01-0000002542



Page 3 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ▓▓5052

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-12 | Transfer To Checking | 500.00- | 3,025.72 |
| 06-14 | **Ending Balance** | | **3,025.72** |
| | **YTD Fed Tax Withheld** | **0.09** | |

*Average Daily Balance - Current Cycle: $4,375.11*
*Your account earned $0.29, with an annual percentage yield earned of 0.05%, for the dividend period from 05-01-2020 through 05-30-2020*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 06-05 | ACH | 1,686.00 | 05-20 | POS | 11.22 |
| 05-18 | POS | 23.38 | 05-21 | POS | 15.58 |
| 05-18 | POS | 45.00 | 05-22 | POS | 20.20 |
| 05-18 | POS | 45.00 | 05-22 | POS | 40.15 |
| 05-18 | POS | 12.31 | 05-22 | POS | 13.79 |
| 05-20 | POS | 56.14 | 05-22 | ATMO | 40.00 |
| 05-20 | POS | 63.87 | 05-22 | ATMO | 300.00 |
| 05-20 | POS | 124.50 | 05-26 | ATMO | 600.00 |
| 05-20 | POS | 313.33 | 05-26 | ATMO | 400.00 |

## EveryDay Checking - ▓▓3669

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-29 | Beginning Balance | | 0.00 |
| 06-12 | Transfer From Checking | 500.00 | 500.00 |
| 06-14 | **Ending Balance** | | **500.00** |

*Average Daily Balance - Current Cycle: $88.23*

## Savings

### Membership Savings - ▓▓122

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 05-15 | Beginning Balance | | 5.02 |
| | **No Transactions This Period** | | |
| 06-14 | **Ending Balance** | | **5.02** |

DOJ-01-0000002543

Page 4 of 4



**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
05/15/20 - 06/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-01-0000002544

(Page 1 of 2)

27 December 2018

5811830

ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Account Number(s) ending 1460

Dear Member:

We received your credit bureau dispute regarding the reporting of your Navy Federal account.
Your dispute did not include one or more of the following items which we require to appropriately
investigate your claim:

- A description of the item and why you are disputing the item
- The date of the disputed item
- The full Navy Federal account number in question

It is important that you submit this information to us so that we can understand your specific
concern and conduct a timely investigation. Without this information, your claim may not be
processed.

Additionally, if you are able to provide any of the following information, it may expedite the review
of your dispute:

- A copy of the single credit report (e.g., from Equifax, Experian, or TransUnion) with
  the disputed item circled
- Any documentation that supports your dispute

Please resubmit your dispute with the information requested above to: Navy Federal Credit Union,
PO Box 3700, Merrifield, VA 22119-3700.

Alternatively, you may submit your dispute directly to the credit reporting agency or agencies. We
report to the nationwide credit reporting agencies listed below and work closely with them to
respond to disputes.

Equifax Credit Information Services at www.equifax.com or P.O. Box 740241, Atlanta, GA 30374

TransUnion Consumer Solutions at www.transunion.com or P.O. Box 2000, Chester, PA 19022

DOJ-01-0000002545

Experian, Inc., Consumer Assistance Center at www.experian.com or P.O. Box 4500, Allen, TX 75013

Innovis Consumer Assistance at www.innovis.com or P.O. Box 1640, Pittsburgh, PA 15230

Please understand that Navy Federal follows federal guidelines in reporting credit information to the credit reporting agencies. If the information being reported is accurate, it cannot be changed or removed.

If you have requested that we "validate" your account(s) with Navy Federal, please review your most recent account statement(s), which demonstrate that your accounts are with Navy Federal and accurately reflect the status of your accounts.

Should you have any questions, please call us toll-free at 1-888-842-6328. Representatives are available 24 hours a day, 7 days a week to assist you. If preferred, you may send us a secure message via Navy Federal Online® Account Access.

Sincerely,

Carrie Matthews
Supervisor, Consumer Loan Services

DOJ-01-0000002546



Page 1 of 4

**Statement of Account**

NAVY FEDERAL
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

Routing Number: 2560-7497-4

#BWNLLSV
#000000P5X1QXS0A9#000JML90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 5052 | $3,025.72 | $2,923.98 | $3,821.35 | $2,128.35 | $0.48 |
| 3669 | $500.00 | $2,371.72 | $2,367.70 | $504.02 | $0.01 |
| **Membership Savings** | | | | | |
| 6122 | $5.02 | $21,015.25 | $21,015.06 | $5.21 | $0.27 |
| **Totals** | **$3,530.74** | **$26,310.95** | **$27,204.11** | **$2,637.58** | **$0.76** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 5052 | Checking | |
| 3669 | Checking | |
| 6122 | Savings | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052710455366930245561220000000000000000000000002

DOJ-02-0000008288



Page 2 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking -** ▇▇▇▇ 5052

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 06-15 | Beginning Balance | | 3,025.72 |
| 06-18 | POS Debit- Debit Card 6825 06-17-20 McDonald's F13369 Seattle WA | 6.35- | 3,019.37 |
| 06-19 | POS Debit- Debit Card 6825 06-17-20 031 Ivars Burien S Burien WA | 26.40- | 2,992.97 |
| 06-22 | POS Debit- Debit Card 6825 06-19-20 Taco Time Sea Tac Tukwila WA | 22.62- | 2,970.35 |
| 06-24 | POS Credit Adjustment 6825 Transaction 06-23-20 Cash App*cash Out Visa Direct CA | 680.75 | 3,651.10 |
| 06-25 | Transfer To Shares | 1,014.98- | 2,636.12 |
| | Eric R Shibley | | |
| 06-26 | POS Debit- Debit Card 6825 06-24-20 The Home Depot #47 Tukwila WA | 275.29- | 2,360.83 |
| 06-29 | POS Debit- Debit Card 6825 06-26-20 The Home Depot #89 Seattle WA | 57.02- | 2,303.81 |
| 06-30 | POS Debit- Debit Card 6825 06-28-20 The Home Depot #89 Seattle WA | 6.14- | 2,297.67 |
| 06-30 | Federal Withholding | 0.03- | 2,297.64 |
| 06-30 | Dividend | 0.11 | 2,297.75 |
| 07-01 | POS Debit- Debit Card 6825 06-29-20 Gyro Heroes Seattle WA | 24.20- | 2,273.55 |
| 07-02 | POS Debit- Debit Card 6825 07-01-20 McDonald's F13369 Seattle WA | 18.23- | 2,255.32 |
| 07-02 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 569.32 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 McDonald's F13369 Seattle WA | 20.87- | 548.45 |
| 07-06 | POS Debit- Debit Card 6825 07-03-20 Jb* 1Bgae WA Locks Viewinvoice.C CA | 275.00- | 273.45 |
| 07-06 | Transfer To Checking | 273.45- | 0.00 |
| 07-08 | Transfer From Checking | 2,000.00 | 2,000.00 |
| 07-10 | POS Credit Adjustment 6825 Transaction 07-10-20 Cash App*cash Out Visa Direct CA | 243.12 | 2,243.12 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Nikos Gyros Seattle WA | 23.07- | 2,220.05 |
| 07-13 | POS Debit- Debit Card 6825 07-11-20 Safeway #1062 Seattle WA | 80.29- | 2,139.76 |
| 07-14 | POS Debit- Debit Card 6825 07-13-20 McDonald's F13369 Seattle WA | 11.41- | 2,128.35 |
| **07-14** | **Ending Balance** | | **2,128.35** |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| —   — | (     ) | | (     ) | |

DOJ-02-0000008289

Page 3 of 4



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ▮▮5052

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| YTD Fed Tax Withheld | 0.12 | | |

*Average Daily Balance - Current Cycle: $2,151.19*
*Your account earned $0.11, with an annual percentage yield earned of 0.05%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 07-02 | ACH | 1,686.00 | 07-01 | POS | 24.20 |
| 06-18 | POS | 6.35 | 07-02 | POS | 18.23 |
| 06-19 | POS | 26.40 | 07-06 | POS | 20.87 |
| 06-22 | POS | 22.62 | 07-06 | POS | 275.00 |
| 06-26 | POS | 275.29 | 07-13 | POS | 23.07 |
| 06-29 | POS | 57.02 | 07-13 | POS | 80.29 |
| 06-30 | POS | 6.14 | 07-14 | POS | 11.41 |

## EveryDay Checking - ▮▮53669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 500.00 |
| 06-15 | POS Debit- Debit Card 5850 06-12-20 McDonald's F13369 Seattle WA | 10.65- | 489.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 444.35 |
| 06-15 | POS Debit- Debit Card 5850 06-11-20 Paypal *paulgessll 402-935-7733 CA | 45.00- | 399.35 |
| 06-19 | POS Debit- Debit Card 5850 06-18-20 Chipotle 2554 Seattle WA | 23.12- | 376.23 |
| 06-22 | POS Debit- Debit Card 5850 06-19-20 McDonald's F35934 Tacoma WA | 6.92- | 369.31 |
| 06-23 | POS Debit- Debit Card 5850 06-21-20 Taco Time West Sea Seattle WA | 13.29- | 356.02 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 Safeway #1062 Seattle WA | 19.81- | 336.21 |
| 06-25 | POS Debit- Debit Card 5850 06-23-20 The Home Depot #89 Seattle WA | 203.91- | 132.30 |
| 06-30 | Dividend | 0.01 | 132.31 |
| 07-06 | Transfer From Checking | 273.45 | 405.76 |
| 07-06 | Deposit | 1,600.00 | 2,005.76 |
| 07-08 | Transfer To Checking | 2,000.00- | 5.76 |
| 07-13 | eDeposit-Scan/Mobile 000000101828176 | 498.26 | 504.02 |
| **07-14** | **Ending Balance** | | **504.02** |

*Average Daily Balance - Current Cycle: $343.70*
*Your account earned $0.01, with an annual percentage yield earned of 0.06%, for the dividend period from 06-01-2020 through 06-29-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 06-15 | POS | 10.65 | 06-22 | POS | 6.92 |
| 06-15 | POS | 45.00 | 06-23 | POS | 13.29 |
| 06-15 | POS | 45.00 | 06-25 | POS | 19.81 |
| 06-19 | POS | 23.12 | 06-25 | POS | 203.91 |

## Savings

### Membership Savings - ▮▮122

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 06-15 | Beginning Balance | | 5.02 |
| 06-22 | Deposit | 20,000.00 | 20,005.02 |
| 06-23 | Withdrawal By Cash | 1,000.00- | 19,005.02 |
| 06-24 | Sav Adjustment - DR | 15.00- | 18,990.02 |

DOJ-02-0000008290



Page 4 of 4

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
06/15/20 - 07/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Membership Savings -** ████ **6122**                                         (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 06-24 | Sav Adjustment - DR | 20,000.00- | 1,009.98- |
| 06-25 | Transfer From Chk/MMSA | 1,014.98 | 5.00 |
|  | Eric R Shibley |  |  |
| 06-30 | Federal Withholding | 0.06- | 4.94 |
| 06-30 | Dividend | 0.27 | 5.21 |
| **07-14** | **Ending Balance** |  | **5.21** |
| **YTD Fed Tax Withheld** | **0.06** |  |  |

*Your account earned $0.27, with an annual percentage yield earned of 0.25%, for the dividend period from 06-01-2020 through 06-29-2020*

**Disclosure Information**
* The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
* We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
* You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
* If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
* **Account information:** Your name and account number.
* **Dollar amount:** The dollar amount of the suspected error.
* **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
* Tell us your name and account number (if any).
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008291



