Exhibit A



DOJ-01-0000003671



DOJ-01-0000003672



DOJ-01-0000003679



DOJ-01-0000003680



DOJ-01-0000003687



DOJ-01-0000003688



DOJ-01-0000003695



DOJ-01-0000003696





**Primary Contact**

First name:
Eric

Last name:
Shibley

Phone:
2069384291

Mobile Phone:
2067717868

Alternative Phone:

Contact position:
Manager

Ownership percent:
100%

Email:
shibleenyc@yahoo.com

**Related Deals**

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| The A Team Holdings LLC | The A Team Holdings LLC | Eric Shibley | 04/19/2020 | Declined | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| SS1 LLC | SS1 LLC | Eric Shibley | 06/18/2020 | Funding | Covid19 EIDL | Addresses, People names, Social security numbers |

6 - 7 of 7 items

SBA Office of Disaster Assistance | 1-800-659-2955 | 409 3rd St, SW, Washington, DC 20416



# Primary Contact

**First name:**
Eric

**Last name:**
Shibley

**Phone:**
2069384291

**Mobile Phone:**
2067717868

**Alternative Phone:**

**Contact position:**
Manager

**Ownership percent:**
100%

**Email:**
shibleenyc@yahoo.com

Registered to: SHIBLEY MEDICAL
Type: LandLine
Carrier: Comcast

DOJ-01-0000003750

## Primary Contact

**First name:**
Eric

**Last name:**
Shibley

**Phone:**
2069384291 ⊗

**Mobile Phone:**
2067717868 ⊗

**Alternative Pho**



Registered to: ES 1 LLC
Type: Mobile
Carrier: T-Mobile USA, Inc.

**Contact position:**
Manager

**Ownership percent:**
100%

**Email:**
shibleenyc@yahoo.com ✓

## Dituri Construction LLC ( 3304338608)



**Send to Portal**

⚠ **FRAUD ALERT**

Loan | Standard

- Client information failed validation
- Fraud found on related deal(s)

| | |
|---|---|
| Amount: | $115,000 |
| Interest Rate: | 3.75 % |

| Stage Name | Last Modified |
|---|---|
| Funding | System 06/18/2020 12:23 PM |
| Obligated | System 06/17/2020 09:55 PM |
| Obligating | Judson Marion (ODA) 06/17/2020 05:13 PM |
| Approved | David Yang (ODA) 06/17/2020 05:13 PM |
| Submitted Deal | Eric Shibley 06/17/2020 04:37 PM |
| Offer Accepted | Eric Shibley 06/17/2020 04:37 PM |
| Credit Pulled | System 06/17/2020 10:06 AM |
| Initial Call Needed | Rapid Api 06/17/2020 10:06 AM |

**Covid19 EIDL**

**Stage:** *Funding*

**Assigned to:**
**David Yang (ODA)**
**Quote Actions**

| | | |
|---|---|---|
| 3.75 % | Term: | 360 Months |
| $100.00 | Number Of Payments: | 349 |

**Closing Documents**

**Bank Account**



DOJ-01-0000003838



**Primary Contact**

**First name:**
Eric

**Last name:**
Shibley

**Phone:**
2068384291

**Mobile Phone:**
2067717868

**Alternative Phone:**

**Contact position:**
Manager

**Ownership percent:**
100%

**Email:**
shibleenyc@yahoo.com

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| The A Team Holdings LLC | The A Team Holdings LLC | Eric Shibley | 04/19/2020 | Declined | Covid19 EIDL | Addresses, People names, Social security numbers |

6 - 6 of 6 items

SBA Office of Disaster Assistance | 1-800-659-2955 | 409 3rd St, SW, Washington, DC 20416



# Primary Contact

**First name:**

Eric

**Last name:**

Shibley

**Phone:**

2068384291

**Mobile Phone:**

2067717868

**Alternative Phone:**

**Contact position:**

Manager

**Ownership percent:**

100%

**Email:**

shibleenyc@yahoo.com

Registered to: Unknown
Type: LandLine
Carrier: Comcast

DOJ-01-0000003839

## Primary Contact

**First name:**
Eric

**Last name:**
Shibley

**Phone:**
2068384291

**Mobile Phone:**
2067717868

**Alternative Ph**



Registered to: ES 1 LLC
Type: Mobile
Carrier: T-Mobile USA, Inc.

