February 25, 2022

To the Honorable Judge John C. Coughenour:

    I made a big mistake in getting involved with PPP and EISL loans.  My actions created many problems for the lenders, the government and the people the programs were designed to help.  I apologize to this Honorable Court, the people of my two countries (Bangladesh and the United States), and anyone victimized by my crimes.  I went down the wrong path and have already paid a heavy price for it.

    Nonetheless, I am trying to use this experience as a opportunity for total reformation.  I have already embarked on a completely different path.  I will return to the intellectual and scholarly path that I do and like the best.  I want to research and write about medical and scientific matters and believe I will be able to publish something once I get my freedom back.  I hope the Court will consider my full circumstances in considering my sentence.  Thank you.

Eric Shibley