THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ERIC SHIBLEY,<br><br>              Defendant. | CASE NO. CR20-0174-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Counsel for defendant Eric Shibley has moved to withdraw as counsel in advance of an anticipated appeal. (Dkt. No. 153.) The Court notes that counsel's motion does not contain the certification required by LCR 83.2(b)(1) that "the motion was served on the client." *See* LCrR 1(a) (LCR 83.2(b) applies in criminal cases). However, the Court understands that counsel informed Mr. Shibley before filing the motion that counsel planned to do so, Mr. Shibley apparently does not object, and counsel subsequently provided a copy of the motion to his client. Accordingly, counsel's motion (Dkt. No. 153) is GRANTED. It is further ORDERED that:

- The on-duty Magistrate Judge shall appoint substitute CJA counsel based on Mr. Shibley's previously submitted financial affidavit.
- Until substitute counsel is appointed, Mr. Shibley's current counsel shall ensure that Mr.

Shibley receives notice of any matters in this case requiring his attention and, if the deadline to appeal falls before substitute counsel is appointed, shall ensure that any notice of appeal is timely filed.

DATED this 14th day of March 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk