The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC SHIBLEY,<br><br>  Defendant | No. CR20-174-JCC<br><br>[~~PROPOSED~~]<br><br>**ORDER SUBSTITUTING UNITED STATES SMALL BUSINESS ADMINISTRATION FOR LENDERS** |

Having reviewed the records in this case, and upon motion of the United States **(Dkt. No. 190)**, and any response thereto, the Court hereby grants the United States' Motion to Substitute the United States Small Business Administration for Lenders.

Accordingly, it is hereby ORDERED that the United States Small Business Administration shall be substituted for lenders Customers Bank and Huntington Bank.

According to information provided by the Clerk, the outstanding amount of restitution owed to victim lenders Customers Bank and Huntington Bank is $183,783.07 and $38,28814, respectively. The outstanding amount of restitution originally ordered paid to the United States Small Business Administration is $278,000, all of which remains outstanding.

Order Substituting SBA for Lenders - 1
*United States v. Shibley,* CR20-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court hereby ORDERS that the Clerk disburse all future restitution payments in this matter to the United States Small Business Administration.

IT IS SO ORDERED.

DATED this 29th day of July 2024.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order Substituting SBA for Lenders - 2
*United States v. Shibley,* CR20-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970