Page 1 of 5

**Statement of Account**

Navy Federal
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000AMU90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Navy Federal Annual Meeting Rescheduled to Thursday, 24 September 2020 at 6 pm**
at our headquarters in Vienna, VA. In keeping with CDC guidelines, space will be limited, and masks will be
required for all attendees. Register at **navyfederal.org/events**. If you need assistance with registration,
call 1-888-842-6328. Because of safety concerns, we must forego the reception following the meeting.
The date is subject to change, depending on an updated health/safety assessment nearer to 24 September.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| ▇052 | $2,128.35 | $3,680.83 | $3,181.64 | $2,627.54 | $0.56 |
| ▇669 | $504.02 | $0.02 | $70.68 | $433.36 | $0.03 |
| **Membership Savings** | | | | | |
| ▇6122 | $5.21 | $0.00 | $0.00 | $5.21 | $0.27 |
| **Totals** | **$2,637.58** | **$3,680.85** | **$3,252.32** | **$3,066.11** | **$0.86** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤ ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| ▇5052 | Checking | |
| ▇3669 | Checking | |
| ▇6122 | Savings | |
| | | |
| | TOTAL | |

4057094405052710455366930245561220000000000000000000000002

DOJ-02-0000008292



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 2,128.35 |
| 07-15 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 18.34- | 2,110.01 |
| 07-16 | POS Debit- Debit Card 6825 07-15-20 McDonald's F13369 Seattle WA | 6.80- | 2,103.21 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 Jack IN The Box 84 Tukwila WA | 13.39- | 2,089.82 |
| 07-16 | POS Debit- Debit Card 6825 07-14-20 America's Best # 5 Seattle WA | 130.00- | 1,959.82 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 McDonald's F13369 Seattle WA | 6.80- | 1,953.02 |
| 07-17 | POS Debit- Debit Card 6825 07-15-20 Jack IN The Box 84 Tukwila WA | 11.97- | 1,941.05 |
| 07-17 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Seattle WA | 24.62- | 1,916.43 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Chevron 0090374 Bellevue WA | 6.48- | 1,909.95 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 USPS PO 5476460048 Seattle WA | 7.50- | 1,902.45 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 8.79- | 1,893.66 |
| 07-20 | POS Debit- Debit Card 6825 07-19-20 McDonald's F13369 Seattle WA | 8.99- | 1,884.67 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Jack IN The Box 84 Tukwila WA | 11.97- | 1,872.70 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Jack IN The Box 84 Seattle WA | 13.07- | 1,859.63 |
| 07-20 | POS Debit- Debit Card 6825 07-16-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,829.63 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Best Meat Shop - L Kent WA | 33.56- | 1,796.07 |
| 07-20 | POS Debit- Debit Card 6825 07-17-20 Irashai Sushi Seattle WA | 35.21- | 1,760.86 |
| 07-20 | POS Debit- Debit Card 6825 07-18-20 International Food Kent WA | 54.94- | 1,705.92 |
| 07-21 | POS Debit- Debit Card 6825 07-20-20 Nikos Gyros Seattle WA | 9.63- | 1,696.29 |
| 07-21 | POS Debit- Debit Card 6825 07-19-20 Jaes Asian Bistro Seattle WA | 14.31- | 1,681.98 |
| 07-22 | POS Debit- Debit Card 6825 07-21-20 McDonald's F13369 Seattle WA | 6.80- | 1,675.18 |
| 07-23 | POS Debit- Debit Card 6825 07-21-20 Metropolitan Mkt 1 Seattle WA | 52.57- | 1,622.61 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Cream Dream Ice CR Burien WA | 6.03- | 1,616.58 |
| 07-27 | POS Debit- Debit Card 6825 07-24-20 McDonald's F13366 Seattle WA | 7.13- | 1,609.45 |
| 07-27 | POS Debit- Debit Card 6825 07-26-20 Jack IN The Box 84 Burien WA | 12.53- | 1,596.92 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Taco Time West Sea Seattle WA | 13.53- | 1,583.39 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|----|----|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

DOJ-02-0000008293



Page 3 of 5

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## EveryDay Checking - ███████5052

(Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Jack IN The Box 84 Tukwila WA | 15.70- | 1,567.69 |
| 07-27 | POS Debit- Debit Card 6825 07-23-20 Shell Oil 57444026 Seattle WA | 20.00- | 1,547.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Shell Oil 57444026 Seattle WA | 30.00- | 1,517.69 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 Goodwill Ballard - Seattle WA | 37.96- | 1,479.73 |
| 07-27 | POS Debit- Debit Card 6825 07-25-20 The Home Depot #89 Seattle WA | 271.86- | 1,207.87 |
| 07-28 | POS Debit- Debit Card 6825 07-26-20 The Home Depot #89 Seattle WA | 5.48- | 1,202.39 |
| 07-28 | Paid To - Genesisfs Card 8009582556 Chk 9100001 | 379.14- | 823.25 |
| 07-29 | Transfer From Checking | 3,000.00 | 3,823.25 |
| | Eric R Shibley MD Pllc | | |
| 07-30 | POS Credit Adjustment 6825 Transaction 07-29-20 Cash App*cash Out Visa Direct CA | 680.75 | 4,504.00 |
| 07-31 | Federal Withholding | 0.02- | 4,503.98 |
| 07-31 | Dividend | 0.08 | 4,504.06 |
| 08-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 2,818.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 Wsferries-Anacorte Seattle WA | 29.00- | 2,789.06 |
| 08-04 | POS Debit- Debit Card 6825 08-02-20 7-Eleven 22561 Seattle WA | 30.00- | 2,759.06 |
| 08-07 | POS Debit- Debit Card 6825 08-05-20 Pabla Indian Cuisi Renton WA | 66.14- | 2,692.92 |
| 08-12 | POS Debit- Debit Card 6825 08-10-20 037 Ivars Maryvill Marysville WA | 18.85- | 2,674.07 |
| 08-12 | POS Debit- Debit Card 6825 08-11-20 Chevron 0370013 Tulalip WA | 41.70- | 2,632.37 |
| 08-14 | POS Debit- Debit Card 6825 08-13-20 Rite Aid Store - 5 Seattle WA | 4.83- | 2,627.54 |
| **08-14** | **Ending Balance** | | **2,627.54** |
| **YTD Fed Tax Withheld** | **0.14** | | |

*Average Daily Balance - Current Cycle: $2,506.30*
*Your account earned $0.08, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 07-28 | ACH | 379.14 | 07-21 | POS | 14.31 |
| 08-03 | ACH | 1,686.00 | 07-22 | POS | 6.80 |
| 07-15 | POS | 18.34 | 07-23 | POS | 52.57 |
| 07-16 | POS | 130.00 | 07-27 | POS | 12.53 |
| 07-16 | POS | 6.80 | 07-27 | POS | 13.53 |
| 07-16 | POS | 13.39 | 07-27 | POS | 15.70 |
| 07-17 | POS | 24.62 | 07-27 | POS | 20.00 |
| 07-17 | POS | 6.80 | 07-27 | POS | 30.00 |
| 07-17 | POS | 11.97 | 07-27 | POS | 37.96 |
| 07-20 | POS | 8.79 | 07-27 | POS | 271.86 |
| 07-20 | POS | 8.99 | 07-27 | POS | 6.03 |
| 07-20 | POS | 11.97 | 07-27 | POS | 7.13 |
| 07-20 | POS | 13.07 | 07-28 | POS | 5.48 |
| 07-20 | POS | 30.00 | 08-04 | POS | 29.00 |
| 07-20 | POS | 33.56 | 08-04 | POS | 30.00 |
| 07-20 | POS | 35.21 | 08-07 | POS | 66.14 |
| 07-20 | POS | 54.94 | 08-12 | POS | 18.85 |
| 07-20 | POS | 6.48 | 08-12 | POS | 41.70 |
| 07-20 | POS | 7.50 | 08-14 | POS | 4.83 |
| 07-21 | POS | 9.63 | | | |

## EveryDay Checking - ███████3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 504.02 |
| 07-31 | Dividend | 0.02 | 504.04 |
| 08-05 | POS Debit- Debit Card 4681 08-04-20 Baskin #361844 Bellevue WA | 7.24- | 496.80 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #0533 Woodinville WA | 9.22- | 487.58 |

DOJ-02-0000008294



**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ███ **3669**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Taj Palace Bellevue WA | 17.55- | 470.03 |
| 08-06 | POS Debit- Debit Card 4681 08-04-20 Safeway #1062 Seattle WA | 36.67- | 433.36 |
| **08-14** | **Ending Balance** | | **433.36** |

*Average Daily Balance - Current Cycle: $483.27*
*Your account earned $0.02, with an annual percentage yield earned of 0.05%, for the dividend period from 07-01-2020 through 07-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-05 | POS | 7.24 | 08-06 | POS | 17.55 |
| 08-06 | POS | 9.22 | 08-06 | POS | 36.67 |

## Savings

**Membership Savings -** ███ **6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 07-15 | Beginning Balance | | 5.21 |
| | No Transactions This Period | | |
| **08-14** | **Ending Balance** | | **5.21** |
| **YTD Fed Tax Withheld** | 0.06 | | |

DOJ-02-0000008295

Page 5 of 5



**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
07/15/20 - 08/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008296



Page 1 of 6

**Statement of Account**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

#BWNLLSV
#000000P5X1QXS0A9#000SME90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Checking ████ 052 | $2,627.54 | $5,815.61 | $5,095.26 | $3,347.89 | $0.69 |
| 669 | $433.36 | $3,000.06 | $3,433.42 | $0.00 | $0.09 |
| **Membership Savings** ████6122 | $5.21 | $2.01 | $0.00 | $7.22 | $0.27 |
| **Totals** | **$3,066.11** | **$8,817.68** | **$8,528.68** | **$3,355.11** | **$1.05** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| ████5052 | Checking | |
| ████3669 | Checking | |
| ████6122 | Savings | |
| | | |
| | TOTAL | |

4057094405052710455366930245561220000000000000000000002

DOJ-02-0000008297



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - ████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 08-15 | Beginning Balance | | 2,627.54 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 USPS PO 5476460048 Seattle WA | 0.55- | 2,626.99 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Mod Pizza West Sea Seattle WA | 2.50- | 2,624.49 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 6.59- | 2,617.90 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 10.26- | 2,607.64 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Shell Oil 93004215 Seattle WA | 11.77- | 2,595.87 |
| 08-17 | POS Debit- Debit Card 6825 08-13-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,583.57 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Sushi I Seattle WA | 20.37- | 2,563.20 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Rite Aid Store - 5 Seattle WA | 25.34- | 2,537.86 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 McDonald's F13369 Seattle WA | 27.97- | 2,509.89 |
| 08-17 | POS Debit- Debit Card 6825 08-14-20 Shell Oil 57444026 Seattle WA | 33.38- | 2,476.51 |
| 08-17 | POS Debit- Debit Card 6825 08-15-20 Safeway #1062 Seattle WA | 44.43- | 2,432.08 |
| 08-17 | POS Debit- Debit Card 6825 08-16-20 Uwajimaya Seattle Seattle WA | 107.57- | 2,324.51 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway #1965 Seattle WA | 17.28- | 2,307.23 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Safeway Fuel1965 Seattle WA | 19.03- | 2,288.20 |
| 08-18 | POS Debit- Debit Card 6825 08-16-20 Shell Oil 57444961 Seattle WA | 23.51- | 2,264.69 |
| 08-18 | POS Debit- Debit Card 6825 08-17-20 Tst* Pinto Bistro Seattle WA | 63.12- | 2,201.57 |
| 08-19 | POS Debit- Debit Card 6825 08-17-20 Safeway #1062 Seattle WA | 35.57- | 2,166.00 |
| 08-20 | POS Debit- Debit Card 6825 08-19-20 Fred M Fuel #9028 Burien WA | 29.84- | 2,136.16 |
| 08-21 | Deposit | 2,000.00 | 4,136.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 Safeway #3120 Burien WA | 11.00- | 4,125.16 |
| 08-21 | POS Debit- Debit Card 6825 08-19-20 The Home Depot #89 Seattle WA | 436.90- | 3,688.26 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 McDonald's F1364 Seattle WA | 4.62- | 3,683.64 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Taco Bell 031346 Kent WA | 7.17- | 3,676.47 |
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,664.38 |
| 08-24 | POS Debit- Debit Card 6825 08-21-20 Jack IN The Box 84 Seattle WA | 12.09- | 3,652.29 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