**Contact position:**
Manager

**Ownership percent:**
100%

**Email:**
shibleenyc@yahoo.com

---

## Rapid Decision    SS1 LLC ( 3304338551)



### Credit Report

| ▾ Eric Shibley | 675 |
|---|---|
| Eric Shibley | 675 ✓ |
| Credit authorization | |

**Financial Info**

**Stated Numbers**
▾ **Bank:** $70,833

**Send to Portal**

⚠ **FRAUD ALERT**      • Fraud found on related deal(s)

**Loan | Standard | 360 months(Client ...**

| Amount: | $115,000 |
|---|---|
| Interest Rate: | 3.75 % |
| Filing Fee: | $100.00 |

DOJ-01-0000003840

**Campaign: Covid19 EIDL**

| Stage Name | Last Modified |
|---|---|
| Funding | System 06/18/2020 12:23 PM |
| Obligated | System 06/17/2020 10:01 PM |
| Obligating | Joe Lerma (ODA) 06/17/2020 05:54 PM |
| Approved | Monica Guzman-Mendoza 06/17/2020 05:54 PM |
| Submitted Deal | Eric Shibley 06/17/2020 04:36 PM |
| Offer Accepted | Eric Shibley 06/17/2020 04:36 PM |
| Credit Pulled | System 06/17/2020 10:06 AM |
| Initial Call Needed | Rapid Api 06/17/2020 10:06 AM |

**Stage:** *Funding*

**Assigned to:**
**Monica Guzman-Mendoza**
**Quote Actions**

**Closing Documents**

**Bank Account**

DOJ-01-0000003841



**Primary Contact**

First name:
Eric

Last name:
Shibley

Phone:
2069384291

Mobile Phone:
2067717868

Alternative Phone:

Contact position:
Manager

Ownership percent:
100%

Email:
shibleenyc@yahoo.com

### Related Deals

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| SFC LLC | SFC LLC | Eric Shibley | 06/17/2020 | Duplicate | Covid19 EIDL | Addresses, Business DBA, Business Legal Names, Email addresses, People names, Phone numbers, Social security numbers |
| Eric Shibley | Eric Shibley | Eric Shibley | 06/07/2020 | Obligating | Covid19 EIDL | Addresses, Bank accounts, People names, Phone numbers, Social security numbers |
| Seattle's Finest Cannabis | Seattle's Finest Cannabis | Eric Shibley | 06/06/2020 | Declined | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Eric R Shibley MD PLLC | Shibley Medical | Eric Shibley | 06/29/2020 | Funded | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| ES1 LLC | ES1 LLC | Eric Shibley | 06/17/2020 | Duplicate | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |

Client information failed validation

|◀  ◀  **1**  2  3  ▶  ▶|

1 - 5 of 13 items

DOJ-01-0000004319

## Related Deals

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| Dituri Construction LLC | Dituri Construction LLC | Eric Shibley | 06/18/2020 | Funding | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Eric | Shibley | Eric Shibley | 05/25/2020 | Credit Pulled | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| ES1 LLC | ES1 LLC | Eric Shibley | 06/27/2020 | Credit Pulled | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| The A Team Holdings LLC | The A Team Holdings LLC | Eric Shibley | 04/19/2020 | Declined | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Miguel Rodriguez | Miguel Rodriguez | Miguel Rodriguez | 06/17/2020 | Duplicate | | Bank accounts, Phone numbers |

|◄  ◄  1  **2**  3  ►  ►|                    6 - 10 of 13 items

## Related Deals

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| SS1 LLC | SS1 LLC | Eric Shibley | 06/18/2020 | Funding | Covid19 EIDL | Addresses, People names, Social security numbers |
| SFC | SFC | JASON RICHARDS | 06/16/2020 | Funded | | Business DBA, Business Legal Names |
| SFC | SFC | sergey karpenko | 06/14/2020 | Funded | | Business DBA, Business Legal Names |

|◄  ◄  1  2  **3**  ►  ►|                    11 - 13 of 13 items











**SBA** U.S. Small Business Administration

Admin panel    Existing Deals    Tasks

Home / Application / Rapid Decision

**Rapid Decision**    ES1 LLC ( 3304338652)    Campaign: Covid19 EIDL

**Credit Report**

Eric Shibley    675

Eric Shibley    675    Verify ID

Credit authorization

**Financial Info**

Stated Numbers
Bank:    $45,833
Processing:    $0

Monthly sales
$45,833

Monthly CC sales
$0

At Numbers
Bank:    N/A
Processing:    N/A

Verified Numbers
Bank:    N/A
Processing:    N/A

Revenue Estimation (PRICING)
Bank:    $45,833
Processing:    N/A

**Saved Quotes**
No saved quotes.

⚠ FRAUD ALERT    DMS Docs   Notes

**New Loan quote**    Status: Unsaved

Related Deals

| | | | |
|---|---|---|---|
| Amount: | $90,000 | Payment Amount: | $439 |
| Interest Rate: | 3.75 % | Term: | 360 Months |
| Filing Fee: | $100.00 | Number Of Payments: | 349 |