DOJ-02-0000008298



Page 3 of 6

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ██████5052                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-24 | POS Debit- Debit Card 6825 08-22-20 Safeway #3120 Burien WA | 27.99- | 3,624.30 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 8.45- | 3,615.85 |
| 08-27 | POS Debit- Debit Card 6825 08-25-20 037 Ivars Maryvll Marysville WA | 12.24- | 3,603.61 |
| 08-27 | POS Debit- Debit Card 6825 08-26-20 McDonald's F13369 Seattle WA | 21.18- | 3,582.43 |
| 08-28 | ATM Withdrawal 08-27-20 Becu Seattle WA | 120.00- | 3,462.43 |
| 08-28 | POS Debit- Debit Card 6825 08-26-20 Safeway #3120 Burien WA | 4.99- | 3,457.44 |
| 08-31 | Federal Withholding | 0.03- | 3,457.41 |
| 08-31 | Dividend | 0.13 | 3,457.54 |
| 09-01 | Transfer From Checking | 2,315.48 | 5,773.02 |
| 09-02 | ATM Withdrawal 09-01-20 Wsecu Tacoma WA | 200.00- | 5,573.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Cash App*eric R Sh 8774174551 CA | 50.00- | 5,523.02 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Rite Aid Store - 5 Seattle WA | 60.32- | 5,462.70 |
| 09-02 | POS Debit- Debit Card 6825 09-01-20 Paypal *paulgessll 402-935-7733 CA | 315.00- | 5,147.70 |
| 09-03 | POS Debit- Debit Card 6825 09-01-20 Jack IN The Box 84 Tukwila WA | 11.86- | 5,135.84 |
| 09-03 | POS Debit- Debit Card 6825 09-02-20 Chevron 0375344 Seattle WA | 19.26- | 5,116.58 |
| 09-03 | POS Debit - Debit Card 6825 Transaction 09-02-20 M & J Mart Seattle WA | 30.50- | 5,086.08 |
| 09-03 | Paid To - Washington-Dshs WA53000000 Chk 4200001 | 1,686.00- | 3,400.08 |
| 09-08 | POS Debit- Debit Card 6825 09-07-20 McDonald's F1364 Seattle WA | 4.62- | 3,395.46 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 Jack IN The Box 84 Tukwila WA | 6.92- | 3,388.54 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 McDonald's F13369 Seattle WA | 8.66- | 3,379.88 |
| 09-08 | POS Debit- Debit Card 6825 09-06-20 McDonald's F13369 Seattle WA | 12.50- | 3,367.38 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Shell Oil 57444961 Seattle WA | 17.16- | 3,350.22 |
| 09-08 | POS Debit- Debit Card 6825 09-05-20 Wholefds Mbd #1063 Seattle WA | 21.84- | 3,328.38 |
| 09-09 | POS Debit- Debit Card 6825 09-07-20 Taco Time White Ce Seattle WA | 15.83- | 3,312.55 |
| 09-09 | POS Debit- Debit Card 6825 09-09-20 Safeway #1062 Seattle WA | 55.57- | 3,256.98 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 McDonald's F1364 Seattle WA | 4.62- | 3,252.36 |
| 09-10 | POS Debit- Debit Card 6825 09-09-20 Chipotle 3490 Bellevue WA | 11.94- | 3,240.42 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Taco Time Tukwila Tukwila WA | 13.74- | 3,226.68 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Shell Oil 57444961 Seattle WA | 49.04- | 3,177.64 |
| 09-10 | POS Debit- Debit Card 6825 09-08-20 Tram`s Salon Seattle WA | 268.00- | 2,909.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 2,409.64 |
| 09-11 | ATM Withdrawal 09-10-20 Becu Tukwila WA | 500.00- | 1,909.64 |
| 09-11 | POS Debit- Debit Card 6825 09-09-20 Safeway #3120 Burien WA | 5.89- | 1,903.75 |
| 09-14 | Deposit 09-11-20 Fcv6 Tacoma, WA | 1,500.00 | 3,403.75 |
| 09-14 | POS Debit- Debit Card 6825 09-11-20 McDonald's F35934 Tacoma WA | 4.62- | 3,399.13 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 McDonald's F4917 Seattle WA | 5.70- | 3,393.43 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 McDonald's F13369 Seattle WA | 9.66- | 3,383.77 |
| 09-14 | POS Debit- Debit Card 6825 09-12-20 Jack IN The Box 84 Tukwila WA | 11.31- | 3,372.46 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Jack IN The Box 84 Burien WA | 12.19- | 3,360.27 |
| 09-14 | POS Debit- Debit Card 6825 09-13-20 Panda Express #102 Burien WA | 12.38- | 3,347.89 |
| **09-14** | **Ending Balance** | | **3,347.89** |
| YTD Fed Tax Withheld | 0.17 | | |

*Average Daily Balance - Current Cycle: $3,222.85*
*Your account earned $0.13, with an annual percentage yield earned of 0.05%, for the dividend period from 08-01-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 09-03 | ACH | 1,686.00 | 08-17 | POS | 10.26 |
| 08-17 | POS | 2.50 | 08-17 | POS | 11.77 |
| 08-17 | POS | 6.59 | 08-17 | POS | 12.30 |

DOJ-02-0000008299



Page 4 of 6

**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

### Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 08-17 | POS | 20.37 | 09-03 | POS | 19.26 |
| 08-17 | POS | 25.34 | 09-03 | POS | 30.50 |
| 08-17 | POS | 27.97 | 09-03 | POS | 11.86 |
| 08-17 | POS | 33.38 | 09-08 | POS | 4.62 |
| 08-17 | POS | 44.43 | 09-08 | POS | 6.92 |
| 08-17 | POS | 107.57 | 09-08 | POS | 8.66 |
| 08-17 | POS | 0.55 | 09-08 | POS | 12.50 |
| 08-18 | POS | 19.03 | 09-08 | POS | 17.16 |
| 08-18 | POS | 23.51 | 09-08 | POS | 21.84 |
| 08-18 | POS | 63.12 | 09-09 | POS | 15.83 |
| 08-18 | POS | 17.28 | 09-09 | POS | 55.57 |
| 08-19 | POS | 35.57 | 09-10 | POS | 4.62 |
| 08-20 | POS | 29.84 | 09-10 | POS | 11.94 |
| 08-21 | POS | 436.90 | 09-10 | POS | 13.74 |
| 08-21 | POS | 11.00 | 09-10 | POS | 49.04 |
| 08-24 | POS | 7.17 | 09-10 | POS | 268.00 |
| 08-24 | POS | 12.09 | 09-11 | POS | 5.89 |
| 08-24 | POS | 12.09 | 09-14 | POS | 4.62 |
| 08-24 | POS | 27.99 | 09-14 | POS | 5.70 |
| 08-24 | POS | 4.62 | 09-14 | POS | 9.66 |
| 08-27 | POS | 12.24 | 09-14 | POS | 11.31 |
| 08-27 | POS | 21.18 | 09-14 | POS | 12.19 |
| 08-27 | POS | 8.45 | 09-14 | POS | 12.38 |
| 08-28 | POS | 4.99 | 08-28 | ATMO | 120.00 |
| 09-02 | POS | 60.32 | 09-02 | ATMO | 200.00 |
| 09-02 | POS | 315.00 | 09-11 | ATMO | 500.00 |
| 09-02 | POS | 50.00 | 09-11 | ATMO | 500.00 |

### EveryDay Checking - ████3669

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 08-15 | Beginning Balance | | 433.36 |
| 08-18 | Transfer From Checking | 2,000.00 | 2,433.36 |
| | Es1 LLC | | |
| 08-18 | POS Debit- Debit Card 4681 08-17-20 Teriyaki Seven Seattle WA | 50.99- | 2,382.37 |
| 08-20 | ATM Withdrawal 08-19-20 Becu Seattle WA | 200.00- | 2,182.37 |
| 08-21 | Deposit | 1,000.00 | 3,182.37 |
| 08-24 | POS Debit- Debit Card 4681 08-20-20 Jack IN The Box 84 Seattle WA | 16.70- | 3,165.67 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Shell Oil 57444026 Seattle WA | 21.34- | 3,144.33 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Best Meat Shop - L Kent WA | 46.03- | 3,098.30 |
| 08-24 | POS Debit- Debit Card 4681 08-22-20 Safeway #1062 Seattle WA | 200.42- | 2,897.88 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Kona Kai Express Kent WA | 4.84- | 2,893.04 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 McDonald's F4917 Seattle WA | 6.36- | 2,886.68 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 8.12- | 2,878.56 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Jack IN The Box 84 Tukwila WA | 12.30- | 2,866.26 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 Jack IN The Box 84 Burien WA | 24.16- | 2,842.10 |
| 08-25 | POS Debit- Debit Card 4681 08-23-20 Safeway #1062 Seattle WA | 33.83- | 2,808.27 |
| 08-25 | POS Debit- Debit Card 4681 08-24-20 7-Eleven 34475 Seattle WA | 42.07- | 2,766.20 |
| 08-26 | POS Debit- Debit Card 4681 08-25-20 Jack IN The Box 84 Burien WA | 13.08- | 2,753.12 |
| 08-28 | POS Debit- Debit Card 4681 08-27-20 Jack IN The Box 84 Tukwila WA | 11.86- | 2,741.26 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Taco Time West Sea Seattle WA | 14.39- | 2,726.87 |
| 08-31 | POS Debit- Debit Card 4681 08-30-20 Wholefds Wes#10524 Seattle WA | 34.05- | 2,692.82 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1923 Seattle WA | 36.80- | 2,656.02 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 40.57- | 2,615.45 |
| 08-31 | POS Debit- Debit Card 4681 08-29-20 Safeway #1062 Seattle WA | 116.06- | 2,499.39 |
| 08-31 | POS Debit- Debit Card 4681 08-27-20 Safeway #1062 Seattle WA | 121.64- | 2,377.75 |
| 08-31 | Federal Withholding | 0.01- | 2,377.74 |
| 08-31 | Dividend | 0.06 | 2,377.80 |
| 09-01 | POS Debit- Debit Card 4681 09-01-20 Rite Aid Store - 5 Seattle WA | 27.67- | 2,350.13 |
| 09-01 | Transfer To Checking | 2,315.48- | 34.65 |

DOJ-02-0000008300

Page 5 of 6

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**EveryDay Checking -** ███ **3669**                                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Safeway #3120 Burien WA | 14.65- | 20.00 |
| 09-02 | POS Debit- Debit Card 4681 08-31-20 Shell Oil 57444026 Seattle WA | 17.99- | 2.01 |
| 09-14 | Adjustment - DR | 2.01- | 0.00 |
| **09-14** | **Ending Balance** | | **0.00** |
| YTD Fed Tax Withheld | 0.01 | | |

*Average Daily Balance - Current Cycle: $1,278.22*
*Account Closed*
*Your account earned $0.06, with an annual percentage yield earned of 0.05%, for the dividend period from 07-18-2020 through 08-31-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 08-18 | POS | 50.99 | 08-26 | POS | 13.08 |
| 08-24 | POS | 16.70 | 08-28 | POS | 11.86 |
| 08-24 | POS | 21.34 | 08-31 | POS | 14.39 |
| 08-24 | POS | 46.03 | 08-31 | POS | 34.05 |
| 08-24 | POS | 200.42 | 08-31 | POS | 36.80 |
| 08-25 | POS | 4.84 | 08-31 | POS | 40.57 |
| 08-25 | POS | 6.36 | 08-31 | POS | 116.06 |
| 08-25 | POS | 8.12 | 08-31 | POS | 121.64 |
| 08-25 | POS | 12.30 | 09-01 | POS | 27.67 |
| 08-25 | POS | 24.16 | 09-02 | POS | 14.65 |
| 08-25 | POS | 33.83 | 09-02 | POS | 17.99 |
| 08-25 | POS | 42.07 | 08-20 | ATMO | 200.00 |

## Savings

**Membership Savings -** ███ **6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 08-15 | Beginning Balance | | 5.21 |
| 09-14 | Adjustment - CR | 2.01 | 7.22 |
| **09-14** | **Ending Balance** | | **7.22** |
| YTD Fed Tax Withheld | 0.06 | | |

DOJ-02-0000008301



**NAVY FEDERAL**
**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
08/15/20 - 09/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

**Disclosure Information**

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-02-0000008302

Page 1 of 3

**NAVY FEDERAL** ⊕
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
**digital statements via Mobile or**
**Navy Federal Online Banking.**

#BWNLLSV
#000000P5X1QXS0A9#000OMC90F
ERIC R SHIBLEY
4700 36TH AVE SW
SEATTLE WA 98126-2716

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Every Day Checking 05052 | $3,347.89 | $0.11 | $1,429.45 | $1,918.55 | $0.80 |
| Membership Savings 6122 | $7.22 | $0.00 | $0.00 | $7.22 | $0.27 |
| **Totals** | **$3,355.11** | **$0.11** | **$1,429.45** | **$1,925.77** | **$1.07** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT.