INFO:
Application is currently placed on hold by SBA

**Eligible Products** | **Ineligible Products**

| PRODUCT | TYPE | TERM MONTHS | MAX AMOUNT | INTEREST FEE |
|---|---|---|---|---|
| Loan | Standard | MAX 360 | MAX $90,000 | |
| Loan | Standard | 360 | 90,000 | 3.75 % |

Stage: **Duplicate**
Assigned to:

**Quote Actions**

Reactivate

Closing Documents

Bank Account

**Quote Info**
Created By:
Created:
Last Modified By:
Last Modified:
Accepted By Client
Date:    N/A

**Primary Contact**

First name:
Eric

Last name:
Shibley

**Related Deals**

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| | | | | | | Addresses, Business DBA, Business Legal Names, |

**Primary Contact**

First name:
Eric

Last name:
Shibley

Phone:
2069384291 ✕

Mobile Phone:
2067717868 ✕

Alternative Phone:

Contact position:
Manager

Ownership percent:
100%

Email:
ers98126@gmail.com ✓

**Related Deals**

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| ES1 LLC | ES1 LLC | Eric Shibley | 06/27/2020 | Credit Pulled | Covid19 EIDL | Addresses, Business DBA, Business Legal Names, Email addresses, People names, Phone numbers, Social security numbers, Tax Ids |
| The A Team Holdings LLC | The A Team Holdings LLC | Eric Shibley | 04/19/2020 | Declined | Covid19 EIDL | Addresses, Email addresses, People names, Phone numbers, Social security numbers |
| Seattle's Finest Cannabis | Seattle's Finest Cannabis | Eric Shibley | 06/06/2020 | Declined | Covid19 EIDL | Addresses, Email addresses, People names, Phone numbers, Social security numbers |
| Eric Shibley | Eric Shibley | Eric Shibley | 06/07/2020 | Obligating | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Eric R Shibley MD PLLC | Shibley Medical | Eric Shibley | 06/29/2020 | Funded | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |

|◄  ◄  **1**  2  3  ►  ►|    1 - 5 of 12 items

DOJ-01-0000004349

## Related Deals

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| SFC LLC | SFC LLC | Eric Shibley | 06/17/2020 | Duplicate | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Dituri Construction LLC | Dituri Construction LLC | Eric Shibley | 06/18/2020 | Funding | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| SFC LLC | SFC LLC | Eric Shibley | 06/17/2020 | Duplicate | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| Eric | Shibley | Eric Shibley | 05/25/2020 | Credit Pulled | Covid19 EIDL | Addresses, People names, Phone numbers, Social security numbers |
| SS1 LLC | SS1 LLC | Eric Shibley | 06/18/2020 | Funding | Covid19 EIDL | Addresses, People names, Social security numbers |

◁  ◀  1  **2**  3  ▶  ▷                    6 - 10 of 12 items

## Related Deals

| Legal name | DBA | Contacts | Date | Stage | Campaign | What Fields Matched? |
|---|---|---|---|---|---|---|
| Miguel Rodriguez | Miguel Rodriguez | Miguel Rodriguez | 06/17/2020 | Duplicate | | Phone numbers |
| ES 1 LLC | ES 1 LLC | Samuel Farrazaino | 04/28/2020 | Duplicate | | Business DBA, Business Legal Names |

◁  ◀  1  2  **3**  ▶  ▷                    11 - 12 of 12 items











**Rapid Decision**          **ES1 LLC ( 3304338652)**

### Credit Report

▼ Eric Shibley        675

Eric Shibley        675        Verify ID

Credit authorization

⚠ **FRAUD ALERT**          • Fraud found on related deal(s)

**New Loan quote**

Amount:          $90,000

Interest Rate:          3.75 %

DOJ-01-0000004350



DOJ-01-0000004351