ERIC R SHIBLEY

5811830

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 5052 | Checking | | |
| 6122 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057094405052302455612200000000000000000000000000000006

DOJ-04-0000012734



Page 2 of 3

**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

**Statement of Account**
For ERIC R SHIBLEY

## Checking

**EveryDay Checking - █████5052**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-15 | Beginning Balance | | 3,347.89 |
| 09-15 | POS Debit- Debit Card 6825 09-13-20 Shell Oil 57444026 Seattle WA | 43.87- | 3,304.02 |
| 09-15 | POS Debit- Debit Card 6825 09-13-20 Safeway #1062 Seattle WA | 68.90- | 3,235.12 |
| 09-16 | POS Debit- Debit Card 6825 09-14-20 McDonald's F411 Burien WA | 7.02- | 3,228.10 |
| 09-16 | POS Debit- Debit Card 6825 09-14-20 The Home Depot #89 Seattle WA | 309.63- | 2,918.47 |
| 09-21 | POS Debit- Debit Card 6825 09-18-20 Lacey O'Malley Bai 206-622-2668 WA | 1,000.00- | 1,918.47 |
| 09-30 | Federal Withholding | 0.03- | 1,918.44 |
| 09-30 | Dividend | 0.11 | 1,918.55 |
| **10-14** | **Ending Balance** | | **1,918.55** |
| YTD Fed Tax Withheld | 0.20 | | |

*Average Daily Balance - Current Cycle: $2,129.06*
*Your account earned $0.11, with an annual percentage yield earned of 0.05%, for the dividend period from 09-01-2020 through 09-30-2020*

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 09-15 | POS | 43.87 | 09-16 | POS | 309.63 |
| 09-15 | POS | 68.90 | 09-21 | POS | 1,000.00 |
| 09-16 | POS | 7.02 | | | |

## Savings

**Membership Savings - ██████6122**

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-15 | Beginning Balance | | 7.22 |
| | No Transactions This Period | | |
| **10-14** | **Ending Balance** | | **7.22** |



**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — — | ( ) | | ( ) | |

DOJ-04-0000012735

Page 3 of 3



**NAVY FEDERAL**
Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For ERIC R SHIBLEY

Statement Period
09/15/20 - 10/14/20

Access No. 5811830

**Membership Savings - ▮▮▮6122**                                    (Continued from previous page)

Joint Owner(s):  NONE

| Date | Transaction Detail | | Amount($) | Balance($) |
|------|--------------------|--|-----------|------------|
| YTD Fed Tax Withheld | 0.06 | | | |

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**
You may also contact us on the Web: **navyfederal.org.**
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.
**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

DOJ-04-0000012736

# Wells Fargo Business Choice Checking

May 31, 2020 ■ Page 1 of 4



DITURI CONSTRUCTION LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/27 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$0.00** |

Account number:  **3805245564**

**DITURI CONSTRUCTION LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 125008547

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 201
Admitted _____
```

May 31, 2020 ▪ Page 2 of 4



**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| Fee period 05/27/2020 - 05/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $0.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 # IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

DOJ-02-0000009766

May 31, 2020 ▪ Page 3 of 4



**Please note: Your account has an ending balance of zero as of the date of this statement. Accounts that have a zero balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.**

- If the ending balance in the "Activity summary" section above shows the words, "Closing balance on <date>," your account is already closed.

- If your account is still open, you can prevent automatic closure by having a qualifying, non-automatic transaction posted within the last two months of the most recent monthly fee period ending date.

- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.

- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions for the purpose of preventing closure of an account with a zero-balance.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

May 31, 2020 ▪ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                      $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved   Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

June 30, 2020   ■   Page 1 of 3



DITURI CONSTRUCTION LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Closing balance on 6/12** | **$0.00** |

Account number:  **3805245564**

**DITURI CONSTRUCTION LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

DOJ-02-0000009769

June 30, 2020  ▪  Page 2 of 3



---

 **IMPORTANT ACCOUNT INFORMATION**

---

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

---

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

---

Reminder: Wells Fargo charges a $5 fee for each Wells Fargo Debit, ATM, or EasyPay Card transaction at non-Wells Fargo ATMs outside of the U.S. or U.S. territories. Fees from non-Wells Fargo ATM owner/operators may also apply. These fees may not be applicable to all customers and may vary depending on the type of account you have. For more details, refer to the applicable fee disclosures for your account.

---

Effective August 17, 2020, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $31 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

June 30, 2020  ▪  Page 3 of 3



**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into           $ _____
your account which are not       $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Business Market Rate Savings

June 30, 2020 ▪ Page 1 of 4



DITURI CONSTRUCTION LLC
4700 36TH AVE SW
SEATTLE WA 98126-2716

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/27 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Closing balance on 6/12** | **$0.00** |

Account number:  **3805245572**

**DITURI CONSTRUCTION LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  125008547

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/27/2020 - 05/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

```
U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 202
Admitted _____
```

DOJ-02-0000009772

June 30, 2020 ▪ Page 2 of 4



---

*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $0.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YGYC

 # IMPORTANT ACCOUNT INFORMATION

---

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

---

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

---

Reminder: Wells Fargo charges a $5 fee for each Wells Fargo Debit, ATM, or EasyPay Card transaction at non-Wells Fargo ATMs outside of the U.S. or U.S. territories. Fees from non-Wells Fargo ATM owner/operators may also apply. These fees may not be applicable to all customers and may vary depending on the type of account you have. For more details, refer to the applicable fee disclosures for your account.

---

Effective August 17, 2020, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $31 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

DOJ-02-0000009773

June 30, 2020  ▪  Page 3 of 4



This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

DOJ-02-0000009774

June 30, 2020  ▪  Page 4 of 4



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                $ _____
register or transfers into                         $ _____
your account which are not                      $ _____
shown on your statement.                       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount**  $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved   Member FDIC.   NMLSR ID 386801

DOJ-02-0000009775

# Business Account Application

**WELLS FARGO**

| Bank Name: | | Branch Name: | |
| --- | --- | --- | --- |
| WELLS FARGO BANK, N.A. | | WEST SEATTLE | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
| --- | --- | --- | --- |
| ADAMS, DENZEL JEFFER | | Q8888 | 05/27/2020 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| --- | --- | --- | --- |
| / | 03137 | 0001740 | P6510-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1 : | | |
| --- | --- | --- | --- | --- | --- |
| Wells Fargo Business Choice Checking | | | General Operating Account | | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: | |
| --- | --- | --- | --- | --- | --- |
| 120 | DDA | 3805245564 | $25.00 | CACK | |

| Account 2 Product Name: | | | Purpose of Account 2 : | | |
| --- | --- | --- | --- | --- | --- |
| Business Market Rate Savings | | | General Operating Account | | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: | |
| --- | --- | --- | --- | --- | --- |
| 120 | DDA | 3805245572 | $25.00 | CACK | |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
| --- | --- |
| Mailed/Delivered | NO |

## Related Customer Information

| Customer 1 Name: | |
| --- | --- |
| DITURI CONSTRUCTION LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
| --- | --- |
| 291533172149266 | Sole Owner |

| Customer 2 Name: | |
| --- | --- |
| ERIC R SHIBLEY | |

| Enterprise Customer Number (ECN): | Account Relationship: |
| --- | --- |
| ████████8617 | Signer |

## Checking/Savings Statement Mailing Information



2W02-001222013945-01

Page 1 of 5
Wells Fargo Confidential

BBG2307 (5-20 SVP)

**U.S. v. Shibley**
**CR20-174 JCC**
**Government Exhibit No. 203**
**Admitted _____**

DOJ-01-0000006415

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| DITURI CONSTRUCTION LLC | 4700 36TH AVE SW |

| | Address Line 2: |
|---|---|
| | |

| | City: | State: |
|---|---|---|
| | SEATTLE | WA |

| | ZIP/Postal Code: | Country: |
|---|---|---|
| | 98126-2716 | US |

## Customer 1 Information

Customer Name:
DITURI CONSTRUCTION LLC

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 291533172149266 | 4700 36TH AVE SW |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| ████ 8508 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Limited Liability Company | SEATTLE | WA |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| S Corporation | No | 98126-2716 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 01/02/2020 | | 49 | 206/938-4291 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $65,000,000.00 | 05/01/2020 | | | |

| Primary Financial Institution: | Number of Locations: | | e-Mail Address: |
|---|---|---|---|
| | 1 | | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

Industry:
Construction

Description of Business:
Construction

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

BACC Reference Number:
6201470001781

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 604564475 | US | WA | 01/02/2020 | 01/31/2021 |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WA | | NO RECORD |



2W02-001222013945-02

DOJ-01-0000006416

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ▓▓/1978 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| ▓▓▓▓8617 | SEATTLE | WA |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| ▓▓-5264 | SSN | 98126-2716 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| OTHR | WFVC SMALL BUSINESS SALES | US | |

| Primary ID St/Ctry/Prov.: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| | 05/26/2020 | 06/19/2020 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR | WFVC SMALL BUSINESS SALES |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | 05/26/2020 | 06/19/2020 |

## Authorized Signer 1 Information

| Authorized Signer Name: | Residence Address: |
|---|---|
| ERIC R SHIBLEY | 4700 36TH AVE SW |

| Occupation: | Address Line 2: |
|---|---|
| Manager, Owner, Office | |

| Position/Job Title: | Date of Birth: | Address Line 3: |
|---|---|---|
| Owner | ▓▓/1978 | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| ▓▓-5264 | SSN | SEATTLE | WA |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| OTHR | WFVC SMALL BUSINESS SALES | 98126-2716 | US |

| Primary ID St/Ctry/Prov.: | Primary ID Issue Date: | Primary ID Expiration Date: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|---|
| | 05/26/2020 | 06/19/2020 | US | |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR | WFVC SMALL BUSINESS SALES |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | 05/26/2020 | 06/19/2020 |



2W02-001222013945-03

DOJ-01-0000006417

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
ERIC R SHIBLEY

Position/Title:

Owner/Key Individual 1 Signature

[X] Submit manually

[ ] Signature not required

Date:
05/27/2020



DOJ-01-0000006418

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

DITURI CONSTRUCTION LLC

Taxpayer Identification Number (TIN):

███████ 8508

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date:

## Authorized Signers - Signature Capture

Authorized Signer 1 Name

ERIC R SHIBLEY

Position/Title:

Authorized Signer 1 Signature

☒ Submit manually
☐ Signature not required

Date:

05/27/2020



DOJ-01-0000006419



U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 204
Admitted _____

Appliance: TFC MAIN / MEMBER SERVICE LOBBY
Camera: 45. FRONT ENTRY PARKING 1
Time: 05/13/2020 3:13:47 PM

Motion Event



Motion Event

DOJ-03-000001040

# PPP Applications by Entity (1 of 2)

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Customers/ Ready Cap.** | **The A Team Holdings LLC** | **X7088** | **Eric Shibley** | **$ 384,000** | **$ 960,000** | **48** | **No** | **4/12/2020** | **1** |
| 2 | **Celtic** | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 225,400** | **$ 563,500** | **49** | **No** | **4/30/2020*** | **4** |
| 3 | **Customers/ Ready Cap.** | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 392,000** | **$ 980,000** | **49** | **No** | **5/2/2020** | **3** |
| 4 | FundBox | Dituri Construction LLC | X8508 | Eric R Shibley | $ 392,000 | $ 980,000 | 49 | No | 6/4/2020 | 9 |
| 5 | ICCU | Dituri Construction LLC | X8508 | Eric Shibley | $ 130,640 | $ 326,600 | 49 | No | n/a | 17 |
| 6 | BECU | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 6 |
| 7 | Harvest | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 15 |
| 8 | TCF | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 23 |
| 9 | Wells Fargo | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 26 |
| 10 | Customers/ Ready Cap. | Eric R Shibley MD PLLC | X5849 | Eric R Shibley | $ 37,900 | $ 94,750 | 6 | No | 5/2/2020 | 11 |
| 11 | ICCU | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 37,560 | $ 93,900 | 6 | No | 5/14/2020 | 19 |
| 12 | FundBox | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 38,000 | $ 95,000 | 6 | No | 6/5/2020 | 8 |
| 13 | BECU | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 4/15/2020 | 7 |

**Bold Red Text** = Count in Indictment
*DocuSign was dated May 4, 2020 (GX #4).

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 205
Admitted _____

# PPP Applications by Entity (2 of 2)

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Harvest | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 16 |
| 15 | ICCU | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 4/15/2020 | 18 |
| 16 | TCF | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 22 |
| 17 | Wells Fargo | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 25 |
| 18 | Customers/ Ready Cap. | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 5/2/2020 | 12 |
| 19 | **TCF** | **Seattle's Finest Cannabis LLC** | **X3580** | **Eric Shibley** | **$ 40,000** | **$ 100,000** | **6** | **No** | **4/25/2020** | **2** |
| 20 | Customers/ Ready Cap. | SFC LLC | X3580 | Eric R Shibley | $ 37,600 | $ 94,000 | 6 | No | 4/25/2020 | 14 |
| 21 | ICCU | SFC LLC | X3580 | Eric R Shibley | $ 37,600 | $ 94,000 | 6 | No | 4/25/2020 | 21 |
| 22 | Umpqua | SFC LLC | X358* | Eric Shibley | $ 37,600 | $ 94,000 | 6 | No | 5/21/2020 | 24 |
| 23 | **Harvest** | **SS1 LLC** | **X7509** | **Eric R Shibley** | **$ 328,000** | **$ 820,000** | **41** | **No** | **4/20/2020** | **5** |
| 24 | ICCU | SS1 LLC | X7509 | Eric R Shibley | $ 328,000 | $ 820,000 | 41 | No | 4/20/2020 | 20 |
| 25 | Customers/ Ready Cap. | SS1 LLC | X7509 | Eric R Shibley | $ 328,000 | $ 820,000 | 41 | No | 4/20/2020 | 13 |
| 26 | FundBox | SS1 LLC | X7509 | Eric Shibley | $ 328,000 | $ 810,000 | 41 | No | 6/6/2020 | 10 |

**Bold Red Text** = Count in Indictment

*EIN is only eight digits.

# EIDL Applications by Entity

| | Entity | EIN/SSN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 115,000** | **N/A** | **49** | **$ 850,000** | **3304338608** | **6/7/2020** | **27** |
| 2 | Dituri Construction LLC | X8508 | Eric Shibley | N/A | N/A | 49 | $ 0 | 3304925314 | 6/16/2020 | 38 |
| 3 | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 31,000 | $ 4,000 | 4 | $ 220,000 | 3600262629 | 3/31/2020 | 34 |
| 4 | Eric Shibley | X5264 | Eric Shibley | N/A | $ 5,000 | 5 | $ 180,000 | 3601212749 | 4/13/2020 | 35 |
| 5 | Eric Shibley | X5264 | Eric Shibley | N/A | N/A | 5 | $ 180,000 | 3601212786 | 4/13/2020 | 36 |
| 6 | ES1 LLC | X5849 | Eric Shibley | N/A | $ 4,000 | 4 | $ 210,000 | 3600261356 | 3/31/2020 | 33 |
| 7 | ES1 LLC | X5849 | Eric Shibley | N/A | N/A | 15 | $ 550,000 | 3304338652 | 6/7/2020 | 32 |
| 8 | Seattle's Finest Cannabis | X3580 | Eric Shibley | N/A | N/A | 10 | $ 120,000 | 3601282989 | 4/15/2020 | 31 |
| 9 | SFC LLC | X3598 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338580 | 6/7/2020 | 29 |
| 10 | SFC LLC | X3580 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338625 | 6/7/2020 | 30 |
| 11 | **SS1 LLC** | **X7509** | **Eric Shibley** | **$ 115,000** | **N/A** | **41** | **$ 850,000** | **3304338551** | **6/7/2020** | **28** |
| 12 | SS1 LLC | X7509 | Eric Shibley | N/A | N/A | 41 | $ 650,000 | 3304924428 | 6/16/2020 | 37 |
| 13 | The A Team Holdings LLC | X7088 | Eric Shibley | N/A | $ 4,000 | 4 | $ 180,000 | 3600260002 | 3/31/2020 | 39 |

**Bold Red Text** = Count in Indictment

# PPP and EIDL Applications – Dituri Construction LLC

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **Celtic** | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 225,400** | **$ 563,500** | **49** | **No** | **4/30/2020*** | **4** |
| **2** | **Customers/ Ready Cap.** | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 392,000** | **$ 980,000** | **49** | **No** | **5/2/2020** | 3 |
| 3 | FundBox | Dituri Construction LLC | X8508 | Eric R Shibley | $ 392,000 | $ 980,000 | 49 | No | 6/4/2020 | 9 |
| 4 | ICCU | Dituri Construction LLC | X8508 | Eric Shibley | $ 130,640 | $ 326,600 | 49 | No | n/a | 17 |

**Bold Red Text** = Count in Indictment

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 115,000** | **N/A** | **49** | **$ 850,000** | **3304338608** | **6/7/2020** | **27** |
| 2 | Dituri Construction LLC | X8508 | Eric Shibley | N/A | N/A | 49 | $ 0 | 3304925314 | 6/16/2020 | 38 |

**Bold Red Text** = Count in Indictment

*DocuSign was dated May 4, 2020 (GX #4).

# PPP and EIDL Applications – SS1 LLC

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Harvest** | **SS1 LLC** | **X7509** | **Eric R Shibley** | **$ 328,000** | **$ 820,000** | **41** | **No** | **4/20/2020** | **5** |
| 2 | ICCU | SS1 LLC | X7509 | Eric R Shibley | $ 328,000 | $ 820,000 | 41 | No | 4/20/2020 | 20 |
| 3 | Customers/ Ready Cap. | SS1 LLC | X7509 | Eric R Shibley | $ 328,000 | $ 820,000 | 41 | No | 4/20/2020 | 13 |
| 4 | FundBox | SS1 LLC | X7509 | Eric Shibley | $ 328,000 | $ 810,000 | 41 | No | 6/6/2020 | 10 |

**Bold Red Text** = Count in Indictment

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **SS1 LLC** | **X7509** | **Eric Shibley** | **$ 115,000** | **N/A** | **41** | **$ 850,000** | **3304338551** | **6/7/2020** | **28** |
| 2 | SS1 LLC | X7509 | Eric Shibley | N/A | N/A | 41 | $ 650,000 | 3304924428 | 6/16/2020 | 37 |

**Bold Red Text** = Count in Indictment

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **TCF** | **Seattle's Finest Cannabis LLC** | **X3580** | **Eric Shibley** | **$ 40,000** | **$ 100,000** | **6** | **No** | **4/25/2020** | **2** |
| 2 | Customers/ Ready Cap. | SFC LLC | X3580 | Eric R Shibley | $ 37,600 | $ 94,000 | 6 | No | 4/25/2020 | 14 |
| 3 | ICCU | SFC LLC | X3580 | Eric R Shibley | $ 37,600 | $ 94,000 | 6 | No | 4/25/2020 | 21 |
| 4 | Umpqua | SFC LLC | X358* | Eric Shibley | $ 37,600 | $ 94,000 | 6 | No | 5/21/2020 | 24 |

**Bold Red Text** = Count in Indictment

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Seattle's Finest Cannabis | X3580 | Eric Shibley | N/A | N/A | 10 | $ 120,000 | 3601282989 | 4/15/2020 | 31 |
| 2 | SFC LLC | X3598 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338580 | 6/7/2020 | 29 |
| 3 | SFC LLC | X3580 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338625 | 6/7/2020 | 30 |

*EIN is only eight digits.

# PPP and EIDL Applications – The A Team Holdings LLC

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Customers/ Ready Cap. | The A Team Holdings LLC | X7088 | Eric Shibley | $ 384,000 | $ 960,000 | 48 | No | 4/12/2020 | 1 |

**Bold Red Text** = Count in Indictment

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | The A Team Holdings LLC | X7088 | Eric Shibley | N/A | $ 4,000 | 4 | $ 180,000 | 3600260002 | 3/31/2020 | 39 |

# PPP and EIDL Applications – Eric R Shibley MD PLLC

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BECU | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 6 |
| 2 | Harvest | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 15 |
| 3 | TCF | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 23 |
| 4 | Wells Fargo | Eric R Shibley MD PLLC | X9052 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 26 |
| 5 | Customers/ Ready Cap. | Eric R Shibley MD PLLC | X5849* | Eric R Shibley | $ 37,900 | $ 94,750 | 6 | No | 5/2/2020 | 11 |
| 6 | ICCU | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 37,560 | $ 93,900 | 6 | No | 5/14/2020 | 19 |
| 7 | FundBox | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 38,000 | $ 95,000 | 6 | No | 6/5/2020 | 8 |

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 31,000 | $ 4,000 | 4 | $ 220,000 | 3600262629 | 3/31/2020 | 34 |

*ES1 LLC EIN.

# PPP and EIDL Applications – ES1 LLC

## PPP Applications

| | Lender | Entity | EIN | Manager | Monthly Payroll | Loan Amt Applied For | # of Employees | Quest. #5 Answer | Application Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BECU | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 4/15/2020 | 7 |
| 2 | Harvest | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 16 |
| 3 | ICCU | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 4/15/2020 | 18 |
| 4 | TCF | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 22 |
| 5 | Wells Fargo | ES1 LLC | X5849 | Eric R Shibley | $ 40,000 | $ 100,000 | 5 | No | 4/15/2020 | 25 |
| 6 | Customers/ Ready Cap. | ES1 LLC | X5849 | Eric R Shibley | $ 38,300 | $ 95,750 | 6 | No | 5/2/2020 | 12 |

## EIDL Applications

| | Entity | EIN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ES1 LLC | X5849 | Eric Shibley | N/A | $ 4,000 | 4 | $ 210,000 | 3600261356 | 3/31/2020 | 33 |
| 2 | ES1 LLC | X5849 | Eric Shibley | N/A | N/A | 15 | $ 550,000 | 3304338652 | 6/7/2020 | 32 |

# PPP and EIDL Applications – Eric Shibley (Sole Proprietorship)

PPP Applications: None

## EIDL Applications

|  | Entity | SSN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | Eric Shibley | X5264 | Eric Shibley | N/A | $ 5,000 | 5 | $ 180,000 | 3601212749 | 4/13/2020 | 35 |
| **2** | Eric Shibley | X5264 | Eric Shibley | N/A | N/A | 5 | $ 180,000 | 3601212786 | 4/13/2020 | 36 |

# Summary of PPP Loans and EIDL Advances/Loans Received

| | Entity | Receiving Bank and Acct Number | PPP/EIDL | Date | Amount | GX # |
|---|---|---|---|---|---|---|
| 1 | The A Team Holdings LLC | Wells Fargo X9116 | EIDL | 4/21/2020 | $4,000 | 39 187 |
| 2 | ES1 LLC | Wells Fargo X9124 | EIDL | 4/21/2020 | $4,000 | 33 143 |
| 3 | Eric R Shibley MD PLLC | Wells Fargo X7262 | EIDL | 4/21/2020 | $4,000 | 34 136 |
| 4 | The A Team Holdings LLC | Wells Fargo X9116 | PPP | 5/4/2020 | $960,000 | 1 187 |
| 5 | Eric Shibley (Sole Proprietorship) | Navy Federal Credit Union X5052 | EIDL | 5/5/2020 | $5,000 | 35 199 |
| 6 | Dituri Construction LLC | Boeing Employees Credit Union X7277 | PPP | 5/6/2020 | $563,500 | 4 120 |
| 7 | Eric R Shibley MD PLLC | Navy Federal Credit Union X9972 | PPP | 5/12/2020 | $100,000 | 23 130 |
| 8 | ES1 LLC | Wells Fargo X9124 | PPP | 5/15/2020 | $100,000 | 22 143 |
| 9 | SS1 LLC | Boeing Employees Credit Union X9724 | PPP | 5/19/2020 | $820,000 | 5 172 |
| 10 | SS1 LLC | Verity Credit Union X5330 | EIDL | 6/19/2020 | $114,900 | 28 178 |
| 11 | Dituri Construction LLC | Verity Credit Union X5400 | EIDL | 6/19/2020 | $114,900 | 27 117 |
| 12 | Eric R Shibley MD PLLC | Navy Federal Credit Union X9972 | EIDL | 7/1/2020 | $30,900 | 34 130 |
| 13 | **TOTAL** | | | | **$2,821,200** | |

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 206
Admitted _____

# EIDL Applications by Entity

| | Entity | EIN/SSN | Manager | Loan Amt Approved | Advance Amt | # of Employees | Gross Revenues | App. No. | App. Date | GX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Dituri Construction LLC** | **X8508** | **Eric Shibley** | **$ 115,000** | **N/A** | **49** | **$ 850,000** | **3304338608** | **6/7/2020** | **27** |
| 2 | Dituri Construction LLC | X8508 | Eric Shibley | N/A | N/A | 49 | $ 0 | 3304925314 | 6/16/2020 | 38 |
| 3 | Eric R Shibley MD PLLC | X9052 | Eric Shibley | $ 31,000 | $ 4,000 | 4 | $ 220,000 | 3600262629 | 3/31/2020 | 34 |
| 4 | Eric Shibley | X5264 | Eric Shibley | N/A | $ 5,000 | 5 | $ 180,000 | 3601212749 | 4/13/2020 | 35 |
| 5 | Eric Shibley | X5264 | Eric Shibley | N/A | N/A | 5 | $ 180,000 | 3601212786 | 4/13/2020 | 36 |
| 6 | ES1 LLC | X5849 | Eric Shibley | N/A | $ 4,000 | 4 | $ 210,000 | 3600261356 | 3/31/2020 | 33 |
| 7 | ES1 LLC | X5849 | Eric Shibley | N/A | N/A | 15 | $ 550,000 | 3304338652 | 6/7/2020 | 32 |
| 8 | Seattle's Finest Cannabis | X3580 | Eric Shibley | N/A | N/A | 10 | $ 120,000 | 3601282989 | 4/15/2020 | 31 |
| 9 | SFC LLC | X3598 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338580 | 6/7/2020 | 29 |
| 10 | SFC LLC | X3580 | Eric Shibley | N/A | N/A | 12 | $ 350,000 | 3304338625 | 6/7/2020 | 30 |
| 11 | **SS1 LLC** | **X7509** | **Eric Shibley** | **$ 115,000** | **N/A** | **41** | **$ 850,000** | **3304338551** | **6/7/2020** | **28** |
| 12 | SS1 LLC | X7509 | Eric Shibley | N/A | N/A | 41 | $ 650,000 | 3304924428 | 6/16/2020 | 37 |
| 13 | The A Team Holdings LLC | X7088 | Eric Shibley | N/A | $ 4,000 | 4 | $ 180,000 | 3600260002 | 3/31/2020 | 39 |

**Bold Red Text** = Count in Indictment

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 207
Admitted _____

# Business Bank Accounts Reviewed (1 of 5)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 1 | Dituri Construction LLC | Eric R Shibley | Commencement Bank | X2489 | 09/01/20 | 09/01/20 | 09/30/20 | 113 114 |
| 2 | Dituri Construction LLC | Eric Shibley | Verity Credit Union | X5380 | 06/03/20 | 06/03/20 | 07/31/20 | 115 118 |
| 3 | Dituri Construction LLC | Eric Shibley | Verity Credit Union | X5390 | 06/03/20 | 06/03/20 | 07/31/20 | 116 118 |
| **4** | **Dituri Construction LLC** | **Eric Shibley** | **Verity Credit Union** | **X5400** | **06/03/20** | **06/03/20** | **07/31/20** | **117 118** |
| 5 | Dituri Construction LLC | Unknown | Wells Fargo | X5564 | 05/27/20 | 05/27/20 | 06/12/20 | 201 |
| 6 | Dituri Construction LLC | Unknown | Wells Fargo | X5572 | 05/27/20 | 05/27/20 | 06/12/20 | 202 |
| 7 | Dituri Construction LLC | Eric R Shibley | BECU | X7219 | 05/01/20 | 05/07/20 | 06/30/20 | 119 121 |
| **8** | **Dituri Construction LLC** | **Eric R Shibley** | **BECU** | **X7277** | **05/01/20** | **05/06/20** | **06/30/20** | **120 121** |
| 9 | Eric R Shibley MD PLLC | Eric Shibley | BECU | X1495 | 06/03/19 | 06/15/19 | 06/30/20 | 122 124 |
| 10 | Eric R Shibley MD PLLC | Eric Shibley | BECU | X1536 | 06/03/19 | 06/15/19 | 10/31/19 | 123 124 |
| 11 | Eric R Shibley MD PLLC | Eric R Shibley | US Bank | X1766 | 02/02/17 | 01/02/19 | 06/30/19 | 125 126 |
| 12 | Eric R Shibley MD PLLC | Eric R Shibley | US Bank | X1782 | 02/02/17 | 01/02/19 | 07/31/19 | 127 128 |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 208
Admitted _____

# Business Bank Accounts Reviewed (2 of 5)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 13 | Eric R Shibley MD PLLC | Eric R Shibley | Wells Fargo | X7247 | 11/27/19 | 11/27/19 | 05/31/20 | 135 137 |
| 14 | **Eric R Shibley MD PLLC** | **Eric R Shibley** | **Wells Fargo** | **X7262** | **11/27/19** | **11/27/19** | **05/31/20** | 136 137 |
| 15 | Eric R Shibley MD PLLC | Eric R. Shibley | Navy Federal Credit Union | X7528 | 03/06/13 | 01/01/19 | 08/31/20 | 129 131 |
| 16 | Eric R Shibley MD PLLC | Unknown | Navy Federal Credit Union | X7721 | Unknown | 07/21/20 | 08/31/20 | 132 |
| 17 | Eric R Shibley MD PLLC | Eric Shibley | BECU | X8158 | 10/25/19 | 10/25/19 | 06/30/20 | 133 134 |
| 18 | **Eric R Shibley MD PLLC** | **Eric R. Shibley** | **Navy Federal Credit Union** | **X9972** | **03/06/13** | **01/01/19** | **07/31/20** | **130 131** |
| 19 | ES1, LLC | Eric R Shibley | Home Street | X2055 | 06/23/20 | 06/23/20 | 07/06/20 | 140 141 |
| 20 | ES1, LLC | Eric R Shibley | Wells Fargo | X2378 | 10/10/19 | 10/10/19 | 05/31/20 | 142 144 |
| 21 | ES1, LLC | Eric R. Shibley | Navy Federal Credit Union | X2997 | 11/07/12 | 01/01/19 | 10/31/19 | 146 147 |
| 22 | ES1, LLC | Eric R Shibley | Home Street | X3109 | 06/15/20 | 06/15/20 | 07/06/20 | 148 149 |
| 23 | ES1, LLC | Eric Ryan Shibley | Washington Federal Bank | X3113 | 06/05/20 | 06/04/20 | 06/16/20 | 158 160 |
| 24 | ES1, LLC | Eric Ryan Shibley | Washington Federal Bank | X3162 | 06/05/20 | 06/04/20 | 06/16/20 | 159 160 |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

# Business Bank Accounts Reviewed (3 of 5)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 25 | ES1, LLC | Unknown | Navy Federal Credit Union | X4507 | Unknown | 05/18/20 | 08/31/20 | 150 |
| 26 | ES1, LLC | Eric R. Shibley | Navy Federal Credit Union | X4690 | 11/07/12 | 01/01/19 | 02/29/20 | 145 147 |
| 27 | ES1, LLC | Unknown | Navy Federal Credit Union | X7053 | Unknown | 10/25/19 | 08/31/20 | 151 |
| 28 | ES1, LLC | Eric Shibley | BECU | X7978 | 10/25/19 | 10/01/19 | 06/30/20 | 152 153 |
| 29 | ES1, LLC | Unknown | US Bank | X8383 | Unknown | 01/02/19 | 07/31/19 | 154 |
| **30** | **ES1, LLC** | **Eric R Shibley** | **Wells Fargo** | **X9124** | **10/10/19** | **10/10/19** | **05/31/20** | **143 144** |
| 31 | ES1, LLC | Eric R Shibley | BECU | X9952 | 05/15/19 | 05/17/19 | 06/30/20 | 155 157 |
| 32 | ES1, LLC | Eric R Shibley | BECU | X9960 | 05/15/19 | 05/17/19 | 10/31/19 | 156 157 |
| 33 | SFC, LLC | Eric Ryan Shibley | Washington Federal Bank | X1349 | 06/03/20 | 06/03/20 | 06/09/20 | 165 167 |
| 34 | SFC, LLC | Eric Ryan Shibley | Washington Federal Bank | X1422 | 06/03/20 | 06/03/20 | 06/09/20 | 166 167 |
| 35 | SFC, LLC | Eric R Shibley | BECU | X2911 | 05/14/20 | 05/14/20 | 06/30/20 | 161 163 |
| 36 | SFC, LLC | Eric R Shibley | BECU | X2945 | 05/14/20 | 05/14/20 | 06/30/20 | 162 163 |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

# Business Bank Accounts Reviewed (4 of 5)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 37 | SFC, LLC | Unknown | TAB Bank | X3104 | Unknown | 07/14/20 | 08/31/20 | 164 |
| 38 | Shibley Medical | Eric R Shibley | Home Street | X7322 | 07/11/18 | 01/01/19 | 10/21/19 | 168 169 |
| 39 | Shibley Medical | Unknown | Home Street | X8490 | 12/27/16 | 01/01/19 | 07/06/20 | 170 |
| 40 | SS1, LLC | Eric R Shibley | Commencement Bank | X2513 | 09/01/20 | 09/01/20 | 09/30/20 | 174 175 |
| 41 | SS1, LLC | Eric Shibley | Verity Credit Union | X5310 | 06/03/20 | 06/03/20 | 07/31/20 | 176 179 |
| 42 | SS1, LLC | Eric Shibley | Verity Credit Union | X5320 | 06/03/20 | 06/03/20 | 07/31/20 | 177 179 |
| 43 | **SS1, LLC** | **Eric Shibley** | **Verity Credit Union** | **X5330** | **06/03/20** | **06/03/20** | **07/31/20** | 178 179 |
| 44 | SS1, LLC | Eric R Shibley | BECU | X9683 | 04/22/20 | 04/23/20 | 06/30/20 | 171 173 |
| 45 | **SS1, LLC** | **Eric R Shibley** | **BECU** | **X9724** | **04/22/20** | **04/22/20** | **06/30/20** | 172 173 |
| 46 | The A Team Holdings LLC | Eric Ryan Shibley | Washington Federal Bank | X2958 | 06/15/20 | 06/04/20 | 06/16/20 | 180 182 |
| 47 | The A Team Holdings LLC | Eric Ryan Shibley | Washington Federal Bank | X3006 | 06/15/20 | 06/04/20 | 06/16/20 | 181 182 |
| 48 | The A Team Holdings LLC | Eric Shibley | BECU | X3331 | 03/02/19 | 02/28/19 | 06/30/20 | 183 185 |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

# Business Bank Accounts Reviewed (5 of 5)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 49 | The A Team Holdings LLC | Eric Shibley | BECU | X3357 | 03/02/19 | 02/28/19 | 06/30/20 | 184 185 |
| 50 | The A Team Holdings LLC | Eric R Shibley | Wells Fargo | X3536 | 10/11/19 | 10/11/19 | 05/31/20 | 186 188 |
| 51 | The A Team Holdings LLC | Eric R Shibley | Home Street | X4333 | 04/16/20 | 04/16/20 | 07/06/20 | 189 190 |
| 52 | The A Team Holdings LLC | Eric R Shibley | Home Street | X8005 | 06/23/20 | 06/23/20 | 07/06/20 | 191 192 |
| **53** | **The A Team Holdings LLC** | **Eric R Shibley** | **Wells Fargo** | **X9116** | **10/11/19** | **10/11/19** | **05/31/20** | **187 188** |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

# Personal Bank Accounts Reviewed

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| **1** | Eric R Shibley | Eric R Shibley | Home Street | X1356 | 06/22/20 | 06/22/20 | 07/05/20 | 193 194 |
| **2** | Eric R Shibley | Eric R Shibley | US Bank | X1741 | 02/02/17 | 12/12/18 | 12/10/19 | 195 196 |
| **3** | Eric R Shibley | Unknown | Navy Federal Credit Union | X3669 | Unknown | 05/29/20 | 09/14/20 | 197 |
| **4** | Eric R Shibley | Unknown | US Bank | X4522 | Unknown | 12/27/18 | 04/23/20 | 198 |
| **5** | Eric Shibley | Eric R Shibley | USAA | X4985 | 08/12/13 | 12/11/19 | 09/11/20 | 138 139 |
| **6** | **Eric R Shibley** | **Unknown** | **Navy Federal Credit Union** | **X5052** | **Unknown** | **08/03/19** | **10/14/20** | **199** |
| **7** | Eric R Shibley | Unknown | Navy Federal Credit Union | X6122 | Unknown | 01/14/19 | 10/14/20 | 200 |

**Bold Red Text** = Account Received PPP and/or EIDL Loan Proceeds

# Monthly Payroll Reported on PPP Applications & Bank Account Activity

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | Eric R Shibley MD PLLC | $ 37,560 | $ 40,000 | 19 & 26 |



Deposit Activity
October 1, 2019 – March 31, 2020

Non-New Money* $12,954

New Money $39,858

BECU Accounts: x1536 (GX #123), x8158 (GX #133)
Home Street Accounts: x7322 (GX #168), x8490 (GX #170)
Navy Federal Credit Union Accounts: x7528 (GX #129) , x9972 (GX #130)
Wells Fargo Accounts: x7247 (GX #135), x7262 (GX #136)

*Non-New Money includes Inter-Account Transfers, Reversed Transactions, and Credits.

# Payroll v. New Money Deposits
## (Eric R Shibley MD PLLC)



*$37,560 (Low Monthly Payroll) multiplied by 6 months

# Monthly Payroll Reported on PPP Applications & Bank Account Activity

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | ES1 LLC | $ 38,300 | $ 40,000 | 7 & 25 |



**Deposit Activity**
**October 1, 2019 – March 31, 2020**

- New Money $109,508
- Non-New Money* $150,212

BECU Accounts: x7978 (GX #152), x9960 (GX #156)
Navy Federal Credit Union Accounts: x2997 (GX #146), x4690 (GX #145), x7053 (GX #151)
Wells Fargo Accounts: x2378 (GX #142), x9124 (GX #143)
*Non-New Money includes Inter-Account Transfers, Reversed Transactions, and Credits.

# Payroll v. New Money Deposits (ES1 LLC)



*$38,300 (Low Monthly Payroll) multiplied by 6 months

# Monthly Payroll Reported on PPP Applications & Bank Account Activity

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | The A Team Holdings LLC | $ 384,000 | $ 384,000 | 1 |



Deposit Activity
October 1, 2019 – March 31, 2020

New Money $2,106

Non-New Money* $45,655

BECU Accounts: x3331 (GX #183), x3357 (GX #184)
Wells Fargo Accounts: x3536 (GX #186), x9116 (GX #187)

*Non-New Money includes Inter-Account Transfers, Reversed Transactions, and Credits.

# Payroll v. New Money Deposits
# (The A Team Holdings LLC)



# Monthly Payroll Reported on PPP Applications & Bank Account Activity

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | Dituri Construction LLC | $ 130,640 | $ 392,000 | 17 & 3 |

No Bank Activity Prior to March 31, 2020

# Payroll v. New Money Deposits (Dituri Construction LLC)



*$130,640 (Low Monthly Payroll) multiplied by 3 months

# Monthly Payroll Reported on PPP Applications & Bank Account Activity

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | SFC LLC | $ 37,600 | $ 40,000 | 21 & 2 |

No Bank Activity Prior to
March 31, 2020

# Payroll v. New Money Deposits (SFC LLC)



*$37,600 (Low Monthly Payroll) multiplied by 3 months

# Monthly Payroll Reported on PPP Applications & Bank Account Activity

|   | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|--------|------------------------|-------------------------|------|
| 1 | SS1 LLC | $ 328,000 | $ 328,000 | 5 |

No Bank Activity Prior to
March 31, 2020

# Payroll v. New Money Deposits (SS1 LLC)




Case 2:20-cr-00174-JCC   Document 137-12   Filed 11/26/21   Page 437 of 454



Deposit Activity ($364,386)

New Money
$151,473

Non-New Money*
$208,821

BECU Accounts: x1536 (GX #123), x3331 (GX #183), x3357 (GX #184), x7978 (GX #152), x8158 (GX #133), x9960 (GX #156)
Home Street Accounts: x7322 (GX #168), x8490 (GX #170)
Navy Federal Credit Union Accounts: x2997 (GX #146), x4690 (GX #145), x5052 (GX #199), x7053 (GX #151), x7528 (GX #129), x9972 (GX #130)
US Bank Accounts: x1741 (GX #195), x4522 (GX #198)
USAA Account: x4985 (GX #138)
Wells Fargo Accounts: x2378 (GX #142), x3536 (GX #186), x7247 (GX #135), x7262 (GX #136), x9116 (GX #187), x9124 (GX #143)

*Non-New Money includes Inter-Account Transfers, Reversed Transactions, and Credits.

# Payroll v. New Money Deposits



*Total of the all entities for the respective relevant time periods for each entity; $225,360 (Eric R Shibley MD PLLC), $229,800 (ES1 LLC), $2,304,000 (The A Team Holdings LLC), $391,920 (Dituri Construction LLC), $112,800 (SFC LLC), $984,000 (SS1 LLC)



Deposit Activity ($1,084,699)

Non-New Money*
$513,240

New Money
$571,459

BECU Accounts: x1495 (GX #122), x1536 (GX #123), x3331 (GX #183), x3357 (GX #184), x7978 (GX #152), x8158 (GX #133), x9952 (GX #155), x9960 (GX #156)
Home Street Accounts: x7322 (GX #168), x8490 (GX #170)
Navy Federal Credit Union Accounts: x2997 (GX #146), x4690 (GX #145), x5052 (GX #199), x6122 (GX #200), x7053 (GX #151), x7528 (GX #129), x9972 (GX #130)
US Bank Accounts: x1741 (GX #195), x1766 (GX #125), x1782 (GX #127), x4522 (GX #198), x8383 (GX #154)
USAA Account: x4985 (GX #138)
Wells Fargo Accounts: x2378 (GX #142), x3536 (GX #186), x7247 (GX #135), x7262 (GX #136), x9116 (GX #187), x9124 (GX #143)

*Non-New Money includes Inter-Account Transfers, Reversed Transactions, and Credits.

# Payroll v. New Money Deposits



*Total of the all entities for the respective relevant time periods for each entity; $225,360 (Eric R Shibley MD PLLC), $229,800 (ES1 LLC), $2,304,000 (The A Team Holdings LLC), $391,920 (Dituri Construction LLC), $112,800 (SFC LLC), $984,000 (SS1 LLC)

# Monthly Payroll Reported Per Entity on PPP Applications

| | Entity | Lowest Monthly Payroll | Highest Monthly Payroll | GX # |
|---|---|---|---|---|
| 1 | Dituri Construction LLC | $ 130,640 | $ 392,000 | 3 17 |
| 2 | Eric R Shibley MD PLLC | $ 37,560 | $ 40,000 | 19 26 |
| 3 | ES1 LLC | $ 38,300 | $ 40,000 | 7 25 |
| 4 | SFC LLC | $ 37,600 | $ 40,000 | 2 21 |
| 5 | SS1 LLC | $ 328,000 | $ 328,000 | 5 |
| 6 | The A Team Holdings LLC | $ 384,000 | $ 384,000 | 1 |
| 7 | **TOTAL** | **$ 956,100** | **$ 1,224,000** | |

# Monthly Payroll & Number of Employees Reported Per Entity on PPP Applications

| | Entity | Lowest Monthly Payroll | # of Employ. | Average Annual Payroll per Employ.* | | Highest Monthly Payroll | # of Employ. | Average Annual Payroll per Employ.* | GX # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Dituri Construction LLC | $ 130,640 | 49 | $ 31,993 | | $ 392,000 | 49 | $ 96,000 | 3 17 |
| 2 | Eric R Shibley MD PLLC | $ 37,560 | 6 | $ 75,120 | | $ 40,000 | 5 | $ 96,000 | 19 26 |
| 3 | ES1 LLC | $ 38,300 | 6 | $ 76,600 | | $ 40,000 | 5 | $ 96,000 | 7 25 |
| 4 | SFC LLC | $ 37,600 | 6 | $ 75,200 | | $ 40,000 | 6 | $ 80,000 | 2 21 |
| 5 | SS1 LLC | $ 328,000 | 41 | $ 96,000 | | $ 328,000 | 41 | $ 96,000 | 5 |
| 6 | The A Team Holdings LLC | $ 384,000 | 48 | $ 96,000 | | $ 384,000 | 48 | $ 96,000 | 1 |
| 7 | **TOTAL** | **$ 956,100** | **156** | **$ 73,546** | | **$ 1,224,000** | **154** | **$ 95,377** | |

*Monthly Payroll (Lowest or Highest) divided by # of Employ. multiplied by 12 months.



U.S. v. Shibley
CR20-174 JCC
Government Exhibit No. 209
Admitted _____

# Count 12 – Money Laundering
# Dituri Construction LLC

● **Transaction Amount**
● **EIDL/PPP Funds**

**Dituri Construction LLC**
Celtic Bank
PPP LN# x7301
**05/06/20**
**$563,500**
**$563,500**
**Dituri Construction LLC**
Boeing Employees Credit Union x7277
**05/07/20**
**$563,500**
**$563,500**
**Dituri Construction LLC**
Boeing Employees Credit Union x7219

Source: GX #4 and #106

● **Transaction Amount**
● **EIDL/PPP Funds**

| SS1 LLC<br>Harvest Small Business Finance, LLC<br>PPP LN# x7205 | → 05/19/20<br>$820,000<br>**$820,000** → | SS1 LLC<br>Boeing Employees Credit Union x9724 | → 05/19/20<br>$820,000<br>**$820,000** → | SS1 LLC<br>Boeing Employees Credit Union x9683 |

Source: GX #5 and #107

# Count 14 – Money Laundering
## The A Team Holdings LLC

- ● **Transaction Amount**
- 🔴 **EIDL/PPP Funds**

**The A Team Holdings LLC**
Customers Bank
PPP LN# x7108

**05/04/20**
**$960,000**
**$960,000**

→

**The A Team Holdings LLC**
Wells Fargo x9116

**05/04/20**
**$960,000**
**$960,000**

→

**The A Team Holdings LLC**
Wells Fargo x3536

**05/26/20**
**$150,000**
**$150,000**



May 31, 2020 ▪ Page 2 of 4

 WELLS FARGO

**Transaction history**

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/4 | Online Transfer From The A Team Holdings, LLC Business Checking xxxxxx9116 Ref #Ib083Gmd3F on 05/04/20 | 960,000.00 | | 966,892.22 |
| 5/11 | ⁑ Online Transfer to The A Team Holdings LLC Business Checking xxxxxx9116 Ref #Ib084Ln24P on 05/11/20 | | 7,648.59 | 959,243.63 |
| 5/14 | Withdrawal Made In A Branch/Store | | 4,427.00 | 954,816.63 |
| 5/26 | Withdrawal Made In A Branch/Store | | 150,000.00 | 804,816.63 |
| 5/27 | Legal Order Debit - Contact Wells Fargo Bank (480) 724-2000 - Case# 34391920 | | 804,816.63 | 0.00 |
| 5/29 | Interest Payment | 6.01 | | 6.01 |
| **Ending balance on 5/31** | | | | 6.01 |
| **Totals** | | **$960,006.01** | **$966,892.22** | |

Source: GX #1, #104, and #105

- Transaction Amount
- EIDL/PPP Funds

| SS1 LLC<br>SBA<br>EIDL LN# x7906 | 06/19/20<br>$114,900<br>**$114,900** → | SS1 LLC<br>Verity Credit<br>Union x5330 | 06/19/20<br>$114,744<br>**$114,744** → | SS1 LLC<br>Verity Credit<br>Union x5320 |

06/19/20 → $114,744 / $114,744 → 06/22/20 $20,000 / $20,000 → ES1 LLC Navy Federal Credit Union x4507

**CASHIERS CHECK**

VERITY CREDIT UNION
11027 MERIDIAN AVE. N., SUITE 200
SEATTLE, WA 98133
(206) 440-9000
veritycu.com

32-8188
3250

No. 122356

Date: June 22, 2020

Pay to the Order of  **Eric Shibley**      Amount $******20,000.00

Twenty Thousand and 00/100*********************************************  DOLLARS

Memo

Authorized Signature
This Check VOID After 90 Days

⑈122356⑈ ⑆325081885⑆ 400074301⑈

Source: GX #28, #109, #110, #177, and #178

# The A Team Holdings LLC – X9116 and X3536 Account Activity

| Wells Fargo X9116 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 05/01/2020 | Beginning Balance | n/a | n/a | $429.53 |
| 05/01/2020 | Pabla Indian Cuisine | | $25.61 | $403.92 |
| 05/01/2020 | Arco | | $25.28 | $378.64 |
| **05/04/2020** | **SBA/PPP Loan** | **$960,000.00** | | **$960,378.64** |
| 05/04/2020 | Super Deli Mart | | $27.54 | $960,351.10 |
| 05/04/2020 | Practice Fusion | | $109.00 | $960,242.10 |
| **05/04/2020** | **The A Team Holdings (Wells Fargo x3536)** | | **$960,000.00** | **$242.10** |

| Wells Fargo X3536 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 05/01/2020 | Beginning Balance | n/a | n/a | $6,892.22 |
| **05/04/2020** | **The A Team Holdings (Wells Fargo x9116)** | **$960,000.00** | | **$966,892.22** |
| 05/11/2020 | The A Team Holdings (Wells Fargo x9116) | | $7,648.59 | $959,243.63 |
| 05/14/2020 | Cash Withdrawal | | $4,427.00 | $954,816.63 |
| 05/26/2020 | Cash Withdrawal | | $150,000.00 | $804,816.63 |
| **05/27/2020** | **DOJ Seizure** | | **$804,816.63** | **$-** |

Source: GX #104 and #105

# ES1 LLC – X9124 and X2378 Account Activity

| Wells Fargo X9124 | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Payee/Payor** | **Deposit Amount** | **Withdrawal Amount** | **Balance** |
| 05/15/2020 | Beginning Balance | n/a | n/a | $2,742.57 |
| **05/15/2020** | **SBA/PPP Loan** | **$100,000.00** | | **$102,742.57** |
| 05/18/2020 | Washington Secretary of State | | $20.00 | $102,722.57 |
| 05/18/2020 | Les Schwab Tires | | $170.64 | $102,551.93 |
| 05/18/2020 | McDonalds | | $9.01 | $102,542.92 |
| 05/18/2020 | Shell Oil | | $18.54 | $102,524.38 |
| 05/18/2020 | Shell Oil | | $37.50 | $102,486.88 |
| 05/18/2020 | McDonalds | | $12.20 | $102,474.68 |
| 05/19/2020 | Catholic Community Services – King County | $1,000.00 | | $103,474.68 |
| **05/21/2020** | **ES1 LLC (Wells Fargo x2378)** | | **$100,000.00** | **$3,474.68** |

| Wells Fargo X2378 | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Payee/Payor** | **Deposit Amount** | **Withdrawal Amount** | **Balance** |
| 05/21/2020 | Beginning Balance | n/a | n/a | $5,761.08 |
| **05/21/2020** | **The A Team Holdings (Wells Fargo x9116)** | **$100,000.00** | | **$105,761.08** |
| 05/26/2020 | ES1 LLC (Wells Fargo x9124) | | $2,000.00 | $103,761.08 |
| **05/29/2020** | **DOJ Seizure** | | **$100,000.00** | **$3,761.08** |

Source: GX #142 and #143

# Eric R Shibley MD PLLC – X9972 and X7528 Account Activity

| Navy Federal Credit Union X9972 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 05/12/2020 | Beginning Balance | n/a | n/a | $1,231.47 |
| **05/12/2020** | **SBA/PPP Loan** | **$100,000.00** | | **$101,231.47** |
| 05/12/2020 | McDonalds | | $10.65 | $101,220.82 |
| 05/12/2020 | Les Schwab Tires | | $276.06 | $100,944.76 |
| 05/12/2020 | Les Schwab Tires | | $455.23 | $100,489.53 |
| **05/12/2020** | **Eric R Shibley MD PLLC (NFCU x7528)** | | **$100,000.00** | **$489.53** |

| Navy Federal Credit Union X7528 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 05/12/2020 | Beginning Balance | n/a | n/a | $5.86 |
| **05/12/2020** | **Eric R Shibley MD PLLC (NFCU x9972)** | **$100,000.00** | | **$100,005.86** |
| 05/28/2020 | Cash Withdrawal | | $500.00 | $99,505.86 |
| 05/28/2020 | Cash Withdrawal | | $50,000.00 | $49,505.86 |
| **05/29/2020** | **DOJ Seizure** | | **$49,500.86** | **$5.00** |

Source: GX #129 and #130

# Dituri Construction LLC – X5400 and X5390 Account Activity

| Verity Credit Union X5400 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 06/19/2020 | Beginning Balance | n/a | n/a | $40.00 |
| **06/19/2020** | **EIDL Loan** | **$114,900.00** | | **$114,940.00** |
| **06/19/2020** | **Dituri Construction LLC (Verity Credit Union x5390)** | | **$114,440.00** | **$500.00** |

| Verity Credit Union X5390 | | | | |
|---|---|---|---|---|
| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
| 06/19/2020 | Beginning Balance | n/a | n/a | $5.00 |
| **06/19/2020** | **Dituri Construction LLC (Verity Credit Union x5400)** | **$114,440.00** | | **$114,445.00** |
| 06/22/2020 | Cashier's Check (Eric Shibley) | | $20,000.00 | $94,445.00 |
| 06/22/2020 | Cashier's Check (Eric Shibley) | | $20,000.00 | $74,445.00 |
| 06/22/2020 | Cashier's Check (Eric Shibley) | | $20,000.00 | $54,445.00 |
| 06/22/2020 | Cashier's Check (Eric Shibley) | | $20,000.00 | $34,445.00 |
| 06/22/2020 | Cashier's Check Fee | | $8.00 | $34,437.00 |
| 06/30/2020 | Reversal of Cashier's Check Fee | $8.00 | | $34,445.00 |
| 06/30/2020 | Reversal of Cashier's Checks | $80,000.00 | | $114,445.00 |
| **06/30/2020** | **DOJ Seizure** | | **$114,440.00** | **$5.00** |

Source: GX #116 and #117

# SS1 LLC – X5330 and X5320 Account Activity

| Verity Credit Union X5330 | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Payee/Payor** | **Deposit Amt** | **Withdrawal Amt** | **Balance** |
| 06/03/2020 | Beginning Balance | n/a | n/a | $- |
| 06/03/2020 | New Account Deposit | $40.00 | | $40.00 |
| **06/19/2020** | **EIDL Loan** | **$114,900.00** | | **$114,940.00** |
| 06/19/2020 | SS1 LLC (Cashier's Check) | $303.59 | | $115,243.59 |
| **06/19/2020** | **SS1 LLC (Verity Credit Union x5320)** | | **$114,743.59** | **$500.00** |
| 06/22/2020 | Comcast Bellingham | | $450.00 | $50.00 |

| Verity Credit Union X5320 | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Payee/Payor** | **Deposit Amt** | **Withdrawal Amt** | **Balance** |
| 06/03/2020 | Beginning Balance | n/a | n/a | $- |
| 06/03/2020 | New Account Deposit | $5.00 | | $5.00 |
| **06/19/2020** | **SS1 LLC (Verity Credit Union x5330)** | **$114,743.59** | | **$114,748.59** |
| **06/22/2020** | **Eric Shibley (Cashier's Check)** | | **$20,000.00** | **$94,748.59** |
| **06/22/2020** | **Eric Shibley (Cashier's Check)** | | **$20,000.00** | **$74,748.59** |
| **06/22/2020** | **Eric Shibley (Cashier's Check)** | | **$20,000.00** | **$54,748.59** |
| 06/22/2020 | Cashier's Check Fee | | $6.00 | $54,742.59 |
| 06/30/2020 | Cashier's Check Fee Reversal | $6.00 | | $54,748.59 |
| **06/30/2020** | **Cashier's Checks Reversal** | **$60,000.00** | | **$114,748.59** |
| **06/30/2020** | **DOJ Seizure** | | **$114,743.59** | **$5.00** |
| 06/30/2020 | Credit Interest | $2.14 | | $7.14 |

Source: GX #177 and #178

# Dituri Construction LLC – x7277 Account Activity

| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
|---|---|---|---|---|
| 05/06/2020 | Beginning Balance | n/a | n/a | $- |
| 05/06/2020 | SBA/PPP Loan | $563,500.00 | | $563,500.00 |
| 05/06/2020 | SBA/PPP Loan (ACH Return) | | $563,500.00 | $- |
| 05/07/2020 | Dituri Construction LLC (BECU x7219) | | $563,500.00 | ($563,500.00) |
| 05/07/2020 | Dituri Construction LLC (BECU x7219) | $563,500.00 | | $- |

Source: GX #106

# SS1 LLC – X9724 Account Activity

| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
|---|---|---|---|---|
| 05/01/2020 | Beginning Balance | n/a | n/a | $- |
| 05/19/2020 | SBA/PPP Loan | $820,000.00 | | $820,000.00 |
| 05/19/2020 | SS1 LLC (BECU x9683) | | $820,000.00 | $- |
| 05/27/2020 | SS1 LLC (BECU x9683) | $820,000.00 | | $820,000.00 |
| 05/27/2020 | External Withdrawal Reversal | | $820,000.00 | $- |
| 05/27/2020 | External Withdrawal Reversal (Rejected) | $820,000.00 | | $820,000.00 |
| 05/27/2020 | External Withdrawal Reversal | | $820,000.00 | $- |

Source: GX #107